UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23945-CIV-MARTINEZ/BECERRA

OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS,

    Plaintiff,

v.

SMARTBIZ TELECOM LLC,

    Defendant.

_____/

## NOTICE OF WITHDRAWAL OF MOTION TO STAY DISCOVERY

Defendant Smartbiz Telecom LLC ("SBT") hereby gives notice that it withdraws its Motion to Stay Discovery (Doc. 17). The Parties are currently engaging in discovery.

Respectfully submitted,

/s/ Sean W. Gellis
SEAN W. GELLIS
Florida Bar No. 105924
Gellis Law, PLLC
300 W. Pensacola St.
Tallahassee, Florida 32301
Telephone: (561) 371-2848
Email: sean@gellislaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically through the Court's CM/ECF portal and served via the same on all parties of record on this March 28, 2023.

/s/ Sean W. Gellis
SEAN W. GELLIS