UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23945-CIV-MARTINEZ/BECERRA

OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS,

    Plaintiff,

v.

SMARTBIZ TELECOM LLC,

    Defendant.

_____/

## NOTICE OF NINETY DAYS EXPIRING

Defendant Smartbiz Telecom LLC ("SBT"), pursuant to S.D.Fla.L.R. 7.1(b)(4)(A), hereby gives the following notice:

(i) The title and docket entry number of the subject motion, along with the dates of service and filing.

    a. SBT's Motion to Dismiss and Motion to Join Required Parties

    b. Docket Entry Number 12

    c. Filed and served on January 20, 2023

(ii) The title and docket entry number of any and all responses or opposing memoranda, along with the dates of service and filing, or if no such papers have been filed, the date on which such papers were due.

    a. Plaintiff's Response to the Motion to Dismiss/Motion to Join Required Parties

    b. Docket Entry Number 20

    c. Filed and served on February 10, 2023

(iii) The title and docket entry number of any reply memoranda, or any other papers filed and served in connection with the motion, as well as the dates of service and filing.

    a. SBT's Reply to Plaintiff's Response to Motion to Dismiss

      b. Docket Entry Number 23

      c. Filed and served February 17, 2023

(iv) The date of any hearing held on the motion.

      a. No hearing has been held on the Motion.

Respectfully submitted,

/s/ Sean W. Gellis
SEAN W. GELLIS
Florida Bar No. 105924
Gellis Law, PLLC
300 W. Pensacola St.
Tallahassee, Florida 32301
Telephone: (561) 371-2848
Email: sean@gellislaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically through the Court's CM/ECF portal and served via the same on all parties of record on this May 24, 2023.

/s/ Sean W. Gellis
SEAN W. GELLIS