Eduardo Borrero          April 28, 2023          Page 1

Page 1

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:1-22-cv-23945-JEM

OFFICE OF THE ATTORNEY GENERAL,

STATE OF FLORIDA,

DEPARTMENT OF LEGAL AFFAIRS,

    Plaintiff,

  v.

SMARTBIZ TELECOM, LLC,

a Florida limited liability company,

    Defendant.

_____/

DEPOSITION OF EDUARDO BORRERO

DATE TAKEN:     April 28, 2023

TIME:     9:00 a.m.

LOCATION:     1 Southeast 3rd Avenue

Taken before Cynthia Dorobiala, Court Reporter and Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above-style cause.

| Eduardo Borrero | April 28, 2023 | Pages 2..5 |

Page 2
1  APPEARANCES:
2      PATRICK CROTTY, ESQUIRE
3      MILES VAUGHN, ESQUIRE
4      OFFICE OF THE ATTORNEY GENERAL
5      CONSUMER PROTECTION DIVISION
6      3507 EAST FRONTAGE ROAD, SUITE 325
7      TAMPA, FLORIDA  33607
8      ATTORNEY ON BEHALF OF THE PLAINTIFF
9
10     SARAH CORTVRIEND, ESQUIRE
11     OFFICE OF THE ATTORNEY GENERAL
12     CONSUMER PROTECTION DIVISION
13     1515 NORTH FLAGLER DRIVE, SUITE 900
14     WEST PALM BEACH, FLORIDA  33401
15     ATTORNEY ON BEHALF OF THE PLAINTIFF
16
17     EDWARD MALDONADO, ESQUIRE
18     LAW OFFICE OF EDWARD A. MALDONADO, PA
19     2850 SOUTH DOUGLAS ROAD, SUITE 303
20     CORAL GABLES, FLORIDA 33134
21     ATTORNEY ON BEHALF OF THE DEFENDANT

Page 3
1  APPEARANCES:
2      SEAN GELLIS, ESQUIRE
3      GELLIS LAW, PLLC
4      300 WEST PENSACOLA STREET
5      TALLAHASSEE, FLORIDA  32301
6      ATTORNEY ON BEHALF OF THE DEFENDANT
7
8      ALSO PRESENT:
9      PIERRE DIAZ-GRANADOS, INTERPRETER
10     NATHAN RICHTMYRE, ESQUIRE
11     JOSE R. OLIVAR

Page 4
1              I N D E X
2  WITNESS                                    PAGE
3  Eduardo Borrero
4  Direct Examination, by Mr. Crotty             7

Page 5
          E X H I B I T S
EXHIBIT NO.    DESCRIPTION                    PAGE
Exhibit 1,     Notice of Deposition              8
Exhibit 2,     FCC Form 499                     12
Exhibit 3,     Sunbiz.org Form                  16
Exhibit 4,     Press Release                    17
Exhibit 5,     Contract Agreement               31
Exhibit 6,     SBT Organizational Chart         36
Exhibit 7,     Robocall Mitigation Procedures   49
Exhibit 8,     Document from Smartbiz           53
Exhibit 9,     Chart of Procedures for Working  57
Exhibit 10     List of Traceback calls          58
Exhibit 11     Traceback Notice                 60
Exhibit 12     Customer Information Form        60
Exhibit 13     Email Addresses                  73
Exhibit 14     Responses to Tracebacks          79
Exhibit 15     Email Chain                      83
Exhibit 16     Client List                      84
Exhibit 17     Email Chain                      86
Exhibit 18     Email Chain                      91

Eduardo Borrero                        April 28, 2023                             Pages 6..9

```
                                   Page 6
 1              P R O C E E D I N G S
 2      (Thereupon, the following proceedings were held at
 3  9:23 a.m.)
 4          THE COURT REPORTER:  Mr. Interpreter, do you
 5      swear to interpret from English to Spanish, Spanish
 6      to English to the best of your ability?
 7          THE INTERPRETER:  I do.
 8          THE COURT REPORTER:  And the witness.  Do you
 9      swear or affirm that the testimony you are about to
10      give in this cause will be the truth, the whole
11      truth, and nothing but the truth?
12          THE WITNESS:  I do.
13          THE COURT REPORTER:  Can I have everybody
14      announce themselves for the record?
15          MR. CROTTY:  Patrick Crotty, Senior Assistant
16      Attorney General, Florida Office of the Attorney
17      General, for the Plaintiff.
18          MS. CORTVRIEND:  Sarah Cortvriend, Assistant
19      Attorney General, for the Plaintiff.
20          MR. RICHTMYRE:  Nathan Richtmyre, Financial
21      Investigator, for the Plaintiff.
22          MR. VAUGHN:  Miles Vaughn, for the Office of
23      the Attorney General, Assistant Attorney General.
24          MR. MALDONADO:  Edward Maldonado, Counsel for
25      the Defendant.
```

```
                                   Page 7
 1          MR. GELLIS:  Sean Gellis, Counsel for the
 2      Defendant.
 3          THE WITNESS:  Eduardo Borrero.
 4          THE COURT REPORTER:  And the interpreter?
 5          THE INTERPRETER:  Pierre Diaz-Granados.
 6          THE COURT REPORTER:  All right.  We are ready
 7      to proceed.
 8                DIRECT EXAMINATION
 9  BY MR. CROTTY:
10      Q   Good morning, Mr. Borrero.
11      A   Good morning.
12      Q   Would you please state your full name for the
13  record?
14      A   Eduardo Borrero.
15      Q   Have you ever been deposed before?
16      A   No.
17      Q   I'd like to go over a few of the rules that
18  will make this process go smoothly.
19      A   Okay.
20      Q   Before you start to respond please allow me to
21  complete my question fully, and give the translator a
22  chance to translate it in Spanish.
23      A   Okay.
24      Q   Also, to the best of your ability, please
25  allow a few seconds before you start to answer for your
```

```
                                   Page 8
 1  Counsel to lodge any objections he might want to raise.
 2      A   Okay.
 3      Q   When your Counsel objects, unless he says that
 4  the question calls for privileged information, you will
 5  still have to give an answer to the question.  Do you
 6  understand that?
 7      A   Fine.
 8      Q   If you need a break, let me know, and we'll
 9  take whatever amount of time you need.  However, I will
10  ask you to answer any pending question before we go on
11  break.
12      A   Okay.
13          MR. CROTTY:  I would like to introduce the
14      first exhibit, it is the Notice of Deposition of
15      Eduardo Borrero.  I have marked it as Exhibit 1.  I
16      am handing it to your Counsel to review, along with
17      a copy for your own counsel.  I have an extra copy
18      if anybody wants it.
19      (Thereupon, Plaintiff's Exhibit 1 was marked for
20  identification.)
21  BY MR. CROTTY:
22      Q   Have you seen this document before?
23      A   Yes.
24      Q   Are you appearing today to give your
25  deposition?
```

```
                                   Page 9
 1      A   Yes.
 2      Q   Great, one down, about 20 more to go.
 3      A   Okay.
 4      Q   Are you on any medication that would impact
 5  your ability to testify today?
 6      A   No.
 7      Q   Is there any reason you could not provide
 8  accurate testimony today?
 9      A   No.
10      Q   Please state your address.
11      A   15941 Southwest 54th Terrace, Miami, Florida,
12  33185.
13      Q   I would like to start with discussing your
14  educational background.  Can you tell me, have you --
15  where did you go to high school?
16      A   The name or the place?
17      Q   Both, please.
18      A   In Caracas, Venezuela, at the Liceo de
19  Aplicacion.
20          THE INTERPRETER:  For the record, that would
21      be a gymnasium or high school.
22  BY MR. CROTTY:
23      Q   Did you have any education after high school?
24      A   Yes.
25      Q   Where did you have your secondary education?
```

Eduardo Borrero                    April 28, 2023                    Pages 10..13

Page 10

1  A   I studied at the university Jose Maria Vargas
2  in Caracas, Venezuela.  And I did my MBA at FIU in
3  Miami, Florida.
4  Q   Thank you.  I'd like to cover your employment
5  background after high school.  To the best of your
6  ability can you tell me the first place you worked after
7  school?
8  A   Okay.  My first job was a company that I
9  opened in auto parts sales, when I was 18 years old, and
10 after that I was hired by Proctor and Gamble.
11     And while working at Proctor and Gamble I finished
12 my education.  From there I moved to the United States
13 in May of '94 to go to school at FIU.
14     And there I started working at different jobs, and
15 in the transport industry.  And in the year 2000 the
16 company -- Robert have an accountant, found a job for me
17 at a telecommunications company called Latinet, in the
18 finance department.  And that's how my career in
19 telecommunications started.
20     I worked for several companies, Latin Net among
21 them.  And after that I worked at Xyneigia ( 10:55
22 inaudible)  After that I worked at Cima Telecom.  And
23 after that I worked for a Costa Rican -- representing a
24 Costa Rican company called Call My Way.
25     After that I worked for a company called Dasaro.

Page 11

1  After that I worked as an agent representing the company
2  called Desaro.  After that I worked for a company called
3  Mada.  From there I decided to start my business,
4  Smartbiz Telecom.
5  Q   Were you working in finance for all of the
6  telecoms that you named or have you had other jobs with
7  those telecoms?
8  A   I have worked in finance in the commercial
9  area.
10     THE COURT REPORTER:  We just admitted Jose
11 Olivar.
12 BY MR. CROTTY:
13 Q   Have you worked for a company called IP
14 Transaction, SVC?
15 A   Can you spell it for me?
16 Q   IP, new word transaction, T-R-A-N-S-A-C-T-I-O-
17 N, a new word S-V-C.
18 A   Yes, I registered at some point in my life a
19 company with that name, but I do not know whether I ever
20 worked with that company.  I would have to verify, and I
21 would have to verify whether that name is the same name.
22 Q   Okay.  Did you work for a company called Lago
23 Lindo, 1107 LLC?
24 A   That's a company that I registered on one
25 occasion to make an investment, which was never done.

Page 12

1  Q   Have you worked for a company called OJ &
2  Builders, Corp?
3  A   That company is mine.
4  Q   What does that company do?
5  A   I provide communication services.
6  Q   Who are the clients of that company?
7  A   Any person or any company that wishes for me
8  to give them telecommunications advice.
9  Q   Does Smartbiz -- is Smartbiz a client of that
10 company?
11 A   No.
12 Q   Okay.  What types of advice does that company
13 give?
14 A   We give, for example, hands free services at
15 the NAP of the Americas.
16 Q   Does that company assist with providing voice
17 service that terminates in the United States?
18 A   No.
19     MR. CROTTY:  Okay.  Let's move on to
20 Smartbiz's structure.  Mark this as exhibit 2.
21     (Thereupon, Plaintiff's Exhibit 2 was marked for
22 identification.)
23 BY MR. CROTTY:
24 Q   Do you recognize this document?
25 A   Give me a second.

Page 13

1  Q   Describe what this document is, please.
2  A   If I'm not mistaken this is a document that
3  shows the database of FCC.  That is Smartbiz's
4  information in that database.
5  Q   Does this document accurately represent
6  Smartbiz's information in FCC form 499 Filer Database
7  from April 3rd, 2023 and from April 1, 2022?
8  A   Yes.
9  Q   Was Smartbiz's address 14230 Southwest 57th
10 Lane, Suite 106B, Miami, Florida?
11 A   Yes.
12 Q   Was that a commercial space?
13 A   No.
14 Q   Was it a residential apartment?
15 A   Yes.
16 Q   Was that your apartment at the time?
17 A   No.
18 Q   Whose apartment was it?
19 A   A relative.
20 Q   Did the relative work for Smartbiz?
21 A   No.
22 Q   How long was that Smartbiz's address?
23 A   From when it was founded.
24 Q   Until when?
25 A   Until we moved this year to a commercial

Eduardo Borrero             April 28, 2023              Pages 14..17

Page 14

1  address.
2  Q    Why did you move to a commercial address?
3  A    Because the industry is demanding that, for
4  the companies that work in telecom. And what I mean by
5  that is other companies, other carriers, such as us, and
6  so they're requiring that -- for us to have our address
7  of a commercial address in order for them to do business
8  with us.
9  Q    Did Smartbiz have any of its equipment at the
10 14230 address?
11 A    No.
12 Q    Did Smartbiz conduct any business activity at
13 the 14230 address?
14 A    Can you be more specific with the question?
15 Q    Did Smartbiz use the address for any meetings?
16 A    No.
17 Q    Did any of the business decisions required to
18 run Smartbiz get made at that address?
19 A    No.
20 Q    Was Smartbiz's mail received at that address?
21 A    Yes.
22 Q    And your family member would forward you that
23 mail?
24 A    Most of the times I would go get it.
25 Q    Smartbiz's current address is 6303 Blue Lagoon

Page 15

1  Drive, Suite 400, Miami, Florida?
2  A    Yes.
3  Q    Does Smartbiz own or lease that space?
4  A    We are not owners.
5  Q    Who is the owner?
6  A    We have the office inside the office of Regus.
7  Q    Of Regus Virtual Office, correct?
8  A    They have their physical office space and we
9  have our office space with them.
10 Q    Does Smartbiz keep any equipment at that
11 office?
12 A    No.
13 Q    Does Smartbiz have a permanent employee at
14 that office?
15 A    No.
16 Q    Does Smartbiz make any financial decisions
17 from that office?
18 A    You would need to be more specific because the
19 financial decisions from the offices there, registered
20 there, then they come out of there. But I am myself not
21 physically at the address.
22 Q    Does Smartbiz have an accountant?
23 A    We have an external accountant who does the
24 taxes, and I do the internal accounting as well. They
25 do taxes and auditing.

Page 16

1  Q    Where do you meet with that accountant?
2  A    Virtually.
3  Q    Where is the accountant located?
4  A    The accountant who did the taxes, up until
5  last year, was in Texas.
6       The current auditors, or the current CPA'S who
7  conduct the auditing, I don't have the information at
8  this moment, but they are in the United States. And I
9  can ask them and I can provide you that information.
10 Q    Are you physically present in the United
11 States for the majority of the year?
12 A    Yes.
13 Q    Do you make business decisions for Smartbiz
14 from your home in South Florida?
15 A    From anyplace where I am physically working.
16 Q    Do you spend most of your year in South
17 Florida?
18 A    Yes.
19      MR. CROTTY: I'd like to mark this as Exhibit
20 3.
21      (Thereupon, Plaintiff's Exhibit 3 was marked for
22 identification.)
23 BY MR. CROTTY:
24 Q    Do you recognize this document?
25 A    Yes.

Page 17

1  Q    Is this Smartbiz's filing with the Florida
2  Secretary of State?
3  A    Correct.
4  Q    Is the information on this document accurate?
5  A    Yes.
6  Q    Who is Mayra Alejandra Garcia?
7  A    The person in the company that I asked her to
8  please do the registration.
9  Q    What is her position with Smartbiz?
10 A    She works in the finance department.
11 Q    Does Smartbiz have a parent company?
12 A    We have partners in the company, but I don't
13 know whether that is qualified with the parent company.
14 Q    Does another company own the majority of
15 Smartbiz?
16 A    Yes.
17 Q    What company is that?
18 A    It's called iQSTEL.
19      MR. CROTTY: I'd like to introduce Exhibit 4.
20      (Thereupon, Plaintiff's Exhibit 4 was marked for
21 identification.)
22 BY MR. CROTTY:
23 Q    Do you recognize this document?
24 A    Yes.
25 Q    Is this the press release that iQSTEL

Page 18

```
 1  released when it purchased a majority share of Smartbiz?
 2       A    Yes.
 3       Q    Is the information in this press release
 4  accurate, to the best of your knowledge?
 5       A    Yes.
 6       Q    Are you able to understand the document?
 7       A    I would have to read it completely, but I have
 8  seen a press release like this one.
 9       Q    Okay.  At the bottom of the second paragraph
10  it states Smartbiz is expected to add both a healthy top
11  line and bottom line contribution to iQSTEL.  Smartbiz
12  has a half a million net income forecast for FY 2022.
13       A    More or less, yes, there could have been a
14  forecast in that amount.
15       Q    Okay.  Do you know whether Smartbiz made that
16  amount?
17       A    We haven't finished the taxes for 2022, and
18  there are some other spending that we have to advise to
19  find out whether we are going to reach that point.
20       Q    At the bottom of the last page it says that
21  the Smartbiz management team will report to Leandro
22  Iglesias and Alvero Quintana; is that true?
23       A    The very last?
24       Q    I'm sorry.  It was on the second page, in the
25  middle of the page.  Well, let me get the exact point so
```

Page 19

```
 1  I can put it out.  I have it in my notes, but I have
 2  lost it.
 3            Well, rather than look through this, I'll just ask
 4  it as a question.  Do you report to Leandro Iglesias
 5  and Alvero Quintana?
 6       A    There are some things that are reported to
 7  them and other things that don't need to be reported to
 8  them.
 9       Q    What information does iQSTEL require Smartbiz
10  to report?
11       A    At every month closing they require for us to
12  report the accounting portion of it.
13       Q    Does iQSTEL require that Smartbiz meet any
14  revenue targets?
15       A    All the companies in the group have their
16  targets.
17       Q    Do you know the other companies in the group?
18       A    I do know them.
19       Q    Can you state the names of the other companies
20  in iQSTEL's group?
21       A    I don't know them all because there are
22  several, but I can tell you the types of businesses
23  there are.
24       Q    Can you name the ones that you remember?
25       A    We have Q Global.  Swiss Telecom, Whisl,
```

Page 20

```
 1  Etelix.  Those are the ones that I now remember.
 2       Q    What are the revenue targets for Smartbiz?
 3       A    A little over one million dollars a month.
 4       Q    One million dollars per month gross revenue?
 5       A    Yes.
 6       Q    What are the consequences if Smartbiz does not
 7  make its revenue target?
 8       A    That they would intervene more in helping us
 9  in operations to reach the target.
10       Q    What kinds of interventions would iQSTEL
11  offer?
12       A    Call us to find out if we can do any kind of
13  special business with the carrier, or find an
14  opportunity with some other carrier.
15       Q    Can you describe how Smartbiz makes money?
16       A    Working hard with the other carriers, and
17  looking for opportunities every day.
18       Q    Can you describe the service that Smartbiz
19  provides?
20       A    Most of our business is based on international
21  voice traffic.
22       Q    Approximately what percentage of Smartbiz's
23  business is U.S. voice termination?
24       A    In terms of revenue of sales, internationally
25  is about 80 and 90 percent.
```

Page 21

```
 1       Q    So 10 to 20 percent of revenue is derived from
 2  traffic that ultimately terminates in the United States,
 3  correct?
 4       A    Yes, between 10 and 20 percent.
 5       Q    So approximately one hundred to two hundred
 6  thousand dollars per month of revenue is derived from
 7  traffic that ultimately terminates in the United States.
 8       A    As far as sales, yes.
 9       Q    Meaning your gross revenue, not net revenue?
10       A    Correct.
11       Q    What is the net revenue monthly for U.S.
12  traffic?
13            MR. GELLIS:  Object to the form.  You can
14       answer.
15            THE WITNESS:  I don't have the exact amount,
16       but between 10 and 30 thousand per month,
17       approximately, would be what corresponds to the
18       United States, but that can vary.  Hold on, give me
19       a second.
20  BY MR. CROTTY:
21       Q    Take all the time you need.
22       A    Let me think.  I would say that the average is
23  lower, but it could be, you know, it's on the lower end,
24  but it is between the 10 and 30, but the average would
25  be around 15,000.
```

Eduardo Borrero                April 28, 2023                Pages 22..25

Page 22

1   Q    Has this revenue been stable for the last
2   several years?
3   A    The percentage of profit on sales is more or
4   less the same, but definitely sales have been different.
5   Q    I can probably guess the reason why.
6        What is the relationship between Smartbiz and
7   Whisl?
8   A    Can you be more specific with the question?
9   What kind of relationship are you looking to find out?
10  Business relationship?
11  Q    Yes, describe the business relationship
12  between Smartbiz and Whisl.
13  A    It's a carrier with whom we do voice business.
14  Q    And you stated Whisl was also owned by iQSTEL?
15  A    My understanding is that iQSTEL is a majority
16  owner of Whisl.
17  Q    Do you know if the relationship between iQSTEL
18  and Whisl is the same as between iQSTEL and Smartbiz
19  with respect to revenue targets?
20  A    Can you repeat the question?
21  Q    Do you know if the relationship between iQSTEL
22  and Whisl is the same as the relationship between iQSTEL
23  and Smartbiz with respect to revenue targets?
24  A    I don't know.  I don't know the work.  I don't
25  know the communication that Whisl may have with iQSTEL

Page 23

1   as far as that.
2   Q    Okay.  Does Smartbiz disburse a portion of its
3   profits to iQSTEL?
4        MR. GELLIS:  Object to form.
5        THE INTERPRETER:  The interpreter would like
6   to change his interpretation.  The interpreter used
7   the word desviar, and it can be misleading because
8   it might mean to deviate instead of -- so the
9   interpreter -- Counsel, can you repeat the question
10  the same way so the interpreter can interpret it in
11  a different manner?
12  BY MR. CROTTY:
13  Q    Does Smartbiz send a portion of its profits to
14  iQSTEL?
15  A    We have as of yet not sent them a portion of
16  the profits, but once we finish our taxes for the year
17  of 2022, we will be sending them what corresponds to
18  them.
19  BY MR. CROTTY:
20  Q    Is that percentage of profits that you send to
21  iQSTEL 51 percent, which is their ownership in Smartbiz?
22  A    I don't have the answer now because I would
23  have to speak with the accountants and the auditors, the
24  external ones.
25  Q    Okay.  Do you know how iQSTEL would calculate

Page 24

1   the amount of money it expects to get from its
2   investment in Smartbiz annually?
3   A    I don't have the exact information right now.
4   But yes, they are going to receive a percentage of what
5   the company earned.  And it is expected to be in the
6   majority, because they are the majority.
7   Q    Can you describe generally how the percentage
8   that iQSTEL will get is calculated?
9   A    In general terms they were expected to receive
10  the equivalent percentage that -- for them, who are the
11  owners of the company.
12  Q    So to restate, iQSTEL will expect a percentage
13  of profits that is equivalent to its percentage of
14  ownership in Smartbiz, correct?
15       MR. GELLIS:  Object to the form.
16       THE WITNESS:  Minimum that, provided any
17  adjustments that need to be done on any matters
18  that may be pending.
19  BY MR. CROTTY:
20  Q    Does Smartbiz have access to Whisl's account
21  with the switch SIPNAV?
22  A    Can you repeat the question exactly again?
23  Q    Let's backup.  How does Smartbiz transmit
24  calls from a customer to a downstream service provider?
25  A    I'm not an expert, but I can tell you that we

Page 25

1   have our clients, who are interconnected via IP to a
2   switch, and that switch has an IP that sends it to a
3   supplier, a downstream supplier, over to the supplier's
4   IP.  And so this is how we receive the calls, (inaudible
5   1:02:23)
6   Q    Are you familiar with the term network
7   operation center?
8   A    Yes.
9   Q    Does Smartbiz have a network operation center?
10  A    That word is too broad, in order to define it,
11  you know, what it is that we are talking about.
12  Q    Okay.  You stated that Smartbiz interconnects
13  with its customers; is that correct?
14  A    Correct.
15  Q    Does that involve forming a network connection
16  through which Smartbiz accepts call data from its
17  customers?
18  A    Well, I don't understand correctly a network
19  connection.  What we do is, what we have is a switch,
20  which is a virtual switch which is offered to us by a
21  company.
22       For example, we have a service from a company
23  called Digital.  It is a service, it's not physical, you
24  cannot touch it.  And on that one we put in the
25  customer's information and the supplier's information,

Eduardo Borrero                 April 28, 2023                    Pages 26..29

Page 26
1  and it transits in that way.
2      And similarly we have SIPNAV equipment, which we
3  use, which is provided to us by Whisl.  And we connect
4  our customers and our suppliers onto that virtual
5  switch.
6      Q    Okay.
7           THE INTERPRETER:  For the record, this is the
8      Interpreter.  The Interpreter would like to ask for
9      a break at some point, just to take a bathroom
10     break.
11          MR. CROTTY:  Now is a fine time for it.
12     (Thereupon, a break was held at 10:34 a.m., after
13 which the following was heard at 10:58 a.m.)
14 BY MR. CROTTY:
15     Q    Mr. Borrero, Smartbiz's customers send call
16 data in the form of packets of information that are sent
17 over the internet, correct?
18     A    I suppose so.
19     Q    Okay.  Smartbiz accepts these packets of
20 information through the service Digitalk, is that
21 correct?
22     A    We have an equipment called Digitalk, and
23 through it we have the clients, we have some clients.
24     Q    Which clients use Digitalk?
25     A    Most of them are customers who manage

Page 27
1  international traffic.
2           MR. CROTTY:  We are admitting J.R.
3  BY MR. CROTTY:
4      Q    Do you use Digitalk for traffic that
5  ultimately terminates in the United States?
6      A    There could be traffic that ends in the United
7  States, but most of the traffic is international.
8      Q    You had said 80 to 90 percent of your traffic
9  terminates internationally, and 10 to 20 percent
10 terminates in the United States, but any of your given
11 traffic could use Digitalk.
12     A    Is Digitalk used for both?
13     Q    Yes.
14     A    That is both switches can terminate traffic in
15 the United States or internationally.  That is what the
16 equipment does.
17          Now, we manage the international traffic through
18 Digitalk, most of the traffic is with Digitalk.  Most of
19 the traffic is of the international traffic.  In SIPNAV
20 ---
21     Q    SIPNAV.
22     A    We manage domestic traffic in SIPNAV.  But
23 both equipment could manage U.S. traffic, some traffic
24 profiles.
25          THE INTERPRETER:  For the record, the

Page 28
1      interpreter does not know how to spell SIPNAV.
2           MR. CROTTY:  S-I-P-N-A-V.
3  BY MR. CROTTY:
4      Q    Do you know the percentage of U.S. terminating
5  traffic that goes over the Digitalk switch?
6      A    I do not know it, but it's minimal.
7      Q    Are you able to pull call detail records for
8  U.S. traffic that went over the Digitalk switch?
9      A    I would have to speak with the service
10 provider, but I have access to the daily data, to the
11 recent data.
12     Q    Does Digitalk require your customers to have
13 any on premises equipment to interconnect with Smartbiz?
14     A    No, I don't believe so.
15     Q    Does Smartbiz require any of its customers to
16 have specific equipment in order to interconnect using
17 either of the switches that Smartbiz used?
18     A    No.
19     Q    Can you describe how you give a customer
20 access to the Digitalk service?
21     A    Well, that question is more of a operations
22 matter.  But my understanding is that it is sufficient
23 for them to provide us with their information, having
24 their IP and their prefix information.
25     Q    When you say IP, do you mean an IP address?

Page 29
1      A    Yes.
2      Q    Does Smartbiz operate a server, and do you
3  give your customers access to specific ports on that
4  server?
5      A    On the switches that we have, we give them our
6  IP so that they can send the signal over.
7      A    Does Smartbiz operate any equipment that
8  processes calls on its own or does it rely exclusively
9  on Digitalk and SIPNAV to process all traffic?
10          MR. GELLIS:  Object to the form.
11          THE INTERPRETER:  Counsel, was the question --
12     you're referring to SIPNAV?
13 BY MR. CROTTY:
14     Q    Does Smartbiz operate any equipment that
15 processes call traffic or does it rely exclusively on
16 SIPNAV and Digitalk to process call traffic?
17     A    No, those are the ones that we use for
18 processing our traffic, or transport, in order to
19 transmit it.
20     Q    Does SIPNAV require that Smartbiz's customers
21 have any particular equipment on their premises to use
22 the SIPNAV service?
23     A    We do not have a direct relationship with
24 SIPNAV as a company.  We are a Whisl agent.  Okay?
25     Q    Is it fair to say that Smartbiz negotiates the

Eduardo Borrero                     April 28, 2023                    Pages 30..33

Page 30
1  rates at which its customers can use the SIPNAV account
2  that Whisl maintains?
3      A    Yes and no.
4      Q    Can you describe what Smartbiz does as an
5  agent of Whisl?
6      A    Okay.  Part of what we do is we look for
7  customers and we interconnect with us onto the SIPNAV
8  switch.  Okay.  And Whisl, they provide the providers
9  and they pay us a commission.
10     Q    When you say interconnect, do you mean you
11 take the customers IP address and information and
12 provide it to SIPNAV so that that customer can send IP
13 data to SIPNAV?
14     A    We put it in the equipment, in the software,
15 in the switch of the company SIPNAV, and whose owner is
16 the one who has the service with SIPNAV is Whisl.
17     Q    If you need to terminate one of your
18 customers, do you remove their information from SIPNAV?
19     A    I don't have the exact process, but I do know
20 that we simply suspend them from the equipment, suspend
21 them from having access in sending calls.
22     Q    So it's fair to say that Smartbiz has the
23 power to cut its client's access to the SIPNAV switch.
24     A    We have the power, we have.  What I cannot
25 tell you is how we do it, if we give them instructions

Page 31
1  or just press a button.
2      Q    When did Smartbiz first start using Whisl's
3  account with SIPNAV?
4      A    If you're referring to the first client that
5  we put on that platform, that was in 2020,
6  approximately.  It was approximately during 2020.
7      Q    Early in 2020, the middle of 2020, or late
8  2020?
9      A    It must have been in the middle of 2020, but I
10 cannot say exactly.
11          MR. CROTTY:  I'd like to mark the next
12      exhibit.
13          (Thereupon, Plaintiff's Exhibit 5 was marked for
14 identification.)
15 BY MR. CROTTY:
16     Q    Do you recognize this document?
17     A    I believe I've seen it virtually, but this is
18 the first time that I see it on print.
19     Q    Do you need a few minutes to refresh your
20 memory of this document?
21     A    Yes.
22     Q    Let me know when you're ready to discuss it.
23     A    Okay.
24     Q    I'd like to direct your attention to page 7,
25 section 4.5.  That section states customer agrees that

Page 32
1  Digitalk may suspend services as defined in this
2  agreement if Digitalk considers it necessary to do so by
3  giving reasonable notice where possible, including but
4  not limited to the below cases.
5          And then section 4.5.3, to prevent illegal or
6  unauthorized use of service.
7          And section 4.5.4, if the ACD relating to the
8  services falls below 30 seconds in any given period.
9  Did I read that correctly?
10     A    What is the question?
11     Q    Does ACD stand for average call duration, to
12 the best of your knowledge?
13     A    Correct.
14     Q    Has Digitalk ever suspended Smartbiz's service
15 pursuant to either of these subsections of this
16 contract?
17     A    No, they have never suspended services from
18 us.
19     Q    Do you know why Digitalk would have a
20 provision allowing it to suspend service if average call
21 duration drops below 30 seconds in any given period?
22     A    No, I do not know.
23     Q    Does Smartbiz have any procedures which would
24 allow or require it to cut its client's services if
25 their average call duration does not meet at certain

Page 33
1  thresholds?
2      A    Yes.
3      Q    Why does Smartbiz have those procedures in
4  place?
5      A    Well, during the last years, three years,
6  approximately -- well, during the last three years the
7  telecom industry has moved towards focusing to explore
8  the calls that come to us from (inaudible 1:32:25) and
9  it's the profile.
10     Q    Does an average call duration of less than 30
11 seconds indicate that the traffic profile is potentially
12 problematic?
13     A    Not necessarily.
14     Q    So why does Smartbiz look at the average call
15 duration of its customers' traffic?
16     A    Part of that is because the type of service,
17 when the call has a different duration, the price then,
18 it's different.
19          And as service providers, and the industry
20 providers, they specify that when a -- an ACD has been
21 exceeded, then it must be priced at a -- set at a
22 different price.
23          Not (inaudible 1:34:30) but that there are certain
24 parameters that one has to meet according to the service
25 provider.

Eduardo Borrero                April 28, 2023                Pages 34..37

Page 34

1  Q   I'd like to direct your attention to page 9,
2  section 6.8.  Do you have it?
3      The customer understands and agrees that the
4  pricing contained within schedule 3 is applicable for
5  usage of the services which generates an ACD of greater
6  than 30 seconds for any given period.
7      Digitalk reserves the right to amend the pricing as
8  defined in schedule 3 if the usage of the services does
9  not result in an ACD of greater than 30 seconds for any
10 given period.  Did I read that correctly?
11 A   Yes.
12 Q   Has Digitalk ever raised Smatbiz's rates
13 pursuant to this section of the contract?
14 A   No.
15 Q   Does SIPNAV have similar procedures as
16 Digitalk with respect to short duration traffic?
17 A   I do not know.
18 Q   You were describing that short duration
19 traffic is often billed at a higher rate than longer
20 duration traffic; is that correct?
21 A   Not necessarily, but it does occur that short
22 duration traffic or calls are charged higher, slightly
23 higher.
24 Q   Is it fair to say that if Smartbiz's traffic
25 profile has a shorter duration, there is a chance that

Page 35

1  Smartbiz's switches will require a higher rate?
2  A   Can you repeat the question?
3  Q   Is it true to say that there is a chance that
4  if Smartbiz's traffic has a shorter duration, Smartbiz's
5  switches may require a higher rate?
6      MR. GELLIS:  Is possible in the translation?
7  Because you said there's a chance, and I didn't
8  hear that in the translation.
9      THE INTERPRETER:  The Interpreter did say it.
10     MR. GELLIS:  I just wanted to make sure.
11     THE WITNESS:  Yes, according to what the
12 contract says, and I don't mean yes as affirmative,
13 but I'm just continuing.
14     Based on the explanation of the contract, it
15 says that if the ACD, the call duration is shorter
16 than 30 seconds, the company, Digitalk, reserves
17 the right to raise -- in order to change the price.
18     I do not know how it works with SIPNAV.  But
19 in terms of switches, I don't know.  I don't see or
20 I don't know if there is a raise with SIPNAV.
21 Okay.  I don't believe so, and that's it.
22 BY MR. CROTTY:
23 Q   Does Jose Olivar also work for Whisl?
24 A   Yes.
25 Q   Do you know if he has access to Whisl's

Page 36

1  contract with SIPNAV?
2  A   I do not know.
3      MR. CROTTY:  I'd like to introduce Exhibit 6.
4      (Thereupon, Plaintiff's Exhibit 6 was marked for
5  identification.)
6  BY MR. CROTTY:
7  Q   Do you recognize this document?
8  A   Yes.
9  Q   Is this an organizational chart showing the
10 staffing at Smartbiz?
11 A   Yes.
12 Q   Is Jose Olivar the CEO of Smartbiz?
13 A   It's correct.
14 Q   So is it true to say that if Jose Olivar had
15 access to the contract with SIPNAV, then Smartbiz would
16 have access to the contract with SIPNAV?
17 A   No.
18 Q   Are there agreements restricting access to
19 that document between Whisl and Smartbiz that you are
20 aware of?
21 A   Not to my knowledge.
22 Q   So why would Smartbiz not be able to access
23 the contract with SIPNAV if Mr. Olivar has access to it?
24 A   Whisl doesn't have access to my contract with
25 SIPNAV.  Well, correction.

Page 37

1  Whisl does not have access to my contract with
2  Digitalk.
3  Q   You do not work for Whisl, correct?
4  A   No.
5  Q   But Mr. Olivar works for Whisl and for SIPNAV
6  -- for Smartbiz, both, correct?
7  A   Correct.
8  Q   And Smartbiz uses the SIPNAV switch, correct?
9  A   Like any Whisl agent.
10 Q   Okay.  So why would Smartbiz not be able to
11 see the contract with SIPNAV?
12     MR. GELLIS:  Object to the form.
13     THE WITNESS:  The same way that Whisl cannot
14 see my contract with Digitalk.
15 BY MR. CROTTY:
16 Q   Is it the same way?  Because you don't work
17 for Whisl, but Mr. Olivar works for both companies.
18 A   Well, if Mr. Olivar has access with the SIPNAV
19 -- access to the SIPNAV contract, he manages it with
20 Whisl.  And if he has access to the contract with
21 Digitalk, he manages it with Smartbiz.
22 Q   Is he restricted from sharing information
23 between the two companies?
24 A   Ethically he does not share information, my
25 information, Smartbiz with Whisl, and he does not share

Eduardo Borrero                April 28, 2023                Pages 38..41

Page 38

1  Whisl's information with Smartbiz.
2     Q    Why would it be unethical for him to share
3  that information?
4     A    It's the same as if I were to share Whisl
5  information with the other 20 agents it has.
6     Q    How would it be the same as you sharing
7  Whisl's information with other agents of Whisl?
8     A    No, no, no.  The translation is wrong.  J.R.
9  Olivar -- for J.R. to share information of Smartbiz, it
10 would be the same way as sharing information with the
11 other 19 agents.
12    Q    So if Smartbiz asked for a copy of the
13 agreement with SIPNAV, Whisl would not provide it.
14    A    I do not know.
15    Q    So you have never asked for a copy of the
16 agreement with SIPNAV?
17    A    I have not asked for it.
18    Q    Who is Manuel Vicuna?
19    A    He is one of the people who work at Smartbiz's
20 NOC.
21    Q    Would he be able to answer questions about how
22 Smartbiz terminates customers if the need arises?
23    A    He is a more operations person.  I think that
24 J.R. is the one who would be able to answer their
25 questions of that kind.

Page 39

1     Q    Okay.  Who is Diana Mora?
2     A    A sales agent.
3     Q    And Katherine Rosales?
4     A    The same.
5     Q    And Luis E. Gomez?
6     A    The same too.  Sales agent.
7     Q    Does Smartbiz have other staff that are sales
8  agents?
9     A    We have other registered agents, but they're
10 not active because at this time they do not have
11 businesses.
12    Q    Do you supervise the three sales agents on
13 this chart?
14    A    They're independent, but I work with them.
15    Q    What are their job duties?
16    A    Sell and buy voice service.
17    Q    Do they negotiate contracts between Smartbiz's
18 clients and Smartbiz?
19    A    They are the people who are -- well, the ones
20 who interact with the customers.  But the contracts,
21 they're standard.
22    Q    Do they interact with the customers before
23 they become customers, in the sales process, or do they
24 provide customer service after your clients have signed
25 a contract?

Page 40

1     A    They interact to bring them to the business,
2  and there are others that are already -- other customers
3  who are a part of the business, and so they take care of
4  those for the customer.
5     Q    Who is Mayra Garcia?
6     A    Mayra is the person who works with us at the
7  finance department, and she works directly with me.
8     Q    What are her job duties?
9     A    Manage the accounting and process the
10 payments.
11    Q    Who is Carla Rodriguez?
12    A    An accounting assistant.
13    Q    And Carlos Gutierrez?
14    A    The same.
15    Q    And Alejandra Hernandez?
16    A    The same.
17    Q    Are these individuals -- do these individuals
18 reside in the United States?
19    A    Jose Ramon Olivar, in Texas, and the rest are
20 in Latin America.
21    Q    Okay.  Would it be possible for Manuel Vicuna
22 to travel to the United States if it's necessary to
23 testify in this case?
24    A    I don't know.  I don't know if he has
25 everything that's necessary to travel to the United

Page 41

1  States.
2     Q    Does Smartbiz require that its employees have
3  the ability to travel to the United States as a
4  condition of employment?
5     A    No.
6     Q    Who is Luis Gomez?
7     A    Luis Gomes is a person who used to work at NOC
8  and he's currently doing sales at SMS, a new product in
9  sales.
10    Q    Does Smartbiz terminate text messages in the
11 United States?
12    A    Not yet.
13    Q    Smartbiz has plans to offer text message
14 termination services in the United States?
15    A    Yes.
16    Q    When would Smartbiz like to offer this
17 service?
18    A    When we have the clients who can buy the
19 service.
20    Q    Who is Neptali Galue?
21    A    Another assistant at NOC.
22    Q    What are her job duties?
23    A    I don't have all of them, but part of them is
24 to pass on reports.
25    Q    What type of reports?

Eduardo Borrero                April 28, 2023                Pages 42..45

Page 42

1  A    Sales reports.
2  Q    Are those sales reports used to create
3  invoices?
4  A    No.
5  Q    What type of information are contained in the
6  sales reports?
7  A    Names of customers, sales, amount of sales in
8  dollars.  Costs, margins, increases or decreases in the
9  traffic volume, mainly that.
10 Q    When you say sales in dollars, are those sales
11 based on the number of minutes of traffic terminated?
12 A    The ones that I receive and I focus mainly on
13 is revenue and costs.
14 Q    What is the basis for revenue?
15 A    Well, what we sell, voice service and minutes
16 per rate.
17 Q    Who is Oscar Raffo?
18 A    Another assistant the department works with
19 now.
20 Q    Are his job duties the same as Neptali Galue?
21 A    Yes.
22 Q    Are you familiar with an individual named Omar
23 Luna?
24 A    Yes.
25 Q    How do you know Mr. Luna?

Page 43

1  A    From the industry.
2  Q    What role does Mr. Luna play in the
3  telecommunications industry?
4  A    He's a person who is involved in the U.S.
5  market, domestic traffic.  That is what he does mostly.
6  Q    Has Mr. Luna had any business dealings with
7  Smartbiz?
8  A    Before J.R. worked at Whisl, Mr. Luna was the
9  one who talked with Whisl.  We didn't have business, but
10 he was the person that we knew at that company.
11 Q    Does Mr. Luna still work for Whisl?
12 A    I don't have contact with him, but my
13 understanding is that he belongs to Whisl either as
14 partner or as a active member.  But I don't have contact
15 with him.
16 Q    Did you ever correspond directly with Mr. Luna
17 regarding Smartbiz's business?
18 A    I do not recall exactly, but I imagine that we
19 may have talked on some occasion about doing business
20 together.
21 Q    Okay.  Approximately, when were you
22 corresponding with Mr. Luna about Smartbiz doing
23 business with Whisl?
24 A    Us, before doing business with Whisl -- well,
25 me personally, I spoke with him many times, but I don't

Page 44

1  recall exactly what are the dates or exactly the
2  conversation that we had.
3       But many times we had conversations in order to
4  explore the opportunity to do business together.
5  Q    Were you speaking generally about terminating
6  voice traffic into the United States?
7  A    We were talking about us becoming an agent of
8  his in order to be able to direct traffic and offer the
9  service, the traffic service into the United States.
10 Q    Were you having these conversations in the
11 context of Mr. Luna's employment with Whisl or outside
12 of his employment with Whisl?
13 A    Can you repeat the question or make it a
14 little bit clearer?
15 Q    Does Mr. Luna engage sales agents for
16 companies other than for Whisl?
17 A    I do not know.
18 Q    Is it fair to say that you were discussing
19 with Mr. Luna the possibility of you becoming a sales
20 agent for another company?
21 A    No.
22 Q    Can you describe again what your conversations
23 that you were referring to were about?
24 A    To offer service in the United States you will
25 need equipment such as SIPNAV, Digitalk cannot do that.

Page 45

1       And a way for us at Smartbiz, and take advantage of
2  all the customers we have and the experience we have in
3  the industry, in order to offer the service we had to
4  become agents, convert ourselves as agents or purchase
5  the SIPNAV.  So once we become agents and receive money,
6  or get money through a commission, that is the most
7  logical way for doing the business in the United States.
8  Q    Why did you say that Digitalk is not suitable
9  for terminating traffic in the United States?
10 A    I'm not an expert, but my understanding is
11 that equipment characteristics do not -- or slash
12 pictures do not allow it.
13 Q    Do you believe it's a technological limitation
14 of Digitalk that does not allow it to terminate traffic
15 in the United States?
16 A    Mainly that, but SIPNAV has the experience,
17 and most of the people in the United States that do
18 service in the United States do it with SIPNAV.
19 Q    Is Mr. Luna a formal employee of SIPNAV?
20 A    I do not know.
21 Q    Do you know if he has a percentage of
22 ownership in SIPNAV?
23 A    I do not know.
24 Q    Is an individual named Scott Presta an owner
25 of SIPNAV?

Eduardo Borrero                April 28, 2023                Pages 46..49

Page 46
1   A    I've heard that name, but I do not know
2   whether he is an owner or what his role is at SIPNAV.
3        MR. CROTTY:  It's noon.  I'm about to
4   transition to a different topic.  I'm happy to keep
5   on going.  Our time is limited, so I'd like to keep
6   on going, but do we need a break or do we need
7   lunch?  Let's do a five minute break.
8        (Thereupon, a break was held at 12:08 p.m., after
9   which the following was heard at 12:39 p.m.)
10  BY MR. CROTTY:
11  Q    So I would like to circle back and revisit a
12  few of the things that we discussed previously, and then
13  move onto a new topic.  Mr. Borrero, I believe at the
14  beginning of the day you had testified that you had
15  started another business that provided consulting
16  services; is that correct?
17  A    Well, yes.  That company has been on since
18  '96, if I recall correctly.
19  Q    Does that company still provide consulting
20  services?
21  A    Yes.
22  Q    Does that company consult on originating voice
23  calls?
24  A    No.
25  Q    Okay.  Does it consult on transit of voice

Page 47
1   calls?
2   A    No.
3   Q    Do you have any clients who offer call center
4   services?
5   A    Not with me.
6   Q    Can you provide a brief description of the
7   types of services that you consult on?
8   A    If someone wants to go to NAP of the Americas
9   and they want for me to give a care service to an
10  equipment of theirs, I call an engineer and I
11  subcontract him.  And I go and I give the service, and
12  this service is called hands free.  That's one of the
13  services I provide.
14  Q    Okay.  Is that the main service that you
15  provide?
16  A    I have been providing that during the last 20
17  years, more or less.  I have other services.
18  Q    Can you provide a brief description of the
19  main services that you provide through your consulting
20  company?
21  A    I can offer DID.
22  Q    By DID you mean direct inward dial phone
23  numbers?
24  A    Yes.
25  Q    How do you source those DID's?

Page 48
1        THE INTERPRETER:  This is the Interpreter.  By
2        sourcing, Counsel means providing the services to
3        someone?
4   BY MR. CROTTY:
5   Q    Procure a right to use those DID's directly
6   from the North American numbering administrator.
7   A    No.  Only international.
8   Q    Okay.  So you do not source one plus United
9   States phone numbers?
10  A    No.
11  Q    Okay.
12       THE INTERPRETER:  Did Counsel say one plus
13       international phone numbers?
14       MR. CROTTY:  Plus one United States phone
15       number.  I got the plus in the wrong spot.
16       THE WITNESS:  No.
17  BY MR. CROTTY:
18  Q    You have never arranged for a domestic DID for
19  a Smartbiz customer; is that correct?
20  A    Not that I recall.
21  Q    How does Smartbiz find new clients?
22  A    Okay.  The Smartbiz clients are wholesale
23  providers.  And most of the clients that we obtain,
24  other companies that we approach to offer opportunities
25  in the trade shows.

Page 49
1   Q    Is it fair to say that most of Smartbiz's
2   client connections are made at trade shows?
3   A    Correct.
4   Q    Does Smartbiz have any advertising?
5   A    No.  We have an internet page, but we do not
6   do advertising.
7        MR. CROTTY:  Okay.  I'd like to introduce
8        Exhibit 7.
9        (Thereupon, Plaintiff's Exhibit 7 was marked for
10  identification.)
11  BY MR. CROTTY:
12  Q    Do you recognize this document?
13  A    Yes.
14  Q    Can you describe what this document is?
15  A    These are the procedures that we use at
16  Smartbiz.
17  Q    Okay.  When did you implement these
18  procedures?
19  A    Well, I don't recall exactly this procedure,
20  the detail, because, like I said, this is an industry
21  that's undergoing a lot of changes.  But from the first
22  day that we had a traceback, we started utilizing a
23  procedure in order to eliminate this kind of problem and
24  address it.
25  Q    Is this the document that's filed with the

Eduardo Borrero                    April 28, 2023                    Pages 50..53

Page 50

1  FCC's robocall mitigation database?
2    A    I believe that this is the last detail that we
3  have with the FCC. I would have to check, but I think
4  that it is.
5    Q    Okay. Has Smartbiz changed the procedures
6  that are outlined here since filing it?
7    A    Like I said, we are constantly implementing
8  new changes and new approaches in order to improve it.
9    Q    Okay.
10   A    So possibly there is a version that could be
11 updated in order to make it better.
12   Q    In Section A this document references know
13 your customer criteria.
14   A    Yes.
15   Q    Does Smartbiz still require this information
16 when signing up a new customer?
17   A    The know your customer, yes. We do request
18 that, and there is also additional information that is
19 not on here.
20   Q    Section B references Smartbiz's acceptable use
21 policy; is that correct?
22   A    Yes.
23   Q    It states that customers must agree on our
24 terms and conditions, including a commitment to comply
25 with Smartbiz Telecom LLC's terms of use; is that

Page 51

1  correct?
2    A    Correct.
3    Q    How does Smartbiz determine that its customers
4  have looked at these terms and conditions and agreed to
5  them?
6    A    When we do our interconnection with our
7  customers we explain to them which are the requirements,
8  in order for them to have it clear for themselves.
9    Q    Are the requirements ever given to the
10 customers in writing?
11   A    We give them the contract, and if they're
12 engaged in domestic traffic we have a conversation with
13 them to make sure that the requirements are complied
14 with.
15   Q    So is it fair to say that Smartbiz gives its
16 customers its acceptable use policy, as referenced in
17 this document, orally, and some of the terms are
18 contained in Smartbiz's contract as well?
19        MR. GELLIS:  Object to the form.
20        THE WITNESS:  Well, the clients who manage
21   international traffic in general, in general we
22   don't have that conversation with them. Even
23   though we manage it, we don't go to the same extent
24   as with the customers that are going to be
25   directing traffic in the United States.

Page 52

1  BY MR. CROTTY:
2    Q    Okay. Moving forward, if I reference a
3  customer of Smartbiz, would it be acceptable for us to
4  agree that I am only talking about customers that
5  terminate traffic in the United States?
6         So that when I say customer, I am only meaning
7  customers that terminate traffic in the U.S.
8    A    Correct. Understood.
9         MR. CROTTY:  John, are you okay with that
10   interpretation moving forward?
11        MR. GELLIS:  Yes, absolutely.
12 BY MR. CROTTY:
13   Q    Section D is called proactive network
14 monitoring, correct?
15   A    Uh-huh.
16   Q    Do you see that that section references
17 various monitoring and reporting systems in place to
18 analyze traffic on its network for potentially
19 suspicious traffic patterns that are likely to be
20 associated with illegal robocalls or other potentially
21 unlawful usage? Did I read that correctly?
22   A    Yes.
23   Q    Can you describe the monitoring and reporting
24 systems that Smartbiz has in place?
25   A    That's more of an operations area, and the

Page 53

1  person who would be able to answer it better would be
2  J.R. Olivar.
3    Q    Understood. Section C references the stir-
4  shaken call authentication protocol; is that correct?
5    A    Correct.
6    Q    Does Smartbiz have any plans to fully
7  implement the stir-shaken protocol?
8    A    We have plans of doing that which has been
9  required by the FCC, in order to transmit calls to our
10 -- to us. But for any specific details a better person
11 to answer that to you is J.R. Olivar.
12        MR. CROTTY:  I'd like to introduce Exhibit 8.
13        (Thereupon, Plaintiff's Exhibit 8 was marked for
14 identification.)
15 BY MR. CROTTY:
16   Q    Do you recognize this document?
17   A    Yes.
18   Q    Can you describe what this document is?
19   A    This is a document that is sent to the
20 customers. No. This is a document which is a procedure
21 when we see that a customer has come out of the --
22 exceeded the parameters that it had in the company. So
23 then we open an investigation.
24   Q    To the best of your knowledge, has Smartbiz
25 ever sent out a letter based on this document?

Eduardo Borrero                  April 28, 2023                    Pages 98..101

### Page 98

```
 1   given that your Counsel doesn't have any cross
 2   examination; is that correct?
 3           MR. GELLIS:  Correct, no cross examination.
 4           MR. CROTTY:  Would you like to explain to your
 5   client read or waive?
 6           MR. GELLIS:  We're going to read.
 7           MR. CROTTY:  Okay.  Well, you have the right
 8   to read your transcript today and send in -- note
 9   anything that you think is not consistent with what
10   was said here today.
11           And then the court reporter will create a
12   record of those inconsistencies, and that process
13   is called reading.  And you are electing to read
14   the transcript and do that.  We would like to order
15   the transcript.
16
17   (Thereupon, the deposition was concluded at 3:47
18   p.m. with reading and signing having not been waived.)
```

### Page 99

```
 1                  CERTIFICATE OF OATH
 2
 3   THE STATE OF FLORIDA
 4   COUNTY OF MIAMI-DADE:
 5
 6       I, the undersigned authority, hereby certify that
 7   Eduardo Borrero appeared before me via Zoom on April 28,
 8   2023, and was duly sworn.
 9       WITNESS my hand and official seal on this 9th day
10   of May 2023.
11
12              *Cynthia Dorobiala*
13              Cynthia Dorobiala,
14              Notary Public-State of Florida
15              My commission # GG 358712
16              Expires: July 24, 2023
```

### Page 100

```
 1              REPORTER'S CERTIFICATE
 2
 3   THE STATE OF FLORIDA
 4   COUNTY OF MIAMI-DADE:
 5
 6       I, Cynthia Dorobiala, Court Reporter and Notary
 7   Public, certify that I was authorized to and did report
 8   the deposition of Eduardo Borrero; the transcript is a
 9   true and complete record of my notes.
10       I further certify that I am not a relative,
11   employee, attorney, or Counsel of any of the parties,
12   nor am I a relative or employee of any of the parties'
13   attorney or Counsel with the action, nor am I
14   financially in the action.
15       DATED on this 10th day of May 2023.
16
17              *Cynthia Dorobiala*
18              Cynthia Dorobiala,
19              Notary Public-State of Florida
20              My commission # GG358712
21              Expires:  July 24, 2023
```

### Page 101

```
 1                  ERRATA SHEET
 2   RE:
         Case Name: Office of the Attorney General, et al vs Smartbiz Telecom LLC
 3       Case No.: 1-22-cv-23945-JEM
         Deposition of: EDUARDO BORRERO
 4       Date Taken: April 28, 2023
 5
 6
 7   PAGE NO.    LINE NO.    CORRECTIONS OR CHANGES
 8   _____      _____       _____
 9   _____      _____       _____
10   _____      _____       _____
11   _____      _____       _____
12   _____      _____       _____
13   _____      _____       _____
14   _____      _____       _____
15   _____      _____       _____
16   _____      _____       _____
17   _____      _____       _____
18   _____      _____       _____
19   _____      _____       _____
20   _____      _____       _____
21   _____      _____       _____
22   _____      _____       _____
23
                             _____
24                           EDUARDO BORRERO
25                           DATE:
```