UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:  1:22-cv-23945-JEM


OFFICE OF THE ATTORNEY GENERAL,

STATE OF FLORIDA,

DEPARTMENT OF LEGAL AFFAIRS,

      Plaintiff,

vs.

SMARTBIZ TELECOM LLC,

A Florida limited liability company,

      Defendant.

_____/


IN PERSON DEPOSITIONOF JOSE OLIVAR


    DATE TAKEN:          July 12, 2023

    TIME:                8:59 a.m.

    LOCATION:            Office of the Attorney General


    Taken before Kenneth Velasquez, Court Reporter and
Notary Public in and for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above-style cause.

Jose Olivar                    July 12, 2023                    Pages 2..5

Page 2

```
1   APPEARANCES:
2       PATRICK CROTTY, ESQUIRE
3       OFFICE OF THE ATTORNEY GENERAL
4       3507 EAST FRONTAGE ROAD, SUITE 325
5       TAMPA, FLORIDA 33607
6       ATTORNEYS ON BEHALF OF THE PLAINTIFF
7
8       SEAN GELLIS, ESQUIRE
9       GELLIS LAW, PLLC
10      300 WEST PENSACOLA STREET
11      TALLAHASSEE, FLORIDA 32301
12      ATTORNEY ON BEHALF OF THE DEFENDANT
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1                   I N D E X
2   WITNESS                                      PAGE
3   Jose Olivar
4   Direct Examination, by Mr. Crotty               7
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1                E X H I B I T S
2   EXHIBIT NO.     DESCRIPTION                    PAGE
3   Exhibit 1,      Notice of Deposition             9
4   Exhibit 2,      KYC Form                        26
5   Exhibit 3,      Document                        45
6   Exhibit 4,      NOC Email                       51
7   Exhibit 5,      Chart                           66
8   Exhibit 6,      Red Telecom Email               73
9   Exhibit 7,      Email from Manuel Alejandro     74
10  Exhibit 8,      Traceback List                  75
11  Exhibit 9,      Traceback 5580                  76
12  Exhibit 10,     Email from Eduardo              87
13  Exhibit 11,     Email from David Frankel       106
14  Exhibit 12,     Email Chain                    134
15  Exhibit 13,     Email Sent to Lata 1           138
16  Exhibit 14,     Invoice                        140
17  Exhibit 15,     NOC Email Chain                146
18  Exhibit 16,     Robocall Mitigation            149
19  Exhibit 17,     Website Printout               150
20  Exhibit 18,     Emails from Luigi Diaz         156
21  Exhibit 19,     Email Chain                    163
22  Exhibit 20,     Email from Etelix              166
23  Exhibit 21,     Traceback 945                  172
24  Exhibit 22,     Emails from Etelix and SamrtBiz 183
25  Exhibit 23,     Etelix Trunk                   185
```

Page 5

```
1                E X H I B I T S
2   EXHIBIT NO.     DESCRIPTION                    PAGE
3   Exhibit 24,     NOC Email Chain                189
4   Exhibit 25,     Interrogatories                195
5   Exhibit 26,     Email Chain                    199
6   Exhibit 27,     Email Exchanges                204
7   Exhibit 28,     NOC Email Chain                211
8   Exhibit 29,     Spoofing Issue Email           214
9   Exhibit 30,     AlkaIP Email                   218
10  Exhibit 31,     Email Between NOC and AlakIP    220
11  Exhibit 32,     Traceback 2930 Communication   224
12  Exhibit 33,     Email                          227
13  Exhibit 34,     Email from NOC to AlkaIP        229
14  Exhibit 35,     NOC Emails                     232
15  Exhibit 36,     Email from NOC to AlkaIP        235
16  Exhibit 37,     Answers to AlkaIP              239
17  Exhibit 38,     March 2022 Email               241
18  Exhibit 39,     Email from Axkan to SmartBiz   246
19  Exhibit 40,     November 6 Traceback           251
20  Exhibit 41,     Emails from NOC to Xicom NOC   255
21  Exhibit 42,     Emails from Directo            259
22  Exhibit 43,     March 16, 2020, Document       261
23  Exhibit 44,     February 10, 2021, Email       262
24  Exhibit 45,     Directo Time Complaint         262
25  Exhibit 46,     Directo Time Complaint 2       264
```

Jose Olivar                July 12, 2023                Pages 6..9

Page 6

```
 1          E X H I B I T S
 2  EXHIBIT NO.    DESCRIPTION                    PAGE
 3  Exhibit 47,    September 14, 2021, Complaint   265
 4  Exhibit 48,    Directo Complaints             267
 5  Exhibit 49,    Spoofing Email                 271
 6  Exhibit 50,    Complaint                      281
 7  Exhibit 51,    Complaint 2                    282
 8  Exhibit 52,    Billing Exchange               283
 9  Exhibit 53,    Email Chain                    287
10  Exhibit 54,    2019 Document                  296
11  Exhibit 55,    February 2021 Document         301
12  Exhibit 56,    January 26, 2022, Email        303
13  Exhibit 57,    Chart                          316
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1              P R O C E E D I N G S
 2       (Thereupon, the following proceedings were held at
 3  8:59 a.m.)
 4          THE COURT REPORTER:  Hello.  Good morning.  We
 5  are -- we are on the record.  For the record, it's
 6  July 12, 2023, at 8:59 a.m.  I saw the identity
 7  part of Jose Olivar, and I have confirmed his
 8  identity.  Jose Olivar, could you please raise your
 9  right hand?  Do you solemnly swear and affirm that
10  the testimony you're about to give will be the
11  truth, the whole truth, and nothing but the truth?
12          THE WITNESS:  Yes.
13          THE COURT REPORTER:  Okay.  Thank you so much.
14  You may now proceed.
15              DIRECT EXAMINATION
16  BY MR. CROTTY:
17       Q     Good morning, Mr. Olivar.
18       A     Good morning.
19       Q     For the record, my name is Patrick Crotty.
20  I'm a Senior Assistant Attorney General with the Florida
21  Attorney General's Office and the lead Counsel for
22  Plaintiff on this case.  Could you state your full name
23  for the record, please.
24       A     Jose Ramon Olivar Mata.
25       Q     Have you ever been deposed before?
```

Page 8

```
 1       A     No, sir.
 2       Q     Okay.  So, I would like to start with a couple
 3  of ground rules just to make this process goes a little
 4  bit more smoothly.
 5       A     Sure.
 6       Q     This is a formalized question and answer.
 7  I'll be asking the questions.  You'll be giving me your
 8  best and most honest answers.  Is there any reason today
 9  why you can't provide accurate testimony?
10       A     No.
11       Q     Are you under the effects of any medications
12  that might impact your ability to testify?
13       A     No.
14       Q     Okay.  So, during this process, you might know
15  the answer and start trying to give your answer before I
16  finish asking my question.  That makes it very difficult
17  for the court reporter to make a clear transcript.
18  He'll be writing down everything that we say today.  So,
19  I'll ask you to let me fully state my question before
20  you begin to answer.
21          And furthermore, leave a second or two for your
22  counsel to object, if he so desires, to my question.
23  Also, because everything is being written down today, we
24  can't speak over each other or the court reporter won't
25  know what to write.  So, please, as we get going, we'll
```

Page 9

```
 1  almost certainly make mistakes, but I will try my best
 2  not to speak over you, and I ask you to do the same.
 3       A     Okay.
 4       Q     If you need a break at any time, please let me
 5  know.  I do ask that you finish answering any question
 6  that's pending before we take a break.  But I'd be happy
 7  to give you as many breaks as you would like.
 8          MR. CROTTY:  Okay.  At this time, I would like
 9  to introduce Exhibit 1, Notice of Deposition of
10  Jose Olivar.  I will hand it -- hand an extra copy
11  to your counsel.  They'll do this with all of the
12  exhibits.  He'll take a look at the exhibit and
13  take his copy, and he'll give you the one that I've
14  stamped.
15          THE WITNESS:  Okay.
16       (Thereupon Plaintiff's Exhibit 1 was marked for
17  identification.)
18  BY MR. CROTTY:
19       Q     And when you're done with it, just please
20  leave it in a pile next to you.  We'll probably refer
21  back to certain exhibits --
22       A     Yes.
23       Q     And then at the end of the day, please give
24  all of the exhibits to the court reporter to take with
25  him to keep as part of the transcript.  So, now I'm
```

Page 10

1  handing Exhibit 1 and a copy for your counsel -- to your
2  counsel.  Okay.  Do you recognize this document?
3      A    Yes, sir.
4      Q    Okay.  Are you appearing to give your
5  deposition today pursuant to this notice?
6      A    That's right.
7      Q    Okay.  And that's all I have for Exhibit 1,
8  just to confirm the formalities.
9      A    Okay.
10     Q    We probably won't refer back to that.
11     A    Training.
12     Q    Okay.  Can you state your address, please?
13     A    4102 Lodge Ranch Court, Fulshear, Texas 77441.
14     Q    Okay.  What is your educational background,
15  starting with high school?
16     A    High school.  I finished high school back in
17  Venezuela, then I went to -- I got a bachelor's degree
18  in electronic engineering.  And after that, I had a -- I
19  got a master in telecommunications management.  And
20  after that, I decided not to keep studying.
21     Q    Where did you get your bachelor's?
22     A    Bachelor's degree, back in university in
23  Venezuela.  Yes.
24     Q    And your master's?
25     A    Simon -- Simon Bolivar University is the name

Page 11

1  of the place.  It's very well known there.  This is at
2  the same place.
3      Q    And what was your master's degree?
4      A    Telecommunications management.
5      Q    At the same place?
6      A    At the same university, yeah.  A couple of
7  years later after graduating.
8      Q    What is your role at SmartBiz?
9      A    I am CEO at SmartBiz and pretty much I -- I
10  don't really go on a day to day -- day operations more
11  about a weekly overview of what's going on at the
12  moment.
13     Q    Okay.  Do you also work for Whisl?
14     A    That's right.  That's my -- I'm an employee at
15  Whisl.
16     Q    Okay.  What is your title at Whisl?
17     A    I'm the CTO.  I'm the chief technology officer
18  and take over the -- the operation there.
19     Q    Who is the CEO of Whisl?
20     A    I actually don't know.  It's -- I report to
21  Lindy Cairns.  She is the majority owner, and she's the
22  one responsible.  I -- I need to answer to her.
23     Q    Okay.  Who is Omar Luna?
24     A    Omar Luna was an owner at Whisl back when I
25  got in.  It was called TeleconVoice when I joined, and a

Page 12

1  few months later, they sold that.  They changed the
2  name.  It was now Whisl.  And in 2022, he sold his
3  shares to another bigger company.  And so he was owner
4  for a while.
5          MR. CROTTY:  Okay.  We go off the record for a
6  sec.  I'm sorry.
7      (Off the record at XX:XX a.m. and back on the
8  record at XX:XX a.m.)
9          THE COURT REPORTER:  On record.
10         THE WITNESS:  All right.  So, I took over the
11  position that Omar Luna had at TeleconVoice when he
12  left.
13  BY MR. CROTTY:
14     Q    So, Mr. Luna was the chief technology officer,
15  TeleconVoice?
16     A    That's right.  That was his position exactly.
17     Q    Is Mr. Luna still involved at all in Whisl?
18     A    No.
19     Q    When did SmartBiz and Whisl start doing
20  business together?
21     A    Let me see.  We started SmartBiz at 2016 with
22  Eduardo and then I think it was around 2018 that we
23  started doing business with TeleconVoice.  It wasn't
24  Whisl yet.  And it was because of a guy, Ric Pantaleo,
25  that worked with me at Verizon.  I used to work for

Page 13

1  Verizon, so I met him there.
2      Q    Could you spell Mr. Pantaleo's name?
3      A    Pantaleo, Ric, R -- it's actually Riccardo
4  with double c, like Italian Riccardo.  And then his last
5  name is Pantaleo, P-A-N-T-A-L-E-O.  Pantaleo.
6          THE COURT REPORTER:  Thank you.
7          THE WITNESS:  Yeah.  He's still there, the --
8  the Whisl.  He's a -- he's an agent.  He's a sales
9  guy.
10  BY MR. CROTTY:
11     Q    Could you describe the relationship between
12  SmartBiz and Whisl?
13     A    It's a -- it's a business relationship.  That
14  it's -- with -- when we started it, it was, I guess, as
15  a regular -- any other business, you know, one company
16  interconnected with another through an agent.  But since
17  I joined Whisl back in 2019, obviously we got to work a
18  little close -- more closer.  And I was -- I jo -- I
19  mean, I kind of left.  I couldn't work the same hours.
20  I mean, I was responsible for more things at the
21  SmartBiz and now I was an employee there.  So, I had to
22  take care of everything going on -- on Whisl which is
23  what I'm still doing.  And it's -- I would say it's
24  still -- it's -- it's a relationship.  It's just the
25  fact that I am still owner at SmartBiz, but they are

Jose Olivar                    July 12, 2023                    Pages 14..17

Page 14

1 another customer may -- you know, anyone may have, just
2 I have
3 -- I have a interest in -- in the SmartBiz as well.
4       Q     Okay.
5       A     But there's no -- there's no other contract,
6 special.  There's nothing -- nothing like that, just
7 regular interconnection business.
8       Q     Does SmartBiz share the same switch for
9 terminating traffic into the United States with Whisl?
10      A     Yes.  It's -- it's the same switch called
11 SipNav.  It's a softswitch.  So, pretty much -- but that
12 was the way since we started it.  So, when I say we, is
13 SmartBiz, right?  When we started the domestic business,
14 the max determination business, we started it through
15 them -- through TeleconVoice.
16      So, we were connecting the customers directly to
17 their platform, and we just went in the portal and
18 checked what was going on in terms of rates, in terms of
19 statistics, and downloading everything.  So, yes, the
20 platform is SipNav.  We share the same platform, but
21 it's SmartBiz's businesses with Whisl.  So, Whisl is the
22 one that has the contract with SipNav and everything.
23 So, for SipNav, SmartBiz is not a customer, so SipNav is
24 -- is Whisl and other, you know, customer.
25      Q     Okay.  So, is it fair to say that SmartBiz and

Page 15

1 Whisl share an account with SipNav?
2       A     No, that's not right.
3       Q     How would you describe it?
4       A     Whisl has an account with SipNav that SmartBiz
5 uses on the Whisl, the portal.  So, they need to access
6 the portal on the Whisl.  They -- they don't deal with
7 SipNav directly as a -- an age -- I mean, someone in
8 SipNav, that they pay a monthly fee for the SipNav.
9 They don't do that.  It's all Whisl.
10      And not only SmartBiz, there are -- there are
11 several customers that use the platform that way, and
12 SipNav is well known for that, like, whoever is on
13 SipNav have the same ability as Whisl to share it with
14 other customers to get to this platform and get
15 interconnected like that.
16      Q     Okay.  Is there a contract between Whisl and
17 SipNav?
18      A     Yes.
19      Q     Do you know what the approximate rate for
20 using the SipNav platform is?
21      A     I do.
22      Q     And what is that rate?
23      A     Expensive.  It's less than $1 -- it's like
24 $0.80.  So, we have right now 37 -- 35,000 port,
25 something like that.  So, the amount is almost $30,000 a

Page 16

1 month for that platform.  So, it's -- it's pretty
2 expensive.
3       Q     Okay.  Can you describe what a port on the
4 SipNav switch is?
5       A     Wow, a port?  It's -- well, I don't know how
6 to describe it, make it simple, but it's just -- imagine
7 just -- it's a channel.  Imagine your phone, it's a
8 line, one port is one line.  So, you have a line to be
9 able to complete calls.  So, if you have 20,000, then
10 you can complete 20,000 calls at the same time.  So,
11 that's what a port is, one port equivalence to one call,
12 to make it simple.
13      Q     Okay.  So, would it be fair to say that Whisl
14 has 35,000 data channels that allow it to send
15 information to SipNav at any point in time?
16      A     I wouldn't use the word "data channels," you
17 know.
18      Q     Okay.
19      A     Because data channels -- data can support way
20 more things than rather a port for a call.  So, it's
21 different.
22      Q     Okay.
23      A     Yeah.
24      Q     So is it fair to say that Whisl can have
25 35,000 simultaneous calls --

Page 17

1       A     That's correct.
2       Q     -- routed through SipNav?
3       A     Exactly.  Yeah.
4       Q     What does Whisl get out of allowing SmartBiz
5 to use its SipNav account?
6       A     Well, it's just as having an extra sales
7 agent.  Any company like that, it's having -- selling --
8 using not only the platform, you're using whatever is in
9 the platform like all the carriers.  So, that way, they
10 don't have to hire expensive guy -- agent.
11      They -- you know, this company and whatever their
12 costs are, they bring customers and they -- actually,
13 Whisl is the one making the money.  And then they can
14 decide, you know, what percentage of the business
15 they're giving to -- depending on the agents or who
16 bring in the money.
17      Q     Okay.  So, is it fair to say that Whisl gets
18 access to a larger customer base by allowing --
19      A     Definitely, yes.
20      Q     -- SmartBiz to use its --
21      A     Yes.
22      Q     Sorry, we talked over each other.  So, let me
23 go back, for the record.  So, is it fair to say that
24 Whisl gets access to a larger customer base by allowing
25 SmartBiz to use its SipNav account?

Jose Olivar                    July 12, 2023                    Pages 18..21

Page 18

1     A    Yes.
2     Q    Would you describe Whisl as an upstream
3 customer of SmartBiz in certain situations?
4     A    Yes, definitely.
5     Q    Would SmartBiz be able to terminate Whisl as
6 an ups -- upstream customer?
7     A    If -- I mean, yes, but if -- if we do, then
8 we'll have no -- no domestic business because, I mean,
9 thinking the only way that can be done is if SmartBiz
10 would only use SmartBiz's customers in the platform, but
11 that would be very reduced because, you know, we saw
12 this already -- was already there being -- doing the
13 domestic for a way more years.  So, it makes really no
14 sense.
15    Q    Okay.  Does SmartBiz pay any monthly fee for
16 access to SipNav?
17    A    No.
18    Q    Does SipNav impose any minimum average call
19 duration threshold for traffic that passes over the --
20    A    No.
21    Q    -- switch?
22    A    No.
23    Q    Does SipNav increase the charge -- does SipNav
24 increase the charge for a port if --
25    A    Uh-huh.

Page 19

1     Q    -- that port is sending traffic that has a
2 lower average call duration?
3     A    No.
4     Q    Okay.  What percentage of SmartBiz's traffic
5 ultimately terminates in the United States?
6     A    What percentage of traffic total?  Well, it
7 has definitely changed from 2020.  Like, in 2018,
8 nothing.  We started the domestic, so -- and a lot of
9 this here can maybe -- can help me out more -- on the
10 more, you know -- I don't know.
11    Q    It's okay if you don't know.  That's --
12    A    I don't -- I don't remember --
13    Q    -- fine.
14    A    -- really, but I would say as of now, I don't
15 think it's more than -- than 10 percent, honestly.
16    Q    All right.
17    A    As of now, maybe in '22, was maybe 20, 25,
18 something, if I remember.  And then again, in -- in
19 2018, it was nothing.  In 2019, we started the domestic
20 business, so --
21    Q    Okay.  Who first proposed that SmartBiz enter
22 into this relationship with Whisl?
23    A    Ric reached out to me --
24    Q    Okay.
25    A    -- because I -- we created a company.  I told

Page 20

1 him, "Hey, you know, we are already in the international
2 market.  You know, selling and buying international
3 destinations."  And then he said, "Well, am I an agent
4 here.  I also -- also, we have domestic and Eduardo and
5 I were trying to find a way to get into this market
6 because we were not in and had to find, like, the right
7 partner, you've got it that way, to work with because
8 the switches are expensive."
9     It's a whole different ball game than
10 international.  We wanted to make sure -- you know, we
11 tried the right partner, so it was by him.  And then
12 after we got the interconnection, we started doing
13 business, and it went -- went well.  And then I was
14 offered that position in 2019 after a year, pretty much,
15 so over a year and a half doing some -- some
16 international -- I mean, some domestic.
17    Q    Okay.  Do you know who owns the SipNav
18 platform?
19    A    No.  I -- I know -- I mean, who I talked to,
20 which is, like, the -- I would consider the CEO.  I
21 guess that's -- I don't know if that's his position, but
22 he's, like, the most important guy there, Scott Presta,
23 and then they have several other guys, technicians, that
24 they help me out, like, three or four guys I talk to,
25 but I don't -- I don't honestly know who the owner is.

Page 21

1     Q    Does Mr. Omar Luna work for SipNav?
2     A    Not that I know of.
3     Q    Okay.  Does SmartBiz use any other
4 softswitches to terminate traffic?
5     A    Yes.  Yeah.  But not domestic, mostly
6 international, was Digitalk.
7     Q    Why is -- does SmartBiz not use Digitalk to
8 terminate domestic traffic?
9     A    Because Digitalk is not the best software for
10 domestic traffic.
11    Q    How does it differ?
12    A    Then we're going to a very technical -- the
13 international basically depends on the destination only,
14 right?  If you're calling to Cuba, Venezuela, Colombia,
15 whatever, is plus the -- the digit to call that country.
16 And then depending on the -- the operator in the
17 country, you have different costs.  That's it.  But it
18 doesn't matter if the call comes from the US or the call
19 comes from any other international destination.
20    In the US, the domestic traffic doesn't work that
21 way.  If you're calling me, which is I have Verizon, is
22 different if you call me from T-Mobile or if -- if you
23 call me from international -- from an international
24 country.  That's different.  The cost is different.
25    So, the softswitch, it's -- it was developed

Jose Olivar               July 12, 2023              Pages 22..25

Page 22

1 differently. The digital was more for the
2 international, more simpler, you know. The -- the type
3 of the -- the work -- the rates work very differently
4 rather than the signal that has intraLATA depending on
5 the State, interstate, inter-jurisdiction. So, it's --
6 that's -- that's why it's so different.
7     Q    Okay. So, is it fair to say that --
8     A    LRN, yeah. I'm sorry.
9     Q    Please finish your answer if you know
10 anything.
11     A    No, no, no. It's just those -- and the LRN was
12 the other component -- component of the softswitch that
13 is important, that because the cost may vary a lot
14 depending on -- on those features.
15     Q    What was the word you used? LR --
16     A    LRN.
17     Q    LRN?
18     A    Uh-huh.
19     Q    Is that an acronym?
20     A    Yeah. For -- for registered numbers. Because
21 remember, there's a supportability here. Like, again, I
22 have Verizon, but I must switch to T-Mobile and still
23 keep my same number.
24     Q    Okay.
25     A    So, it's no -- no longer going to be the --

Page 23

1 the termination rate for Verizon. Now, it's going to be
2 T-Mobile, but it has the portability. So, you make --
3 you got to make sure you got the database to go through
4 the LRN and confirm that that number was ported to
5 another carrier.
6     Q    Okay. So, is it fair to say that routing
7 international traffic depends -- the rates for routing
8 international traffic depends only on the country code
9 that's dialed? Whereas the rates for routing domestic
10 traffic depend on -- but the network that you're
11 connecting to ultimately, as well as the geographic area
12 where the --
13     A    Where the --
14     Q    -- the phone is?
15     A    -- where the call is coming from. The -- the
16 differences are international is more dependable on --
17 only on the destination where domestic depends more, not
18 only on the destination, but also on the origination,
19 where that call was originated, inside the US, which
20 State, all of that is different.
21     A    And the Digitalk switch was not set up to deal
22 with the origination side of it. It doesn't have the
23 programming that allows you to keep track of the
24 information that's relevant to routing calls based on
25 where they originate.

Page 24

1     A    Rather than keeping track is more based on
2 cost.
3     Q    Okay.
4     A    The -- the -- the cost of the call would be
5 much different when you consider both originating data
6 and the destination data rather than just the
7 destination. So, the cost could be very different.
8     Q    So, would it be fair to say that if you use
9 the Digitalk traffic to try and terminate calls
10 domestically --
11     A    Uh-huh.
12     Q    -- you might wind up undercharging your
13 customer and losing money on the call?
14     A    No. Not being competitive to offer good rates
15 and being out of the market, you would not be able to
16 compete in the domestic market with Digitalk.
17     Q    Okay. So, you wouldn't be able to offer your
18 customers accurate rates using Digitalk?
19     A    That's right. You can still use it. Not
20 good.
21     Q    What information does SmartBiz collect about
22 traffic that comes over its network? And let me back up
23 for a second --
24     A    Uh-huh.
25     Q    -- and say, from this point on, when I talk

Page 25

1 about traffic, I'm only going to refer to traffic that
2 terminates in the --
3     A    Yeah.
4     Q    -- United States. Is that clear?
5     A    Yeah. Yes. Perfect. Domestic.
6         MR. CROTTY: Sean (phonetic), do you mind
7     stipulating that -- that's the understood?
8         MR. GELLIS: Yeah, that's fine.
9 BY MR. CROTTY:
10     Q    So, what information does SmartBiz collect
11 about traffic that's coming over its network?
12     A    Okay. That's a good question. And it has
13 changed from -- in the last three years. It has changed
14 a lot. It's not the same when we started bringing
15 customers for the US in -- in 2019 than what it is at
16 the moment. The know-your-customer -- first of all, in
17 2019, there was no know-your-customer.
18     You just were doing business with them. You have
19 domestic traffic termination in the US. Sure. I'll
20 give you rates. That's it. That's it. Now, if you
21 come all the way up to now, you have to be in the robot
22 communication database. You've got to make sure that
23 they are there, make sure that they have the 499.
24     Make sure we have the know-your-customer, what they
25 do, where traffic is coming from. So, it's a -- it's a

Jose Olivar          July 12, 2023          Pages 26..29

Page 26

1  big list right now, before on-boarding any customer.
2        MR. CROTTY:  Okay.  At this time, I'd like to
3  introduce Exhibit 2.  Counsel, Thank you.
4        (Thereupon Plaintiff's Exhibit 2 was marked for
5  identification.)
6  BY MR. CROTTY:
7        Q    I'm handing a copy to your counsel, and once
8  you've had a chance to review the exhibit, please let me
9  know, and I will continue with questioning.
10       A    Uh-huh.
11       Q    Ready to proceed?
12       A    Yes.
13       Q    Okay.  Do you recognize this document?
14       A    Yes.
15       Q    Can you describe what this document is?
16       A    This is the KYC from Ms. Marvis to -- whenever
17  from boarding any new customer.
18       Q    Does KYC refer to know-your-customer?
19       A    That's right.
20       Q    Okay.  Is this the version of the KYC form
21  that SBT uses -- I'm sorry, that SmartBiz uses today?
22       A    Today?  Of July 12th?  No.
23       Q    Okay.  So, there are other versions of this
24  document?
25       A    There's a new one after July 1st.  Because

Page 27

1  after July 1st, everybody needs to be STIR/SHAKEN in
2  order to complete traffic to the US.
3        Q    So, in the new version of the know-your-
4  customer form, you ask whether the customer is
5  STIR/SHAKEN-compliant?
6        A    That's right.  That's right.
7        Q    How many other versions of the know-your-
8  customer form have you used?
9        A    Wow.  At least three, four.  Yeah.  Like I
10  said, it has changed.  Yeah.
11       Q    When did you first start sending customers
12  know-your-customer form?
13       A    I think that was around the pandemic, sometime
14  in 2020.  I don't -- yeah.  Whenever the ITG and then
15  the FCC, they said they -- you know, we needed to be
16  done.  We were in compliance with getting the -- this
17  document done.
18       Q    I'd like to direct your attention to Page 2 of
19  the document and specifically, Question 6.
20       A    Uh-huh.
21       Q    Can you -- can you read Question 6 for me,
22  please?
23       A    6, do you or your customers act as an
24  originator for US point of entry?
25       Q    Is that phrased as a yes-or-no question?

Page 28

1        A    That is phrased as a yes-or-no question.  Yes.
2        Q    Could an upstream customer of yours --
3        A    Uh-huh.
4        Q    -- act as an originator in certain
5  circumstances and US point of entry in other
6  circumstances?
7        A    I didn't understand really, your question.
8  What do you -- what do you --
9        Q    So, can an upstream --
10       A    Uh-huh.
11       Q    -- be the originator for a certain portion of
12  the traffic that ascends to SmartBiz and not an
13  originator for another portion of the traffic that
14  ascends to SmartBiz?
15       A    Yes.
16       Q    Okay.  And could the same be said about the
17  upstream being a US point of entry?
18       A    Yes.
19       Q    And for the record, could you describe what a
20  US point of entry means?
21       A    It means that the traffic coming to the US,
22  that company was the first one in the US to bring the
23  traffic to the US.  Like, if you register outside the
24  US, then you're -- you're -- you're not the point of
25  entry.  If you're ready -- if you're in the US, and

Page 29

1  you're the first company to receive traffic from a non-
2  US entity, then you're the point of entry for that
3  traffic.
4        Q    Okay.  Does SmartBiz provide its upstream
5  customers with trunks for sending traffic?
6        A    Yes.
7        Q    Okay.  Can you describe what a trunk is?
8        A    A trunk is established interconnection based
9  on IPs.  We give you IP, another IP where -- where it is
10  coming from, where it's going to be sent to.  You might
11  use Prefix X in there to make sure that it's more
12  secure.  And through that trunk, it's just the way it is
13  possible to send traffic and be completed.  Then there's
14  rates, there's more of the stuff, but pretty much the
15  trunk is the link that interconnects one side with the
16  other via IPs.  That's exactly what a trunk is.
17       Q    So, how do you know when a customer is sending
18  traffic over a trunk for which it's the originator or
19  the point of entry or neither of those designations?
20       A    You don't know.
21       Q    Okay.  Could you ask this question, for
22  instance, say what percentage of the traffic that you're
23  sending me over the trunk would be origi -- you are the
24  originator for?
25       A    Yeah, you could ask.  We have asked that --

Jose Olivar                  July 12, 2023                  Pages 30..33

Page 30

1 it's what they say.  There's not a way in the trunk to
2 confirm, oh, this traffic is being -- the media IP will
3 give you an idea maybe, but the -- there's no way to
4 know, really.
5     Q    So, why do you ask this Question 6 in the
6 know-your-customer form?
7     A    Because we are requested to ask those
8 questions, and it's a way to say, hey, I asked the
9 question, right?  I -- this is what you're telling me.
10 We're not -- I'm not inventing anything.
11    Q    So, if somebody responded yes to this
12 question, you would know that some of their traffic is
13 potentially traffic that they originated or traffic that
14 they are a US point of entry for?
15    A    Exactly.  And we wouldn't be -- we would say
16 -- we might say, "No, we're not going to give you the
17 interconnection."
18    Q    Okay.  And is the reason the same for
19 Questions 5 and 7 -- or why SmartBiz asks Questions 5
20 and 7?
21    A    5.  Do you or your customer unit carry auto
22 dial traffic?  It's similar, but it's a little more
23 tricky because they're -- we're asking directly, like,
24 if they do auto dial and all that stuff, that would be
25 another, like, red flag and say, definitely not doing

Page 31

1 business with you.
2     Q    Can I direct your attention to Question 4?
3 Could you read that into the record, please.
4     A    Question 4.  Do you or your customers
5 originate or carry conversational call traffic or intend
6 to do the same?
7     Q    What is conversational call traffic?
8     A    It's usually traffic that has a little longer
9 average call duration.  That's what refers to call
10 traffic -- regular call traffic.
11    Q    About how long does the average call duration
12 have to be before you consider it con -- traffic
13 conversational?
14    A    That is very relative because it depends on
15 what your carriers or downstream providers also
16 consider.  Some consider 45 seconds a conversational
17 call.  Some others consider two minutes a conversational
18 call.  Some others consider one minute.
19    So, SmartBiz is an intermediate carrier.  So, it
20 depends on what the downstream carrier says.  I consider
21 this conversational, okay?  And then we will send that
22 type of traffic.  So, it's just trying to accommodate to
23 what the downstream carrier confirmed that they can
24 handle.
25    Q    Approximately how many downstream carriers

Page 32

1 does SmartBiz run traffic through?
2     A    Wow.  At least 20 or 25.
3     Q    Okay.  Does that include Whisl?
4     A    Yes.
5     Q    Does Whisl have a threshold for the average
6 call duration that it considers conversational traffic?
7     A    Again the same.  It's relative depending on
8 the -- one the carriers -- on the -- when I say,
9 "carrier," meaning -- it means downstream providers.
10 When I say, "customers," usually it's upstream
11 providers.  So, it depends.
12        MR. CROTTY:  We'll go off the record for a
13        second.
14        (Thereupon, a break was held at x:xx pm; after
15 which the following was heard at x:xx pm.)
16        MR. CROTTY:  Okay.  And we are back.
17 BY MR. CROTTY:
18    Q    Okay.  Can I direct your attention to Page 4
19 of the Exhibit 2, and specifically, Question 13?  Could
20 you read that into the record.
21    A    Yes.  Have you implemented STIR/SHAKEN in your
22 network?  Yes or no?
23    Q    Can you describe what STIR/SHAKEN is?
24    A    STIR/SHAKEN, it's a complicated technical
25 development that was made in order to help confirm that

Page 33

1 a call it's -- it's real.  It's -- it has a tag on it,
2 on the ID of the call.  In the signaling of the call,
3 there comes a header that specify who is being kind of
4 responsible for that call, who in -- who's initiating
5 that call.  So, it -- it's complicated.
6     Q    Does STIR/SHAKEN require the originator of the
7 call to attach a piece of cryptographic information,
8 called a token, to the call that travels with that
9 through the call path and identifies that originator?
10    A    Exactly.  Couldn't have said it any better.
11    Q    Is SmartBiz considered STIR/SHAKEN compliant?
12    A    SmartBiz does not sign any call.  However,
13 it's STIR/SHAKEN compliant because we do not allow any
14 call not signed to pass through.  So, that's important
15 --
16    Q    So --
17    A    -- the difference.
18    Q    -- so, is it fair to say that SmartBiz will
19 block any calls that come to its network without a token
20 attached?
21    A    Exactly.
22    Q    Okay.  For how long has that been the case?
23    A    Since July 1st.
24    Q    Okay.  Prior to July 1st, SmartBiz would pass
25 calls without a signature?

Jose Olivar                    July 12, 2023                    Pages 34..37

1    A    Yes.

2    Q    How has Question 13 changed since July 1st --
3    or has it changed since July 1st?

4    A    No.  The question -- I don't believe --
5    nothing changed.  It's just the fact that if someone
6    answered no, obviously now it's not going to get
7    interconnected with us.

8    Q    Okay.  Can I direct your attention to Question
9    14?  Could you read that into the record please.

10   A    Do you have a Robocalling Mitigation Plan in
11   place to combat illegal robocalling, including customer
12   vetting and telephone number validation?

13   Q    What does telephone number validation mean?

14   A    There are certain features on different
15   software's like SipNav, for example, that they can
16   confirm the ANI.  Do you know what the ANI is?  The
17   caller ID of the call.

18   Q    Okay.

19   A    If that caller ID is considered valid, for
20   example, a good number, like a number like my cell phone
21   number with ten digits, that's a valid number.  If it
22   comes with sometimes asterisk and other things that are
23   not a number, that's not a -- a number -- a validation
24   -- a validated telephone number.  So, that's what we're
25   referring to.

1    Q    Okay.

2    A    So, it needs to be a ten-digit number
3    correctly.

4    Q    So, it's fair to say that telephone number
5    validation means that you're checking that the ANI,
6    which you referred to as ANI --

7    A    Uh-huh.

8    Q    -- is a valid number under the North American
9    Numbering Plan?

10   A    That's right.

11   Q    Okay.

12   A    Or it could be international too, which is a
13   valid international string of numbers.

14   Q    Okay.  So, you're using the word ANI or ANI as
15   synonymous with the calling number or the caller ID.  Is
16   that fair to say?

17   A    Calling -- the caller ID.  Yes.

18   Q    Okay.  For the destination number, do you
19   refer to that as a DNI or the called number?

20   A    Exactly.  DNI, the called number.

21   Q    And does the SipNav platform provide telephone
22   number validation for --

23   A    Yes.

24   Q    -- SmartBiz?

25   A    Yes.

1    Q    At what point in the customer relationship do
2    you send a Know-Your-Customer form -- or does SmartBiz
3    send a Know-Your-Customer form?

4    A    At the beginning of intending to have domestic
5    product -- I mean, the domestic termination product.  If
6    it was international, we don't require to know the
7    customer.  As soon as we want to do domestic business,
8    completing calls into the US, the first thing we send is
9    the -- the KYC.

10   Q    Okay.  Was that true in 2022?

11   A    In 2022?  I have to go back to the dates.  I
12   don't -- I'm pretty sure we had a Know-Your-Customer in
13   2022.  I don't remember how exactly it was put together
14   and -- at some point because, again, I'm sure we were
15   accommodating to whatever the ITG or the FCC were asking
16   the carriers to do, and we did.

17   Q    So, it's SmartBiz's policy currently to send a
18   Know-Your-Customer before accepting any traffic for
19   domestic termination?

20   A    That's right.

21   Q    Okay.  How long has that been SmartBiz's
22   policy?

23   A    So, it's got to be at some point in 2022 we --
24   we set it out.  I don't remember exactly the -- the
25   date, but -- yes.

1    Q    Does SmartBiz have a policy for how it labels
2    its trunks in SipNav?

3    A    No.  There's no rigid policy.  There's usually
4    acronisms [sic] like you use to make it simpler, like --
5    depending on the profile of the traffic, if it's
6    international, if it's conversa -- more conversational,
7    if it's -- just to make it easier and to understand what
8    it is, but there's no -- no policy specifics.

9    Q    Okay.  So, if a trunk is labeled with CC, does
10   that mean "call center"?

11   A    Usually that's -- that's the acronism for --
12   for call center.  Yes.  CC traffic.

13   Q    Okay.  And what does that mean about the
14   traffic that's coming over the trunk?

15   A    It means it's not usually call -- regular
16   calls, like, longer calls.  Usually it has more a short
17   duration usually when it's call center traffic.

18   Q    So, it's fair to say that trunks that are
19   labeled with CC SmartBiz expects to have a lower average
20   call duration?

21   A    Than the convers -- yes.  Yes.

22   Q    And for trunks that are labeled with C-O-N-V
23   or CON --

24   A    CONVO.

25   Q    -- CON or CONVO?

Jose Olivar                July 12, 2023                Pages 38..41

Page 38

1    A    Exactly.  That's -- so that you're not -- you
2  don't have to write that in conversational, so -- yeah.
3    Q    You usually abbreviate that as C-O-N-V?
4    A    You write that as C-O-N-V.
5    Q    Okay.  And just -- I think we talked over each
6  other.  So, let me go back and say, SmartBiz generally
7  abbreviates its -- its conversational trunks with C-O-N-
8  V in the trunk name; is that correct?
9    A    That's correct.
10   Q    What is dual-tone multi-frequency signaling?
11   A    DTMF -- better known as DTMF.  And it's pretty
12 much like when you call, right?  If you call any other
13 party or number, you are able to listen to a tone when
14 you dial any other number.
15      So, that is very -- very commonly used for a call
16 center or any other customer that requires the end
17 party, the party that you're calling, be able to dial a
18 number and listen to a tone so that you can -- when you
19 call a recording: Dial 1 for the Attorney General; Dial
20 2 for Patrick -- okay.  That's what -- if it doesn't
21 have DTMF, then that's not possible.
22   Q    Do all of the ports that SipNav provides
23 support DTMF signaling?
24   A    Yes.  Yes, sir.
25   Q    So, all of SmartBiz's trunks --

Page 39

1    A    The same.
2    Q    -- support --
3    A    Yes, sir.
4    Q    -- DTMF signaling?
5    A    Sorry.  We're talking over each other again.  Let
6  me back up just for the record.  I know it's a hassle
7  now, but it really does makes it a lot easier for us to
8  use this transcript.
9      So, do all of the trunks that SmartBiz provides to
10 its customers support DTMF signaling?
11   A    Yes.
12   Q    SmartBiz did not produce filled-out KYC forms
13 for several of its customers, including E-Telex,
14 LetterOne, and Lexico.  Do you know, did SmartBiz
15 collect KYC information for these customers?
16   A    Do you -- name those customers again.
17   Q    We have not received KYC forms for E-Telex,
18 LetterOne, and Lexico, to the best of my knowledge.  Do
19 you know whether they filled out those forms?
20   A    It should.  E-Telex we've known for many
21 years.  Actually, I was an employee at E-Telex at some
22 point in 2000 -- no, 2012 to 2014 -- '14, '15.  And
23 LetterOne, we know the guy that -- he used to work for
24 Arbinet, so, I mean -- this is -- E-Telex is, like, a
25 well-known company that we work with.  We should have

Page 40

1  their, you know, KYC no matter what, but the company is
2  very well known.
3      LetterOne, it's also another person that we're --
4  we've known for years, should also have their KYC some
5  -- somewhere.  And Lexico, it's an international company
6  -- because LetterOne and E-Telex are registered in
7  Florida.
8      So, if a company is registered in Florida and, you
9  know, for a while, even -- you have their -- to do their
10 KYC, but you kind of know -- you feel more eager to do
11 business with them because they are already in Florida
12 -- they're in the US.  But Lexico, it's international.
13 We should have their KYC.
14      I don't -- I don't believe we did much traffic
15 though, with them, if we did ever domestic, honestly.
16      MR. GELLIS:  Patrick, if we do find those, we
17   will get them to you immediately.
18      MR. CROTTY:  Okay.
19 BY MR. CROTTY:
20   Q    So, this -- you mentioned that you worked for
21 E-Telex.  What other Voice-over IP service providers
22 have you worked for?
23   A    Well, I started back in Venezuela at CANTV,
24 which is the PTT.  Do you know what the PTT goes for?
25 The public telephone company is, like, equivalent to

Page 41

1  AT&T here, and actually, AT&T and Verizon were part
2  owners of CANTV.  That's the reason why I came to the
3  US, because Verizon asked for me and they made a
4  transfer -- intercompany transfer for me to come from
5  CANTV to Verizon.
6      So, after Verizon -- I left Verizon in 2011, I came
7  to work with Verizon in 2005.  So, that was six years
8  with Verizon.  And then after Verizon, I left and I
9  started working with E-Telex in '12 -- I mean, 2012.
10 And then I left E-Telex, I believe, by the end of 2014
11 or beginning of 2015 when I moved to Texas.
12      And then I worked for another company there called
13 Komury, very -- just a couple of year -- I think it was
14 just one year or two.  Right after Komury, I decided
15 with Eduardo to start SmartBiz in 2016.  And then after
16 SmartBiz, Whisl in 2019.
17   Q    Can you sme -- spell Komury?
18   A    K-O-M-U-R-Y.
19   Q    Okay.  Can you spell Etelis?
20   A    E-T-E-L-I-S.
21   Q    Thank you.
22   A    You're welcome.
23   Q    And why did you go to work for Whisl?
24   A    I was offer a good position and considering
25 the fact that SmartBiz was already doing business with

Jose Olivar                July 12, 2023                Pages 42..45

Page 42

1  them, we were sending traffic, but they were managing
2  everything.  Now I was going to have the opportunity for
3  me to see that, to manage that directly.  So, it was a
4  good match.
5      Q    Who asked you to go to work for Whisl?
6      A    Omar Luna.
7      Q    Does SmartBiz take any steps other than
8  sending a KYC form to determine the traffic profile to
9  expect from its upstreams?
10     A    We do.  We usually look at general statistics
11 of ASR, ALOC overall.  And if we see something in
12 particular like very low ACD or very low ASR, then we
13 ask the customer what's going on and why is that profile
14 behaving like that?  So, we interact with the customer
15 to find out what's going on.
16     Q    So, is it fair to say that you will start
17 customers on a trial basis, observe their traffic, and
18 determine what type of traffic profile to expect?
19     A    I don't know if that would be fair to say,
20 just trial basis, also, because it also depends on who
21 the customers are.  Like, it's not the same -- like I
22 said, Lexico, that they -- they're known for
23 international.  They're not known for domestic, rather
24 than doing with Lata or Etelis that we've known for many
25 years, and they're register in the US.

Page 43

1      Q    But is it fair to say that SmartBiz will
2  interconnect with an upstream before knowing what type
3  of traffic profile to expect?
4      A    Not at the moment, but we might have done that
5  in the past depending on who the customer was, if we
6  knew the customer --
7      Q    Okay.
8      A    -- prior.
9      Q    So, today, how do you determine what type of
10 traffic profile to expect from an upstream customer?
11     A    Well, again, this is very in theory what they
12 answer.  You never know until you -- you get it.  So, we
13 want to make sure right now it's fully compliant with,
14 you know, STIR/SHAKEN, what type of traffic it is, if
15 it's legal.  Well, actually, was we -- we ask what kind
16 of campaigns.  Now they're running; if there is call
17 center traffic.  And -- but again, once they start
18 sending the traffic, it's usually we get some reports
19 and see how the traffic is performing.
20     Q    How do you ask what kind of campaigns a
21 customer is running if they're sending call center
22 traffic?
23     A    We just ask them if they have any recording of
24 campaigns or doing any transcript, or if they're -- if
25 they have any of that.  Many times they don't.  Most of

Page 44

1  the times they don't because we don't go to the
2  originating guys.  We don't go to the call center guys.
3  We don't know who is originating.
4      So, many times is the -- most of the time it's
5  another carrier, upstream carrier.  They're selling to
6  those guys.  So -- but we need to ask, see if they have
7  -- if they have the information.
8      Q    When did start -- SmartBiz start asking about
9  the types of campaigns that its call center traffic
10 might contain?
11     A    I don't remember exactly the day when we
12 started.  Mostly, it might be actually after receiving a
13 traceback or something saying, hey, what kind of
14 campaign you're doing?  It's not something that we
15 implemented right now, tell me the campaign, because
16 again, we're not going to the originating guy.  Usually,
17 when they say originating, we don't -- we don't accept
18 the traffic.
19     But sometimes the -- I mean, not sometimes -- we
20 ask the guy if they know -- if he knows, he might tell
21 us.  So, we -- we share that information with the ITG or
22 whoever they -- they want more information.
23     Q    Okay.  To the best of your knowledge, was
24 SmartBiz asking about campaigns its customers might be
25 sending in 2022?

Page 45

1      A    I don't -- I don't recall back then.  I mean,
2  again, things have changed.  2020, I'm sure nothing.
3  2021, 2022, maybe at some point there -- there was --
4  there were a lot of changes in those two years.
5      MR. CROTTY:  I'd like to introduce Exhibit 3.
6      Let me know when you've had a chance to review of
7      the document.
8      THE WITNESS:  Yes.
9      (Thereupon Plaintiff's Exhibit 3 was marked for
10 identification.)
11     Q    Do you recognize this document?
12     A    Yes.
13     Q    What is this document?
14     A    This is the document that we uploaded in the
15 Robocall Mitigation Database as part of the procedures
16 that we were asked by the FCC Commission and following
17 the rules that they require us to -- to follow for the
18 domestic traffic.
19     Q    Okay.  When did SmartBiz first implement these
20 procedures?
21     A    I don't recall the exact date, but I'm pretty
22 sure it was very close to the date that the FCC required
23 this.  It might have been 2021, I think.  I don't -- I
24 don't recall exactly the month, but I think this was
25 some -- at some point in 2021, I think.

Jose Olivar                July 12, 2023                Pages 46..49

---

Page 46

1   Q    Were these procedures fully implemented at the
2 time that you uploaded them to the Robocall Mitigation
3 Database?
4   A    Yes.  We were doing our best to implement
5 everything that was here, possible.  And again, this is
6 an ongoing effort.  And I remember some of this was
7 actually implemented by the switch, SipNav.  They got
8 more features so that we could implement this in a -- in
9 a better way, easier way.
10   Q    Okay.  I'd like to direct your attention to
11 Page 2 of Section B.
12   A    B.
13   Q    Can you read the, just the first portion of
14 the Section B?
15   A    For SmartBiz Telecom, LLC, sign any agreement.
16 Customer must agree on our terms and conditions,
17 including a commitment to comply with SmartBiz Telecoms,
18 LLC's, terms of use.  Among other things, these terms
19 prohibit first, using the service to engage in any
20 activities that are illegal, abusive, false, fraudulent,
21 deceptive, or misleading, or any activity that exploits,
22 harms, or threatens to harm children.
23       Using SmartBiz Telecom, LLC, services in any way
24 that fails to conform to any applicable industry
25 guidelines and standards, including without limitation,

---

Page 47

1 the CTIA messaging principles and best practices, short
2 code register best practices, and short code monitoring
3 handbook.
4       Creating a false identity, forged e-mail, address
5 or header, phone number, or otherwise attempting to
6 mislead others and to identify of the sender or the
7 origin of a message or phone call, including failing to
8 comply with the Truth in Caller ID Act.
9       Engaging in any unsolicited advertising, marketing,
10 or other unlawful activities using the services that
11 violate laws applicable to advertising, electronic
12 communications, and telemarketing, included, but not
13 limited to Section 5 of the FTC Act 15 USC 45, the CAN-
14 SPAM Act, the Telemarketing Consumer Fraud and Abuse
15 Prevention Act, the Federal Trade Commission
16 Telemarketing Rule -- Sales Rule, the Telephone
17 Commission regulations and orders implementing the
18 Telephone Consumer Protection Act and all federal and
19 State do not call and calling restriction laws,
20 regulations.
21   Q    I think that's fine.  How does SmartBiz obtain
22 the agreement of its customers to these terms and
23 conditions?
24   A    I don't know.  I don't know how -- how we did
25 this.

---

Page 48

1   Q    Does -- I'm sorry.  Were you going to
2 continue?
3   A    No.  No.  No.
4   Q    Do -- does SmartBiz ask its customers to sign
5 that they understand these terms and conditions?
6   A    I'm not sure.  I think some -- some agreements
7 for the US were changed, because remember, SmartBiz was
8 initially doing just international and -- I don't know
9 why it's on -- so, for the domestic, we needed to
10 implement this in a new agreement for US.  And I believe
11 we did that at some point.
12       But, remember now, in 2021, I wasn't as -- as
13 active.  So, I don't recall exactly when, but I -- I'm
14 sure that we did a new agreement for -- for completing
15 domestic traffic.
16   Q    It's fair to say that SmartBiz does not have a
17 separate terms and conditions document that it sends to
18 its customers outside of the contracts that it has its
19 customers execute to interconnect?
20   A    Again, I'm not sure.  I know there was an
21 additional document prepared for this -- because of this
22 for the domestic traffic that we needed them to sign.
23 But I'm not sure.  I don't remember when and if we send
24 it to everybody or -- yes, I'm not sure.  This -- this
25 was part of the KYC.  I -- we believe that the KYC was

---

Page 49

1 part -- part of this.
2   Q    I'd like to direct your attention to Page 3,
3 Section D.  It states, SmartBiz Telecom, LLC, technical
4 department has various monitoring and reporting systems
5 in place to analyze traffic on its network for
6 potentially suspicious traffic patterns that are likely
7 to be associated with illegal robocalls or potentially
8 unlawful usage.  Did I read that correctly?
9   A    That's correct.
10   Q    Okay.  Can you describe the various monitoring
11 and reporting systems in place to analyze traffic on its
12 network for potentially suspicious traffic patterns that
13 are likely to be associated with illegal robocalls or
14 other potentially unlawful usage?
15   A    Yes, definitely.  They are through the SipNav
16 platform.  They were creating more and more features to
17 comply with this.  And in some point in 2021, I believe
18 around August, even SipNav implemented YouMail as part
19 of the features that they can analyze and stop
20 fraudulent possible spam traffic.
21       Besides the invalid ANIs, many other features that
22 they involved there, like -- what was the other, like
23 the Somos, do not originate -- besides the regular
24 blocking, they implemented in 2021 in the YouMail
25 service.  So, we were using it as well.

---

Jose Olivar               July 12, 2023               Pages 50..53

1    Q    So, to the best of your knowledge, in August
2 of 2021, SipNav provided the ability to block invalid
3 ANIs or traffic that had invalid ANIs?
4    A    The invalid ANIs were provided before 2021.
5 In August 2021, they added the feature to use YouMail as
6 part of the filtering for the calls.
7    Q    Okay.  Do you know how they use YouMail to
8 filter calls?
9    A    Well, in the feature, you -- you -- you would
10 select that you want YouMail to do -- you want the calls
11 to go through the filtering that YouMail had.  And that
12 way, it was implemented by YouMail.  I don't know how
13 they implemented it, but as long as it was actually
14 placed in the phone -- like, if you created a new trunk,
15 boom, by default it was being implemented.  So you had
16 to take it out not to be implemented.
17    Q    So, is it fair to say that if after August
18 2021, if YouMail had believed that an ANI was associated
19 with five-minute robocalls --
20    A    They should --
21    Q    -- that ANI should have been blocked?
22    A    Yes.
23    Q    Do you know when -- so is it your testimony
24 that SipNav uses the Somos provided --
25    A    It's called DNO.

1    Q    -- that SipNav uses a Somos-provided do not
2 call list?
3    A    No, it's not called "do not call the call"
4 from Somos.  It's called "DNO," which is Do Not
5 Originate, which -- which is -- are numbers already
6 identified as being used as originating calls that are
7 not good or fraudulent or spam or whatever, so --
8 provided by Somos -- by Somos Group.  Now it's in the
9 platform.  Just click there and it will go through that
10 chapter as well.  But it's called DNO.
11    Q    Do you know when that DNO list was
12 implemented?
13    A    That was when -- I believe it was this year.
14 Starting this year.
15         THE COURT REPORTER:  Mr. Olivar, for the
16 purpose of integrity of the record, please speak a
17 little louder.
18         THE WITNESS:  Okay.
19         THE COURT REPORTER:  Thank you.
20         MR. CROTTY:  Like to introduce Exhibit 4.  Let
21 me know when you've had a chance to review the
22 document.
23         (Thereupon Plaintiff's Exhibit 4 was marked for
24 identification.)
25         THE WITNESS:  Yes.  I remember this paper,

1 yes.
2 BY MR. CROTTY:
3    Q    Okay.  Do you recognize this document?
4    A    Yes, sir.
5    Q    Can you describe what this document is?
6    A    This document, it's an e-mail -- it came from
7 an e-mail, I believe, from our NOC, network operations
8 center.  Part of the protocol mitigation that we did.
9 And it was part of that exactly question that you were
10 asking what else we were doing.
11         Monitoring -- proactive monitoring.  This is a -- a
12 good example of proactive monitoring that we were doing.
13 And based on others and carriers usually that help us
14 find numbers to figure out.  Okay.  Let's go deeper into
15 the details.  We figure, okay, if we found any traffic
16 around the 45 percent short-duration percentage mark,
17 let's look deeper into that and see what's going on, and
18 what type of traffic it is.
19         So, we developed this monitoring to whenever we saw
20 that in the report, we will ask -- we would reach out to
21 the customer or the upstream provider and ask them why
22 -- why was that happening?
23         Because, as you can see from one day to the other,
24 it changed -- it doubled.  So, they might have been that
25 they had a new customer, that they -- that the new

1 customer had a different profile of traffic.
2         So, we were monitoring to see what was changing.
3 And not necessarily means that because of the short
4 duration percentage went up, it means it's illegal.  It
5 just -- like a flag, we check, and we were -- we were
6 doing that and asking them why, what was happening.
7    Q    Why did SmartBiz select a 45 percent short-
8 duration percentage as a flag?
9    A    Again, it's something around the community or
10 the carriers saying to us.  Because remember we don't --
11 we're not the ones with the end user.  It's Verizon,
12 T-Mobile, the big guys.  And it goes from there.  It
13 keeps going on the change and when Inteliquent -- all
14 the bigger guys.
15         So, we are the ones sending the traffic to them.
16 So, they -- they said, "Oh, if you send something around
17 this, it will be fine."  And I remember back in the
18 days, Inteliquent was one of the ones really, kind of --
19 I wouldn't -- I wouldn't say were the standard, but they
20 were kind of putting it out there to say, "Hey, if you
21 see something around this, it might means that it --
22 there's something wrong there, so check it out."  That
23 was -- that was the main reason why.
24    Q    Does ASR stand for answer-seizure ratio?
25    A    That's exactly what it stands for.

Page 54

1    Q    Okay.  Can you describe what the answer-
2  seizure ratio is?
3    A    Basically, when you make -- if you make ten
4  calls -- if I make ten calls to you and you answer me
5  five calls, that's a 50 percent ASR.  You answered half
6  of the -- the total calls I -- I sent, right?  So, ASR
7  means exactly that.  If we received 100 calls but we
8  only completed ten calls out of that 100, then the ASR
9  is 10 percent.  So, it's the --
10   Q    When you say --
11   A    -- completion --
12   Q    I'm sorry.
13   A    No, no.  That's -- it's amount of calls in
14 terms of percentage that were completed, that's what it
15 is.
16   Q    When you say a call is completed, does that
17 mean that you receive a SIP code 200 as the result of
18 the call?
19   A    That's correct.
20   Q    Why did SmartBiz select 25 -- greater than 25
21 percent as the minimum metric for ASR?
22   A    Again, it's something like an overall -- kind
23 of the statistics is not really, in particular, meaning
24 that it's illegal or not, it's just something to -- to
25 take a look closer at.  Because it's a general number,

Page 55

1  let's put it that way.  Because at the end of the day,
2  you're in this business to complete calls.
3    What good it is to receive a million calls if you
4  don't complete one?  Well, you didn't make anything.
5  So, you need to be completing the traffic that is being
6  sent to you.  And you have a softswitch and you're
7  getting tons of -- ton of calls, right, attempts to you
8  and you don't completing -- you're not completing them,
9  then you're not making this business.
10   That's what you're here for, to receive calls and
11 complete the calls.  So, you have to look deeper into
12 this for many reasons.
13   For example, or it might be the rates, oh, we need
14 to increase the rates, that's why they started slower.
15 Maybe they -- they changed their profile and now you
16 need to accommodate a different rate deck for that type
17 of profile to complete.
18   Or maybe it might be invalid numbers that you're
19 sending, more -- mo -- many invalid any all.  You're
20 sending me bad profile.  So, that -- that's the reason.
21 So, that's why you wanted to proactive monitor this to
22 get back to the customer and make decisions.  Because of
23 this, I remember that we've blocked several customers.
24   Q    So, is it fair to say that when SmartBiz
25 receives a call that is not completed, it is occupying

Page 56

1  one of the finite number of ports that it has with
2  SipNav.  And it is not making SmartBiz any money?
3    A    Not exactly, because if they do -- if the call
4  doesn't complete, you're not exactly using some of those
5  channels.  You're using more, like, CPSs.  And other --
6  it's part of the switch, right?  When you have a million
7  calls trying to attempt, but you don't complete but only
8  five, I mean, it affects the switch.  But you're not
9  using those ports in any -- in any way.  The ports,
10 you're using the -- the bandwidth, you're using, other
11 technical, you know -- the details there, but not -- not
12 specifically the ports.
13   So, I wouldn't put it as you said it, but you're
14 using resources, right, that you're not making anything
15 by using those resources.  So --
16   Q    Okay.  So, it's causing -- is it fair to say
17 that call attempts that do not complete are causing
18 network congestion for SmartBiz without generating
19 revenue?
20   A    That -- that is -- that could be said, yes.
21   Q    What does SIP code 404 mean?
22   A    404, usually it's numbers that are more on the
23 destination side.  The numbers are disconnected numbers
24 --
25   Q    So, is --

Page 57

1    A    -- or not valid.
2    Q    Is it fair to say that when you see a SIP code
3  404 returned, it means that the caller was attempting to
4  reach an invalid destination number?
5    A    That's fair to say, yes.
6    Q    Why did you select 20 percent as the threshold
7  for SIP code 404?
8    A    Again --
9    Q    What's the 20 percent?  Sorry.
10   A    Again, it's another general rule within the
11 industry.  Not because as Marvis had said, 20.  It --
12 because, again, name on the carrier saying, you know, we
13 have noticed that regular traffic -- it's kind of
14 normal.  There's no perfect -- you may -- you might
15 misdial.  I'm pretty sure that any of you whenever you
16 dia -- oh, I misdial some -- you have done it in the
17 past, right?
18   But it's not like you're going to do it 100 percent
19 of the time, not 50, maybe 10 manually.  But if you have
20 other type of businesses that people are dialing to
21 call, it might be a little higher.  So, again, it's a
22 general rule within the community in the industry.  So,
23 that's why.
24   Q    Are these general rules written down anywhere?
25   A    No.

Jose Olivar                    July 12, 2023                    Pages 58..61

Page 58

1    Q    So, it's based on your experience in the
2   industry?
3    A    And -- and the carriers that we're sending
4   traffic to, you know.  We communicate with them, say,
5   "Do you think this is normal, Inteliquent, Peerless,
6   this is what you use."  You communicate with them and
7   you agree on some kind of numbers.
8    Q    So, these metrics were designed to satisfy
9   large transit providers like Inteliquent and Peerless?
10   A    Pretty much.
11   Q    What does SIP code 487 mean?
12   A    487 has various meanings, it could be
13  congestion, it could be another misdial.  It could be it
14  doesn't have a rate.  That the -- the call doesn't
15  involve the code that would be related to that call.
16  So, other -- other mistakes around that's not as common.
17   Q    Is it fair to say that SIP code 487 is
18  returned when the caller terminates the call before it
19  has a chance to connect?
20   A    Also -- yes.  That's fair to say.
21   Q    And the metric less than 58 percent returning
22  SIP code 487, that's selected for the same reason as you
23  described for the other, correct?
24   A    Exactly the same reason.
25   Q    Does SmartBiz keep track of any other SIP

Page 59

1   codes?
2    A    Not really.  And this is -- these are the most
3   common -- commonly used.  There are many other SIP
4   codes, like ten more, that are more specific.  The ATS,
5   IP that miss -- you know, missing an IP or a problem.
6   But these are the most common ones used in the industry
7   to -- to monitor what's going on.
8    Q    Does SIP code 603 mean that the recipient has
9   rejected the call?
10   A    And 503 also that could be rejected as well.
11  So both, really.
12   Q    Does 503 mean that the carrier has refused to
13  complete the call?
14   A    Yeah.  You may say that as well.
15   Q    And 603 means that the recipient has refused
16  to accept the call.  Is that fair to say?
17   A    I honestly don't recall the 603 specifically
18  being -- being for that because I've seen calls, 503,
19  not only the carrier, but it means the call was
20  rejected.  So, I don't -- I'm not sure.  Honestly, I'm
21  not sure the 603 is exactly what you're saying.  Will
22  dig deep -- deeper into that.
23   Q    To the best of your knowledge, when a SIP code
24  603 is returned, is there also a header with the reason
25  for why the call was rejected returned?

Page 60

1    A    Not to the best of my knowledge.  I -- I don't
2   really know.  I have to dig deeper into that.
3    Q    Is SmartBiz able to see the SIP code returned
4   -- either a SIP code 200, meaning the call is connected,
5   or another SIP code for every single call that it
6   transits using SipNav?
7    A    No, not necessarily.  It's on the statistics
8   that you download from the portal.  If you download the
9   CDRs individually for each day, then you get -- every
10  call has a SIP code, right?  If it was 200, if it was
11  404, every -- any call has it.
12       Now, on the statistics that you watched where --
13  meaning ASR, ACD, SDP 404, then you have 404 and you
14  have 40 -- 487.  But you don't have all the SIP codes in
15  the statistic to watch it as soon as you open the portal
16  and see what are the stats of this traffic, no.
17   Q    So, is it fair to say that SipNav doesn't
18  display the aggregate number of each SIP code received
19  for calls, but if you look at the call detail records
20  generated by SipNav, then you can see the SIP code
21  associated with each call?
22   A    Exactly.
23   Q    Direct your attention to the third paragraph
24  from the bottom on Exhibit 4 on Page 1.  It states, if
25  you do not comply with these requests, we don't have any

Page 61

1   response or the SDP value does not decrease in the next
2   five consecutive days, unfortunately, we are forced to
3   suspend the service.  Did I read that back correctly?
4    A    You read it correctly, yes.
5    Q    Okay.  Why did SmartBiz select a five-
6   consecutive-day window to look at?
7    A    We consider that reasonable.  There wasn't
8   anything, like, the ITG was not suggesting anything
9   regarding that.  There was no -- there's no law
10  regarding anything of that.  So, we wanted to be, you
11  know, proactive in monitoring and doing something.
12       And also, we kind of, you know, use it to -- to
13  scare the customers as well, to make sure that, you
14  know, you do something on your side as well.  But, we
15  were trying to do, really, more than even than the
16  industry was asking us to do because none of the
17  carriers were asking us to do that.  Nobody.
18       We just said, "Well, let's take it one step further
19  and try to stop other guys to make sure that we are
20  getting rid of bad actors."  But there wasn't, again,
21  there was no law, no rule, not even a suggestion from
22  the ITG or the carriers to say that.  It was just us --
23  a week -- pretty much, we said, "Well, within a week.
24  They couldn't do anything in a week.  Well, you know, do
25  something."

Jose Olivar               July 12, 2023                    Pages 62..65

1  Q   When you say, "suspend the service," how long
2  is that suspension?
3      A   That is very relevant because let's say we did
4  this, we suspended them.  And then a week later they
5  came and they say, "Oh, we found the reason why it
6  changed because we acquired a new customer and that
7  customer affected the sort of whatever."
8      So, we shut down that customer.  All right, let's
9  give it another try.  But if the guy didn't answer to us
10 in a month, we're not going to re-enable that trunk for
11 them.  So, it depends on -- it depended on the --
12     Q   Direct your attention to the second page of
13 this document that states at the top, after customer
14 respond, the traffic is okay.  Does that mean -- did I
15 read that back correctly?
16     A   No.  Why no?  I think there's something
17 missing there.  Oh, no, that's fine.  After the customer
18 respond -- responded, then we had another kind of frame
19 to answer back to them.
20     Q   So, is it fair to say that this first page of
21 this document is a template e-mail that was designed to
22 be sent when you saw one of the minimum metric
23 guidelines being exceeded?  And the second page is a
24 follow up template e-mail that was meant to be sent
25 after the customer responded that their traffic is not

1  illegal?
2      A   Exactly.
3      Q   To the best of your knowledge, can you give me
4  a ballpark number of times that the template e-mail
5  described by the first page of this document was sent?
6      A   Well, it's not easy to be accurate here unless
7  I look at the -- the e-mails.  But I do recall, at -- at
8  least five -- five times that we -- we did this, yes.
9      Q   When did you first start sending the template
10 e-mail?
11     A   Well, if you see the date there, since January
12 2021.  So, it -- it was implemented in 2021.
13     Q   And the second page, can you ballpark about
14 how many times that e-mail has been sent?
15     A   I -- I guess it's less than the first one
16 because some people didn't answer.  But I honestly don't
17 recall if it was two, three times so I mean -- or
18 sometimes maybe the customer just had a communication
19 with the account manager and -- and not specifically
20 went through this.  Because, again, this wasn't anything
21 really required by -- by law to do this or by
22 regulation.  Not even suggestion from the ITD, which is
23 us being, proactive in trying to find out and make sure
24 that we were doing the right thing.
25     So, if -- if we get closer with the customer or the

1  account -- account manager said, "Oh, yes, we found, you
2  know, what the customer was and whoever, what happened."
3  And then, you know, we reopened the guys.  Are they --
4  are they in the US?  They registered everything.  Fine.
5      Yes.  Would your customers here too in the US?  Yes,
6  it depends.  Again, we were being proactive, not exactly
7  100 percent what was everything here was exactly done
8  like that.
9      Q   It's fair to say then that I think your goal
10 was to follow these policies?
11     A   Yes.
12     Q   On Page 2, the first section, you asked the
13 customer to identify the ten most used ANIs by call
14 volume for a two-part audit for the traffic from
15 yesterday and today.  Did I read that back correctly?
16     A   Yes.
17     Q   Why do you ask for that?
18     A   It will give us an idea of the traffic
19 profile.  Try to understand the traffic profile, and we
20 could sometimes do manual testing to those numbers and
21 see if those numbers were real.  You know, did the
22 numbers have a person behind the number or it was a
23 machine or what it was because there -- there's no way
24 to know that unless you call those numbers, so --
25     Q   So, it's fair to say that determining the --

1  the top ten most used ANIs were valid numbers is a first
2  step in that audit?
3      A   Yes.
4      Q   Okay.  And then Number 2 states, cross check
5  each of these ten most used ANIs against having calls
6  lasting one to six seconds into the e-mail robocall
7  index of the address that's provided, for reports that
8  those ANIs are associated with fraudulent or otherwise
9  illegal calls within the last year, not limited to
10 spoofing.  Also, cross check with numbers associated
11 with law enforcement agencies of the US Government,
12 Social Security, 911, SSA, among others.
13     Did I read that back correctly?
14     A   You read it correctly.
15     Q   Is it fair to say that the second part of the
16 audit you were requesting is to check the reputation
17 associated with the ten most used ANIs and that that
18 procedure is designed to see if those ANIs have a bad
19 reputation?
20     A   Yes, this robocall index belongs to YouMail.
21 So, pretty much, we were cross-referencing that.  And I
22 remember we did that with any of all the tracebacks that
23 we ever received.
24     And I believe only one of the numbers that's with
25 the traceback, only one number was on the -- on the

Jose Olivar                    July 12, 2023                    Pages 66..69

1  robocall from YouMail list that they had on the top.
2  That's only -- only on one.  Yes.
3      Q   Do you also look at the number of unique ANIs
4  that are sent to your network in one -- in any
5  particular period?
6      A   Do you mean like -- like I check a particular
7  ANI in the network?  I don't --
8      Q   No.  Do you check whether the ANIs that are
9  hitting your network are only used once or if they're
10 used multiple times?
11     A   No, we don't -- we don't check.
12     Q   Okay.  Let's introduce the next exhibit.  And
13 an exhibits, your Counsel.
14         MR. GELLIS:  Oh, yes.  Exhibit 5?
15         MR. CROTTY:  Exhibit 5.
16         (Thereupon Plaintiff's Exhibit 5 was marked for
17 identification.)
18 BY MR. CROTTY:
19     Q   Let me know when you've had a chance to
20 review.
21     A   I'm good.
22     Q   Do you recognize this document?
23     A   Yes, sir.
24     Q   What is this document?
25     A   This document was -- I don't know what you

1  call it.  Organizational -- no, not organizational
2  chart.  This is a chart put together by our NOC in order
3  to kind of create a framework to work with whenever we
4  had a case, like the exhibit you named before, you know,
5  checking on the stats.
6      Again, being proactive in the case.  I don't know
7  if you good with Spanish because this is -- is written
8  in Spanish, because the NOC manager speaks -- that's his
9  first language.  But it was pretty much -- do you want
10 me to translate this or do you know what --
11     Q   Please.  Well, I do.  But for the record,
12 please start with the first box and translate.
13     A   Yes.  So, the first one is pretty much, do we
14 detect the high SDP? which is if you go back to the
15 other exhibit, you saw it there if it was over 45
16 percent.  Right.  And then the next question is, what
17 type of case is it?
18     Like, if it's a new case, if it's a new customer,
19 this is the first time we ever see this or, oh, no, it's
20 existing.  That -- that happened already before, maybe a
21 month before or a few days before, it was before or not,
22 or this is, you know, not only the second time but the
23 third time that the customer has happened -- this has
24 happened, that the high SDP came back again as a -- as a
25 flag, right?  So, that's pretty much what it is.  So,

1  simple, if it was a new case, you initiate that protocol
2  on the exhibit that you mentioned before.
3      Q   And that's the box that's all the way on the
4  left?  Casa Nuevo?
5      A   Casa Nuevo, that's right.
6      Q   And underneath that it says, "It's NCI
7  protocol."  So, initiate the protocol?
8      A   Begin next chapter.  Begin protocol.  Yeah.
9      Q   Okay.
10     A   If it's -- if it's -- then I'll go in to the
11 middle, (in Spanish).  It means it's an -- it's an
12 ongoing case.  Means that, you know, the -- we opened
13 already the case.  Right.  And we haven't had answer
14 from the guy.
15     That's actually what it says.  It says (in
16 Spanish).  It means that we -- do we have an answer
17 already?  That, you know, from the customer.  And then,
18 if yes, what actions to take.
19     If not, then what to do?  If it's the fifth day
20 already.  No, the fifth day.  Then if it hasn't happened
21 a week, then ask for a reminder (in Spanish), reminder,
22 it's actually in English, it's Spanglish there, so, you
23 know, learning.
24     So, yeah, that you need to ask for a reminder say,
25 "Hey, give me an answer on this."  All right.  If it is

1  yes, then do we -- did -- did -- did they take any
2  action?  Okay.  What actions do they take?  Or they say,
3  "Oh, no, this is" -- they say that the traffic is good
4  because many times, even though the SDP might be high,
5  the ASR low, it doesn't mean it's illegal traffic.
6      Like, many times it's actually political traffic,
7  like, call center for political reasons.  Those traffic,
8  you usually have -- the worse a luck and it's foreboding
9  things, stuff and so and they're legal.
10     So -- so it depends.  But this -- this was pretty
11 much put together.  Again, being proactive on what --
12 what to do.  And no one told us again, no one -- no
13 suggestion from the ITG on this is the way that you
14 should treat a customer when you get a trace.  No.
15     The only thing we got that -- for us to comply with
16 on a traceback was to respond to the traceback, who sent
17 it when you see the records, that's it.  That there
18 wasn't any special actions after that.  We were trying
19 to do our best.
20     And then the last case on the right says (in
21 Spanish).  Means, like, it keeps from happening after
22 the third time.  If yes, you see that block -- block
23 out.  It means to block, right.  If it's not, then --
24 then you open the protocol again as a re-initiate the
25 proto -- protocol again with them.

Jose Olivar                    July 12, 2023                    Pages 174..177

Page 174

1  Platform.  That's why I'm -- I'll copy there.  And not
2  only that but as you see, they -- they answer -- they
3  gave more information so that they wanted to give --
4  give the Arctic trump.
5       I -- at Whisl I can have started another procedure
6  asking whenever we received the trace back.  I think I
7  told you how it has evolved.  So, this was part of the
8  evolution like asking the customer.  Okay, since we
9  receive this trace back from this customer I want to
10 know how much of the total traffic from that customer
11 came from your customer, that caused the problem and
12 where is it located.
13      Is it local -- is it.  And so -- so that we can
14 make a better decision whether we keep it open or just
15 block it right away.  And as you see if you can find the
16 answers there German 700,000 minutes since June blah --
17 blah -- blah.  So, that customer got blocked and never
18 reopened.
19      Q    So on page 1.
20      A    Uh-huh.
21      Q    In red, it says I'm --
22           THE WITNESS:  I'm sorry, I got the wrong thing
23 here.
24 BY MR. CROTTY:
25      Q    -- Okay.  I'm sorry.  Let me direct your

Page 175

1  attention to page 2.  At the bottom, it states, the
2  customer has been definitively blocked in our system is
3  that correct?
4       A    That's correct.  That's what they -- they
5  said.
6       Q    And what does that mean to you?
7       A    It means the Etelix is saying that they block
8  their customer because they also have access to the
9  portal.  So, they can do it in the portal.  They don't
10 need me in Whisl to block it.  They can do it themselves
11 but also I can --- like over block it, you know, like
12 they cannot -- they cannot get it reopened once they
13 block it.  They cannot get it reopen until I approve it.
14 But they can block himself, which is what they did.
15      Q    Okay.  On page 1 in red --
16      A    Uh-huh.
17      Q    -- at the bottom, it states, "we block the A&I
18 involved in the report.  We notify the customer to block
19 the fraud traffic.  This is the first trace back for
20 this customer.  They sent good CC traffic, however, some
21 calls were fraudulent".  Did I read that back correctly?
22      A    Yeah, you did.
23      Q    Okay.  Is what's in red there inconsistent
24 with him saying that he's definitively blocked the
25 customer.  It sounds and doesn't sound in red that he's

Page 176

1  saying they've notified the customer to block the fraud
2  traffic.
3       A    You can see that the -- this guy is not
4  knowledgeable about the whole situation and they kind of
5  they're -- kind of new into this domestic traffic and
6  what's going on.  They haven't received any trace back
7  in the in the past.  It's like they're they're new to
8  this, what's going on.  So, they think it's all, you
9  know, they have received traffic and they haven't had
10 problems in the past, so they think it's -- it's to CC
11 traffic.
12      So I -- I see your point of being a little
13 incongruent on what they're saying.  Well, they block
14 it.  They block Danny, but some other traffic is good.
15 It's like there's mixed traffic there.  And I -- I -- it
16 is because they said how much traffic get receive and if
17 it wasn't 100 percent that means there is mixed, right?
18 That all of that came from that customer.  They can
19 pretty much say, well, it's a mixed traffic, there's
20 good and there's bad there.
21      The thing is, how do you identify what's good and
22 what's bad if you cannot identify who the customer is.
23 So, even though they block Danny we ended up blo --
24 blocking the whole customer because it -- it's pretty
25 much because of the -- the type of the trace back.  And

Page 177

1  I remember explaining to them that how big of a problem
2  is depending on the trace back, how it is.
3       It's not the same like I was telling you, when you
4  get a trace back on -- on a regular campaign that is
5  legal, could be a political campaign or whatever, but
6  then they're reaching out someone that doesn't want to
7  be reached.  That's different than fraudulent call
8  that's -- that has policy, you know, zero tolerance
9  policy in the group.  So --
10      Q    So --
11      A    -- yeah
12      Q    -- was this customer blocked altogether or was
13 --
14      A    Yeah.  This customer -- that customers --
15      Q    -- on that traffic.
16      A    -- I block altogether.  I blocked them
17 altogether anyway.
18      Q    Okay.  So, Whisl's blocked that customer.  So,
19 from Whisl, when did they receive that call traffic
20 where they're getting it directly from Etelix or?
21      A    In Etelix.
22      Q    Okay.
23      A    Yeah -- yeah.  That might mean the Whisl,
24 right?  And I'm sorry.  I know it's because I -- I'm
25 Smartbiz is here.  But -- but this case I was -- I

Jose Olivar                 July 12, 2023              Pages 178..181

Page 178

1 blocked it from Whisl. You see, I'm copy there my e-
2 mail. And -- and I saw that it came to me directly.
3 And I looked at the trunk and I knew what's going on
4 with the trace back. And I said, you know what, this is
5 blocked. That's it. So, that customer of yours Etelix
6 has started is blocked.
7     So no matter what you do, if they want to take
8 traffic somewhere else or take it somewhere else, that's
9 -- that's their problem. To -- to the Whisl Platform
10 and under Smartbizs na -- name that they're coming as a
11 Smartbiz customer. As you see, it has the -- the
12 Smartbiz before the name. So, this was a Smartbiz
13 customer is Etelix and Etelix customer is -- is a
14 Startel. And a Startel it was the one that sent the
15 call. I know it's a little confusing.
16     Q    So how is it that you were able to block
17 Startel in Whisl's, if not switch.
18     A    Because I am at Whisl I'm the CTO I guy -- I -
19 - I have authority to block anything in -- in Whisl and
20 meaning anything from Whisl downstream, whoever is
21 connected to the Whisl Platform, Etelix, Smartbiz
22 whoever I can block him from Whisl point of view.
23     Q    What is -- technically how do you accomplish
24 the blocking?
25     A    Two clicks. Suspend or enable and submit.

Page 179

1     Q    What -- what did you -- what traffic did you
2 suspend? Is it -- it's --
3     A    Is the this trunk. The trunk that's called
4 Smartbiz, Etelix and Startel.
5     Q    Okay.
6     A    That trunk was completely suspended. Why --
7 why that trunk only because Smartbiz has other customers
8 that you're sending perfect traffic. No problem. I'm
9 not going to suspend the whole Smartbiz business because
10 of that customer.
11     Q    Okay. So, you disabled the trunk that was
12 labeled Smartbiz-ETELIX-USA, the name that appears at
13 the top of Exhibit 31.
14     A    Exactly -- exactly. Yes.
15     Q    Okay. And just I think we spoke over each
16 other and -- and I understand certainly, but just to
17 repeat the question.
18     A    Uh-huh.
19     Q    As a result of this, you suspended the trunk
20 that was labeled Smartbiz-ETELIX-USA Underscore Startel.
21     A    Exactly correct.
22     Q    Okay. Who is Alexis Rondon?
23     A    Alexis Rondon was the NOC manager at Etelix.
24     Q    Okay. He uses --
25     THE COURT: Spell the last name.

Page 180

1     MR. GELLIS: Rondon. R-O-N-D-O-N.
2     THE COURT: Thank you.
3 BY MR. CROTTY:
4     Q    Mr. -- Mr. Rondon uses an e-mail address
5 Alexi.rondon@iqstelcom.com is that correct?
6     A    That is correct.
7     Q    So Etelix as a company uses IQSTELs e-mail
8 domain is that correct?
9     A    That is correct. But that wouldn't happen.
10 Then we'll see the changes.
11     Q    When Mr. Rondon said they sent good call
12 center traffic, what does that mean?
13     A    I -- I don't know what he meant by that
14 really. I think he might have meant, well, they've been
15 receiving traffic with no issues before from the
16 customer and -- and now there was a problem. So --
17     Q    So this was a customer since March of 2022.
18 So, approximately three months.
19     A    We're interconnected since March. That's what
20 they said. That's right. But I don't know if -- I
21 don't think we started that customer at the platform for
22 Whisl in March. It might have been them. They switched
23 that customer to a Whisl on the Smartbiz Platform at
24 some point. And -- but it was still their customer.
25     I don't think it was March, maybe I don't know,

Page 181

1 June and May -- May -- May, I don't know. But that's
2 why I -- I think he's saying that because before that
3 for he switched it to a Whisl Platform. They never --
4 they never had a trace back. So, all of a sudden they
5 got a trace back and I suspected the customer.
6     Q    So they had been in a -- in Etelix and Startel
7 had been interconnected for approximately three months.
8 Is that what that Smartbiz.
9     A    Well that's correct. Yeah that's what in
10 Smartbiz.
11     Q    And Startel was sending traffic that
12 originated in the capital of Armenia.
13     A    No. That's -- no it's saying that the
14 customer is located Armenia Jerry Ryan started however,
15 I don't know if they were buying the Id's and -- and
16 send with the local Annies for I don't remember. I have
17 to check on those records but the customer was located
18 there.
19     Q    So does this mean that the customer that they
20 interconnected with, which I believe was Startel was
21 located in Armenia?
22     A    That's right. Were used during Armenia.
23     Q    And they had sent approximately 700,000
24 minutes in approximately the last two weeks.
25     A    Uh huh. That's right. Which is what I think

Jose Olivar                    July 12, 2023                    Pages 182..185

Page 182

1  when we switched them to our platform because they were
2  -- they had it in a different platform.
3      Q    So, you think that they -- that Etelix
4  switched the traffic it was getting from Startel to the
5  Smartbiz trunk at approximately June 14, 2022?
6      A    That's -- that's right.
7      Q    So after blocking this trunk --
8      A    Uh-huh.
9      Q    -- do you believe that they weren't sending
10 anymore of -- of the this customer's traffic through?
11     A    Not this.
12     Q    If no.
13     A    Uh-huh.
14     Q    And why did Mr. Galue.  Is that how you say
15 it.
16     A    Galue -- Galue.
17     Q    Galue.
18     A    Uh-huh.
19     Q    Which is spelled G-A-L-U-E.
20     A    That's right.
21     Q    Why did he forward Mr. Rondo's e-mail to you?
22     A    Because this is a particular case that
23 remember usually Smartbiz had just one customer
24 associated with them in their trunks.  This is very -- I
25 wanted to make sure that you understand this because

Page 183

1  Smartbiz had customers, right?  And those customers were
2  connected directly to Whisl on the platform, right?  In
3  this case was not only Smartbiz customers which is
4  Etelix.
5          Smartbiz customers and the Etelix customer under
6  one trunk.  So, that's why, you know, this is new and he
7  forwarded to me like what was the answer?  I wasn't -- I
8  wanted to make sure that they had the answer on this and
9  -- and to -- to have support.  Again, see how the
10 difference is in 2022 than what it was in 2020 regarding
11 the trace back, just you can see how it has developed or
12 evolved.
13         And Alexis is no longer the NOC manager there.  And
14 -- and that they were trying to put a few companies
15 under the IQSTEL Telecom that didn't work.  Swiss name
16 and other companies.  It's only Etelix now and he's no
17 longer there as a -- as a NOC manager.
18         MR. CROTTY:  Mark Exhibit 22.  When you have
19     the chance to review.
20         THE WITNESS:  Uh-huh.
21         (Thereupon Plaintiff's Exhibit 22 was marked for
22 identification.)
23 BY MR. CROTTY:
24     Q    Do you recognize this document?
25     A    Yeah.

Page 184

1      Q    Can you describe what this document is?
2      A    E-mail -- e-mails from Etelix and Smartbiz is
3  not between them.
4      Q    Okay
5      Q    And does this e-mail chain reflect that E-
6  Telex had been transiting traffic through SmartBiz at
7  least up until January 27th, 2023?
8      A    Oh, yeah.  Yeah.  But this is -- this is not
9  Startel customer.  This -- this is other trunks,
10 different customers.  Yeah.  And actually, this is a
11 trouble ticket because we were not completing the calls
12 or something -- they had issues -- USA raising issues,
13 the calls being canceled from the destination.  So, we
14 were not completing the calls.  This is -- this is a
15 trouble ticket for other problems.
16     Q    Do you know how this trouble ticket got
17 resolved?
18     A    I -- I don't exactly remember how it got
19 resolved, but I do remember talking to the E-Telex guys
20 directly, telling them that either it was, you know, my
21 carrier was failing, and then we opened a trouble ticket
22 or giving, you know, any other technical reason why it
23 wasn't happening.
24         That's why my NOC guy didn't answer.  He didn't
25 know -- most likely he didn't know what to answer.  And

Page 185

1  they were getting -- what's going on?  What's going on?
2  We cannot complete calls.  We cannot complete calls.
3  What's going on?  And then I had to intervene there at
4  some point and tell them what was wrong, and that's it.
5      Q    Okay.  And just to be clear, this is US
6  traffic.  On the --
7      A    Yes.
8      Q    -- third page of the document it states, We've
9  detected that our calls towards USA-ALL are --
10     A    Yeah.
11     Q    -- experiencing issues.
12     A    Yeah.  Do you see the difference?  That's the
13 trunk.  That's the name of the trunk, USA-ALL.  It's not
14 SmartBiz, Startel, or any other name.  It's just a trunk
15 with that name.
16         MR. CROTTY:  Okay.  Introducing Exhibit 23.
17         (Thereupon Plaintiff's Exhibit 23 was marked for
18 identification.)
19         THE WITNESS:  All right.  At some point --
20     I'll tell you what happened there.  At some point,
21     you know, you can connect direct customers there,
22     but they also had their own switch, so they had
23     control of their own customer at some point.  I
24     said, okay, give me just one rate and I will see
25     what type of traffic I send you.

Jose Olivar                   July 12, 2023                   Pages 198..201

Page 198

1   Q   -- 10th, 2023.  Yes.
2   A   Yeah.  They -- they sent us the tracebacks in
3   January this -- this year.  I know it was recent.
4   January 30.  So, it was pretty much around February.  I
5   honestly don't know, but they only have a few
6   tracebacks.  It was -- it's minimum.  They -- they --
7   they sent not even 10,000 minutes of traffic.  They --
8   it was really minimum.
9       And they are -- I understand they are -- we call
10  them (in Spanish).  They -- and they are here in
11  Florida, a lot of them.  So, yeah, they're -- they're
12  here.  They're -- so -- but I don't know why we didn't
13  put them there.  They've been in the business forever.
14  They -- they have been in this business forever, so --
15  Q   And Whisl is not listed either; is it?
16  A   No.  I don't see Whisl in that list.
17  Q   Why not?
18  A   Because we have never suspended Whisl.
19  Q   Well, this was just companies that are active
20  in terminating traffic in the United States; correct?
21  A   Well, it says they provided Whisl --
22  Q   I see.
23  A   -- suspended, cancel, or terminator or
24  threatened to suspend.  We haven't done that, and we've
25  never done that to Whisl.

Page 199

1   Q   Okay.  My mistake.
2   A   If it's --  does that to me, I might start
3   laughing.
4   Q   And do you recall why DiDCentral was on this
5   list?
6   A   Yes.  They received some -- I think some
7   traffic, and we kind of threatened them to make sure
8   that they cleaned their act.  Something like that, yeah.
9   Q   Does Whisl sell DIDs to any --
10  A   Whisl does, but SmartBiz doesn't.
11  Q   Okay.
12  A   Uh-huh.
13  Q   Has Whisl sold any DIDs to SmartBiz customers?
14  A   And I won't to allow them.  I'm going to --
15  I'm going need to use the resetroom whenever you finish
16  this.
17  Q   That's fine.  We can take a break.
18      (OFF THE RECORD)
19      THE COURT REPORTER:  Okay.  On the record.
20      MR. CROTTY:  Okay.  I introduce Exhibit 26.
21      (Thereupon Plaintiff's Exhibit 26 was marked for
22  identification.)
23      MR. GELLIS:  Okay.
24  BY MR. CROTTY:
25  Q   Do you recognize this document?

Page 200

1   A   I do.
2   Q   Can you describe what this document is?
3   A   This is, again, e-mails interchanged within
4   SmartBiz NOC and Global Net Holding [sic].
5   Q   Okay.
6   A   Uh-huh.
7   Q   Does this reflect that Global Net Holdings was
8   sending traffic that terminated in Puerto Rico through
9   SmartBiz's network?
10  A   Well, the subject is regarding issues on that
11  traffic to Puerto Rico.  Oh, okay.  So, SmartBiz --
12  SmartBiz, no, opened a trouble ticket to Global Net
13  Holding because they were sending traffic to invalid
14  numbers and -- yeah.  And then Global Net Holding was
15  then responding to -- to that trouble ticket.  Okay.
16  Yeah.  They -- we suspended Global Net Holding a
17  long time ago for USA traffic.  And funny enough, they
18  sent all that traffic to Inteliquent.  Now they -- they
19  want to offer us the termination.
20  Q   But they were still sending USA traffic in
21  September of 2022?
22  A   No.  No, it was only Puerto Rico.  Puerto
23  Rico, I don't know how it's considered.  I mean, US --
24  it's only Puerto Rico's two codes.  And it's -- it's a
25  good question, because -- like Alaska; right?  That's

Page 201

1   another -- it's -- it's a US state; right?  Puerto Rico
2   state.  But I don't know why in -- in telecom it's being
3   considered, Puerto Rico, not part of the 40 -- well,
4   it's not part of the 48 regular states.
5   Q   You don't --
6   A   Yeah, we didn't consider Puerto Rico -- it's
7   actually, in some platforms, you send a rate deck for
8   the 48 continental US sta -- and it's not included.
9   It's not included.  Yeah.
10  Q   So --
11  A   The rates -- the rates are different for
12  Puerto Rico.  It's -- it's not -- it's not part of it.
13  It's different.
14  Q   Okay.  So, if you terminate a customer from US
15  -- transmitting US calls, they could still be sending a
16  call to Puerto Rico?
17  A   They -- they could.  Yeah.  But actually,
18  Puerto Rico was not included even on the regular
19  domestic rates.  It was something extra that you need to
20  include those codes, the 7 -- 787 and 93 whatever, those
21  two codes.  You needed to include it extra on the offer
22  because they're not included in the domestic rate deck.
23  As you prepare from the Signa [sic] -- from the
24  platform, they're not included.  So --
25  Q   So calls to Puerto Rico's area codes are

Jose Olivar                July 12, 2023                Pages 238..241

**Page 238**

1  GMT+0 was on the 14th; is that correct?
2      A    That's correct.
3      Q    Okay.  And for the record, what does GMT+0
4  refer to?  Is that the time zone that the call detail
5  records clock is set to?
6      A    Usually, yes.  It's a standard in the industry
7  to work on GMT+0 so you don't have to mess up with the
8  different time zone in every -- every part of the world.
9      Q    So you don't need to convert the time stamp
10 for calls between different customers located in
11 different places; is that correct?
12     A    That is correct.
13     Q    There's a lot of technical parts of this case
14 so it's kind of slow to explain for anyone who might
15 read.
16          THE COURT REPORTER:  For GMT+0 is?
17          MR. GELLIS:  G-M-T.
18          MR. CROTTY:  G-M-T.
19          MR. GELLIS:  General Motors --
20          MR. CROTTY:  G as in Greg, M as in Mary, T as
21  in time.
22          THE COURT REPORTER:  And the zero.
23          MR. CROTTY:  And then zero, yes.
24          THE COURT REPORTER:  All right.  Thank you.
25          MR. CROTTY:  I think it's Greenwich Mean Time

**Page 239**

1  actually.
2          MR. GELLIS:  Greenwich.
3          THE WITNESS:  It doesn't look like Greenwich.
4          MR. CROTTY:  Yes.  English is not always
5  pronounced according to the rules of English.
6          MR. GELLIS:  Houston and Houston.
7  BY MR. CROTTY:
8          MR. CROTTY:  Okay.  Introducing Exhibit 37.
9          (Thereupon Plaintiff's Exhibit 37 was marked for
10 identification.)
11 BY MR. CROTTY:
12     Q    Do you recognize this e-mail?
13     A    Yes.
14     Q    Can you describe what the e-mail is?
15     A    This is answers from AlkaIP reaching to
16 Smartbiz's NOC.  And actually I am on copy here as
17 ceo@smartbiztel.com.  So --
18     Q    Do you remember seeing this e-mail?
19     A    Let me read it so I can refresh my memory.
20 See, look at this.  We block at some point, I don't know
21 if it was on the 14th or what happened later, because he
22 is addressing the issue.  He says, you know, that we are
23 not asking you to unblock the trunk.  So, we did block
24 the trunk for him.  And maybe -- I'm trying to make
25 sense of the -- this Exhibit 35 when we ask them for

**Page 240**

1  answering with the ITG.  And they didn't answer us on
2  the 11th -- January 11th, 2021.
3          And they complained to us on January 13th, two days
4  later, saying, guys, you don't -- you're not completing
5  my calls.  That was two days later.  And then at two
6  days more later on the 15th, like every two days that we
7  communicate between the NOC and -- and AlkaIP.  And the
8  guy would answer to -- to Smartbiz saying that I'm not
9  asking you to unblock me.  And we are working with the
10 ITG and we understand they're not comfortable with
11 trunks.
12         So there was uncomfortable business there, right?
13 And but I don't honestly know why we don't -- we don't
14 have the day when it was blocked.  And I guess they --
15 they kind of, at some point maybe, because they didn't
16 answer to the January 11th, they gave him two or three
17 days.  Maybe they were starting working on this and say,
18 hey, two or three days they didn't give us an answer.
19 Now block them and something like that.  So, I don't --
20     Q    Did AlkaIP have more than one trunk from
21 Smartbiz?
22     A    They had the Puerto Rico one and the regular
23 US.
24     Q    Okay.  So, just the Puerto Rico trunk and a
25 regular US trunk, you believe?

**Page 241**

1      A    I think so.  On the exhibit, on the page that
2  we gave you, there -- there you have it.  Or was that
3  only -- the only one?
4      Q    There's only one trunk.
5      A    That was it.  Maybe it was renamed.  That was
6  -- that was the one trunk.
7      Q    Okay.  So, Mr. Baena says, as you mentioned,
8  it's every carrier's responsibility to assist.  And
9  perhaps up to this point, both Smartbiz and AlkaIP have
10 not done enough because we've blocked the source of the
11 traffic every time you report a call.  But Smartbiz has
12 never done anything because you never stopped connecting
13 our calls.  Did I read that back correctly?
14     A    Yes, you did.
15     Q    Do you ever -- did you give any response to
16 Mr. Baena?
17     A    I don't -- I don't recall giving him any --
18 any response to that.  Why?  In January -- that was in
19 January.  And then reopened them in May, why?  I don't
20 recall giving him -- giving him any answer really on
21 this e-mail.  I should have -- should have given him
22 help, but I don't recall really.
23          MR. CROTTY:  Marking Exhibit 38.
24          (Thereupon Plaintiff's Exhibit 38 was marked for
25 identification.)

Jose Olivar              July 12, 2023              Pages 242..245

Page 242

1    THE WITNESS:  That's funny.  So, he wanted to
2  blame it on us and then open a ticket because we
3  were not completing enough.
4  BY MR. CROTTY:
5    Q    Why did you keep this guy as a customer?
6    A    That's a good question.  I don't -- I don't
7  know.  Well, finally, we shut him down but it took us a
8  while.  My goodness.
9    Q    Do you recognize this document?
10   A    Yes.  Diana writing in March to the account
11  managers.  This is not directly to the NOC, but direct -
12  - directed to the account managers.
13   Q    This is e-mail chains from March of 2022; is
14  that correct?
15   A    That's correct, yes.
16   Q    So does this e-mail chain reflect that, in
17  March of 2022, Smartbiz sent interconnection guidelines
18  to AlkaIP?
19   A    Uh-huh.
20   Q    Giving requirements for minimum metrics of,
21  short duration percentage less than 45 percent, ASR
22  greater than 25 percent, SIP code 404 present in less
23  than 20 percent of calls, SIP code 487 present in less
24  than 58 percent of calls; is that correct?
25   A    That's correct.

Page 243

1    Q    Okay.  So, does it reflect that AlkaIP was
2  active with Smartbiz for US termination in March of
3  2022?
4    A    Well, by what the e-mail says, it looks like
5  we -- we got them reopened to try, but I don't think we
6  ever had traffic.  And if we did, I don't see any
7  traceback after that.  But I don't think they got really
8  opened or they started sending traffic.  I don't -- I
9  don't recall.
10   Yes, we were -- I think we were making sure that --
11  see, this is about the time when the -- the robocall
12  mitigation procedures were implemented.  Because we were
13  sending this information in '22.  That's when we started
14  limiting the no air calls and all of that, right?
15   And then we pretty much sent all that information.
16  And they said, okay, based on that, we're going to see
17  if you can -- if your traffic profile really fits into
18  that.  But I don't think it ever fit because we don't --
19  well, you have the CDRs.  So, you can check on that if
20  we ever see traffic from him.  But I don't recall seeing
21  more traffic for him.  I don't think we ever got them
22  reopened or that we allowed them because of the
23  filtering.  Maybe because of the filters they could
24  never send traffic on when we were not completing the
25  traffic.

Page 244

1    Q    Could you translate Mr. Baena's e-mail at the
2  top of page 1?
3    A    That will help you understand why, yes.  So,
4  pretty much Diana, that business manager, she told him
5  in the lower e-mail saying, hey David, now the USA, it's
6  open, you can initiate the traffic.  If you have any
7  problems, just let me know.
8    So guess what happened?  He reached out to her
9  saying, Diana, we tested and you guys rejected
10  everything.  Even the calls to our -- our own cellular
11  phones don't work and they should and it should be
12  cheaper.  Can you check if you have us limited some way?
13   Q    So --
14   A    We never --
15   Q    There were no profitable routes so the --
16   A    No.
17   Q    -- traffic was rejected?
18   A    No -- no -- no.  If there was no profitable
19  route, we should have told him, hey, you know, the calls
20  are not connecting because of non-profitable route.
21  Like we answered on that other e-mail.  But pretty much
22  I don't -- I don't see the answer from -- from Diana --
23  from Diana to him after this.  But he was complaining to
24  Diana saying that they tested and we rejected
25  everything.  Even calls that are to their -- their

Page 245

1  cell phones.
2    Q    That should be a cheap traffic?
3    A    That should be a cheaper -- exactly.  And it's
4  still rejected.  And it says it should be part of the,
5  you know, cheaper codes.  That's -- that's what he meant
6  by that.  But then can you, you know, check if you are
7  limiting in some way or somehow something.  And again, I
8  don't think we -- we got them reopened.  Or we did so
9  much -- so much filtering that nothing was passing
10  through.
11   Q    Had you rate limited AlkaIP at all?
12   A    Maybe we didn't send them, you know, high --
13  much higher rates or something.  I don't recall exactly
14  the details but I can -- I am 99.9 sure that we -- we
15  didn't accept more traffic from them.
16   A    That was enough.  My goodness.
17   Q    I -- I mean, it seems surprising to me that
18  you would reach out to them with the new interconnection
19  guidelines at all.
20   A    Yeah.
21   Q    Is that --
22   A    Yes.
23   Q    Why would you do that?
24   A    I mean, the -- they -- I saw that they had a
25  new account manager there, Ernesto, Diana, Catherine.

Jose Olivar                July 12, 2023              Pages 246..249

Page 246

1  So, it was like -- they were trying to figure out if
2  they could do business, they could make some money with
3  the -- with the customers and the account managers were
4  -- were working around it, but obviously there wasn't
5  much to do.  But yeah, I agree with you.  It's kind of -
6  - it seems like they were trying a little too hard to
7  get business.
8      Q    Okay.  Let's move on from AlkaIP.
9      A    Thanks.
10          MR. CROTTY:  Introducing Exhibit 39.  Let's
11     see who is next.  Axkan.
12          THE WITNESS:  Axkan.  It didn't last long.
13     And they are in business.  They're still in
14     business, Axkan.
15          (Thereupon Plaintiff's Exhibit 39 was marked for
16     identification.)
17  BY MR. CROTTY:
18     Q    Do you recognize this document?
19     A    Yes, sir.
20     Q    Can you describe what it is?
21     A    E-mails between Axkan and SmartBiz.
22     Q    So, the second e-mail in this chain as between
23  carlos@axkan.net and axelromero@axkan.net; is that
24  correct?
25     A    Axel Romero, yeah.

Page 247

1      Q    So, it appears to be an internal Axkan e-mail.
2  And that was attached to the bottom of an e-mail that
3  wound up being sent to SmartBiz's NOC?
4      A    That's correct.
5      Q    Can you translate what Mr. -- or what Carlos
6  wrote in that e-mail?
7      A    To Axel?
8      Q    Yep.
9      A    Well, obviously Atcel is Axel, the first thing
10  is he -- he misspelled his -- his friend's name and then
11  says, appointment.  Just help me include a
12  delayed buy on this route.  We see it tomorrow.  So,
13  help me include a delayed buy on the route.
14     Q    Do you think that refers to delaying the SIP
15  goodbye code that would terminate the call so that the
16  average call duration seems longer?
17     A    That's what it seems like.
18     Q    Okay.  And why did SmartBiz contact Axkan in
19  the first place?
20     A    Well, it seems that we sent them -- we might
21  have been receiving traffic from them, from the US.  And
22  we -- we send them the procedures and metrics that we
23  needed, minimum for them to come -- to be able to
24  complete traffic with us.  And as you can see, we -- we
25  were following the -- the short duration thing that was

Page 248

1  too high.  And we told them, guys, check on your traffic
2  it was too high.  And they -- and they -- they even said
3  between themselves, hey, let's -- let's put this a
4  little higher.
5      Q    So, they said, let's delay the buy so that the
6  short duration percentage goes down.  And they sent that
7  to your NOC is that correct?
8      A    Well, they -- they mistakenly said -- sent
9  this to the NOC.  But they told the NOC, sorry for the
10  delay, we're diagnosing the problem and corrections were
11  made starting today you should notice the change.  My
12  goodness.
13     Q    Does that strike you as problematic?
14     A    Of course.
15     Q    So, it seems like they're circumventing the
16  procedures that you had put in places; is that correct?
17     A    Yeah.  And -- and obviously our guys didn't --
18  didn't notice this.  If I tell you -- well, this was
19  when back in Catherine was there.  No.  Manuel will --
20  will -- will realize this.  Catherine back then was --
21  was not as -- as good, but he would -- he would
22  definitely realize this.
23     Q    So, to the best of your knowledge, nobody
24  questioned this e-mail?
25     A    To the best of my knowledge, no.  No business

Page 249

1  with these guys.  My goodness.  I know -- I know we're
2  not doing business with them, but they are still in the
3  market.  And they have -- and we -- we asked them
4  because, you know, when we found out everything was
5  going on level of -- hey, by the way, do you still
6  have USA traffic?
7      Oh, yeah.  Yeah.  We got about, you know, 100 plus
8  1,000 minutes a day.  I said okay.  No, we're not
9  interested in it.  Just wanted to know and you know,
10  just to see where competitors are in -- in the market
11  and yeah.  Oh yeah, we're selling it to -- sending it to
12  Inteliquent, you know, the big, big guys, oh, really.
13  Wow.
14     Q    And then Exhibit 23, you stated that the
15  termination date for Axkan --
16     A    Yeah.
17     Q    -- was March of 2021; is that correct?
18     A    I know we -- we -- we terminated them a long
19  time ago.  A long time ago.  They haven't --
20     Q    These e-mails are dated -- the e-mails in
21  Exhibit 39 are dated October of 2021; is that correct?
22     A    Yeah.  And I saw that they sent traffic on
23  October 20 and 2021, but I'm -- I'm pretty sure they got
24  -- they -- they -- they got disconnected early.
25     Q    But then reconnected?

Jose Olivar               July 12, 2023              Pages 250..253

Page 250

1    A    Maybe we gave them the -- yeah, one or twice
2  things, but we didn't -- we didn't have them for a long
3  time. I'm pretty -- I'm very sure.
4    Q    So at least sometime before October 23, you
5  reconnected Axkan -- on October 23, 2021, you
6  reconnected Axkan; is that correct?
7    A    Yeah, I'm trying -- I'm trying to refresh the
8  memory and find when they -- okay. October 23 -- they
9  only have one. They didn't -- they didn't have many
10 tracebacks. I think they only got one or two but they
11 were put on that list. That -- the another exhibit that
12 you asked me. Axkan was -- I know As -- Aspic? That --
13 that's another one that it's kind of blurry there that
14 we don't want to do business with them.
15    But on the -- on the tracebacks, I think -- I see I
16 count only one. I don't see many. So, even though
17 they're, the short duration was high and you know, there
18 kind of flags there to -- to watch it, right? That was
19 going on. They didn't receive a good chunk of
20 tracebacks. I think it was only -- I see one here only
21 from them in 20 -- 2021, November. And that --
22    Q    So, would you say -- is it fair to say that
23 tracebacks only reflect maybe a small percentage of
24 problematic traffic that's in the industry?
25    A    Again, not necessarily because it might be

Page 251

1  some other campaigns that they're running. I wouldn't
2  know if there was a recording or something that would
3  tell me more. But usually as you can see with the other
4  companies like AlkaIP, Chock, you know, that they came
5  back again.
6    We -- we kind of traceback in this case we don't
7  have many. I think I'm trying to remember, but because
8  I -- I do remember that we have them for a little bit,
9  but not -- not as much. And because of this, they
10 couldn't -- maybe they fix it after the -- after they
11 delayed buy.
12    MR. CROTTY:  Well, let's introduce Exhibit 40.
13    THE WITNESS:  They fixed it or something, but
14    it was only one traceback that I see from them.
15    (Thereupon Plaintiff's Exhibit 40 was marked for
16 identification.)
17 BY MR. CROTTY:
18    Q    Do you recognize the document marked as
19 Exhibit 40?
20    A    Here we go, November. Yes.
21    Q    Does this represent that on November 23th in
22 2021, SmartBiz contacted Axkan NOC about traceback for
23 an Amazon scam?
24    A    Yes, sir. That's correct. That was the --
25 that was the only traceback on November 16. Okay. Let

Page 252

1  me see. Pablo Axkan.
2    Q    Pablo represents to SmartBiz's NOC Mr. Vicuna?
3    A    No, no, Pablo is --
4    Q    No, no. I'm sorry. Let me finish the
5  question. Pablo -- pablo@axkan.net responds to
6  Manuel Vicuna in the second e-mail on the first page of
7  Exhibit 40; is that correct?
8    A    That's correct.
9    Q    So, Pablo presumably works for Axkan?
10    A    That's correct.
11    Q    Okay. And he represented to Mr. Vicuna, Hi,
12 Manuel. We are answering the traceback as we speak.
13 We'll get you the full information about the upstream
14 provider and also to the US Telecom; is that correct?
15    A    That's correct.
16    Q    Did -- to the best of your knowledge, did
17 Axkan ever provide any information about their upstream
18 provider?
19    A    I wasn't copied here but I guess they -- they
20 should have. I don't see why not. I mean Manuel should
21 have follow up on this.
22    Q    Okay. Have you ever heard of Clevertel?
23    A    Who?
24    Q    Clevertel.
25    A    No.

Page 253

1    Q    Okay. If I represented to you that that was
2  who Axkan's upstream customer was and that they were
3  labeled as non-responsive on that traceback, would you
4  have any reason to dispute that?
5    A    No. I -- I never heard of them.
6    Q    Okay. Do you know when Axkan was finally
7  disconnected from SmartBiz?
8    A    Is any there? It should be --
9    Q    Here it was represented as March of 2021.
10    A    That's not right, is it?
11    Q    This is -- so sometime after November 23th,
12 2021; is that correct?
13    A    Yeah. Maybe if they didn't -- didn't come
14 back to us or something, we -- we suspended them or
15 something happened.
16    MR. CROTTY:  And on the additional document
17    that you provided me I'll -- when we get done
18    today, I'll just enter this document as the last
19    exhibit so it doesn't disturb my numbering because
20    that'll make things take longer.
21    MR. GELLIS:  No objection.
22 BY MR. CROTTY:
23    Q    It says that Axkan had two trunks, one labeled
24 SmartBiz Axkan no use that was suspended to 19 -- or
25 that was added to 19, 2021 and suspended February 3rd,

Jose Olivar                 July 12, 2023                 Pages 254..257

---

Page 254

1  2022.
2         And then a second trunk, Axkan PP, which was added
3  December 10, 2020, and suspended December 7, 2021.  Is
4  that -- do you have a copy of this?
5      A   Yeah.
6          MR. GELLIS:  I don't want to give away all of
7      my copies until tomorrow, but yes.
8  BY MR. CROTTY:
9      Q   We can share it for the purpose of this.  Did
10 I read that fact correctly?
11     A   No use.  Okay.  So, that no use was -- was --
12 was never used.  Something went wrong there.  So, we --
13 we did the Axkan, we be pretty much that got suspended
14 in February.  No.  What is said no use.  Some -- one of
15 those trunks were not really in use.
16     Q   But is it fair to say that this reflects that
17 you finally terminated Axkan's -- Do SmartBiz finally
18 terminated Axkan's trunks March 31, 2022?
19     A   That's -- that's fair to say, yes.
20     Q   Okay.
21     A   Yeah.
22     Q   Do you know why it wasn't suspended after this
23 traceback request?
24     A   I don't know why, but if this was only the
25 first traceback we ever had with them, we didn't have

---

Page 255

1  really that much, so --
2      Q   Okay.
3      A   We didn't allow them to have more.  At some
4  point, we disconnected them before having more
5  tracebacks.  So --
6      Q   Do you know why they were ultimately
7  disconnected?
8      A   I don't remember exactly a particular reason,
9  but based on all of these, they -- maybe the short
10 duration kept going up.  They used the procedure that we
11 put in place and they never got back to us or something.
12 And -- and then we decided there wasn't that much
13 traffic or something.
14     Q   Yeah.
15     A   Why not, I guess.  I don't know.
16         MR. CROTTY:  Well, let's move on to Xicomm.
17     Marked as Exhibit 41.
18         (Thereupon Plaintiff's Exhibit 41 was marked for
19 identification.)
20 BY MR. CROTTY:
21     Q   Do you recognize Xicomm, this document marked
22 as Exhibit 41?
23     A   Yes.
24     Q   Can you describe what this document is?
25     A   E-mails between SmartBiz's NOC and Xicomm

---

Page 256

1  NOCs.
2      Q   Does it reflect that Xicomm was sending
3  traffic with a high short duration percentage?
4      A   Yes.  If you see -- now there is a, what do
5  you call that, pattern on the -- on the e-mails?  The e-
6  mails are procedures and metric guidelines to Word USA.
7  So, most likely these were part of the procedure that we
8  put in place saying, hey, I, SDP blah, blah, blah,
9  following the graphic and send them an e-mail telling
10 them, hey, what's going on with -- with your traffic?
11     Why is the metrics -- why are not the metric
12 supposed to be what they're supposed to be?  That's --
13 that's what I think it's -- it's what we were doing.
14 So, yeah, I see the e-mail, the -- the exactly that e-
15 mail, yeah.
16     Q   To the best of your knowledge --
17     A   Yeah.
18     Q   -- did Xicomm ever provide any information
19 about their traffic that was requested you?
20     A   I don't -- I don't know.  They were doing --
21 the NOC were doing -- were doing the job.  Not as -- not
22 as what happened with the other -- with the -- the other
23 company.  But I -- I -- I don't recall really going into
24 the details on this, but I'm -- I'm glad that they were
25 on top of this.  Normal on this traffic stream.  See.

---

Page 257

1      Q   To the best of your knowledge, did Xicomm ever
2  provide any information after the two tracebacks they
3  received -- any information about their traffic, after
4  the two tracebacks they received dated November 3rd,
5  2021?
6      A   No, I don't -- I don't remember.
7      Q   Okay.  Do you know when Xicomm was terminated
8  by SmartBiz?
9      A   It must have been right around there, maybe
10 early 2022, I think.  We kind of started the -- the year
11 and suspending wherever he didn't -- we didn't have
12 answer.  We kind of cleaning up customers that were not
13 answering or something like that in start of the year.
14     Q   Okay.  If it states here on this exhibit that
15 I'll mark at the end --
16     A   Yes.
17     Q   -- of this deposition that Xicomm was --
18 trunks was suspended December 7th, 2021, is that
19 accurate?
20     A   December.  It might be, yes.
21     Q   Okay.
22     A   Yeah.  That right after they got two
23 tracebacks in November.  Suspended in December before
24 they -- yeah.  And nothing after that.  Yes.
25     Q   Okay.  Okay.  Let's move on to

---

Jose Olivar                 July 12, 2023                Pages 258..261

**Page 258**

1  Computertell/Directo.
2      A   It's a big company in Mexico.
3      MR. GELLIS:  Patrick, I don't want to spring
4  it on you, but I think we had about an hour of
5  breaks total.  So --
6      MR. CROTTY:  About 5:00.
7      MR. GELLIS:  The seven hour's about 5:00.
8      MR. CROTTY:  I think.  Okay.  We started at
9  9:00 and we had about an hour break.  So, the seven
10  hours would be about 5:00, right?
11      MR. GELLIS:  I'm good, yeah.  I want to make
12  sure we're on the same page.
13      MR. CROTTY:  I don't want to go past 5:00.  I
14  don't have to -- I mean, I don't -- I don't want to
15  go past 5:00.  I'm not going to argue with you that
16  it's a day of seven hours.
17      MR. GELLIS:  If you can do a couple more
18  minutes.  It's -- it's -- half of that it's it's
19  fine.  But I don't want to hold you up so --
20      MR. CROTTY:  Hopefully we can get through
21  everything.
22      MR. GELLIS:  I just saw the number of exhibits
23  on your label over there and I'm like, okay, I
24  don't know for -- anyway, but --
25      MR. CROTTY:  The CFR we get I mean --

**Page 259**

1      MR. GELLIS:  Go for it.
2      MR. CROTTY:  Marked as Exhibit 42.
3      (Thereupon Plaintiff's Exhibit 42 was marked for
4  identification.)
5      MR. GELLIS:  Okay.
6      MR. CROTTY:  Did I give you two copies of
7  that?  Miles?
8      MR. GELLIS:  No.  I've got enough copies.
9  Sorry.  Here is the extra for you.
10      MR. CROTTY:  Okay.
11      MR. GELLIS:  I can use mine.
12  BY MR. CROTTY:
13      Q   Do you recognize this document?
14      A   Yes, sir.
15      Q   Does it reflect e-mails from Directo --
16      A   Yes.
17      Q   -- to SmartBiz's NOC?
18      A   That's exactly.  It is, yes.  That reflects.
19      Q   Did Directo block SmartBiz's traffic?
20      A   Yes.
21      Q   Do you know the reason that they did that?
22      A   They wanted traffic that was originated
23  outside of the US for international ANIs rather than
24  local ANIs.
25      Q   Okay.  Did Directo complain about the quality

**Page 260**

1  of SmartBiz's traffic?
2      A   No.  That's why they said it's a commercial
3  issue because the rates when the traffic -- remember
4  what I was trying to explain to you, why we don't have
5  the Digitalk and the Sigma platform different?  When --
6  when the call to the US comes from international, the
7  rate is very different than when the call it's
8  originated in the US.  So, they wanted only what we call
9  indeterminate traffic, which means that the ANIs were
10  international.
11      Sometimes the -- the PPT -- like, to T-Mobile,
12  Verizon.  They'd rather have international traffic
13  because they do bilateral deals with that.  They said,
14  Okay, you send me this traffic that comes to the US but
15  it has international ANI, and then I will give you part
16  of my end-users calls to Mexico or to whatever.  So,
17  that's what they were trying to accomplish here.
18      Q   So, to the best of your knowledge, prior to
19  cutting off SmartBiz, Directo had not complained about
20  the quality of SmartBiz's traffic or problematic calls
21  that were coming through?
22      A   There was nothing like that nature.  It was --
23  it was commercial.
24      MR. CROTTY:  Okay.  I'll mark this as Exhibit
25  43.

**Page 261**

1      (Thereupon Plaintiff's Exhibit 43 was marked for
2  identification.)
3      Q   Do you recognize this document?
4      A   Yes.
5      Q   Does it represent that Directo's NOC contacted
6  SmartBiz's NOC on March 16, 2020, and said, We detected
7  traffic that requires validation.  We're seeing traffic
8  with invalid ANIs.  Please review the attached CDRs.
9  Could you be so kind as -- be so kind to help us and
10  review the source.  This kind of traffic is affecting
11  your stats.  Did I read that correctly?
12      A   Yes.
13      Q   And did SmartBiz's NOC reply to your partner,
14  We have removed the faulty customer from your routing.
15  Please keep monitoring and inform us about the result.
16  Let us know if you come across any similar issue in the
17  future.  Did I read that back correctly?
18      A   Correct.  Yeah.
19      Q   And so this e-mail chain was December 16,
20  2020, correct?
21      A   Correct.
22      Q   And does it -- would you characterize this as
23  Directo expressing concern about receiving traffic with
24  invalid ANIs?
25      A   Yes.

Jose Olivar                July 12, 2023                Pages 262..265

Page 262

1    Q    Okay.
2    A    And we found who the guys were sending that
3  invalid ANI and we blocked them.  Yeah.
4         MR. CROTTY:  Mark Exhibit 44.
5         (Thereupon Plaintiff's Exhibit 44 was marked for
6  identification.)
7    Q    Do you recognize this document?
8    A    Yes.
9    Q    Does it reflect an e-mail on February 10th of
10  2021 from Directo's NOC to SmartBiz's NOC, where they
11  state, Dear SmartBiz USA.  We detected traffic that
12  requires validation.  We're seeing traffic with
13  suspicious ANI.  Please review attached CDRs.  Could you
14  be so kind to help us and review the source?  This kind
15  of traffic is affecting your stats.  And then they
16  provide a chart with dialed numbers with USA ANIs that
17  terminated in the United States; is that correct?
18    A    That's correct.
19    Q    Would you characterize this as Directo
20  complaining about bad traffic that it was getting from
21  SmartBiz?
22    A    Yes.
23         MR. CROTTY:  Exhibit 45.
24         (Thereupon Plaintiff's Exhibit 45 was marked for
25  identification.)

Page 263

1  BY MR. CROTTY:
2    Q    Do you recognize this document?
3    A    Yes.  Directo time.
4    Q    Does it reflect a complaint that's similar to
5  what was reflected in Exhibit 44 about suspicious
6  traffic that Directo was receiving from SmartBiz?
7    A    Correct.
8    Q    And this is dated August of 2021; is that
9  correct?
10    A    That's correct.
11    Q    Okay.  And SmartBiz states, We identified the
12  source of this traffic, opened a trouble ticket with the
13  client for a detailed investigation on it's side.  If
14  they continue with this profile, we will block all their
15  traffic.  Meanwhile, we have blocked this traffic, so it
16  will not pass through our network.  What does that mean?
17    A    It means that we found the -- the customer
18  that was sending that traffic.  And then we figure -- if
19  you see the number, it's pretty much just one number,
20  888 -- 1-800 number.  So, we've blocked the traffic and
21  we warned the customer saying, Hey, we're blocking these
22  ANIs or these -- you know, where we see the faulty
23  traffic, but make sure you correct it.  Otherwise, we're
24  going to block you entirely -- the entire trunk.
25    Q    Okay.

Page 264

1    A    Yeah.
2    Q    And to the best of your knowledge, that's what
3  actually occurred?
4    A    Yes.
5         MR. CROTTY:  Exhibit 46.
6         (Thereupon Plaintiff's Exhibit 46 was marked for
7  identification.)
8         THE WITNESS:  Most of that traffic is coming
9  from Whisl.  So, Whisl was sending to SmartBiz
10  Directo as a carrier.  So, that's --
11  BY MR. CROTTY:
12    Q    So, Whisl was sending the traffic to SmartBiz,
13  SmartBiz was sending it to Directo for termination in
14  the United States?
15    A    That's right.
16    Q    I'm handing you Exhibit 46.  Do you recognize
17  this document?
18    A    Yes.
19    Q    Does it reflect a complaint from Directo to
20  SmartBiz about spoof traffic?
21    A    Yes.  That was five months after the other
22  one.  Yeah.  Same thing happened again.
23    Q    Okay.  So, these e-mails are dated August 15,
24  2021.  The traffic that Directo was complaining about
25  last time was May 2021; is that correct?  On page 2 of

Page 265

1  Exhibit 44, the billing date for those calls -- wait,
2  I'm sorry.  The -- the billing date is five -- okay.
3  So, they've done that different.
4    A    Yeah -- yeah.
5    Q    It's August 5th, 2021.
6    A    Yeah.  That's -- that's the same as August.
7  So-
8    Q    So this is August 15, 2021.  So, this is about
9  ten days after; is that right?  Exhibit 45 is -- All
10  right.  We're at 46, I believe; is that right?
11    A    This is- I -- I believe this is the same.  It
12  was about the same amount -- the same time.  Because if
13  you look at the change came from August 10, there where
14  we had the problems.  And this is from February.  So,
15  after February, we had August 7.  May 8.  So, this was
16  in May.  That was in August.  Oh, no -- no -- no -- no.
17  Because this is in Spanish.  So  (in Spanish).  Yeah,
18  it's the same.
19    Q    So it's just a few days before?
20    A    It's a few days, yeah.  Exactly.
21         MR. CROTTY:  Okay.  Let's move on to Exhibit
22  47.
23         (Thereupon Plaintiff's Exhibit 47 was marked for
24  identification.)
25         THE WITNESS:  Yeah -- yeah.  In February, we

Jose Olivar                July 12, 2023              Pages 266..269

Page 266

1      have issues then, and in August again, other
2      traffic came, and then --
3  BY MR. CROTTY:
4      Q    I'm handing you Exhibit 47.  Do you recognize
5  this document?
6      A    Yes.
7      Q    Does it reflect a similar complaint, but this
8  one dated September 14, 2021, and it's about suspicious
9  and potentially illegal traffic?
10     A    Yes.
11     Q    Okay.  Move on to --
12     A    You see how they put up with us?  Right?  You
13 would say, Why would you want to do business with
14 Marvis?  You know why?  Because we do internationally
15 with them.  We do a lot of business.  So, they -- they
16 know we're not the bad actors.  And --
17     Q    But they did cut you off?
18     A    But they were pretty good at monitoring,
19 checking, you know, their network because their carrier
20 was doing that to them.  That -- no, I don't think it's
21 because they're so great in Mexico; is because the
22 carrier they were sending the traffic to was
23 complaining.  And they -- they complained up and they
24 complained back to us.  And then we were trying to send
25 the traffic, mostly on bilateral deals.  We couldn't

Page 267

1  find good traffic to send them.  Okay.
2      Q    But it is true that, eventually, Directo did
3  stop terminating SmartBiz's traffic.
4      A    Yeah, we stopped sending them USA traffic.
5  USA.  But we do --
6      Q    USA traffic.
7      A    Yeah.
8      Q    You still continue with international traffic
9  with Directo?
10     A    We're doing a lot of international over there,
11 yes.
12     MR. CROTTY:  For the sake of time, let me just
13     label from -- we're at Exhibit 48.  I'll go up to
14     56.
15     (Thereupon Plaintiff's Exhibit 48 was marked for
16 identification.)
17     THE WITNESS:  I think -- I think they were
18     using Verizon to complete the USA traffic because,
19     at one point, they wanted only Verizon network to
20     complete for them on the deal and that -- that
21     couldn't work.  Yeah.
22 BY MR. CROTTY:
23     Q    I'll hand you Exhibit 48 and then I'm going to
24 -- just going to go ahead and quickly label exhibits up
25 to Exhibit 56.  And then I'll just -- they're all

Page 268

1  complaints from Directo, so I'll just ask you to take a
2  look at them.
3      A    Yeah.
4      Q    And confirm.
5      A    Yeah.  Yeah.
6      Q    49.  Could you keep --
7      A    Yes.
8      Q    Let me put these labeled ones -- this down
9  here.  Okay.  I'll hand you your copy here.  That one
10 should be -- this is 49 that I just handed you?
11     A    Yeah.
12     Q    Now, 50.
13     A    Oh, but the 56 the last one, right.
14     Q    The last one of these complaints is 56.
15     A    Okay.
16     Q    Let me just get up there quickly and save
17 time.  There.  It's going to be all the same questions.
18     A    Okay.  Yeah.
19     Q    Oh no, these got out of order somehow.  Okay.
20 Well, I'm labeling the ones that- -- this one should be
21 according to the folders printed out, 55.
22     A    This tells you a lot because, for example, you
23 can see Directo said, you know what, don't -- don't send
24 me this traffic.  We could have had the same answer from
25 all the other carriers, right?  Where is that?  They did

Page 269

1  -- were not complaining.  So, like I told you in the
2  beginning, a lot of this is based on the carrier request
3  of what they need.
4      So, if Directo was sending that to Verizon, and
5  Verizon was the one saying hey, I only want this profile
6  of traffic.  I'm going to reject the rest.  Don't send
7  me this.  Okay.  Then they won't be able to do it.  To
8  open the ticket, we will do the same upwards, and then
9  go down carriers but other car -- or the other guys were
10 taking the traffic, so -- and we would open the ticket.
11 We would open the ticket, the whole thing, the same
12 thing like a trace back, all the way there.
13     But it's -- it depends on them.  It doesn't mean
14 that the traffic might be illegal.  Or, for example,
15 they got at the -- the last place in route.  So, they
16 were getting what we call the crap of the traffic
17 because we're being rejected -- rejected.  And then the
18 last one would get just bad traffic, bad profile.  So --
19 and again, like I said -- I mean, look, they put up with
20 -- with all of those traceback and we have a great
21 relationship with Directo, really.
22     Q    But they will no longer accept US terminated
23 traffic from Directo -- from SmartBiz?
24     A    No.  We're not -- we're not doing USA.  No.
25 We're not doing USA traffic to them.  At some point, I

Jose Olivar                     July 12, 2023                    Pages 270..273

Page 270

1  think we wanted to offer them our route but they -- the
2  way they have the structure there, their best deal is
3  with Verizon when they send all that traffic to Verizon.
4  But I didn't remember it was so many tickets or other --
5  well.
6       Q    So is it fair to say, then, that you received
7  quite a few complaints about SmartBiz's traffic from
8  Directo?
9       A    Of course.  I would say that's obvious.
10      Q    Okay.  Well, let me- I've probably gotten out
11 of the numbering here, but I think I've got -- just to
12 stay on track.  I got off the ones -- would be 57.
13 Well, let's just go -- what was the last exhibit that I
14 handed you?  In your stack that --
15      A    48.
16      Q    Okay.  So, for purposes of the deposition,
17 I'll just adjust my numbering so that the next exhibit,
18 which would have been 57, will be 49.  And we'll go from
19 there --
20      A    Because the rest were all the same --
21      Q    All of the complaints.  Okay.  And I believe
22 you stated that SmartBiz is not currently sending US
23 traffic through Directo; is that correct?
24      A    That's correct.
25      Q    Okay.

Page 271

1       Q    Okay.  So, let's move on to Chock.  I'm
2  wasting a bunch of exhibit stickers here, but --
3       A    Chock is not fun.
4       MR. CROTTY:  So, this would be 49, right,
5  Miles?
6       MR. GELLIS:  This one is -- for them, it would
7  be 49.
8       MR. CROTTY:  Okay.
9       MR. GELLIS:  I'm going to separate this for
10 you.
11      MR. CROTTY:  Yeah.  You can separate that --
12      MR. GELLIS:  Yeah.
13      MR. CROTTY:  -- just so I know which one.  So,
14 marking this as Exhibit 49.
15      (Thereupon Plaintiff's Exhibit 49 was marked for
16 identification.)
17      THE WITNESS:  So, it was one of the -- the
18 first carriers that we received tracebacks from.
19 So, we kind of --
20 BY MR. CROTTY:
21      Q    Yes.
22      A    -- we're learning with -- with them.
23      Q    Handing you what's been marked as Exhibit 49.
24      A    Yes.
25      Q    Do you recognize this document?

Page 272

1       A    Yes.
2       Q    Can you describe what this document is?
3       A    It's e-mails between SmartBiz's NOC and Chock
4  regarding ANI Spoofing.
5       Q    Okay.  And this is dated June 11th, 2022.  The
6  --
7       A    No.
8       Q    I'm sorry.  The e-mail --
9       A    2020.
10      Q    All right.  Thank you for the correction.
11      A    Uh-huh.
12      Q    Let me re-ask the question so it's clear.
13 This exhibit reflects that on June 11th, 2020,
14 SmartBiz's NOC contacted the Network Operations Center
15 for Chock about a report of a fraudulent ANI; is that
16 correct?
17      A    Nope.
18      Q    Did I get --
19      A    No.
20      Q    -- it wrong?
21      A    It's a spoofing ANI.
22      Q    Okay.
23      A    It's different.
24      Q    So, the ANI does not -- it was spoofed?
25      A    It was spoofed.

Page 273

1       Q    Okay.  And you don't consider that a
2  fraudulent ANI?
3       A    No.  Because my ANI is valid.  It's my number.
4  If you are spoofing it, you are spoofing it, but there's
5  not fraud.
6       Q    Okay.
7       A    Because if I call from my number, my number is
8  valid.
9       Q    So, the spoofing might be fraudulent, but the
10 ANI is not necessarily --
11      A    Exactly.
12      Q    -- fraudulent?
13      A    Exactly.
14      Q    Okay.  And so would you agree that this is
15 shortly before a -- a traceback that Chock received for
16 a call dated June 26th?
17      A    No.  This call was June 10th.
18      Q    And then Chock received traceback dated June
19 26th and then several tracebacks after that?
20      A    Yes.  Yeah.
21      Q    Okay.
22      A    Now, did you check the details on this Exhibit
23 49?  Check -- check the details on the call number and
24 the -- and the calling number and the called number.
25 Look at it.

Jose Olivar                 July 12, 2023              Pages 278..281

Page 278

1    Q    And so this represents a complaint from
2    SmartBiz's Network Operations Center to Family
3    Communications Network Operations Center about a
4    government impersonation call?
5    A    Yes.
6    Q    It says, per the ULC, please investigate
7    report for government impersonation and take appropriate
8    actions.
9    A    Yes.
10   Q    What does ULC stand for?
11   A    What do you think?
12   Q    Upline carrier?
13   A    Underlying.
14   Q    Underlying carrier.
15   A    Yeah.  So, this is pretty much when we started
16   realizing how -- how important or how -- yeah, how
17   important this -- this tracebacks and -- and knowing
18   what was going on with the traffic was important.
19   Because you do not -- we didn't recall calls.
20        You don't get in -- involved into the -- the
21   details of the -- the -- what comes in the call.  We're
22   just involved in the -- passing the call through.  And -
23   - and this, I remember, for us was kind of when we
24   started opening our eyes, like, oh, we know all these
25   problem.  Why?

Page 279

1        I mean, and we kept coming back to these guys, and
2    -- and they almost didn't pay us, I remember.  They owe
3    us -- they owe us, like, 5, $6,000, somewhere around
4    there.  Because we knew the guy, they finally paid us.
5    But yeah, we blocked them.  Oh, long story, Family.
6    Q    So, they asked, I believe -- there was a
7    dispute, and they asked for a statement of account after
8    you had terminated them; is that correct?
9    A    Yes.
10   Q    Yeah.  When I see ULC, is that mean -- that
11   means underlying carrier --
12   A    Yes.
13   Q    -- correct?
14   A    Yes.
15   Q    And that is the downstream carrier?
16   A    Exactly.
17   Q    Okay.  So, this originated -- this e-mail
18   originated from a complaint that you received about
19   traffic that you --
20   A    Uh-huh.
21   Q    -- received from Family Communications and
22   sent to a downstream carrier.
23   A    Uh-huh.
24   Q    Okay.  Okay.  And it's dated October 14th,
25   2020; is that correct?

Page 280

1    A    That's correct.  That's about a year after I
2    went to Whisl.  That's when we started getting more
3    customers and -- and gro -- growing.
4    Q    Did SmartBiz verify whether Family had taken
5    any actions as a result of the complaints, at that time?
6    A    We -- we -- we conducted several calls with
7    Nitin, I remember.  And he was -- he was confirming to
8    us all the time that, hey, you know, I'm -- I'm -- I'm
9    aware of this.  We're blocking the -- the faulty
10   carriers.  We wouldn't want to send you any fraud
11   traffic.  We're taking care of this.I mean, he was -- to
12   us, he was always on top of trying to take care of this
13   on his side, and he was always responsive to us.  He
14   never went away.  He was -- like I said, we had done
15   international business with him, with other companies in
16   the past.  That was the only reason we started doing
17   business with these guys because we knew Nitin.  We
18   didn't know the rest.And at some point when the -- the
19   ITG couldn't find -- I don't -- I don't know.  David
20   Frankel asked us for more details on them.  I gave them
21   -- we gave them all the details that we had, you know,
22   where they're located, the contract, the -- the cell
23   phone numbers to call them, and everything.  So --
24        MR. CROTTUY:  Marked Exhibit 50.  I'm handing
25   it --

Page 281

1    (Thereupon Plaintiff's Exhibit 50 was marked for
2    identification.)
3        MR. GELLIS:  Oh.
4        MR. CROTTY:  -- to you.
5        MR. GELLIS:  Oh, 51.
6        MR. CROTTY:  60.
7        MR. GELLIS:  51.
8        MR. GELLIS:  50 -- this is 51.
9        MR. CROTTY:  Oh.
10       MR. GELLIS:  The last one --
11       THE WITNESS:  No, we got a 59 right here.
12       MR. GELLIS:  That should be 50.
13       MR. CROTTY:  I'm sorry.  Could we go -- let me
14   correct the exhibit numbers then.  Is this --
15       MR. GELLIS:  This should be --
16       MR. CROTTY:  One is 49, and that should be 50,
17   but I put --
18       MR. GELLIS 4:  59.
19       MR. CROTTY:  59.
20       MR. GELLIS:  Yes.
21       MR. CROTTY:  Do you mind if I just pen over --
22       MR. GELLIS:  I have -- yeah.
23       MR. CROTTY:  -- 59 and --
24       MR. GELLIS:  -- no issues.
25       MR. CROTTY:  -- say 50?

Jose Olivar              July 12, 2023              Pages 282..285

Page 282

1        MR. GELLIS:  That's fine.
2        MR. CROTTY:  Okay.  I'm so sorry.  I got out
3   of my numbering and now it's all --
4        THE WITNESS:  Yeah, we went around, I know.
5   51, 61, 71, bingo.
6        MR. CROTTY:  Okay.  So, I just marked Exhibit
7   51.  I'm handing it to you.
8        (Thereupon Plaintiff's Exhibit 51 was marked for
9   identification.)
10  BY MR. CROTTY:
11       Q    Does it appear to be a similar complaint that
12  you escalated to --
13       A    Yeah.  We escalated --
14       Q    -- Family?
15       A    Exactly.  Yeah.
16       Q    Okay.
17       A    I think this was the -- one of the first time
18  we started listening to -- to the robo -- the robocall
19  stuff or the first time like, robocalling for this?
20  Like -- yeah.
21       Q    And this was approximately one week after the
22  last --
23       A    Yeah.
24       Q    -- complaint?
25       A    I do remember there were several.  There were

Page 283

1   several complaints.  No, we -- we call -- we will call
2   this guy right away and -- and try to get in touch and
3   say, oh, yeah, yeah, don't worry, that won't happen,
4   we're closing down this guy, closing down the other.
5   So, I think he even sent a letter to -- think at some
6   point we told him, no, we don't -- we don't want to be
7   part of this anymore.  So, it keeps happening so much.
8   Yeah.
9        Q    What does 6/6 billing mean?
10       THE WITNESS:  Where is it?
11       MR. CROTTY:  Well, why don't I introduce
12  Exhibit 52 then?
13       (Thereupon Plaintiff's Exhibit 52 was marked for
14  identification.)
15       THE WITNESS:  Okay.
16       MR. CROTTY:  Okay.
17       MR. GELLIS:  -- .  Do you see?
18       THE WITNESS:  I told you.  I said -- and
19  stuff, but you don't want to pay.
20  BY MR. CROTTY:
21       Q    So, does this represent an exchange between
22  SmartBiz and Family over billing?
23       A    Correct.
24       Q    Okay.  So, in this context, what would 6/6
25  billing mean?

Page 284

1        A    Oh, that's the billing increments.  It means
2   the -- in the US, usually the -- the way the -- the
3   minutes are billed, it's in six-seconds increments.  So,
4   the first -- the first seconds of the call are always
5   billed six seconds.  You don't bill a call two seconds
6   or three, it's six.  And then after that, six more.  So,
7   if they call and you talk 8 seconds, you're going to be
8   billed 12.  That's what it is.
9        Q    And so would 1/1 billing mean billing in one-
10  second increments?
11       A    Exactly.
12       Q    Okay.  But does this reflect that SmartBiz was
13  billing Family in a much -- much shorter increment?
14       A    No.  That's -- that's part of the problem.
15  That's just -- when you're getting into this business, I
16  mean, a lot of people are asking for 1/1 increments and
17  billing, and I'm not going to say that it's not
18  impossible, yeah.  But usually, that type of traffic is
19  more long, conversational, longer ACD, because the
20  difference on a short call billing 6/6 and billing 1/1
21  is huge.
22       Because, you know, four seconds, it's going to six.
23  Two seconds, that's going to six instead of just one.
24  Now, when you have calls that they last three minutes,
25  four minutes, well, it's not going to matter that much.

Page 285

1   So, that -- that can create a big difference in the
2   billing.
3        And -- and they say, oh, but I have other
4   providers, they give me 1/1, if you don't give me 1/1,
5   I'm not going to send you -- the traffic to you because
6   I'm going to be paying you 6/6?  No.  So, that -- that's
7   a lot of commercial and then -- then with the carrier's
8   billing, it's -- but that's what it means, the 6/6 and
9   the 1/1.  It can create a big difference depending on
10  the profile of the traffic.
11       Q    So, does this e-mail exchange reflect that
12  SmartBiz agreed that they would use six digits, the most
13  available --
14       A    Uh-huh.
15       Q    -- to calculate the invoices for Family?
16       A    Yeah.  They -- they wanted to pay 1/1, and we
17  say, no, we're going to lose money that way, I -- I
18  believe.  Let me -- I can read it again, the whole
19  thing, to refresh my memory.  But that's what I -- I
20  kind of remember from back then.  Different, how many
21  digits do you use to round, agreed to six-digit
22  rounding, okay, for fu -- see?
23       So, they -- they -- we had to say, okay, whenever
24  we're going to bill you 1/1, we surely lost money there,
25  but then from now on, we're going to bill you six

Jose Olivar                July 12, 2023                Pages 286..289

Page 286

1  digits, 6/6.  And then we proposed to close sharing 50
2  percent, whatever.  And then CDR (reading the exhibit)
3  our billing, yeah.  See, was one, however our digit use
4  was five.
5       So, there's two things here.  I don't know if you
6  noticed that.  One is the billing increments and the
7  other is the amount of digits used for the billing.  The
8  difference is the billing increments is what I said with
9  the call, three seconds, it goes to six, right?  And
10 then if you were 10 seconds, that's 12 seconds because
11 it's 6/6.
12      But then once you do that, it say -- and say, well,
13 it's 12 seconds, the call, I'm going to bill you 12
14 seconds, you need to use that time and multiply that by
15 the rate that you're charging.  And that rate might be
16 triple zero something, right?  So, multiply 0003 times
17 12 seconds, that's what you're going to be charging,
18 okay?
19      That charge is pa -- 0.0023164.  So, if you use
20 five digits, that's going to increase up a little bit.
21 If you use four digits, increase it a little bit more.
22 If you use six digit, then it's not going to increase
23 that much.  So, those two things makes the billing -- it
24 could make a big difference in the billing depending on
25 the -- on the traffic profile.

Page 287

1       Q   Okay.
2       A   That's what we were trying to accommodate
3  there.
4       Q   And so SmartBiz agreed to bill Family 1/1 and
5  to use the maximum number of digits when rounding to
6  calculate their invoice?
7       A   To -- to close the dispute so that we could
8  get paid.  And we said 50 percent on that.  But after
9  that, we say, no, we cannot keep selling you this way.
10 We need to bill you 6/6.
11      Q   Okay.  So, to the best of your knowledge,
12 after this point, you switched Family to a 6/6 billing
13 increment?
14      A   Yes.
15          MR. CROTTY:  Okay.  I believe this is Exhibit
16      53; is that correct?
17          THE COURT REPORTER:  Yes.
18          (Thereupon Plaintiff's Exhibit 53 was marked for
19 identification.)
20 BY MR. CROTTY:
21      Q   Handing you what's been marked as Exhibit 53.
22 Do you recognize this document?
23      A   Yes, sir.
24      Q   Okay.  What does this document reflect?
25      A   These are e-mails from -- with Eduardo,

Page 288

1  myself, and David Frankel.  By the way, let me clarify
2  something that I -- I would like to.  When I was saying
3  about David Frankel and the -- the fact that I feel
4  there's a conflict of interest, the conflict of interest
5  comes not because of the fact that he's a competitor.
6  That's fine.  We're all competitors.
7       It's because of the fact that he has access to
8  privileged information on the -- the honeypots and other
9  information, and he is selling a product that solve a
10 problem with the -- all the customers are right there.
11 And he knows because of the traceback.  He's able to put
12 in a traceback, which I cannot, and nobody else can.
13      So that's what I meant by having a conflict of --
14 of interest, not because he has competitor.  I mean,
15 we're all competitors sitting down at the same table,
16 trying to fix a problem or at least identify who is
17 causing a problem.
18      The -- the -- the -- the conflict of interest comes
19 when you are the one accessing -- the only one accessing
20 certain information and being able to offer that as a
21 possible solution.  That's what I wanted to make sure
22 that I explain.  I don't know --
23      Q   Do you believe that the RRAPTOR product that
24 David Frankel offers is related to the Industry
25 Traceback Group?

Page 289

1       A   I -- I think he again has privileged
2  information that he might use through his software and
3  provide information, like, Look, if you know all the
4  honeypots, which are they, you can just block all those
5  numbers.  You're never going to get a call to any of
6  those tracebacks.
7       And if no one else can open a traceback, well,
8  you're privileged.  Why do you have access to that?  So
9  if you want to sell a product, then you should not have
10 access to all of that.  That -- that's all I'm saying.
11 Okay.
12      Q   Do you know when David Frankel stopped working
13 with the Industry Traceback Group?
14      A   I've got to check because of the e-mails that
15 I have with Whisl directly with him.  That was already -
16 - he was already out of the traceback.
17      Q   Just as a ballpark, was he still working with
18 the Industry Traceback Group in 2021, to the best of
19 your knowledge?
20      A   Well, he's -- he's -- he's always been linked
21 to them some -- somehow.  Even -- even now that he's
22 officially not there, he's -- he's linked to them.  And
23 on the call, he's always saying, Oh, we found, you know,
24 this guy is sending all this amount of traffic or We
25 have found this and that.  He's -- he's working closely

Jose Olivar                    July 12, 2023                    Pages 290..293

Page 290

1  with the guys that manage the -- the honeypots, so --
2    Q    Okay.  So, getting back to Exhibit 53 --
3    A    Uh-huh.
4    Q    -- does the second to last and last page of --
5    A    Second to last.
6    Q    -- this exhibit --
7    A    Yeah, I -- I sent this e-mail.
8    Q    So, David Frankel contacted you on --
9    A    Uh-huh.
10   Q    -- November 3rd, 2020 --
11   A    That's right.
12   Q    -- and was asking questions about Traceback
13  3491.
14   A    Uh-huh.
15   Q    He states, It's just advanced to Whisl and
16  SmartBiz.
17   A    Uh-huh.
18   Q    This is for a call placed this morning that's
19  part of a campaign labeled Test Call, Stay Safe, Stay
20  Home.
21   A    Uh-huh.
22   Q    Is that correct?
23   A    That's correct.
24   Q    Okay.  Are you aware that November 3rd, 2020,
25  was Election Day in the United States, the presidential

Page 291

1  election?
2    A    Really?  I -- I even voted, so -- but I didn't
3  remember it was that day.  But yeah, good thing in this
4  country we can vote for many -- many days, not only one
5  day.  So, yeah.
6    Q    So, did SmartBiz receive a -- a traceback for
7  a call that it got from Family Communications [sic] with
8  a message saying, Stay home, stay safe on Election Day?
9    A    Say -- say that again.  I'm sorry.
10   Q    Did SmartBiz receive a traceback for a call
11  that it received from Family Communications --
12   A    On that day?  Yeah.
13   Q    Delivering a message saying, Stay home, stay
14  safe, on Election Day?
15   A    If it's right here.  It says 3499.  I guess
16  yeah.  3491, Family Communications.  Yes.  I see three
17  tracebacks the same day and the same thing.
18   Q    This test call, Stay safe --
19   A    Yeah.  Yeah.
20   Q    -- stay home?
21   A    I see it.  Yeah.  I -- four, actually.  One,
22  two, three, four.  But one is showing on November 2nd.
23  But it could have been at the end of the day.  So, it's
24  pretty much the same campaign, same guy sending the
25  traffic.  Yeah.

Page 292

1    Q    Okay.
2    A    And we responded to -- to him.  I actually --
3  I was the one sending this picture, and I was trying to
4  explain to him why SmartBiz was in Whisl platform, and
5  he -- he wanted to make me look like, oh, like I had a
6  conflict of interest because I was at Whisl and at
7  SmartBiz.  And I said, Look, there's no -- no conflict
8  here.  I -- because of all the USA traffic from SmartBiz
9  manages goes through Whisl, so --
10   Q    So, you were aware that Family Communications
11  was sending this call on Election Day?
12   A    Yeah, I --
13   Q    And this was --
14   A    Like I said, un -- until now that you -- you
15  mentioned that this was Election Day, to me, it's like,
16  Oh, this was Election Day.  But back then, I didn't even
17  realize.  I don't e -- even was mentioned from David
18  that, Oh, this is -- this is being done in -- in
19  Election Day.  I would have remembered.  I don't think
20  he mentioned any of that here.
21   Q    So, SmartBiz did not block Families
22  Communication [sic] on --
23   A    On that day?  No.
24   Q    Okay.
25   A    We blocked them later.

Page 293

1    Q    So, just to be clear, SmartBiz was taking
2  traffic from Family?
3    A    From Family.  Yes.
4    Q    You were aware that it was saying, Stay safe,
5  stay home, that it was November 3rd, 2020, and you did
6  not block Family Communications?  You allowed those
7  calls to continue?
8    A    Yeah, we didn't block them on that day, you
9  know.  He was asking for all the contact information,
10  and we gave it to him.  And it's in the e-mail.  We gave
11  him all the information that -- everything that we had,
12  and he -- I remember we talked to him.  He didn't even
13  mention any of that, like saying, Hey, today is Election
14  Day, Can you block this traffic or -- not at that day.
15   After -- after this, I remember he was kind of
16  asking for that, and we ended up blocking them,
17  suspending them.  But no.
18   So, you see -- see by the e-mails he was more
19  interested in knowing who they were, where they were,
20  who was running the campaigns, and not the fact saying,
21  Hey, today is Election Day.  This might -- means -- this
22  might have an impact on election.  Why don't you block
23  this traffic?  You -- you don't see any of that.
24   It was more, Tell me who they are.  Tell me -- and
25  we gave them all.  I'm pretty sure it was to say, Did

Jose Olivar                    July 12, 2023                    Pages 298..301

Page 298

1  even miss -- even met Chris -- and then Carlos Takduc,
2  so --
3      Block of Spoofed ANIs.  Friday, September 6th.  To
4  whom it may concern, to all telecom voice Whisl valued
5  customers.  September 15th, -- will be implementing a
6  block of spoofed ANIs especially targeting wireless
7  numbers.
8      We're more than happy to share the data to
9  implement this block on your end so that we can all stop
10 spoofing.  -- originating from spoofed wireless ANIs
11 will be automatically --
12     Well, this is the first time I ever see this, and I
13 -- I don't know how he did that or implemented that.  I
14 mean, I came, like -- I -- I started working for telecom
15 at Whisl at the end of 2019.  I think it was October.
16 So, it was my first month, so --
17     Q     Does Whisl block all traffic from spoofed
18 wireless ANIs at this moment?
19     A     Well, if we get the number that's being
20 spoofed, yes, we can do it.  I know that SIGNET has a
21 feature that I could block any call going to a wireless
22 number or I can block any call coming from a wireless
23 number a -- as well.
24     And we have the -- the CDR, it's called, the
25 blocking thing.  You can -- you can put in a number and

Page 299

1  block for everybody or block for certain customers or
2  block for the -- a carrier.
3      So, I guess this was part of the SIGNET feature
4  that they were implementing.  And -- and then you could
5  add that feature.  And like I said, remember, the -- the
6  whole SIGNET environment, they can share if they found -
7  - they find a spoofed ANI and say, Hey, this ANI is
8  being spoofed.  Block it.
9      But -- but think about this, Patrick.  So, it's --
10 it's hard when you block a number if you -- if you have
11 -- obviously, if it's illegal traffic or whatever,
12 great.  But if it's regular traffic and you're blocking
13 that number, you might be blocking your mom calling you.
14 You might be blocking someone, because that's the same
15 number.
16     Do you -- it's not like now with the token, if you
17 consign.  It's different.  Back then, you just block the
18 number.  So, it doesn't matter.  If someone put that
19 number of that number it -- it's actually calling, it's
20 going to get blocked.
21     Q     So, is --
22     A     How do you know?
23     Q     This e-mail, it seems like Mr. Luna is
24 representing that he would know what's a spoofed ANI.
25 Do you know how he could accomplish that?

Page 300

1      A     I have no idea.  September.  Implementing a
2  block from spoofed ANIs.  Specifically targeting
3  wireless.
4      MR. GELLIS:  What exhibit, again?
5      MR. GELLIS:  If someone -- I mean, they --
6  they --
7      MR. CROTTY:  That was 54.
8      MR. GELLIS:  -- he needed to know -- or
9  someone passed along information of certain spoof
10 ANIs and he would get them blocked or something.
11 But the --
12 BY MR. CROTTY:
13     Q     So let's introduce --
14     A     -- the --
15     Q     -- exhibit -- I'm sorry, did I cut you off?
16     A     No, no, no.  I'm just -- I'm trying to figure
17 out what --
18     Q     I just got like one or two minutes here or so
19 --
20     MR. GELLIS:  Hey, Patrick, I told you -- to
21 give you a little leeway time.
22     MR. CROTTY:  I appreciate it.
23     MR. GELLIS:  I'm not trying to be a pain in
24 the butt here.  It's okay.
25     MR. CROTTY:  I'm a minute over, but I --

Page 301

1      MR. GELLIS:  Add something..
2      MR. CROTTY:  -- think this is the last one.
3      MR. GELLIS:  It's just so you won't try to go
4  to like seven.
5      MR. CROTTY:  Yeah.  I have handed you wha --
6  what's been marked as Exhibit 55.
7      (Thereupon Plaintiff's Exhibit 55 was marked for
8  identification.)
9  BY MR. CROTTY:
10     Q     Do you recognize this document?
11     A     February 2021.  From me at Whisl to
12 SmartBiz.  Okay.  Yes.  I better remember.  I wrote it.
13 Dear Katherine, SmartBiz team.  At Whisl we offer very
14 high -- route specially for USA where we are not only
15 licensed but also considered a C --
16     Your claim about rejecting come with all samples
17 from the same ANI, which I invite you to call that
18 number and realize that it is an invalid number.  Oh.
19 Complete junk tra -- I was telling SmartBiz, don't sell
20 me junk -- don't send me junk traffic.
21     Which is the profile you sent as samples since
22 using/spoofing someone else's ANI.  On top of that, the
23 DIN -- are number which cost is higher -- okay.  So,
24 pretty much they opened -- they -- they opened a trouble
25 ticket -- SmartBiz opened a trouble ticket without, you

Jose Olivar                July 12, 2023                Pages 302..305

Page 302

1  know, doing a deep through research on what's going on
2  because they were -- they didn't have all that
3  knowledge.
4      So, I came from Whisl kicking them like, you don't
5  know what you're doing.  Didn't realize this.  Make a
6  phone call and con -- confirm -- get the NOC to work on
7  this and realize why you're not.  Pretty much what she
8  was doing is a customer opened a trouble ticket and they
9  were trying to send that -- those to SmartBiz.  And I
10  was rejecting it, and they wanted an answer.  So, I came
11  back with that answer.
12  BY MR. CROTTY:
13      Q    Did you require SmartBiz to do any more
14  investigation of --
15      A    Knowing her, after me answering something like
16  this, they wo -- they would tell a customer something
17  like this exactly the same.  She would copy this and
18  send it to the customer and -- and block that.  Typical
19  me.
20          MR. CROTTY:  Okay.  Sorry.  Just one more.
21          MR. GELLIS:  Okay.
22  BY MR. CROTTY:
23      Q    This is 56.
24          MR. GELLIS:  Oh, this is 56.
25          MR. CROTTY:  Yeah.

Page 303

1          MR. GELLIS:  That -- that is -- this was
2  pretty much about the reviews, you know, for me, a
3  way to show them how SmartBiz should be answering
4  to their customers as well.  Get deep through,
5  investigate, and answer them the same way.
6  BY MR. CROTTY:
7      Q    Did you require SmartBiz to do anything about
8  the -- the traffic at that time that they were receiving
9  from that customer?
10      A    Pretty much they -- so they closed the ticket
11  because they -- they pretty much answered a cal --
12  something like that, the same, and they stopped the
13  traffic.  So, no more -- no more complaints there.
14          MR. CROTTY:  Okay.  Handing you what I believe
15  is the final exhibit marked as Exhibit 56.
16          THE WITNESS:  Phonetime.
17          (Thereupon Plaintiff's Exhibit 56 was marked for
18  identification.)
19  BY MR. CROTTY:
20      Q    Do you recognize this document?
21      A    Yes.  Luciano was Matchcom.  Why this Luciano
22  here on the -- with Phonetime.
23      Q    Phonetime, Matchcom, and Tellza are the same
24  company.
25      A    Yeah, well --

Page 304

1      Q    Nexidia.
2      A    Nexidia bought -- but -- but Luciano was only
3  at Matchcom.  I mean, he wasn't -- he didn't have any
4  interest in -- in Phonetime.  Even though they had the
5  same owner, I mean, Phonetime and Matchcom were -- were
6  separate.
7      Q    Was -- this is dated January 26th, 2022.  The
8  first e-mail anyway; is that --
9      A    Yeah.
10      Q    -- correct?
11      A    That's correct.
12      Q    Do you know whether in January 26, 2022,
13  Phonetime, Matchcom, and Tellza were all under the same
14  ownership?  Was it Mike Vasquez?
15      A    Mi -- that was Tellza, right?  I mean, they
16  were powered by Tellza.  So, Tellza was the owner of
17  both companies -- majority owner.  And I think by --
18  Luciano -- Luciano, I think, he had only like 10 percent
19  of Matchcom, and the rest was Tellza.
20      Phonetime, I don't know how it was.  But I know
21  that Luciano had no percentage at all at Phonetime.
22  That's what I -- I understand.  I might be wrong, but
23  that's what I -- I know.
24      Q    Do you recognize Davon Person?
25      A    Yeah.

Page 305

1      Q    D-A-V-O-N --
2      A    They were -- yeah.
3      Q    P-E-R-S-O-N.
4      A    Yeah.
5      Q    Does he run Phonetime's and Tellza's network
6  operations center?
7      A    No.  He was the one in charge for USA traffic
8  at Phonetime.
9      Q    Okay.
10      A    Yeah.  I talked to him a couple of times.
11  Yeah.
12      Q    And he works for Tellza in the ne -- network
13  operation center as well; is that correct.
14      A    For Phonetime.  I don't think he had a deal
15  with Matchcom, honestly.
16      Q    Okay.
17      A    Yeah.  I don't know how they -- they make it
18  work internally between Matchcom and Phonetime, or they
19  used to, but this guy was full Phonetime.
20          THE COURT REPORTER:  Counsel, excuse me.  For
21  the -- for the record, when you did the spelling,
22  it was like saying uh-huh, uh-huh like that into --
23  can you please spell that name one more time --
24          MR. CROTTY:  sure.
25          THE COURT REPORTER:  -- for the record?

Laws Reporting, Inc.    305.358.2700
schedule@lawsreporting.com   www.lawsreporting.com

Jose Olivar                July 12, 2023              Pages 306..309

Page 306

1    MR. CROTTY: Davon Person. D-A-V-O-N P-E-R-S-
2    O-N.
3         THE COURT REPORTER: Thank you.
4  BY MR. CROTTY:
5    Q    In this e-mail chain, ceo@smartbiztel.com; is
6  that you?
7    A    That's me.
8    Q    Okay. I'm sorry, the formatting got off at
9  the end, but does the first e-mail in this chain start
10 on December 10th, 2021, with communication from Luciano
11 --
12   A    Uh-huh. To me.
13   Q    -- to you --
14   A    Uh-huh.
15   Q    -- about interconnecting?
16   A    Uh-huh.
17        THE COURT REPORTER: Excuse me.
18        MR. GELLIS: That's right.
19        THE COURT REPORTER: I'm sorry. Can you
20   please repeat that again? Is that --
21        MR. GELLIS: I'm sorry.
22        THE COURT REPORTER: Yeah.  we need to --
23        MR. GELLIS: My bad.
24        THE COURT REPORTER: Actually. I'm sorry, I
25   need to hear you so -- so I can capture you a lot.

Page 307

1         MR. GELLIS: Okay.
2         THE COURT REPORTER: Sorry. One more time.
3         MR. GELLIS: No problem.
4  BY MR. CROTTY:
5    Q    Does this e-mail chain start with an e-mail on
6  December 10th, 2021, from Luciano to you about
7  interconnecting with SmartBiz?
8    A    That's correct.
9    Q    Okay. And eventually, did you try and
10 interconnect with SmartBiz -- with the Phonetime? Did
11 Luciano's business and SmartBiz try to interconnect?
12   A    Yeah, we did. We got interconnected.
13   Q    Okay.
14   A    Yes. As you see, he -- he's at Matchcom and
15 he's the one bringing up the one for -- because he's the
16 routing manager for the US. He is the one that manage
17 the -- the whole US destination. That one or Davon.
18   Q    And so, on January 14th, 2022 --
19   A    Uh-huh.
20   Q    -- you say, Dear Luciano, apologies for the
21 delay on getting back to you after our meeting in Miami.
22 For some reason, this e-mail got left behind pending
23 from last year. Anyway, here's all the info, hoping we
24 can make good business start for 2022. Best to you and
25 yours.

Page 308

1    We have around nine million minutes daily for USA,
2  which is about 60 percent call center traffic, 20
3  percent conversational, and 20 percent TF. Attached is
4  my full LCR_NPA for traffic. While for TF we are
5  getting compensated between negative 0.0018 to negative
6  0.002. Please let me know what you would like for us to
7  work together on domestic traffic based on these. We
8  can either sell or buy from you. Did I read that back
9  correctly?
10   A    Perfect.
11   Q    Okay. Were those stats accurate for
12 SmartBiz's traffic?
13   A    Yeah, that's why I gave them.
14   Q    Okay. And then Luciano responded and
15 forwarded your e-mail to Davon; is that correct?
16   A    That's correct.
17   Q    And Davon then responded and said, Because a
18 percentage of their traffic is call center, CC, I would
19 like to know what has been done to vet this traffic. Is
20 it US-based origination? Are they receiving the traffic
21 from international partners? Et cetera. As you all may
22 know, the FCC and various government-supported agencies
23 have been working to crack down on fraudulent and
24 illegal robocalls. We need to make sure that by
25 offering our US routes, we are assured against this ki -

Page 309

1  - kind of traffic.
2    A    Yeah.
3    Q    And then you responded to Davon. Davon, we
4  don't vet call center traffic. We are against
5  robocalling and any fraud attempts on calls. We are
6  part of Somos.  which would be the Somos Group.
7    A    Yes.
8    Q    And belong to US Traceback Group, as well as
9  the robocall mitigation list. We follow all procedures
10 established by FCC and all these groups in order to
11 minimize those incidents. We've also implemented
12 STIR/SHAKEN, and our platform, SipNav for USA traffic,
13 has several features as black list, NPAXX, org/term
14 match blockage, wireless DST blocking, among others. If
15 you have any questions, please ask and I'll be glad to
16 answer them all. Best regards. I'm looking forward to
17 doing good business with domestic traffic. Did I read
18 that back correctly?
19   A    Yeah, perfect.
20   Q    Okay. And then, to paraphrase, Davon responds
21 and offers you a 0.0020 product. So, that's the rate,
22 correct?
23   A    Correct.
24   Q    And asks you for the average call duration of
25 your traffic, along with the percentage of calls under

Jose Olivar                    July 12, 2023                    Pages 310..313

Page 310

1  30 seconds and six seconds.  Is that him wanting to know
2  what type of traffic profile to expect?
3      A    That's correct.
4      Q    Okay.  And then you respond, Okay.  I have
5  different profiles, but my overall call center traffic
6  has about 20 seconds average call duration and a short
7  duration percentage of less than 10 percent.
8      A    Uh-huh.
9      Q    Okay.
10     A    That's right.
11     Q    And then moving forward -- well, before we go
12 forward, who is Cesar Luna?
13     A    Where?
14     Q    It's on the page one, two, three, fourth page
15 of this document.  There's an e-mail from Cesar Luna.
16     A    Cesar --
17     Q    Cesar --
18     A    -- @matchcoms
19     Q    -- @matchcoms.com.
20     A    I don't know him.  Someone --
21     Q    Employees -- employee at --
22     A    Matchcom.
23     Q    -- Matchcom you don't know?
24     A    No.
25     Q    Okay.

Page 311

1      A    Cesar Camilo Luna Lugo in Bogota.  Yeah, I
2  don't know her.
3      Q    Okay.  And then by Tuesday, January 25th, you
4  had interconnected and sent some traffic to --
5      A    Uh-huh.
6      Q    -- Matchcom; is that correct?
7      A    That's correct.
8      Q    And then Luciano e-mails you on January 25th
9  and says, Jr, at this point with the traffic we got, we
10 can't receive this traffic.  One, this is not mixed
11 traffic.  This is 99 percent dialer traffic.  Two, it's
12 14-second average call duration.  Three, 99 percent of
13 the calls are under 30 seconds.  As you know, we are
14 leaving in a -- I believe in a -- living in a rough
15 environment with Team Telecom/FCC/Robocalls, et cetera,
16 et cetera, We can receive your traffic if at least more
17 than 50 percent of your traffic has more than 30-second
18 average call duration and get the real mix of traffic.
19 But at this point, we need to block the route.  Or
20 please move the traffic until you can send us traffic
21 from another client or comply with the ASR/ACD we
22 suggest.
23     A    Uh-huh.
24     Q    Did I read that back correctly?
25     A    Perfect.

Page 312

1      Q    Okay.  So, does this reflect that SmartBiz
2  sent traffic to Matchcom, Matchcom said this doesn't
3  meet our --
4      A    Threshold.
5      Q    -- traffic profile --
6      A    Uh-huh.
7      Q    -- and they blocked SmartBiz?
8      A    Yeah.  He said either they block it or we move
9  it.  They didn't block it right away for us.
10     Q    Okay.
11     A    Yeah.
12     Q    And then that day above you respond and you
13 say --
14     A    No.  He -- he -- he wrote to me in Spanish.
15     Q    Okay.
16     A    He said, Jr, (in Spanish).  We are blocking
17 the traffic now.  We don't want to diminish the quality
18 of your traffic.  So, if we can -- no, if you can
19 include a different customer or pattern of traffic, we
20 can reopen and see how it goes.  In the meantime, I
21 remain attentive to your comments.
22     Q    Okay.
23     A    That's what he said.  And I -- I just said --
24 I answered him in Spanish -- I mean, in English.
25 Thanks, Lucho.  So, as we agreed via text, let's retest

Page 313

1  tomorrow with a new mix.  So, I sent him traffic from
2  different customers to see if that was a better mix for
3  him.
4      Q    Okay.  So, when you say with a new mix, how
5  would you create the mix that you would send him?
6      A    Pretty much check on the -- the different --
7  remember, this is all -- they're all -- everyone is
8  sending traffic.  So, I could see each trunk, each
9  customer, what's the ACD, what's the short duration, the
10 A Log.  So, I kind of found other customers that they
11 were sending traffic with a different average call
12 duration and we put them -- route them first to see if
13 that will work for him.
14     Q    Okay.
15     A    So --
16     Q    So you would control which customer's traffic
17 would reach --
18     A    -- route to him.
19     Q    -- Matchcom --
20     A    Uh-huh.
21     Q    -- so that it would conform --
22     A    Yeah.
23     Q    -- to their traffic profile?
24     A    Exactly.
25     Q    Do you do this for other customers or was this

Page 314

1  so you would have a relationship with Matchcom?
2      A   No.  I mean, I did it -- again, remember it's
3  -- it's a relationship with the carriers, what the
4  carriers are asking you to do.  That Traffic was already
5  in the network, and there wasn't complaining from the
6  other guys getting the traffic.  So, say, you want to do
7  business with me?  I have the traffic.  Do you want it?
8  Well, here it is.
9      And he said, okay, no, I -- I saw it.  I don't want
10  that mix.  Maybe something different.  Okay.  Let me
11  send you these other customers.  So, and you saw how
12  many customers we had shut down and other new ones.  So,
13  there were many.  So, I would look at the stats to make
14  sure that we were in the threshold that he was asking
15  and we'd -- we'd send a different mix.
16      Q   Okay.
17      A   Just putting them in routes.  So, there.  Can
18  we open again so that we can put traffic again?  And
19  then he -- they reopen, and then we were trying.  And we
20  put in them.  And then he said, I already did put it
21  back but not seeing much completing, okay?  And he said
22  I'm making adjustment to complete.  See.  Then after I
23  put the traffic in, they did adjustments on their -- on
24  their part to complete more traffic.  They were seeing
25  my attempts.  And then said, I noticed that all your

Page 315

1  calls are ten-digit.  Without the one, we're going to
2  treat all ten digits as National USA.  And I asked him,
3  Okay, how do you see it?  He said, I can add the -- the
4  one digit for him.  That's technical.  If you wanted --
5      Q   Okay.
6      A   -- something not so -- that would be
7  preferred.  So, he told me, yes, just put the -- the
8  number one for the carrier to get the traffic.  And I
9  don't know.  We -- they were getting the traffic like
10  for two or three months or something.  And then at some
11  point, we -- there was the -- it was 2022.  So, we have
12  the nicely letter from the Attorney General or something
13  and they said, oh, we don't want to do business with you
14  anymore.  So --
15      Q   So --
16      A   -- they had connected us.
17      Q   -- SmartBiz and Phonetime are no longer
18  interconnected?
19      A   Not for the US route, no.
20      MR. CROTTY:  Okay.  Okay.  Do you have any
21  cross?
22      MR. GELLIS:  No.
23      MR. CROTTY:  Would you like to explain read or
24  waive?
25      MR. GELLIS:  Yeah.  Do you want to read it or

Page 316

1      -- I mean, you have a chance to read it to make
2      sure everything was transcribed properly by the
3      Court Reporter, or you can waive because they're
4      usually pretty good at their job.  And --
5      THE WITNESS:  I think he's pretty good at his
6      job.  I mean, he was on top of many misspelled
7      things.  So, I don't --
8      MR. GELLIS:  We'll waive.  Yeah.
9      THE WITNESS:  Yeah.
10      MR. CROTTY:  Okay.  Then I'm done and the
11      deposition is concluded.
12      MR. GELLIS:  Off the record.
13      MR. CROTTY:  Off The Record.
14      MR. GELLIS:  Thank you very much.
15      THE COURT REPORTER:  One moment, please.
16      MR. GELLIS:  Yes, sir.
17      MR. CROTTY:  And I believe we've already
18      ordered.  I have marked Exhibit 57 and I am adding
19      it to the Exhibits for this case.
20      (Thereupon Plaintiff's Exhibit 57 was marked for
21  identification.)
22      MR. CROTTY:  And that concludes this
23      deposition.
24      (Thereupon, the deposition was concluded at 5:19
25  p.m. with reading and signing having not been waived.)

Page 317

1              CERTIFICATE OF OATH
2
3  THE STATE OF FLORIDA
4  COUNTY OF MIAMI-DADE:
5
6      I, the undersigned authority, hereby certify that
7  Jose Olivar appeared before me via Zoom on July 12,
8  2023; and was duly sworn.
9      WITNESS my hand and official seal on this August 4,
10  2023.
11              *Kenneth Velasquez*
12
13              Kenneth Velasquez,
14              Notary Public-State of Florida
15              My commission # HH 146944
16              Expires June 28, 2025
17
18
19
20
21
22
23
24
25

Jose Olivar                    July 12, 2023                    Page 318

Page 318

```
 1                REPORTER'S CERTIFICATE
 2
 3  THE STATE OF FLORIDA
 4  COUNTY OF MIAMI-DADE:
 5
 6       I, Kenneth Velasquez, Court Reporter and Notary
 7  Public, certify that I was authorized to and did report
 8  the deposition of Jose Olivar; the transcript is a true
 9  and complete record of my notes.
10       I further certify that I am not a relative,
11  employee, attorney, or counsel of any of the parties,
12  nor am I a relative or employee of any of the parties'
13  attorney or counsel with the action, nor am I
14  financially in the action.
15       DATED on this July 12, 2023.
16
17
18                Kenneth Velasquez,
19                Notary Public-State of Florida
20                My commission # HH 146944
21                Expires June 28, 2025
22
23
24
25
```

