From: traceback-notice@tracebacks.org

To: jrolivarm@gmail.com, noc@smartbiztel.com

Date: 26 Jun 20 17:44 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

By way of introduction, my name is Patrick Halley, and I coordinate the efforts of USTelecom's Industry Traceback Group (ITG). We are writing to request your assistance on industry efforts to protect consumers from fraudulent, abusive or potentially unlawful robocalls. My contact information is listed below, and I would be more than happy to discuss this request with you over the phone.

A member of USTelecom's ITG recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin (call details with dates are listed below). We request that you assist industry stakeholders who are engaging in traceback efforts in order to help identify the source of this potentially fraudulent, abusive or unlawful network traffic. To assist us in our efforts, **we are asking that you respond to this traceback inquiry as soon as possible, but no later than three business days from now.**

USTelecom, a 501(c)(6) trade association, represents service providers and suppliers for the telecommunications industry and leads the ITG, a collaborative effort of companies from across the wireline, wireless, VoIP and cable industries that actively trace and identify the source of illegal robocalls. The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information of about the ITG or a list of the current members, see USTelecom's [website](website).

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." In addition, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

The Federal Communications Commission's (FCC) Enforcement Bureau has sent letters to carriers that have been non-responsive to ITG traceback requests. The letters "urge" carriers to "to cooperate with the USTelecom Industry Traceback Group's program aimed at identifying the source of illegal robocalls and harmful spoofed calls." The ITG has received recognition at all levels of government, including the FCC, the Federal Trade Commission (FTC) and all 50 State Attorneys General.

We are asking that you submit your response to this inquiry via our secure on-line portal, where you can see additional detail about all traceback requests involving your network. With respect to the call details below, please provide us with the following:

1. Please investigate the source of this traffic and respond with the identity of the upstream carrier(s) that sent the traffic into your network, or if one of your end users originated the traffic, please identify that end user. **We ask that you use the link below to access the portal and use the drop-down selector to provide this information.**

2. If, in investigating this traffic, the end user(s) originating the traffic are able to demonstrate to you that the traffic complies with applicable United States laws and regulations, please respond via email to me with the description of the traffic, the identity of the customer, and the customer's explanation.

3. As you investigate this matter, please take appropriate action on your network to ensure compliance with applicable United States laws and regulations, and inform me of the action you have taken.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream carriers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call 202-756-6999 or contact me via reply email should you have any questions, or would like to discuss.

Best Regards,

Patrick Halley
Senior Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**https://traceback.ustelecom.org/Form/Login/r;REDACTED?t=rqfexUkqd**
**(URL is a private login; do not share.)**

**Call Details for Incident #2640** (new)

| | |
|---|---|
| Date/Time: | 2020-06-26 15:34:00 UTC |
| To: | +14072223658 |
| From: | +14072613544 |
| Campaign: | Utility-30MinDisconnect |
| | Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not identified. Assorted toll-free numbers used as caller-ID. |

From: traceback-notice@tracebacks.org

To: jrolivarm@gmail.com, noc@smartbiztel.com

Date: 30 Jun 20 07:38 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

This is a reminder regarding a recent request we sent for call detail information from the USTelecom Industry Traceback Group regarding a suspected illegal robocall.

Please use the link below to access the Traceback Secure Web Portal and fill in the requested information regarding the source of the call(s).

We would appreciate a response as quickly as possible; ideally in 4 hours or less and no longer than one business day.

For help or questions, email traceback-notice@ustelecom.org or call 202-756-6999.

**Submit your response via our secure on-line portal:**
**https://traceback.ustelecom.org/Form/Login/r;REDACTED?t=rBDBBqmn3z**
**(URL is a private login; do not share.)**

**Call Details for Incident #2640** (3d13h ago)

| | |
|---|---|
| Date/Time: | 2020-06-26 15:34:00 UTC |
| To: | +14072223658 |
| From: | +14072613544 |
| Campaign: | Utility-30MinDisconnect |
| | Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not identified. Assorted toll-free numbers used as caller-ID. |

From: traceback-notice@tracebacks.org

To: jrolivarm@gmail.com, noc@smartbiztel.com

Date: 30 Jun 20 19:42 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

By way of introduction, my name is Patrick Halley, and I coordinate the efforts of USTelecom's Industry Traceback Group (ITG). We are writing to request your assistance on industry efforts to protect consumers from fraudulent, abusive or potentially unlawful robocalls. My contact information is listed below, and I would be more than happy to discuss this request with you over the phone.

A member of USTelecom's ITG recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin (call details with dates are listed below). We request that you assist industry stakeholders who are engaging in traceback efforts in order to help identify the source of this potentially fraudulent, abusive or unlawful network traffic. To assist us in our efforts, **we are asking that you respond to this traceback inquiry as soon as possible, but no later than three business days from now.**

USTelecom, a 501(c)(6) trade association, represents service providers and suppliers for the telecommunications industry and leads the ITG, a collaborative effort of companies from across the wireline, wireless, VoIP and cable industries that actively trace and identify the source of illegal robocalls. The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information of about the ITG or a list of the current members, see USTelecom's website.

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." In addition, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

The Federal Communications Commission's (FCC) Enforcement Bureau has sent letters to carriers that have been non-responsive to ITG traceback requests. The letters "urge" carriers to "to cooperate with the USTelecom Industry Traceback Group's program aimed at identifying the source of illegal robocalls and harmful spoofed calls." The ITG has received recognition at all levels of government, including the FCC, the Federal Trade Commission (FTC) and all 50 State Attorneys General.

We are asking that you submit your response to this inquiry via our secure on-line portal, where you can see additional detail about all traceback requests involving your network. With respect to the call details below, please provide us with the following:

1. Please investigate the source of this traffic and respond with the identity of the upstream carrier(s) that sent the traffic into your network, or if one of your end users originated the traffic, please identify that end user. **We ask that you use the link below to access the portal and use the drop-down selector to provide this information.**

2. If, in investigating this traffic, the end user(s) originating the traffic are able to demonstrate to you that the traffic complies with applicable United States laws and regulations, please respond via email to me with the description of the traffic, the identity of the customer, and the customer's explanation.

3. As you investigate this matter, please take appropriate action on your network to ensure compliance with applicable United States laws and regulations, and inform me of the action you have taken.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream carriers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call 202-756-6999 or contact me via reply email should you have any questions, or would like to discuss.

Best Regards,

Patrick Halley
Senior Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

Submit your response via our secure on-line portal:
**https://traceback.ustelecom.org/Form/Login/r;REDACTED?t=tnhYXDv**
(URL is a private login; do not share.)

## Call Details for Incident #2659 (new)

| | |
|---|---|
| Date/Time: | 2020-06-30 16:41:00 UTC |
| To: | +14053030584 |
| From: | +12109421156 |
| Campaign: | SSA-P1-BenefitsCanceled (GImpS) |
| | Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic. |

From: traceback-notice@tracebacks.org

To: jrolivarm@gmail.com, noc@smartbiztel.com

Date: 30 Jun 20 20:07 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

By way of introduction, my name is Patrick Halley, and I coordinate the efforts of USTelecom's Industry Traceback Group (ITG). We are writing to request your assistance on industry efforts to protect consumers from fraudulent, abusive or potentially unlawful robocalls. My contact information is listed below, and I would be more than happy to discuss this request with you over the phone.

A member of USTelecom's ITG recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin (call details with date(s) are listed below). We request that you assist industry stakeholders who are engaging in traceback efforts in order to help identify the source of this potentially fraudulent, abusive or unlawful network traffic. To assist us in our efforts, **we are asking that you respond to this traceback inquiry as soon as possible, but no later than three business days from now.**

USTelecom, a 501(c)(6) trade association, represents service providers and suppliers for the telecommunications industry and leads the ITG, a collaborative effort of companies from across the wireline, wireless, VoIP and cable industries that actively trace and identify the source of illegal robocalls. The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information of about the ITG or a list of the current members, see USTelecom's website.

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." In addition, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

The Federal Communications Commission's (FCC) Enforcement Bureau has sent letters to carriers that have been non-responsive to ITG traceback requests. The letters "urge" carriers to "to cooperate with the USTelecom Industry Traceback Group's program aimed at identifying the source of illegal robocalls and harmful spoofed calls." The ITG has received recognition at all levels of government, including the FCC, the Federal Trade Commission (FTC) and all 50 State Attorneys General.

We are asking that you submit your response to this inquiry via our secure on-line portal, where you can see additional detail about all traceback requests involving your network. With respect to the call details below, please provide us with the following:

1. Please investigate the source of this traffic and respond with the identity of the upstream carrier(s) that sent the traffic into your network, or if one of your end users originated the traffic, please identify that end user. **We ask that you use the link below to access the portal and use the drop-down selector to provide this information.**

2. If, in investigating this traffic, the end user(s) originating the traffic are able to demonstrate to you that the traffic complies with applicable United States laws and regulations, please respond via email to me with the description of the traffic, the identity of the customer, and the customer's explanation.

3. As you investigate this matter, please take appropriate action on your network to ensure compliance with applicable United States laws and regulations, and inform me of the action you have taken.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream carriers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call 202-756-6999 or contact me via reply email should you have any questions, or would like to discuss.

Best Regards,

Patrick Halley
Senior Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**https://traceback.ustelecom.org/Form/Login/r;REDACTED?t=WV7MYO4Jf**
**(URL is a private login; do not share.)**

## Call Details for Incident #2644 (new)

| | |
|---|---|
| Date/Time: | 2020-06-26 14:32:00 UTC |
| To: | +15016818212 |
| From: | +15016815568 |
| Campaign: | USTreas-EnforcementAction-GImp |
| | FRAUD. Claims to be from US Treasury regarding an enforcement action. Impersonates a government official. Recorded/automated voice to wireless numbers generally prohibited. Random spoofing of Caller-ID. Blocking the ANI is not effective. |

## Call Details for Incident #2659 (25m ago)

| | |
|---|---|
| Date/Time: | 2020-06-30 16:41:00 UTC |
| To: | +14053030584 |
| From: | +12109421156 |
| Campaign: | SSA-P1-BenefitsCanceled (GImpS) |
| | Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic. |

From: traceback-notice@tracebacks.org

To: jrolivarm@gmail.com, noc@smartbiztel.com

Date: 08 Jul 20 20:01 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

By way of introduction, my name is Patrick Halley, and I coordinate the efforts of USTelecom's Industry Traceback Group (ITG). We are writing to request your assistance on industry efforts to protect consumers from fraudulent, abusive or potentially unlawful robocalls. My contact information is listed below, and I would be more than happy to discuss this request with you over the phone.

A member of USTelecom's ITG recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin (call details with dates are listed below). We request that you assist industry stakeholders who are engaging in traceback efforts in order to help identify the source of this potentially fraudulent, abusive or unlawful network traffic. To assist us in our efforts, **we are asking that you respond to this traceback inquiry as soon as possible, but no later than three business days from now.**

USTelecom, a 501(c)(6) trade association, represents service providers and suppliers for the telecommunications industry and leads the ITG, a collaborative effort of companies from across the wireline, wireless, VoIP and cable industries that actively trace and identify the source of illegal robocalls. The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information of about the ITG or a list of the current members, see USTelecom's website.

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." In addition, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

The Federal Communications Commission's (FCC) Enforcement Bureau has sent letters to carriers that have been non-responsive to ITG traceback requests. The letters "urge" carriers to "to cooperate with the USTelecom Industry Traceback Group's program aimed at identifying the source of illegal robocalls and harmful spoofed calls." The ITG has received recognition at all levels of government, including the FCC, the Federal Trade Commission (FTC) and all 50 State Attorneys General.

We are asking that you submit your response to this inquiry via our secure on-line portal, where you can see additional detail about all traceback requests involving your network. With respect to the call details below, please provide us with the following:

1. Please investigate the source of this traffic and respond with the identity of the upstream carrier(s) that sent the traffic into your network, or if one of your end users originated the traffic, please identify that end user. **We ask that you use the link below to access the portal and use the drop-down selector to provide this information.**

2. If, in investigating this traffic, the end user(s) originating the traffic are able to demonstrate to you that the traffic complies with applicable United States laws and regulations, please respond via email to me with the description of the traffic, the identity of the customer, and the customer's explanation.

3. As you investigate this matter, please take appropriate action on your network to ensure compliance with applicable United States laws and regulations, and inform me of the action you have taken.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream carriers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call 202-756-6999 or contact me via reply email should you have any questions, or would like to discuss.

Best Regards,

Patrick Halley
Senior Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**https://traceback.ustelecom.org/Form/Login/r;REDACTED?t=ITKGaNbmTW**
**(URL is a private login; do not share.)**

## Call Details for Incident #2708 (new)

| | |
|---|---|
| Date/Time: | 2020-07-08 15:46:00 UTC |
| To: | +15756492707 |
| From: | +19152453792 |
| Campaign: | Utility-30MinDisconnect |
| | Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not identified. Assorted toll-free numbers used as caller-ID. |

From: traceback-notice@tracebacks.org

To: jrolivarm@gmail.com, noc@smartbiztel.com

Date: 08 Jul 20 20:07 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

By way of introduction, my name is Patrick Halley, and I coordinate the efforts of USTelecom's Industry Traceback Group (ITG). We are writing to request your assistance on industry efforts to protect consumers from fraudulent, abusive or potentially unlawful robocalls. My contact information is listed below, and I would be more than happy to discuss this request with you over the phone.

A member of USTelecom's ITG recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin (call details with dates are listed below). We request that you assist industry stakeholders who are engaging in traceback efforts in order to help identify the source of this potentially fraudulent, abusive or unlawful network traffic. To assist us in our efforts, **we are asking that you respond to this traceback inquiry as soon as possible, but no later than three business days from now.**

USTelecom, a 501(c)(6) trade association, represents service providers and suppliers for the telecommunications industry and leads the ITG, a collaborative effort of companies from across the wireline, wireless, VoIP and cable industries that actively trace and identify the source of illegal robocalls. The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information of about the ITG or a list of the current members, see USTelecom's website.

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." In addition, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

The Federal Communications Commission's (FCC) Enforcement Bureau has sent letters to carriers that have been non-responsive to ITG traceback requests. The letters "urge" carriers to "to cooperate with the USTelecom Industry Traceback Group's program aimed at identifying the source of illegal robocalls and harmful spoofed calls." The ITG has received recognition at all levels of government, including the FCC, the Federal Trade Commission (FTC) and all 50 State Attorneys General.

We are asking that you submit your response to this inquiry via our secure on-line portal, where you can see additional detail about all traceback requests involving your network. With respect to the call details below, please provide us with the following:

1. Please investigate the source of this traffic and respond with the identity of the upstream carrier(s) that sent the traffic into your network, or if one of your end users originated the traffic, please identify that end user. **We ask that you use the link below to access the portal and use the drop-down selector to provide this information.**

2. If, in investigating this traffic, the end user(s) originating the traffic are able to demonstrate to you that the traffic complies with applicable United States laws and regulations, please respond via email to me with the description of the traffic, the identity of the customer, and the customer's explanation.

3. As you investigate this matter, please take appropriate action on your network to ensure compliance with applicable United States laws and regulations, and inform me of the action you have taken.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream carriers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call 202-756-6999 or contact me via reply email should you have any questions, or would like to discuss.

Best Regards,

Patrick Halley
Senior Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**https://traceback.ustelecom.org/Form/Login/r/REDACTED?t=anIIFN1K**
**(URL is a private login; do not share.)**

## Call Details for Incident #2709 (new)

| | |
|---|---|
| Date/Time: | 2020-07-08 15:46:00 UTC |
| To: | +15752022683 |
| From: | +19152453792 |
| Campaign: | Utility-30MinDisconnect |
| | Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not identified. Assorted toll-free numbers used as caller-ID. |

## Call Details for Incident #2708 (6m ago)

| | |
|---|---|
| Date/Time: | 2020-07-08 15:46:00 UTC |
| To: | +15756492707 |
| From: | +19152453792 |
| Campaign: | Utility-30MinDisconnect |
| | (see description above) |

From: traceback-notice@tracebacks.org

To: jrolivarm@gmail.com, noc@smartbiztel.com

Date: 08 Jul 20 20:07 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

By way of introduction, my name is Patrick Halley, and I coordinate the efforts of USTelecom's Industry Traceback Group (ITG). We are writing to request your assistance on industry efforts to protect consumers from fraudulent, abusive or potentially unlawful robocalls. My contact information is listed below, and I would be more than happy to discuss this request with you over the phone.

A member of USTelecom's ITG recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin (call details with date(s) are listed below). We request that you assist industry stakeholders who are engaging in traceback efforts in order to help identify the source of this potentially fraudulent, abusive or unlawful network traffic. To assist us in our efforts, **we are asking that you respond to this traceback inquiry as soon as possible, but no later than three business days from now.**

USTelecom, a 501(c)(6) trade association, represents service providers and suppliers for the telecommunications industry and leads the ITG, a collaborative effort of companies from across the wireline, wireless, VoIP and cable industries that actively trace and identify the source of illegal robocalls. The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information of about the ITG or a list of the current members, see USTelecom's website.

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." In addition, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

The Federal Communications Commission's (FCC) Enforcement Bureau has sent letters to carriers that have been non-responsive to ITG traceback requests. The letters "urge" carriers to "to cooperate with the USTelecom Industry Traceback Group's program aimed at identifying the source of illegal robocalls and harmful spoofed calls." The ITG has received recognition at all levels of government, including the FCC, the Federal Trade Commission (FTC) and all 50 State Attorneys General.

We are asking that you submit your response to this inquiry via our secure on-line portal, where you can see additional detail about all traceback requests involving your network. With respect to the call details below, please provide us with the following:

1. Please investigate the source of this traffic and respond with the identity of the upstream carrier(s) that sent the traffic into your network, or if one of your end users originated the traffic, please identify that end user. **We ask that you use the link below to access the portal and use the drop-down selector to provide this information.**

2. If, in investigating this traffic, the end user(s) originating the traffic are able to demonstrate to you that the traffic complies with applicable United States laws and regulations, please respond via email to me with the description of the traffic, the identity of the customer, and the customer's explanation.

3. As you investigate this matter, please take appropriate action on your network to ensure compliance with applicable United States laws and regulations, and inform me of the action you have taken.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream carriers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call 202-756-6999 or contact me via reply email should you have any questions, or would like to discuss.

Best Regards,

Patrick Halley
Senior Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**https://traceback.ustelecom.org/Form/Login/r;REDACTED?t=anIIFN1K**
**(URL is a private login; do not share.)**

**Call Details for Incident #2709** (new)

| | |
|---|---|
| Date/Time: | 2020-07-08 15:46:00 UTC |
| To: | +15752022683 |
| From: | +19152453792 |
| Campaign: | Utility-30MinDisconnect |
| | Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not identified. Assorted toll-free numbers used as caller-ID. |

**Call Details for Incident #2708** (6m ago)

| | |
|---|---|
| Date/Time: | 2020-07-08 15:46:00 UTC |
| To: | +15756492707 |
| From: | +19152453792 |
| Campaign: | Utility-30MinDisconnect |
| | (see description above) |

From: traceback-notice@tracebacks.org

To: jrolivarm@gmail.com, noc@smartbiztel.com

Date: 28 Jul 20 02:13 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

**David Frankel** from **Industry Traceback Group** has sent you the following message:

Smartbiz -- Please know that we tried to contact Chock Telecom at alejandro@chocktelecom.com regarding three tracebacks but they did not respond to our emails.

___

To respond, please leave a COMMENT using the link below.

**Submit your response via our secure on-line portal:**
**https://traceback.ustelecom.org/Form/Login/r;REDACTED?t=juwxWa&h=12482**
**(URL is a private login; do not share.)**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 24 Aug 20 20:43 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's Industry Traceback Group (ITG), a private-led and the FCC-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's rules, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls. My contact information is listed below, and I would be more than happy to discuss this request with you.

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

An ITG participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with the TRACED Act and the FCC's rules, USTelecom's ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic. To assist us in our efforts, **we are asking that you respond to this traceback inquiry as soon as possible, but no later than three business days from now.**

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI). Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The Federal Communications Commission (FCC) recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

We are asking that you submit your response to this inquiry via our secure on-line portal, where you can see additional detail about all traceback requests involving your network.

1. Please investigate the source of this traffic and respond with the identity of the upstream service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, please identify that end user. **We ask that you use the link below to access the portal and use the drop-down selector to provide this information.**

2. If, in investigating this traffic, the end user(s) originating the traffic are able to demonstrate to you that the traffic complies with applicable United States laws and regulations, please provide such information in the comments portion of the applicable traceback, including the identity of the customer and the customer's explanation of such traffic.

3. As you investigate this matter, please take appropriate action on your network to ensure compliance with applicable United States laws and regulations, and indicate what mitigation steps have been taken to prevent such suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to contact me via reply email should you have any questions, or would like to discuss.

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #2930 (new)

| | |
|---|---|
| Date/Time: | 2020-08-24 14:40 UTC |
| Campaign: | SSA-P1-BenefitsCanceled (GovtImpers) |

Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 24 Aug 20 20:43 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's Industry Traceback Group (ITG), a private-led and the FCC-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's rules, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls. My contact information is listed below, and I would be more than happy to discuss this request with you.

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

An ITG participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with the TRACED Act and the FCC's rules, USTelecom's ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic. To assist us in our efforts, **we are asking that you respond to this traceback inquiry as soon as possible, but no later than three business days from now.**

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI). Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The Federal Communications Commission (FCC) recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

We are asking that you submit your response to this inquiry via our secure on-line portal, where you can see additional detail about all traceback requests involving your network.

1. Please investigate the source of this traffic and respond with the identity of the upstream service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, please identify that end user. **We ask that you use the link below to access the portal and use the drop-down selector to provide this information.**

2. If, in investigating this traffic, the end user(s) originating the traffic are able to demonstrate to you that the traffic complies with applicable United States laws and regulations, please provide such information in the comments portion of the applicable traceback, including the identity of the customer and the customer's explanation of such traffic.

3. As you investigate this matter, please take appropriate action on your network to ensure compliance with applicable United States laws and regulations, and indicate what mitigation steps have been taken to prevent such suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to contact me via reply email should you have any questions, or would like to discuss.

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #2930 (new)

| | |
|---|---|
| Date/Time: | 2020-08-24 14:40 UTC |
| Campaign: | SSA-P1-BenefitsCanceled (GovtImpers) |

Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 01 Sep 20 18:03 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #2974** (new)

| | |
|---|---|
| Date/Time: | 2020-08-28 22:17 UTC |
| To: | +16158531761 |
| From: | +13324567348 |
| Campaign: | SSA-P1-BenefitsCanceled (GovtImpers) |

Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 01 Sep 20 18:03 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.
Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #2974 (new)

| | |
|---|---|
| Date/Time: | 2020-08-28 22:17 UTC |
| To: | +16158531761 |
| From: | +13324567348 |
| Campaign: | SSA-P1-BenefitsCanceled (GovtImpers) |

Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 11 Sep 20 11:45 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #3041 (new)

| | |
|---|---|
| Date/Time: | 2020-09-08 20:33 UTC |
| To: | +17077243424 |
| From: | +12027732811 |
| Campaign: | SSA-P1-BenefitsCanceled (GovtImpers) |

Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 11 Sep 20 11:45 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3041** (new)

| | |
|---|---|
| Date/Time: | 2020-09-08 20:33 UTC |
| To: | +17077243424 |
| From: | +12027732811 |
| Campaign: | SSA-P1-BenefitsCanceled (GovtImpers) |

Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 16 Sep 20 17:27 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

*About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3106** (new)

| | |
|---|---|
| Date/Time: | 2020-09-11 16:36 UTC |
| To: | +19542708930 |
| From: | +19549446366 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 16 Sep 20 17:27 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3106** (new)

| | |
|---|---|
| Date/Time: | 2020-09-11 16:36 UTC |
| To: | +19542708930 |
| From: | +19549446366 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 23 Sep 20 19:51 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3148** (new)

| | |
|---|---|
| Date/Time: | 2020-09-22 18:26 UTC |
| To: | +15033801432 |
| From: | +15036725400 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 23 Sep 20 19:51 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3148** (new)

| | |
|---|---|
| Date/Time: | 2020-09-22 18:26 UTC |
| To: | +15033801432 |
| From: | +15036725400 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 25 Sep 20 12:58 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3165** (new)

| | |
|---|---|
| Date/Time: | 2020-09-22 19:14 UTC |
| To: | +19192800873 |
| From: | +19197032116 |
| Campaign: | Utility-30MinDisconnect - NC |

Calls to Duke Energy Customers in North Carolina claiming to be Duke Energy and threatening to shut off recipient's power within 30 minutes for unpaid bills. Potential UDAP and TCPA violations.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 25 Sep 20 12:58 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3165** (new)

| | |
|---|---|
| Date/Time: | 2020-09-22 19:14 UTC |
| To: | +19192800873 |
| From: | +19197032116 |
| Campaign: | Utility-30MinDisconnect - NC |

Calls to Duke Energy Customers in North Carolina claiming to be Duke Energy and threatening to shut off recipient's power within 30 minutes for unpaid bills. Potential UDAP and TCPA violations.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 25 Sep 20 15:37 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3164** (new)

| | |
|---|---|
| Date/Time: | 2020-09-23 14:02 UTC |
| To: | +19192800873 |
| From: | +19193487149 |
| Campaign: | Utility-30MinDisconnect - NC |

Calls to Duke Energy Customers in North Carolina claiming to be Duke Energy and threatening to shut off recipient's power within 30 minutes for unpaid bills. Potential UDAP and TCPA violations.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 25 Sep 20 15:37 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

*About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

### Call Details for Traceback #3164 (new)

| | |
|---|---|
| Date/Time: | 2020-09-23 14:02 UTC |
| To: | +19192800873 |
| From: | +19193487149 |
| Campaign: | Utility-30MinDisconnect - NC |

Calls to Duke Energy Customers in North Carolina claiming to be Duke Energy and threatening to shut off recipient's power within 30 minutes for unpaid bills. Potential UDAP and TCPA violations.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 25 Sep 20 15:55 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3167** (new)

Date/Time:        2020-09-23 17:05 UTC
To:               +17042800080
From:             +17047621511
Campaign:         Utility-30MinDisconnect - NC

Calls to Duke Energy Customers in North Carolina claiming to be Duke Energy and threatening to shut off recipient's power within 30 minutes for unpaid bills. Potential UDAP and TCPA violations.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 25 Sep 20 15:55 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3167** (new)

| | |
|---|---|
| Date/Time: | 2020-09-23 17:05 UTC |
| To: | +17042800080 |
| From: | +17047621511 |
| Campaign: | Utility-30MinDisconnect - NC |

Calls to Duke Energy Customers in North Carolina claiming to be Duke Energy and threatening to shut off recipient's power within 30 minutes for unpaid bills. Potential UDAP and TCPA violations.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 25 Sep 20 17:49 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3169** (new)

| | |
|---|---|
| Date/Time: | 2020-09-23 17:11 UTC |
| To: | +17042800080 |
| From: | +17046091598 |
| Campaign: | Utility-30MinDisconnect - NC |

Calls to Duke Energy Customers in North Carolina claiming to be Duke Energy and threatening to shut off recipient's power within 30 minutes for unpaid bills. Potential UDAP and TCPA violations.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 25 Sep 20 17:49 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

*About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3169** (new)

Date/Time:        2020-09-23 17:11 UTC
To:               +17042800080
From:             +17046091598
Campaign:         Utility-30MinDisconnect - NC

Calls to Duke Energy Customers in North Carolina claiming to be Duke Energy and threatening to shut off recipient's power within 30 minutes for unpaid bills. Potential UDAP and TCPA violations.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 30 Sep 20 19:36 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than** *three business days from now. Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.*

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* [FCC 20-96](#), ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* [DA 20-785](#), ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3210** (new)

| | |
|---|---|
| Date/Time: | 2020-09-24 15:02 UTC |
| To: | +15105206394 |
| From: | +19152680196 |
| Campaign: | USTreas-SSA-EnforceAction (GovtImpers) |

FRAUD. Claims to be from US Treasury regarding an enforcement action. Impersonates a government official. Recorded/automated voice to wireless numbers generally prohibited. Random spoofing of Caller-ID. Blocking the ANI is not effective.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 30 Sep 20 19:36 UTC

# USTELECOM | **THE BROADBAND ASSOCIATION**

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

### Call Details for Traceback #3210 (new)

| | |
|---|---|
| Date/Time: | 2020-09-24 15:02 UTC |
| To: | +15105206394 |
| From: | +19152680196 |
| Campaign: | USTreas-SSA-EnforceAction (GovtImpers) |

FRAUD. Claims to be from US Treasury regarding an enforcement action. Impersonates a government official. Recorded/automated voice to wireless numbers generally prohibited. Random spoofing of Caller-ID. Blocking the ANI is not effective.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 30 Sep 20 20:15 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3213** (new)

| | |
|---|---|
| Date/Time: | 2020-09-30 16:07 UTC |
| To: | +15866152626 |
| From: | +15865546987 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 30 Sep 20 20:15 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3213** (new)

| | |
|---|---|
| Date/Time: | 2020-09-30 16:07 UTC |
| To: | +15866152626 |
| From: | +15865546987 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 03 Oct 20 09:55 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3242** (new)

| | |
|---|---|
| Date/Time: | 2020-09-30 16:52 UTC |
| To: | +17082127770 |
| From: | +12125341961 |
| Campaign: | BofA - Chinese Voice Department |

Confirmed fraudulent call, identifying the calling party as Bank of America's Chinese Voice Dept. Recorded voice in foreign language.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 03 Oct 20 09:56 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**About the ITG and the Traceback Process**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

**Responding to This Request**

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3242** (new)

| | |
|---|---|
| Date/Time: | 2020-09-30 16:52 UTC |
| To: | +17082127770 |
| From: | +12125341961 |
| Campaign: | BofA - Chinese Voice Department |

Confirmed fraudulent call, identifying the calling party as Bank of America's Chinese Voice Dept. Recorded voice in foreign language.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 06 Oct 20 16:31 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

*About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3253** (new)

| | |
|---|---|
| Date/Time: | 2020-10-05 15:39 UTC |
| To: | +12604501996 |
| From: | +14438898013 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 06 Oct 20 16:31 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

### Call Details for Traceback #3253 (new)

| | |
|---|---|
| Date/Time: | 2020-10-05 15:39 UTC |
| To: | +12604501996 |
| From: | +14438898013 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 10 Oct 20 11:11 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTELECOM may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

### Call Details for Traceback #3278 (new)

| | |
|---|---|
| Date/Time: | 2020-10-09 15:12 UTC |
| To: | +18329745040 |
| From: | +16107707265 |
| Campaign: | Refund-ComputerServices |

FRAUD. Recorded message claims that a computer services subscription renewal fee of 399 has been charged to your account. Recorded message to wireless number generally not allowed. Calling party must be identified in voice-mail. Claimed subscription does not exist. Call is FRAUD.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 10 Oct 20 11:16 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**About the ITG and the Traceback Process**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

**Responding to This Request**

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3281** (new)

| | |
|---|---|
| Date/Time: | 2020-10-09 19:18 UTC |
| To: | +15854290867 |
| From: | +16318239445 |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 12 Oct 20 14:47 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

*About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3280** (new)

| | |
|---|---|
| Date/Time: | 2020-10-09 19:07 UTC |
| To: | +14058378238 |
| From: | +16314928412 |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 13 Oct 20 13:46 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3286** (new)

| | |
|---|---|
| Date/Time: | 2020-10-12 17:09 UTC |
| To: | +12298699355 |
| From: | +17064746058 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 13 Oct 20 16:38 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3295** (new)

| | |
|---|---|
| Date/Time: | 2020-09-23 10:54 UTC |
| To: | +19192803863 |
| From: | +19196444369 |
| Campaign: | Utility-30MinDisconnect - NC |

Calls to Duke Energy Customers in North Carolina claiming to be Duke Energy and threatening to shut off recipient's power within 30 minutes for unpaid bills. Potential UDAP and TCPA violations.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 14 Oct 20 21:27 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**<u>Redacted</u>**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3305** (new)

| | |
|---|---|
| Date/Time: | 2020-10-01 18:37 UTC |
| To: | +16309145221 |
| From: | +12108661809 |
| Campaign: | SSA-Various (GovtImpers) |

These calls fraudulently claim to be from US Social Security Administration, threatening problems with SS account. Calling number may be a spoofed toll-free number, or a call-back number. These incidents may be from separate campaigns.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 14 Oct 20 21:28 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's rules, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3313** (new)

| | |
|---|---|
| Date/Time: | 2020-10-09 22:46 UTC |
| To: | +13172925853 |
| From: | +13172560188 |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 16 Oct 20 20:50 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## *About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## *Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3329** (new)

| | |
|---|---|
| Date/Time: | 2020-10-16 17:54 UTC |
| To: | +17205766948 |
| From: | +17205768527 |
| Campaign: | SSA-P1-BenefitsCanceled (GovtImpers) |

Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 19 Oct 20 14:59 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**About the ITG and the Traceback Process**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

**Responding to This Request**

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3338** (new)

| | |
|---|---|
| Date/Time: | 2020-10-14 21:46 UTC |
| To: | +14343340431 |
| From: | +14347286018 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 19 Oct 20 16:40 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than _three business days_ from now. _Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email._**

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's rules, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** _only_ **through the online portal. Do** _not_ **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3339** (new)

| | |
|---|---|
| Date/Time: | 2020-10-16 19:43 UTC |
| To: | +17323221263 |
| From: | +18003582090 |
| Campaign: | BofA - Chinese Voice Department |

Confirmed fraudulent call, identifying the calling party as Bank of America's Chinese Voice Dept. Recorded voice in foreign language.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 19 Oct 20 19:45 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

### Call Details for Traceback #3336 (new)

| | |
|---|---|
| Date/Time: | 2020-10-16 17:43 UTC |
| To: | +13053455600 |
| From: | +15616278328 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 21 Oct 20 19:15 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3375** (new)

Date/Time:         2020-10-21 15:59 UTC
To:                +12196702513
From:              +14078961571
Campaign:          Apple-iCloud-AccountBreached
Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 21 Oct 20 22:12 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3378** (new)

| | |
|---|---|
| Date/Time: | 2020-10-21 11:35 UTC |
| To: | +17275885222 |
| From: | +12023673346 |
| Campaign: | TDoS - Hospital ER Oct 21 |

Urgent. Active TDoS attack affecting major hospital, disrupting emergency room lines.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 22 Oct 20 19:40 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**About the ITG and the Traceback Process**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

**Responding to This Request**

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3388** (new)

| | |
|---|---|
| Date/Time: | 2020-10-22 15:31 UTC |
| To: | +12099689504 |
| From: | +15107196474 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 22 Oct 20 19:56 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3386** (new)

| | |
|---|---|
| Date/Time: | 2020-10-22 16:22 UTC |
| To: | +17042362946 |
| From: | +19805805052 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 23 Oct 20 16:04 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### *About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* [FCC 20-96](#), ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* [DA 20-785](#), ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### *Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3387** (new)

| | |
|---|---|
| Date/Time: | 2020-10-21 15:34 UTC |
| To: | +14154207123 |
| From: | +14156645662 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 27 Oct 20 22:28 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**About the ITG and the Traceback Process**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

**Responding to This Request**

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3424** (new)

| | |
|---|---|
| Date/Time: | 2020-10-27 18:24 UTC |
| To: | +19166061486 |
| From: | +14155675039 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 28 Oct 20 00:29 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3427** (new)

| | |
|---|---|
| Date/Time: | 2020-10-27 17:09 UTC |
| To: | +12162722601 |
| From: | +14782366213 |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 30 Oct 20 12:52 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3449** (new)

| | |
|---|---|
| Date/Time: | 2020-10-29 16:08 UTC |
| To: | +13092368670 |
| From: | +13092368963 |
| Campaign: | Apple-iCloud-AccountBreached |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 30 Oct 20 21:16 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**<u>Redacted</u>**
**(URL is a private login; do not share.)**

### Call Details for Traceback #3467 (new)

| | |
|---|---|
| Date/Time: | 2020-10-30 07:15 UTC |
| To: | +15592071345 |
| From: | +15595542972 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 01 Nov 20 23:55 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's rules, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #3470 (new)

| | |
|---|---|
| Date/Time: | 2020-10-30 18:13 UTC |
| To: | +19704434520 |
| From: | +13257627039 |
| Campaign: | SSA-CalltheSSA |

FRAUD. Recorded message says SSN is suspended due to law enforcement action. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 02 Nov 20 15:24 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #3469 (new)

| | |
|---|---|
| Date/Time: | 2020-10-30 16:59 UTC |
| To: | +19015901527 |
| From: | +19014227394 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 03 Nov 20 18:50 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat CPNI obligations under the Communications Act and its rules. *See* [FCC 20-96](#), ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* [DA 20-785](#), ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3491** (new)

| | |
|---|---|
| Date/Time: | 2020-11-03 14:29 UTC |
| To: | +19174744614 |
| From: | +19174746959 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 04 Nov 20 20:48 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3500** (new)

| | |
|---|---|
| Date/Time: | 2020-11-04 14:17 UTC |
| To: | +19192705765 |
| From: | +19192704271 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 05 Nov 20 13:08 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3502** (new)

| | |
|---|---|
| Date/Time: | 2020-11-04 21:45 UTC |
| To: | +14043331612 |
| From: | +14235248069 |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 06 Nov 20 12:35 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3515** (new)

| | |
|---|---|
| Date/Time: | 2020-11-03 20:23 UTC |
| To: | +16107015671 |
| From: | +14232051615 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 06 Nov 20 12:36 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's rules, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**About the ITG and the Traceback Process**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* [FCC 20-96](FCC 20-96), ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* [DA 20-785](DA 20-785), ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

**Responding to This Request**

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3516** (new)

| | |
|---|---|
| Date/Time: | 2020-11-03 20:22 UTC |
| To: | +17704573716 |
| From: | +14232051615 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 06 Nov 20 13:27 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than _three business days_ from now. _Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email._**

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**_About the ITG and the Traceback Process_**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat fraudulent and illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. _See_ FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." _See_ DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."_Id._

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

**_Responding to This Request_**

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information _only_ through the online portal. Do _not_ provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #3520 (new)

| | |
|---|---|
| Date/Time: | 2020-11-05 17:32 UTC |
| To: | +18454222234 |
| From: | +18454522713 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 06 Nov 20 18:35 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than _three business days_ from now. _Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email._**

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**_About the ITG and the Traceback Process_**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat fraudulent and illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. _See_ FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." _See_ DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."_Id._

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

**_Responding to This Request_**

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information _only_ through the online portal. Do _not_ provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #3532 (new)

Date/Time:        2020-11-06 17:28 UTC
To:               +14843402875
From:             +14078567877
Campaign:         Apple-iCloud-AccountBreached

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 06 Nov 20 19:48 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

*About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3538** (new)

| | |
|---|---|
| Date/Time: | 2020-11-05 17:12 UTC |
| To: | +16189677570 |
| From: | +16189676967 |
| Campaign: | CCIRR - VisaAlert |

FRAUD. Automated voice offering zero percent interest rate, identified as the alert system with Visa MasterCard Account Services. Caller ID is spoofed with a random NPA so blocking the ANI is not effective. Many caller-IDs are invalid. Millions of calls daily. Calls are illegal because they are automated calls to mobiles, they use improper caller-ID, they do not identify the caller at the beginning of the message, they do not give an operable call-back number. This call is just one example of millions of similar calls. Originators please search your records for similar traffic and address with your customer.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 06 Nov 20 20:58 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3534** (new)

| | |
|---|---|
| Date/Time: | 2020-11-06 17:33 UTC |
| To: | +12016180263 |
| From: | +17108854973 |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 06 Nov 20 21:09 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

### Call Details for Traceback #3539 (new)

| | |
|---|---|
| Date/Time: | 2020-11-06 15:48 UTC |
| To: | +12148039575 |
| From: | +14696460814 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 09 Nov 20 11:08 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**About the ITG and the Traceback Process**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

**Responding to This Request**

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3517** (new)

| | |
|---|---|
| Date/Time: | 2020-11-02 23:45 UTC |
| To: | +18282565324 |
| From: | +14232051615 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 10 Nov 20 16:08 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**About the ITG and the Traceback Process**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3562** (new)

| | |
|---|---|
| Date/Time: | 2020-11-10 14:45 UTC |
| To: | +17733831213 |
| From: | +17733834307 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 16 Nov 20 14:22 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3601** (new)

| | |
|---|---|
| Date/Time: | 2020-11-13 14:37 UTC |
| To: | +13472676025 |
| From: | +12176525064 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 16 Nov 20 18:18 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #3609 (new)

| | |
|---|---|
| Date/Time: | 2020-11-12 17:15 UTC |
| To: | +13146144114 |
| From: | +13143607443 |
| Campaign: | Utility-30MinDisconnect |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 16 Nov 20 20:34 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3596** (new)

| | |
|---|---|
| Date/Time: | 2020-11-12 19:32 UTC |
| To: | +13369728109 |
| From: | +15614851173 |
| Campaign: | SSA-CalltheSSA |

FRAUD. Recorded message says SSN is suspended due to law enforcement action. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 16 Nov 20 23:42 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3618** (new)

| | |
|---|---|
| Date/Time: | 2020-11-16 20:56 UTC |
| To: | +18176756520 |
| From: | +18176681937 |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 19 Nov 20 15:32 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3637** (new)

| | |
|---|---|
| Date/Time: | 2020-11-18 17:26 UTC |
| To: | +16082091407 |
| From: | +18667636020 |
| Campaign: | Apple-iCloud-AccountBreached |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 19 Nov 20 18:31 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

*About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #3648** (new) |  |
|---|---|
| Date/Time: | 2020-11-19 14:54 UTC |
| To: | +12013068860 |
| From: | +15162916551 |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 19 Nov 20 18:56 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3638** (new)

| | |
|---|---|
| Date/Time: | 2020-11-18 17:16 UTC |
| To: | +19099382089 |
| From: | +18668969240 |
| Campaign: | Apple-iCloud-AccountBreached |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 23 Nov 20 16:50 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* [FCC 20-96](#), ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* [DA 20-785](#), ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3666** (new)

| | |
|---|---|
| Date/Time: | 2020-11-23 14:33 UTC |
| To: | +14438441585 |
| From: | +14438446982 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 23 Nov 20 18:08 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3655** (new)

| | |
|---|---|
| Date/Time: | 2020-11-20 15:01 UTC |
| To: | +14436943211 |
| From: | +14436945790 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 23 Nov 20 22:35 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3630** (new)

| | |
|---|---|
| Date/Time: | 2020-11-18 17:30 UTC |
| To: | +13023896918 |
| From: | +13023896557 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 30 Nov 20 19:05 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* [FCC 20-96](), ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* [DA 20-785](), ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3732** (new)

| | |
|---|---|
| Date/Time: | 2020-11-30 15:56 UTC |
| To: | +17737937445 |
| From: | +17737935234 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 30 Nov 20 19:07 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3733** (new)

| | |
|---|---|
| Date/Time: | 2020-11-30 14:54 UTC |
| To: | +17735529330 |
| From: | +13230291988 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 01 Dec 20 18:19 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3743** (new)

| | |
|---|---|
| Date/Time: | 2020-12-01 15:00 UTC |
| To: | +13023592189 |
| From: | +13023595927 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 01 Dec 20 18:24 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

### Call Details for Traceback #3744 (new)

| | |
|---|---|
| Date/Time: | 2020-12-01 15:48 UTC |
| To: | +14432069348 |
| From: | +14432066487 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 02 Dec 20 14:59 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than _three business days_ from now. _Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email._**

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. See <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." See <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."_Id._

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information _only_ through the online portal. Do _not_ provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3726** (new)

| | |
|---|---|
| Date/Time: | 2020-11-25 23:55 UTC |
| To: | +18458254286 |
| From: | +18458853318 |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 02 Dec 20 18:03 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3746** (new)

| | |
|---|---|
| Date/Time: | 2020-12-02 15:22 UTC |
| To: | +16187511462 |
| From: | +16187515058 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 03 Dec 20 12:57 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

### Call Details for Traceback #3753 (new)

| | |
|---|---|
| Date/Time: | 2020-12-02 16:55 UTC |
| To: | +14802664201 |
| From: | +18445779802 |
| Campaign: | Apple-iCloud-AccountBreached |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 03 Dec 20 17:07 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

### Call Details for Traceback #3737 (new)

| | |
|---|---|
| Date/Time: | 2020-11-30 18:32 UTC |
| To: | +17707228370 |
| From: | +16122490528 |
| Campaign: | SSA-CalltheSSA |

FRAUD. Recorded message says SSN is suspended due to law enforcement action. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 04 Dec 20 20:41 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

<table>
<tr><td colspan="2"><strong>Call Details for Traceback #3778</strong> (new)</td></tr>
<tr><td>Date/Time:</td><td>2020-12-04 13:48 UTC</td></tr>
<tr><td>To:</td><td>+19418076936</td></tr>
<tr><td>From:</td><td>+12029672853</td></tr>
<tr><td>Campaign:</td><td>SSA-CalltheSSA</td></tr>
</table>

FRAUD. Recorded message says SSN is suspended due to law enforcement action. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 07 Dec 20 19:50 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3788** (new)

| | |
|---|---|
| Date/Time: | 2020-12-07 14:41 UTC |
| To: | +19495334560 |
| From: | +19495173562 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Dec 20 16:40 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

**Call Details for Traceback #3799** (new)

| | |
|---|---|
| Date/Time: | 2020-12-08 14:58 UTC |
| To: | +17347298520 |
| From: | +17345598728 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 09 Dec 20 15:42 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3801** (new)

| | |
|---|---|
| Date/Time: | 2020-12-09 14:32 UTC |
| To: | +13023592189 |
| From: | +13025088586 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 09 Dec 20 19:07 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### *About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat illegal robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### *Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3803** (new)

| | |
|---|---|
| Date/Time: | 2020-12-09 14:35 UTC |
| To: | +13136159207 |
| From: | +13135801847 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 09 Dec 20 22:46 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

*About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3802** (new)

| | |
|---|---|
| Date/Time: | 2020-12-09 14:49 UTC |
| To: | +13014015722 |
| From: | +13015904251 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 10 Dec 20 02:16 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3798** (new)

| | |
|---|---|
| Date/Time: | 2020-12-08 14:54 UTC |
| To: | +13014716299 |
| From: | +13015173009 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 10 Dec 20 17:58 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

<div style="background:#f00;color:#fff;">

**Call Details for Traceback #3808** (new)
</div>

| | |
|---|---|
| Date/Time: | 2020-12-09 17:04 UTC |
| To: | +12032571147 |
| From: | +12032573662 |
| Campaign: | Apple-iCloud-AccountBreached |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 10 Dec 20 18:49 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than _three business days_ from now. _Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email._**

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. _See_ FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." _See_ DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."_Id._

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information _only_ through the online portal. Do _not_ provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**<u>Redacted</u>**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3816** (new)

| | |
|---|---|
| Date/Time: | 2020-12-10 15:39 UTC |
| To: | +14109780435 |
| From: | +14105851716 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 10 Dec 20 21:40 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3818** (new)

| | |
|---|---|
| Date/Time: | 2020-12-10 15:02 UTC |
| To: | +15803706720 |
| From: | +15806883261 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 11 Dec 20 15:24 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #3813 (new)

| | |
|---|---|
| Date/Time: | 2020-12-09 21:15 UTC |
| To: | +15126325341 |
| From: | +15126324456 |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 11 Dec 20 15:54 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**About the ITG and the Traceback Process**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

**Responding to This Request**

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

<div style="background:#c00;color:#fff;padding:4px;">

**Call Details for Traceback #3804** (new)
</div>

| | |
|---|---|
| Date/Time: | 2020-12-09 20:40 UTC |
| To: | +14075924535 |
| From: | +16155517603 |
| Campaign: | SSA-CalltheSSA |

FRAUD. Recorded message says SSN is suspended due to law enforcement action. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 11 Dec 20 20:40 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3837** (new)

| | |
|---|---|
| Date/Time: | 2020-12-11 16:06 UTC |
| To: | +12253646147 |
| From: | +12253125463 |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 11 Dec 20 20:41 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3821** (new)

| | |
|---|---|
| Date/Time: | 2020-12-11 14:44 UTC |
| To: | +14433869280 |
| From: | +14436118385 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 14 Dec 20 22:20 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3847** (new)

| | |
|---|---|
| Date/Time: | 2020-12-14 16:40 UTC |
| To: | +13214394256 |
| From: | +18775698765 |
| Campaign: | Apple-iCloud-AccountBreached |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 14 Dec 20 22:23 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

<div style="background:red;color:white;">

**Call Details for Traceback #3831** (new)
</div>

| | |
|---|---|
| Date/Time: | 2020-12-11 16:41 UTC |
| To: | +12528221732 |
| From: | +16155517549 |
| Campaign: | SSA-CalltheSSA |

FRAUD. Recorded message says SSN is suspended due to law enforcement action. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 15 Dec 20 14:36 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

### Call Details for Traceback #3838 (new)

| | |
|---|---|
| Date/Time: | 2020-12-14 14:51 UTC |
| To: | +14147649957 |
| From: | +14146305374 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 15 Dec 20 20:04 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3856** (new)

| | |
|---|---|
| Date/Time: | 2020-12-15 13:12 UTC |
| To: | +17404858614 |
| From: | +17405587922 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 16 Dec 20 18:27 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**<u>Redacted</u>**
**(URL is a private login; do not share.)**

<span style="color:white">**Call Details for Traceback #3870**</span> (new)

| | |
|---|---|
| Date/Time: | 2020-12-16 16:05 UTC |
| To: | +12165342312 |
| From: | +12165311746 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 18 Dec 20 21:39 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3889** (new)

| | |
|---|---|
| Date/Time: | 2020-12-18 17:00 UTC |
| To: | +13107539888 |
| From: | +13103544768 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 22 Dec 20 19:07 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

*About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* [FCC 20-96](FCC 20-96), ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* [DA 20-785](DA 20-785), ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3913** (new)

Date/Time:        2020-12-21 22:46 UTC
To:               +19407660640
From:             +19858732466
Campaign:         Apple-iCloud-AccountBreached
Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 22 Dec 20 19:09 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3902** (new)

| | |
|---|---|
| Date/Time: | 2020-12-22 15:49 UTC |
| To: | +14065702116 |
| From: | +14064644770 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 23 Dec 20 20:56 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #3925 (new)

| | |
|---|---|
| Date/Time: | 2020-12-23 17:02 UTC |
| To: | +17737102238 |
| From: | +17735394273 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 30 Dec 20 11:53 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3901** (new)

| | |
|---|---|
| Date/Time: | 2020-12-22 14:20 UTC |
| To: | +12487705626 |
| From: | +12486358481 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 06 Jan 21 16:28 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #3978** (new)

| | |
|---|---|
| Date/Time: | 2021-01-05 14:40 UTC |
| To: | +12193639044 |
| From: | +12194155763 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 11 Jan 21 17:27 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4029** (new)

| | |
|---|---|
| Date/Time: | 2021-01-11 14:09 UTC |
| To: | +18155096406 |
| From: | +18154141578 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 11 Jan 21 19:30 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4027** (new)

| | |
|---|---|
| Date/Time: | 2021-01-10 17:12 UTC |
| To: | +15033691774 |
| From: | +15033693771 |
| Campaign: | Apple-iCloud-AccountBreached |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 12 Jan 21 15:51 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* [FCC 20-96](#), ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* [DA 20-785](#), ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4041** (new)

| | |
|---|---|
| Date/Time: | 2021-01-12 14:12 UTC |
| To: | +17066277556 |
| From: | +17066014816 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 12 Jan 21 16:47 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4043** (new)

| | |
|---|---|
| Date/Time: | 2021-01-12 14:27 UTC |
| To: | +18062245984 |
| From: | +18065849489 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 14 Jan 21 22:14 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

## Call Details for Traceback #4067 (new)

| | |
|---|---|
| Date/Time: | 2021-01-14 15:24 UTC |
| To: | +18583492445 |
| From: | +19152003833 |
| Campaign: | SSA-CalltheSSA |

FRAUD. Recorded message says SSN is suspended due to law enforcement action. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 26 Jan 21 14:44 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### *About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### *Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4154** (new)

| | |
|---|---|
| Date/Time: | 2021-01-25 18:29 UTC |
| To: | +16302050658 |
| From: | +14433967696 |
| Campaign: | SSA-CalltheSSA |

FRAUD. Recorded message says SSN is suspended due to law enforcement action. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 26 Jan 21 16:05 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4159** (new)

| | |
|---|---|
| Date/Time: | 2021-01-25 20:50 UTC |
| To: | +12108676248 |
| From: | +12106237952 |
| Campaign: | TestCall-StaySafeStayHome |

Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 27 Jan 21 21:41 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4179** (new)

| | |
|---|---|
| Date/Time: | 2021-01-27 19:43 UTC |
| To: | +13147992826 |
| From: | +13147993582 |
| Campaign: | Apple-iCloud-AccountBreached |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 28 Jan 21 20:44 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4179** (new)

| | |
|---|---|
| Date/Time: | 2021-01-27 19:43 UTC |
| To: | +13147992826 |
| From: | +13147993582 |
| Campaign: | Apple-iCloud-AccountBreached |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 29 Jan 21 23:17 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

*About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #4204 0 seconds ago |
| --- |
| Campaign: | Apple-iCloud-AccountBreached |
| Date/Time: | 2021-01-29 20:50:00 +0000 UTC |
| To: | +17736165991 |
| From: | +17736163598 |
| Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 30 Jan 21 16:15 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## *About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## *Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #4202 0 seconds ago | |
|---|---|
| Campaign: | TestCall-StaySafeStayHome |
| Date/Time: | 2021-01-29 19:19:00 +0000 UTC |
| To: | +13163052133 |
| From: | +13164198914 |
| Artificial voice announces "Hello. This is just a test call. Time to stay home. Stay safe and stay home." Automated calls to wireless numbers not permitted. Caller-ID is spoofed without permission. Caller does not identify source of call or provide opt-out. High-volume campaign. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 01 Feb 21 12:59 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* [FCC 20-96](#), ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* [DA 20-785](#), ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

---

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

| **Call Details for Traceback #4207** 0 seconds ago | |
|---|---|
| Campaign: | SSA-CalltheSSA |
| Date/Time: | 2021-01-29 15:56:00 +0000 UTC |
| To: | +17818882822 |
| From: | +14693000312 |

FRAUD. Recorded message says SSN is suspended due to law enforcement action. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 04 Feb 21 16:29 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #4223 0 seconds ago | |
| --- | --- |
| Campaign: | SSA-CalltheSSA |
| Date/Time: | 2021-02-02 20:52:46 +0000 UTC |
| To: | +14159335083 |
| From: | +16617772091 |

FRAUD. Recorded message says SSN is suspended due to law enforcement action. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Feb 21 19:04 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #4261** 0 seconds ago | |
|---|---|
| Campaign: | Apple-iCloud-AccountBreached |
| Date/Time: | 2021-02-07 17:30:13 +0000 UTC |
| To: | +18652069105 |
| From: | +18652062501 |
| Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Feb 21 19:06 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4263** 0 seconds ago

| | |
|---|---|
| Campaign: | Apple-iCloud-AccountBreached |
| Date/Time: | 2021-02-06 16:23:28 +0000 UTC |
| To: | +13609209292 |
| From: | +13609201588 |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Feb 21 19:09 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

*About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* [FCC 20-96](#), ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* [DA 20-785](#), ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

*Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4264** 0 seconds ago

| | |
|---|---|
| Campaign: | Apple-iCloud-AccountBreached |
| Date/Time: | 2021-02-07 19:50:44 +0000 UTC |
| To: | +18172714858 |
| From: | +18172716374 |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 22 Feb 21 16:08 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #4347** 0 seconds ago | |
|---|---|
| Campaign: | Apple-iCloud-AccountBreached |
| Date/Time: | 2021-02-21 17:57:30 +0000 UTC |
| To: | +12109957090 |
| From: | +12109958183 |
| Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 22 Feb 21 17:08 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

***About the ITG and the Traceback Process***

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

***Responding to This Request***

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #4349 0 seconds ago |
| --- |

| Campaign: | Apple-iCloud-AccountBreached |
| Date/Time: | 2021-02-21 22:20:49 +0000 UTC |
| To: | +12092511832 |
| From: | +12092515387 |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 22 Feb 21 17:38 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #4350 0 seconds ago |
| --- |
| Campaign: Apple-iCloud-AccountBreached |
| Date/Time: 2021-02-21 22:14:17 +0000 UTC |
| To: +12092511832 |
| From: +12092518011 |
| Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 04 Mar 21 16:47 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

**About the ITG and the Traceback Process**

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

**Responding to This Request**

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #4429** 0 seconds ago | |
|---|---|
| Campaign: | Utility-30MinDisconnect |
| Date/Time: | 2021-03-03 18:43:48 +0000 UTC |
| To: | +12159398987 |
| From: | +12154335463 |

Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 05 Mar 21 16:11 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## *About the ITG and the Traceback Process*

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* [FCC 20-96](#), ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* [DA 20-785](#), ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## *Responding to This Request*

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #4456 0 seconds ago |  |
|---|---|
| Campaign: | Discount-Avail50% |
| Date/Time: | 2021-03-04 16:13:34 +0000 UTC |
| To: | +17023787701 |
| From: | +18882071288 |

Apparent fraud. Caller offers promotions to receive a discount on the called party's voice/internet service provider bill. Automated calls to wireless numbers generally not permitted. Voice-mail message does not identify the calling entity, nor does it provide an opt-out option.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 05 Mar 21 16:55 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4452** 0 seconds ago

| | |
|---|---|
| Campaign: | CCIRR-P1FinancialImpers |
| Date/Time: | 2021-03-04 20:53:58 +0000 UTC |
| To: | +17862509127 |
| From: | +17865830134 |

Fraud. Financial institution impersonation. Caller purports to be calling from the called party's financial institution and that, based on their payment history, the recipient qualified for an interest rate reduction.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 11 Mar 21 23:16 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4495** 0 seconds ago

| | |
|---|---|
| Campaign: | Apple-iCloud-AccountBreached |
| Date/Time: | 2021-03-10 18:34:18 +0000 UTC |
| To: | +14782134312 |
| From: | +14782133030 |

Caller identifies themselves as calling on behalf of Apple and claims the called party's iCloud account has been breached.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 20 Apr 21 17:14 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or to customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #4811 0 seconds ago |
| --- |

| | |
| --- | --- |
| Campaign: | Utility-DisconnectDept |
| Date/Time: | 2020-04-07 17:32:00 +0000 UTC |
| To: | +17042301277 |
| From: | +12157708893 |

Prerecorded message claiming to be utility disconnection department and threatening power disconnection within 30 minutes due to a pending balance on the account.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 20 Apr 21 17:15 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

### About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* FCC 20-96, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* DA 20-785, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

### Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information *only* through the online portal. Do *not* provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #4812** 0 seconds ago |
|---|

| | |
|---|---|
| Campaign: | Utility-DisconnectDept |
| Date/Time: | 2021-03-24 19:45:00 +0000 UTC |
| To: | +17043235576 |
| From: | +14232051004 |

Prerecorded message claiming to be utility disconnection department and threatening power disconnection within 30 minutes due to a pending balance on the account.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 26 Apr 21 17:52 UTC

# USTELECOM | THE BROADBAND ASSOCIATION

To Whom It May Concern:

**An Industry Traceback Group (ITG) participant recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin. Consistent with U.S. federal law and regulations, the ITG requests that you identify the source of this potentially fraudulent, abusive or unlawful network traffic.**

**To assist us in this effort, we are asking that you respond to this traceback inquiry as soon as possible, but no later than *three business days* from now. *Information, including call details, related to this traceback request is available in the secure online portal linked at the end of this email.***

By way of introduction, my name is Josh Bercu, and I coordinate the efforts of USTelecom's ITG, the official U.S. Federal Communications Commission (FCC)-designated registered traceback consortium that works to identify the source of illegal robocalls. In accordance with Section 13(d) of the TRACED Act, and Section 0.111(i) of the FCC's regulations, we are writing to request your assistance on a traceback investigation that we reasonably believe involves fraudulent, abusive or potentially unlawful robocalls.

My contact information is listed below, and I would be more than happy to discuss this request with you.

## About the ITG and the Traceback Process

The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic and eliminate such traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information about the ITG or a list of the current members, see the ITG website

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information (CPNI) under certain circumstances. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." The FCC recently clarified that voice service providers that share certain information to combat robocalls do not violate CPNI obligations under the Communications Act and its rules. *See* <u>FCC 20-96</u>, ¶ 22.

The FCC's Enforcement Bureau has also concluded that "contractual provisions that prohibit, delay, or otherwise interfere with a voice service provider's cooperation with private-led traceback efforts are contrary to the spirit and goals of the TRACED Act." *See* <u>DA 20-785</u>, ¶ 28. The Enforcement Bureau therefore "encourage[d] voice service providers to review their contracts and eliminate such contract provisions as soon as possible."*Id.*

Finally, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

## Responding to This Request

We are asking that you submit your response to this inquiry via our secure online portalWe are asking that you submit your response to this inquiry via our secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic, and we request that you investigate that traffic and provide us with the information listed below through the portal. **For confidentiality and security purposes, provide this information** *only* **through the online portal. Do** *not* **provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network, or if one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic is able to demonstrate to you that the traffic complies with applicable U.S. laws and regulations, in the portal's comments section for the applicable traffic, identity of the end user and provide a description of the traffic and the end user's explanation of why it complies with U.S. laws and regulations.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from reaching U.S. consumers.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call (202) 551-0761 contact ITG team via reply email should you have any questions

Best Regards,

Josh Bercu
Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4868** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-Suspended |
| Date/Time: | 2021-04-23 14:49:22 +0000 UTC |
| To: | +15868501089 |
| From: | +15868505084 |

Calls fraudulently claim to be SSA threatening suspension of SSA account with immediate effect unless call-recipient presses 1 to speak to SSA legal department.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 14 May 21 14:44 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #4929 0 seconds ago |  |
|---|---|
| Campaign: | SSA-P1-BenefitsCanceled (GovtImpers) |
| Date/Time: | 2021-05-12 15:07:12 +0000 UTC |
| To: | +17138228183 |
| From: | +17138227818 |
| Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 18 May 21 19:11 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #4952** 0 seconds ago |  |
|---|---|
| Campaign: | SSA-Suspended |
| Date/Time: | 2021-05-17 16:14:46 +0000 UTC |
| To: | +15754433707 |
| From: | +15754432689 |
| Calls fraudulently claim to be SSA threatening suspension of SSA account with immediate effect unless call-recipient presses 1 to speak to SSA legal department. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 24 May 21 05:20 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4972** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-VT |
| Date/Time: | 2021-05-10 17:47:00 +0000 UTC |
| To: | +18027776961 |
| From: | +18027775361 |

Caller fraudulently claims to be from US Social Security Administration threatening problems with SS account. Potential TCPA violation and Vermont Consumer Protection Act violation.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 02 Jun 21 18:43 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #4932** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-P1-BenefitsCanceled (GovtImpers) |
| Date/Time: | 2021-05-13 19:21:09 +0000 UTC |
| To: | +19033411326 |
| From: | +19033419889 |

Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 03 Jun 21 16:47 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #5100** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |
| Date/Time: | 2021-06-02 16:50:41 +0000 UTC |
| To: | +18126862009 |
| From: | +18125886550 |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 03 Jun 21 16:50 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

| Call Details for Traceback #5096 0 seconds ago |
| --- |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |
| Date/Time: | 2021-05-10 17:14:20 +0000 UTC |
| To: | +17026777640 |
| From: | +17026980784 |
| FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 07 Jun 21 18:24 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #5129** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-Suspended |
| Date/Time: | 2021-06-04 17:25:49 +0000 UTC |
| To: | +19253219905 |
| From: | +19253217087 |

Calls fraudulently claim to be SSA threatening suspension of SSA account with immediate effect unless call-recipient presses 1 to speak to SSA legal department.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Jun 21 13:05 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #5143** 0 seconds ago

| | |
|---|---|
| Campaign: | FedReserv-Impers |
| Date/Time: | 2021-06-02 17:34:00 +0000 UTC |
| To: | +14789732938 |
| From: | +14789932619 |

Calls claiming to be from law enforcement Federal Reserve unit where the caller alleges they found suspicious activity from their banking account which there is a legal case being filed under your name and there is an arrest warrant being issued for the same in order to talk to an officer from law enforcement unit of Federal Reserve System please press one and hold the line.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Jun 21 18:38 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information _only_ through the online portal. Do _not_ provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #5158** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA - RegretToInform |
| Date/Time: | 2021-06-02 15:47:00 +0000 UTC |
| To: | +18147794654 |
| From: | +18147792409 |

Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service. Caller claims to be from Social Security Admin demanding callback prior to suspending SSN, threatening arrest. Message: "Call it from Social Security Administration we would like to notify you that we have got an order to suspend your social immediately within 24 hours due to suspicious and fraudulent activity found on your social we regret to inform you that this case is critical and time-sensitive is required your urgent attention as criminal case can be registered on your name if you do not want to get arrested press one to speak to the officer"

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 09 Jun 21 16:33 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #5169 0 seconds ago |
| --- |
| Campaign: SSA-P1-BenefitsCanceled (GovtImpers) |
| Date/Time: 2021-06-08 18:31:00 +0000 UTC |
| To: +19858706025 |
| From: +19858708308 |
| Captured recordings suggest these calls are perpetrating a SERIOUS FRAUD. Caller is impersonating a federal official. Automated message threatens that social security benefits will be canceled. Caller-ID appears to be a random toll-free number. Called party is asked to press 1 to speak to an agent. Caller-ID is random (different on each call) so blocking the ANI is not effective. This call is just one example representative of millions of similar calls. Originators please search your records for similar traffic. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 23 Jun 21 21:53 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

**Call Details for Traceback #5330** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-CrimeInvestigation |
| Date/Time: | 2021-06-22 18:44:00 +0000 UTC |
| To: | +19707780256 |
| From: | +19787613984 |

Caller is impersonating a federal official. Automated voice claims suspicious activity on your social security number. "Hello this is an urgent notice enforcement agencies to suspend your social security number on an immediate basis and money-laundering case so I want you to reach us immediately your Banking and government services are blocked now due to suspension of your Social Security number to know more about this case File reaches back on same number before we issue an arrest warrant for Crime investigation if we do not hear back from you will be considered as an intentional crime"

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 26 Jul 21 18:48 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #5526 0 seconds ago |
|---|

| | |
|---|---|
| Campaign: | Amazon - Acct On Hold |
| Date/Time: | 2021-07-15 16:45:00 +0000 UTC |
| To: | +17089275564 |
| From: | +17089273851 |

Automated voice claiming to be Amazon customer service calling about a recent order and due to suspicious activity the account may be placed on hold. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 26 Jul 21 18:51 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #5585 0 seconds ago | |
|---|---|
| Campaign: | SSA-KindlyPressOne |
| Date/Time: | 2021-07-23 22:23:34 +0000 UTC |
| To: | +12088903944 |
| From: | +12088643308 |
| These calls fraudulently claim to be from the SSA and advise a legal enforcement action has been filed on social security number. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 05 Aug 21 23:00 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #5693 0 seconds ago |
| --- |

| | |
| --- | --- |
| Campaign: | Amazon-SuspiciousCharge |
| Date/Time: | 2021-08-04 00:07:00 +0000 UTC |
| To: | +15705743191 |
| From: | +15705747280 |
| Calls to wireless numbers impersonating Amazon, claiming suspicious charges on customer's account. Random auto-dialing. Wireless numbers never been in service or currently not in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 14 Sep 21 14:18 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

<br>

**Call Details for Traceback #6048** 0 seconds ago

| | |
|---|---|
| Campaign: | Legal Enforcement Notice |
| Date/Time: | 2021-09-13 16:46:15 +0000 UTC |
| To: | +19048816709 |
| From: | +19706477298 |

Pre-recorded calls from spoofed numbers to consumers stating a warrant has been issued against them due to fraudulent activity and to press 1 for more information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Oct 21 13:52 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #6391** 0 seconds ago | |
|---|---|
| Campaign: | Amazon-AuthorizeOrder |
| Date/Time: | 2021-10-07 20:54:33 +0000 UTC |
| To: | +17276446307 |
| From: | +17273004930 |
| Calls to wireless numbers impersonating Amazon, calling to authorize an order that was placed. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 19 Oct 21 17:37 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

**Call Details for Traceback #6525** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-KindlyPressOne |
| Date/Time: | 2021-10-18 21:23:19 +0000 UTC |
| To: | +17025610226 |
| From: | +19047855234 |

These calls fraudulently claim to be from the SSA and advise a legal enforcement action has been filed on social security number.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 21 Oct 21 17:33 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #6591 0 seconds ago |
|---|
| Campaign: SSA-P1-TexasFraud (GovtImpers) |
| Date/Time: 2021-10-20 19:29:52 +0000 UTC |
| To: +18605181089 |
| From: +13173394249 |
| FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 21 Oct 21 18:59 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| | |
|---|---|
| **Call Details for Traceback #6593** 0 seconds ago | |
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |
| Date/Time: | 2021-10-20 18:17:52 +0000 UTC |
| To: | +18303253492 |
| From: | +13175941323 |
| FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 22 Oct 21 13:41 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #6598** 0 seconds ago | |
|---|---|
| Campaign: | Utility-30MinDisconnect |
| Date/Time: | 2021-10-21 18:23:49 +0000 UTC |
| To: | +19165216493 |
| From: | +19165214366 |
| Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 29 Oct 21 20:44 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #6738** 0 seconds ago |
| --- |
| Campaign: SSA-P1-TexasFraud (GovtImpers) |
| Date/Time: 2021-10-27 15:56:52 +0000 UTC |
| To: +16625822679 |
| From: +16625843805 |
| FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 01 Nov 21 13:33 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #6737** 0 seconds ago | |
|---|---|
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |
| Date/Time: | 2021-10-27 16:07:18 +0000 UTC |
| To: | +15025231025 |
| From: | +15025299770 |
| FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 01 Nov 21 14:50 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #6736** 0 seconds ago |
|---|
| Campaign: SSA-P1-TexasFraud (GovtImpers) |
| Date/Time: 2021-10-27 18:25:09 +0000 UTC |
| To: +15025231025 |
| From: +15025256377 |
| FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 05 Nov 21 15:23 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #6833** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |
| Date/Time: | 2021-11-03 16:40:00 +0000 UTC |
| To: | +18162107256 |
| From: | +18162156809 |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 05 Nov 21 15:31 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #6824** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |
| Date/Time: | 2021-11-03 15:15:03 +0000 UTC |
| To: | +13107467544 |
| From: | +13107494372 |

FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Nov 21 20:15 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #6882** 0 seconds ago |  |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2021-11-05 01:29:00 +0000 UTC |
| To: | +18306370945 |
| From: | +18062276904 |
| Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Nov 21 20:33 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #6885** 0 seconds ago

| | |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2021-11-03 19:58:00 +0000 UTC |
| To: | +14347701779 |
| From: | +17572013137 |

Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Nov 21 21:55 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #6886** 0 seconds ago | |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2021-11-03 19:35:00 +0000 UTC |
| To: | +14252476290 |
| From: | +14254307302 |

Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 09 Nov 21 18:52 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #6884** 0 seconds ago |  |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2021-11-04 00:44:00 +0000 UTC |
| To: | +15012701303 |
| From: | +18706805335 |
| Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 22 Nov 21 19:02 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #7044** 0 seconds ago

| | |
|---|---|
| Campaign: | Amazon-AuthorizeOrder |
| Date/Time: | 2021-11-16 16:33:07 +0000 UTC |
| To: | +18023538170 |
| From: | +18016797189 |

Calls to wireless numbers impersonating Amazon, calling to authorize an order that was placed.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Dec 21 14:25 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #7249** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-KindlyPressOne |
| Date/Time: | 2021-12-07 16:26:43 +0000 UTC |
| To: | +15129929046 |
| From: | +15129922595 |

These calls fraudulently claim to be from the SSA and advise a legal enforcement action has been filed on social security number.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 08 Dec 21 15:02 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

**Call Details for Traceback #7250** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-KindlyPressOne |
| Date/Time: | 2021-12-06 13:46:31 +0000 UTC |
| To: | +15129929046 |
| From: | +15129921339 |

These calls fraudulently claim to be from the SSA and advise a legal enforcement action has been filed on social security number.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 13 Jan 22 17:40 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #7633** 0 seconds ago

| | |
|---|---|
| Campaign: | LegalDept-Action-P1 |
| Date/Time: | 2022-01-12 21:52:49 +0000 UTC |
| To: | +12256509409 |
| From: | +12256503614 |

Calls claiming to be from the Legal Department, advising about the recipient's case and how legal action will be taken against them. To speak to a federal agent they need to press one.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 14 Jan 22 23:49 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://www.ustelecom.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #7655** 0 seconds ago

| | |
|---|---|
| Campaign: | SSA-KindlyPressOne-2 |
| Date/Time: | 2022-01-10 16:20:00 +0000 UTC |
| To: | +17178440299 |
| From: | +18709003693 |

These calls fraudulently claim to be from the SSA and advise a legal enforcement action has been filed on social security number.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 10 Feb 22 20:58 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

---

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

| Call Details for Traceback #8047 0 seconds ago | |
| --- | --- |
| Campaign: | Amazon-SuspiciousCharge |
| Date/Time: | 2022-02-08 22:56:32 +0000 UTC |
| To: | +18642001971 |
| From: | +18642009362 |

Calls to wireless numbers impersonating Amazon, claiming suspicious charges on customer's account. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com

Date: 10 Feb 22 21:00 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

<div align="center">

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

</div>

| **Call Details for Traceback #8048** 0 seconds ago |  |
|---|---|
| Campaign: | Amazon-SuspiciousCharge |
| Date/Time: | 2022-02-08 19:04:06 +0000 UTC |
| To: | +13045905202 |
| From: | +13045904780 |
| Calls to wireless numbers impersonating Amazon, claiming suspicious charges on customer's account. Random auto-dialing. Wireless numbers never been in service or currently not in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 10 Feb 22 22:31 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

| **Call Details for Traceback #8050** 0 seconds ago |
|---|
| Campaign: Amazon-SuspiciousCharge |
| Date/Time: 2022-02-08 18:20:12 +0000 UTC |
| To: +12012505192 |
| From: +12012508878 |
| Calls to wireless numbers impersonating Amazon, claiming suspicious charges on customer's account. Random auto-dialing. Wireless numbers never been in service or currently not in service. |

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 01 Mar 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

noc, you can find your organization's **Monthly Metrics** below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 hour 9 minutes | 1 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Opextel, LLC | 3 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?**
**location=/providers/provider/summaries/386&token=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJ1c2VybmFtZSI6ImthdGhlcmluZS5yb3NhbGVzQHNtYXJ0YnJ0ZWwuY29tIiwic3VicyIsImlkIjoxMDAzMCwianRpIjoiMTAwMzAifQ.mgP_5jeEKGCuVOKrFTc0xCGi80wMxdTcV14mBQnyurg**

From: traceback-notice@tracebacks.org

To: eborrero@smartbiztel.com

Date: 01 Mar 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

Eduardo Borrero, you can find your organization's **Monthly Metrics** below.

## Your Summary:

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 hour 9 minutes | 1 |

## Upstream Summary:

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Opextel, LLC | 3 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?**
**location=/providers/provider/summaries/386&token=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJ1c2VybmFtZSI6ImVib3JyZXJvQHN**
**tYXJ0Yml6dGVsLmNvbSIsImlkIjoxMTIwMSwianRpIjoiMTEyMDEifQ.mLlJeQG-KjgTTQjSIFBnwiLKZjvZ2heqjiR9VQJGQEk**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 01 Mar 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

NOC, you can find your organization's **Monthly Metrics** below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 hour 9 minutes | 1 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Opextel, LLC | 3 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?**
**location=/providers/provider/summaries/386&token=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJ1c2VybmFtZSI6Im5vY0BzbWFydG**
**JpenRlbC5jb20iLCJpZCI6NjQ4LCJqdGkiOiI2NDgifQ.ncWchlTO9C2yPyehwcznh_cX9BRzWVdaID83bJzqYBE**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 07 Mar 22 21:49 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #8319 0 seconds ago |  |
|---|---|
| Campaign: | Travel Scam-Costco |
| Date/Time: | 2022-03-04 23:47:32 +0000 UTC |
| To: | +19282714872 |
| From: | +16027240592 |

Recorded voice offering hospitality incentive through high-volume calling campaign, including to wireless numbers. Use of brand names, including Costco, apparently fraudulently without permission. Caller also falsely claims association with Hilton and Marriott. Suspected caller-ID spoofing due to high volume of originating numbers. Failure to identify the entity responsible for the call.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 08 Mar 22 02:34 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #8311** 0 seconds ago | |
|---|---|
| Campaign: | Amazon-AuthorizeOrder |
| Date/Time: | 2022-03-06 16:11:10 +0000 UTC |
| To: | +16054001440 |
| From: | +16059898493 |
| Calls to wireless numbers impersonating Amazon, calling to authorize an order that was placed. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 09 Mar 22 15:57 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #8343** 0 seconds ago

| | |
|---|---|
| Campaign: | Utility-ElectricRebateCheck-P1 |
| Date/Time: | 2022-03-08 18:33:18 +0000 UTC |
| To: | +16143273052 |
| From: | +16143543412 |

Recorded message says you will receive a rebate check for utility service due to an overcharge by a third party supplier. Assorted toll-free or other numbers used as caller-ID.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 09 Mar 22 17:20 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

---

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

| **Call Details for Traceback #8338** 0 seconds ago | |
|---|---|
| Campaign: | Utility-ElectricRebateCheck-P1 |
| Date/Time: | 2022-03-08 16:01:25 +0000 UTC |
| To: | +12162581980 |
| From: | +12162058776 |
| Recorded message says you will receive a rebate check for utility service due to an overcharge by a third party supplier. Assorted toll-free or other numbers used as caller-ID. | |

From: traceback-notice@tracebacks.org

To: eborrero@smartbiztel.com

Date: 01 Apr 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

Eduardo Borrero, you can find your organization's **Monthly Metrics** below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 hours 20 minutes | 2 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Lata 1 Communications Inc. | 1 | 0 | 1 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 3 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?**
**location=/providers/provider/summaries/386&token=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJ1c2VybmFtZSI6ImVib3JyZXJvQHN**
**tYXJ0Yml6dGVsLmNvbSIsImlkIjoxMTIwMSwianRpIjoiMTEyMDEifQ.mLlJeQG-KjgTTQjSIFBnwiLKZjvZ2heqjiR9VQJGQEk**

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 01 Apr 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

noc, you can find your organization's **Monthly Metrics** below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 hours 20 minutes | 2 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Lata 1 Communications Inc. | 1 | 0 | 1 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 3 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?**
**location=/providers/provider/summaries/386&token=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJ1c2VybmFtZSI6ImthdGhlcmluZS5yb3NhbGVzQHNtYXJ0Yml6dGVsLmNvbSIsImlkIjoxMDAzMCwianRpIjoiMTAwMzAifQ.mgP_5jeEKGCuVOKrFTc0xCGi80wMxdTcV14mBQnyurg**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 01 Apr 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

NOC, you can find your organization's **Monthly Metrics** below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 hours 20 minutes | 2 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Lata 1 Communications Inc. | 1 | 0 | 1 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 3 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?**
**location=/providers/provider/summaries/386&token=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJ1c2VybmFtZSI6Im5vY0BzbWFydG**
**JpenRlbC5jb20iLCJpcZCI6NjQ4LCJqdGkiOiI2NDgifQ.ncWchlTO9C2yPyehwcznh_cX9BRzWVdaID83bJzqYBE**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Apr 22 17:26 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #8606** 0 seconds ago | |
|---|---|
| Campaign: | Amazon-AuthorizeOrder-P3 |
| Date/Time: | 2022-03-30 21:26:27 +0000 UTC |
| To: | +18649347810 |
| From: | +12073648869 |
| Calls to wireless numbers impersonating Amazon, calling to authorize an order that was placed. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 13 Apr 22 14:20 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information _only_ through the online portal. Do _not_ provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #8718** 0 seconds ago

| | |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-04-08 01:20:28 +0000 UTC |
| To: | +15756187233 |
| From: | +15758883317 |

Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 13 Apr 22 15:45 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #8719** 0 seconds ago

| | |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-04-11 22:04:26 +0000 UTC |
| To: | +19712842814 |
| From: | +19715125516 |

Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 13 Apr 22 15:46 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #8715** 0 seconds ago |  |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-04-09 00:39:50 +0000 UTC |
| To: | +15302405109 |
| From: | +15308172249 |
| Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 13 Apr 22 15:47 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #8721 0 seconds ago |
|---|

| | |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-04-11 19:00:32 +0000 UTC |
| To: | +16052229305 |
| From: | +16059494317 |

Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 13 Apr 22 18:28 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #8736** 0 seconds ago | |
| --- | --- |
| Campaign: | Apple-SuspiciousActivity |
| Date/Time: | 2022-04-01 16:35:00 +0000 UTC |
| To: | +12062327528 |
| From: | +12062322521 |
| Caller claiming to be from Apple Security regarding suspicious activity on a cloud account. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 14 Apr 22 14:54 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #8737** 0 seconds ago | |
|---|---|
| Campaign: | StudentLoan-Forgiveness |
| Date/Time: | 2022-04-05 20:24:00 +0000 UTC |
| To: | +13194313880 |
| From: | +15416558857 |
| Calls to recipients offering student loan forgiveness. Recipients may not have student loans. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 14 Apr 22 14:56 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #8739** 0 seconds ago | |
|---|---|
| Campaign: | ImproperTN-Use |
| Date/Time: | 2022-03-30 16:01:00 +0000 UTC |
| To: | +17023375905 |
| From: | +12012000012 |
| Improper use of number on authenticated call as part of bulk calling campaign. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 14 Apr 22 14:58 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #8741 | 0 seconds ago |
|---|---|
| Campaign: | ImproperTN-Use |
| Date/Time: | 2022-03-30 16:08:00 +0000 UTC |
| To: | +17025262784 |
| From: | +12012000012 |
| Improper use of number on authenticated call as part of bulk calling campaign. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 14 Apr 22 15:00 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #8742** 0 seconds ago | |
|---|---|
| Campaign: | ImproperTN-Use |
| Date/Time: | 2022-03-30 16:02:00 +0000 UTC |
| To: | +17752300611 |
| From: | +12012000012 |
| Improper use of number on authenticated call as part of bulk calling campaign. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 22 Apr 22 21:01 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information _only_ through the online portal. Do _not_ provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #8840** 0 seconds ago |
|---|

| Campaign: | Travel-Brand-Impers |
|---|---|
| Date/Time: | 2022-04-21 18:51:43 +0000 UTC |
| To: | +17039990645 |
| From: | +17032132856 |

Recorded voice offering hospitality incentive through high-volume calling campaign, including to wireless numbers. Confirmed fraudulent use of third-party brand names, including Marriott, without permission of the brand owner. Caller also falsely claims association with Hilton and Four Seasons. Suspected caller-ID spoofing due to high volume of originating numbers. Failure to identify the entity responsible for the call.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 01 May 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

NOC, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 49 minutes 13 seconds | 3 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Lata 1 Communications Inc. | 4 | 0 | 4 | 0 | 0 | 0 |
| Etelix.com USA, LLC | 1 | 0 | 1 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 6 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?**
**location=/providers/provider/summaries/386&token=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJ1c2VybmFtZSI6Im5vY0BzbWFydG**
**JpenRlbC5jb20iLCJpZCI6NjQ4LCJqdGkiOiI2NDgifQ.ncWchlTO9C2yPyehwcznh_cX9BRzWVdalD83bJzqYBE**

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 01 May 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

noc, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 49 minutes 13 seconds | 3 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Lata 1 Communications Inc. | 4 | 0 | 4 | 0 | 0 | 0 |
| Etelix.com USA, LLC | 1 | 0 | 1 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 6 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?**
**location=/providers/provider/summaries/386&token=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJ1c2VybmFtZSI6ImthdGhlcmluZS5yb3NhbGVzQHNtYXJ0Yml6dGVsLmNvbSIsImlkIjoxMDAzMCwianRpIjoiMTAwMzAifQ.mgP_5jeEKGCuVOKrFTc0xCGi80wMxdTcV14mBQnyurg**

From: traceback-notice@tracebacks.org

To: eborrero@smartbiztel.com

Date: 01 May 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

Eduardo Borrero, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|------------|------|-----|------------|------|---------|-----------|--------------|-----------|
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 49 minutes 13 seconds | 3 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|----------|------------|------|-----|------|---------|-----------|
| Lata 1 Communications Inc. | 4 | 0 | 4 | 0 | 0 | 0 |
| Etelix.com USA, LLC | 1 | 0 | 1 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 6 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?**
**location=/providers/provider/summaries/386&token=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJ1c2VybmFtZSI6ImVib3JyZXJvQHN**
**tYXJ0Yml6dGVsLmNvbSIsImlkIjoxMTIwMSwianRpIjoiMTEyMDEifQ.mLlJeQG-KjgTTQjSIFBnwiLKZjvZ2heqjiR9VQJGQEk**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 02 May 22 20:56 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #8885 | 0 seconds ago |
|---|---|
| Campaign: | AutoWarranty-Expiring |
| Date/Time: | 2022-04-26 18:12:00 +0000 UTC |
| To: | +14086302511 |
| From: | +14086304545 |
| Significant amount of spoofed calls per day using a prerecorded message suggesting car warranty is expiring. Likely no consent to make calls. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 19 May 22 18:42 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #9127** 0 seconds ago | |
|---|---|
| Campaign: | StudentLoan-ForgivenessCenter |
| Date/Time: | 2022-05-17 20:30:22 +0000 UTC |
| To: | +12069725785 |
| From: | +18307234696 |
| Call to mobile using pre-recorded voice. Referencing student loan Forgiveness center; Some call recipients do not have student loans. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 26 May 22 00:50 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #9194** 0 seconds ago

| | |
|---|---|
| Campaign: | Bank-Impers-P2 |
| Date/Time: | 2022-05-19 01:35:00 +0000 UTC |
| To: | +15088132683 |
| From: | +18004321000 |

Bank of America Impersonation. Client receives a call from a spoofed number claiming to be a Bank of America representative. The caller attempts to social engineer victim into providing sensitive information and executing transactions.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 26 May 22 15:29 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #9197** 0 seconds ago |
| --- |

| | |
| --- | --- |
| Campaign: | Bank-Impers-P2 |
| Date/Time: | 2022-05-16 23:40:00 +0000 UTC |
| To: | +14095494262 |
| From: | +18004321000 |

Bank of America Impersonation. Client receives a call from a spoofed number claiming to be a Bank of America representative. The caller attempts to social engineer victim into providing sensitive information and executing transactions.

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 01 Jun 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

noc, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 3 hours 38 minutes | 2 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Telconus / Telcon US / Telcon Voice / Whisl | 4 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=10030&token=fd59d524-dea4-4787-a4d7-f10bba1d50a7**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 01 Jun 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

NOC, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 3 hours 38 minutes | 2 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Telconus / Telcon US / Telcon Voice / Whisl | 4 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=648&token=7097d9c6-08cd-4309-9f6d-8256b74987a6

From: traceback-notice@tracebacks.org

To: eborrero@smartbiztel.com

Date: 01 Jun 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

Eduardo Borrero, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 3 hours 38 minutes | 2 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Telconus / Telcon US / Telcon Voice / Whisl | 4 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=11201&token=d8d15751-2140-48e9-9eff-8ac43509989c**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 02 Jun 22 20:11 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #9227** 0 seconds ago | |
|---|---|
| Campaign: | SpamCalls-Spoofed-P1 |
| Date/Time: | 2022-05-26 17:08:00 +0000 UTC |
| To: | +17245967319 |
| From: | +17246230023 |
| Spoofed calls impersonating local businesses and government officials causing disruption. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 13 Jun 22 12:57 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #9275** 0 seconds ago

| | |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-06-08 17:51:09 +0000 UTC |
| To: | +17203152669 |
| From: | +13033370870 |

Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 13 Jun 22 13:01 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9272 0 seconds ago |  |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-06-07 20:21:17 +0000 UTC |
| To: | +14437210768 |
| From: | +14104516636 |
| Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 13 Jun 22 14:17 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

**Call Details for Traceback #9274** 0 seconds ago

| | |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-06-09 17:21:42 +0000 UTC |
| To: | +18136017272 |
| From: | +15616263969 |

Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 13 Jun 22 14:23 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #9270** 0 seconds ago | |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-06-07 18:44:58 +0000 UTC |
| To: | +12488975560 |
| From: | +17342940006 |
| Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 13 Jun 22 14:33 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9269 0 seconds ago |
|---|
| Campaign: Hotel-ComplimentaryStay |
| Date/Time: 2022-06-07 00:03:06 +0000 UTC |
| To: +19139611066 |
| From: +17852101752 |
| Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 13 Jun 22 14:53 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #9271** 0 seconds ago |
|---|
| Campaign: Hotel-ComplimentaryStay |
| Date/Time: 2022-06-07 19:08:21 +0000 UTC |
| To: +16026478509 |
| From: +16232435699 |
| Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 22 Jun 22 21:37 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #9427** 0 seconds ago

| | |
|---|---|
| Campaign: | AutoWarranty-NationalDealerSvcs-P1 |
| Date/Time: | 2022-06-21 20:45:25 +0000 UTC |
| To: | +18147066874 |
| From: | +16504902748 |

Automated, recorded voice calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service. Toll-free callback number not provided in voicemail.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 23 Jun 22 13:14 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

---

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

| Call Details for Traceback #9430 | 0 seconds ago |
|---|---|
| Campaign: | Spanish-AutoWarranty-Upgrade |
| Date/Time: | 2022-06-20 17:41:18 +0000 UTC |
| To: | +16517926396 |
| From: | +15309824711 |

Pre-recoded calls with Spanish message regarding your vehicle service contract, last attempt to upgrade. Recorded voice calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 24 Jun 22 13:52 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #9465** 0 seconds ago | |
|---|---|
| Campaign: | SSA-P1-TexasFraud (GovtImpers) |
| Date/Time: | 2022-06-23 23:05:23 +0000 UTC |
| To: | +13524241478 |
| From: | +13524247948 |
| FRAUD. Recorded message says SSN is suspended due to fraud in Texas or other state. Caller fraudulently claims to be from SSA. Spoofed caller-ID using random wireless and other USA subscriber numbers. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 29 Jun 22 15:12 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #9511** 0 seconds ago

| | |
|---|---|
| Campaign: | LegalDept-Action-P1 |
| Date/Time: | 2022-06-23 18:11:05 +0000 UTC |
| To: | +14056282527 |
| From: | +14056285995 |

Calls claiming to be from the Legal Department, advising about the recipient's case and how legal action will be taken against them. To speak to a federal agent they need to press one.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 29 Jun 22 17:45 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #9543** 0 seconds ago |  |
| --- | --- |
| Campaign: | Spanish-HealthInsCenter |
| Date/Time: | 2022-06-22 22:24:38 +0000 UTC |
| To: | +13867854535 |
| From: | +14075896477 |
| Pre-recorded calls from the Health Insurance Center, to speak to agent press one. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 29 Jun 22 18:49 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9541 | 0 seconds ago |
|---|---|
| Campaign: | Spanish-HealthInsCenter |
| Date/Time: | 2022-06-21 22:24:04 +0000 UTC |
| To: | +14322323954 |
| From: | +14327297905 |

Pre-recorded calls from the Health Insurance Center, to speak to agent press one. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 30 Jun 22 16:12 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

---

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

| **Call Details for Traceback #9551** 0 seconds ago | |
|---|---|
| Campaign: | AutoWarranty-ExtendOrReinst |
| Date/Time: | 2022-06-29 16:16:57 +0000 UTC |
| To: | +18188075006 |
| From: | +18188062990 |

Recorded voice indicates offers to extend or reinstate vehicle warranty. Recorded message to mobile number. Some calls placed to numbers on national do-not-call list. Calls placed using many different Caller-ID values. Some identify the caller generically as Automotive Services; some voice-mail messages do not capture name of calling entity. Same calling numbers are regularly reported to FTC at donotcall.gov (over 100). We have previously been told caller has consent. Because this campaign routinely appears at the top of our daily tally of highest-volume robocallers, we periodically trace back examples to verify the source. Originator is asked to provide consent details for this call and to address failure to identify calling entity.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 30 Jun 22 16:21 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #9553** 0 seconds ago

| | |
|---|---|
| Campaign: | AutoWarranty-ExtendOrReinst |
| Date/Time: | 2022-06-29 16:05:31 +0000 UTC |
| To: | +18583545771 |
| From: | +18589252536 |

Recorded voice indicates offers to extend or reinstate vehicle warranty. Recorded message to mobile number. Some calls placed to numbers on national do-not-call list. Calls placed using many different Caller-ID values. Some identify the caller generically as Automotive Services; some voice-mail messages do not capture name of calling entity. Same calling numbers are regularly reported to FTC at donotcall.gov (over 100). We have previously been told caller has consent. Because this campaign routinely appears at the top of our daily tally of highest-volume robocallers, we periodically trace back examples to verify the source. Originator is asked to provide consent details for this call and to address failure to identify calling entity.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 01 Jul 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

NOC, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 46 minutes 13 seconds | 7 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Lata 1 Communications Inc. | 2 | 1 | 1 | 0 | 0 | 0 |
| Etelix.com USA, LLC | 8 | 0 | 8 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 5 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=648&token=fb0ac696-fc95-49e8-8615-0c467c6e735f**

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 01 Jul 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

noc, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 46 minutes 13 seconds | 7 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Lata 1 Communications Inc. | 2 | 1 | 1 | 0 | 0 | 0 |
| Etelix.com USA, LLC | 8 | 0 | 8 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 5 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=10030&token=1d1334d7-c3bd-486a-8820-1b435937498f**

From: traceback-notice@tracebacks.org

To: eborrero@smartbiztel.com

Date: 01 Jul 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

Eduardo Borrero, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 46 minutes 13 seconds | 7 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Lata 1 Communications Inc. | 2 | 1 | 1 | 0 | 0 | 0 |
| Etelix.com USA, LLC | 8 | 0 | 8 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 5 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=11201&token=4edf3f65-0c91-4235-b656-630c346c1097

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Jul 22 14:56 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

---

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

**Call Details for Traceback #9588** 0 seconds ago

| | |
|---|---|
| Campaign: | Discount-DirecTV50 |
| Date/Time: | 2022-06-30 18:25:05 +0000 UTC |
| To: | +12533321444 |
| From: | +13614629177 |

FRAUD. Caller claims to be from ATT DirecTV offering 50 percent discount and may request callback. Calls are NOT from DirectTV; caller will attempt to extort money via prepayment. Recorded message to mobile number not allowed.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Jul 22 15:03 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

---

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

**Call Details for Traceback #9579** 0 seconds ago

| | |
|---|---|
| Campaign: | Discount-DirecTV50 |
| Date/Time: | 2022-06-30 18:29:55 +0000 UTC |
| To: | +14402137689 |
| From: | +16184774662 |

FRAUD. Caller claims to be from ATT DirecTV offering 50 percent discount and may request callback. Calls are NOT from DirectTV; caller will attempt to extort money via prepayment. Recorded message to mobile number not allowed.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 14 Jul 22 06:18 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #9708** 0 seconds ago

| | |
|---|---|
| Campaign: | GovtImpers |
| Date/Time: | 2022-07-08 14:38:00 +0000 UTC |
| To: | +18568319478 |
| From: | +18775277867 |

Calls impersonating law enforcement or government officials. Making false statements to possibly extract payment or personal information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Jul 22 14:44 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #9727** 0 seconds ago

| | |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-07-12 23:24:03 +0000 UTC |
| To: | +19518099928 |
| From: | +15626956435 |

Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Jul 22 14:59 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #9721** 0 seconds ago

| | |
|---|---|
| Campaign: | LegalDept-Action-P1 |
| Date/Time: | 2022-07-14 17:05:04 +0000 UTC |
| To: | +13362540939 |
| From: | +13366903666 |

Calls claiming to be from the Legal Department, advising about the recipient's case and how legal action will be taken against them. To speak to a federal agent they need to press one.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Jul 22 14:59 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9722 0 seconds ago | |
|---|---|
| Campaign: | LegalDept-Action-P1 |
| Date/Time: | 2022-07-14 16:41:43 +0000 UTC |
| To: | +19032446829 |
| From: | +19036126146 |

Calls claiming to be from the Legal Department, advising about the recipient's case and how legal action will be taken against them. To speak to a federal agent they need to press one.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Jul 22 15:00 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #9726** 0 seconds ago

| | |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-07-12 01:13:15 +0000 UTC |
| To: | +14234026248 |
| From: | +16153606853 |

Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Jul 22 15:12 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #9728** 0 seconds ago

| | |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-07-13 00:39:46 +0000 UTC |
| To: | +16604923927 |
| From: | +13142822499 |

Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Jul 22 15:33 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #9720** 0 seconds ago | |
|---|---|
| Campaign: | LegalDept-Action-P1 |
| Date/Time: | 2022-07-14 18:16:39 +0000 UTC |
| To: | +14693659631 |
| From: | +14697379452 |

Calls claiming to be from the Legal Department, advising about the recipient's case and how legal action will be taken against them. To speak to a federal agent they need to press one.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Jul 22 15:34 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #9719** 0 seconds ago | |
|---|---|
| Campaign: | LegalDept-Action-P1 |
| Date/Time: | 2022-07-14 18:19:20 +0000 UTC |
| To: | +15019440512 |
| From: | +15019087422 |

Calls claiming to be from the Legal Department, advising about the recipient's case and how legal action will be taken against them. To speak to a federal agent they need to press one.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Jul 22 16:45 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9724 0 seconds ago |  |
|---|---|
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-07-11 21:00:07 +0000 UTC |
| To: | +15745272339 |
| From: | +12605571382 |
| Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 18 Jul 22 12:03 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9725 0 seconds ago |
| --- |

| | |
| --- | --- |
| Campaign: | Hotel-ComplimentaryStay |
| Date/Time: | 2022-07-11 19:47:37 +0000 UTC |
| To: | +14354145837 |
| From: | +18019229383 |

Hotel impersonation offering a complimentary stay. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 22 Jul 22 14:25 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #9822** 0 seconds ago |
|---|
| Campaign:    CCIRR-Expire |
| Date/Time:   2022-07-21 20:10:11 +0000 UTC |
| To:          +17606083091 |
| From:        +17609913564 |
| Spoofed calls claiming to be financial institution advising your eligibility for rate reduction is about to expire. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 22 Jul 22 22:11 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #9820** 0 seconds ago |
| --- |
| Campaign: CCIRR-Expire |
| Date/Time: 2022-07-20 22:52:51 +0000 UTC |
| To: +16177924618 |
| From: +18012806451 |
| Spoofed calls claiming to be financial institution advising your eligibility for rate reduction is about to expire. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 22 Jul 22 22:12 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9823 0 seconds ago | |
|---|---|
| Campaign: | CCIRR-Expire |
| Date/Time: | 2022-07-21 16:29:10 +0000 UTC |
| To: | +18132947767 |
| From: | +18635713684 |
| Spoofed calls claiming to be financial institution advising your eligibility for rate reduction is about to expire. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 27 Jul 22 21:42 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9877 0 seconds ago |
|---|

| | |
|---|---|
| Campaign: | Financial-Hardship-P3 |
| Date/Time: | 2022-07-26 16:11:00 +0000 UTC |
| To: | +16189363175 |
| From: | +17156490874 |

Pre-recorded call offering assistance program to eliminate financial hardship. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

From: traceback-notice@tracebacks.org

To: eborrero@smartbiztel.com

Date: 01 Aug 22 09:31 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

Eduardo Borrero, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|------------|------|-----|------------|------|---------|-----------|--------------|-----------|
| 13 | 0 | 0 | 0 | 0 | 0 | 2 | 10 hours 16 minutes | 4 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|----------|-----------|------|-----|------|---------|-----------|
| Lata 1 Communications Inc. | 5 | 0 | 5 | 0 | 0 | 0 |
| Red Telecom LLC | 1 | 0 | 0 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 6 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=11201&token=0a521a33-ef26-4871-9a06-b4792c36c58c**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 01 Aug 22 09:31 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

NOC, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 13 | 0 | 0 | 0 | 0 | 0 | 2 | 10 hours 16 minutes | 4 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Lata 1 Communications Inc. | 5 | 0 | 5 | 0 | 0 | 0 |
| Red Telecom LLC | 1 | 0 | 0 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 6 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=648&token=708a54ab-bbd2-4849-9a2f-1e1efb2dfb42

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 01 Aug 22 09:31 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

noc, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 13 | 0 | 0 | 0 | 0 | 0 | 2 | 10 hours 16 minutes | 4 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Lata 1 Communications Inc. | 5 | 0 | 5 | 0 | 0 | 0 |
| Red Telecom LLC | 1 | 0 | 0 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 6 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=10030&token=b71f72da-27d2-4cde-9b9b-b4332103c531**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 02 Aug 22 17:27 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9934 0 seconds ago | |
|---|---|
| Campaign: | Discount-DirecTV50 |
| Date/Time: | 2022-08-01 19:25:21 +0000 UTC |
| To: | +14792632690 |
| From: | +19014130935 |
| FRAUD. Caller claims to be from ATT DirecTV offering 50 percent discount and may request callback. Calls are NOT from DirectTV; caller will attempt to extort money via prepayment. Recorded message to mobile number not allowed. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 05 Aug 22 15:02 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9994 0 seconds ago |
|---|

| | |
|---|---|
| Campaign: | DebtRelief-ZeroTax |
| Date/Time: | 2022-08-03 21:34:08 +0000 UTC |
| To: | +16058585125 |
| From: | +17158005069 |

Pre-recorded call regarding new zero tax debt relief program. Automated calls to wireless numbers generally not permitted. Calls to numbers not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 05 Aug 22 15:09 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9995 0 seconds ago |  |
|---|---|
| Campaign: | DebtRelief-ZeroTax |
| Date/Time: | 2022-08-03 21:08:11 +0000 UTC |
| To: | +14234134359 |
| From: | +14632446043 |

Pre-recorded call regarding new zero tax debt relief program. Automated calls to wireless numbers generally not permitted. Calls to numbers not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 05 Aug 22 15:18 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9993 0 seconds ago | |
|---|---|
| Campaign: | DebtRelief-ZeroTax |
| Date/Time: | 2022-08-03 21:58:06 +0000 UTC |
| To: | +12058600784 |
| From: | +15632878638 |
| Pre-recorded call regarding new zero tax debt relief program. Automated calls to wireless numbers generally not permitted. Calls to numbers not in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 05 Aug 22 15:48 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #9991** 0 seconds ago

| | |
|---|---|
| Campaign: | DebtRelief-ZeroTax |
| Date/Time: | 2022-08-03 22:40:14 +0000 UTC |
| To: | +18649347599 |
| From: | +12173501814 |

Pre-recorded call regarding new zero tax debt relief program. Automated calls to wireless numbers generally not permitted. Calls to numbers not in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 05 Aug 22 15:50 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9990 | 0 seconds ago |
|---|---|
| Campaign: | DebtRelief-ZeroTax |
| Date/Time: | 2022-08-03 22:56:48 +0000 UTC |
| To: | +14236934775 |
| From: | +12098447654 |
| Pre-recorded call regarding new zero tax debt relief program. Automated calls to wireless numbers generally not permitted. Calls to numbers not in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 08 Aug 22 18:42 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

### Responding to This Request

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #9992 0 seconds ago | |
|---|---|
| Campaign: | DebtRelief-ZeroTax |
| Date/Time: | 2022-08-03 22:27:14 +0000 UTC |
| To: | +14234134359 |
| From: | +19209811319 |
| Pre-recorded call regarding new zero tax debt relief program. Automated calls to wireless numbers generally not permitted. Calls to numbers not in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 11 Aug 22 16:48 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10058 0 seconds ago |  |
|---|---|
| Campaign: | AutoWarranty-Various-P3 |
| Date/Time: | 2022-08-08 15:14:00 +0000 UTC |
| To: | +15099445289 |
| From: | +13606566593 |
| Caller offering some type of car warranty. Typically using a prerecorded or artificial voice. Some calls are to mobiles. May not honor DNC. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Aug 22 13:41 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

**Call Details for Traceback #10087** 0 seconds ago

| | |
|---|---|
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-10 15:32:57 +0000 UTC |
| To: | +15059167890 |
| From: | +17372640665 |

Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Aug 22 13:43 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #10088** 0 seconds ago | |
|---|---|
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-10 22:45:08 +0000 UTC |
| To: | +18609415444 |
| From: | +12345624415 |

Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Aug 22 15:38 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10089 0 seconds ago | |
|---|---|
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-11 22:23:15 +0000 UTC |
| To: | +14797215403 |
| From: | +18317132087 |
| Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Aug 22 16:43 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10086 0 seconds ago |
| --- |

| | |
| --- | --- |
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-11 19:04:15 +0000 UTC |
| To: | +15415914470 |
| From: | +13463727634 |

Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 15 Aug 22 19:07 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

**Call Details for Traceback #10085** 0 seconds ago

| | |
|---|---|
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-11 18:40:36 +0000 UTC |
| To: | +15418529035 |
| From: | +19519012074 |

Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 19 Aug 22 14:13 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10162 0 seconds ago |
| --- |

| | |
| --- | --- |
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-15 19:35:40 +0000 UTC |
| To: | +16627030343 |
| From: | +17177084591 |

Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 19 Aug 22 15:07 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

<u>**Responding to This Request**</u>

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

---

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

| **Call Details for Traceback #10163** 0 seconds ago | |
|---|---|
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-17 15:31:56 +0000 UTC |
| To: | +16626643872 |
| From: | +13866660541 |

Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 19 Aug 22 15:09 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information <u>only</u> through the online portal. Do <u>not</u> provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #10165** 0 seconds ago

| | |
|---|---|
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-17 22:04:35 +0000 UTC |
| To: | +14844085907 |
| From: | +17072044228 |

Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 19 Aug 22 15:11 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10159 0 seconds ago | |
|---|---|
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-16 19:51:58 +0000 UTC |
| To: | +14752433534 |
| From: | +17793231211 |
| Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 19 Aug 22 17:46 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10167 0 seconds ago |
|---|

| | |
|---|---|
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-17 16:02:31 +0000 UTC |
| To: | +13136709416 |
| From: | +15206500763 |

Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 19 Aug 22 17:50 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10160 | 0 seconds ago |
|---|---|
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-16 17:16:05 +0000 UTC |
| To: | +18283370569 |
| From: | +18509550193 |

Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 19 Aug 22 17:56 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #10161** 0 seconds ago

| Campaign: | Tax-Debt-P1 |
|---|---|
| Date/Time: | 2022-08-16 21:10:48 +0000 UTC |
| To: | +12529083863 |
| From: | +16099938744 |

Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 20 Aug 22 12:26 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #10166** 0 seconds ago | |
|---|---|
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-17 15:43:05 +0000 UTC |
| To: | +12315193509 |
| From: | +13855660650 |
| Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 20 Aug 22 12:28 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #10164** 0 seconds ago | |
|---|---|
| Campaign: | Tax-Debt-P1 |
| Date/Time: | 2022-08-17 20:57:44 +0000 UTC |
| To: | +18147794654 |
| From: | +12097642412 |
| Prerecorded calls claiming recipient inquired for assistance on their IRS tax debt. Caller doesn't identify who they are. Automated calls to wireless numbers not permitted without consent. Numbers no longer in service or never been in service. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 24 Aug 22 16:19 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10224 0 seconds ago | |
|---|---|
| Campaign: | StudentLoan-Payments |
| Date/Time: | 2022-08-23 18:56:00 +0000 UTC |
| To: | +14437133457 |
| From: | +15302170777 |

Calls to recipients about student loan payment suspension. Voice-mail message does not identify the calling entity, nor does it provide an opt-out option. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 25 Aug 22 14:06 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

---

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

| **Call Details for Traceback #10237** 0 seconds ago |
| --- |
| Campaign: StudentLoan-Payments-P1 |
| Date/Time: 2022-08-24 19:02:24 +0000 UTC |
| To: +18607984114 |
| From: +15415815549 |

Calls to recipients about student loan payment suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 25 Aug 22 16:13 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #10231** 0 seconds ago |
| --- |

| | |
| --- | --- |
| Campaign: | StudentLoan-Payments-P1 |
| Date/Time: | 2022-08-24 17:38:36 +0000 UTC |
| To: | +15054002808 |
| From: | +19728450350 |

Calls to recipients about student loan payment suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 25 Aug 22 16:18 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

**Call Details for Traceback #10236** 0 seconds ago

| | |
|---|---|
| Campaign: | StudentLoan-Payments-P1 |
| Date/Time: | 2022-08-24 16:30:02 +0000 UTC |
| To: | +16038920087 |
| From: | +16412892883 |

Calls to recipients about student loan payment suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 26 Aug 22 19:18 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

---

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

---

| Call Details for Traceback #10239 0 seconds ago |
|---|
| Campaign: StudentLoan-Payments-P1 |
| Date/Time: 2022-08-24 15:34:47 +0000 UTC |
| To: +16014702824 |
| From: +16264065470 |
| Calls to recipients about student loan payment suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 30 Aug 22 15:12 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #10293** 0 seconds ago |
| --- |

| | |
| --- | --- |
| Campaign: | StudentLoan-Payments-P1 |
| Date/Time: | 2022-08-29 19:26:07 +0000 UTC |
| To: | +13174522049 |
| From: | +14352964843 |

Calls to recipients about student loan payment suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 30 Aug 22 15:14 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10292 0 seconds ago |
|---|

| | |
|---|---|
| Campaign: | StudentLoan-Payments-P1 |
| Date/Time: | 2022-08-29 19:31:51 +0000 UTC |
| To: | +13107351566 |
| From: | +19143871062 |

Calls to recipients about student loan payment suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 30 Aug 22 15:17 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10294 0 seconds ago |
|---|

| | |
|---|---|
| Campaign: | StudentLoan-Payments-P1 |
| Date/Time: | 2022-08-29 18:41:44 +0000 UTC |
| To: | +18504961809 |
| From: | +16828990913 |

Calls to recipients about student loan payment suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 30 Aug 22 16:20 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #10297** 0 seconds ago | |
|---|---|
| Campaign: | StudentLoan-Payments-P1 |
| Date/Time: | 2022-08-29 17:44:30 +0000 UTC |
| To: | +18315780357 |
| From: | +16612491810 |

Calls to recipients about student loan payment suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 30 Aug 22 20:31 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #10298** 0 seconds ago

| | |
|---|---|
| Campaign: | StudentLoan-Payments-P1 |
| Date/Time: | 2022-08-29 15:23:46 +0000 UTC |
| To: | +13479613682 |
| From: | +17075171309 |

Calls to recipients about student loan payment suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 31 Aug 22 14:03 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

**Call Details for Traceback #10299** 0 seconds ago

| | |
|---|---|
| Campaign: | StudentLoan-Payments-P1 |
| Date/Time: | 2022-08-29 15:15:40 +0000 UTC |
| To: | +13479423130 |
| From: | +15303317802 |

Calls to recipients about student loan payment suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com

Date: 01 Sep 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

NOC, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 32 | 0 | 0 | 0 | 0 | 0 | 1 | 1 hour 4 minutes | 5 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Telconus / Telcon US / Telcon Voice / Whisl | 32 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=648&token=b6a0ed80-b980-492c-83f3-864a1fe8cfbd**

From: traceback-notice@tracebacks.org

To: eborrero@smartbiztel.com

Date: 01 Sep 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

Eduardo Borrero, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 32 | 0 | 0 | 0 | 0 | 0 | 1 | 1 hour 4 minutes | 5 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Telconus / Telcon US / Telcon Voice / Whisl | 32 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=11201&token=6341df64-ab79-4674-b01d-f52d722259f3**

From: traceback-notice@tracebacks.org

To: katherine.rosales@smartbiztel.com

Date: 01 Sep 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

noc, you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 32 | 0 | 0 | 0 | 0 | 0 | 1 | 1 hour 4 minutes | 5 |

**Upstream Summary:**

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Telconus / Telcon US / Telcon Voice / Whisl | 32 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/email-redirect?location=/providers/provider/summaries/386&userId=10030&token=bca8ad43-7493-4837-925d-985162da124c**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Sep 22 16:32 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10352 | 0 seconds ago |
|---|---|
| Campaign: | StudentLoan-ForgivenessCenter |
| Date/Time: | 2022-08-31 18:09:53 +0000 UTC |
| To: | +12037459184 |
| From: | +17328271944 |
| Call to mobile using pre-recorded voice. Referencing student loan Forgiveness center; Some call recipients do not have student loans. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Sep 22 16:38 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10349 0 seconds ago |
|---|

| | |
|---|---|
| Campaign: | StudentLoan-ForgivenessCenter |
| Date/Time: | 2022-08-26 17:22:27 +0000 UTC |
| To: | +16039309928 |
| From: | +17753075151 |
| Call to mobile using pre-recorded voice. Referencing student loan Forgiveness center; Some call recipients do not have student loans. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Sep 22 16:44 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10357 0 seconds ago |
|---|
| Campaign: | StudentLoan-ForgivenessCenter |
| Date/Time: | 2022-08-29 16:39:04 +0000 UTC |
| To: | +17342181848 |
| From: | +17324120791 |
| Call to mobile using pre-recorded voice. Referencing student loan Forgiveness center; Some call recipients do not have student loans. |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Sep 22 16:50 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10358 0 seconds ago |  |
| --- | --- |
| Campaign: | StudentLoan-ForgivenessCenter |
| Date/Time: | 2022-08-30 16:28:13 +0000 UTC |
| To: | +12486335519 |
| From: | +16056004814 |
| Call to mobile using pre-recorded voice. Referencing student loan Forgiveness center; Some call recipients do not have student loans. | |

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 14 Sep 22 17:24 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**Redacted**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10480 0 seconds ago | |
| --- | --- |
| Campaign: | Amazon-AuthorizeOrder |
| Date/Time: | 2022-09-12 17:45:09 +0000 UTC |
| To: | +15867093862 |
| From: | +15864056881 |
| Calls to wireless numbers impersonating Amazon, calling to authorize an order that was placed. | |

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@traceback.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 21 Sep 22 15:18 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/57360**
**(URL is a private login; do not share.)**

**Call Details for Traceback #10579** 0 seconds ago

| | |
|---|---|
| Campaign: | CaresAct-PandemicRefund |
| Date/Time: | 2022-09-14 18:50:00 +0000 UTC |
| To: | +12124168455 |
| From: | +15418375559 |

Calls to recipient advising their business is eligible under the CARES Act to receive compensation for employees retained during the pandemic. Recipient doesn't own a business.

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 21 Sep 22 18:55 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/57386**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10580 0 seconds ago | |
|---|---|
| Campaign: | CaresAct-PandemicRefund |
| Date/Time: | 2022-09-21 15:00:00 +0000 UTC |
| To: | +12124168455 |
| From: | +13465166123 |
| Calls to recipient advising their business is eligible under the CARES Act to receive compensation for employees retained during the pandemic. Recipient doesn't own a business. | |

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 22 Sep 22 14:15 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/57437**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10592 0 seconds ago | |
|---|---|
| Campaign: | AutoWarranty-Various-P2 |
| Date/Time: | 2022-09-19 15:19:19 +0000 UTC |
| To: | +17329911318 |
| From: | +17322097942 |
| Caller offering some type of car warranty. Using a prerecorded or artificial voice. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service. | |

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 30 Sep 22 19:41 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/58061**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #10711** 0 seconds ago | |
|---|---|
| Campaign: | AutoWarranty-Various-P2 |
| Date/Time: | 2022-09-26 15:15:37 +0000 UTC |
| To: | +12316909525 |
| From: | +12312618921 |
| Caller offering some type of car warranty. Using a prerecorded or artificial voice. Calls to wireless numbers. Random auto-dialing. Wireless numbers never been in service or currently not in service. | |

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Oct 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

[Redacted], you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 7 | 0 | 0 | 0 | 0 | 0 | 0 | 56 minutes 23 seconds | 3 |

**Upstream Summary:**

This table shows the providers who you have identified as an upstream provider in response to tracebacks. The chart displays the number of occurrences in which each of those providers is the Point of Entry, Origin, non-responsive, or was unable to find the call. The information presented only includes the tracebacks where you identified the listed providers; the providers may also have appeared in these positions for other tracebacks as well.

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Red Telecom LLC | 2 | 0 | 0 | 0 | 0 | 0 |
| Telconus / Telcon US / Telcon Voice / Whisl | 7 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/providers/provider/summaries/386**

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* ***support@tracebacks.org***

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 04 Oct 22 15:41 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/58185**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10737 0 seconds ago | |
|---|---|
| Campaign: | Amazon-AuthorizeOrder |
| Date/Time: | 2022-10-03 19:39:02 +0000 UTC |
| To: | +15868714404 |
| From: | +16075352916 |
| Calls to wireless numbers impersonating Amazon, calling to authorize an order that was placed. | |

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 07 Oct 22 15:36 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/58406**
**(URL is a private login; do not share.)**

**Call Details for Traceback #10767** 0 seconds ago

| | |
|---|---|
| Campaign: | Discount-Avail50% |
| Date/Time: | 2022-10-06 15:30:43 +0000 UTC |
| To: | +18025355702 |
| From: | +17188775059 |

Calls claiming to be an Internet/TV provider offering 50% discount to recipient. Automated calls to wireless numbers generally not permitted.

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 12 Oct 22 17:18 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/58681**
**(URL is a private login; do not share.)**

| | |
|---|---|
| **Call Details for Traceback #10810** 0 seconds ago | |
| Campaign: | StudentLoan-Payments-P1 |
| Date/Time: | 2022-10-11 15:42:35 +0000 UTC |
| To: | +19292588900 |
| From: | +12205003129 |

Calls to recipients about student loan payment dismissal and/or suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 12 Oct 22 17:20 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/58683**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10811 0 seconds ago |  |
|---|---|
| Campaign: | StudentLoan-Payments-P1 |
| Date/Time: | 2022-10-11 16:25:09 +0000 UTC |
| To: | +19173402555 |
| From: | +15303882927 |

Calls to recipients about student loan payment dismissal and/or suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 12 Oct 22 18:16 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/58702**
**(URL is a private login; do not share.)**

## Call Details for Traceback #10809 0 seconds ago

| | |
|---|---|
| Campaign: | StudentLoan-Payments-P1 |
| Date/Time: | 2022-10-11 22:31:55 +0000 UTC |
| To: | +15869447935 |
| From: | +15307371340 |

Calls to recipients about student loan payment dismissal and/or suspension. Voice-mail message does not identify the calling entity. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information.

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 17 Oct 22 15:50 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/58936**
**(URL is a private login; do not share.)**

| Call Details for Traceback #10862 0 seconds ago |  |
|---|---|
| Campaign: | Discount-Avail50% |
| Date/Time: | 2022-10-15 19:38:43 +0000 UTC |
| To: | +14795025872 |
| From: | +13053569999 |
| Calls claiming to be an Internet/TV provider offering 50% discount to recipient. Automated calls to wireless numbers generally not permitted. | |

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* ***support@tracebacks.org***

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 28 Oct 22 18:40 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/59889**
**(URL is a private login; do not share.)**

| Call Details for Traceback #11028 0 seconds ago | |
|---|---|
| Campaign: | StudentLoan-$10,000-Removal |
| Date/Time: | 2022-10-27 22:00:27 +0000 UTC |
| To: | +19083241637 |
| From: | +19457770768 |
| Calls to recipients advising their student loan is now eligible for a $10,000 removal on their account. Recipients may not have student loans. Evidence suggesting lack of consent, including consumer complaints and other information. | |

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 31 Oct 22 14:56 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/59974**
**(URL is a private login; do not share.)**

| Call Details for Traceback #11038 0 seconds ago | |
|---|---|
| Campaign: | StudentLoan-$10,000-Removal |
| Date/Time: | 2022-10-28 14:13:27 +0000 UTC |
| To: | +18706270066 |
| From: | +16282009162 |
| Calls to recipients advising their student loan is now eligible for a $10,000/$20,000 removal on their account. Recipients may not have student loans. Evidence suggesting lack of consent, including consumer complaints and other information. | |

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* ***support@tracebacks.org***

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 31 Oct 22 14:58 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/59975**
**(URL is a private login; do not share.)**

| Call Details for Traceback #11040 0 seconds ago | |
|---|---|
| Campaign: | StudentLoan-$10,000-Removal |
| Date/Time: | 2022-10-28 15:40:41 +0000 UTC |
| To: | +15014258332 |
| From: | +18454728677 |

Calls to recipients advising their student loan is now eligible for a $10,000/$20,000 removal on their account. Recipients may not have student loans. Evidence suggesting lack of consent, including consumer complaints and other information.

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 31 Oct 22 16:24 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/60006**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #11042** 0 seconds ago |  |
|---|---|
| Campaign: | StudentLoan-$10,000-Removal |
| Date/Time: | 2022-10-28 15:47:45 +0000 UTC |
| To: | +12293447986 |
| From: | +19143357026 |

Calls to recipients advising their student loan is now eligible for a $10,000/$20,000 removal on their account. Recipients may not have student loans. Evidence suggesting lack of consent, including consumer complaints and other information.

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Nov 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

[Redacted], you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 10 | 1 | 0 | 0 | 0 | 0 | 0 | 2 hours 34 minutes | 4 |

**Upstream Summary:**

This table shows the providers who you have identified as an upstream provider in response to tracebacks. The chart displays the number of occurrences in which each of those providers is the Point of Entry, Origin, non-responsive, or was unable to find the call. The information presented only includes the tracebacks where you identified the listed providers; the providers may also have appeared in these positions for other tracebacks as well.

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Telconus / Telcon US / Telcon Voice / Whisl | 9 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/providers/provider/summaries/386**

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* ***support@tracebacks.org***

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 14 Nov 22 22:34 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/61007**
**(URL is a private login; do not share.)**

| **Call Details for Traceback #11232** 0 seconds ago | |
|---|---|
| Campaign: | Amazon-SuspiciousCharge-P1 |
| Date/Time: | 2022-11-10 20:03:03 +0000 UTC |
| To: | +13029301007 |
| From: | +13156423312 |
| Calls to wireless numbers impersonating Amazon, claiming suspicious activity on customer's account | |

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* ***support@tracebacks.org***

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 16 Nov 22 13:50 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/61177**
**(URL is a private login; do not share.)**

**Call Details for Traceback #11281** 0 seconds ago

| | |
|---|---|
| Campaign: | StudentLoan-ProcessingCenter |
| Date/Time: | 2022-11-15 18:35:15 +0000 UTC |
| To: | +19737807866 |
| From: | +16823530811 |

Calls to recipients from the processing center regarding big changes to the student loan program. Recipients may not have student loans. Evidence suggesting lack of consent, including consumer complaints, honeypot data, and other information. Note FCC 11/4/22 Enforcement Advisory reminded providers to aggressively police unlawful robocalls regarding student loans. According to the Advisory: "These calls typically state that the caller is informing the recipient that the payment suspension will end or that a petition can be filed on their behalf to get a certain amount of their loan 'dismissed.' Some common campaigns purport to be from the 'student loan forgiveness center' or from a state forgiveness center."

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Dec 22 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

[Redacted], you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 32 minutes 36 seconds | 2 |

**Upstream Summary:**

This table shows the providers who you have identified as an upstream provider in response to tracebacks. The chart displays the number of occurrences in which each of those providers is the Point of Entry, Origin, non-responsive, or was unable to find the call. The information presented only includes the tracebacks where you identified the listed providers; the providers may also have appeared in these positions for other tracebacks as well.

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Telconus / Telcon US / Telcon Voice / Whisl | 3 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/providers/provider/summaries/386**

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* ***support@tracebacks.org***

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 09 Dec 22 17:41 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/62742**
**(URL is a private login; do not share.)**

| Call Details for Traceback #11540 | 0 seconds ago |
|---|---|
| Campaign: | Amazon-AuthorizeOrder |
| Date/Time: | 2022-12-07 14:45:01 +0000 UTC |
| To: | +15127794885 |
| From: | +15129550991 |
| Calls to wireless numbers impersonating Amazon, calling to authorize an order that was placed. | |

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 14 Dec 22 14:01 UTC

# INDUSTRY TRACEBACK GROUP

We are notifying you that **Smart Network Solutions Communications Corp** has not yet responded to the request for Traceback #11540.

We encourage you to follow up with **Smart Network Solutions Communications Corp** to participate in the traceback process.

We can not change results after the traceback has closed.

*Please note that FCC regulations require voice service providers to respond fully and in a timely matter to all traceback requests from the Industry Traceback Group, as the designated traceback consortium.*

If your upstream provider **Smart Network Solutions Communications Corp** is having trouble accessing the portal please have them contact **support@tracebacks.org**

**Review the traceback via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/62742**
**(URL is a private login; do not share.)**

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* ***support@tracebacks.org***

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Jan 23 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

[Redacted], you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 52 minutes 44 seconds | 1 |

**Upstream Summary:**

This table shows the providers who you have identified as an upstream provider in response to tracebacks. The chart displays the number of occurrences in which each of those providers is the Point of Entry, Origin, non-responsive, or was unable to find the call. The information presented only includes the tracebacks where you identified the listed providers; the providers may also have appeared in these positions for other tracebacks as well.

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Smart Network Solutions Communications Corp | 1 | 0 | 1 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal2.tracebacks.org/providers/provider/summaries/386**

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* ***support@tracebacks.org***

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 25 Jan 23 20:47 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/65421**
**(URL is a private login; do not share.)**

**Call Details for Traceback #11970** 0 seconds ago

| | |
|---|---|
| Campaign: | Employee-RefundCredits |
| Date/Time: | 2023-01-24 20:48:39 +0000 UTC |
| To: | +12532799944 |
| From: | +12186071382 |

Prerecorded calls suggesting availability of employee refund credit. Caller does not appear to identify the entity responsible for the call, as identified entity does not appear to have any online presence. Prerecorded calls made to wireless numbers as well to numbers on the National Do Not Call Registry apparently without consent or prior relationship. Evidence of high-volume calling and consumer complaints about campaign.

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Feb 23 09:30 UTC

# INDUSTRY TRACEBACK GROUP

Monthly Metrics - **Smartbiz Telecom, LLC**

[Redacted], you can find your organization's traceback-related metrics for the last 30 days below.

**Your Summary:**

| Total Hops | Open | POE | Downstream | Orig | No Resp | Not Found | Avg Response | Campaigns |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 35 minutes 48 seconds | 1 |

**Upstream Summary:**

This table shows the providers who you have identified as an upstream provider in response to tracebacks. The chart displays the number of occurrences in which each of those providers is the Point of Entry, Origin, non-responsive, or was unable to find the call. The information presented only includes the tracebacks where you identified the listed providers; the providers may also have appeared in these positions for other tracebacks as well.

| Provider | Total Hops | Open | POE | Orig | No Resp | Not Found |
|---|---|---|---|---|---|---|
| Telconus / Telcon US / Telcon Voice / Whisl | 1 | 0 | 0 | 0 | 0 | 0 |

**If you have any trouble seeing this email, please visit:**
**https://portal.tracebacks.org/providers/provider/summaries/386**

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* ***support@tracebacks.org***

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 01 Feb 23 20:17 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/65924**
**(URL is a private login; do not share.)**

**Call Details for Traceback #12078** 0 seconds ago

| | |
|---|---|
| Campaign: | Utility-30MinDisconnect |
| Date/Time: | 2023-01-30 15:21:13 +0000 UTC |
| To: | +19177332656 |
| From: | +19174236602 |

Recorded message says your electric service will be disconnected in 30 to 45 minutes. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**

From: traceback-notice@tracebacks.org

To: noc@smartbiztel.com, katherine.rosales@smartbiztel.com, eborrero@smartbiztel.com

Date: 02 Feb 23 14:25 UTC

# INDUSTRY TRACEBACK GROUP

To Whom It May Concern:

**As part of a traceback conducted by the Industry Traceback Group, your network has been identified in the call path for voice traffic that has been deemed suspicious and potentially illegal.**

**U.S. Federal Communications Commission regulations may legally require your cooperation with this request. Therefore, the Industry Traceback Group requests that you respond to this traceback inquiry as soon as possible, but no later than three business days from now, to assist in identifying the source of this suspected fraudulent, abusive or unlawful network traffic.**

More information about the Industry Traceback Group and the traceback process is available at https://tracebacks.org/the-industry-traceback-group-itg/for-providers/.

**Responding to This Request**

Your response to this inquiry should be submitted via the Industry Traceback Group's secure online portal. The online portal includes information on any traceback request involving your network, including call detail information of suspicious traffic. **For confidentiality and security purposes, provide this information only through the online portal. Do not provide the information via email.**

1. The source of the traffic and the identity of the upstream voice service provider(s) that sent the traffic into your network. If one of your end users originated the traffic, the identity of that end user.

2. If, in investigating the traffic, the end user originating the traffic claims that the traffic complies with applicable U.S. laws and regulations, provide the identity of the end user, a description of the traffic, and the basis of the claim that the traffic complies with U.S. laws and regulations in the portal's comments section.

3. Any actions and mitigation steps you have taken on your network to ensure compliance with applicable U.S. laws and regulations and to prevent the suspected illegal traffic from continuing to reach U.S. subscribers.

The Industry Traceback Group believes that every voice service provider has a responsibility to help stop illegal robocalls. Therefore, to the extent that this traceback identifies the originator of these suspicious robocalls, the Industry Traceback Group urges that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, the ITG may (1) provide information to downstream voice service providers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process; and/or (2) advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so.

Please feel free to consult with your counsel on this request.

For help or questions, email support@tracebacks.org.

**Submit your response via our secure on-line portal:**
**https://portal.tracebacks.org/hops/hop/65957**
**(URL is a private login; do not share.)**

**Call Details for Traceback #12079** 0 seconds ago

| | |
|---|---|
| Campaign: | Utility-30MinDisconnect |
| Date/Time: | 2023-01-30 15:50:33 +0000 UTC |
| To: | +16237766263 |
| From: | +16239994024 |

Recorded message says your electric service will be disconnected in 30 to 45 minutes. Utility company is not always identified. Assorted toll-free or other numbers used as caller-ID.

*This email was sent from a notification-only address that does not accept incoming email. Please do not reply to this message - send inquiries to* **support@tracebacks.org**