

# Wholesale Invoice

Bank Details:
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ███████████
Bank Address: ████████████████████████
Account #: ████████████
SWIFT: ████████████
(for wire): ████████  ABA (for ACH): ████████

**WHISL TELECOM LLC**
5435 N. Garland Ave STE 140-507
Garland
Texas
75040
United Estates

| | |
|---|---|
| **Invoice Number** | SBT20213739 |
| **Reference Number** | |
| **Invoice Date** | February 28, 2022 |
| **Invoice Period** | February 01, 2022 to February 28, 2022 |
| **Due Date** | March 30, 2022 |

## Call Summary

| Description | Amount |
|---|---|
| Connected Calls | 96,325,118 |
| Total Minutes | 27,421,358.74 |
| Call Charges | $ 140,063.96 |

## Call Itemisation

| Zone | Price ($) | Calls | Minutes | Charges ($) |
|---|---|---|---|---|
| Algeria Cellular-Mobilis | 0.7277 | 1 | 7.30 | 5.31 |
| Algeria Cellular-Ooredoo | 0.8679 | 1 | 0.60 | 0.52 |
| Argentina | 0.0231 | 41 | 33.53 | 0.77 |
| ArgentinaCities | 0.0100 | 776 | 874.24 | 8.74 |
| AustraliaSpecial Services | 0.0479 | 80 | 19.07 | 0.91 |
| BoliviaSanta Cruz | 0.1234 | 4 | 9.24 | 1.14 |
| Brazil | 0.0050 | 27 | 18.03 | 0.09 |
| Brazil Cellular | 0.0133 | 4,281 | 3,183.49 | 42.34 |
| BrazilCities | 0.0050 | 17 | 12.38 | 0.06 |
| BrazilRio de Janeiro | 0.0050 | 2 | 9.51 | 0.05 |
| BrazilSao Paulo | 0.0050 | 243 | 184.45 | 0.92 |
| Chile | 0.0147 | 3 | 2.16 | 0.03 |
| Chile Cellular | 0.0242 | 1 | 0.85 | 0.02 |
| ChileSantiago | 0.0158 | 3 | 3.28 | 0.05 |



# Wholesale Invoice

Bank Details:
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ███████████
Bank Address: ███████████████████████████
Account #: ███████████
SWIFT: ███████████
(for wire): ███████████   (for ACH): ███████

| Destination | Rate | Minutes | Amount | Total |
|---|---:|---:|---:|---:|
| Costa Rica | 0.0174 | 1,556 | 1,620.13 | 28.19 |
| Costa Rica Cellular-Claro | 0.0441 | 596 | 700.86 | 30.91 |
| Costa Rica Cellular-Movistar | 0.0693 | 9 | 2.83 | 0.20 |
| Ecuador Cellular-Claro | 0.1806 | 391 | 386.61 | 69.82 |
| Ecuador Cellular-CNT | 0.1869 | 44 | 46.33 | 8.66 |
| Ecuador Cellular-Movistar | 0.1659 | 323 | 577.92 | 95.88 |
| EcuadorCNT | 0.1134 | 52 | 25.16 | 2.85 |
| El Salvador Cellular-Claro | 0.0998 | 1 | 0.95 | 0.10 |
| India Cellular | 0.0142 | 23 | 82.84 | 1.18 |
| Mexico | 0.0053 | 70 | 168.76 | 0.89 |
| Mexico - Fixed | 0.0015 | 1 | 4.02 | 0.01 |
| Mexico - Mobile ATT | 0.0042 | 295 | 309.39 | 1.30 |
| Mexico - Mobile Movistar | 0.0042 | 3 | 3.01 | 0.01 |
| Mexico - Mobile Telcel | 0.0015 | 38 | 39.18 | 0.06 |
| Mexico Cellular | 0.0105 | 759 | 1211.43 | 12.72 |
| Mexico Cellular-IUSACELL | 0.0084 | 7,301 | 14800.30 | 124.32 |
| Mexico Cellular-Movistar | 0.0095 | 1 | 1.00 | 0.01 |
| Mexico Cellular-Telcel | 0.0063 | 42,141 | 81434.82 | 513.04 |
| Nicaragua | 0.1108 | 10 | 6.48 | 0.72 |
| Nicaragua Cellular-Claro | 0.2100 | 24 | 8.57 | 1.80 |
| Nicaragua Cellular-Telefonica | 0.2148 | 7 | 2.71 | 0.58 |
| NicaraguaManagua | 0.1108 | 37 | 8.06 | 0.89 |
| Panama | 0.0184 | 10 | 5.24 | 0.10 |
| Panama Cellular-Claro | 0.1014 | 20 | 81.97 | 8.31 |
| Panama Cellular-CW | 0.0956 | 462 | 653.86 | 62.51 |
| Panama Cellular-Digicel | 0.1103 | 2 | 0.45 | 0.05 |
| Panama Cellular-Telefonica | 0.1056 | 1 | 0.32 | 0.03 |
| Paraguay Cellular-Claro | 0.0486 | 2 | 1.64 | 0.08 |
| Paraguay Cellular-Personal | 0.0486 | 4 | 2.09 | 0.10 |
| Paraguay Cellular-Tigo | 0.0486 | 20 | 19.62 | 0.95 |
| Portugal | 0.0230 | 3 | 15.74 | 0.36 |
| Slovakia Cellular-T Mobile | 0.1076 | 1 | 0.18 | 0.02 |
| South KoreaSeoul | 0.0473 | 1 | 0.23 | 0.01 |
| United Arab EmiratesDu | 0.1955 | 5 | 10.98 | 2.15 |
| United Arab EmiratesEtisalat | 0.1955 | 2 | 15.19 | 2.97 |
| United Kingdom Cellular-TMobile | 0.5985 | 1 | 0.25 | 0.15 |
| Haiti - Mobile Digicel | 0.2200 | 15,470 | 92,962.46 | 20,451.74 |
| USA | 0.0023 | 46,044,106 | 10,605,489.07 | 23,968.41 |
| USA | 0.0017 | 19,103,465 | 5,702,667.66 | 9,808.59 |
| USA | 0.0045 | 5,809,931 | 1,252,495.02 | 5,653.76 |
| USA | 0.0013 | 7,692,613 | 3,310,130.88 | 4,442.20 |
| USA | 0.0016 | 6,764,769 | 2,092,149.32 | 3,297.23 |

| | | | | |
|---|---|---|---|---|
| USA | 0.0024 | 5,234,974 | 1,082,386.08 | 2,603.14 |
| USA | 0.0020 | 2,345,924 | 899,805.85 | 1,799.61 |
| USA | 0.0010 | 675,296 | 912,798.85 | 890.89 |
| USA | 0.0010 | 1,708,406 | 797,226.35 | 797.23 |
| USA | 0.0045 | 716,609 | 144,617.49 | 653.38 |
| USA | 0.0127 | 21,218 | 8,951.61 | 113.69 |
| USA | 0.0010 | 22,566 | 73,290.99 | 76.66 |
| USA | 0.0020 | 42,773 | 20,688.63 | 41.38 |
| USA | 0.0013 | 3,792 | 4,919.43 | 6.18 |
| USA | 0.0099 | 590 | 608.15 | 5.99 |
| USA | 0.0010 | 620 | 4,792.75 | 4.79 |
| USA | 0.0021 | 7,191 | 2,030.20 | 4.21 |
| USA | 0.0085 | 11 | 4.44 | 0.04 |
| USA | 0.0020 | 10 | 12.86 | 0.03 |
| USA | 0.2100 | 55,088 | 306,723.42 | 64,411.92 |

**smartbiz TELECOM**

14230 SW 57th LN, Miami FL 33183
Phone No.: +1 305 9510028
FEIN: 814004469

Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ▮
Address: ▮
Account #: ▮
ABA (for ACH): ▮
ABA (for wire): ▮
SWIFT: ▮

**Client:** ALKAIP TELECOM
**Address:** 1500 Weston Rd, Suite 200
Weston
33326
Florida
United States
**Phone No.:**

**Invoice Number:** SBT2101013082
**Issue Date:** 2021-01-05
**Due Date:**

**Period:**
From: 2021-01-01   Till: 2021-01-03

**Time Zone:** UTC (GMT +0)

| No. | Calls Count | Destination | Rate | Duration | Revenue |
|---|---|---|---|---|---|
| 1. | 66 | Venezuela - Mobile - Movistar | 0.0605 | 154.65 | 9.36 |
| 2. | 477 | Venezuela Fixed - Caracas CANT | 0.0033 | 4125.78 | 13.62 |
| 3. | 100 | Venezuela Fixed - Cities CANTV | 0.0033 | 581.20 | 1.92 |

| No. | Calls Count | Destination | Rate | Duration | Revenue |
|---|---|---|---|---|---|
| 1. | 490675 | USA | 0.0019 | 109591.50 | 208.22 |

**Total Revenue:** $  233.12



# Wholesale Invoice

Bank Details:
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ███
Bank Address: ███
Account #: ███
SWIFT: ███
(for wire): ███  ABA (for ACH): ███

**Axkan Consultores, S De RL De CV**
Clemencia Borja Taboada 346 Int 10
Queretaro
76230
Mexico

| | |
|---|---|
| **Invoice Number** | SBT20213785 |
| **Reference Number** | |
| **Invoice Date** | February 28, 2022 |
| **Invoice Period** | February 1, 2022 to February 28, 2022 |
| **Due Date** | March 06, 2022 |

## Call Summary

| Description | Amount |
|---|---|
| Connected Calls | 1,709,278 |
| Total Minutes | 593,849.70 |
| Call Charges | $ 1,484.62 |

## Call Itemisation

| Zone | Price ($) | Calls | Minutes | Charges ($) |
|---|---|---|---|---|
| USA | 0.0025 | 1,709,278 | 593,849.70 | 1,484.62 |

14230 SW 57th LN, Miami FL 33183. USA
FEIN: 814004469

Phone: +1-3059510028
Email: billing@smartbiztel.com

Page 1 of 2

**smartbiz TELECOM**

14230 SW 57th LN, Miami FL 33183
Phone No.: +1 305 9510028
FEIN: 814004469

Beneficiary: SMARTBIZ TELECOM LLC
Bank Name:
Address:
Account #:
ABA (for ACH):
ABA (for wire):
SWIFT:

**Client:** CHOCK TELECOM
**Address:** Carrera 17 #9510 Oficina 603.
Bogotá
Colombia

**Invoice Number:** SBT2009162290
**Issue Date:** 2020-10-01
**Due Date:** 2020-10-07

**Phone No.:**

**Period:**
From: 2020-09-16   Till: 2020-09-30

**Time Zone:** UTC (GMT +0)

| No. | Calls Count | Destination | Rate | Duration | Revenue |
|---|---|---|---|---|---|
| 1. | 106 | Argentina - Mobile | 0.1120 | 98.83 | 11.07 |
| 2. | 1 | ARGENTINA MOBILE CLARO | 0.1120 | 0.05 | 0.01 |
| 3. | 12 | ARGENTINA-MOB NEW | 0.1120 | 8.78 | 0.98 |
| 4. | 1 | Brazil - Mobile TIM | 0.0090 | 0.33 | 0.00 |
| 5. | 8 | Brazil - Mobile Vivo | 0.0090 | 4.72 | 0.04 |
| 6. | 99 | Chile - Fixed | 0.0038 | 152.32 | 0.58 |
| 7. | 9389 | Chile - Mobile | 0.0077 | 21802.97 | 167.88 |
| 8. | 1364 | Chile - Mobile Entel PCS | 0.0077 | 3233.75 | 24.90 |
| 9. | 2433 | CHILE - MOBILE MOVISTAR | 0.0077 | 5473.90 | 42.15 |
| 10. | 11 | Chile - Rural | 0.0077 | 9.93 | 0.08 |
| 11. | 278 | Chile - Santiago | 0.0077 | 269.00 | 2.07 |
| 12. | 1 | Colombia - Mobile Avantel | 0.0035 | 2.00 | 0.01 |
| 13. | 12 | Colombia - Mobile Comcel | 0.0035 | 49.72 | 0.17 |
| 14. | 2 | Colombia - Mobile Movistar | 0.0035 | 6.18 | 0.02 |
| 15. | 16 | Colombia - Mobile Tigo | 0.0035 | 41.30 | 0.14 |
| 16. | 21 | Dominican Republic - Mobile Clar | 0.0755 | 26.52 | 2.00 |
| 17. | 3 | Dominican Republic - Mobile Orar | 0.0755 | 2.52 | 0.19 |
| 18. | 1 | Guatemala - Mobile Claro | 0.0890 | 2.32 | 0.21 |
| 19. | 21 | Guatemala - Mobile Comcel | 0.1200 | 21.35 | 2.56 |
| 20. | 1 | Honduras - Mobile Celtel | 0.1410 | 0.17 | 0.02 |
| 21. | 5 | Panama - Fixed Cable Onda Pana | 0.0118 | 1.03 | 0.01 |
| 22. | 34 | Panama - Mobile Claro | 0.0860 | 280.32 | 24.11 |
| 23. | 8 | Panama - Mobile CW | 0.0850 | 17.10 | 1.45 |
| 24. | 1520 | Panama - Mobile Movistar | 0.0720 | 1941.27 | 139.77 |
| 25. | 2 | Venezuela - Mobile - Digitel | 0.0685 | 5.02 | 0.34 |
| 26. | 9 | Venezuela - Mobile - Movistar | 0.0665 | 14.92 | 0.99 |
| 27 | 3 | Venezuela Fixed - Cities CANTV | 0.0039 | 4.18 | 0.02 |

| No. | Calls Count | Destination | Rate | Duration | Revenue |
|---|---|---|---|---|---|
| 28. | 158 | Peru - Mobile | 0.0032 | 49.47 | 0.16 |
| 29. | 1437 | Peru - Mobile Claro | 0.0032 | 533.03 | 1.71 |
| 30. | 680 | Peru - Mobile Entel | 0.0032 | 169.90 | 0.54 |
| 31. | 1579 | Peru - Mobile Telefonica | 0.0032 | 975.22 | 3.12 |
| 32. | 127 | Peru - Mobile Viettel | 0.0032 | 70.68 | 0.23 |

| No. | Calls Count | Destination | Rate | Duration | Revenue |
|---|---|---|---|---|---|
| 1. | 2406716 | USA | 0.0020 | 904698.50 | 1809.40 |

**Total Revenue: $    2236.93**



# Wholesale Invoice

Bank Details:
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ███████████
Bank Address: ████████████████████████
Account #: █████████████
SWIFT: ███████████
(for wire): ████████   ABA (for ACH): ████████

**COMPUTER TEL INC**
123 W. Nye Lane Suite 129
Carson City
Nevada
89706
United States

**Invoice Number** SBT20211750
**Reference Number**
**Invoice Date** May 30, 2021
**Invoice Period** May 24, 2021 to May 30, 2021
**Due Date** June 06, 2021

## Call Summary

| Description | Amount |
|---|---|
| Connected Calls | 702,737 |
| Total Minutes | 219,102.52 |
| Call Charges | $ 215.37 |

## Call Itemisation

| Zone | Price ($) | Calls | Minutes | Charges ($) |
|---|---|---|---|---|
| India - Mobile | 0.0086 | 1 | 0.10 | 0.00 |
| Venezuela - Mobile - Movistar | 0.0580 | 33 | 9.92 | 0.58 |
| Yemen - Mobile MTN | 0.1100 | 8 | 31.27 | 3.44 |
| USA | 0.0010 | 702,695 | 219,061.23 | 211.35 |



# Wholesale Invoice

Bank Details:
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ▮
Bank Address: ▮
Account #: ▮
SWIFT: ▮
(for wire): ▮    (for ACH): ▮

**ETELIX**
300 Aragon Ave. Suite 375
Coral Gables
Florida
United States

**Invoice Number**    SBT20213245
**Reference Number**
**Invoice Date**    January 02, 2022
**Invoice Period**    December 27, 2021 to
**Due Date**    January 02, 2022
                 January 09, 2022

## Call Summary

| Description | Amount |
|---|---:|
| Connected Calls | 13,639 |
| Total Minutes | 24,952.04 |
| Call Charges | $ 203.17 |

## Call Itemisation

| Zone | Price ($) | Calls | Minutes | Charges ($) |
|---|---:|---:|---:|---:|
| Bangladesh - Mobile | 0.0095 | 3,210 | 9,655.75 | 91.73 |
| Eritrea - Fixed | 0.1715 | 12 | 4.58 | 0.79 |
| Eritrea - Mobile | 0.1715 | 1,382 | 211.90 | 36.34 |
| Panama - Mobile CW | 0.0600 | 4 | 12.50 | 0.75 |
| Panama - Mobile Digicel | 0.0600 | 158 | 445.33 | 26.72 |
| Uruguay - Fixed | 0.0262 | 324 | 961.30 | 25.19 |
| Venezuela Fixed - Caracas CANTV | 0.0040 | 23 | 104.95 | 0.42 |
| Venezuela Fixed - Cities CANTV | 0.0040 | 33 | 50.43 | 0.20 |
| USA | 0.0010 | 3,346 | 5,146.90 | 5.15 |
| USA | 0.0019 | 5,147 | 8,358.40 | 15.88 |

14230 SW 57th LN, Miami FL 33183. USA
FEIN: 814004469

Phone: +1-3059510028
Email: billing@smartbiztel.com

**smartbiz TELECOM**

14230 SW 57th LN, Miami FL 33183
Phone No.: +1 305 9510028
FEIN: 814004469

**Beneficiary:** SMARTBIZ TELECOM LLC
**Bank Name:**
**Address:**
**Account #:**
**ABA (for ACH):**
**ABA (for wire):**
**SWIFT:**

**Client:** Family Communication Pte. Ltd.
**Address:** 1 Coleman street #5-05 the Adelphi
179803
Singapore
+39 389 475 9776

**Invoice Number:** SBT2010192857
**Issue Date:** 2020-12-14
**Due Date:** 2020-12-20

**Phone No.:**

**Period:**
**From:** 2020-12-07  **Till:** 2020-12-13
**Time Zone:** UTC (GMT +0)

| No. | Calls Count | Destination | Rate | Duration | Revenue |
|---|---|---|---|---|---|
| 1. | 2782301 | USA | 0.0028 | 711983.73 | 1993.55 |

**Total Revenue:** $   1993.55



# Wholesale Invoice

Bank Details:
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ▮▮▮▮▮▮▮▮
Bank Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Account #: ▮▮▮▮▮▮▮▮
SWIFT: ▮▮▮▮▮▮▮▮
(for wire): ▮▮▮▮▮  ABA (for ACH): ▮▮▮▮▮

**GLOBAL NET HOLDING**
1865 Welsh rd N 10
Philadelphia PA
19115
United Estates

| | |
|---|---|
| **Invoice Number** | SBT20213100 |
| **Reference Number** | |
| **Invoice Date** | December 15, 2021 |
| **Invoice Period** | December 01, 2021 to December 30, 2021 |
| **Due Date** | December 15, 2021 |

## Call Summary

| Description | Amount |
|---|---|
| Connected Calls | 180,066 |
| Total Minutes | 54,660.12 |
| Call Charges | $ 76.56 |

## Call Itemisation

| Zone | Price ($) | Calls | Minutes | Charges ($) |
|---|---|---|---|---|
| Dominican Republic - Fixed | 0.0235 | 15 | 0.85 | 0.02 |
| Dominican Republic - Fixed Santo Domingo | 0.0235 | 9 | 0.32 | 0.01 |
| Jamaica - Mobile Sell | 0.1500 | 1 | 0.05 | 0.01 |
| USA | 0.0014 | 180,041 | 54,658.90 | 76.52 |



# Wholesale Invoice

Bank Details:
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ███████████
Bank Address: ███████████████████████████
Account #: █████████████
SWIFT: ████████████
(for wire): █████████   ABA (for ACH): █████████

**INTELNETWORK**
10800 NW 82ND TER #7
Doral
Florida
33178
United Estates

| | |
|---|---|
| **Invoice Number** | SBT20211653 |
| **Reference Number** | |
| **Invoice Date** | May 16, 2021 |
| **Invoice Period** | May 10, 2021 to May 16, 2021 |
| **Due Date** | May 23, 2021 |

## Call Summary

| Description | Amount |
|---|---:|
| Connected Calls | 9,658 |
| Total Minutes | 33,068.90 |
| Call Charges | $ 33.07 |

## Call Itemisation

| Zone | Price ($) | Calls | Minutes | Charges ($) |
|---|---:|---:|---:|---:|
| USA | 0.0010 | 9,658 | 33,068.90 | 33.07 |



# Wholesale Invoice

Bank Details:
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ███████████
Bank Address: ████████████████████████
Account #: █████████████
SWIFT: █████████████
(for wire): █████████████   (for ACH): █████████

**INTERMAX**
Enrique Diez Canseco 236 Miraflores
Lima
Lima
Lima 18
Peru

| | |
|---|---|
| **Invoice Number** | SBT20211404 |
| **Reference Number** | |
| **Invoice Date** | April 04, 2021 |
| **Invoice Period** | March 29, 2021 to April 04, 2021 |
| **Due Date** | April 11, 2021 |

## Call Summary

| Description | Amount |
|---|---|
| Connected Calls | 594,196 |
| Total Minutes | 130,167.84 |
| Call Charges | $ 317.73 |

## Call Itemisation

| Zone | Price ($) | Calls | Minutes | Charges ($) |
|---|---|---|---|---|
| USA | 0.0022 | 91,154 | 25,623.00 | 56.37 |
| Peru-Mobile | 0.0025 | 503,042 | 104,544.84 | 261.36 |



# Wholesale Invoice

Bank Details:
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ▮
Bank Address: ▮
Account #: ▮
SWIFT: ▮
(for wire): ▮   ABA (for ACH): ▮

**KWK COMMUNICATIONS**
500 N Rainbow Blvd Suite 300
Las Vegas
89107
United Estates

**Invoice Number** SBT20214179
**Reference Number**
**Invoice Date** April 30, 2022
**Invoice Period** April 01, 2022 to April 30, 2022
**Due Date** May 30, 2022

## Call Summary

| Description | Amount |
|---|---|
| Connected Calls | 1,869,977 |
| Total Minutes | 1,729,444.50 |
| Call Charges | $ 2,421.22 |

## Call Itemisation

| Zone | Price ($) | Calls | Minutes | Charges ($) |
|---|---|---|---|---|
| USA | 0.0014 | 1,869,977 | 1,729,444.50 | 2,421.22 |



# Wholesale Invoice

Bank Details:
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ▇▇▇▇▇▇▇▇
Bank Address: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Account #: ▇▇▇▇▇▇▇▇
SWIFT: ▇▇▇▇▇▇▇▇
(for wire): ▇▇▇▇▇▇  ABA (for ACH): ▇▇▇▇▇▇

**LATA 1 Communications, Inc**
6500 NW 2nd Street
33126
Miami

| | |
|---|---|
| **Invoice Number** | SBT20224695 |
| **Reference Number** | |
| **Invoice Date** | July 10, 2022 |
| **Invoice Period** | July 04, 2022 to July 10, 2022 |
| **Due Date** | July 11, 2022 |

## Call Summary

| Description | Amount |
|---|---|
| Connected Calls | 2,112,311 |
| Total Minutes | 811,797.78 |
| Call Charges | $ 2,191.85 |

## Call Itemisation

| Zone | Price ($) | Calls | Minutes | Charges ($) |
|---|---|---|---|---|
| USA (Mexico) | 0.0027 | 1,996,988 | 765,049.13 | 2,065.63 |
| USA (Mexico 2) | 0.0027 | 115,323 | 46,748.65 | 126.22 |

14230 SW 57th LN, Miami FL 33183. USA
FEIN: 814004469

Page 1 of 1

Phone: +1-3059510028
Email: billing@smartbiztel.com



# Wholesale Invoice

**Bank Details:**
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ███
Bank Address: ███
Account #: ███
SWIFT: ███
(for wire): ███   ABA (for ACH): ███

**LATINO COMMUNICATIONS**
5221 N. O'Connor Blvd., Suite 850.
Irving
Texas
75039
United Estates

**Invoice Number**  SBT20225389
**Reference Number**
**Invoice Date**  October 16, 2022
**Invoice Period**  October 10, 2022 to
**Due Date**  October 16, 2022
October 23, 2022

## Call Summary

| Description | Amount |
|---|---:|
| Connected Calls | 88,370 |
| Total Minutes | 465,900.74 |
| Call Charges | $ 9,594.81 |

## Call Itemisation

| Zone | Price ($) | Calls | Minutes | Charges ($) |
|---|---:|---:|---:|---:|
| Belize - Mobile | 0.1550 | 339 | 18,416.10 | 2,854.50 |
| Bolivia - Mobile Entel | 0.1205 | 1 | 0.03 | 0.00 |
| Chile - Mobile | 0.0050 | 882 | 1,153.64 | 5.77 |
| Chile - Mobile Claro | 0.0050 | 84 | 110.62 | 0.55 |
| Chile - Mobile Entel PCS | 0.0050 | 398 | 1,238.88 | 6.19 |
| CHILE - MOBILE MOVISTAR | 0.0050 | 233 | 897.64 | 4.49 |
| Ecuador - Mobile Movistar | 0.1395 | 2 | 8.06 | 1.12 |
| Honduras - Mobile Celtel | 0.1385 | 469 | 25,577.48 | 3,542.48 |
| Honduras - Mobile Celtel | 0.1385 | 11 | 0.37 | 0.05 |
| Panama - Mobile CW | 0.0665 | 172 | 354.07 | 23.55 |
| Panama - Mobile Digicel | 0.0665 | 12 | 48.00 | 3.19 |
| Venezuela - Mobile Digitel | 0.0670 | 383 | 21,076.74 | 1,412.14 |
| Venezuela - Mobile Movistar | 0.0780 | 329 | 18,053.02 | 1,408.14 |
| USA | 0.0009 | 85,055 | 378,966.10 | 332.64 |

14230 SW 57th LN, Miami FL 33183. USA
FEIN: 814004469

Phone: +1-3059510028
Email: billing@smartbiztel.com

**smartbiz TELECOM**

14230 SW 57th LN, Miami FL 33183
Phone No.: +1 305 9510028
FEIN: 814004469

**Beneficiary:** SMARTBIZ TELECOM LLC
**Bank Name:** ▇
**Address:** ▇
**Account #:** ▇
**ABA (for ACH):** ▇
**ABA (for wire):** ▇
**SWIFT:** ▇

**Client:** LEXICO
**Address:** Suite C, 2/F, On Lok Mansion, 39-43 Holliwood Road
Central
Hong Kong

**Invoice Number:** SBT2012162976
**Issue Date:** 2021-01-01
**Due Date:** 2021-01-15

**Phone No.:**

**Period:**
**From:** 2020-12-16   **Till:** 2020-12-31   **Time Zone:** UTC (GMT +0)

| No. | Calls Count | Destination | Rate | Duration | Revenue |
|---|---|---|---|---|---|
| 1. | 44 | Algeria - Fixed | 0.0460 | 6.17 | 0.28 |
| 2. | 18 | Chile - Fixed | 0.0040 | 169.96 | 0.68 |
| 3. | 29 | Colombia - Mobile Others | 0.0034 | 59.06 | 0.20 |
| 4. | 412 | Colombia - Mobile Tigo | 0.0034 | 452.50 | 1.54 |
| 5. | 7 | Cuba - Fixed | 0.4770 | 0.82 | 0.39 |
| 6. | 162 | Cuba - Mobile | 0.4770 | 763.66 | 364.27 |
| 7. | 9 | Ecuador - Mobile Movistar | 0.1380 | 1.05 | 0.15 |
| 8. | 9 | Ecuador - Mobile Movistar | 0.1400 | 3.56 | 0.50 |
| 9. | 5 | Ecuador - Mobile Porta | 0.1400 | 0.58 | 0.08 |
| 10. | 16 | El Salvador - Mobile Telefonica | 0.0790 | 1.88 | 0.15 |
| 11. | 5 | Nicaragua - Mobile Claro | 0.1250 | 0.58 | 0.07 |
| 12. | 11 | Nicaragua - Mobile Movistar | 0.1600 | 1.28 | 0.21 |
| 13. | 10 | Panama - Mobile Claro | 0.0640 | 13.09 | 0.84 |
| 14. | 13 | Panama - Mobile CW | 0.0640 | 5.17 | 0.33 |
| 15. | 3 | Panama - Mobile Digicel | 0.0640 | 0.35 | 0.02 |
| 16. | 32 | Spain - Mobile | 0.0076 | 83.35 | 0.63 |
| 17. | 226 | Spain - Mobile Movistar | 0.0076 | 403.79 | 3.07 |
| 18. | 2084 | Spain - Mobile Vodafone | 0.0076 | 3963.99 | 30.13 |
| 19. | 36 | Sudan - Mobile Zain | 0.0825 | 5.07 | 0.42 |
| 20. | 4 | Turkey - Fixed | 0.0202 | 0.47 | 0.01 |
| 21. | 2 | Ukraine - Mobile Kievstar | 0.1455 | 0.23 | 0.03 |
| 22. | 2 | Venezuela Fixed - Cities CANTV | 0.0033 | 0.23 | 0.00 |
| 23. | 3 | Venezuela Fixed - Cities CANTV | 0.0034 | 4.23 | 0.01 |

| No. | Calls Count | Destination | Rate | Duration | Revenue |
|---|---|---|---|---|---|
| 1. | 13103 | USA | 0.0037 | 3646.20 | 13.49 |

**Total Revenue:  $            417.50**



# Wholesale Invoice

**Bank Details:**
Beneficiary: SMARTBIZ TELECOM LLC
Bank Name: ▮▮▮▮▮▮▮▮▮▮
Bank Address: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Account #: ▮▮▮▮▮▮▮▮▮▮
SWIFT: ▮▮▮▮▮▮▮▮▮▮
(for wire): ▮▮▮▮▮▮▮▮▮▮   (for ACH): ▮▮▮▮▮▮

**OPEXTEL**
175 SW 7th ST, Suite#1712
Miami
Florida
33130
United Estates

| | |
|---|---|
| **Invoice Number** | SBT20212060 |
| **Reference Number** | |
| **Invoice Date** | July 11, 2021 |
| **Invoice Period** | July 05, 2021 to July 11, 2021 |
| **Due Date** | July 18, 2021 |

## Call Summary

| Description | Amount |
|---|---|
| Connected Calls | 2,533,372 |
| Total Minutes | 825,693.86 |
| Call Charges | $ 2,229.37 |

## Call Itemisation

| Zone | Price ($) | Calls | Minutes | Charges ($) |
|---|---|---|---|---|
| USA | 0.0027 | 2,533,372 | 825,693.86 | 2,229.37 |