UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23945-CIV-MARTINEZ-BECERRA

OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS,

     Plaintiff,

v.

SMARTBIZ TELECOM LLC,

     Defendant.

_____/

## DECLARATION OF JOSE R. OLIVAR

I, JOSE R. OLIVAR, pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury and declare that the statements made below are true and correct:

1.     I am a person over the age of 18 years; competent to make this statement. I have first-hand and personal knowledge of the facts stated herein.

2.     I am an American citizen and I hold a bachelor's degree in electronic engineering, earned in 1999, and a master's degree in Telecommunications Technology Management earned in 2003, both from Universidad Simon Bolivar in Sartenejas, Venezuela.

3.     I have been involved in the telecommunications industry for 23 years and have held positions such as Sales, Operations and Management at Verizon Communications, Inc.

4.     I am the Chief Executive Officer of Smartbiz Telecom, LLC ("SBT"), which was incorporated in September 2016 in Miami, Florida, and Chief Technology Officer at Whisl Telecom, LLC ("WHSL" or "Whisl Telecom") incorporated in June 2018 in Dallas, Texas.

5.     I am primarily responsible for handling the operational aspect of the services provided by SBT and the technical operation software and systems used by SBT in its services, Mr. Eduardo Borrero handles the marketing, business development, and administrative functions of SBT's operation.

6.     I am primarily responsible for handling the technical aspects of overseeing ITG Tracebacks, Robocall Mitigation measures, Call Blocking, the technical Suspension of Call Routing Requests and Trucks, the Suspension or Termination of the use of Trunks (or data pipelines) of Clients for Call Routing Requests and the day-to-day operation of SBT's communication and basic transmission services as a Voice over IP call routing service.

1

Powered by esignly.com

OPERATION OF SBT SERVICES

7.      SBT's Services use certain systems and software features from third parties to perform its services.

8.      SBT is a small-sized intermediate service provider accessing the SipNav Platform to perform its routing call services. SBT maintains no physical equipment to perform its services.

9.      SipNav is a cloud-based advanced virtual Telecom Switch that provides a software platform with software encompassing all aspects of operating and managing basic transmission services and routes call direction signaling between existing upstream and downstream intermediate providers that are SBT's clients or terminating providers.

10.     The SipNav platform is hosted on Amazon Web Services (AWS) servers and uses Session Initiation Protocol (SIP) to establish and manage voice calls over the internet.

11.     SBT routes calls between its customers and downstream providers through the platform under a sub-client license with Whisl Telecom, who holds the direct license.

12.     SBT can add or remove customers and providers, but WHSL Telecom is the underlying provider of access that allows SBT to perform routing services and resell call routing to the next downstream intermediate provider based on the least cost routing (LCR) algorithm in SBT's databases, which selects the cheapest available route for each call.

13.     The SipNav platform records the length of time of successful call connection between the originating provider and the terminating provider for any given call routed with its software. This is for billing purposes of its licensed users.

14.     SBT bills its intermediate provider clients through the platform at the time a call is routed based on LCR database it maintains and reconciles with downstream intermediate providers termination the call. When either the originating or terminating side of the call hangs up, the various providers bill that call.

15.     This real time billing information of routed calls is recorded on SBT's CDRs.

16.     SBT has no access to the call content or any conversation on the call. This is exclusively transmitted between the originating and terminating provider. SBT has no capability of recording or knowing what message comes in the call.

17.     SBT's SipNav platform access only allows it to add accounts and carriers in the platform and bill the time duration of any routed calls answered.  No other functionality is operated by SBT in its sole business as a call routing reseller. No other platform is used by SBT. No other equipment or software used by SBT in regard to a call.

18.     The actual call begins after all intermediate providers, like SBT, have a successful chained connection between themselves and the originating and terminating providers, who independently open up a separate direct IP Session connection to allow the two-way communications. This process happens in milliseconds after the caller places the call to a particular number.

19.     SBT has never operated any equipment or software that allows it to operate as a calling application platform for end users to dial or receive a 2-way voice call by an end-user subscriber customer, be it through SipNav or otherwise.

20.     SBT has never operated any equipment or software that allows it to operate to allow auto-dialing services to any calling party.

21.     SBT has never operated any equipment or software that allows it to send text messages in any form through its network to any downstream provider or through the SipNav platform.

22.     SBT, as a sublicensee of the virtual platform SipNav for routing services, hos no capacity to alter or change the call information format, content, code, protocol, or similar aspects of the calling party's transmitted information, or provide the calling party with additional, different, or

2

Document ID : f42851d2ca2a0f7b6152bb4f007724ff

restructured information or features, or allow them to otherwise interact with any stored information.

23.     SBT has never altered any call formats, data, information, or IP Header of any calls it has received and routed.

24.     SBT relies on the calling information and IP addresses contained in an IP Header that it receives and states the desired call destination and signals an available call to be terminated by one of its downstream providers with lowest domestic LCR rate based on the IP Header.

25.     If that downstream intermediate provider with the best LCR rate is available and accepts the call, it is routed and the SipNav platform begins its time call connection.

26.     The routing service performed by SBT is reactive to the customer's IP Header, the LCR rate, and the time that the call routing request is received by SBT.

27.     Only the originating provider and terminating provider control the length of any given call routed by SBT by their ability to call forward, hang-up or disconnect the call answered. SBT has no such capacity to do this once the call is routed and answered.


ROBOCALL MITIGATION FEATURES OF SIPNAV USED BY SBT

28.     The SipNav platform has certain functionalities or features that can be used, and were used by SBT, for filtering calls and help reduce the risk of bad traffic profiles being accepted so SBT could rejected before being sent to a downstream carrier in route.  These were the following.

29.     **Enforce CID Block**: This turns off any Caller ID Blocking feature sent to SBT to reject the call. This system was used by SBT on the SipNav platform so any blocked Caller ID from a customer that violated the CID Block on criteria below, was blocked and blocked from further platform requests for 24 hours.  SBT blocked such calls.

30.     **ANI Blacklist**: This is a database that can block either Global 404 or Custom basis to block calls from those calling ANIs listed in the database.  The Global blocked call feature blocks from a centralized database of all currently and past blocked ANIs blocked by all SipNav users over time. The Custom block call feature allows users like SBT to flag and block the calling ANI from their networks while adding the numbers onto the Global 404 database.

31.     SBT used the ANI Blacklist features on the SipNav Platform.  SBT added all numbers from ITG Traceback Requests to its Custom database for itself and this in turn was added to the SipNav Global database.

32.     **DNIS Blacklist**: This feature works under the same concept as the ANI Blacklist but is based on the called Destination number rather than the calling ANI.  The system uses ALL call Destination numbers previously blocked by all SipNav users.

33.     SBT used the SNIS Blacklist feature on the SipNav Platform.

34.     **Integration of YouMail into Global Blacklists and Custom ANI Blacklists**. SipNav offered the feature within its Blacklist functionality to integrate ANIs it identified within its business into the Global and Custom Blacklists of SipNav users.  SBT utilized this feature from August 2020 until August 2021. The feature proved to be ineffective as SBT received ITG Tracebacks during that same period and demonstrated no more efficiency than the Blacklist capability available by SipNav alone.

35.     **Full Number Blocking**: the option is to Block a call which the calling ANI is exactly the same as the called Destination number.

36.     SBT used the Full Number Blocking feature on the SipNav Platform.

3

Powered by esignly.com

37.     **NPANXX blocking**: If the First 6 digits from the ANI match the 6 digits of the destination, then the call gets blocked.  SBT used the NPANXX blocking feature on the SipNav Platform.

38.     **Block Wireless or Non-Wireless**: This feature allows the SipNav user to block calls either coming from a Wireless telephone number or DNIS (Destinations numbers)   by Checking the ANI and blocks all calls from non-wireless numbers like Interconnected  VOIP provider telephone numbers and hardwired telephone landlines.  The feature also allows the same for calls to wireless telephone Destination numbers.

39.     SBT used the Block Wireless or Non-Wireless feature for all numbers it received ITG Tracebacks on.


TECHNICAL SUSPENSION AND TERMINATION OF SBT TRAFFIC ROUTING


40.      In the operation of call blocking using the SipNav Platform under the WHSL Telecom account, there are several methods of effectuating Call Requests blocking of customers used by SBT.  These include adding the particular telephone number to the Custom and Global Blacklists for SBT on the SipNav Platform (detailed above); Blocking an entire channel (or Truck) of access of a client to SBT's virtual platform; and suspension or termination of the entire account profile and all access channels of a customer.

41.     To enable a customer of SBT to send a Call Routing Request to SBT, a data access connection is required.

42.     This data line access is typically through a data channel or data truck ("Trunk") with Whisl Telecom that allows certain volumes of requests to be attended simultaneously from the wholesale intermediate provider by SBT's SipNav account and platform use.

43.     Blocking, disabling or restriction of an SBT customer from a trunk involves blocking the traffic by deleting or disabling the customer IP address(s) from recognition by the platform, or limiting the amount of ports/sessions available for the customer on that trunk to send traffic, or ultimately disabling the full trunk capabilities not letting one (1) call pass through by fully disabling the data entry trunk.

44.     Blocking was used by SBT in response to ITG Traceback Inquiries depending on the amount and type of tracebacks caused by the customer in question.

45.     SBT blocks or suspends the trunks of a customer where the suspected robocall routed when an ITG Traceback is received by SBT so that the call or calls can be investigated, depending upon the information provided from the customer and actions taken by them to avoid the suspicious traffic profile that caused the Traceback.

46.     Upon receiving an ITG Traceback Request, SBT responds to the IGT with information it has in its database and systems related to the call and  contacts its customer for further information that may not business records related to the suspected robocall detailed in the Traceback.

47.     Suspension of the entire account profile and all access channels of a customer involves blocking all the trunks under that customer, by suspending or disabling the feature on SipNav platform that allows us to block all incoming traffic on the trunk, no matter from which IP Address used or regardless of capacity set up, by disabling and/or suspending the full trunk and any activation feature, that trunk will then reject any incoming attempt by the customer to enter our switch.

48.     Suspension for SBT means the blocking of all access channels of a customer by SBT, while maintaining the customer profile.

Document ID : f42851d2ca2a0f7b6152bb4f007724ff

Powered by esignly.com

49.     A suspension may be temporary or permanent by SBT based upon the nature of the suspected robocall which lead to the suspension, and any subsequent efforts by the customer to address robocall mitigation themselves.

50.     SBT uses a combination of temporary and permanent suspension on a case-by-case basis with its customers until it reasonably believes that termination is necessary.

51.     Suspension determinations are based on whether SBT has received multiple Traceback requests concerning the customer's traffic, the nature of the suspected robocall involved in the ITG Traceback Request (E.g., Government imposters calls vs other types of robocall violations), communication between the ITG and the other voice service provider as to cooperation on a Traceback Request, and other factors.

52.     Termination for SBT means the closing of the entire account profile and all access channels of a customer involves the same procedures from a technical standpoint, just on a permanent basis.

53.     When a client is terminated, all commercial account information of SBT is stopped, access credentials of the customer are blocked and there is no further access by the customer.

54.     Blocking, Suspensions and Terminations SBT customers are coordinated through Whisl Telecom, and I oversee from the technical side these in my other role as CTO of Whisl Telecom.

ITG TRACEBACK AND MANAGEMENT OF ROBOCALL MITIGATION RESPONSE

55.     The management of ITG Tracebacks was coordinated by SBT's CFO Eduardo Borrero in conjunction with me as CEO and aided by my role as CTO of Whisl Telecom for purposes of the technical blocking of Trunks, Suspension of services or Termination of the customer by SBT due to robocall traffic.

56.     Until the date of this Declaration, SBT has complied with all Traceback Requests timely and fully responded to the ITG.

57.     Until the date of this Declaration, there is no one Robocall compliance solution authorized or otherwise certified by the Federal Communications Commission (FCC) for use by intermediate voice service providers, like SBT.

58.     The SipNav software features detailed in this Declaration are used by SBT to mitigate and react to robocalls that may be encountered in the traffic from SBT customers requesting termination of call within the United States.

59.     Upon being informed of an ITG Traceback Request, SBT placed the suspected robocall telephone number immediately on its Blacklists with the SipNav Platform and blocked the target customer from traffic at the Trunk level.

60.     Depending upon the response by customer to information requests of the ITG through SBT, SBT either suspends its services to the customer temporarily, suspend the services permanently, tests the customer traffic to evaluate if this was an anomaly or if it was sending traffic blended with robocalls more consistently, or terminates the customer on a case-by-case basis.

61.     If SBT receives more than three (3) ITG Traceback Requests for the customer in a relatively short period of time, experienced a spike (a series multiple Tracebacks for a customer which SBT is altered to afterward by virtue of the Requests themselves) of ITG Traceback Requests about the customer, or the customer's traffic showed signs that it appeared to comprise "junk" calls (e.g. incomplete calls, bad destination numbers, high vetting on Blacklists) the customer was either suspended or terminated at the truck and account level.

62.     If SBT receives a "spike" of ITG Tracebacks for a customer, SBT blocks the trunks for that customer and the customer account is temporarily suspended.

Document ID : f42851d2ca2a0f7b6152bb4f007724ff

63.     SBT begin responding to ITG Tracebacks in 2020. These efforts are a coordinated team effort within SBT with Mr. Borrero or me or both coordinating responsive information,

64.     I have personally interacted with ITG on numerous occasions when Mr. Borrero was unavailable.

65.     SBT has taken Traceback Response seriously. SBT response times by SBT to ITG Traceback have been answered in reasonable time frames under FCC Rules, and way under the average industry time response.

66.     SBT has given as complete of information as available to it at the time.

67.     The ITG has even acknowledged these efforts. For example, on November 3, 2020  I attended a Traceback Request where detailed information was given based on our business records,

68.     The request was made by David Frankel on the US Telecom Traceback Team via email and asked SBT to produce as much detail as possible about its customer.

69.     In less than 90 minutes, I responded via email to Mr. Frankel that SBT had blocked the applicable account, and as proof I forwarded a real-time screenshot of the block as well as informing Mr. Frankel, he was going to inform Mr. Borrero for further follow-up. See, Exhibit 1 of this Declaration.

70.     As time has progressed, so have the software systems and databases that are available 2 SBT.

71.     In my role as SBT CEO, I know of no notice whatsoever being sent by the Federal Communications Commission to SBT in relation to ITG Traceback Requests, illegal robocalls or the mitigation efforts implemented by SBT under the TRACED Act or under FCC Rules or Orders.

72.     The development of SBT's Traceback Response policies and technical blocking protocols has been an evolving process for SBT and other intermediate VoIP routing services like it  since 2020 after the FCC first started issuing rules on Robocall Mitigation following  the TRACED Act being made into law in 2020.

73.     Few technical standards from the FCC, with any particularity, existed between 2020 and 2022.

74.     Presently SBT further vets suspected robocall calling numbers attempting to access our systems with a Do-Not-Originate (DNO) database from Somos that blocks routing of these numbers and  a compliance solution called "Roboguard." Both were implemented in 2023 based on new rules of the FCC.

75.     To date, SBT has never received a K-4 Notice from the FCC that informed SBT that it's mitigation and blocking protocols or ITG responsiveness to Tracebacks does not comply with FCC rules or orders on robocalls.

76.     Where and when information has been requested of SBT for robocall investigations by agencies, SBT has responded and produced promptly. This includes CDRs when requested.

77.     To date, SBT has never received notice from the Federal Trade Commission (FTC) of any violation of the TSR or similar rule.

78.     When SBT has blocked or suspended services to its customers because of an ITG Traceback about suspected robocalls, SBT has balanced all technical and commercial factors to not block legitimate conversational traffic, while mitigating suspected robocall traffic at the same time.

79.     SBT does not rely solely on the existence of a short duration call being routed by it as determinative  that the call is, or is not, a robocall because it is unreliable  as the sole characteristic distinguishing a robocall and ordinary short calls, or call failures that can occur, within ordinary conversational call traffic routed to end-point providers and time billed by SBT.

6

Powered by esignly.com

10 / 16 / 2023

_____           _____

**JOSE R. OLIVAR**                              **Date**
Chief Executive Officer of
**Declarant**  Smartbiz Telecom, LLC

7

Document ID : f42851d2ca2a0f7b6152bb4f007724ff

Powered by esignly.com

# Audit Trail

**Unique Document:** f42851d2ca2a0f7b6152bb4f007724ff

**Document Name:** Afidavit-SBT-JRO-pdf

**status:** Signed by everyone and closed.

| Details |
| --- |
| October 16, 2023 17:57:23 UTC<br><br>Document (Afidavit-SBT-JRO-pdf) Uploaded By<br><br>sean@gellislaw.com<br><br>IP 69.244.221.159, 185.93.1.246 |
| October 16, 2023 17:58:09 UTC<br><br>Document Sent For Signature To<br><br>ceo@smartbiztel.com<br><br>IP 69.244.221.159, 185.93.1.246 |
| October 16, 2023 17:58:45 UTC<br><br>Document Viewed By ceo@smartbiztel.com<br><br>IP 76.30.62.181, 185.93.1.246 |
| October 16, 2023 18:00:01 UTC<br><br>Document Signed By ceo@smartbiztel.com<br><br>IP 76.30.62.181, 185.93.1.250 |

## Sean Gellis

| | |
|---|---|
| **From:** | Jose Olivar <joseolivar@whisl.com> |
| **Sent:** | Tuesday, June 27, 2023 12:44 AM |
| **To:** | Sean Gellis; Edward Maldonado |
| **Subject:** | Fwd: Traceback Request for Incident #2640 - TRIXCOM Cases |

███████████████████

Jose Olivar
CTO
Whisl Telecom
Tel (972) 914.9604
Mob (201) 316.7834
5435 N Garland Ave STE 140-507
Garland TX 75040

**From:** David Frankel <traceback@ustelecom.org>
**Sent:** Friday, June 26, 2020 2:35:17 PM
**To:** Jose Olivar <joseolivar@whisl.com>; traceback-notice <traceback-notice@ustelecom.org>
**Cc:** Support Whisl Telecom <support@whisl.com>
**Subject:** RE: Traceback Request for Incident #2640 - TRIXCOM Cases

Thanks much for bringing that to our attention, Jose!

We've updated the information in the portal.

Hope you get a chance to enjoy the weekend.

David

David Frankel
USTelecom Traceback Team
+1 408 884 1445

**From:** Jose Olivar <joseolivar@whisl.com>
**Sent:** Friday, June 26, 2020 12:05 PM
**To:** traceback-notice <traceback-notice@ustelecom.org>; Jessica Thompson <jthompson@ustelecom.org>
**Cc:** Support Whisl Telecom <support@whisl.com>
**Subject:** RE: Traceback Request for Incident #2640 - TRIXCOM Cases

Dear USTELECOM,

Regarding the 3 incidents were calls came from Trixcom Networks, as you can see here:

| Hop | | Incident | Campaign | Downstream |
|-----|-----|----------|----------|------------|
| | #3 | #2625 | USTreas-EnforcementAction-GImp | *Inteliquent / Onvoy / Vitelity / N |
| | #4 | #2594 | USTreas-EnforcementAction-GImp | *Peerless Network |
| | #3 | #2585 | USTreas-EnforcementAction-GImp | *Inteliquent / Onvoy / Vitelity / N |

Your website indicates that trixcom is a not 499 filer… however, they do have their license up to date. Otherwise, I'd have shut down their trunks with us @ whisl Telecom.
We have filled out all information regarding those incidents, and they all point to Trixcom networks as the upstream carrier.

You can reach out to them at ceo@trixcom.net

I have attached the 499 filer we have from them.

Please make sure to have that information updated in the system.

And let us know if any other information is needed as we'll be glad to provide it.

Best Regards,
JR

**Jose Olivar**
**CTO**



Tel (972) 914.9604
Mob (201) 316.7834
**TelconVoice/Whisl**
**5435 N Garland Ave STE 140-507**
**Garland TX 75040**



---

**From:** Traceback Notice <traceback-notice@ustelecom.org>
**Sent:** Friday, June 26, 2020 12:04 PM
**To:** NOC Whisl Telecom <NOC@whisl.com>
**Subject:** Traceback Request for Incident #2640
**Importance:** High

# USTELECOM
## THE BROADBAND ASSOCIATION

To Whom It May Concern:

By way of introduction, my name is Patrick Halley, and I coordinate the efforts of USTelecom's Industry Traceback Group (ITG). We are writing to request your assistance on industry efforts to protect consumers from fraudulent, abusive or potentially unlawful robocalls. My contact information is listed below, and I would be more than happy to discuss this request with you over the phone.

A member of USTelecom's ITG recently received traffic from your network that has been deemed suspicious, and we are seeking your assistance in order to identify its origin (call details with date(s) are listed below). We request that you assist industry stakeholders who are engaging in traceback efforts in order to help identify the source of this potentially fraudulent, abusive or unlawful network traffic. To assist us in our efforts, **we are asking that you respond to this traceback inquiry as soon as possible, but no later than three business days from now.**

USTelecom, a 501(c)(6) trade association, represents service providers and suppliers for the telecommunications industry and leads the ITG, a collaborative effort of companies from across the wireline, wireless, VoIP and cable industries that actively trace and identify the source of illegal robocalls. The ITG coordinates with carriers at all levels within the call path seeking to identify the source of and eliminate illegal robocall traffic. The ITG also coordinates with federal and state law enforcement agencies to identify non-cooperative providers so they can take enforcement action, as appropriate. For more information of about the ITG or a list of the current members, see USTelecom's website.

The ITG operates under the auspices of the Communications Act which permit telecommunications carriers to disclose and/or permit access to Customer Proprietary Network Information. Section 222(d)(2) of the Communications Act permits telecommunications carriers to share such information in order to "protect the rights or property of the carrier, or to protect users of those services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, such services." In addition, Section 2702(c)(3) of the Electronic Communications Privacy Act (ECPA) permits providers to divulge a record or other information pertaining to a subscriber to or customer of a service, "as may be necessarily incident to . . . the protection of the rights or property of the provider of that service." Given the negative impact of these calls on the rights and property of the members of the ITG, disclosure of information responsive to call tracebacks fits within that exception.

The Federal Communications Commission's (FCC) Enforcement Bureau has sent letters to carriers that have been non-responsive to ITG traceback requests. The letters "urge" carriers to "to cooperate with the USTelecom Industry Traceback Group's program aimed at identifying the source of illegal robocalls and harmful spoofed calls." The ITG has received recognition at all levels of government, including the FCC, the Federal Trade Commission (FTC) and all 50 State Attorneys General.

We are asking that you submit your response to this inquiry via our secure on-line portal, where you can see additional detail about all traceback requests involving your network. With respect to the call details below, please provide us with the following:

1. Please investigate the source of this traffic and respond with the identity of the upstream carrier(s) that sent the traffic into your network, or if one of your end users originated the traffic, please identify that end user. **We ask that you use the link below to access the portal and use the drop-down selector to provide this information.**

2. If, in investigating this traffic, the end user(s) originating the traffic are able to demonstrate to you that the traffic complies with applicable United States laws and regulations, please respond via email to me with the description of the traffic, the identity of the customer, and the customer's explanation.

3. As you investigate this matter, please take appropriate action on your network to ensure compliance with applicable United States laws and regulations, and inform me of the action you have taken.

To the extent that our industry effort identifies the originator of these suspicious robocalls, we first ask that mitigation efforts be taken at that source. For illegal traffic that goes unmitigated, USTelecom will provide information to downstream carriers to advise them that suspected illegals on your network continue to be allowed notwithstanding the identification of such calls via the traceback process. Similarly, USTelecom may advise the appropriate law enforcement agencies of such information so that they can take appropriate action, should they elect to do so. Similarly, if this industry effort fails to trace these calls to their origin, USTelecom may inform the appropriate agencies about the suspicious robocalls and the point in the call path where the investigation ends.

Please feel free to consult with your counsel on this request, and do not hesitate to call 202-756-6999 or contact me via reply email should you have any questions, or would like to discuss.

Best Regards,

Patrick Halley
Senior Vice President, Policy & Advocacy
USTelecom – The Broadband Association
601 New Jersey Avenue NW, Suite 600
Washington, DC 20001

**Submit your response via our secure on-line portal:**
**https://traceback.ustelecom.org/Form/Login/r;Jn5h01z5Y1esdSPs5ovM06GMPvYXCKfzWqvJxVUW3?t=tles9cUnrc**
**(URL is a private login; do not share.)**

| Call Details for Incident #2640 (new) | |
|---|---|
| Date/Time: | 2020-06-26 15:34:00 UTC |
| To: | +14072223658 |
| From: | +14072613544 |
| Campaign: | Utility-30MinDisconnect |
| | Likely FRAUD. Recorded message says your electric service will be disconnected in 30 minutes; press 1 to make payment arrangements. Utility company is not identified. Assorted toll-free numbers used as caller-ID. |