UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:  22-23945-CIV-MARTINEZ/BECERRA


OFFICE OF THE ATTORNEY GENERAL,

STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,

      Plaintiff,

v.

SMARTBIZ TELECOM LLC,

      Defendant.

**CERTIFIED ORIGINAL**

_____/

VIDEOCONFERENCE DEPOSITION

OF NATHAN RICHTMYRE


| | |
|---|---|
| DATE TAKEN: | July 13, 2023 |
| TIME: | 9:00 a.m. |
| LOCATION: | Office of the Florida Attorney General 1 SE 3rd Avenue, Suite 900 Miami, FL 33131 |


    Taken before Kenneth Velasquez, Court Reporter and Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above-style cause.

Nathan Richtmyre          July 13, 2023

```
 1   APPEARANCES:

 2

 3        PATRICK CROTTY, ESQUIRE

 4        OFFICE OF THE ATTORNEY GENERAL

 5        3507 E FRONTAGE RD STE 325

 6        ATTORNEY ON BEHALF OF THE PLAINTIFF

 7

 8        SEAN W. GELLIS, ESQUIRE

 9        GELLIS LAW, PLLC

10        300 W. PENSACOLA ST.

11        TALLAHASSEE, FLORIDA 32301

12        ATTORNEY ON BEHALF OF THE DEFENDANT,

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

```
 1                    I N D E X
 2  WITNESS                              PAGE
 3  Nathan Richtmyre
 4  Direct Examination, by Mr. Gellis          5
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Nathan Richtmyre        July 13, 2023

```
 1                   E X H I B I T S

 2    EXHIBIT NO.              DESCRIPTION              PAGE

 3

 4    Exhibit 1  New Alert                             12

 5    Exhibit 2  Complaint                             37

 6    Exhibit 3  Delivery Restrictions                 46

 7    Exhibit 4  Email 12/21/2020                      72

 8    Exhibit 5  Email 1/17/2021                       75

 9    Exhibit 6  Email 4/6/2021                        93

10    Exhibit 7  New Alert                             –

11    Exhibit 8  Case Information                     121

12    Exhibit 9  Email 10/6/2020                      146

13    Exhibit 10 Email 6/27/2023                      152

14    Exhibit 11  Accounts                            195

15    Exhibit 12  Robocalls by Times                  228

16    Exhibit 13  New Letters                          –

17    Exhibit 14  Alert                               249

18    Exhibit 15  Traceback Request                   263

19    Exhibit 16  Non-Responsive                      266

20    Exhibit 17  Email 6/27/2023                     282

21

22

23

24

25
```

Nathan Richtmyre          July 13, 2023

```
 1  |              P R O C E E D I N G S
 2  |      (Thereupon, the following proceedings were held at
 3  | 9:04 a.m.)
 4  |          THE COURT REPORTER:  All right. Good morning.
 5  |      We are on the record.  For the record, it is July
 6  |      13, 2023, at 9:05 a.m..  We are here on the
 7  |      deposition of Mr. Nathan Richtmyre.
 8  |          Mr. Richtmyre, would you please raise your
 9  |      right hand?  Do you solemnly swear or affirm the
10  |      testimony you're about to give will be the truth,
11  |      the whole truth, and nothing but the truth?
12  |          THE WITNESS:  I do.
13  |          THE COURT REPORTER:  Thank you so much.  You
14  |      may now begin.
15  | BY MR. GELLIS:
16  |      Q    All right.  Is it Mr. Richtmyer?
17  |      A    Richtmyre, yes.
18  |      Q    Richtmyre.  Okay.  Good morning, Mr.
19  | Richtmyre?  My name is Sean Gellis.  I represent the
20  | Defendant, Smartbiz Telecom, LLC.  I know you've been
21  | present for Mr. Borrero and Mr. Olivar's depositions, so
22  | can you please state and spell your name for the record?
23  |      A    Nathan Richtmyre, N-a-t-h-a-n and then
24  | Richtmyre, R-i-c-h-t-m-y-r-e.
25  |      Q    Okay.  And is this your first deposition?
```

Nathan Richtmyre          July 13, 2023

 1      A    Yes.
 2      Q    I'm going to go over a couple quick ground
 3 rules.  I know you heard Mr. Crotty explain them
 4 previously, but I usually go over them anyway.  The
 5 Court reporter here is taking down everything that we're
 6 saying.  So please try to not talk over each other.
 7 Please try to verbally answer yes or no.  A uh-huh or
 8 huh-uh is not really picked up very well in the
 9 transcript.
10      If you later remember something that you wish you
11 had answered earlier, will you stop me and go back, and
12 I want to make sure I get a complete answer and a
13 complete record from you.  Do you understand?
14      A    Yes.
15      Q    Okay.  What's your highest level of education?
16      A    Master's degree.
17      Q    In what?
18      A    I have a Master's Degree in Industrial
19 Organizational Psychology, and I'm currently enrolled in
20 dual Master's in Public Administration and Nonprofit
21 Management with a focus on public policy analysis.
22      Q    Where did you earn the first masters we talked
23 about?
24      A    Missouri State University.
25      Q    And where are you attending for the other two?

Nathan Richtmyre          July 13, 2023

1      A     University of Central Florida.

2      Q     Online or?

3      A     Yes.

4      Q     Okay.  What year did you get that master's?

5      A     2013.

6      Q     And what year did you begin your new master's

7   that you're working on.

8      A     2019.

9      Q     Okay.  Do you have any certifications or

10  specialties?

11     A     I am in in a graduate search certificate

12  program now for public policy analysis.

13     Q     Okay.  But no, like, IT certifications or

14  anything like that?

15     A     No.

16     Q     Okay.  Can you just kinda briefly walk me

17  through your employment history from the beginning to

18  present?

19     A     Yeah.  I started as a investigative assistant

20  with The Office Of Equity and Compliance with Missouri

21  State University.  After that, I moved to Florida, and I

22  did private consulting work for consumer research, and

23  then I got a job here at the Attorney General's Office.

24     Q     Can you give me the years on those?

25     A     Yes.  I was with the Office of Equity and

Nathan Richtmyre          July 13, 2023

```
 1  Compliance from 2011 to 2013.  There was a stint I was
 2  an intern in Kansas City between 2011 and 2013.  I
 3  worked with a company called -- I forgot the name of the
 4  company, but I was a business development consultant,
 5  and then I came to Florida, and I did private consulting
 6  from about 2015 to 2017, and then from 2017 to now, I've
 7  been employed by the Attorney General's Office.
 8      Q    Okay.  So the private consulting from '15 to
 9  '17, what kind of work was that?
10      A    I was doing consumer behavior research.  I
11  worked with the marketing sales departments of small
12  businesses and helped them understand their consumers to
13  more focus their efforts towards under what their
14  consumers were wanting.
15      Q    Okay.  And in 2017 you became employed with
16  the Florida Office of the Attorney General?
17      A    Yes.
18      Q    What position?
19      A    I was an investigative research assistant.
20      Q    In what, bureau, office?
21      A    Consumer protection.
22      Q    So, okay, investigative?
23      A    Investigative research assistant.
24      Q    Okay. And then what other positions have you
25  held at the AG's Office?
```

Nathan Richtmyre          July 13, 2023

 1      A    I was promoted a year later to investigation

 2   specialist.  Okay.  And then two years after that I was

 3   promoted to financial investigator.

 4      **Q    Okay.  So what are your primary duties?  Walk**

 5   **me through those three positions at the AG's.  Kind of**

 6   **like each position and what your duties were.**

 7      A    As an investigative research assistant.  I

 8   assisted both the attorneys and the investigators to

 9   conduct background research, sent research or open

10   source intelligence for social media, anything that's

11   online.  I interviewed consumers.  I compiled data from

12   our databases and put them into Excel sheets.  I

13   analyzed the data in the Excel sheets for complaint

14   patterns.

15      I spoke to consumers. I interviewed consumers.  I

16   assisted in basic investigative work, any kind of

17   assignments that the investigators or the -- the

18   attorneys would give me.  As an investigation

19   specialist, I did pretty much the same thing.

20      I -- and then when I got promoted to a financial

21   investigator, I began to taking on the lead for the

22   investigations, conducting the background research,

23   doing a lot of the analysis, working with the attorneys

24   in terms of strategy, in terms of the investigative

25   process, helping to issue requests, issuing requests to

Nathan Richtmyre          July 13, 2023

1  other departments or other -- other agencies to get

2  records, analyzing those records, doing financial

3  analysis of bank records, continued -- I interviewed

4  consumers, and yes.

5      **Q    Cool.  When did you become a fin- -- when did**

6  **you get promoted to financial investigator?**

7      A    About two years ago.

8      **Q    So that'd be, okay, about July 21,**

9  **approximately?**

10     A    Approximately July 21, yeah.  I think it was

11  approximately October.

12     **Q    Okay.  Have you ever held a public records**

13  **position at the AG's office?**

14     A    What is a public records --

15     **Q    Your title?  You never had a title, public**

16  **records, anything related to public records, as your**

17  **work title?**

18     A    I don't think so.

19     **Q    Okay.  You mentioned previously some**

20  **compliance work at MSU, and then you talked about the**

21  **research you do in analyses and things like that.  So**

22  **I'm assuming that you're familiar looking at statutes**

23  **and rules?**

24     A    Yes.

25     **Q    As part of your employment?**

Nathan Richtmyre          July 13, 2023

1        A    Yes.

2        Q    Okay.  And at the Attorney General's Office,

3    have you been asked to kind of review statutes and

4    rules?

5        Go ahead.  We'll take a moment, so I'll start over.

6    So at the attorney general's office, you know, you look

7    at statutes and rules and you analyze them?

8        A    No.  That -- that's more for the attorneys.  I

9    do more of the investigative work.

10       Q    How do you know what to investigate?

11       A    The attorneys usually instruct me in terms of

12   what -- what we're kinda going for, and also in terms of

13   whenever we get complaint patterns, I begin looking for

14   patterns of behavior that I believe would fit for

15   Florida's Deceptive and Unfair Trade Practices.

16       Q    Okay.  That's a law, right?

17       A    Yes.

18       Q    Okay.  So you look for behavior that you think

19   would fit under that law?

20       A    Yes.

21       A    But strictly speaking, I don't do much of the

22   interpretation for the statutes or for the -- for the

23   loss.

24       Q    So they direct you how to investigate?

25       A    Well, I present information to them and --

1  that I think is deceptive behavior, and they are

2  responsible for interpreting that behavior as whether it

3  meets the standard for being illegal or not.

4     **Q    And what about compliance?  What does**

5  **compliance mean to you?**

6     A    Compliance would deal mostly, I believe, with

7  regulations about meeting standards set by either

8  government entities or industry groups for a level of

9  performance for a business.

10    **Q    Okay.  But you had a position in compliance,**

11    **right?**

12    A    Yes.

13    **Q    Okay.  So you're familiar with taking**

14  **regulations and ensuring that entities comply with them?**

15    A    Yes.

16    **Q    Okay.  And that requires you to read the**

17  **regulations, right?**

18    A    Yes.

19    **Q    Okay.  And you're familiar, generally, with**

20  **the facts of this case, right?**

21    A    Generally, yes.

22    **Q    Okay. So I'm going to hand you – we'll start**

23  **with our first -- I don't have exhibit stickers.  Well,**

24  **we will hand-write if we have to.**

25         THE COURT REPORTER:  We can go and go get some

Nathan Richtmyre        July 13, 2023

1       exhibit stickers, if you'd like.  We'll go off the

2       record.

3              MR. GELLIS:  Yeah.

4       (Thereupon, a break was held at 9:14 a.m.; after

5    which the following was heard at 9:15 a.m.)

6       (Thereupon, Exhibit No. 1 was marked for

7    identification.)

8    BY MR. GELLIS:

9       Q    Thank you.

10       Mr. Richtmyre, I'm going to hand you what's been

11    marked as Exhibit 1.  I'm also going to hand your

12    Counsel one, as well.

13       A    Okay.

14       Q    The one with the red writing is mine.  Sorry.

15    At the top right?  Yeah.  That's fine.

16       A    I'm just making sure it's the same.

17       Yeah, it's the same.

18       Q    Okay.  Take a look, and let me know when

19    you've reviewed it.

20       A    I've reviewed it.

21       Q    Okay.  Have you seen this?

22       A    Yes.

23       Q    Okay.  And you are aware that you've been

24    listed as a witness in this proceeding, correct?

25       A    Yes.

Nathan Richtmyre          July 13, 2023

1      Q     What test- -- generally, what testimony do you

2   intend to offer in this case?

3      A     I was brought onto this case on April 3, 2023.

4   I was -- I can offer testimony in terms of everything

5   that I'm aware of and that I've done for the case.

6      Q     Okay.  But what is that?  I mean, what are you

7   being?  You're listed as a witness.  So what testimony

8   do you intend to offer at this case?

9      A     The facts that I'm aware of.

10      Q     Okay.  And what topics would those facts

11   relate to?

12      A     Patterns of behavior by -- by the business,

13   complaints that we've received by YouMail.  I've

14   reviewed the analysis from mail.  Okay.  I've reviewed

15   the ITG, the industry trade groups tracebacks.  I've

16   conducted analysis on some of those tracebacks.

17      Q     Okay.

18      A     I've -- yes, I think that's good enough.

19      Q     So does any of that testimony relate to your

20   job as a financial investigator?

21      A     Yes.

22      Q     Okay.  Do you intend to offer some kind of

23   financial testimony, as well?

24      A     I have not reviewed any financial documents

25   from Smartbiz.

Nathan Richtmyre          July 13, 2023

1    Q    Okay.  Also, when we were going through your

2  background, I didn't hear any sort of financial

3  education.  Did I miss it, or do you not have any sort

4  of financial education?

5    A    No, no financial education.

6    Q    What exactly do you intend to say that

7  Smartbiz did wrong?

8    A    They engaged in a pattern of behavior that

9  facilitated robocalls coming into The United States.

10   Q    And when did that behavior occur?

11   A    From the records that I have looked at from

12  2020 to 2023.

13   Q    Okay.  So as a financial investigator, does

14  your job require you to have knowledge of how to look

15  for potentially fraudulent activities?

16   A    Yes.

17   Q    Okay.  Are you expected to understand the way

18  fraudsters and scammers operate?

19   A    Yes.

20   Q    So your job requires you to look at records

21  and determine whether there's a likelihood that fraud

22  was committed?

23   A    If there was a likelihood of a pattern of

24  behavior that could be interpreted as fraud, yes,

25  fraudulent behavior.

Nathan Richtmyre          July 13, 2023

1      Q     You also review records that are not financial

2    --

3      A     Yes.

4      Q     -- it sounds like emails, regulatory

5    documents?

6      A     Yes.

7            Things like that, any kind of documents that

8    they filed with any organization or agency.

9      Q     Okay.  So documents filed with an agency?

10     A     Yes.

11     Q     So like regulatory documents?

12     A     Yes.

13     Q     Okay.  So do you investigate whether entities

14   have complied with regulations?

15     A     Yes.

16     Q     And I know we talked a little bit before, but

17   that does require you to read the regulations?

18     A     Yes.

19     Q     Are you trained on any indicators of

20   fraudulent activity?

21     A     Yes.

22     Q     Who gave you that training?

23     A     NWC3.

24     Q     What's that?

25     A     Oh, sorry.  Let me see.  National White Collar

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

```
 1  Crime Association.
 2       Q    Okay.  Anything else?
 3       A    I attended other training, but I'm not -- I'm
 4  not familiar -- I'm familiar with that.  I can't recall
 5  the other --
 6       Q    Has the Attorney General ever provided you a
 7  training about financial investigative methods?
 8       A    Yes.
 9       Q    Has the Attorney General ever provided you a
10  training about accounting?
11       A    No.
12       Q    Has the Attorney General ever provided you a
13  training about the business practices of the
14  telecommunications industry?
15       A    No.
16       Q    Has the Attorney General ever provided you a
17  training about investigating fraudulent contracts?
18       A    No.
19       Q    Has the Attorney General provided you a
20  training on how to review contract terms and conditions
21  for fraud?
22       A    No.
23       Q    Has the Attorney General provided you a
24  training about how to analyze tracebacks?
25       A    No.
```

Nathan Richtmyre          July 13, 2023

```
 1        Q     As part of your job, do you usually speak with
 2   victims?
 3        A     Yes.
 4        Q     Have you spoken with any victims in this case?
 5   A    No.
 6        Q     Are you scheduled to speak with any victims in
 7   this case?
 8        A     Yes.
 9        Q     When?
10        A     In the next coming weeks.
11        Q     Okay.  So you identified potential victims?
12        A     Yes.
13        Q     When did you identify them?
14        A     We identified them near the beginning of my --
15   when I started with the case after the YouMail
16   identified consumers that were contacted by Smartbiz
17   that also correlated with the 4700 complaints that we
18   submitted to YouMail as -- as having been complaints
19   submitted to the Attorney General's Office.
20        Q     That was five months after the lawsuit was
21   filed?
22        A     Yes.
23        Q     What injuries did they suffer?  Do you know
24   yet?
25        A     Yes.  I'm -- I'm aware of -- there were five
```

Nathan Richtmyre          July 13, 2023

1  specifically that I can recall.  Four of them were

2  bothered.  One of them sustained $5800.00 in damages.

3      Q    What do you mean by bothered?

4      A    They seem to be annoyed.  They seemed to be --

5  they were called -- I think it would be normal human

6  behavior to be annoyed if you're called eight times in

7  two hours by the same person telling you that it's Apple

8  Scan or your Apple ID has been breached or something

9  like that.

10     Q    Okay.  And so eight calls in two hours makes

11 you a victim?

12     A    By the same individual who is misrepresenting

13 themselves, yes.

14     Q    Okay.  So eight calls in two hours, by the

15 same individual who's misrepresenting themselves, makes

16 the called party a victim?

17     A    Potentially, yes.

18     Q    Potentially?

19     A    Yes.

20     Q    What do you know about telecommunications,

21 generally?

22     A    I'm not an expert in it, so not a lot.

23     Q    Okay.

24          THE COURT REPORTER:  Could you repeat that

25     answer please, for integrity of the record?

Nathan Richtmyre          July 13, 2023

```
1         THE WITNESS:  I'm not an expert in
2     telecommunications.  I don't know that much about
3     it.
4  BY MR. GELLIS:
5     Q     So you've never worked at a telecom company?
6     A     No.
7     Q     You've never been C-suite executive of one?
8     A     No.
9     Q     Or of any company?
10    A     No.
11    Q     Have you ever done business deals in the
12  telecom industry?
13    A     When you say, telecom industry, does that
14  include radio?
15    Q     Sure.
16    A     I have worked in business consulting in the
17  radio industry, but not in but not - not in
18  telecommunications
19    Q     Let's talk about that.  I didn't hear that
20  earlier.  So what do you do with radio?
21    A     In the time period between 2011 and, I believe
22  2013, when I was working in Kansas City, as a business
23  development consultant, we were working with companies.
24  It was a music group, and we were trying to collaborate
25  with the radio stations to be able to build the
```

Nathan Richtmyre          July 13, 2023

1  clientele of that business.

2      Q    Okay.  But it's safe to say that you don't

3  know what it's like to manage the daily affairs of a

4  telecom company?

5      A    That is accurate.

6      Q    And you have not received any training on the

7  business practices of telecommunications companies?

8      A    Correct.

9      Q    Do you know what VoIP is?

10     A    Yes.

11     Q    What is VoIP?

12     A    Voice over internet protocol.  It's sending

13 phone calls over the internet rather than through the

14 traditional landlines.

15     Q    Okay.  And are you familiar with the

16 regulations governing VoIP providers?

17     A    No.

18     Q    But you investigated Smartbiz for potentially

19 violating those regulations?

20     A    I came into the case that had already been

21 opened and asked to --

22          MR. CROTTY:  Objection to the form

23     mischaracterizes the record.

24 BY MR. GELLIS:

25     Q    You can answer.

Nathan Richtmyre          July 13, 2023

```
1      A    I'm sorry.  Could you repeat the question?
2      Q    So you're not familiar with the regulations
3  governing voice providers, correct?
4      A    Specifically, no.
5      Q    But you're going to offer testimony in this
6  case?
7      A    I'm offering testimony from my experience in
8  the last 3 months of being on this case.
9      Q    Okay.  But you had nothing to do with this
10  case prior to April 2023?
11      A    No.
12      Q    You were never asked about it?
13      A    No.
14      Q    You never worked on it?
15      A    No.
16      Q    You never heard about it?
17      A    I heard about it, but I was not involved with
18  it.
19      Q    Okay.  And you're in the West Palm Beach
20  Office?
21      A    Yes.
22      Q    Have you ever worked with soft switch
23  technology?
24      A    No.
25      Q    Are you familiar with SIPnav?
```

Nathan Richtmyre          July 13, 2023

1      A    Only from discussions that I've had in the

2   depositions and with the attorneys.

3   **Q    Are you familiar with STIR/SHAKEN regulations?  A**

4        **I'm familiar with it.**

5   **Q    What does it require?**

6      A    It requires a token that needs to be verified,

7   and then that's passed on from network provider to

8   network provider.

9        **Q    Okay.  Do you know what a Form 499 is?**

10     A    No.

11       **Q    So you don't know what it means to have a 499**

12   **on file?**

13     A    No.

14       **Q    Okay.  Do you know whether or not VoIP**

15   **providers can monitor calls in real time?**

16     A    I'm sorry.  Can you ask the question again?

17       **Q    Sure.  Do you know whether VoIP providers can**

18   **monitor calls in real time?**

19     A    No.

20       **Q    You don't know?**

21     A    I don't know.

22       **Q    Do you know whether VoIP providers are able to**

23   **record -- excuse me.  Do you know whether VoIP providers**

24   **are able to record calls that pass through their**

25   **network?**

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1      A    No.

2      Q    You don't know.  Okay.  Do you know whether

3  VoIP providers are able to monitor call content in real

4  time?

5      A    And when you say real time in these questions,

6  is that -- is that analyzing the call detail records?

7      Q    In real time as they happen.

8      A    No.

9      Q    You don't know?

10     A    I don't know.

11     Q    Okay.  Do you know what a robocall is?

12     A    Yes.

13     Q    Okay.  What's -- what's a robocall to you?

14     A    A robocall is an automated voice message sent

15  over the phone line.  It's usually done by a dialer

16  that's not usually a real person, so that they can make

17  large amounts of calls in very short amounts of time.

18     Q    Do you know what an automated telephone

19  dialing system is?

20     A    From the name, it sounds like a computer

21  program that automatically dials phone numbers.

22     Q    But you're guessing.

23          MR. CROTTO:  I'll object to the form to the

24     extent it calls for a legal conclusion.

25          THE WITNESS:  Based on the name, yes.

Nathan Richtmyre          July 13, 2023

```
 1  BY MR. GELLIS:
 2       Q    Are you familiar with the Telephone Consumer
 3  Protection Act or the TCPA?
 4       A    I'm familiar with it.
 5       Q    Okay.  Are you familiar with the FTC - the
 6  FTC's telemarketing sales rule?
 7       A    I'm familiar with it.
 8       Q    Okay.  What do you know about the TCPA?
 9       A    I've read it.  I'm familiar with it, but I'm
10  not an expert on it.
11       Q    Okay.  You've read it?
12       A    Yes.
13       Q    All right. Was that -- were you asked to read
14  it?
15       A    No.
16       Q    Okay.  And what about the TSR or the
17  telemarketing sales rule?  Are you familiar with that?
18       A    Again, I've read it as part of the case, but
19  I'm not --
20       Q    Okay.  All right.  Are you familiar with the
21  law called the TRACED Act?
22       A    Yes.
23       Q    How?
24       A    In my review for this case when I was brought
25  on, I tried to look at all relevant acts or regulations
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1 that were put into place.  And the TRACED Act is the

2 Telephone Robocall Abuse Criminal Enforcement and

3 Deterrence Act.  I know that it gave the ITG the

4 authority to oversee the industry, and it gave them the

5 ability to have legal compliance from the -- from the

6 telecommunication businesses with -- to respond to their

7 tracebacks.

8   **Q    Okay.  So it sounds like you know a little bit**

9 **about it.**

10   A    Yeah.

11   **Q    What makes something a robocall versus not a**

12 **robocall?**

13   A    The use of automated messages, high volumes of

14 calls, possibly short durations of calls.  Robocalls are

15 not inherently illegal.  We were looking at the illegal

16 robocalls.

17   **Q    You believe that the duration of the call**

18 **factors into whether it's a robocall?**

19   A    I believe it can, yes.

20   **Q    Okay.  What about the seizure rate?  Do you**

21 **believe that that plays a part?**

22   A    I believe so, because the seizure rate is an

23 indication of whether the call was wanted or not or

24 expected.

25   **Q    Isn't there a difference between whether**

Nathan Richtmyre          July 13, 2023

1  something is a robocall or whether or not it appears to

2  be a robocall?

3      A    Yes.  But the appearance of most of these

4  calls would appear to be robocalls.

5      Q    Okay.  So I'm sitting here with you right now.

6  My phone is in my bag behind me.

7      A    Yes.

8      Q    I'm not picking up my calls.  I mean, that's a

9  low seizure rate, right?

10     A    Yes.

11     Q    Okay.  If somebody called me right now and I

12 had to pick up and say, I'm in a depo. I gotta go,

13 that's a two, three second call, isn't it?

14     A    Yes.

15     Q    That's not a robocall, was it?

16     A    No.

17     Q    Okay.  But that would have a low call

18 duration, correct?

19     A    Yes.

20     Q    That would also have a low seizure rate,

21 correct?

22     A    Yes.

23     Q    Okay.  And you're saying those two things make

24 something a robocall.

25     A    Those things are not exclusive to everything

Nathan Richtmyre          July 13, 2023

1  else that makes it a robocall.  Those are just two

2  things I mentioned, yes.

3      **Q      So do you believe robocall's defined anywhere**

4  **in the law?  Or do you know?  Let me start there.**

5      A     I don't know if it's defined in the law.

6      **Q      Okay.  So that's just your definition?**

7      A     Yes.

8      **Q      Is that something you came up with on your**

9  **own, or were you instructed on that definition?**

10     A     That is something I have gathered from

11  reviewing the documents and from reviewing research on

12  telecommunications and robocalls.

13     **Q      Okay.  So if it has a low seizure rate and a**

14  **low call duration, that makes it a robocall –**

15         MR. CROTTY:  Objection to form,

16     mischaracterization of previous testimony.

17         MR. GELLIS:  You can answer.

18         MR. CROTTY:  You can answer.

19         THE WITNESS:  In an automated voice messaging

20     system or automated -- an automated voice that's

21     calling that has high numbers of calls.

22  BY MR. GELLIS:

23     **Q      So if there's an automated voice and there's a**

24  **really long call time and someone picks -- let's say**

25  **this message is picked up a 100 percent of the time and**

Nathan Richtmyre          July 13, 2023

1   there's a two hour average call duration, that's still a
2   robocall, right?
3        A    That could be, but that would be unheard of.
4        Q    Why would that be unheard of?
5        A    I haven't seen anything like that –
6        Q    In your three -- in your 3 months?
7        A    Yes.
8        Q    Okay.  So it's unheard of because you haven't
9   seen it?
10       A    Seen a two hour automated conversation between
11  a client, a consumer and a robot in an automated
12  message.
13       Q    So you believe that it has to be entirely an
14  automated message?
15       A    For a rebocall.
16            MR. CROTTY:  Object to the form to the extent
17       it calls for a legal conclusion.
18            You can answer.
19            MR. GELLIS:  He did.
20            THE DEPONET:  I'm sorry.  I forgot the
21       question.
22  BY MR. GELLIS:
23       Q    That's okay.  All right.  So if you have a
24  robocall -- I'm going to ask you one more time to
25  clarify.  What makes something a robocall?

Nathan Richtmyre          July 13, 2023

1          MR. CROTTY:  Object to the form to the extent

2     it calls for a legal conclusion.

3          You can answer.

4          THE WITNESS:  What makes it a robocall is that

5     it is a computer based program that's submitting

6     high volumes of calls with an automated voice,

7     usually of short duration, with the intent of

8     getting the consumers to speak to a live person or

9     to get them to engage in something.

10  BY MR. GELLIS:

11     Q    So when they speak to a live person, doesn't

12  that cause the average call duration to go up?

13     A    Yes.

14     Q    So you said it'd be impossible to have a two

15  hour call that was a robocall.  If a person receives an

16  automated recorded message and then speaks to a live

17  person for two hours?

18          MR. CROTTY:  Object to the form,

19     mischaracterizes the prior testimony in asking the

20     question.

21          MR. GELLIS:  Can I please ask the question

22     and then you can state your objection?  I mean,

23     thank you.

24          MR. CROTTY:  Sorry.  I thought you were done.

25          MR. GELLIS:  I didn't ask the question.  Well,

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

 1        also, if you could just object to the form.  There

 2        is Supreme Court case law on that.

 3             MR. CROTTY:  There's 11th Circuit case law

 4        that says just objection to the form preserves

 5        nothing.  You should give a plain statement of the

 6        objection.

 7             MR. GELLIS:  Okay.  I just -- I'm concerned

 8        that it crosses at a certain point a line into

 9        coaching the witness, but for now, we're okay.

10   BY MR. GELLIS:

11        **Q    Okay.  So you said it'd be impossible to have**

12   **a two hour robocall?**

13        A    It would be highly improbable.

14        **Q    Okay.  Do you know what an originating**

15   **provider is?**

16        A    I believe that is the provider that brings the

17   call into the United States.

18        **Q    Okay.  Do you know what an intermediate**

19   **provider is?**

20        A    That is a call that receives the call from

21   somewhere between the originator and the termination.

22        **Q    Okay.  Do you know what a terminating provider**

23   **is?**

24        A    That is the provider who terminates the call

25   to one of the larger providers where the consumer will

Nathan Richtmyre          July 13, 2023

1  pick up the phone.

**2**      Q     **Do you know what a point of entry is?**

3      A     The point of entry, I believe is -- no.

**4**      Q     **Okay.  Do you know what a gateway provider is?**

5      A     No.

**6**      Q     **Do you know what spoofing is?**

7      A     Yes.

**8**      Q     **Okay.  What is spoofing?**

9      A     Spoofing is taking numbers that are not -- or

10  rearranging the -- the call line identification number

11  so that they can either mimic a phone number that is

12  local, such as a neighborhood spoofing, or that they

13  mimic actual government agencies or businesses like

14  Apple, so that it -- it appears that the number calling

15  is familiar.

**16**      Q     **Okay.  Now, the lawsuit in this case uses the**

**17**  **terms, upstream and downstream providers.  Are you**

**18**  **familiar with those terms?**

19      A     Yes.

**20**      Q     **Okay.  So you understand generally that a call**

**21**  **begins somewhere with an originating provider, takes an**

**22**  **unknown number of hops downstream and ends up at a**

**23**  **terminating provider?**

24      A     Yes.

**25**      Q     **And that person, the terminating provider,**

Nathan Richtmyre          July 13, 2023

1  makes the phone ring on the other end?

2       A    Yes.

3       Q    Okay.  So the terminating provider connects

4  the call to the phone at the end?

5       A    Yes.

6       Q    Okay.  The intermediate provider is the one

7  that passes it down the chain?

8       A    Yes.

9       Q    And the originating provider is the one who

10 actually makes it -- the call, right?

11      A    Yes.

12      Q    Okay.  Do you know what a traceback is?

13      A    Yes.

14      Q    Who conducts tracebacks? Do you know?

15      A    That would be the ITG, the Industry Traceback

16 Group.

17      Q    Okay.  Do you know who makes up the ITG.

18      A    It's a consortium of private telecom

19 businesses.

20      Q    It's US Telecom, right?

21      A    Yes.

22      Q    And this case relied heavily on tracebacks,

23 doesn't it?

24      A    Believe that the beginning of the case began

25 with tracebacks.  It initiated the case.

Nathan Richtmyre          July 13, 2023

1      Q     You don't believe tracebacks are -- they rely

2   on tracebacks in this case, in the complaint?

3      A     I believe they do, but I believe it initiated

4   the investigation.

5      Q     Okay.  Who would be the best source of

6   information -- for information about tracebacks?  Who

7   would I talk to?

8      A     The ITG.

9      Q     Do you know when a traceback begins?

10      A     I believe that they begin as soon as they

11   either go into one of the -- one of the calls that are

12   flagged as potentially a fraudulent scheme.

13      Q     So that's the trigger point, you think?

14      A     I believe.

15      Q     And what happens after that?  Do you know?

16      A     I believe that from that that the ITG then

17   investigates the flow of that, the call, from where it

18   terminated to the intermediates to the originators until

19   either they find the source of it or the business no

20   longer responds.

21      Q     And do you know -- do you know what happens if

22   an upstream provider fails to respond?

23      A     That is the end of the traceback, I believe.

24      Q     If a company receives a traceback, does it

25   automatically mean the law is broken?

```
 1              MR. CROTTY:  I'll object to the form of the
 2       question to the extent it calls for a legal
 3       conclusion.
 4              THE WITNESS:  It depends.  I don't -- I don't
 5       see a business getting a large quantity of
 6       tracebacks, based on legitimate call traffic.
 7  BY MR. GELLIS:
 8       Q    So one traceback alone is not enough to say?
 9       A    No.
10       Q    Whenever someone uses a telephone to commit
11  fraud, does it mean every single telecom company in the
12  chain should be held to blame?
13              MR. CROTTY:  Object to the form to the extent
14       it calls for a legal conclusion.
15              THE WITNESS:  I believe every -- every hop or
16       every business in that -- in that cycle has a
17       responsibility to monitor its own traffic.  I do
18       think that they are responsible for the calls that
19       they are letting through.
20  BY MR. GELLIS:
21       Q    Everyone in the chain?
22       A    Yes.
23       Q    That would include the terminating provider?
24       A    Yes.
25       Q    Okay.  So I'm sure in your lifetime, you've
```

Nathan Richtmyre          July 13, 2023

1  been around and heard on the news there's a salmonella

2  or an E.coli outbreak or something like that?

3      A    Right.

4      Q    And they usually have to do recalls.  Have you

5  ever heard of them going after the trucking companies

6  and targeting them and blaming them for spreading the

7  salmonella outbreak?

8      A    If the trucking company's refrigerating unit

9  wasn't working properly, they could probably be held

10  liable for it, if they're not monitoring their product

11  through their -- their line.

12     Q    So you think refrigeration has to do with

13  salmonella and E.coli --

14     A    I think -

15     Q    -- in this hypothetical?

16     A    In this hypothetically, yes, proper

17  refrigeration of -- of the food through the net, through

18  the -- through the system would constitute, I think, an

19  issue to be investigated.

20     Q    So you go after the truckers and not the

21  factory that made the tainted product?

22     A    If -- if it is shown that that company failed

23  in its responsibility, yes.

24     Q    Do you start with the trucks, or should you

25  start -- you're an investigator; right?

Nathan Richtmyre          July 13, 2023

1     A     You start with the grocery store.

2     Q     Do you -- where do you go to stop the conduct?

3   If there's an outbreak, salmonella poisoning in the food

4   supply, where do you go to stop it?  Do you shut down

5   the highways, or do you go to the place that generated

6   it?

7     A     You go to the place that generated and

8   facilitated it.

9     Q     The people who -- who created it; right?

10    A     Yeah.

11    Q     Okay.  And that's not the truckers?

12    A     In this hypothetical situation, if the

13    originator was found to be the person doing that,

14    then, yes.

15    Q     What do you mean by originator?

16    A     The company or the -- the in the hypothetical

17   --

18    Q     The farm.

19    A     The farm.

20    Q     Yeah.  So the farm was the one responsible for

21   the outbreak.  You hold them responsible?

22    A     If it was shown that they were doing that.

23    Q     Yeah.  Okay.  Do you think tracebacks are

24   always correct?

25    A     I believe no.  But I do think that a large

Nathan Richtmyre          July 13, 2023

 1 number of tracebacks does constitute a pattern of

 2 behavior that does constitute looking into.

 3     Q    Are you familiar with any examples where

 4 tracebacks were wrong?

 5     A    Not that I am aware of.

 6     Q    You're familiar with the allegations in the

 7 Complaint?  I think you said that already, correct?

 8     A    Yes.

 9     Q    Okay.  So I'm going to go ahead and hand you a

10 copy of the Complaint and your lawyer.  We're going to -

11 I actually only -- to the save trees -- I printed, but I

12 think that's okay, Patrick.  So let me let me mark it.

13 Sorry.

14          MR. CROTTY:  The Complaint?

15          MR. GELLIS:  Yeah.

16     (Thereupon, Exhibit No. 2 was marked for

17 identification.)

18          THE WITNESS:  That is on my phone and, yeah,

19     we'll get it at break.

20 BY MR. GELLIS:

21     Q    Okay.  Do you recognize this?

22     A    Yes.

23     Q    All right.  So you played no role, based on

24 what you told me earlier, you played no role in crafting

25 this, correct?

Nathan Richtmyre          July 13, 2023

1      A    No.

2      Q    Okay.

3      A    Correct.

4      Q    So you've reviewed the records that were

5   relied upon to bring this lawsuit?  Correct?

6      A    What do you mean by records?

7      Q    Well, I mean, you're -- you're here to help

8   prosecute the case; right?  You're offering testimony in

9   furtherance of the Plaintiff?  Yes?

10     A    Yes.

11     Q    Okay.  And you said you've reviewed all sorts

12  of records related to this case since you've been

13  brought on?  Correct?

14     A    Yes.

15     Q    Okay.  Let's turn to page -- paragraph 3 on

16  page 3, if you don't mind.  Okay.  Just take a look at

17  that, and let me know when you're ready to discuss it?

18     A    Yes.

19     Q    Do you see the last sentence there?

20     A    Yes.

21     Q    Can you read that real quick?

22     A    "According to records produced by the ITG,

23  Smartbiz is one of the most prolific transmitters of

24  illegal robocalls in the United States."

25     Q    Do you know what ITG records that paragraph is

Nathan Richtmyre          July 13, 2023

1  referring to?

2      A    I believe it is the consensus of the

3  tracebacks.

4      Q    So the traceback records?

5      A    Yes.

6      Q    And you believe those records show that

7  Smartbiz is one of the most prolific transmitters of

8  illegal robocalls in the United States?

9      A    In the 98 percentile, yes.

10     Q    The -- which percentile?

11     A    98.

12     Q    98 percentile.  All right.  We'll talk about

13  that a little later.  Can we please turn to paragraph 26

14  on page 8.

15          Okay.  You're on paragraph 26.  Can you take a

16  look at it?

17     A    Yes.

18     Q    All right.  Let me know when you're ready to

19  discuss it.

20     A    I'm ready.

21     Q    Okay.  That paragraph is talking about

22  spoofing; correct?

23     A    Yes.

24     Q    All right.  So the AG has accused Smartbiz of

25  spoofing; is that accurate?

Nathan Richtmyre          July 13, 2023

```
 1      A    It is -- it has accused Smartbiz of allowing
 2 spoofed calls to come through the network.
 3      Q    Okay.  And what's your understanding about
 4 whether or not that is in compliance with the
 5 regulations?
 6      A    The -- I believe the traceback did require the
 7 businesses to self-monitor their network in house.
 8      Q    And to?
 9      A    These businesses, like Smartbiz, can check the
10 CDRs of the calls coming through, and if it has a large
11 originating numbers, possibly more originating numbers
12 than numbers that are connecting or numbers that are --
13 it should be a red flag.
14      Q    Okay.  But I'm talking just about the spoofing
15 itself.  Do you believe -- you believe, based on your
16 research that you've done, that spoofing alone is
17 illegal?
18      A    Yes.
19      Q    You believe it's illegal to spoof a call?
20      A    I can think of no legal reason why you would
21 fake a phone number to try to connect a call.
22      Q    Okay.  Potentially to save some of your
23 customers money, maybe not international rates.  Maybe
24 their carrier makes it look like it was a local call.
25 Could that be one reason?
```

Nathan Richtmyre          July 13, 2023

1      A    That could, but that seems like a deceptive

2   business practice.

3      **Q    If it was a legitimate business inquiry.  I**

4   **mean, you do business with them?**

5      A    It still seems deceptive.

6      **Q    Seems deceptive.**

7      A    Yes.

8      **Q    Okay.  And you believe it's illegal?  Okay.**

9   **How do you -- let me ask this?  Do you know whether**

10  **Smartbiz can tell if an originating number has been**

11  **spoofed?**

12     A    They have a network operations center that I

13  believe are filled with qualified individuals to monitor

14  their network.

15     **Q    Okay.**

16     A    And I believe if they have the origination of

17  the call, where it's going, I'm sure they get some kind

18  of information based on that.

19     **Q    So if they're looking at a CDR that says a**

20  **number in California called a number in Nebraska –**

21     A    That's what CDR says?

22     **Q    Yeah.  Where do they go in that to say that's**

23  **spoofed?  How do they know?**

24     A    I imagine looking at the CDRs.

25     **Q    Okay.  You think there's -- you believe**

Nathan Richtmyre          July 13, 2023

1  **somewhere in the CDRs it tells them?**

2       A    I believe somewhere in the data it tells them

3  that if calls are originating outside the United States

4  and are following the national -- the North American

5  numbering, the NANP number, that doesn't make sense.

6  That -- there should be something -- there should and

7  especially if large numbers are coming in, that it

8  should be a red flag for at least an investigation into

9  why those calls are coming in with those numbers in the

10  North American numbering --  I forget what the P is --

11  but coming into the United States from outside the

12  United States, or if a long distance international

13  provider is doing local calls, there's some -- there at

14  least should be questions there that are asked.

15       **Q    So you believe the CDRs will tell Smartbiz**

16  **whether the numbers are being spoofed or not?**

17       A    I believe the CDR could be one aspect of that,

18  yes.

19       **Q    Okay.  And we talked about upstream and**

20  **downstream, previously.**

21       A    Yes.

22       **Q    Okay.  So you do admit, though, that Smartbiz**

23  **is at least one layer removed from the origination of**

24  **these calls?**

25       A    According to the email analysis, Smartbiz's

Nathan Richtmyre          July 13, 2023

 1  position transitioned from point of entry to near point

 2  of entry to an intermediate and then to another

 3  position.  So it had -- it's had multiple positions in

 4  there, according to the -- the YouMail report.  Expert

 5  report.

 6       Q    Okay.  But I understand, but I'm -- I'm asking

 7  they're at least they -- are you contending Smartbiz is

 8  operating a call center?

 9       A    No.

10       Q    Okay.  So they're not the ones making the

11  calls?

12       A    They're also not the ones stopping the calls.

13       Q    I understand, but neither is Verizon, a

14  multibillion dollar company; right?

15       A    It's true.

16       Q    Tons of resources.

17       A    It's true.

18       Q    And this is two Venezuelan guys in America,

19  right?

20       A    It doesn't absolve them.

21       Q    No.  No, I understand, but it absolved

22  Verizon?

23       A    No.

24       Q    So you guys are prosecuting Verizon?

25       A    (No audible response.)

Nathan Richtmyre          July 13, 2023

1      Q     Right?

2      A     I don't know.  I'm not involved in that.

3      Q     **Exactly.  So if Smartbiz is receiving traffic**

4   **from other US based intermediate providers, how is this**

5   **their fault?**

6          MR. CROTTY:  Object to the form, to the extent

7      it calls for a legal conclusion.

8          You can answer.

9          THE WITNESS:  They are responsible for

10     monitoring their network, and they can be held

11     liable for what comes through their network if they

12     are not stopping it.  If they have -- they have

13     been warned by ITG multiple times, almost 266 --

14     266 times from myself on multiple providers that in

15     both depositions they established that they had

16     personal relationships with Etelix, with Whisl with

17     these companies that are pushing that through their

18     network.

19         I'd imagine a good faith business

20     relationship, somewhere along the line, somebody

21     would've talked, since they had personal

22     relationships, that all this illegal traffic's

23     coming through.  Maybe we should stop it.  But

24     businesses make money on the amount of traffic that

25     comes through.  So there is an incentive not to

Nathan Richtmyre          July 13, 2023

```
 1      stop it.
 2 BY MR. GELLIS:
 3      Q     So you don't think -- well, we'll talk all
 4 about that later.  Let me strike that.  So what -- it
 5 sounds like you expected Smartbiz to monitor its traffic
 6 better?
 7      A     Along with the FCC and the ITG, yes.  They
 8 also believe that it is their responsibility to monitor
 9 their traffic.
10      Q     Has Smartbiz, to your knowledge, ever received
11 any notice from the FCC?
12      A     The FCC appointed the ITG to monitor the
13 networks or to monitor to -- to traceback robocalls.
14      Q     So the answer is, no, because I asked you if
15 you know if the FCC has ever sent notice to Smartbiz,
16 not whether they appointed the ITG --
17      A     I do not.
18      Q     -- whether or not.  Do you know if Smartbiz
19 has ever received notice from the FCC enforcement
20 bureau?
21      A     No.
22      Q     You don't know or they haven't?
23      A     I don't know.
24      Q     Have you asked that question?
25      A     Yes.
```

Nathan Richtmyre          July 13, 2023

1      Q      Did you -- and you were not given an answer?

2      A      I never asked it to the attorneys.   I asked to

3   see it on internet research for anything like that.

4      Q      Okay.  Did you find anything?

5      A      No.

6      Q      You're familiar with the TRACED Act?  I think

7   we went over that a minute ago.

8      A      Yes.

9      Q      Okay.  You can put the Complaint to the side

10  for now.  We're going to be going back to that, but I'm

11  going to hand you some regulations, the traceback

12  regulations.  Let me mark this as Exhibit 3.

13      (Thereupon Exhibit No. 3 was marked for

14  identification.)

15          MR. GELLIS:  I have a copy for you, Patrick. I

16      misspoke.  Wait.  No.  There's two -- there's two

17      copies, two copies here.  Okay.  There should yes,

18      I did not misspeak.

19  BY MR. GELLIS:

20      Q      Take a look at this real quick.  Just tell me

21  if you recognize or even know what it is.

22      A      I recognize it.

23      Q      All right.  Cool.  Can we go ahead and turn --

24  I flagged it, one of the flags.  It's going to be K7.

25  You'll find sub-K and then you go, you'll find seven.

Nathan Richtmyre          July 13, 2023

1  It starts with "for purposes of this section."

2       A    Okay.

3       Q    Now, you said that you had reviewed some of

4  the laws related to this case; correct?

5       A    Yes.

6       Q    Did you review the traceback regulations?

7       A    I reviewed it, but it is a lot to memorize.

8       Q    Agreed.  I don't think anybody can memorize it

9  all.  I certainly haven't.  I agree with you on that.

10 Can you just read that one sentence under parens?  Well,

11 let -- let's back up.  Let's go to K.  Why don't you go

12 up to K and read me K and then seven?

13      A    "Voice service providers may block calls so

14 they do not reach a called party as follows."

15      Q    And then read seven, please?

16      A    Seven.  For purposes of this section, a

17 provider may rely on Caller ID information to determine

18 the purported originating number without reg- -- without

19 regard to whether the call, in fact, originated from

20 that number.

21      Q    Okay.  Do you have any problem?  Do you

22 understand that sentence?

23      A    I think so, yes.

24      Q    Okay.  What do you think it says?  Why don't

25 you summarize it?

Nathan Richtmyre          July 13, 2023

```
 1        A    The provider may take the Caller ID
 2   information on face value.
 3        Q    Okay.  So do you have any reason to believe
 4   that that sentence is not correct or not a true copy?
 5        A    No.
 6        Q    Doesn't that seem to relieve an intermediate
 7   provider of any liability for passing a spoofed call?
 8             MR. CROTTY:  Object to the form to the extent
 9        it calls for a legal conclusion.
10   BY MR. GELLIS:
11        Q    I mean, I -- I'll -- do you need me to repeat
12   it?  I'll sub it out.  I'll tell you instead of
13   provider, I'll say Smartbiz may rely on Caller ID
14   information to determine the purported originating
15   number without regard to whether the call originated
16   from that number.  Right?
17        A    I believe this says that they may engage in
18   business with any business and assume that that number
19   is a legitimate number until they're contacted by
20   someone else to tell them that those numbers might not
21   be real.
22        Q    Okay.
23        A    You're talking about numbers coming in, and
24   that's fine.  They are more than -- they can -- they can
25   assume that number -- they should not have any reason to
```

Nathan Richtmyre          July 13, 2023

1  believe that illegal calls are coming into their network

2  until somebody on the other side is saying, hey, illegal

3  calls are coming through your network.

4      **Q    All right.  And you reviewed this, so do you**

5  **recall anywhere in here that it says what you're telling**

6  **me right now.**

7      A    No.

8      **Q    Okay.  So where do you believe that**

9  **information that you just testified to comes from, and**

10 **where did you get that theory?**

11     A    I believe it is just unconscionable behavior

12 to not take the ITG's tracebacks and to investigate the

13 originating -- the numbers that are coming -- the

14 numbers that are coming through.

15     **Q    Okay.  So it's not actually passing the**

16 **spoofed call that's illegal, then?**

17         MR. CROTTY:  Object to the form to the extent

18     it calls for a legal conclusion.

19 BY MR. GELLIS:

20     **Q    I believe you said passing a spoof call,**

21 **earlier, was illegal.  So I'm just trying to figure it**

22 **out.  Is it the failure to investigate the spoofed call**

23 **that's illegal, or is it the spoofed call itself?**

24     A    It is allowing them to continue through

25 unmitigated, unstopped.  They spoke yesterday about how

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1  calls would come through and they only had one or two,

2  and they continued doing business with them.

3       That's -- there's nothing wrong with getting one or

4  two complaints, but if you get multiple complaints about

5  an originator using a spoof call, that originator should

6  not be allowed to be able to come through the network.

7       Q    Okay.  So we were just looking at seven.

8  Right?  Can you just kinda go up three numbers there to

9  four?

10      A    Yes.

11      Q    Let's take a look at four.  Would you just

12 read that?  You know, you read the first sentence.  I

13 don't want to leave anything out.  I want you read all

14 of four into the record?  Yeah.  Please.

15      A    A provider may block voice calls or cease to

16 accept traffic from an originating or intermediate

17 provider without liable -- liability under the

18 Communications Act or the Commission's rules where the

19 originating or intermediate provider, when notified by

20 the Commission, fails to effectively mitigate traffic --

21 illegal traffic within 48 hours or fails to implement

22 effective measures to prevent new and renewing customers

23 from using its network to originate illegal calls.

24 Prior to initiating blocking, the provider shall provide

25 the Commission with notice and a brief summary of the

Nathan Richtmyre          July 13, 2023

1  basis for its determination that the originating or

2  intermediate provider meets one or more of these two

3  conditions for blocking.

4      Q    Do you understand that?

5      A    Yes.

6      Q    Doesn't it seem to say that Smartbiz can't

7  block without liability until the Commission notifies

8  it?

9          MR. CROTTY:  Object to the form to the extent

10     it calls for a legal conclusion.

11         THE WITNESS:  I don't know.  I mean --**

12 BY MR. GELLIS:

13     Q    Well, it certainly says in the second sentence

14 we can agree that before blocking, the provider has to

15 notify the commission and provide a summary why it's

16 doing it; right?

17     A    Yes.

18     Q    Okay.  So you -- and then the first paragraph

19 the first sentence above on the second line, it says,

20 where the originating or intermediate provider, when

21 notified by the Commission, fails to effectively

22 mitigate illegal traffic within 48 hours.  Okay.  You

23 see that?

24     A    Yeah.

25     Q    And we talked earlier, you know of no notice

Nathan Richtmyre          July 13, 2023

1    that has ever been sent to Smartbiz by the FCC; right?

2         A    Correct.

3         Q    So you don't know of any time the FCC has ever

4    put it on notice that it had illegal traffic?

5         A    Correct.

6         Q    Okay.  We're going to go back to that later,

7    but thank you.  Do you know what federal agency's

8    responsible for creating the traceback regulations?

9         A    No.  I believe it's the FCC or the FTC.

10        Q    The FCC.  Okay.  Who do you think understands

11   these regs that you're holding better, the FCC or the

12   Florida Office of the Attorney General?

13        A    I believe they work in partnerships.  So the

14   FCC may be the experts on this, but that's not to say

15   that the Attorney Generals cannot interpret this.

16        Q    Well, I didn't ask you who can and can't

17   interpret it.  I asked you who understands it better?

18        A    It really could be either or.

19        Q    So you think the Attorney General's Office is

20   on par with the FCC in terms of understanding traceback

21   regs?

22        A    Not the whole thing but sections of it.

23        Q    Okay.  So you guys.  Okay.  So who has the

24   ultimate regulatory enforcement authority over the

25   tracebacks, the FCC or you guys?

Exhibit D - Richtmyre Depo

Nathan Richtmyre        July 13, 2023

```
 1       A    I believe that the FCC.
 2       Q    So the FCC, they could have pursued regulatory
 3   enforcement against SBT, right?
 4       A    They could.
 5       Q    Okay.  And they haven't, to your knowledge,
 6   correct?
 7       A    To my knowledge, no.  But that's what
 8   partnerships are for between state and federal agencies,
 9   so there's no duplicative -- duplicative investigative
10   work done.
11       Q    Okay.  But we just read this provision here
12   that said they could've stopped the traffic within 48
13   hours; right?
14       A    They could have, yes.
15       Q    Okay.  So they haven't, though, right?
16       A    Not to my knowledge.
17       Q    So they've chosen the more efficient method is
18   to hand this off to you, and go through this whole civil
19   process and cost everyone a bunch of money instead of
20   firing off a notice and ending it today?  Yeah?
21       A    That is assuming that they would have
22   responded to the notice.  They didn't respond to the FTC
23   notices -- the ITG traceback notices.
24       Q    You -- you don't think they responded to the
25   tracebacks?
```

Nathan Richtmyre          July 13, 2023

1      A    I believe -- I saw the tracebacks for the

2    Opextel, I believe is the name of the business, and it

3    was the same thing 15 different times.

4      Q    Sure.

5      A    It was the same response.  It's 15 different

6    times.  It doesn't seem like an intelligent or -- not

7    intelligent -- it doesn't seem like a purposeful

8    response to the ITG's request that they at least

9    investigate those efforts.

10     Q    Okay.  And we're going to look at that in a

11   little bit, as well.  But let me -- let me go ahead then

12   and direct you to paragraph 47.  We're going to take the

13   Complaint back out, Exhibit 2, if you'd be so kind.

14     A    Okay.

15     Q    Take a look at that.  Let me know when you're

16   ready to talk.

17     A    I'm sorry.  What section was it?

18     Q    Oh, paragraph 47?

19     A    Yes, sir.

20     Q    Okay.  All right.  You see the first sentence

21   there?

22     A    Yes.

23     Q    It basically says, legitimate telemarketers

24   and people who make calls for ordinary purposes use the

25   same number; right?

Nathan Richtmyre          July 13, 2023

```
1        A    Yes.
2        Q    Okay.  Do you think debt collectors might want
3   to use different originating numbers in trying to
4   collect debt?
5        A    I don't know how they would collect debt if
6   they didn't get -- if the consumer didn't have a number
7   to call back to.
8        Q    Well, I mean, you've never -- you don't think
9   a business that's trying to get ahold of somebody that
10  doesn't want to be get -- that doesn't want to be gotten
11  they might try different tactics.
12       A    They may try different tactics.
13       Q    I mean, process servers dress up as other
14  people; right.
15       A    Yes.
16       Q    They sit outside your house because the person
17  you're trying to contact, they don't want to be
18  contacted; right?
19       A    Correct.  But the process server isn't trying
20  to make a profit.
21       Q    I mean, yes, he is.  He's being paid.
22       A    Right.  But he's not being paid by the amount
23  of times that he goes to that person.  These robocallers
24  are making money based on the times that they can
25  contact someone and try to get somebody to respond.
```

Nathan Richtmyre          July 13, 2023

```
 1      Q     So when you say, the robocallers, who's that?
 2      A     The telemarketers from outside the United
 3 States that are putting these calls through.
 4      Q     The people making the calls?
 5      A     Yes.
 6      Q     The people initiating the calls?
 7      A     Yes.
 8      Q     So do you think Smartbiz is a telemarketer?
 9      A     No.
10      Q     Do you contend Smartbiz operates call centers?
11      A     No.
12      Q     Do you contend Smartbiz is an originating
13 provider?
14            MR. CROTTY:  Object to the form to the extent
15      it calls for a legal conclusion.
16            THE WITNESS:  And by originating provider, you
17      mean?
18 BY MR. GELLIS:
19      Q     You gave your definition?
20      A     The person that brings it.  Yes.
21      Q     Well, let's talk about you believe an
22 originating provider is somebody who brings it into the
23 country?
24      A     Who allows it to come into the network in the
25 United States' network.
```

Nathan Richtmyre          July 13, 2023

```
 1      Q     So you don't believe it's somebody outside the
 2  country who makes the call?
 3      A     No.
 4      Q     So if, let's say legal -- let's say your
 5  mother lives in Peru.
 6      A     Yeah.
 7      Q     Your mom picks up the phone in Peru and calls
 8  you?
 9      A     Yeah.
10      Q     Nothing illegal about that; right?
11      A     No.
12      Q     Okay.  So there's somebody in Peru, a telecom
13  company that started that call; right?  Picks up the
14  phone.  She's not -- she's not calling -
15      A     Right.
16      Q     -- right into America, right?
17      A     Right.
18      Q     Would that be the originating provider, do you
19  think?
20      A     Possibly.
21      Q     Okay.  So Smartbiz is not doing that; though;
22  right?  You have no reason to believe Smartbiz is doing
23  that?
24      A     No.
25      Q     Okay.  Can you take a look at paragraph 87 now
```

Nathan Richtmyre          July 13, 2023

```
 1  of the Complaint, 8-7.  Can you please read that out
 2  loud, actually, 87.
 3       A     Eighty-seven?
 4       Q     Yeah.  Read that paragraph out loud.
 5       A     Smartbiz made calls terminated to Florida
 6  because the calls would not have connected but for
 7  Smartbiz's decision to allow them to transit it's
 8  network despite having actual knowledge that many of the
 9  calls were scam robocalls featuring prerecorded or
10  artificially voiced messages.
11       Q     Smartbiz made calls terminated to Florida.  Do
12  you see that language?
13       A     Yes.
14       Q     That language is inconsistent with your
15  testimony, isn't it?
16       A     I don't think so.
17       Q     Okay.  You just said Smartbiz doesn't make the
18  calls?  Yes?
19            MR. CROTTY:  Object to the form to the extent
20       it calls for a legal conclusion.  But you can
21       answer.
22            THE WITNESS:  You're asking me to make a  --
23  BY MR. GELLIS:
24       Q     No. I'm asking.  You just said -- you
25  testified; correct?
```

Nathan Richtmyre          July 13, 2023

```
 1        A    Yes.
 2        Q    That Smartbiz does not make calls.
 3        A    As a call center, yes.
 4        Q    Or as an originating provider?
 5        A    But --
 6        Q    I'm asking you to reconcile that testimony
 7   with paragraph 87, please.
 8             MR. CROTTY:  And I'll object to the form to
 9        the extent it calls for a legal conclusion.
10             THE WITNESS:  Sorry.  Ask the question again.
11   BY MR. GELLIS:
12        Q    Please reconcile your testimony that Smartbiz
13   but does not make calls with paragraph 87 of the
14   Complaint?
15        A    I don't know.
16        Q    Yeah.  So what about the part that says
17   Smartbiz allowed the calls to transit its network?  In
18   what way do you think they allowed these calls to
19   transit?
20        A    They allowed them to come through the network
21   and to go through to the terminating providers.
22        Q    Okay.  So do you think somebody at Smartbiz
23   sits there and pushes a yes button to every call?
24        A    No.
25        Q    No.  Do you think Smartbiz has visibility in
```

Nathan Richtmyre          July 13, 2023

```
 1  real time into what's going through their system?
 2      A    No.
 3      Q    Okay.  So how do you expect them to not pass
 4  traffic that they can't see?
 5      A    Much as an investigation would go, they get
 6  compla- --  they get the ITG tracebacks saying that the
 7  network is coming from there and that they should look
 8  into where it's coming into.
 9      Q    Okay.  And you don't think they did that?
10      A    No.
11      Q    Okay.
12           THE COURT REPORTER:  Can you repeat the
13      question, please, for the purpose of integrity of
14      the record?
15           MR. GELLIS:  What was the answer?  I mean, I
16      don't remember.  I can't -- that's fine.
17           THE COURT REPORTER:  The previous one.
18           MR. GELLIS:  In what way were they -- we'll go
19      back to that.  I have that question.  We'll go
20      back.  We'll go back to that.
21  BY MR. GELLIS:
22      Q    How did they allow these calls to transit
23  their network?
24      A    By not screening them.
25      Q    Okay.  And we talked that you agree they
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1  cannot screen them in real time?

2      A    But they can get an idea of who is sending the

3  calls.

4      Q    Okay.  And so you believe that if some

5  provider has sent any number of potentially scam calls,

6  that that provider should be terminated entirely?

7  That's what you want them to do?

8      A    Possibly.

9      Q    So if --

10     A    If it's for inter- -- for domestic calls, if

11 it's coming into the United States.

12     Q    So if a drug dealer in Peru picks up a phone

13 and calls his buddy in Arizona and does a drug deal, and

14 it transits Smartbiz's network, you want them to cut off

15 that telecom company?

16     A    That's one call.  There were 682,000,000 calls

17 to the do not call network, to - on the do not call

18 list.

19     Q    We're going to talk about that, too, in a

20 little bit.  I don't want to go there quite yet, but why

21 don't we go back to -- we're not talking about I'm --

22 I'm asking you this hypothetical.

23     If a drug dealer in Peru sets up a drug deal with

24 somebody in Arizona, that call passes through somebody's

25 network.  It's an illegal call.  Even let's assume it's

Nathan Richtmyre          July 13, 2023

 1  a robocall or something.  You want the telecom company

 2  to cut off that provider entirely?

 3      Because you're asking them to monitor.  You're

 4  saying you need to cut off the bad calls.  You agree

 5  they cannot monitor in real time.  You agree they have

 6  to look back; right?  They have to do an analysis;

 7  correct?

 8      A    Yes.

 9      Q    Okay.  So they have to look back?

10      A    Yes.

11      Q    Let's say they identify a problem.  Your

12  solution is fire the company entirely.  Cut them off;

13  right?

14      A    Yes.

15      Q    Because of some problems?

16      A    Some problems are hundreds of millions of

17  calls.

18      Q    Okay.  And what if that entity that Smartbiz

19  does business with, what if it's their customers and

20  they have one or two bad customers, because, you know,

21  it's not like it's just one company.

22      Think about a liquor store.  They sell all

23  different kinds of brands of liquor in a liquor store,

24  all sorts of different companies.  And those liquor

25  stores all around the country are in the business of

Nathan Richtmyre          July 13, 2023

1   selling goods they pass through.

2        They're like middlemen.  They're not the end user,

3   and they didn't make it.  A liquor store could get a

4   bunch of bad batches.  Maybe they have a couple bad

5   suppliers.  Why should somebody, because of that, cut

6   off the entire store's relationship?  That's what I'm

7   trying to get at.  It just doesn't seem practical.

8        A    If that store is told that the certain amount

9   of certain brand of liquor is dangerous to the public

10  and they continue to sell it and they continue to allow

11  it through without stopping and getting -- without

12  ceasing business with the -- with the business that's

13  providing it, I believe they could be held liable for

14  that.

15       Q    Okay.  So if liquor brand A is bad, they

16  should stop accepting a, b, c, d, e, f, and g from that

17  supplier because A is bad.

18       That doesn't make sense, does it?  They should cut

19  off the problem; correct?

20       A    Yes.

21       Q    Not necessarily the entire relationship?

22       A    If that relationship is based on fraudulent

23  activity, then potentially, yes.

24       Q    Okay.  Even if it's not known to them at the

25  time?

Nathan Richtmyre          July 13, 2023

```
 1       A    Yes.
 2       Q    Okay.  And you believe the regulations allow
 3  Smartbiz to choose which calls to block or not block?
 4       A    I believe it allows them to choose which
 5  businesses to engage with.
 6       Q    So the regulations allow them to -- the
 7  regulations decide who they can do business with?
 8       A    No.  It's that the call -- they know what
 9  calls are coming through from who and if those call --
10  they can't block the person, the telemarketer blocking
11  the call, because it's coming -- coming through
12  different providers.  But they can cease doing
13  businesses -- business with the providers that are
14  sending these calls through.
15       Q    And I guess that goes back to the same
16  question, unfortunately.  They're an intermediate
17  provider.  They do business with other intermediate
18  providers who don't have one customer.
19       They -- they're wholesalers.  They're in the market
20  of doing business with everybody.  You're asking them to
21  cut off one of their partners because their partner got
22  a bad batch one time or a couple of times.  And I -- I'm
23  just I'm trying to understand how they -- you're
24  expecting them to make these decisions.  What do they
25  do?
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1          MR. CROTTY:  Object to the form to the -- it

2      presumes facts not in the record, and misstates

3      prior testimony, and to the extent it calls for a

4      legal conclusion.

5          You can answer.

6  BY MR. GELLIS:

7      Q    **Your answer is just shove them down.**

8      A    No.  The answer is they were offered

9  opportunities by the ITG, by the Attorney General's

10 Office in this Complaint where they were trying to

11 increase their mitigation efforts, and they did not

12 increase their mitigation efforts.

13     **Q    Okay.  Very good.  And we will talk about**

14 **that, too.  I can't wait.**

15     **Let's move to the do not call list, first, though.**

16 **We talked about that a minute ago; right.  You brought**

17 **up the DNC.  So you know what the DNC is?**

18     A    Yes.

19     **Q    Is your personal phone number on there?**

20     A    No.

21     **Q    Okay.  Do you know anybody who has their**

22 **number on there?**

23     A    Yes.

24     **Q    Okay.  So does that mean you can't call that**

25 **person?**

Nathan Richtmyre          July 13, 2023

```
 1      A    I believe the telemarketers cannot call that
 2 person.
 3      Q    Okay.  So you agree, then, that even though a
 4 number is not on the do not call list, there's
 5 situations where it can get calls?
 6      A    Yes.
 7      Q    Okay.  I'm on the -- I'm on the DNC.  I
 8 ordered pizza from Dominos the other day.  True story.
 9 You know that they shot me a robocall telling me the
10 pizza had left the store and was on its way.  Okay.  Do
11 you believe that's illegal.
12      A    No.
13      Q    Okay.  So there was an intermediate provider
14 somewhere in that call, too; right?
15      A    Yeah.
16      Q    Okay.  And did they do anything wrong?
17      A    No.  You were expecting that call?
18      Q    I received a robocall; yes?
19      A    Yes.
20      Q    Okay.  Someone carried it?
21      A    Yes.
22      Q    I'm on the DNC.
23      A    Yes.
24      Q    That list -- that call was fine.  Right?
25      A    Yes.
```

Nathan Richtmyre          July 13, 2023

1      Q    And -- and maybe that's because when I ordered
2   the pizza, I clicked terms and conditions, didn't I?
3      A    Yes.
4      Q    You've done that, right?
5      A    Yes.
6      Q    You been on the internet.  You click stuff all
7   day long.  Right?  You've been on the internet.  Click
8   wrap.  I accept.  I agree.  Do you ever read it?
9      A    Sometimes, yeah.
10     Q    Not all the time, right?
11     A    No.
12     Q    I don't either.  So we -- we click things.
13     A    Correct.
14     Q    And I'm assuming I clicked something that said
15  I consent to Domino's contacting my phone for all these
16  various purposes?
17     A    Yes.
18     Q    Okay.  That's totally possible, right?
19     A    Yes.
20     Q    Probably likely.  All right.  But only I would
21  know that I did that; right?  Smartbiz wouldn't know
22  that.  The carriers in the chain wouldn't know that,
23  would they?
24     A    I don't think so.
25     Q    Only I would; right.

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1      Okay.  So as part of this investigation into
2  Smartbiz and looking at records, have you inquired
3  whether any alleged recipients of these calls clicked on
4  any terms and conditions recently?
5      A    No.
6      Q    Did you inquire about whether they granted
7  access to their email accounts to online websites or
8  social media profiles?
9      A    I personally, no.
10     Q    Okay.  Do you know whether they granted any
11  other access to their phone number or signed up for any
12  sort of raffle or anything like that?
13     A    No.
14     Q    You don't know what they clicked online?
15     A    No.  You don't know where they put their phone
16  number online?
17     Q    No.
18     Q    You have no idea?
19     A    No.
20     Q    You were not asked to look into that?
21     A    No.
22     Q    So it's possible these people somewhere on the
23  internet consented to some stuff for calls, right,
24  legitimate telemarketing calls, potentially.
25     A    Potentially, yes.

Nathan Richtmyre          July 13, 2023

1      Q    It's something that would be helpful for an

2  investigator to know when doing an investigation;

3  right?

4      A    Yeah.

5      Q    You believe -- when, in fact, you've been

6  trained on this; right.  You believe in investigations

7  you should look at every aspect, right?

8      A    Yeah.

9      Q    Because you want to try to get as complete of

10  a picture as possible.

11      A    Yes.

12      Q    Correct?  Okay.  So you want to make sure you

13  have access to all the information you would need to

14  make a rational decision?

15      A    Yes.

16      Q    Okay.  And you did not look at any of that?

17      A    No.

18      Q    Okay.  So I think the allegation was that

19  calls transiting SBT's network were received by people

20  on the DNC; right?

21      A    Yes.

22      Q    Okay.  Doesn't that also mean that AT&T,

23  Verizon, Sprint, T-Mobile, et cetera, they connected

24  those calls, too?

25      A    If they were in -- if they were in the line,

Nathan Richtmyre          July 13, 2023

1   yes.

2      Q    So Verizon is allowed to connect calls on the

3   DNC.  That's cool?

4      A    I don't know if they've connected calls to the

5   DNC.

6      Q    Okay.  Well, there's only so many terminating

7   providers; right?

8      A    Right.

9      Q    And you believe there's evidence in this case

10  of completed calls to potential victims; correct?

11     A    Yes.

12     Q    So they had some major commercial telephone

13  provider?

14     A    Yes.

15     Q    Okay.  And whoever that provider was, they

16  connected that call, too, didn't they?

17     A    Yes.

18     Q    On the DNC list?

19     A    Possibly, yes.

20     Q    Okay.  So you're expecting Smartbiz to do

21  stuff that multibillion dollar global corporations can't

22  even do; right.

23     A    I believe they all should be doing it.

24     Q    Is there a filed action for an injunction

25  against Verizon that you know of?

Nathan Richtmyre          July 13, 2023

```
 1        A     Not that I know of.
 2        Q     Don't you think if Verizon stopped the DNC
 3   numbers, that would have a much bigger effect than
 4   Smartbiz?
 5        A     Potentially.
 6        Q     Who has more customers do you think?
 7        A     I don't know.
 8        Q     You don't know.  Who do you think?
 9        A     I think Verizon? Yeah.
10        Q     Verizon didn't make that call on that
11   hypothetical; right?  They were just the connecting
12   party?
13        A     Yes.
14        Q     In the same way that Smartbiz didn't make the
15   call, either.  Right?
16        A     Yes.
17        Q     Okay.  Can we go to paragraph 63 to 64 of the
18   Complaint, please.  And please just take a look at those
19   and let me know when you're ready to discuss?
20        A     Okay.
21        Q     Were you -- okay.  You see that?
22        A     Yes.
23        Q     Okay.  It's talking about family there.  Do
24   you see that?
25        A     Yes.
```

1    Q    Sixty-four.  Okay.  Were you aware that Family
2    sent an email to the ITG apologizing for the traffic?
3    A    No.
4    Q    So you were never given that information as
5    part of your investigation?
6    A    No.
7    Q    They didn't show that to you?
8    A    I did not see that, no.
9    Q    Would you like to see it?  We're going to take
10   a look at it.  So I'm going to go ahead and hand you
11   what's going to be marked as I believe it's part of
12   Exhibit 4.
13   (Thereupon, Exhibit No. 4 was marked for
14   identification.)
15   BY MR. GELLIS:
16   Q    Go ahead and just take a moment, please.  I'm
17   assuming you haven't seen this, so go ahead and read it.
18   A    Okay.
19   Q    Okay.  Do you see that?
20   A    Yes.
21   Q    All right.  You see that email?  That's from
22   vice president of Family Communication, isn't it?
23   A    Yes.
24   Q    Okay.  And do you agree that this letter shows
25   Family is taking responsibility for the traffic that

Nathan Richtmyre          July 13, 2023

```
 1   resulted in the tracebacks?
 2       A    They are apologizing, yes.
 3       Q    Okay.  Do you see also where it says that Mr.
 4   Nitin had a detailed talk with his partners?
 5       A    Yes.
 6       Q    Okay.  And you see it also says, Traceback
 7   David.
 8       A    Yes.
 9       Q    I'm assuming -- we don't know, but I'm
10   guessing David Frankel.  Right.  You heard that name in
11   this case?
12       A    I've heard the name.
13       Q    And we looked at a bunch of emails yesterday
14   with him; right?
15       A    Yes.
16       Q    I'm going to look at some more today.  So it
17   appears Smartbiz reached out to family about the
18   traceback it received; right?
19       A    Yeah.
20       Q    Okay.  Because it says, you know, the wrong
21   traffic of clients towards our trusted partners.  Okay.
22   I had a detailed talk with our partners.  Do you see
23   that?
24       A    Yeah.
25       Q    So Smartbiz reached out to Family; correct?
```

Nathan Richtmyre          July 13, 2023

```
 1        A    Yes.

 2        Q    And Family took responsibility in this email

 3   for that traffic; right?

 4        A    Yes.

 5        Q    They apologized and they said they took

 6   action.

 7        A    Yeah.

 8        Q    Do you know if Family ever received notice

 9   from the FCC?

10        A    I don't know.

11        Q    You have no -- okay.  You don't know.  So do

12   you agree, then, that Smartbiz and Family did something

13   in response to the traceback?

14        A    I believe they sent a letter and an apology.

15        Q    Okay.  Well, traceback or excuse me, Smartbiz

16   didn't send the apology.  Family did.

17        A    Family sent an apology.

18        Q    Okay.  But Smartbiz reached out to Family;

19   correct?

20        A    Yes.

21        Q    Okay.  And so Smartbiz brought the issue to

22   its upstream and said, hey, we've got a problem here;

23   right?

24        A    Yeah.

25        Q    Okay.  So is -- is that consistent with
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1  fraudulent conduct?

2      A    In this one instance, no.

3      Q    So making an effort and trying to respond to

4  regulators, is that consistent with fraudulent intent?

5      A    One email.

6      Q    I didn't ask that.  I asked, generally, is

7  responding to regulators and working with them

8  consistent with fraudulent intent?

9      A    No.

10     Q    Is undertaking voluntary compliance efforts

11 consistent with fraudulent intent?

12     A    No.

13     Q    Is doing more than the law requires,

14 proactively, consistent with fraudulent intent?

15     A    No.

16     Q    So as a financial investigator, if a person

17 cooperates with a regulator, that's a sign of good

18 faith; correct?

19     A    It can be.

20     Q    Okay.  All right.  I'm going to go -- I can

21 put this one away.  I'm going to go to another document.

22          I'm going to mark this as Exhibit 5.

23     (Thereupon, Exhibit No. 5 was marked for

24 identification.)

25 BY MR. GELLIS:

Nathan Richtmyre          July 13, 2023

1    Q    You may have seen this.

2    Patrick, here you go.

3    This is the ITG spreadsheet in the email from  --

4    you got that; right?

5            MR. CROTTY:  Yes.

6            MR. GELLIS:  Because he said he was sending it

7    to you.  So okay.  Excellent.

8    BY MR. GELLIS:

9    Q    Can you please take a minute, Mr. Richtmyre,

10   look that over, the email and the spreadsheet attached

11   to it, and let me know if you've ever seen that?

12   A    Okay.

13   Q    All right.  And actually, I think I misspoke.

14   This document is marked as confidential by the ITG.  I

15   don't want to make it an Exhibit if we don't have to.

16   So let's go ahead and not --

17           MR. CROTTY:   We can't keep it then.  You're

18       going to have to take it back.  You can –

19           MR. GELLIS:  Yeah, I -- well, you said you

20       have a copy of it already.

21           MR. CROTTY:  Then if I have a copy of it, then

22       it's not confidential.

23           MR. GELLIS:  I'm just saying they sent it to

24       you, right?  I mean, the I don't know for a -- I

25       can look in my email and see if it was sent to me

Nathan Richtmyre          July 13, 2023

 1        because he said here he might not.

 2            He says, I will provide a copy to the AG.

 3        Last sentence.  I will also be providing a copy of

 4        this email to the State of Florida.  So I assumed

 5        it went to you.

 6            MR. CROTTY:  Of the email, yeah.  I mean, I

 7        don't know.  I think that I have a copy of it.  I

 8        can check if I have a copy of this attachment.

 9            MR. GELLIS:  Let's do this.  We're going to

10        unmark it.

11            MR. CROTTY:  I may have seen this email.

12            MR. GELLIS:  We're going to unmark it as an

13        exhibit.  We're going to, on the record, go back.

14        That's okay.  We're just going to look at it and

15        talk about it.  I don't want to put anybody in that

16        position with the ITG and attach it to a depo.

17            You know, if we need to deal with that later.

18            MR. CROTTY:  Sure.  You'll have to take it

19        back.  Everything that we take with us is going to

20        be a public record.

21            MR. GELLIS:  I understand.  Okay.

22    BY MR. GELLIS:

23        Q    Mr. Richtmyre, have you seen this?

24        A    No.

25        Q    Okay.  Neither the email nor the spreadsheet

Nathan Richtmyre          July 13, 2023

1   on the next page?

2       A     No.

3       Q     Okay.  If I represent to you that Mr. Jake

4   Sommer is the attorney for the ITG, do you have any

5   reason to doubt that?

6       A     No.

7             MR. GELLIS:  Mr. Crotty, will you confirm that

8       for your client, by any chance, that this is the

9       ITG's attorney?

10            THE WITNESS:  He's represented himself to me

11      as the ITG's attorney.

12            MR. GELLIS:  Thank you, sir.  Okay.  Very

13      good.

14  BY MR. GELLIS:

15      Q     So you've read it.  What do you think this is?

16      A     It's a communication between the attorney and

17  it looks like yourself.

18      Q     Okay.  And what about the spreadsheet?  What

19  does that appear to be?

20      A     It appears to be a summary of total

21  tracebacks, traceback rank, the point of entry, and

22  point of entry rank.

23      Q     Okay.  And I believe earlier you testified

24  that the ITG would be the best source of information for

25  tracebacks; right?

Nathan Richtmyre          July 13, 2023

```
 1        A     Yes.
 2        Q     Okay.  And so this -- this information comes
 3   from the ITG; correct?
 4        A     Yes.
 5        Q     Excellent.  So let's go ahead and take a look
 6   at this graph showing, do you see the December 2020 row?
 7   December 20?
 8        A     Yes
 9        Q     Okay.  Smartbiz had 30 tracebacks that month;
10   is that correct?
11        A     Yes.
12        Q     Is that the highest it's -
13        A     No.
14        Q     That's the second highest they ever had, isn't
15   it?
16        A     Yes.
17        Q     Okay.  And December 2020, that's the same
18   month that Family sent the apology communication; right?
19        A     Yes.
20        Q     Okay.  So what happened the very next month
21   with SBT's tracebacks?
22        A     Went down to 11.
23        Q     Okay.  So that's about a third of the amount;
24   right?
25        A     Yes.
```

Nathan Richtmyre          July 13, 2023

```
 1        Q    Okay.  And what about the months after that?
 2   What happens?
 3        A    It seems to go flat.
 4        Q    It seems to go down, doesn't it?
 5        A    Yes.  But then come back up.
 6        Q    When.
 7        A    Around July 22nd.
 8        Q    July 22?
 9        A    June 22nd.
10        Q    So a year and a half later.
11        A    Yeah.
12        Q    Okay.  I'm going to go ahead and direct your
13   attention to an email chain.  This will be Exhibit 5.
14   BY MR. GELLIS:
15        Q    I believe we talked about this email
16   yesterday, so it shouldn't be a surprise to anybody.
17        Just take a look at that and let me know when
18   you've had a chance to review it, please.
19        A    Okay.
20        Q    Okay.  Do you see at the top there where Mr.
21   Frankel from the ITG says, quote, thanks for being
22   proactive with call sources that are repeatedly
23   delivering illegal calls.  Do you see that?
24        A    Where is it?
25        Q    The very first, Hi, Jose.
```

Nathan Richtmyre          July 13, 2023

1     A    Oh.

2     Q    **Again, thanks for being proactive.  See that?**

3  **Okay.  So the ITG was thanking SBT for its diligence,**

4  **wasn't it?**

5     A    Could also just be a cordial introduction to

6  the email.

7     Q    **Thanks for being proactive with call sources**

8  **that are repeatedly delivering illegal calls.  Have you**

9  **ever used that as an introduction in an email?**

10    A    When I'm trying to get compliance, yes.  And

11 I'm trying to get cooperation.

12    Q    **You've said those words?**

13    A    No, not that.  But I thank individuals for

14 cooperating with me as a means of getting them to

15 further cooperate.

16    Q    **But you thanked them for cooperating after**

17 **they've cooperated; right?  You don't thank them for**

18 **cooperating before they cooperate, do you?**

19    A    Thank you for your consider- -- for your

20 cooperation, yes.  Before they're cooperating usually

21 helps individuals cooperate if you thank them and you

22 start a relationship with them like that.  It's not good

23 to accuse somebody, right-off-the-bat.  It makes them

24 very defensive.

25    Q    **So do you believe cooperate and being**

Nathan Richtmyre        July 13, 2023

1  proactive are the same thing?

2      A    Yes.

3      Q    **Being proactive and cooperating are the same.**

4  **One's not after the fact, and one's not before the fact?**

5      A    It could be, depending on how you're using it

6  in a sentence.  Thank you for your future cooperation.

7  Thank you for your proactive.

8      Q    **All right.  Well, if you take a look -- go to**

9  **the email immediately preceding this one here from Mr.**

10 **Olivar, 229.  He's responding to Mr. Olivar, isn't he?**

11     **See there's a long chain of communications between**

12 **the two of them, right?**

13     A    Yes.

14     Q    **Okay.  Mr. Olivar gave a lot of information in**

15 **these communications.  If you take your time to read it,**

16 **you can, but I think we can agree he certainly used a**

17 **lot of words, didn't he?**

18     A    You can use a lot of words and still not say a

19 lot.

20     Q    **Really?  So when he said, we started**

21 **implementing a new policy for potential or possible**

22 **fraud traffic in 2021 at Whisl –**

23     A    Yes.

24     Q    **-- that doesn't mean anything?**

25     A    They could just be empty words.

Nathan Richtmyre          July 13, 2023

```
 1      Q    And attached, you can see both tracebacks
 2  requested today.  So he attached records to Mr. Frankel,
 3  didn't he?
 4      A    Yes.
 5      Q    Okay.  And then Mr. Frankel responded?  Right?
 6      A    Yes.
 7      Q    Okay.  And then Mr. Olivar responds again, and
 8  this time he says, being this said -- the second
 9  paragraph here -- I just blocked AlkaIP account; right?
10  See that?  I just blocked AlkaIP's account.
11      A    Right.
12      Q    So is the ITG the FCC?
13      A    They're not the FCC, no.
14      Q    No.  So Mr. Olivar was cooperating with Mr.
15  Frankel's request; right?
16      A    The appearance is that he was cooperating?
17      Q    I mean, he said he blocked the -- he said he
18  blocked the account, yes?
19      A    But yesterday, they also talked about how
20  there's interplay between the trunks and how they could
21  be miss -- mislabeled.  So he could have possibly
22  changed the trunk or changed to a different route.
23      Q    Okay.  And if that was the case, the records
24  would reflect that, you would think; right?
25      A    Which records?
```

Nathan Richtmyre          July 13, 2023

1      Q     ITG records for tracebacks, correct?

2      A     I don't know.

3      Q     Well, I mean, if he told the ITG he blocked

4   the trunk, he blocked an account -- excuse me -- he says

5   he blocked the account.

6      A     Yes.

7      Q     Okay.  The data following that email in time,

8   that would show whether or not that was accurate,

9   wouldn't it?

10     A     I think so, but the email report did show that

11  Opextel -- that Opextel that there was an email that

12  said that they closed that account, but a month before

13  that all they did was switch the route between Whisl and

14  Smartbiz.

15     Q     Okay.  We're taking about AlkaIP.

16     A     I understand that, but because of that, I also

17  could be lead to believe that this could have just

18  switched the route, too.

19     Q     So you --

20     A     He could have, in fact, said he blocked that

21  route, but he just changed it, and he's still doing

22  business with them.

23     Q     Okay.  So you believe, Mr. Olivar -- at the

24  end of the day, it sounds like you do believe that

25  Smartbiz Telecom has criminal or fraudulent intent?

Nathan Richtmyre          July 13, 2023

1      A    Based on what I see, yes, not Mr. Olivar, but

2  Smartbiz.

3      **Q    I mean, he runs it; right?  He's a co-owner.**

4      A    I have nothing personally against him.

5      **Q    Okay.  Look at the fourth paragraph on the**

6  **first page, please.  Or yeah, but now -- it says, but**

7  **now, on the first page, see that?**

8      A    Yeah.

9      **Q    All right.  So you see Mr. Frankel's informing**

10  **Mr. Olivar that in December, the following month, there**

11  **was new regulatory and legal positions; right.**

12     A    Yes.

13     **Q    But now the position has changed, and it says**

14  **it was the month before that, December 2020; right.**

15     A    Yeah.

16     **Q    And it says they adopted the order last month,**

17  **meaning the FCC?  Right.  And this is where I believe**

18  **you talked about taking affirmative effective measures;**

19  **correct?**

20     A    Yeah.

21     **Q    So are you attempting to hold Smartbiz liable**

22  **for conduct prior to December 2020?**

23          MR. CROTTY:  Object to the form to the extent

24      it requires a legal conclusion.

25  BY MR. GELLIS:

Nathan Richtmyre          July 13, 2023

1      Q     I mean, the IT -- you said the ITGS, right,

2   they're right here telling you that it was December 2020

3   when the FCC implemented the requirement to implement

4   measures to stop new and renewing customers from using

5   fraudulent purposes on the network?

6      A     Right.

7            MR. CROTTY:  Sorry.  Counsel, did you say July

8      or January?

9            MR. GELLIS:  I don't know.  Jan- -- no.

10     December, the month before December.  January.

11     December.  This email was in January, and it says

12     they adopted an order last month.  So December.

13           MR. CROTTY:  I thought you said July when you

14     asked the question.

15           MR. GELLIS:  Sorry.  So December 2020, that's

16     when the new order went into effect; yes.

17           THE WITNESS:  Yes.

18   BY MR. GELLIS:

19     Q     So are you attempting to hold Smartbiz liable

20   for things prior to that order?

21           MR. CROTTY:  Object to the form to the extent

22     it requires a legal conclusion.

23           THE WITNESS:  We're trying to hold them

24     accountable for fraudulent deceptive behavior.

25   BY MR. GELLIS:

Nathan Richtmyre          July 13, 2023

```
 1      Q    Okay.  That's my point.  I mean, if the law
 2  from the FCC did not require Smartbiz to take effective
 3  measures to prevent customers from illegal conduct until
 4  December 2020, are you expecting Smartbiz to have
 5  complied with a law that didn't exist yet before that?
 6  It didn't exist; right?
 7      A    This law didn't exist.
 8      Q    Okay.  Correct, but you're saying this is the
 9  law that they're violated; right?  You're say- --
10      A    Florida --
11      Q    Yes or no?
12           MR. CROTTY:  Object to the form to the extent
13      it misrepresents prior testimony.
14           THE WITNESS:  This Florida 501, it's still
15      deceptive and unfair trade practices.
16  BY MR. GELLIS:
17      Q    Isn't that whole count premised on violating
18  federal law?
19           MR. CROTTY:  Object to the form to the extent
20      that it calls for a legal conclusion.
21           THE WITNESS:  I don't know.  I'm not a lawyer.
22  BY MR. GELLIS:
23      Q    Have you read the Complaint?
24      A    Yes.
25      Q    Okay.  And you read laws and statutes?
```

Nathan Richtmyre          July 13, 2023

```
 1       A    Yeah.
 2       Q    You had the trackback.  I mean, hell, you read
 3  more than I did, apparently.
 4       So can we talk about the FDUTPA claim, F-D-U-T-P-A
 5  FDUTPA?  So let's go back to the Complaint, if you will,
 6  at the very end. Count Five. Paragraph 115.
 7       A    Okay.
 8       Q    Okay.  So I mean, isn't this Count relying on
 9  a violation of federal law?
10       A    It says, to include violations of the act.
11  It's a part of.
12       Q    Okay.  So you believe the part that says,
13  other.
14       A    (No audible response.)
15       Q    Okay.  So what is this other conduct then?
16       A    I don't know.
17       Q    You're the witness for the Attorney General?
18       A    Yes.
19  Q    You don't know what conduct you're going to testify
20  to that violates the law as per Count Five?
21       You're -- you're the financial investigator with
22  training on deceptive practices?
23       A    Yes.
24       Q    It's your job?
25       A    Yeah.
```

Nathan Richtmyre          July 13, 2023

1      Q     And you can't tell me what Smartbiz did to

2   violate Count five?

3      A     I can tell you what they did to violate Count

4   Five, yes.

5      Q     Please tell me.

6      A     They allow the network to -- they allowed

7   traffic to come through the network that was

8   misrepresenting itself as different entities and

9   alleging to harm Florida consumers.

10     Q     But we already talked about that's the same

11  for every company that touched the call.  Yes or no?

12     A     Yes.

13     Q     Let's go back to this traceback list here.

14  December 2020 was a very high month.  We talked about

15  that for Smartbiz; right?

16     A     Yes.

17     Q     Okay.  We talked about what happens after

18  2020, correct?

19     A     Yes.

20     Q     The tracebacks go down.  So the month

21  following the FCC's new regulations, the number of

22  tracebacks were about a third the following month;

23  right?

24     A     Yes.

25     Q     The month following Family apologizing for its

Nathan Richtmyre          July 13, 2023

1   fraudulent traffic, the tracebacks were a third; right?

2       A    Yes.

3       Q    Okay.  So is that behavior consistent with

4   someone who is attempting to comply with the law?

5       A    I don't know.  The numbers come back up.

6       Q    Okay, but I'm asking if that behavior then is

7   consistent with somebody attempting to comply with the

8   law?

9       A    Again, it -- it shows it come down and it

10  comes back up.

11      Q    Okay.  So they're informed that there's a new

12  law, they have to take reasonable meaningful measures.

13  The following month, their tracebacks are a third.  That

14  doesn't mean anything to you?

15      A    They could be responding to the perception of

16  increased scrutiny by AGs.

17      Q    Okay.  And how long does that usually last if

18  you're a fraudster?

19      A    Until you believe they're not looking at you

20  anymore.

21      Q    Okay.  And how long do you think that was

22  here?

23      A    I don't know.  It could be a year and a half.

24      Q    So you believe there was a time period when

25  the AG was not looking at Smartbiz?

Nathan Richtmyre          July 13, 2023

```
 1       A     No.

 2       Q     Exactly.  Don't you think praise from

 3   regulators such as, thanks for being proactive, is

 4   consistent with somebody attempting to comply with the

 5   law?

 6       A     No, because I think that also could be used as

 7   a means to get cooperation from a business.

 8       Q     So he's lying?

 9       A     I don't think he's lying.  I just think he

10   wants to help, and he's not trying to be condescending

11   to -- to your client.

12       Q     So he thanked Mr. Olivar for being proactive?

13       A     Yes.

14       Q     So he either meant it or he didn't.  What do

15   you think?

16       A     I think he meant it.  You can say things and

17   still mean them.

18       Q     Okay.  So Mr. Olivar was being proactive?

19       A     I don't know.

20       Q     Okay.  But you think he meant it.  So you

21   believe that he -- that Mr. Franco believed Mr. Olivar

22   was being proactive, or the alternative, I guess, is

23   he's lying? So which one is it?

24       A     I don't know. I'm not I'm not that individual.

25       Q     Did you talk to Mr. Frankel?
```

Nathan Richtmyre          July 13, 2023

```
 1       A     No.

 2       Q     Don't you think that'd be some additional

 3  evidence that might be useful for your investigation?

 4       A     Yes.   I don't know.

 5       Q     What does proactive mean to you?

 6       A     Proactive means taking steps to address an

 7  issue.

 8       Q     Is proactive regulatory compliance consistent

 9  with fraudulent intent.

10       A     If they are actually doing the proactive

11  things.

12       Q     Okay.   I'm going to go to another document

13  here.   This is - I'm going to lean on this table.

14       This is the email chain that was produced by the

15  ITG.   What number was it?   I think we're on six.

16       A     I don't know.   I have two that say Five.

17       Q     Let me fix that.   The email is supposed to be

18  --

19            MR. CROTTY:  This one should be stricken.

20            MR. GELLIS:  Oh, yeah.  Cross the five out on

21       that.  Yeah.  We're not putting that in.

22            MR. CROTTY:  Make sure to give that back, if

23       you don't want to come up in public record.

24            MR. GELLIS:  Well, I think you have it.

25            THE WITNESS:  I may very well.  I have to
```

Nathan Richtmyre        July 13, 2023

```
 1       check my emails.  He does say, it sounds to me, I
 2       think I've seen this email.  I can't recall
 3       specifically if I've seen it or not.
 4            MR. GELLIS:  You've probably seen it.
 5            THE WITNESS:  After this section, can we take
 6       a break?
 7            MR. GELLIS:  Yes, that's fine.
 8       (Thereupon Exhibit No. 6 was marked for
 9   identification.)
10   BY MR. GELLIS:
11       Q    Okay.  I'm handing you what's been marked as
12   Exhibit 6.  Let's take a look at it.  Let me know when
13   you're ready.
14       A    Okay.
15       Q    Cool. Would you, please turn to the second
16   page.  The very top there you'll see there's an email
17   from Daniel --  I don't want to crucify his last name,
18   so Stepanicich.
19            MR. CROTTY: We'd better spell it for our
20       reporter, but Stepanicich.  Let's write it.
21            MR. GELLIS:  Okay.  On the record.
22       It's S-t-e-p-a-n-i-c-i-c-h.  Thank you so much.
23   Thank you.
24   BY MR. GELLIS:
25       Q    Can you please review that?
```

Nathan Richtmyre          July 13, 2023

1    A    Okay.

2    Q    Okay.  So that appears to be the FCC

3  explaining its recent call blocking order; yes?

4    A    Yes.

5    Q    Okay.  And it allows the FCC to warn bad actor

6  providers that they must cease carrying illegal traffic,

7  right?

8    A    Yes.

9    Q    Okay.  And the December order went even

10  further, it says; correct.

11    A    Yes.

12    Q    And we think the date of the ITG notified is

13  important for due process.  Do you see that last

14  sentence?

15    A    Yes.

16    Q    So the FCC was concerned about due process;

17  right?

18    A    Yes.

19    Q    And it does say that the FCC has the authority

20  to warn bad actor providers that they have to cease

21  carrying illegal traffic; right?

22    A    Yes.

23    Q    Okay.  And this is in March of 2021; yes?

24    A    Yes.

25    Q    So the FCC knew at that time about Smartbiz,

Nathan Richtmyre          July 13, 2023

```
 1  didn't it?
 2       A    Yes.
 3       Q    Because Smart- -- they mentioned Smartbiz on
 4  the first page here.  So 2021 the FCC had eyes on
 5  Smartbiz.  They knew it existed, right?
 6       A    Yes.
 7       Q    And they're here talking about how they have
 8  authority to warn bad actor providers to stop carrying
 9  bad traffic; right?
10       A    Yes.
11       Q    But have they done that?
12       A    I don't know.
13       Q    Okay.  You haven't heard any evidence that
14  would lead you to believe they have?
15       A    I don't know.
16       Q    Okay.  Well, I mean, I imagine if they had, it
17  would be in the lawsuit; right?  You guys would be
18  pointing to that.
19       A    I didn't draft the lawsuit.
20       Q    Okay.  Well, you would think it'd be helpful
21  to know, as an investigator, whether or not Smartbiz was
22  served with a notice by the FCC?
23       A    Yes. The investigator -- relevant to the
24  investigator at the time, yes.
25       Q    Well, I mean, even today, you wouldn't want to
```

Nathan Richtmyre          July 13, 2023

```
 1  know that information today sitting here.  It's a.

 2      A    It's a lot of information to gather together.

 3      Q    Well, wouldn't you be interested to know if

 4  the FCC thought Smartbiz was carrying illegal traffic?

 5      A    I would be interested, yes.

 6      Q    But you don't have any knowledge that that's

 7  occurred?

 8      A    No.

 9      Q    Okay.  And you agree here the FCC even is

10  saying it didn't have authority for the enforcement

11  bureau to pursue enforcement actions for noncompliance

12  until December.  The December order goes even further.

13  It allows the enforcement bureau to pursue enforcement

14  actions for noncompliance.  See that?

15      A    Yeah.

16      Q    And that's December 2020 we were talking

17  about, correct?

18      A    Yes.

19      Q    So if the FCC, itself, says that it can't

20  pursue for noncompliance until it's order in December,

21  are you going to hold Smartbiz accountable for conduct

22  that occurred before December?

23      A    Yes.

24      Q    Even though the FCC couldn't?

25      A    We're not the FCC.
```

Nathan Richtmyre          July 13, 2023

1     Q    I know.  You're -- you're suing under their

2  laws, though; right?

3     A    I believe so.

4  Q    So you think the Attorney General has more

5  authority to enforce the FCC laws than the FCC does?

6          MR. CROTTY:  Object to the form to the extent

7      it calls for a legal conclusion.

8          THE WITNESS:  I don't know.

9  BY MR. GELLIS:

10     Q    Okay.  A couple more questions.  So following

11  December 2020, let's go back to the chart here, the ITG

12  graph.  Keep that one out.  I'm going to be using that a

13  lot today.

14     A    Which one is it?

15     Q    So in December 2020, Smartbiz was ranked

16  eighth in total traceback ranks for that month; correct,

17  per the ITG?

18     A    Yes.

19     Q    Okay.  And then the following month after the

20  order went into effect to mitigate, they had 11

21  tracebacks.  They were ranked eighteenth, right?

22     A    Yes.

23     Q    Then they had eight, and they were ranked

24  twenty-first?

25     A    Yes.

Nathan Richtmyre          July 13, 2023

1      Q    Then they had four and they were ranked 58.

2  Then they had three and they were ranked seventy-fifth,

3  and then they had two; correct?

4      A    Yes.

5      Q    So from December to May over that six month

6  window, SBT went from thirty tracebacks to two.  You see

7  that?

8      A    Yes.

9      Q    Okay.  And you don't believe that these

10 numbers are consistent with any sort of effort on

11 Smartbiz's part to stop these calls transiting their

12 network?

13     A    This is only indicative of the tracebacks, not

14 their entire call volume.  So this suggests the calls

15 that the ITG was aware of.

16     Q    Okay.  So you're saying that maybe in

17 December, the ITG had a better ability to detect fraud

18 than they did in May?

19     A    Or Smartbiz understood where the honey pots or

20 the calls were or not to place the calls to.

21     Q    Okay.  And if that was true, then they never

22 would have had another traceback, right?

23     A    Unless the numbers changed.  I don't know.

24     Q    Okay.  But -- but I'm saying in six months

25 from number eight to forty at seventy-five the month

Nathan Richtmyre          July 13, 2023

```
 1   before that, that to you doesn't show anything?  That

 2   shows no meaningful changes?

 3       A    In the context of this one document, no.

 4       Q    Thirty to two is not meaningful?

 5       A    They're still ranked forty out of I don't know

 6   how many that's out of.

 7       Q    Well, you noticed the month before they were

 8   ranked seventy-fifth with three.

 9       A    I understand that but --

10       Q    And then they had -- they had more the month

11   before, and they were at a higher ranking.

12       A    The tracebacks I saw had almost 2000 companies

13   on it.

14       Q    What do you -- what do you mean?

15       A    The list of traceback for the companies.

16       Q    That's different than what we received.  Two -

17   - you didn't give us 2000 companies.

18            MR. CROTTY:   2000 -- it was well over 1000

19       that we produced to you.  Ones we've discussed

20       numerous times.  I can't give you the names of it,

21       but we gave you the numbers of them.

22            MR. GELLIS:  Yeah, I'll double check.

23            THE WITNESS:  There was over a 1000.  I can

24       confidently say there was over a 1000.  So whenever

25       it moves to eight to eighteen to fifty to seventy
```

Nathan Richtmyre          July 13, 2023

1        to one-hundred forty out of a 1000.

2    BY MR. GELLIS:

3        Q    So they had two and they were ranked 40th;

4    right?

5        A    Yes.

6        Q    So, I mean, what are they supposed to do?  Are

7    they tied for -- they're tied for fortieth.  That's what

8    the T means; right?

9        A    Uh-huh.

10       Q    So if they had one, I mean, what -- what are

11   they supposed to do?  They had two tracebacks, and

12   they're -- and you're saying, oh, that's their fault

13   they rank fortieth with two.  I mean, this is the ITG's

14   data; right?

15       A    Yes.

16       Q    And they're the best source for this

17   information, right?

18       A    That I'm aware of.

19       Q    Okay.  And so your testimony is that going

20   from thirty to two six months later is not evidence of

21   taking proactive measures to stop the robocalls?

22       A    I'm saying this decrease in number to me does

23   not signify that that is -- that is a possibility, but

24   it is not definitive.

25       Q    Okay.  What more would you need to make it

Nathan Richtmyre          July 13, 2023

 1  definitive?

 2       A    I don't know.  I would need more business

 3  records.

 4       Q    Okay.  Have you asked for those?

 5       A    I've only been on this case for three months.

 6       Q    Yeah.  I mean, that's interesting, as well.

 7  So the answer is no?

 8       A    No.

 9       Q    Okay.  So when you came on, you didn't say,

10  give me everything.  You didn't say I -- you didn't go

11  proactively look around and say, there's more

12  information we need. I want to veri- -- you just kinda

13  took them at face value?  Is that what happened?

14       A    I took what we had and I began doing my own

15  investigation.

16       Q    Let me guess your investigation turned up the

17  same exact result as what your bosses' investigation

18  turned up; right?

19       A    They made the requests.  So information --

20       Q    Yes or no?

21       A    Yes.

22       Q    Same -- same result, right, that your bosses -

23  - your bosses had a result.  They brought you on the

24  case.

25            MR. CROTTY:  Object to the form of the

Nathan Richtmyre          July 13, 2023

1      question to the extent it states facts not in

2      evidence.  And I'm not his boss.

3            MR. GELLIS:  I didn't say you were.  I just

4      asked him a question.

5            THE WITNESS:  I reviewed the documents that we

6      have, yes.

7  BY MR. GELLIS:

8      Q     **And you reached the same conclusion?**

9      A     Yes.

10     Q     **And you never touched this case before you**

11  **came on in April?  So it had nothing to do with your**

12  **promotion?**

13     A     I don't understand the question.

14     Q     **You got promoted to financial investigator.**

15     A     A year and a half before then.

16     Q     **I'm just making sure. I'm confirming.**

17           **Okay.  All right.  We're going to go to a**

18  **press release now.**

19           THE WITNESS:  We have a break.

20           MR. GELLIS:  Sorry.  Sorry.  We'll take five

21     minutes off the record.  Apologies.

22     (Thereupon, a break was held at 10:48 a.m.; after

23  which the following was heard at 10:59 a.m.)

24  BY MR. GELLIS:

25     Q     **Okay.  I'm just going to go ahead and follow**

Nathan Richtmyre          July 13, 2023

1  up on a couple things before, that we talked about

2  before we moved on.

3      A    Okay.

4      Q    Do you believe all robocalls are illegal?

5      A    No.

6      Q    What kind of working knowledge do you have

7  about how a traceback is performed?

8      A    The knowledge that I read from the -- the

9  complaints and from the reports, limited.

10     Q    Can you describe whatever your understanding

11  is?

12     A    They get their -- they get information that a

13  -- that calls are potentially scammed or potential --

14  potentially illegal, either by YouMail providing them a

15  large amount of data for that.  And then they begin the

16  process of tracing back that information from the

17  termination to the intermediaries to the point of entry,

18  as far back as they can go.

19     Q    Do you have any knowledge about how YouMail

20  collects its information?

21     A    Limited, yes.

22     Q    What limited knowledge do you have?

23     A    I know that they do robocall software and data

24  analytics for robocalls.  They have, I believe,

25  13,000,000 customers.  I believe that they have their

Nathan Richtmyre          July 13, 2023

 1  software on their -- on their -- on their phones, and

 2  they represent a sample of consumers from all the major

 3  carriers.

 4      Q    Okay.  Do you know if they have procedures

 5  that validate their data?  Do you know if they validate

 6  their data?

 7      A    No, I don't know.

 8      A    You have no idea?

 9      Q    Do you know if there's a difference between a

10  robocall that's illegal or fraudulent and a robocall

11  that's simply noncompliant with written consent?

12      A    Can you ask the question again?

13      Q    Sure.  I mean, is there a difference between

14  an illegal robo- -- do you consider a robocall that was

15  made without consent to be fraudulent?

16      A    Not necessarily.

17      Q    Do you consider it to be illegal?

18      A    Not necessarily.

19      Q    Okay.  And what is the necessarily factors

20  that would matter?

21      A    I would say there's probably around six.

22  There is possibly use of spoofing phone numbers.

23  There's not immediately identifying who is calling, who

24  they're calling for, not giving the consumer the ability

25  to opt out of the calls and using possible scare tactics

Nathan Richtmyre          July 13, 2023

1  or intimidation to try to elicit fear in the consumer to

2  make an action.

3      **Q      And are these -- this list of things you just**

4  **discussed, are they -- did you pull that from some law**

5  **or rule?**

6      A    These are just patterns of behavior that I've

7  seen in reviewing the tracebacks or the data provided by

8  YouMail to us.

9      **Q      Okay.  But those things that you just listed,**

10 **you don't know whether each of those is illegal on its**

11 **own?**

12     A    I don't know, on its own

13     **Q      Okay.  But you believe in total they are?**

14     A    I believe that those are indications of

15 potential fraud.

16     **Q      Okay.  Potential fraud.  Okay.  Do you know**

17 **what express written consent is?**

18     A    Yes.

19     **Q      What is it?**

20          MR. CROTTY:  And I'll object to the form to

21          the extent it requires a legal conclusion.

22          THE WITNESS:  It's allowing the -- it's

23          consenting to certain actions or behaviors that are

24          going to be carried out in the future.

25 BY MR. GELLIS:

Nathan Richtmyre          July 13, 2023

1      Q      So, if you know, with YouMail, you know, we
2  agree it purports to block calls and record them, right?
3      A      Yes.
4      Q      Okay.  Do you know if it forwards the call
5  away or it blocks it, or do you have any knowledge about
6  that?
7      A      No.
8      Q      The technical aspects of it?
9      A      I don't.  No.
10     Q      So you don't know who actually pays for the
11 call when YouMail blocks it?
12     A      No.
13     Q      So you don't know if it's the end user like me
14 or if YouMail pays the charges?
15     A      I don't know.
16     Q      So you haven't investigated at all what
17 happens on a call path when YouMail intercepts it?
18     A      No.
19     Q      Do you believe that it's important to know
20 whether the call ever actually reaches the end user?
21     A      For that sample size for --
22     Q      For a call.  There's a fraudulent call stopped
23 by YouMail.  Okay.  Right?
24     A      Right.
25     Q      Don't you think it's important to know whether

Nathan Richtmyre          July 13, 2023

1  it actually was received by the phone number for the end

2  user?

3     A    Isn't that how YouMail got it?  Is -- it was

4  received by the end user.

5     Q    That's what I'm asking, if you know, because

6  we don't, how YouMail gets it.

7     A    I believe the software is on the phone, and it

8  receives the phone call, and it records the -- the phone

9  call.

10    Q    Okay.  Do you know where it's recorded or

11 anything like that?

12    A    No.

13    Q    It appears to be, based on the links in the

14 Complaint, to some YouMail server; right?

15    A    Yeah.

16    Q    So we don't -- I don't believe that the call

17 is held recorded on the end user's phone, right?

18    A    More likely than not, no.

19    Q    Okay.  So you don't know if the call termin- -

20 - redirected or anything like that.  You just know that

21 it's blocked and recorded?

22    A    Yes.

23    Q    Okay.  We talked about regulations a little

24 bit.  I mean, are there -- do you have an opinion or I

25 guess what do you think, you know, what regulations was

Nathan Richtmyre          July 13, 2023

1  Smartbiz not complying with?  Like what did they miss?

2          MR. CROTTY:  Object to the form to the extent

3       it requires a legal conclusion.

4          THE WITNESS:  I believe that they are

5       facilitating the robocalls into the United States,

6       illegal robocalls into the United States?

7  BY MR. GELLIS:

8       Q    Okay.  So -- so what did they not do?  I mean,

9  what did they do or not do that -- that's landing them

10 here?

11      A    They're facilitating them.

12      Q    Okay.  What does that mean?  What do you

13 believe that means?

14      A    They're allowing them to pass through their

15 network while collecting char- -- while collecting

16 payment on those calls.  In those calls are a percentage

17 of their -- their traffic, and they're profiting off of

18 it.

19      Q    At what point do you believe Smartbiz finds

20 out about potentially fraudulent traffic?

21      A    I believe through the ITG traceback or if they

22 are proactively monitoring their network for NA or NANPs

23 or N-A-N-P numbers coming from outside The United States

24 into the network, then I believe they could see that

25 they at least ask questions.

Nathan Richtmyre          July 13, 2023

1      Q     Okay. And I believe you testified earlier,
2  though, that you're not familiar with soft switch
3  technology, right?
4      A     Correct.
5      Q     Or SIPnav?
6      A     Correct.
7      Q     So you don't have the inner workings and
8  knowledge about how the telecom industry operates in the
9  calls and all the technical knowledge, right?
10     A     Correct.
11     Q     So it's easy to say, stop it, or, monitor it;
12  right.
13     A     Right.
14     Q     Can you actually articulate what that would
15  entail for a company like Smartbiz?
16     A     I cannot.
17     Q     Okay.  So you just say, stop it, just cut it
18  out.  You need to block the calls.  And you don't
19  actually know what it looks like on the SIPnav platform;
20  right?
21     A     Correct.
22     Q     You don't know what options are available.
23  You don't know what features they have.  You don't know
24  what they can see, right, when they can see it; correct?
25     A     Correct.

Nathan Richtmyre          July 13, 2023

```
1       Q    Have you been trained on SIPnav?

2       A    No.

3       Q    Have you watched tutorials on SIPnav?

4       A    No.

5       Q    Have you attempted to?

6       A    No.

7       Q    Do you think understanding the platform

8  they're using would be beneficial to your investigation?

9       A    Potentially but it's still illegal behavior.

10      Q    Okay.  And isn't there an element of fault in

11 there somewhere; right?  I mean, if you didn't know?

12 Okay.  If you tried and you implemented every security

13 feature they had and it didn't work even though you

14 tried, you still think that's their fault?  I mean,

15 where's the line?

16           MR. CROTTY:  Object to the form to the extent

17      it calls for a legal conclusion?

18           THE WITNESS:  I don't know.

19 BY MR. GELLIS:

20      Q    So perfection is the standard you have?

21      A    Not perfection, no.

22      Q    Okay.  What is the standard?

23      A    Personally, I don't know.

24      Q    Okay.  But, I mean, if there was a feature in

25 SIPnav that said stop spoof calls, and they check the
```

Nathan Richtmyre          July 13, 2023

1   box and SIPnav didn't do it, do you believe that

2   Smartbiz should be held liable for that?

3        A    If there was something that easy, yes.

4        Q    You believe Smartbiz should be held liable for

5   clicking the box that says, stop spoofing, and then it

6   didn't work?  That's their fault?

7        A    No. No.

8        Q    Okay.  So you agree, then, that the efforts

9   undertaken by Smartbiz and features they may have turned

10  on, that's all relevant, right, to what their intent

11  was?

12       A    Yes.

13       Q    That's relevant to whether they undertook

14  meaningful changes; correct.

15       A    Yes.

16       Q    Okay.  And you didn't look into that?

17       A    I didn't look into the actions that they --

18  the meaningful changes that they enacted.

19       Q    Potentially.  Okay.  You didn't look into

20  that?  Right.  Do you know of anyone in your office who

21  investigated that issue?

22       A    I personally, no.

23       Q    Have you asked for access to investigate this

24       issue?

25       A    No.

Nathan Richtmyre          July 13, 2023

1       Q     So you don't even know what Smartbiz turned on

2   or turned off for security features.

3       A     No.

4       Q     Okay.

5       A     I personally don't know that.

6       Q     Well, you're on the -- I mean, do you know of

7   anyone else at the Attorney General's Office that has

8   that information?

9       A     I don't know of anybody

10      Q     So, there's nobody else that you can point me

11  to say, hey, that guy knows?

12      A     I don't know.

13      Q     Okay.  I'm going to go ahead and hand you - I

14  think we're on seven.  Can you see what the last Exhibit

15  -- I think it was six.  I think -- I believe we're on

16  seven.

17      A     Yes.

18      Q     So I have to kind of put it not in the bottom

19  corner just because it's an article.  It's a press

20  release from your office.  So, I always try to put it

21  somewhere, where it won't cover up the text.

22      Please take a look at that for a minute when you

23  have a chance.

24      A     Okay.

25      Q     All right.  You recognize this?

Nathan Richtmyre          July 13, 2023

1      A    Yes.

2      Q    Okay.  It's a press release, right?

3      A    Yes.

4      Q    All right.  I did forget to ask something a

5   second ago, so my apologies.  I just want to close out

6   that last topic we talked about.  You have alleged that

7   Smartbiz is facilitating these robocalls.  I just want

8   to know how you -- how are they facilitating, in your

9   mind?

10     A    They're allowing them to come through the

11  network.

12     Q    And then but if that's true, then all

13  providers have also facilitated it, correct?

14     A    Yes.

15     Q    Okay.  How do you expect Smartbiz is to know

16  if a number is spooked?

17     A    If it's a North American numbering system

18  coming from outside the United States, that, at least

19  for me, would be suspicious.

20     Q    Well, I think that's obvious; right.  I mean,

21  okay.  But that's assuming they know it came from

22  outside the United States; right?

23     A    Yeah.

24     Q    Or they had access to knowledge that would

25  tell them it came from outside the United States; right?

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1      A    I imagine their partnerships with these

2   businesses, they would know where it was coming from.

3      **Q    Okay.  But in real time, they may not know.**

4      A    It depends on the capabilities.

5      **Q    So, I mean, if I have -- if Smartbiz has a**

6   **contract with another provider, they could pass a call**

7   **one day that came from a Chinese call center, and the**

8   **next day it could be a call from Paris, France to**

9   **someone's relative; right.  So how is Smartbiz to make**

10  **that determination in real time?  You said they need to**

11  **block the calls.  How do they determine what to block?**

12     A    I would imagine after receiving tracebacks,

13  they would innovate new processes.  Like it's on the --

14  on their website it says they are -- they innovate new

15  technologies for their -- for their customers.

16     I don't know if their customers are the upstream

17  consumers or the termination -- the consumers that are

18  receiving the phone calls.  They say they innovate for

19  that process.  And I believe that they would innovate a

20  process to be able to stop those -- prevent the -- the

21  illegal robocalls from coming through, at least the

22  people who are sending them those calls.

23     **Q    Do you have any examples of technologies that**

24  **would have been available in 2020 for Smartbiz to -- to**

25  **do these things?**

Nathan Richtmyre          July 13, 2023

 1      A    No.
 2      Q    Do you know if there even was technology
 3  available in 2020 for Smartbiz to do these things?
 4      A    I don't know.
 5      Q    If there was no such technology available,
 6  would it still be fair to hold them accountable?
 7      A    I don't know.
 8      Q    If Smartbiz tried to do the best they could,
 9  that's not enough?
10      A    I believe they could try their best, but still
11  be conducting illegal behaviors.
12      Q    Okay.  Do you know how a traceback's
13  triggered?
14      A    I do not.
15      Q    You know it's alleged that Smartbiz has, I
16  believe, 255 or so tracebacks; correct?
17      A    Yes.
18      Q    Do you know what percentage of the total call
19  volume that represents?
20      A    No.
21      Q    Do you know how many minutes Smartbiz total
22  passed in the time period that were at issue in that --
23  the chart here from the ITG, so from whenever it starts
24  to whenever it ends, that time period, June 2020 to
25  February 2023.  Do you know how many minutes we're

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1    talking about here?

2         A    No.

3         Q    Okay.  So you haven't analyzed whether the

4    number of tracebacks relative to the number of minutes

5    is significant?

6         A    No.

7         Q    You haven't looked at other examples and other

8    comparators and determined whether or not Smartbiz's

9    ratio is within the acceptable or average tolerance of

10   the industry, have you?

11        A    No.

12        Q    Can you tell me what, you know, have you

13   looked into what the terminating providers, what their

14   ratios are?

15        A    I haven't looked into their terminating

16   ratios.

17        Q    Okay.  All right.  Let's go to the press

18   release, please.  So taking a look at it, you see that

19   first sentence?

20        A    Yes.

21        Q    Attorney General Ashley Moody and the FCC have

22   teamed up to fight against robocalls; correct?

23        A    Yes.

24        Q    Okay.  So I want to make sure I understand

25   this.  The AG teamed up with the FCC to fight robocalls,

Nathan Richtmyre        July 13, 2023

1  but to this day, the FCC has not given any notice to

2  Smartbiz, right?

3      A    Correct.

4      Q    Even though the Attorney General has claimed

5  Smartbiz is one of the most prolific transmitters of

6  illegal robocalls in the United States; right?

7      A    Yes.

8      Q    So who knows more about the legal requirements

9  for robocall mitigation, do you think?  The FCC or the

10  AG?

11     A    I don't know.

12     Q    Okay.  So the FCC was put on notice about

13  Smartbiz back in 2021; isn't that correct?  We just

14  looked at those records.

15     A    Yes.

16     Q    Okay.  And I know I'm beating a dead horse,

17  but they did not give notice; right?

18     A    The FCC did not give notice?

19     Q    Yeah, correct.

20     A    Correct.

21     Q    Okay.  And in 2022 you formed a partnership,

22  the AG formed a partnership with the FCC.  And after

23  that partnership was formed, notice was still not given;

24  correct?

25     A    That I'm aware of.

Nathan Richtmyre          July 13, 2023

1      **Q    So you're suggesting to me, the AG partnered**
2   **with the FCC, handed them a mountain of evidence of one**
3   **of the most prolific illegal robocallers in America, and**
4   **the FCC failed to do its job?**
5            MR. CROTTY:  Object to the form.  Assumes
6        facts not in evidence.
7   BY MR. GELLIS:
8      **Q    So what happened?**
9      A    Again, as a team, like it says here, they're
10  responsible for different aspects.  So if the FCC,
11  through their -- the industry traceback group alerted
12  the Attorney General's Office that Smartbiz was one of -
13  - had a large number of tracebacks and it appeared that
14  they were not doing anything about them, then the
15  Attorney General's office would step in.
16     **Q    The FCC could have fired off the notice and**
17  **ended this in 48 hours; right?**
18           MR. CROTTY:  Object to the form.  Assumes
19       facts not in evidence.
20  BY MR. GELLIS:
21     **Q    And we looked at the regulation earlier;**
22  **right?  Forty-eight hour mitigation requirement upon**
23  **notice from the FCC?  Yes?**
24     A    Yes.
25     **Q    So you handed them evidence about millions of**

Nathan Richtmyre          July 13, 2023

```
 1   people being defrauded, and they didn't do anything?
 2             MR. CROTTY:  Object to the form.  Assumes
 3        facts not in evidence.
 4   BY MR. GELLIS:
 5        Q    Yes or no.
 6        A    The FCC did not do anything, to my knowledge,
 7   no.
 8        Q    So the Attorney General, General Moody, has to
 9   save Floridians from the FCC's failure?
10        A    The FCC is a federal agency.  The State of
11   Florida is under the Florida Attorney General's Office.
12        Q    Well, of course, but I mean, I believe the
13   Complaint alleges that Floridians are being harmed;
14   right?
15        A    Yes.
16        Q    And the FCC has jurisdiction to fire off the
17   notice?
18        A    Yes.  Yes.
19        Q    If they thought there was illegal traffic on
20   the network, correct?
21        A    I believe so.
22        Q    Okay.  So does the lack of notice say to you
23   that maybe the FCC doesn't think Smartbiz did anything
24   wrong?
25        A    No.
```

Nathan Richtmyre          July 13, 2023

```
 1        Q     No.  So they're just letting people be
 2   defrauded.  That's a federal agency is failing to do its
 3   job.  That's your testimony?
 4        A     The federal agency appointed the ITG to
 5   monitor the traffic to monitor -- and monitor robocalls
 6   and commit tracebacks.
 7        Q     Correct.  And that occurred here; correct?
 8        A     Yes.
 9        Q     And the FCC -- excuse me -- the ITG put
10   Smartbiz on notice that it was -
11        A     Yes.
12        Q     -- had a lot of tracebacks; correct?
13        A     Yes.
14        Q     Okay.  The FCC knows about Smartbiz.  We have
15   the email of that in 2021; correct?
16        A     Yes.
17        Q     So two years have passed since that time.  A
18   partnership has been formed since that time; correct?
19        A     Yes.
20        Q     And yet the FCC will not send a letter to stop
21   it all?  Yes?
22        A     That I'm aware of, yes.
23        Q     So I go back.  I mean, do you think the FCC is
24   failing the Floridian people?
25        A     I think they are taking steps to allow Florida
```

Nathan Richtmyre            July 13, 2023

1  to enforce its laws on Florida businesses.

2      Q    So you think it's a better solution for

3  Floridians to file a civil suit and hope for an

4  injunction down the road instead of firing off a

5  regulatory notice in two days?

6      A    I don't know.

7      Q    Okay.  Isn't it possible that the FCC

8  understands the law better than you guys?  And that's

9  why the FCC hasn't chosen to do anything?

10     A    I don't know.

11     Q    You guys.  I mean, for example, you are not

12 equipped to handle robocall analysis; right?

13     A    That -- that I'm aware of.

14     (Thereupon Exhibit No. 8 was marked for

15 identification.)

16     Q    Okay.  Well, I'm going to go ahead and show

17 you the next Exhibit, which I believe will be Eight.

18 That's one of your records, the Bates stamped document,

19 Bates 773.

20     It might be one of the drafts and not the one

21 because I couldn't find and sort through these hundreds

22 of copies of the contract that I was given, but this is

23 from the discovery production of the Attorney General.

24 It's a page from the contract routing package for your

25 expert witness in this case, YouMail.  So please take a

1  look at that and let me know when you're ready to talk

2  about it.

3      A    Okay.

4      Q    All right.  Do you see this appears to be a

5  justification page from the expert witness contract with

6  YouMail?  Yes?

7      A    Yes.

8      Q    I guess the request to make the purchase, I

9  should say, not the contract itself.  Justification.

10  Right.  And it's Bates stamped OAG 773?

11      A    Yes.

12      Q    Okay.  So when you read that, it does show

13  that the AG has no in-house capability to analyze CDRs;

14  right?

15      A    That is what it says, yes.

16      Q    It says, well, can you read that sentence

17  beginning with, currently?

18      A    Currently, the consumer protection division of

19  the Attorney General's office has no in house capability

20  to thoroughly investigate/mitigate call logs/Call Detail

21  Records obtained from providers pursuant to legal

22  process due to the large volume of data and gigabytes

23  that is provided.

24      Q    Okay.  Thank you.  And that was pretty

25  recently, right?  This expert was just retained.

Nathan Richtmyre          July 13, 2023

```
 1      A    There's not a date of --
 2      Q    I mean, you know –
 3      A    A year and a half.
 4      Q    -- your expert was recently retained; right?
 5      A    Yes.
 6      Q    Okay.  And so this would have been the
 7  document to retain him?  So this would've been a recent
 8  document?
 9      A    Recent.  A year and a half ago, yes.
10      Q    A year and a half –
11      A    Two.  Two.
12      Q    Two years ago?
13      A    Yes.  Yeah.  I'm going off the date.
14      Q    I don't believe -- that's when the form was
15  updated.
16      A    Oh, okay.  Well, then, I don't see a date on
17  here.
18      Q    That's -- that's fair.  But it is in your
19  production, and we can talk about it -- you can talk
20  later with your Counsel about it.
21      The point is are you aware of the Attorney General
22  having any of those capabilities in 2022?
23      A    No.
24      Q    What about 2021?
25      A    No.
```

Nathan Richtmyre          July 13, 2023

1    Q    Okay.  Do you see where it says, this will

2  allow us to be able to scan results, find evidence of

3  unlawful behavior through content, calls answered by

4  email, and then have the package for enforcement?  Do

5  you see that?

6    A    Yes.

7    Q    Okay.  So you had to hire someone after the

8  lawsuit was filed to find evidence of unlawful behavior,

9  because you weren't properly equipped with the analysis;

10  right?

11        MR. CROTTY:  Object to the form.  Assumes

12     facts that are not in evidence.

13  BY MR. GELLIS:

14    Q    You didn't have the ability in '23, did you?

15    A    Not that I know.

16    Q    Okay.  And the lawsuit was already filed when

17  you retained the expert; right?

18    A    Yes.

19    Q    So you fired off a lawsuit without the ability

20  to thoroughly investigate the calls in house; yes?

21    A    I guess yes.

22    Q    So file suit, figure out if it's true later.

23  Is that the approach?

24    A    No.

25    Q    Explain this to me then.  Who was deciding

Nathan Richtmyre          July 13, 2023

```
 1  that Smartbiz made -- that Smartbiz was engaging in
 2  illegal conduct, if you all had to go hire somebody
 3  after-the-fact?
 4      A    The records from the ITG showed a pattern of
 5  behavior that required further investigation.
 6      Q    Okay.  Do you file lawsuits before you finish
 7  investigating?
 8      A    I don't know.
 9      Q    Well, I'm asking - you're investigator; right?
10  I mean, you have -- you've been trained on I believe you
11  said white collar crime; right?
12      A    Believe the investigation is ongoing.
13      Q    Okay.  So you believe a better practice is to
14  file before you finish the investigation?
15      A    If there is sufficient evidence.
16      Q    Okay.  Didn't you testify earlier that a
17  complete investigation is preferred?
18      A    I don't know.
19      Q    Do you believe there's facts that maybe are
20  not known to you that might be relevant to this case?
21      A    I don't know.
22      Q    You don't know?
23      A    I don't know if there are facts.
24      Q    Okay.  Well, we talked about SIPnav's security
25  features?
```

Nathan Richtmyre          July 13, 2023

```
 1      A    Yes.
 2      Q    I mean, don't you think that'd be relevant to
 3 know?
 4      A    I think so.
 5      Q    What Smartbiz did or didn't do on their
 6 platform, whether they voluntarily chose to enable
 7 features?
 8      A    What they did, apparently did not influence
 9 the outcome.
10      Q    It didn't.  Didn't we just look at -- show the
11 tracebacks went from 30 to 2?
12      A    And then back up to 32.
13      Q    Okay.  Yeah.  There was a spike there.  Sure.
14 One spike, right?
15      A    I'm curious why I came back up?
16      Q    We could have talked about that.  And -- and
17 we'll get to that, as well.  But my point is that all of
18 this, it went from 30 to 2?
19      A    Yes. 30 to 2 tracebacks, yes.  Yes.
20      Q    Sure.  Okay.  Let's go ahead and go back to
21 the regulation document that I handed you earlier.
22 Exhibit -- I'll have to find it -- too many papers.
23      Patrick, I give you credit yesterday for keeping it
24 all together.
25           MR. CROTTY:  Takes a lot of work.
```

Nathan Richtmyre          July 13, 2023

```
 1              MR. GELLIS:  I wish I had the support staff.
 2              MR. CROTTY:  I didn't have any.
 3              MR. GELLIS:  Oh.  The true way OAG way.
 4  BY MR. GELLIS:
 5       Q    Okay.  Do you have the package?  The other
 6  flag that I put on there should direct you to, like, sub
 7  N, as in like Nancy?
 8       A    Yeah.
 9       Q    Okay.  Okay.  Do you see N, a voice service
10  provider must?
11       A    Yes.
12       Q    Okay.  Then can you please flip to the next
13  page and take a look at paren two.
14       A    Okay.
15       Q    Go ahead and just take a look at that.
16       A    Okay.
17       Q    Do you see that first sentence?
18       A    Yeah.
19       Q    So a voice service provider must, was paren N.
20       A    Yes.
21       Q    Take steps to effectively mitigate illegal
22  traffic when it receives notice from the commission?  We
23  talked about that.  Correct?
24       A    Yeah.
25       Q    Okay.  So if this is the requirement, are you
```

Nathan Richtmyre          July 13, 2023

```
 1  suggesting that they have to take steps outside of
 2  receiving notice from the FCC?
 3           MR. CROTTY:  Object to the form to the extent
 4      it requires a legal conclusion.
 5           THE WITNESS:  I'm sorry.  Could you ask the
 6      question again?
 7  BY MR. GELLIS:
 8      Q    It's okay.  It speaks for itself.  We'll go
 9  ahead and move on.  We talked about the FCC.  Do you
10  believe the FCC should send notice to Smartbiz?
11      A    I mean, I don't know why they didn't send, but
12  perhaps they should have.
13      Q    Do you believe the FCC should send notice to
14  Smartbiz?
15      A    I don't know the deliberative processes.
16      Q    Do you believe the FCC should put Smartbiz on
17  notice that it has illegal traffic on its network?
18      A    I believe the ITG is the consortium appointed
19  by the FCC who did put Smartbiz on notice.
20      Q    And do you believe that the ITG carries the
21  weight of law?
22      A    According to the Traced Act, they do have to
23  comply by law with the trackbacks.
24      Q    Sure.  And what are -- what does that mean to
25  you, comply with tracebacks?
```

Nathan Richtmyre        July 13, 2023

1      A     Respond to them and provide the color data
2    that came through their network.
3      Q     Okay.  So if that's what the requirement is.
4    And I believe -- let's turn the page back.  Go to N one,
5    because we just looked at N two, which is what you gotta
6    do when you get notice from the FCC; right?  You have to
7    effectively mitigate.
8      A     Okay.
9      Q     Why don't you go ahead and take a look at N
10   one and paren, little paren I, double I.  Take a look at
11   that, and we're going to talk about what you have to do
12   when you get a traceback.
13     A     Okay.
14     Q     Okay.  So you see that's the requirement of
15   what a voice service provider must do when it receives a
16   traceback request; correct?
17     A     Yes.
18     Q     So that's a different subsection than what you
19   gotta do when you receive notice from the FCC; correct?
20     A     Yes.
21     Q     And you just read two, and now you've read
22   one.  They have different requirements, don't they?
23     A     It appears that way.
24     Q     And the FCC makes these regulations; right?
25     A     Yes.

Nathan Richtmyre          July 13, 2023

1      Q     Not the attorney general?

2      A     Yes.

3      Q     Okay.  And so the FCC, what are they required?

4  Let's say -- let's start with paren one.  Little --

5  little I one, I should say.  So why don't you read that.

6      A     If the provider is an originating, terminating

7  or non-gateway intermediate provider for all calls

8  specified in the traceback request, the provider must

9  respond fully and in a timely manner.

10     Q     What do you -- what does that mean to you?

11     A     That the business has to respond to the

12 traceback?

13     Q     Okay.  And go ahead, and we're not going to

14 read the whole thing, but if you could just kind of

15 summarize.  Well, just read the first sentence of little

16 I two.

17     A     It if the provider receiving a traceback

18 request is the gateway provider for any call specified

19 in the traceback request, the provider must fully

20 respond to the traceback request within 24 hours of

21 receipt and -- of the request.

22     Q     Okay.  Now you've reviewed the Complaint, as

23 well.  Are you aware of any allegation in this case, in

24 the lawsuit, that Smartbiz did not comply with this

25 provision in N one?

Nathan Richtmyre          July 13, 2023

```
 1        A    It says respond fully in in the text
 2   responses.  They were all the same.  I wouldn't consider
 3   that fully responding.
 4        Q    Okay.
 5        A    It's a generic and response.
 6        Q    Okay.  Can you show me in the lawsuit where
 7   Smartbiz is accused of violating this provision?
 8        I can save you the time.  It's not there.  The
 9   rule's not even cited.  So there's no allegations that
10   Smartbiz violated this provision.  You may believe they
11   have, but that's not alleged in the lawsuit.
12        So my question is are you asking them to do more
13   than what this requires right here?
14        A    I would consider this a bare minimum.
15        Q    Okay.  So don't you believe those immediate
16   compliance doing regulatory stuff?  Don't regulated
17   entities have a right to fair notice of what's legal and
18   what's illegal?
19        A    Can you ask that again?
20        Q    Sure.  I mean, don't regulated entities have a
21   right to know what's legal and what's not?
22        A    Yes.
23        Q    Okay.  And that's what regulations are for;
24   right?
25        A    Yes.
```

Nathan Richtmyre          July 13, 2023

1       Q    Can you point me to somewhere that says, even

2   though this says what you gotta do, you can be liable if

3   you don't do more?

4       A    No.

5       Q    Okay.  Can you find me anywhere in there that

6   says, when you get a traceback, you have to mitigate?

7       A    I don't know.

8       Q    Okay.  Can you find me anywhere in there that

9   says, upon receipt of a traceback, you have to terminate

10  your upstream?

11      A    Not in these, no.

12      Q    Can you find me anything that says that you

13  have to investigate the traffic when you receive a

14  traceback?

15      A    I believe that would be included in take steps

16  to effectively mitigate illegal traffic.

17      Q    Yeah.  Where?  Paren three?

18      A    I believe that's paren two.

19      Q    Oh, yeah, paren two.  Okay.  Go ahead.  Read

20  that, upon notice from who?

21      A    From the Commission through the enforcement

22  bureau.

23      Q    Okay.  Is the enforcement bureau the same

24  thing as the ITG?

25      A    Not that I'm aware of.

Nathan Richtmyre          July 13, 2023

1      Q    No.  So when -- there's no requirement that
2  you see here talking about the industry traceback group
3  and tracebacks, there's no requirement for a provider to
4  do more than what's written here, is there?  And we can
5  talk about paren three, as well.  So take a look at
6  that.
7      A    Okay.
8      Q    Okay.  So that also a voice service provider
9  must take effective affirmative measures, yada, yada,
10  yada; right?
11      A    Yes.
12      Q    Okay.  And that's the language that we -- we
13  saw in that FCC email from December or the language
14  referenced by David Frankel in his January 2021 email
15  and the Order referenced by the FCC in the March 2021
16  email we looked at?  Okay.
17      A    Yes.
18      Q    All right.  So does that say that you have to
19  do that upon notice from the ITG.
20      A    No.  But it's talking about due diligence.
21      Q    Of course.  Now, these are the FCC's regs;
22  right?
23      A    Yes.
24      Q    So the FCC would enforce this, right?
25      A    Potentially.

Nathan Richtmyre          July 13, 2023

```
 1        Q    Well, they put in an email that they didn't
 2   have the authority to enforce that until December 2020;
 3   right?
 4             MR. CROTTY:  Object to the form to the extent
 5        it requires a legal conclusion.
 6   BY MR. GELLIS:
 7        Q    That's what they said in the email.
 8   Would you like to look at the email, again?
 9        A    I saw what the email said.
10        Q    Okay.  That's what they said; right?
11        A    I think so, yes.
12        Q    Okay.  My point is, the FCC has not enforced
13   that provision against Smartbiz, to this day, have they?
14        A    Not that I'm aware of.
15        Q    So the FCC doesn't appear to believe that
16   Smartbiz has failed to take effective measures to
17   mitigate illegal traffic?
18        A    I don't know if that's that conclusion.
19        Q    But you believe Smarbiz has failed to do that?
20        A    Yes.
21        Q    Do you know if anyone at the AG asked the FCC
22   to send a notice to Smartbiz?
23        A    I don't know.
24        Q    Have you ever heard anyone talk about that
25   issue?  Like, man, I wish the FCC had sent a notice?
```

Nathan Richtmyre          July 13, 2023

```
 1       A    No.
 2       Q    So you don't know if you asked them to?
 3       A    I don't know.
 4       Q    Have you spoken with the FCC?
 5       A    I have not personally spoken with the FCC.
 6       Q    So you -- okay.  You don't know if the FCC
 7  declined or not?  You don't even know anything about
 8  that?  Do you know who I would ask?
 9       A    I imagine the lead attorney or --
10       Q    How am I supposed -- it's a recurring theme of
11  problem in this case.  So I have to ask the lead
12  attorney for information in this case.  Is that what
13  you're telling me?
14       A    I believe so.
15       Q    He would know.  Is there somebody else you can
16  point me to who might know?
17       A    Our division director?  I don't know.
18       Q    Okay.  All right.  So all of this hinges on
19  this idea -- we'll probably break around 12:00, 12:15.
20       All this hinges around this idea of failing to take
21  effective measures; correct?
22       A    Yes.
23       Q    Okay.  I think that was in the lawsuit, too.
24  I believe it was in the press release.  Why don't we --
25  why don't we take a look at that again real quick.  All
```

Nathan Richtmyre          July 13, 2023

```
 1  the way back to Exhibit 1.  I should have kept a better
 2  pile, but here we go.
 3       It says the second paragraph there.
 4       A    Yes.
 5       Q    Why don't you go ahead and read that?
 6       A    Attorney General Ashley Moody said the
 7  defendants helped facilitate the transmission of
 8  millions of foreign-based robocalls into the United
 9  States.  They were multiple -- they were warned multiple
10  times about these harmful actions but refused to stop.
11  Now, we are asking them to -- asking a court to shut
12  them down and force them to pay restitution to consumers
13  harmed by the scams.
14       Q    Okay.  You can go -
15       A    I can't read, the exhibit is over the last
16  part.
17       Q    Oh, sorry.
18       A    With these foreign-based robocalls.
19       Q    Apologies.  That's fine.
20       And then on the next page, according to the
21  complaint.
22       A    Second paragraph?
23       Q    Yes, sir.
24       A    According to the complaint, Smartbiz
25  continued, despite the warnings, to help scammers reach
```

Nathan Richtmyre          July 13, 2023

1 potential victims.  Records produced by the ITG indicate

2 that Smartbiz is one of the most prolific transmitters

3 of illegal robocalls in the country.  In fact, it is

4 linked to more illegal robocalls than approximately 98

5 percent of other companies in the telecommunications

6 industry.

7     Q    Okay.  Man, I don't want to get out of order.

8     Ten.   We're going to come back to that.  I'm not

9 going to mess up my rhythm and flow on that.

10     But, we're going to talk about the 98 percent.  All

11 right.  We're going to go way back to December 2020.

12 I'm going to hand you an email.  I think this is going

13 to be number eight.

14     Take a look at that email, please.

15     A    Okay.

16     Q    All right.  Cool.  So if you go to the

17 original origin email here, you see this was sent by

18 Josh Bercu at 3:56 p.m. on December 14, 2020.  Okay.

19 Informing Smartbiz that it's one of the larger

20 contributors to illegal real calling; correct?

21     A    Yes.

22     Q    And we saw this yesterday.  Now, I want to

23 point out, Smartbiz, the CFO, and the CEO both responded

24 to this email in less than six hours; correct?

25     A    The CEO's response was to ask to be removed

Nathan Richtmyre          July 13, 2023

1  from the email chain.

2      Q     He responded to the email.

3      A     Yes.

4      Q     You don't see the plus, Eduardo Borerro?

5      A     I see that, yes, but --

6      Q     So he's informing his CFO?

7      A     Yes.

8      Q     Correct?

9      A     Yes.

10     Q     So but the point is Eduardo responded in less

11  than six hours; right?

12     A     Yes.

13     Q     All right.  In your experience, is promptly

14  responding to regulators a hallmark of fraudulent

15  intent?

16     A     It could be.

17     Q     How?

18     A     In order to disguise actions, businesses do in

19  fact pretend to be comply- -- trying to be compliant

20  with -- with -- with anybody who's over - overseeing

21  them.

22     Q     Okay.  But what about things like -- what

23  about things like telling the regulators they're not the

24  originator, telling them that they've gone from one

25  daily -- 1,000,000 daily minutes to less than 300,000?

Nathan Richtmyre          July 13, 2023

1       You see that?  Eduardo talked about attending a

2  webinar.  Do you see that?

3       A    Yes.

4       Q    We are open and willing to work with you with

5  new ideas.  This was at 10:45 at night?

6       A    Yes.

7       Q    And that signifies to you this is a sign of

8  potential fraud.  This email –

9       A    Yes.

10       Q    -- this is evidence of fraud to you.

11       A    It's but it's not evidence of not fraud.

12       Q    I mean, what more do you want them to do?

13  They answered every question that Josh asked them?

14       A    I understand that they answered on the email,

15  yes.  They responded.

16       Q    What do you contend they did not do that they

17  answered?

18       A    I don't know, but an email, to me, just saying

19  you did things, is not what you did.

20       Q    You're an investigator, right?

21       A    Right.

22       Q    Did you investigate if they did these things?

23       A    I did not know.

24       Q    Do you know if anybody in your office did?

25       A    I don't know.

Nathan Richtmyre          July 13, 2023

1    Q    Do you believe investigating whether or not
2  they actually did what they said they did is relevant to
3  determining fraudulent intent?
4    A    I do.
5    Q    Okay.  So that information would be helpful to
6  you
7    A    It's helpful to the investigator at the time,
8  yes.
9    Q    Well, even you now, I mean, let me ask you
10  now.  If you were to uncover evidence today that prove
11  the innocence of Smartbiz, would you bring that forward
12  to your bosses?
13    A    I believe so.  Yeah.
14    Q    So if you find evidence that they didn't do
15  anything wrong, you're willing to say, hey, maybe we
16  messed up?
17    A    That would require a decision above my head.
18    Q    Well, you personally.  I mean, you're the
19  investigator; right?
20    A    Right.
21    Q    They trust what you say; right?
22    A    Yes.
23    Q    Your job is to bring them facts, correct?
24    A    Yes.
25    Q    Okay.  And if you brought them facts that

Nathan Richtmyre          July 13, 2023

1  tended to show the innocence of Smartbiz, you would do

2  that?

3      A    As part of my moral obligation?  Yes.  It's a

4  moral obligation.

5      Q    So the emails we've looked at today, if you

6  went and investigated and found that Smartbiz actually

7  did the stuff they said they did, would that change your

8  opinion about this?

9      This is just one example.  I'm saying with all of

10 them.  We're going to look at a lot of emails today.

11     A    I mean, potentially if the -- if all the

12 actions follow what the email said, but I have no way of

13 knowing that.

14     Q    Oh, you could, though, right?  You could ask?

15     A    Yes.

16     Q    And when you bring on a new case -- so I'm I'm

17 a lawyer, right?  I work with the AG, too, and I get new

18 cases sometimes.  Sometimes, many times, you get cases

19 that were never yours, to begin with, and probably

20 started before you went to law school.

21     When you get a new case, you don't go through it

22 and try to find new angles?  You don't -- you don't kind

23 of review the file?

24     A    I did review the file.

25     Q    Okay.  And so when you went through all this

Nathan Richtmyre          July 13, 2023

```
 1  information, did you at any point stop and say, we need
 2  more information?
 3       A    I did not say that, no.
 4       Q    Did you stop and say, hey, did you guys verify
 5  this?  Anything?  Can you think of anything that you
 6  questioned them on?
 7       A    Yes.
 8       Q    Did you receive a sufficient answer?
 9       A    Yes.
10       Q    Okay.  But there's other things that you said
11  that you've not reviewed.  Do you think the discovery of
12  those items may change your opinion?
13       A    I would have to see the items.
14       Q    Okay.  But have you investigated, at all, to
15  your recollection, any of these -- any investigation
16  into whether or not Smartbiz told the truth in its
17  emails when communicating with the ITG?
18       A    I'm sorry.  Could you ask the question again?
19       Q    You didn't look over anything about whether or
20  not Smart- -- you didn't do any research or
21  investigation -- let me strike that.
22       Did you do any research or investigation into any
23  of Smartbiz's emails with the ITG to find out if
24  Smartbiz actually did what they said they did?
25       A    Yes.
```

Nathan Richtmyre          July 13, 2023

```
1       Q    Okay.  Which ones?
2       A    Whenever it was in the email, it was in the
3  email report with the communications between the ITG
4  regarding a Opextel.
5       Q    Opextel?
6       A    Yes.
7       Q    O-p-e-x-t-e-l.
8       A    Yes.
9       Q    What do you recall?
10      A    And I recall that there were 15 tracebacks,
11 all of them.  The responses were all the same language.
12 It did not appear that they were instigating what they -
13 - or it did not appear that they were implementing what
14 they were saying they were doing.  They said that they
15 were supposed to suspend them.  But over the course of
16 the year from 2020, February 2021 to February 2022,
17 there are 15 tracebacks for the same company with the
18 response to the ITG.  They were all the exact time.
19      Q    So I understand that.  But you were here
20 yesterday, right.
21      A    Yes.
22      Q    You heard Mr. Olivar's testimony, and we
23 looked at the graph about how intermediate providers can
24 sometimes have different trunks with different
25 companies.
```

Nathan Richtmyre          July 13, 2023

1      A    Yes.

2      Q    I think we looked at one, Startel, for

3  example.

4      A    Yes.

5      Q    So if I'm an intermediate provider, I could

6  have 10 different companies that are sending me traffic

7  that I'm routing; correct?

8      A    Yes.

9      Q    So you're -- so if Mr. Olivar told Opextel,

10  for example, I'm suspending the account, you heard his

11  testimony, account meant trunk.  Do you believe he was

12  lying?

13     A    I don't know.

14     Q    Okay.  So I mean, do you believe him when he

15  says that when he said when Mr. Olivar says I suspended

16  the account, he meant I suspended the trunk?  Do you

17  believe that?

18     A    I believe that you can suspend an account.

19  You can stop the trunk and still create another trunk.

20     Q    Sure.  If there's perhaps a different client.

21     A    And still be truthfully saying that you

22  stopped this route.

23     Q    Okay.  Exactly.  So if I have a contract with

24  Nathan and Patrick to send me traffic, and Nathan is

25  sending me bad traffic, and I get notice from the ITG

Nathan Richtmyre          July 13, 2023

```
 1  and I said I cut off Nathan, and then 3 months later
 2  Patrick starts sending me bad traffic, it sounds like
 3  you're saying I should have cut off Patrick and Nathan
 4  because of Nathan.
 5       Isn't it possible, based on what you've heard,
 6  isn't it possible that Mr. Olivar did cut off the bad
 7  trunk with Opextel, and then subsequently Opextel sent
 8  bad traffic from a different client?
 9       A    They sent it to Whisl, which he's also
10  involved with.
11       Q    Of course, but everything that passes through
12  Smartbiz touches Whisl.  We've talked about that.
13       A    Yes.
14       Q    But isn't it true, though, that Mr. Olivar
15  could cut off the bad actor and somebody else could send
16  traffic through that intermediate provider later, a
17  different actor, totally new client; right.
18       A    Potentially.
19       Q    So are you saying that -- do you believe that
20  it was the same person the whole time, the same entity
21  sending those legal calls from Opextel the entire time,
22  or is it possible that Mr. Olivar had different -- or
23  Opextel had different clients?
24       A    I don't know.
25       Q    Don't you think investigation perhaps would
```

Nathan Richtmyre          July 13, 2023

1  help reveal the facts on this?

2      A    Yes.

3      Q    Okay.  Is engaging in voluntary compliance

4  without court orders signs of fraudulent intent?

5      A    I don't know.  I'm sorry.  Could you ask the

6  question again?

7      Q    Is engaging in voluntary compliance without

8  court order, a sign of fraudulent intent?

9      A    No.  I don't know.

10     Q    No.  Or I don't know.

11     A    No.

12     Q    Okay.  We're going to go ahead and I think

13 we're on eight -- nine, nine.

14     (Thereupon Exhibit No. 9 was marked for

15 identification.)

16 BY MR. GELLIS:

17     Q    This is an email you can take a look at.  Let

18 me know when you're ready to talk.

19     A    Okay.

20     Q    Okay.  Real quick.  Sorry.  Do you know where

21 Opextel is located?  I mean, you brought them up?

22     A    No.

23     Q    Do you know if they're a Florida company?

24     A    I don't know.

25     Q    Okay.  Do you think that'd be helpful?

Nathan Richtmyre          July 13, 2023

1      A    I don't know.

2      Q    I mean, we talked about how the upstreams are

3  the ones sending the calls to Smartbiz, right?

4      A    (No audible response.)

5      Q    Okay.  Let's go over this email, I'd like to

6  talk briefly about that.  So if you can go to the very

7  end, the beginning, if you will.  You see it's Josh

8  Bercu emailing Smartbiz, right?

9      A    Yeah.

10     Q    Can you read that second sentence into the

11 record?

12     A    It's on the back page?

13     Q    Yes.  Sir.  As I mentioned --

14     A    As I mentioned, Smartbiz Telecom has served as

15 US point of entry for a number of fraudulent calls

16 coming from Chock Telecom, which has not responded to

17 our request for information in a timely manner.

18     Q    Okay.  And that email was sent, and I'm going

19 to represent it says to you, October 6, 2020.  It's in

20 Spanish there.  You see the date?

21     A    Yes.

22     Q    Okay.  Now, if you go flip to the other side,

23 if you would, it looks like Ms. Rosales from Smartbiz

24 Tele responded at 3:51.  Do you see that?

25     A    Yes.

Nathan Richtmyre          July 13, 2023

1        Q     Okay.  On the very same day, right?

2        A     Yes.

3        Q     And then Mr. Borrero responds immediately

4   after that, doesn't he?

5        A     Yes.

6        Q     So he's put on notice at 3:51, and he responds

7   to the regulators six minutes later, right, offering to

8   speak to them?

9        A     Yes.  The next day.

10       Q     Yeah.  And offering to have a conference

11  immediately, correct?

12       A     Yes.

13       Q     So does it appear that Smartbiz wanted to talk

14  about this issue?

15       A     It appears that way.

16       Q     Okay.  Is that the kind of conduct consistent

17  with fraudsters and scam artist?

18       A     Just because he wants to have a conference, it

19  doesn't mean he's not engaging in any legal activity.

20       Q     As a financial investigator, when you see

21  immediate voluntary cooperation, that tells you

22  fraudulent conduct?

23       A     That tells me nothing.  It doesn't tell me

24  good or bad.

25       Q     So it would be the same if it was three days

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1  later.  I mean, a week later.  Two weeks later.  Does

2  the time you respond matter?

3      A    No.

4      Q    It doesn't matter.  So if you respond a month

5  late, that's the same thing as responding in two

6  minutes?

7      A    Okay.  If you respond in an extreme amount of

8  time?  Yes.  But just because you respond quickly does

9  not mean that you're not committing acts of fraud.

10     Q    Do you know criminals who work with the cops?

11 I mean, is that a thing that you learn in white collar

12 crime training?

13     A    There have been instances, yes..

14     Q    The strategy to get away with crime is to

15 intimately work with the regulator; is that your

16 position?

17     A    It's to give the appearance that you are

18 intimately working with the regulators.

19     Q    Do you know if that conference call happened?

20     A    I don't know if that conference call happened.

21     Q    So if it did happen, that would be working

22 with the regulator, wouldn't it?  That wouldn't just be

23 an appearance?

24     A    On face value, yes.

25     Q    Yeah.  So if it happened, that's not just

Nathan Richtmyre          July 13, 2023

1  words.  That's my point.  You didn't look into that

2  either, did you?

3      A    I did not see this email.  No.

4      Q    Okay.  Let's get back to the -- I'm going to

5  introduce another Exhibit here.  The one I gave out

6  yesterday, the trunk chart, if you will.  We're going to

7  make that Nine.

8           MR. CROTTY:   For this one, would you include

9      that you stipulate that this is your client's

10     business records?

11          MR. GELLIS:  Absolutely.

12          THE WITNESS:  Well, yeah, they made it.  I

13     mean, for this case, so --

14          MR. CROTTY:  I mean, presumably, if you want

15     to introduce it, it's fine for the foundation.

16          MR. GELLIS:  I don't have any authenticity

17     problems with that.  I mean, they made it.  You

18     have copies from yesterday, right?  Sorry.  It's

19     probably back there if you want it.

20          MR. CROTTY:   I don't think we'll need to see

21     it.  I mean, I'm not asking the questions.

22  BY MR. GELLIS:

23     Q    So that email that we just looked at, Josh

24  Bercu referenced Chock Telecom, right?

25     A    Yes.

Nathan Richtmyre          July 13, 2023

 1      Q    And being a point of entry for Chock Telecom.
 2   Can you look at row -- well, first of all, take a look
 3   at this document.  I'm going to represent to you what
 4   this is.  It's Smartbiz's record.  They made this.  And
 5   this shows on the left, the providers -
 6      A    Yes.
 7      Q    -- the streams, the trunk name, the status,
 8   the date it was added, and the date it was suspended.
 9   Do you see that?
10      A    Yes.
11      Q    And I understand, please, for these purposes,
12   that you have no knowledge if this is true or not?  I'm
13   just asking you to -
14      A    Yes.
15      Q    -- comment on assuming this was correct?
16      A    Yes.
17      Q    Okay.  Because I understand you have no
18   knowledge.  All right.  Look at row M; would you?
19      A    Yes.
20      Q    Chock Telecom.  Do you see that?  What date
21   does it reflect that trunk was suspended?
22      A    11.16.2020.
23      Q    So that would be November 16th of 2020,
24   correct?
25      A    Yes.

Nathan Richtmyre        July 13, 2023

1      Q      And so Smartbiz suspended Chock Telecom the

2   following month from Josh Bercu's email, correct?

3      A      Yes.

4      Q      And that was without any notice from the FCC?

5      A      That I'm aware of, yes.

6      (Thereupon Exhibit No. 10 was marked for

7   identification.)

8   BY MR. GELLIS:

9      Q      Okay.  I'm going to hand you another email.

10   This will be 10, and I have blacked out a portion at the

11   top because we were short on time, and Mr. Olivar

12   forwarded it to me with a comment.  So I blacked out Mr.

13   Olivar's language to me in the email header because

14   that's my client, full disclosure.  You'll see -- take a

15   look at that, please.  The David Frankel email part.

16          MR. CROTTY:  I think we have a copy that we

17      introduced yesterday, as well.

18          MR. GELLIS:  Probably.  There is some overlap.

19   BY MR. GELLIS:

20      Q      All right.  Can you go all the way to the end

21   of this email, please?

22      I believe it's November 3rd at 1:10 p.m.  yeah.

23   The last page, you see that?

24      A      Yes.

25      Q      Okay.  Mr. Frankel emailed Mr. Olivar

Nathan Richtmyre          July 13, 2023

1    informing him of a traceback.  Do you see that?

2        A    Yes.

3        Q    And he was asking Eduardo, please provide as

4    quickly as possible.  Do you see that?

5        A    Yes.

6        Q    As much -- can you read what he asked for?

7        A    As much detail as you can about your customer,

8    whatever contact information you have, address, phone,

9    email, skype, et cetera.  When did they sign up with

10   you?  How do you -- how do they pay for the service?

11   What media IP addresses are they using?  How many calls

12   did they make today?  How many calls did they make

13   yesterday, 11.2?  What actions are you taking regarding

14   this traffic?

15       Q    Okay.  Very good.  And so if you go up to the

16   next email about, I think, it's about half an hour

17   later.  So let's see that was at 1:10 and then at 2:37.

18   So my mistake about an hour and a half later at, 2:37,

19   you see Mr. Olivar emailed back.  Do you see that?

20       A    Yes.

21       Q    Can you -- can you tell me what he said there?

22       A    I'm sorry.  Which part do you want me to read?

23       Q    Just the beginning there?  Hi, David.

24       A    Hi, David.  I'll call Eduardo and make sure he

25   gives you all the info required.  See the pick below.

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1  That was the moment I activated the block and the system

2  for all traffic coming with the same NPA, NXX from the

3  -- this customer Family Communications.

4      Q      And the next paragraph, too, if you can.

5      A      As you can see, the blockage was applied today

6  at 16:50:41 GMT zero plus while this call went through

7  at 2020 11 03 14:29.  So just a couple of hours before

8  we got done, all those calls are being blocked now and

9  we should not com- -- not complete any of those.

10     Q      And sorry.  The last -- rest of the page and

11  we will be done.

12     A      Now, since the platform being used is my

13  responsibility at Whisl.  I will give you all the info

14  I already have here.  What media IP address are they

15  using? There's a graph for the account host.

16     Q      You don't have to read that.  Yeah.

17     A      Okay.  How many calls did they make today?

18     Q      Then there's another image.

19     A      Another image with Family Com stats.  How many

20  calls did they make yesterday?  See it on the pick and

21  the data for November 3rd.

22     Q      Okay, that's enough.  All right.  The point

23  here is that an hour and a half after getting an email

24  from Mr. Frankel, prior to December 2020, right?  We're

25  not in December 2020, are we?

Nathan Richtmyre          July 13, 2023

```
 1      We're in November, right?

 2      A    Yeah.

 3      Q    That was before the FCC even issued that order

 4  requiring providers to take affirmative measures,

 5  correct?

 6      A    Correct.

 7      Q    So before that even happened, Smartbiz was

 8  terminating and blocking bad actors, right?

 9           MR. CROTTY:  Object to the form.  Misstates

10      the Exhibit.

11  BY MR. GELLIS:

12      Q    Okay.  Well, let's walk through it.  Let's go

13  back to Mr. Frankel's email.  Okay.  Mr. Frankel's very

14  first email, there was a traceback.  See that 34:91 on

15  the last page.  Sorry.

16      A    Yes.

17      Q    And you were here when we talked about this

18  email yesterday.

19      A    Yes.

20      Q    The test called the election integrity issue,

21  right?

22      A    Yes.

23      Q    And we'll talk about an election integrity

24  later.  So they said this is a campaign they're watching

25  very closely.  They asked Eduardo for information,
```

Nathan Richtmyre          July 13, 2023

1  correct?

2       A    Yes.

3       Q    Mr. Olivar responds an hour and a half later,

4  right?

5       A    Yes.

6       Q    And his response is, I blocked them?  Yes?

7       A    Yes.

8       Q    All right.  Okay.  And then he showed proof

9  that he blocked them.

10      A    Yes.

11      Q    Right?  Okay.  And then he says all those

12 calls are being blocked.  He also then gave up the IP

13 address of Family.  Right?  He answered every one of

14 their questions, too, didn't he, every one of David

15 Frankel's questions in an hour and a half.  How many

16 calls they made.  What action is he taking, correct?

17      A    Correct.

18      Q    And that was before the December 2020

19 requirement to do this?  Yes?

20      A    Yes.

21      Q    Do you have any reason to believe, unlike the

22 other emails, do you have any reason to believe that he

23 was, you know, that he was lying here, that these are

24 fraudulent images?

25      A    I have no reason to believe that, no.

Nathan Richtmyre          July 13, 2023

```
 1      Q     So do you think Mr. Olivar was lying to Mr.
 2   Frankel?
 3      A     I don't know.
 4      Q     Okay.  I mean, doesn't this show some kind of
 5   effort on the part of Smartbiz?
 6      A     It does?
 7      Q     Okay.  They got notified by the ITG, and an
 8   hour and a half later they cut the vendor off.
 9            MR. CROTTY:  Object to the form.  The Exhibit,
10        didn't cut the vendor off.
11            MR. GELLIS:  Well, they blocked them.
12            THE WITNESS:  They blocked certain calls.
13        NPM, NPA, and XX.  Family was still transmitting
14        traffic.
15   BY MR. GELLIS:
16      Q     Okay.  Well, he blocked -- he blocked the
17   number. Yeah?
18      A     No.  It was a series of numbers.
19      Q     Okay.
20            THE COURT REPORTER:  Would you repeat the
21        answer?
22            MR. GELLIS:  I'll strike it.  I'll start over.
23        I'll start over.
24   BY MR. GELLIS:
25      Q     He took some action, didn't he, blocked the
```

Nathan Richtmyre          July 13, 2023

1  **number.**

2       A     He took -- he blocked the number, yes.

3       **Q     Before the December 2020 FCC order?**

4       A     Yes.

5       **Q     And he did it within an hour and a half?  Yes.**

6  **That that action is consistent to you with fraudulent**

7  **intent?**

8       A     It's not consistent with non-fraudulent intent

9  either.

10      **Q     What more should he have done?**

11      A     I don't know the other lines that we're going

12 through?  I mean, he -- he blocked this one, yes,

13 because there was a traceback, but that's not to say

14 that there were other lines that had the same -- same

15 campaign going through it.  This was just subject to a

16 traceback.

17      **Q     Okay.  And so did  --did Mr. Frankel ask him**

18 **to terminate?  Let me ask you that.  Why don't you go**

19 **and see what the ITG actually asked in the original**

20 **email, and you tell me what Mr. Frankel asked Mr. Olivar**

21 **to do.**

22      A     He asked for information -- as much detail as

23 he can about the customer.

24      **Q     Okay.  And did he -- can you point me to where**

25 **he said block the number?**

Nathan Richtmyre          July 13, 2023

 1      A    Yes.  The first paragraph it says, I activated
 2 the block --
 3      Q    Where Mr. Frankel requested?
 4      A    No.
 5      Q    Mr. Olivar or where the ITG told Mr. Olivar,
 6 block this number, can you find that?
 7      A    No.  .
 8      Q    Did you find anywhere where you said you have
 9 to respond within an hour and a half?
10      A    No.
11      Q    Did Mr. Olivar comply with Mr. Frankel's
12 request?
13      A    He did comply with it, yes.
14      Q    Did he do more than what he was requested to
15 do?
16      A    It appears.
17      Q    Family ultimately got a notice from the FCC.
18 Do you have knowledge about that?
19      A    No.
20      Q    No?
21      A    No.
22      Q    So would it surprise you to learn that -- that
23 Smartbiz cut off Family before the FCC even gave notice?
24      A    Yes.
25      Q    That would surprise you?

Nathan Richtmyre          July 13, 2023

1        A     Yes.

2        Q     Well, do you believe that would be evidence of

3  attempting to cooperate with regulators?  I mean, taking

4  action before the FCC takes it; right?

5        A     If it was out of self-preservation so that

6  they did not get any kind of blame for it, then, yes.

7        Q     Okay.  And three minutes after Mr. Olivar

8  responds or 2:40 and, yeah, Mr. Borrero responds three

9  minutes later?  Correct?

10       A     Yes.

11       Q     Okay.  And Mr. Borrero gives all the

12  information Smartbiz was asked to give up, doesn't he,

13  full disclosure.  Right?

14       A     Yes, it appears that way.

15       Q     We looked at those regulations.  Did you find

16  anything that said that he has to give up all this

17  information on his clients?  Do you see anything along

18  those lines?

19       A     I did not see that.

20       Q     It appears they did this proactively, right?

21  Perhaps that's why Mr. Frankel was thanking Mr. Olivar

22  later for being proactive?  Correct.

23       A     Perhaps.

24       Q     Mr. Frankel then responds at 4:55 p.m.,

25  saying, thanks very much for all this, Eduardo.  Do you

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1  see that?

2       A    Yes.

3       Q    I think it will be helpful.  So Smartbiz is

4  was being helpful to the ITG, isn't that correct?

5       A    Yes.

6       Q    And they were attempting to root out the cause

7  of the bad traffic, correct?  But--  but you have this

8  theory that they were profiting from Family, correct?

9       A    Not just Family.

10      Q    Okay, but as part of this campaign, they were

11 passing illegal calls from Family.  That's part of the

12 theory of this case, right?

13      A    I believe so, yes.

14      Q    Okay.  So would it -- from a financial

15 investigative perspective, would it be smart for

16 somebody whose money is dependent upon scam calls

17 transiting their network to rat out their customers?

18      A    Yes.

19      Q    That would be smart for them.

20      A    In the grand scheme of --

21      Q    Go ahead.  I interrupted you.

22      A    In the grand scheme of business to cut one

23 customer off or one line off for the greater -- for the

24 greater -- for the bigger financial picture, yes.  If

25 that person, like you said, the FCC specifically went

Nathan Richtmyre          July 13, 2023

1  after Family Com --

2      Q     Okay.

3      A     -- it would be smart for them to cut it off

4  before the FCC date.

5      Q     Okay.  And --

6      A     Otherwise -

7      Q     -- at what point does -- you know, what point

8  does that theory fail when you, I mean, it's smart to

9  put yourself out of business?  Is that what you're

10 saying?

11     A     It's smart to not do business with people that

12 are drawing too much attention.

13     Q     Okay.  And you have this chart, Exhibit 9,

14 right, we just looked at?

15     A     yes.

16     Q     Why don't you look at dates suspended there.

17 Look at that column and look at some of those dates and

18 look at some of the names.  I think you're going to

19 recognize some of those names.

20     A     Yes.

21     Q     Okay.  Look at the dates.  Look at how many

22 have been suspended.

23     A     A lot of them.

24     Q     Without notice from the FCC before this

25 lawsuit was filed, right?

Nathan Richtmyre          July 13, 2023

```
 1      A    Right.

 2      Q    Many of them, perhaps not all, but many before

 3  this lawsuit was filed and without notice from the FCC,

 4  correct?

 5      A    That I'm aware of, yes.

 6      Q    Okay.  So no one ever told them, to your

 7  knowledge, shut them down?

 8      A    Not specifically, shut them down.

 9      Q    Okay.  Has the ITG ever told them that?

10      A    The FTC informed them that there was

11  potentially illegal call traffic coming through these

12  provider -- these accounts.

13      Q    Would it surprise you to learn that smart biz

14  called the FTC after they got notice, and the FTC told

15  them, do not terminate those trunks, because we're

16  investigating?

17      A    I don't know.

18      Q    Don't you think that would be relevant to

19  know?

20      A    Potentially, yes.

21      Q    So would you hold Smartbiz accountable for not

22  terminating customers when a federal agency has told

23  them not to?

24      A    I don't know.  I didn't see that.

25      Q    If they were cooperating with the FTC to try
```

1    to bust these guys, don't you want to know that?

2        A    Potentially.

3        Q    Isn't that a sign of good faith.

4        A    Potentially.  I've seen bad actors work with

5    agencies before.

6        Q    Okay.  So your whole -- your -- if they were

7    told by the FTC, don't cut those trunks because we're

8    investigating, and they didn't cut those trunks.  Okay.

9    You're going to hold them accountable for that?

10       A    I don't know what specific trunks that they

11   are talking about.

12       Q    Any, any trunks.

13       A    The FTC --

14       Q    AlkaIP.  Let's say AlkaIP.  Let's start with

15   that one.  If the FTC gave notice that AlkaIP -- because

16   we talked about Alka yesterday, right?  You were here.

17   Okay.  If the FTC's General Counsel's Office told them,

18   don't cut those trunks, were investigating, is it fair

19   for you to come in here and tell them they violated the

20   law by not cutting those trunks?

21       A    I don't know.  I haven't seen the FTC --

22       Q    I'm asking you hypothetically if it occurred.

23   I'm asking you, in your opinion.

24       A    I don't know.

25       Q    You don't know?  You have no thought either

Nathan Richtmyre          July 13, 2023

1   way?  You think it's totally fine if the FTC said, do
2   not terminate these guys?  We are collecting evidence.
3   Is it fair for the Attorney General to hold Smartbiz
4   liable for the calls that transited their network during
5   that time period from those customers?
6        A    It depends.  I don't know the time that the
7   FTC said to not allow those calls through.
8        Q    Would it surprise you to know that Smartbiz
9   had to voluntarily terminate those customers, and tell
10  the FTC, we're not doing this anymore.  Would you be
11  surprised to learn that?
12       A    That would probably surprise me, yes.
13       Q    Don't you think it would be relevant to know
14  whether Smartbiz voluntarily chose to terminate
15  customers against the FTC's recommendation because they
16  were so concerned about the traffic?  Do you know any
17  about -- anything about that?
18       A    No, I don't know anything about that.
19       Q    Have you been asked to look into that?
20       A    No, I have not.
21       Q    Have you talked to the FTC about that?
22       A    I have not talked to the FTC.
23       Q    Let's also go back to the ITG chart
24            MR. CROTTY:  Just quickly.  I think you might
25       have switched Exhibits with the witness.  You've

Nathan Richtmyre          July 13, 2023

```
 1      got the stamped ones.
 2  BY MR. GELLIS:
 3      Q    Make that 10.
 4      We're going to go back to the email from the ITG
 5  and the chart.  Remember this one?
 6      A    What Exhibit is it?
 7      Q    The one right in front of you.
 8      A    Okay.
 9      Q    So we just saw that Mr. Frankel thanked SBT
10  and Eduardo for providing information about Family,
11  correct?
12      A    Yes.
13      Q    Okay.  So if we look at this ITG chart here,
14  you see this column that says POE and POE Rank?
15      A    Yes.
16      Q    Okay.  And we talked about POE that's point of
17  entry, right?
18      A    Yes.
19      Q    Okay.  So in September, October, and November,
20  Smartbiz was ranked POE two; right? Tied for two.  Two.
21  Tied for two.
22      A    For which year?
23      Q    For -- sorry.  September, October, November
24  '20.
25      A    '20.
```

Nathan Richtmyre          July 13, 2023

1        Q      You see that?

2        A      Yes.

3        Q      So they were up there?  Certainly.  They were

4    one of the biggest offenders point of entry according to

5    the ITG records, at that time?

6        A      Yes.

7        Q      Okay.  Now, what happened after January 2021?

8        A      They moved up --

9        Q      Up?

10       A      -- the rank 3 23 30 13.

11       Q      Would that be up or down?  I mean, if you're

12   the number one, that's the highest.  Right.  You've --

13   you've brought in the most tracebacks as a point of

14   entry?

15       A      Moved down?  Yes.

16       Q      So what happened in January?  What rank were

17   they?

18       A      They were 23rd

19       Q      So from three to 23?

20       A      Yes.

21       Q      Is that also not meaningful?  Like before you

22   said 30 to two is meaningless.  So is this also

23   meaningless?

24       A      It's out of context.

25       Q      This is the ITG's data.

Nathan Richtmyre          July 13, 2023

1      A    I understand that, but I don't see the other.

2      **Q    How many point of entry tracebacks did they**

3  **have in January '21?**

4      A    Eleven.

5      **Q    No.  That was total, sir. POE.**

6      A    Seven.

7      **Q    How many the month following?**

8      A    One.

9      **Q    Seven to one.  Not meaningful?**

10     A    If they were no longer a point of entry, they

11  wouldn't be getting on the point of entry rank, or they

12  wouldn't be counted as a point of entry if they switched

13  to intermediate or near point of entry.

14     **Q    So, I mean, wouldn't that be consistent with**

15  **attempting not to bring in foreign robocalls?**

16     A    But not facilitate it, but to continue to

17  facilitate it though, it wouldn't they could still be

18  facilitating it.

19     **Q    How?**

20     A    Allowing it through the network.

21     **Q    How?  I mean, wouldn't that require them to**

22  **contract with another US provider?**

23     A    Potentially.

24     **Q    Well, I mean if they're not a point of entry,**

25  **that means somebody else brought it in, right?  Some**

Nathan Richtmyre          July 13, 2023

```
 1  other provider in America?  Yes?

 2      A    Yes.

 3      Q    So your suggestion is that Smartbiz began

 4  engaging in fraudulent activity with other telecom

 5  companies that are likewise engaging in fraudulent

 6  activity?  Is that -- is that the position?

 7      A    There was an email yesterday that was

 8  suspicious.

 9      Q    Sure.  I mean, that's a lot different than

10  they are engaging in fraudulent activity.  I mean, you

11  know, you don't -- is a suspicion enough to hang

12  somebody?

13      A    A suspicion is enough to investigate.

14      Q    Okay.  And that's what I asked.  And we talked

15  about some of the investigations and some of the things

16  that have not been done, correct?

17      A    Not been done by me?  Yes.

18      Q    Or by anybody, to your knowledge?  I mean, is

19  there some other witness that I should be talking to?  I

20  didn't see anyone else on the witness list.

21      A    I don't know.

22      Q    So you're the only guy they're putting up to

23  talk about what the AG did?  Yeah?  Yes?

24      A    That I'm aware of.  I don't know.

25      Q    Okay.  The witness list speaks for itself,
```

Nathan Richtmyre         July 13, 2023

 1 | right?

 2 |        A     If I'm the only person on it.

 3 |        Q     Well, the only AG employee on there.  Okay.

 4 | I want to make sure we get --  I want to do a timeline

 5 | here.  Just make sure you agree with the timeline.

 6 |        A     Okay.

 7 |        Q     In October 2021 or excuse me, October 2020,

 8 | the ITG informed Smartbiz of a problem with Chock

 9 | Telecom and points of entry.  We just looked at that

10 | email with David Frankel, correct?

11 |        A     Yes.

12 |        Q     Okay.  Mr. Borrero responds within six minutes

13 | of receiving the notice, at approximately 11:00 p.m. at

14 | night.

15 |        A     Yes.

16 |        Q     On November 3rd and we looked at that email

17 | yesterday, too, the ITG and Smartbiz engaged in a long

18 | dialogue about Family Communication, correct?

19 |        A     Yes.

20 |        Q     Later that month, Smartbiz suspends Chock even

21 | though it never received notice from the FCC.  Smartbiz

22 | claims it suspends Chock?

23 |        A     Yes.

24 |        Q     Because I understand you don't have actual

25 | knowledge of that.  On December 14, 2020, the ITG

Nathan Richtmyre          July 13, 2023

1  informed Smartbiz it's one of the larger contributors to

2  illegal robocalls, right?

3      A    Yes.

4      Q    The Josh Bercu email?

5      A    Yes.

6      Q    Okay.  Mr. Borrero responds within six minutes

7  of that, too, doesn't he?

8      A    Yes.

9      Q    On December 21st, following that, Family wrote

10  an apology letter accepting blame and saying they were

11  going to stop the traffic, correct?

12      A    Yes.

13      Q    Less than one month later, Mr. Frankel, at the

14  ITG, thanks Mr. Olivar for being proactive with call

15  sources that repeatedly deliver illegal calls, correct?

16      A    Yes.

17      Q    Because presumably, at least according to

18  Smartbiz, by this time they terminated Family and Chock,

19  correct?

20      A    Presumably, yes.  Without any notice from the

21  FCC.  Right?

22      A    Yes.

23      Q    Okay.  And we go back to this ITG chart.  What

24  happens in February of 2021 as a POE?

25      A    As a POE –

Nathan Richtmyre          July 13, 2023

1      Q     Point of entry?  Yeah.  What happens?

2      A     They go -- they have one traceback or --

3      Q     Okay.  One and then the month following?

4      A     One.

5      Q     And the month following?

6      A     Two.

7      Q     And then how many months did they have zero?

8   Following that?

9      A     From March or May 2021 to February '23.

10     Q     So they went from December 2020, the number

11  one highest point of entry rank in the country.   Six

12  months later in May, zero, NA, not even on the list.

13     A     Yeah.  As a point of entry, yes.

14     Q     Correct?  Right.  Well, isn't that the point

15  of this lawsuit, to stop illegal robocalls coming into

16  the United States?

17     A     Yes.

18     Q     Right.  And so they did stop that?  They

19  stopped getting tracebacks as a point of entry, correct?

20     A     Yes, or they were no longer a point of entry.

21     Q     Okay.  And how does that happen, magically on

22  its own, or does somebody have to take action to make

23  that happen?

24     A     Someone has to take -- I believe someone has

25  to take action.

Nathan Richtmyre          July 13, 2023

1     Q    And that would be changing the traffic
2  profile, changing who you do business with, perhaps.
3  Right?
4     A    Changing the order in which you do business,
5  yes.
6     Q    Yeah.  Stopping accepting calls from sources
7  directly?  Right?  Because they were put on notice,
8  right, about Chock Telecom?
9     A    Yes.
10    Q    They were told you are bringing in foreign
11 illegal robocalls, and you're a big problem.  Right?
12 And within six months, they got a zero, zero.  Within
13 one month, it went from seven to one, three to 23 within
14 one month, right?  According to the ITG, correct?
15    A    Correct.
16    Q    Okay.  And your position is that it's not
17 meaningful.  That is not meaningful change?
18    A    It's not meaningful to me because they could
19 have changed as an inter- -- become an intermediary, or
20 they could've moved the position around in the net -- in
21 the flow of information or in the flow of traffic, just
22 to no longer be the point of entry.
23    Q    Oh, so you believe Smartbiz controls the
24 chain?
25    A    I believe they have possibly relationships

Nathan Richtmyre         July 13, 2023

```
 1  with businesses in the chain that they could talk to
 2  about that.
 3      Q    So they just, like, drag and drop themselves
 4  out of the point of entry?  Is that kind of what you're
 5  saying?  I mean, I don't understand how they do that.
 6      A    I don't either.  But it was mentioned in the
 7  the YouMail report that they did chang- -- that the -
 8  that the complaint pattern chang- -- that their status
 9  as a point of entry changed as they were receiving
10  complaints.
11      Q    Of course --
12      A    -- the ITG gave them.
13      Q    -- because they're trying to do the right
14  thing and comply.  I mean, isn't it possible that it
15  changed, because you're saying it changed to avoid
16  regulation?  Right.
17      A    I'm sorry?
18      Q    You're -- you're saying the profile changed as
19  -- because they were attempting to fool regulators,
20  right?
21      A    I'm saying that is one possibility.
22      Q    And isn't it also possible it changed because
23  they stopped bringing in foreign robocalls?
24      A    That is also possible.
25      Q    They made a conscientious decision to contract
```

1   only with American companies?

2       A    Potentially.

3       Q    Okay.  And if they did that, that's

4   meaningless to you?  That has no bearing on this case,

5   is not relevant?

6       A    That doesn't change if they're facil- --

7   facilitating the calls.  If they were aware that the

8   calls were coming in and they just changed the order in

9   which they were in the -- in the net -- well --

10      Q    Okay.

11      A    -- traffic, they still were aware that the

12  fraud coming in if they switched position just to --

13      Q    Well, that's fair, but if you look at December

14  2020, they had 30 tracebacks.  Right?  So under your

15  theory, if it were correct, and you understand, you

16  know, numbers and financial and analytics, right, under

17  your theory, wouldn't it be true, then, that the

18  traceback number would remain -- would go up or be the

19  same, and we would only see the POE go down if they were

20  still trans--  if they were just moving themselves in

21  the chain but still carrying fraudulent traffic,

22  wouldn't you see the POE go down while the tracebacks

23  remain constant, because they're still in the chain?

24  Right?  Do you see that?  Is that what's happening in

25  the data or no?  Do tracebacks go down and POE goes

Nathan Richtmyre          July 13, 2023

```
 1  down?  They both go down, right?
 2       A    They both go down, but tracebacks come back
 3  up.
 4       Q    Sure.  When?
 5       A    To a higher number?  In June 2022.
 6       Q    of course.
 7       A    Well, April '22.   In '22, they start coming
 8  up.
 9       Q    Like -- like a year and a half later.  Right?
10       A    Yes.
11       Q    Like a year, year and a half later?
12       A    Yes.
13       Q    Okay.  But in the immed- -- I'm talking right
14  now, we can talk about that.  I'm talking in the
15  immediate, right now, in this period, they get notice,
16  they're put on notice, they got problems.  They're told
17  you're in an illegal POE.  You need to stop.  Within six
18  months zero POE tracebacks, one third the traceback
19  number, actually within six months.  My apologies.  It's
20  30 to 2.  I mean, my point is and I'll move on after
21  this because I think your position is clear.  That's not
22  meaningful to you?
23       A    If I was a fraudulent business and I got a
24  report from an authoritative figure that we were one of
25  the top things, I would also try to not get as many
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

 1 complaints or not as many -- find a way to not get as

 2 many tracebacks.

 3      Q    By changing your conduct?

 4      A    By changing conduct or changing any -- he's

 5 much smarter than I am, in terms of the -- the routes

 6 and what they can do and how they can reconfigure stuff.

 7 So I would be interested in that.  That's why it's not

 8 meaningful to me.

 9      Q    I mean, what more?  I mean, we get back to the

10 perfection standard then, don't we?  I mean, if they're

11 put on notice that they have problems and they take

12 action, that within six months eliminates the thing that

13 was complained of, I mean, is there anything they

14 could've done that you're not going to hold against

15 them?

16      A    I don't know.

17      Q    I mean, they comply, and you say that's

18 evidence of guilt.  If they don't comply, that's

19 evidence of guilt.  If they do everything perfectly,

20 I'm sure you're going to say somehow it's evidence of

21 guilt.  I mean, what -- what more do you want them to

22 do?

23      A    The call, the tracebacks came back up.  So

24 whatever they did was -- ended up not working.

25      Q    Sure.  For what period of time?  They never

Nathan Richtmyre          July 13, 2023

1  received another -- they received two point of entry

2  tracebacks after that.  That's it.  None in 2022,

3  correct?

4      A    That just means they're not a point of entry.

5      Q    Well, okay.  You see the spikes here, right?

6      A    Yes.

7      Q    Did you investigate?  Do you know if the

8  Attorney General knows why those spikes occurred?

9      A    I do not know.

10      Q    Do you know if it was potentially some other

11  actor who was bad, who's taken blame?

12      A    No.

13      Q    Do you know whether Smartbiz took any efforts

14  to cut them off?

15      A    I don't know.

16      Q    Do you believe that merely having bad traffic

17  on your network means that you did something wrong?

18      A    Having the traffic on your network means you

19  didn't mitigate the traffic.

20      Q    Okay.  But after you're given notice and you

21  do something to drop from 30 to two, isn't that doing

22  something in that mitigating?

23      A    Yes, but then 2 to 32 -

24      Q    Of course.

25      A    -- it backed up after that.

Nathan Richtmyre          July 13, 2023

```
 1      Q    Yeah.  A year and a half later.

 2      A    Yes.

 3      Q    Signed a new contract, you got another

 4 customer, you got a bad batch.  What happens after that?

 5 It goes down?  Right?  Because they did something,

 6 right?

 7      A    That's --

 8      Q    They mitigated it.

 9      A    Three months of bad batches.

10      Q    Yeah.

11      A    Potentially four to five months of bad

12 batches.

13      Q    Sure.  But do you know who's responsible for

14 those tracebacks?  What entity or company?

15      A    I don't know who did that, but I know that

16 Smartbiz potentially profited from this.

17      Q    Were you aware that SIPnav implemented YouMail

18 from August 2021 to August 2022?

19      A    No.

20      Q    Were you aware that Smartbiz or Whisl applied

21 for Smartbiz's settings YouMail protection during those

22 time periods, August 2021 to August 2022?  Are you

23 familiar with that?

24      A    I am familiar with him talking about it

25 yesterday, yes.
```

Nathan Richtmyre          July 13, 2023

1      Q     Okay.  Great.  And so I mean?

2      Do you know how many calls were blocked by YouMail

3  in that time period?

4      A     Not a specific number?  No.

5      Q     Okay.  So, I mean, do you -- do you think that

6  the fact that tracebacks came through after you -- after

7  Smartbiz voluntarily used YouMail?  I mean, should that

8  be considered in the analysis?  I mean, what -- if

9  YouMail can't stop it, how is Smartbiz going to stop it?

10  That's my question.

11      Let the record reflect the witness has not answered

12  the question.

13      A     Oh, I'm sorry.  I don't know.

14      Q     Okay.  Can we go back to the Complaint,

15  paragraph four, please.

16      And in order to save time because I know we're

17  going to get hungry soon.  I will just read you the

18  sentence, and you can tell me if you -- if I read it

19  correctly.  Smartbiz - it, meaning Smartbiz, has been

20  linked to more illegal robocalls than approximately 98

21  percent of other companies in the industry.  Do you see

22  that?  Paragraph four.

23      A     Yes.  Yes.

24      Q     Page three, paragraph four, do you also see

25  where it says, only 28 companies have received more

Nathan Richtmyre          July 13, 2023

 1  tracebacks than Smartbiz?  You see that?

 2      A    Yes.

 3      Q    All right.  So can we go back to that ITG

 4  chart we have --

 5      A    Yes.

 6      Q    -- that we've been looking at.  So like, in

 7  light of this chart, do you still believe that that

 8  allegation is correct?

 9      A    Yes.

10      Q    I mean, maybe for one month, right?  I mean

11  one -- I mean, yeah.  I mean, what explain this to me,

12  would you?  Because I see a month where they're ranked

13  148.  I see many months where they're ranked over a 100,

14  correct?

15      A    Correct.

16      Q    I see months where they're well above 28,

17  don't you?

18      A    Yes.

19      Q    Well, below, I should say, but there are

20  hundreds, seventies, fifties.  There's a couple months

21  they may have been above the 28.  I agree with that.

22      A    But I believe this is only as a point of entry

23  ranking.  This isn't as an intermediate.

24      Q    No, no, no.  The point of entry rank is on the

25  right.

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1       A    Right, but this says, Smartbiz Traceback US

2  point of entry ranking.

3       Q    No.  It's total tracebacks in total rank among

4  everybody.  So my question -- okay.

5       Do you see total tracebacks and total rank by

6  month, correct?  Okay.  So at the time this was filed,

7  this lawsuit, is December 2020, right.

8       A    Yes.

9       Q    So at that time, you alleged, you, the

10 Attorney General, alleged that my client, Smartbiz, was

11 number, basically, number 29 in the nation.  Right.  Can

12 you go to December 2022 and take a look?  It's mismarked

13 one December, I think.  There if you go down the list

14 near the bottom, they've mismarked it, but I'm pretty

15 confident that's supposed to be December 2022 is present

16 between November 22 and January 23.  Can you tell me

17 what traceback rank they had in that -- the month of

18 December?

19      A    On this chart it says 133.

20      Q    And the month prior?

21      A    107.

22      Q    How many point of entry tracebacks did they

23 have in 2023?

24      A    Zero.

25      Q    In 2022.

Nathan Richtmyre          July 13, 2023

```
 1       A    Zero.
 2       Q    Okay.  And that paragraph we just looked at
 3  says, Smartbiz is in the 98th percentile for
 4  transmitting illegal robocalls, correct?
 5       A    Yes.
 6       Q    So all right.  You're the financial guy and
 7  you do numbers.  Why don't you tell me how this equals
 8  98th percentile.
 9       A    Because it's the aggregate numbers.  This is
10  based on aggregates.  These are based on monthly
11  profiles.
12       Q    Okay.  So what's your position?  I don't -- I
13  guess I don't understand.  Explain it to me.  I mean,
14  how does that work with aggregate?
15       A    There are a 120 -- there are 1225 companies
16  that have received tracebacks.  And Smartbiz, despite
17  the size, has received more aggregate tracebacks than 98
18  percent of the other companies.
19       Q    And so was that in the month when they were
20  148?
21       A    This is not by month.  This is total aggregate
22  total, and this is for the month.
23       Q    Okay.  So why don't you tell me how many
24  months they were ranked higher than 28, meaning one to
25  28.
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

```
 1        A    I believe I count 10.
 2        Q    Okay.  That's less than half, right?
 3        A    I think so, yeah.
 4        Q    I mean, so you -- so you know, data is a funny
 5  thing, right?  You say, oh, it's 98 percentile in the
 6  aggregate.  I mean, you could also say less than half of
 7  the months trace -- Smartbiz has been ranked less than
 8  twenty-eighth, lower than twenty-eighth for over half
 9  the months it's been traced back, right?
10        A    Yeah.
11        Q    Data can be interpreted different ways, right?
12        A    Yes.
13        Q    Okay.  And don't you think when you're looking
14  at -- and when you're alleging a failure of meaningful
15  changes and meaningful procedures, I believe that's in
16  the lawsuit, that Smartbiz failed to take meaningful
17  procedures, doesn't that necessarily require a look over
18  time?
19        I mean, right?  I mean, in order to know if
20  something was meaningful, you have to go and look back,
21  correct?  I mean, if I make a change today, I don't know
22  if it's meaningful today, do I?
23        A    I don't think so.
24        Q    No, you need to take some time and go back and
25  look at whether the change had effect, right?
```

Nathan Richtmyre          July 13, 2023

1       A     Yes.

2       Q     Okay.  And so, is it fair then to say just,

3  oh, they're 98 percentile overall, when you actually

4  break down the data and put it under a microscope, there

5  is change in the numbers, isn't there?  I mean, we

6  agree, right.  That 30 tracebacks to two within 6

7  months, yes.

8       A     Change in the monthly numbers, but not change

9  in the total tracebacks.

10      Q     Okay.  So you just throw out the window all

11  the months that they were ranked in the hundreds, those

12  are insignificant to you?

13      A     Those could be used either way.

14      Q     So if they had a huge, front-loaded problem

15  with tracebacks, and they did a bunch of stuff to cut

16  those numbers down, that doesn't mean anything to you?

17  That's not a meaningful change?

18      A     It would be meaningful change if the numbers

19  dropped off completely, but the numbers come back up.

20      Q     For 3 months, correct?

21      A     They still come back up.

22      Q     For 3 months, right?  They had 3 months.

23      A     Three to 4 months?

24      Q     Yeah.  Little batch there.  Okay?.

25      And so, in paragraph 3 of the lawsuit, it says,

Nathan Richtmyre          July 13, 2023

1  according to records produced by the ITG, Smartbiz is

2  one of the most prolific transmitters of illegal

3  robocalls in the US, right?  We agree on that.  I think

4  - right?  It says that?

5      A    Yes.

6      Q    Okay.  And you're looking at this chart.  I

7  mean, do you still believe that?

8      A    Yes.  In the aggregate.

9      Q    In the aggregate.

10     A    In the total.

11     Q    At the time the lawsuit was filed in December

12  of 2020.  And what about then?

13     In December 2020 when you filed the lawsuit?

14         MR. CROTTY:  Objection.  '22 I think.

15  BY MR. GELLIS:

16     Q    2022, correct.  December 2020?  Correct.  I

17  messed up.  That's December 2022 when you filed the

18  lawsuit.  What about then?

19     A    At that time, from what I saw, there were

20  tracebacks for all those companies that we talked about,

21  close to a thousand.  And Sunbiz [sic] had the

22  twenty-eighth highest amount in them, in the 98

23  percentile of all those companies.  I meant Smartbiz.

24     Q    The way you did the math.  I think that's more

25  the way you did the math, right?

Nathan Richtmyre          July 13, 2023

```
 1      A     Not the way we did the math.  The way that the
 2 -- the tra -- the tracebacks weren't -- the amount --
 3 the number of tracebacks, that's a pretty objective
 4 number.
 5      Q     And could it also be said that from December
 6 2020 to May '21, there was a one-fifteenth reduction in
 7 the number of tracebacks?  I mean, I see less than 10
 8 percent, right?  I mean -- in May 2021, they had 6.6
 9 percent the number of tracebacks they had in December,
10 correct?
11      A     According to your math, yes.  I trust your
12 math.
13      Q     Okay.  So, I mean, during that time period,
14 were they one of the most prolific transmitters of
15 illegal robocalls in that 6-month window?
16      A     On this they were fortieth.  That's out of
17 thousands.  Thousands plus.
18      Q     They had two.  So, if you get one, what number
19 are you, do you know?  You even get one, where are --
20 where does that put you?  What number?  Do you even
21 know?  Forty-one, I guess.  Right?
22      A     Depends on the month.
23      Q     But I'm saying for May '21, if you have two,
24 you're 40.  So if you have one, you're 41.  So, again,
25 perfection is the standard with you, right?  Zero,
```

Nathan Richtmyre          July 13, 2023

1  that's what you want, perfection.

2       A    Well, just because they received two of these,

3  these were representative of millions, potentially

4  hundreds of thousands of other calls.

5       Q    So the ITG software worked better in December

6  than it did in May?  Is that what you're saying?

7  They're better at detecting robocalls some months and

8  not others.

9       A    I'm not arguing that it went down.

10      Q    Okay.  But you're saying that it going down

11 means nothing.

12      A    Potentially it means nothing.

13      Q    After they made changes; after they blocked

14 customers; after they responded to emails in six

15 minutes; after they responded to the ITG, they sent

16 screenshots; they sent pictures after all of that.

17 That's nothing.  With the fact that it was reduced to 7

18 percent of the prior total 6 months, that is nothing to

19 you, yes?

20      A    On face value, no.

21      Q    Okay.  And were they the most prolific

22 transmitter in November 2022, when they had two

23 tracebacks?

24      A    They were in the top 10 percent with 107 or

25 top 5 percent if they were two –

Nathan Richtmyre          July 13, 2023

 1      Q     Okay, what about December we looked at?  There
 2  was one traceback in December, yes?  They were tied for
 3  133?
 4      A     Yes.
 5            MR. CROTTY:  Should we take a break?
 6            MR. GELLIS:  Let me wrap this up, and then
 7      we'll do lunch.  Thanks.
 8  BY MR. GELLIS:
 9      Q     Where's the line then?  I mean, was there any
10  month on here they were not the most prolific
11  transmitter of illegal robocalls in the United States?
12  Let me ask you that.
13      What months were they not the most prolific?  Any?
14      A     In every month here they were in at least the
15  top 10 percent of -- I mean of industry businesses that
16  received tracebacks.
17      Q     I mean, even when they had one, right?
18      A     Yes.
19      Q     They had one traceback that puts them top 10
20  percent?
21      A     According to this, yes.
22      Q     So you're a perfectionist.  Your standard is
23  perfection.  Zero.  Is that what -- I mean what makes
24  you not the most prolific transmitter of robocalls?
25      A     I don't know if a little bit of illegal

Nathan Richtmyre          July 13, 2023

1  activity is okay.

2      **Q**    **Isn't this just a suspicion of legal activity?**

3      A    This is indication of illegal activity, yes.

4      **Q**    **Suspicion of it, right?**

5      A    Yes.

6      **Q**    **Okay.  But so -- so there's no month on this**

7  **chart?  That's what I'm asking you.  Is there any month**

8  **you contend Smartbiz was not the most prolific**

9  **transmitter of robocalls in America?**

10     **Q**    **They were in the top 10 percent of every**

11 **single month here.**

12     **Most prolific?  What is that?  Where's the**

13 **threshold for you?  What percent?  Okay, 10 percent is**

14 **not good enough.  What is good enough?**

15     A    I don't know.

16     **Q**    **I mean, aren't you the one charged with kind**

17 **of investigating this?**

18     A    I am in charge, yes.

19     **Q**    **You don't know?**

20     A    I don't know where prolific would end.

21 Obviously, having the 10 percent, that is pretty big.

22     **Q**    **Even with one?**

23     A    Even with one.  It's still ranked in the top

24 10 percent.

25     **Q**    **There -- couldn't everybody be tied at 107?**

Nathan Richtmyre          July 13, 2023

1  You ever watch golf?  You know how golf scoring works?

2  You can have -- you can have 50 people tied for second.

3  So maybe they're not actually in the top 10 percent, are

4  they?  You don't know how many people are in that 107,

5  do you?

6      A    I don't know.

7      Q    Okay.  So, you still believe the time that

8  statement was filed with the court, it was accurate?

9      A    Yes.

10     Q    Even though they hadn't had a single point of

11 entry traced back in a year.  Even though that month

12 they were ranked 133rd, it's an accurate statement?

13     A    Yes.

14     Q    Okay.  Where did that information come from

15 about 28th.  Where did you get that?  And I ask you

16 because if you go to this chart here and go to the first

17 page, Mr. Summers' email from the ITG -- it is the first

18 page.  You see under the bullets, "As stated above."  Do

19 you see that?  "As stated above ITG does not in the

20 ordinary course, rank providers on these metrics."

21     Do you see that?

22     A    Yes.

23     Q    Okay.  Do you have any reason to doubt the

24 ITG's lawyer?

25     A    No.

Nathan Richtmyre          July 13, 2023

1   Q   So the ITG doesn't actually put this stuff
2   together?  According to them, they don't rank providers,
3   correct?
4   A   According to them, yes.
5   Q   But you have, right?
6   A   Yes.
7   Q   So if the ITG is the best source for the
8   information and they don't produce it, where did you get
9   your information from?
10   A   Basic math of calculating those tracebacks
11   showed that they were in the top 98 percent.
12   Q   So you had every traceback ever.
13   A   Every traceback for Smartbiz.
14   Q   Out of the total?  I mean --
15   A   I believe Traceback Explorer had a lot of
16   tracebacks, yes, but I'm not sure if they had all of
17   them.
18   Q   Okay.  And so even in light of this chart and
19   the fact that the ITG does not normally rank these
20   metrics, you still are going to stand by Smartbiz is the
21   most prolific transmitter in the United States?
22   A   According to the math, yes.  And counting up
23   the number of tracebacks compared to the other
24   businesses, yes.
25   Q   And we don't look at the timeline for that,

Nathan Richtmyre          July 13, 2023

 1  right?

 2       A    The timeline that they –

 3       Q    **The fact that they improved is meaningless to**

 4  **you?  The fact that they tried is meaningless to you?**

 5       A    In terms of their overall effort at the end of

 6  the day, the outcome.

 7       Q    **And the only outcome that's acceptable is**

 8  **perfection, right?**

 9       A    Not breaking the law.

10       Q    **Perfection.  What law did they break?  We**

11  **looked at the regs.  I mean, what regulation was**

12  **violated here?**

13       A    Meaning illegal activity.

14       Q    **Which regulation?  No, which regulation.**

15       MR. CROTTY:  We didn't sue on regulations.

16       We've got counts, five counts.  Those are the laws

17       that were broke.  There's a complaint.

18       MR. GELLIS:  Of course, but we're looking at

19       the regulations that are traceback regulations that

20       we've raised in our motion to dismiss.

21       I'm asking which one of the pertinent

22       regulations we've reviewed today that apply, which

23       one of those was violated?

24       THE WITNESS:  I don't know.  I can't say.

25       I'm not an expert on those.

Nathan Richtmyre          July 13, 2023

```
 1 | BY MR. GELLIS:
 2 |      Q     You read it, right?
 3 |      A     I've read it, but I'm not an expert on it.
 4 |      Q     Okay.  And are you aware Smartbiz has business
 5 | lost business because of the allegations in the
 6 | complaint?
 7 |      A     I assume that's true, yes.
 8 |      Q     Yeah.  Okay.  And if the statements by the AG
 9 | were not ultimately proven to be true, is that fair that
10 | Smartbiz lost business from untrue statements?
11 |      A     I don't know.
12 |      Q     Okay.  Well, let's look at paragraph 8, shall
13 | we?  It says there that SBT failed to implement
14 | meaningful procedures.  That's why I've been asking
15 | about meaningful today.
16 |      You see that the last sentence there, well, the
17 | third line, fourth line from the bottom.  "Defendant has
18 | chosen profit over people and refuses to implement
19 | meaningful procedures."
20 |      Do you see that?
21 |      A     Yes.
22 |      Q     Terminating a vendor who you're told is
23 | passing fraudulent traffic on your network, that is not
24 | a meaningful procedure to prevent perpetration of fraud
25 | on the network?
```

Nathan Richtmyre          July 13, 2023

1     A     If the total number of tracebacks don't go

2  down, it is a meaningless effort.

3     **Q     That is true.  I agree with you on that.  And**

4  **that's why we just looked.  They went from 30 to two,**

5  **right?**

6     A     But they still stayed in the top.

7     **Q     With two?**

8     **So, we also looked at the other emails.  Family**

9  **Communication cut them off, blocked the number, gave the**

10 **ITG all the information.  Not a meaningful procedure,**

11 **right?  Not meaningful to you?  Terminating all those**

12 **trunks that we saw on this graph here in Exhibit 11,**

13 **without notice from the FCC, not meaningful, right?**

14    (Thereupon, Exhibit No. 11 was marked for

15 identification.)

16    A     On face value not meaningful.

17    **Q     What would make it meaningful?**

18    A     To see a reduction in the total number of

19 tracebacks all together?

20    **Q     Didn't we see that save 3 months?**

21    A     But not the total number.

22    **Q     How can the total number go down?  If it's 200**

23 **today?  It can never be less than 200, right?  So how**

24 **can it go down?  It can't, right?  You can -- you're**

25 **getting an impossible standard, right?  You're telling**

Nathan Richtmyre          July 13, 2023

1  them your tracebacks need to go down.  That can't
2  happen, can it?
3      Once they have 200, they have 200, correct?
4      A    Correct.
5      Q    So the way you would evaluate, if it's
6  meaningful, right, is to look at the future data, right?
7  What happens after those 200, correct?
8      A    Correct.
9      Q    And when we do that, we see a decrease in the
10 number for many months.  We can count them if you want.
11 Would you like to count following January 2021, how many
12 months were lower and how many were spikes?  We could do
13 that.
14     A    It's not necessary.
15     Q    It's like 3, 4 months of spikes out of like
16 two years, right?
17     A    Right.
18     Q    Okay.  So that's a small percentage, correct?
19     So, we throw out all the other months that Smartbiz
20 had low tracebacks, right?  Those don't matter, because
21 3 months a year and a half later, they had a spike,
22 correct?
23     A    Yes.
24     Q    Okay.  So, in October 2020, the first month
25 they were contacted by the ITG on the ITG chart there --

Nathan Richtmyre          July 13, 2023

1  October 2020, they were ranked twelfth in the nation in

2  tracebacks, correct?

3      A    Yes.

4      Q    And 6 months later, in April of 2021 they were

5  seventy.fifth?  Yes?

6      A    Yes.

7      Q    Not meaningful.  Didn't you just testify that

8  it'd be meaningful if the tracebacks went down?  I mean,

9  didn't you just say that?  Yes or no?

10     A    Yes.

11     Q    Okay.  They went down, didn't they?

12     A    Yes.

13     Q    Not meaningful though, right?

14     A    Not in terms of their -- their overall

15  business practices.

16     Q    Is it because it would hurt your case if it

17  wasn't meaningful?

18     A    No.

19     Q    Okay.  In the same 6-month period, they went

20  from 14 tracebacks as a point of entry, second in the

21  nation, down to thirteenth in the nation.  Right?

22     A    Sorry.  Could you do the dates again?

23     Q    Yeah, sure.  From -- in the same period.  So

24  that would've been October 2020.  They were number two

25  in the nation for point of entry.  Six months later,

Nathan Richtmyre          July 13, 2023

1   April 2021, they're thirteenth.  Do you see that?

2        A    Yes.

3        Q    And then the following month after that, zero.

4   They're not even ranked, right?  Not even ranked,

5   correct?

6        A    Yes.

7        Q    And that's not meaningful.

8        A    Based on this one chart, no.

9        Q    Okay.  And you remember Josh Bercu's email

10  from October 2020, we looked at, informing them that

11  they had been a point of entry for a number of

12  fraudulent calls from Chock?

13       A    Yes.

14       Q    And so in the last -- I want to do some math

15  here.  In the last 3 months of 2020, how many point of

16  entry tracebacks did Smartbiz receive in the last 3

17  months of 2020?

18       A    Seventy-eight.

19       Q    Point of entry.

20       A    Point of entry -- uh, 40

21       Q    Forty.  So, 40 in Q-4 2020, yes?

22       A    Yes.

23       Q    And in Q-1 2021.  So that is the first three

24  months.  How many there?

25       A    You said –

Nathan Richtmyre          July 13, 2023

```
 1        Q     Q-1 2021.  How many point of entry tracebacks
 2   in Q-1 2021?
 3        A     By Q-1, you mean --
 4        Q     Quarter 1. January, February, March.
 5        A     Okay  Seven, eight, nine.
 6        Q     So from 40 Q-4 to nine Q-1, correct?
 7        A     Yes.
 8        Q     And that was following Josh Bercu's email
 9   telling Smartbiz they were a point of entry for a lot of
10   illegal calls, correct?
11        A     Yes.
12        Q     Q-2.  How many -- how many point of entry
13   tracebacks in Q-2?
14        A     Three. April, May, June.
15        Q     Two?
16        A     Two.
17   April, May, June.  Two.
18        A     Two.
19        Q     Okay.  Very good.  And Q-3, how many there?
20        A     Zero.
21        Q     July, August, September, zero.  Not
22   meaningful.  So, zero is not even enough for you, right?
23   I mean, is zero meaningful?
24        A     Again, they're not -- they've shifted
25   positions as a point of entry.
```

Nathan Richtmyre          July 13, 2023

1      Q      Because they were told to by the ITG.  Right?

2  Because the ITG said you're bringing in scam calls, yes?

3      So, they change in response to the ITG, correct?

4      A      Correct.

5      Q      And that's evidence of fraud to you?

6      MR. CROTTY:  They're still bringing in the

7      fraud calls.

8  BY MR. GELLIS:

9      Q      After May of 2021, how many tracebacks as a

10 point of entry did Smartbiz receive?

11      MR. CROTTY:  I mean more than once a month for

12      years –

13      MR. GELLIS:  Point of entry?

14      MR. CROTTY:  You have been told they –

15      MR. GELLIS:  Excuse me.

16      MR. CROTTY:  -- were bringing in from traffic.

17 BY MR. GELLIS:

18      Q      Point of entry.  How many after May 2021?

19      A      Two.

20      Q      That's it?

21      A      As a point of entry.

22      Q      In over two years -- in the last two years,

23 they have had two tracebacks for point of entry.

24      A      As a point of entry.

25      MR. CROTTY:  Come on.  Come on, guys.  We

Nathan Richtmyre          July 13, 2023

1   should take a break.

2           MR. GELLIS:  This is when it gets fun.

3           MR. CROTTY:  We'll take a break.  We'll stop

4   here.

5           MR. GELLIS:  Go off the record.

6   (The deposition recessed at 12:44 p.m. and

7   reconvened at 1:58 p.m.)

8           THE COURT REPORTER:  We are on the record.

9           MR. GELLIS:  Okay.  Thank you.

10  BY MR. GELLIS:

11      Q    We're going to take a look now at Exhibit 1,

12  the press release I had given you previously, as well as

13  this chart from the ITG that we've been looking at for

14  the past hour or so.  Okay?

15      So, if you go to the very first exhibit, Exhibit 1,

16  can you read the very first sentence?

17      A    "Attorney General Ashley Moody today filed a

18  court action to stop the flood of foreign based

19  robocalls that a Miami -- that a Miami company, Smartbiz

20  Telecom LLC routes into the United States".

21      Q    Okay.  Do you see that "Routes into the United

22  States"?

23      A    Yes.

24      Q    Okay.  And, you know, we just looked at the

25  whole point of entry chart, right?

Nathan Richtmyre          July 13, 2023

```
 1       A    Yes.

 2       Q    Okay.  So, when this was announced in December

 3  of 2022, isn't it true that Smartbiz hadn't received a

 4  single traceback as a point of entry in over a year?  In

 5  a year.

 6       A    As a point of entry, yes.

 7       Q    Okay.  So, in the prior year to this, they did

 8  not actually have a single traceback where they were

 9  alleged to have routed a call into the United States,

10  correct?

11       A    Yes.  According to this.

12       Q    Okay.  So, do you think General Moody was

13  misspeaking in this press release here?  I mean?

14       A    I don't know.  It's a press release.  I'm sure

15  they choose their language carefully, but I don't know.

16       Q    Okay.  Do you agree then that Smartbiz didn't

17  receive any tracebacks in 2022 as a point of entry?

18       A    As a point of entry in 2022, they did not

19  receive -- on this according to this  -- according to

20  this sheet.

21       Q    And since May of '21.  They've only received

22  two tracebacks total as a point of entry, correct?

23       A    Yes.

24       Q    Okay.  So what robocalls exactly is this press

25  release referring to?  It discusses routing into the
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1  United States.  So, when was Smartbiz routing these

2  calls into the United States?

3      A    I'm not sure, but Smartbiz was still receiving

4  tracebacks --

5      Q    Sure.

6      A    -- during that time period.

7      A    Yeah, absolutely.  But the press release says

8  that they route these calls into the United States.  And

9  while that may have been true in 2020, would you agree

10 that since May of 21, the number of tracebacks as a

11 point of entry has been minimal?

12     A    As a point of entry, yes, it has been minimal.

13     Q    Okay. But the press release talks about

14 routing into The United States.  So, at the time this

15 was issued, they hadn't actually been accused by the ITG

16 of routing any fraudulent traffic into the US in over a

17 year; is that correct?

18     A    Yes.

19     Q    Okay.  So, I mean, again, do you think that

20 statement's maybe not a hundred percent accurate?

21     A    It depends on the definition of routing that

22 they're using here.

23     Q    Okay.  Well, what does -- what does routing

24 into the United States mean to you?

25     A    To me, it could be any process -- any point

Nathan Richtmyre          July 13, 2023

1  along the pathway that the calls were coming into the --

2  into -- any point along the pathway of bringing the

3  calls into The United States.

4      Q    Okay.  So, when Verizon makes the phone ring,

5  they're routing it into The United States, too?

6      A    Potentially.

7      Q    Okay.  So, in the next paragraph on the second

8  --let me see if it's on this page.  Hold on.

9      On the second paragraph on this page, you say,

10 "They were warned --"

11     This is a quote.  "They were warned multiple times

12 but refused to stop."

13     Correct?

14     A    Yes.

15     Q    Okay.  And you do agree, though, that Smartbiz

16 did take some kind of action, right?  I mean, we saw a

17 reduction in tracebacks, yes?

18     A    Yes, there was a reduction of tracebacks.

19     Q    So I mean, are we going back to this perfect

20 standard?  I mean, is the only acceptable answer for the

21 Attorney General is zero tracebacks?

22     A    I don't know.

23     Q    Okay.  So, I mean, but, you know, multiple

24 times they said they were warned, and they didn't stop.

25 Did you -- I mean, to stop, do you mean entirely stop?

Nathan Richtmyre          July 13, 2023

1  Like zero?

2      A     Stop to me would mean that their tracebacks go

3  to zero.

4      Q     Okay.  And so that's the expectation, zero

5  tracebacks.

6      A     I imagine one traceback is still alot.

7      Q     How many do you think Verizon has?

8      A     I don't know.

9      Q     So it says they were warned multiple times,

10  but we already agreed they they didn't get any notice

11  from the FCC, right?  They were warned by who?

12      A     ITG.

13      Q     Okay. And they never got a cease and desist,

14  though, right?

15      A     Directly from the FCC, no.

16      Q     And other companies have, right?

17      A     I believe so.

18      Q     Okay.  And some companies that Smartbiz has

19  done business with have, correct?

20      A     Yes.

21      Q     So the FCC looked at that traffic, including

22  Smartbiz in the past and decided to give a notice to

23  somebody else, yes?

24      A     Yes.

25      Q     Okay.  Smartbiz promptly responded to ITG

Nathan Richtmyre          July 13, 2023

 1  emails, yes?

 2      A    I'm sorry.  Can you repeat that?

 3      Q    **Smartbiz promptly responded to ITG emails,**

 4  **yes?**

 5      A    From the examples I was shown, yes.

 6      Q    **Okay.**

 7           **They were thanked by the ITG for being**

 8  **proactive –**

 9      A    Yes.

10      Q    **-- in the emails?**

11      A    Yes.

12      Q    **Okay.  They terminated Chock Telecom without**

13  **being notified by the FCC, correct?**

14      A    Yes.

15      Q    **Family Communication wrote a letter**

16  **apologizing and saying they were going to take remedial**

17  **measures.  Remember that?**

18      A    Yes.

19      Q    **So Family admitted fault, not SBT, yes?**

20      A    For that instance, yes.

21      Q    **Okay.  Do you know what percentage of the**

22  **tracebacks in October, November, December –**

23           MR. CROTTY:  2020.

24  BY MR. GELLIS:

25      Q    **2020.  My apologies.  So, do you know what**

 1  number -- see those numbers, what percentage of those

 2  came from Family?  Do you have any idea?

 3      A    No.

 4      Q    Okay.  So, do you think it would be relevant

 5  to this analysis to know if this was all one customer or

 6  if this was 14 or 11 or 15 different customers?

 7      A    Yes.

 8      Q    Okay.  So if it was all one customer, do you

 9  think that -- why would that matter to you if it was

10  just one?

11      A    Large portion of their tracebacks were coming

12  from that business.

13      Q    Okay.  And if they had multiple customers --

14  So if you got a company with a lot of customers and one

15  that results in all the tracebacks.  Okay?  Is that

16  evidence that Smartbiz is the problem, or is that

17  evidence that Family, the one company who committed

18  problems, was the problem?

19      A    It depends.

20      Q    Okay.  And within months of being notified by

21  the ITG about this problem and Chock and Family, the

22  tracebacks dropped in -- until 2022, right?

23      A    Yes.

24      Q    Immediately dropped.  We talked about that.

25  And the number of point of entry tracebacks decreased

Nathan Richtmyre          July 13, 2023

 1   significantly, correct?

 2        A    Yes.

 3        Q    But not meaningfully?

 4        A    Not meaningfully on face value as a point of -

 5   -

 6        Q    Significantly, but not meaningfully.  Do I

 7   understand that correctly?

 8        A    They dropped significantly as the point of

 9   entry.

10        Q    Okay.  And considering the AG's press release

11   said the purpose of this was to stop the people routing

12   calls into The United States.  You do not think it's

13   relevant that they stopped getting tracebacks for

14   routing calls into the United States?

15        A    No, because they're still part of the pathway

16   into the United States.

17        Q    Okay.  They're part of the pathway. But they

18   didn't route it, right?

19        A    Again it depends on the word, route.

20        Q    How can you say Smartbiz refused to stop?

21        A    Looking at the tracebacks, the traceback

22   continued.

23        Q    Okay.

24        A    So the call -- the robo -- the potential

25   illegal robocalls were still coming through, even though

Nathan Richtmyre          July 13, 2023

1   they weren't the point of entry.

2        Q    Okay, but less, correct?

3        A    Less, yes.

4        Q    Okay.  And if, as you said earlier, Smartbiz

5   profits from these calls, right?  And the number of

6   tracebacks went down, does that indicate that there were

7   likely less calls?

8        A    Not necessarily.  Just less calls that were

9   caught.

10       Q    Okay. So, we're back to the ITG did a better

11  job in December of 2020 than it did in 2021?

12       A    I don't know.

13       Q    Okay.  So, do you have any reason to believe

14  the ITG's capabilities went down over time instead of

15  up?

16       A    I don't have any reason to believe that.

17       Q    Okay.  So, do you have any reason to believe

18  the ITG is ineffective at detecting fraudulent traffic?

19       A    No.

20       Q    Okay.

21            So how is it, then, that there were less

22  following December 2020?  If it's not, there were less

23  calls, okay, then what is it?

24       A    I don't know.

25       Q    Okay.  Do you think that information would be

Nathan Richtmyre          July 13, 2023

1   helpful in an investigation?

2       A    Yes.

3       Q    So, we talked earlier about 499. You had no

4   idea what a 499 is, right?

5       A    Yes.

6       Q    Okay.  So, do you think it would matter to

7   you, the investigator, whether or not Smartbiz was

8   contracting with American telecommunications companies

9   or whether Smartbiz was contracting with foreign-based

10  telecommunications companies?

11      A    I guess it would depend.

12      Q    Well, if the purpose is to stop foreign-based

13  robocalls --  Right?  So, I mean, does it -- that's the

14  purpose, right?  So does it matter?

15      A    Yes.  But some of these companies are located

16  outside the United States.  Nominally located in the

17  United States.

18      Q    Okay.  How do you mean that?  What do you mean

19  nominally located?

20      A    Their business address is listed in the United

21  States, but most of their employees are outside the

22  United States.

23      Q    Okay.  Is there a problem with that?

24      A    No.

25      Q    Okay.  Are they registered with the FCC as

1  representing they have a business address in America?

2     A   A business address, yes.

3     Q   Okay.  So, are you skeptical of like every

4  telecom company?

5     A   I'm skeptical of just about everything, yes.

6     Q   Okay.  So, when we show you emails from Mr.

7  Olivar and Mr. Borrero saying that they've done things,

8  you question if that was actually done?

9     A   Yes.

10    Q   And you now question whether the telecom

11 companies are lying on their 499's, too, correct?

12    A   I don't know.

13    Q   Okay.  So, what reason would you have to

14 believe that they would be lying, that they're not an

15 American company?

16    A   I don't know.

17    Q   What more could Smartbiz do besides saying

18 we're only going to deal with American companies?

19    A   I don't think it's about just dealing with

20 American companies.  It's dealing with companies that

21 aren't sending in fraudulent robocalls.  It doesn't

22 matter where the traffic is coming from, if it's -- if

23 it's considered fraudulent or illegal?

24    Q   Okay.  But isn't -- isn't it the position that

25 most of this traffic is originating oversees, the

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1  illegal traffic.

2       A    Potentially, yeah.

3       Q    Okay.  And so, if Smartbiz has chosen to only

4  do business with entities that have decided to register

5  with the FCC, you don't believe that that's meaningful?

6       A    It depends.

7       Q    Okay.  I mean, so there's no difference to you

8  between contracting with foreign telecom providers and

9  then choosing to contract only with American providers.

10      A    If they're legitimate calls, there's no

11 difference, I don't think.

12      Q    Okay.  So, the fact that they chose to change

13 their business model, that's a change, right?

14      A    Yes.

15      Q    Okay.  But that's not a meaningful change.  Is

16 that your testimony?

17      A    Potentially not a meaningful change, yes.

18      Q    Okay.  I think we talked earlier about

19 Opextel, right?

20      A    Yes.

21      Q    And you -- I think were -- there was some

22 discussion they were sending fraudulent calls to

23 Smartbiz, right?

24      A    Yes.

25      Q    Okay.  Do you know they're Florida based?

Nathan Richtmyre          July 13, 2023

 1      A     No.

 2      Q     Okay.  Were you asked to look into that?

 3      A     I was not asked to look into the other

 4   companies, no.

 5      Q     Okay.  And so, you don't even know who's out

 6   of Florida and who's not, do you?

 7      A     No.

 8      Q     Okay.  So, if Smartbiz is receiving traffic

 9   that's fraudulent from other United States based

10   companies, that's Smartbiz's fault.

11      A     Accepting traffic that is potentially

12   fraudulent is potentially their fault.

13      Q     Isn't any call potentially fraudulent,

14   especially when you don't know what's on it.

15      A     If it's using a large number of neighborhood

16   spoofing numbers, then it would signal it was a little

17   bit more suspicious.

18      Q     Sure.  We've talked about that.

19            I believe you testified you're not familiar

20   with SIPnav, right?

21      A     Right.

22      Q     Okay.  So, you don't know what Smartbiz can

23   see and not see, correct?

24            So, what if it's -- what if it's true that they

25   have no way of knowing if somebody's neighborhood is

Nathan Richtmyre          July 13, 2023

1  spoofing or not on their system?  I mean -- what --

2  you're asking them to do the impossible, then, aren't

3  you?

4       A    I would be surprised if they didn't have the

5  ability to know that the calls were coming through that

6  were spoofing numbers.

7       Q    Sorry.  Say that again?

8       A    I would be surprised to find out that they

9  have no way of knowing whether the calls that are coming

10 through their network or not spoof -- are spoofed or

11 not.

12      Q    Okay.

13      And what's the purpose of a traceback?  I think you

14 testified about that.  I just want to clarify and make

15 sure I understand.

16      A    It is to let a provider know that the traffic

17 that is going through is potentially illegal.

18      Q    And what's the ultimate -- okay, and where

19 does it end?

20      A    The traceback?

21      Q    Yeah.

22      A    As far as you can go up the line.

23      Q    What if it goes all the way?  Where does it

24 end at?

25      A    It ends at whoever the -- I guess it would end

Nathan Richtmyre          July 13, 2023

```
 1  with the telemarketer.
 2      Q    The guy committing the fraud?
 3      A    Starting the fraud.
 4      Q    Okay.  So, I mean, isn't it the purpose, then,
 5  of the tracebacks to identify the ultimate party
 6  responsible?
 7      A    And those that are helping facilitating and
 8  allowing it to come through the network.
 9      Q    Okay.  I mean, you -- you hold on the same
10  level the guy operating a call center knowingly making
11  fraudulent telephone calls with an intermediate provider
12  thousands of miles away, you ascribe the same level of
13  liability to that?
14          MR. CROTTY:  Object to the form to the extent
15      it calls for a legal conclusion.
16          THE WITNESS:  Those calls would never reach a
17      consumer without the intermediaries --
18  BY MR. GELLIS:
19      Q    Sure.
20      A    -- to get there.
21      Q    Including Verizon?  Right?
22      A    Including all of them.
23      Q    Are you investigating Verizon?
24      A    Not that I'm aware of.
25      Q    Do you think that might be because Verizon
```

Nathan Richtmyre          July 13, 2023

1    donates to General Moody's campaign?

2         A    I have no idea about any of that?

3         Q    Okay.  So, if they did make a change in only

4    contracting with American-based companies after December

5    2020, okay, if they made that change, and if that change

6    resulted in zero tracebacks in many months for point of

7    entry and significantly reduced numbers of tracebacks

8    following that, if that happened, you still don't think

9    that that's a meaningful change?

10        A    No.

11        Q    Because zero is the only meaningful change,

12   right?

13        A    Because it depends on the role they're playing

14   in the -- in the pathway.

15        Q    Okay.  And if they're only contracting with

16   American providers, they cannot be the company routing

17   the call into the US, can they?

18        A    No.  But that would be a smart way to allow

19   someone else to take the blame while they are still

20   facilitating the call through it.

21        Q    Sure.  Sure.

22        So how are they facilitating -- how -- how are they

23   - you realize they're not making it and if the contract

24   with an upstream who's the point of entry, okay, they,

25   Smartbiz, does not tell that upstream what to send.  I

Nathan Richtmyre          July 13, 2023

```
 1  mean, do you understand how it works?  It comes from
 2  outside the country through a point of entry down
 3  through Smartbiz, yes?
 4       A    Yes.
 5       Q    Okay.  So how is Smartbiz at all benefiting
 6  from -- from this -- I don't understand your position.
 7       A    They make money on the calls that come across
 8  their line, correct?
 9       Q    Sure.  But, I mean, didn't we go over all the
10  examples of them cutting off providers?  That's the
11  opposite of making money, right?
12       A    Yes.
13       Q    And they did it because they were notified of
14  problems with these providers, right?
15       A    Yes.
16       Q    By the ITG?
17       A    Yes.
18       Q    Okay.
19       Let's talk about SIPnav.  I believe you said
20  earlier you -- you're not familiar with SIPnav or
21  security features or anything like that, right?
22       A    Correct.
23       Q    Okay.  And you did not investigate if Smartbiz
24  actually enabled any security features?
25       A    Correct.
```

Nathan Richtmyre          July 13, 2023

```
 1      Q    If a telecom provider is presented with

 2  optional antifraud tools and deploys them, would that be

 3  indicative of fraudulent intent?

 4      A    Sorry, can you repeat the question?

 5      Q    Sure.  If a telecom provider is presented with

 6  optional antifraud security features, and they choose to

 7  enable those features, is that indicative of fraudulent

 8  intent?

 9      A    It would depend on how they use those

10  features.

11      Q    I mean, if they enable them or disable them,

12  the option is enabled or disabled and they enable the

13  security features available to them, is that relevant to

14  your analysis?

15      A    It is, but I'm sure they could enable or

16  disable according to trunks or different routes.

17      Q    Sure.  I agree.

18           Did you look into that, or were you asked to?

19      A    I did not.

20      Q    Have you seen any evidence that anybody looked

21  into that?

22      A    No. I don't know.

23      Q    No.  Just file a lawsuit, figure it out later,

24  right?

25      A    I don't know.
```

Nathan Richtmyre          July 13, 2023

1      Q    You're familiar with Youmail, I believe we
2  talked about that, right?

3      A    Yes.

4      Q    And they're your expert in this case?  The
5  Attorney General's expert?

6      A    Yes.

7      Q    And we talked a little bit -- it sounds like
8  you were not aware they contracted -- SIPnav had a
9  contract with Youmail for fraud detection, were you/?

10     A    Until we spoke about it yesterday, no.

11     Q    Okay.

12          So, were you aware that companies on SIPnav
13  were presented with an option to enable the Youmail
14  software?

15     A    I'm sorry.

16     Q    Did you know -- are you aware whether or not
17  companies on SIPnav were presented with an option to
18  enable the Youmail software?

19     A    No.

20     Q    Okay.

21          Do you know whether Smartbiz or Whisl enabled
22  it?

23     A    I don't know.

24     Q    Okay.

25          If Smartbiz did elect to enable it in August of 21,

Nathan Richtmyre          July 13, 2023

1  would that be a meaningful change, in your mind?

2      A    It depends on the extent to which they enabled

3  it.

4      Q    Okay.  So, I mean, they could have just not

5  enabled it, right?

6      A    Yes.

7      Q    And so somebody wanting to commit fraud and

8  wanting to connect as many calls as possible, they would

9  probably not enable a feature designed to stop

10 fraudulent calls, would they?

11     A    From my experience in fraud businesses,

12 fraudulent businesses can sometimes take mitigation

13 features to make it appear that it is trying to comply -

14 -looking like it is complying with the law.

15     Q    Okay.  Do you think that's what they did here,

16 or --

17     A    I don't know.

18     Q    How many emails have you seen reviewed in

19 these depositions?  We got a stack like this big, right?

20     A    Yes.

21     Q    Smartbiz is constantly communicating with the

22 regulators in the ITG, right?

23     They were responding within six minutes, in some

24 instances, the same day.

25     And you see all of that and you think fraud.

Nathan Richtmyre          July 13, 2023

1   Everything they do is fraud, to you, right?

2        A    Not necessarily.

3        Q    Okay.

4        So, don't you think it'd be relevant to your

5   investigation whether or not your expert, their

6   software, was scanning emails or excuse me, Smartbiz's

7   calls?

8        A    I'm sorry.

9        Q    So, wouldn't you think it'd be relevant to

10  know whether your expert software was also scanning

11  Smartbiz's calls during the relevant time period?

12       A    Our expert as in Youmail?

13       Q    YouMail, yeah.  That would be relevant, right?

14       A    Yes.

15       Q    And you might want to know that, right?

16       A    Sure.  Yes.

17       Q    So if Youmail was -- and I understand you

18  don't have personal knowledge of this, but if YouMail

19  was enabled as a feature and calls continued to connect,

20  and tracebacks continue to pile up -- like you said,

21  there were still some and there was a little peak here,

22  I believe, during the months when the software was

23  active at the end --  I mean, if YouMail can't stop it,

24  how trustworthy is their analytics, do you think?

25       A    I mean, I don't know.

Nathan Richtmyre          July 13, 2023

1     Q     Did you hear of anybody discussing YouMail

2  disclosing this to you -- to the AG at all that SIPnav -

3     A     Not that I'm aware of.

4     Q     They had a contract together at one point and

5  that Smartbiz's traffic was protected by it.  No?

6     A     No.

7     Q     So, I mean, if it was true that YouMail was

8  activated, it would appear it's not too good at stopping

9  robocalls, huh?

10    A     From what I've seen, YouMail is about

11 analyzing robocalls and stopping them with their

12 customers.  I'm unfamiliar with the technology that

13 you're talking about.

14    Q     So you don't know about their enterprise

15 solution?

16    A     No.

17    Q     Again, is that something that you think would

18 have been relevant to this case to investigate?

19    A     If I knew what that was.

20    Q     Their enterprise solution?

21    A     Yes.

22    Q     Yeah.  Like what telecom companies, what

23 features they can turn on to stop the fraud.  And that

24 would be relevant, right, if Smartbiz took antifraud

25 measures with the company provided to them through

Nathan Richtmyre          July 13, 2023

```
 1  SIPnav?
 2      A    Yes.
 3      Q    Okay.
 4      And you're still going to hold them accountable if
 5  they had tracebacks even though YouMail software was
 6  active; is that right?
 7      A    Yes.
 8      Q    Even though YouMail couldn't stop it, your own
 9  expert?  They couldn't stop it.  It's Smartbiz's fault,
10  right?
11      A    Well, YouMail is a third party, and I believe
12  Smartbiz has personal relationships with a lot of these
13  businesses.
14      Q    Sure.
15      A    So I believe that the relationships might be a
16  little bit different.
17      Q    Okay.
18      So, you still think it's fair to hold Smartbiz
19  accountable for alleged calls that transited its network
20  even if it voluntarily adopted the YouMail protection
21  option?
22      A    Yes.
23      Q    Okay.  And when you're talking about routing
24  calls into American personal relationships, isn't it the
25  point of entry that has a relationship with somebody
```

Nathan Richtmyre          July 13, 2023

 1   outside the country?

 2       A    Yes.

 3       Q    So, the point of entry is the one that

 4   contracts with the foreign -- potential foreign robo

 5   call?

 6       A    Yes.

 7       Q    And they're the one -- they're the ones who

 8   bring it in?

 9       A    Yes.

10       Q    And so for every single traceback that

11   Smartbiz received when it was not the point of entry,

12   there was actually a telecom company up the chain that

13   held a contract with somebody outside the country,

14   correct?

15       A    I believe so, yes.

16       Q    And that's where the traffic was really coming

17   from, correct?

18       A    That was part of the chain that it came from,

19   yes.

20       Q    Okay.

21       But Smartbiz has been deemed the link that needs to

22   go, huh?

23       A    The link that had some of the highest

24   tracebacks, yes.

25       Q    Yeah, in 2020.

Nathan Richtmyre          July 13, 2023

1       A     Aggregate, though.

2       Q     Well, let's look at the spike here in June,

3  July, August.  We see the spike, right?  And a little

4  bit maybe October.  Okay.

5       For every one of those tracebacks they have here,

6  how many -- what was their point of entry rank?

7       A     Zero.

8       Q     So they were not a point of entry on a single

9  one of those tracebacks, were they?

10      A     No.

11      Q     Okay.  So, they didn't route a single one of

12 those calls into this country?

13      A     They didn't stop them either.

14      Q     Okay.  Again, neither did the point of entry,

15 right?

16      A     Right.

17      Q     And you're not suing them?  Neither did

18 Verizon?  You're not suing them.

19      Do you know of any other press releases suing any

20 other Florida telecom providers for robocalls?

21      A     No.

22      Q     Okay.

23      Even though I mean, you filed a lawsuit in December

24 2020 accusing them of routing calls in the US, and they

25 hadn't done that in over a year, correct?

Nathan Richtmyre          July 13, 2023

```
1       A    They still routed calls, though.
2       Q    No.  Routing into the United States as a point
3   of entry?
4       A    As a point of entry, though, in the past they
5   had routed calls.
6       Q    Sure.  But in December 2020, at the time of
7   the press release, which is current tense, right?  It's
8   not a past tense, right?  December '20 the release, in
9   current tense, right?
10      A    Routes into the United States?
11      Q    Yeah.
12      They hadn't actually routed anything to the United
13  States for a year, had they?
14      A    But they still routed stuff.
15      Q    Previously, sure.  But my point is that I
16  mean, shouldn't press releases be accurate, right?  It
17  should reflect the reality.
18      A    I'm sure this is still accurate.
19      Q    Do you think more investigation maybe would
20  have revealed perhaps different facts?
21      A    I don't know.
22      Q    Okay.  And you know, it's kind of funny, isn't
23  it, that Smartbiz chooses to use YouMail service
24  voluntarily.  It doesn't work, and then YouMail is going
25  to hang them for it.  I mean, does that make sense to
```

Nathan Richtmyre          July 13, 2023

```
 1  you?
 2      A    I don't know.
 3      Q    I mean, does that seem fair to Smartbiz, like,
 4  right?
 5      A    I mean --
 6      Q    This guy comes and says, we'll fix your
 7  problems.  Use us.  We're the experts.
 8           You read their website?  They claim to be the
 9  greatest thing since sliced bread.  They choose to turn
10  them on.  Smartbiz chooses to turn them on.  It doesn't
11  work.  And now you're going to march that company in to
12  tell them that they're committing crimes, right?
13      A    Just because YouMail may be a bad product
14  doesn't mean that the -- the business still doesn't have
15  to monitor its traffic.
16      Q    I mean, what do you think responding to the
17  ITG was?  Blocking calls, giving data, coughing up
18  information every time they were asked.  What's that?
19      A    That depends.  Could be a front.  It could be
20  illegitimate.  I'm not sure.
21      Q    Again, has Smartbiz ever done anything
22  legitimate in your mind?
23      A    I think so, but I'm not sure.
24      Q    Okay.  All right.  Do you remember we just
25  talked about paragraph 3 in the complaint.  That Smartbiz
```

Nathan Richtmyre          July 13, 2023

```
 1  is one of the most prolific transmitters of robocalls,
 2  correct?
 3      A    Yes.
 4      Q    And I want to make sure we get the exhibit
 5  numbers correct.  So, can you please tell me where we
 6  left off so we don't -
 7           MR. CROTTY:  We are on 11.
 8           MR. GELLIS:  We did 11.  I thought we were on
 9      12.
10           MR. CROTTY:  Yeah, 12.  Thank you, sir.
11      (Thereupon Exhibit No. 12 was marked for
12  identification.)
13  BY MR. GELLIS:
14      Q    All right, I'm going to hand you and your
15  Counsel here a printout.  I'm going to have to put the
16  sticker on a funky place.
17      It's a printout from YouMail's website.  The
18  robocalls index.  So, take a minute and let me know when
19  you're ready to talk about it.
20      A    Okay.
21      Q    Have you ever seen this?
22      A    No.
23      Q    Okay.  Have you ever been to that website -
24      A    To -
25      Q    Robocall -- have you ever seen the -- maybe
```

Nathan Richtmyre        July 13, 2023

1  not just the printout, but have you been to that

2  website?

3      A    I've read about the robocall index, but I've

4  never been to the robocall index website.

5      Q    Okay.  So, you've never looked up the

6  statistics or data on the robocalls published by

7  Youmail?

8      A    No.

9      Q    Okay.  And you agree this is your expert's

10  data, right?

11      A    I believe so, yes.

12      Q    Okay.  And you agree, certainly that data is

13  an important component of an investigation?

14      A    Yes.

15      Q    All right.  So why don't we look at this data,

16  shall we?  Let's go to December 2020.  Let me know when

17  you're there.

18      A    Okay.

19      Q    All right.  So, do you see there that was --

20  December 2020 was also Smartbiz's highest traceback

21  month ever; is that correct?

22      Maybe second highest.  Hold on.

23      A    August 22nd.

24      Q    Okay.  So second highest.

25      Q    December '22, highest 30, correct?

Nathan Richtmyre          July 13, 2023

```
 1        A     Uh-huh.
 2              MR. CROTTY:  And it's the highest as a point
 3        of entry?
 4  BY MR. GELLIS:
 5        Q     Yes, it's the highest as a point of entry.
 6        A     Yes.
 7        Q     Okay.  And at the time that month, Smartbiz
 8  was eighth in the nation for tracebacks, correct?
 9        A     Yes.
10        Q     And there were 3.869 billion robocalls in that
11  month, right?
12        A     Yes.
13        Q     Okay.  Now, let's look at September 21.  Can
14  you go there?
15        A     Yes.
16        Q     There were also 3.9 billion robocalls
17  according to YouMail, right?
18        A     Yes.
19        Q     Okay.
20        And can we just jump one final time back to our ITG
21  graph that you have -- you already have it in front of
22  you?  Excellent.
23        In September of 2021, how many tracebacks did
24  Smartbiz have?
25        A     One.
```

Nathan Richtmyre          July 13, 2023

1      Q    One.  So they went from 30 to 1.  Did the
2    number of robocalls in America change?
3      A    Not significantly, no.
4      Q    So what rank were they in 2021?
5      A    142.
6      Q    Okay.
7    There were more actually -- more robocalls in
8    September 2021?  Yes.  There were more robocalls in
9    September 2021 than there were in December 2020,
10   right?
11     A    By a hundred thousand, yes.
12          MR. CROTTY:  A hundred thousand?
13          THE WITNESS:  No, no, a hundred million.
14          MR. CROTTY:  A hundred million.
15   BY MR. GELLIS:
16     Q    So even as Smartbiz's tracebacks decreased and
17   after they implemented the measures we talked about,
18   which aren't meaningful, but the measures they
19   implemented, the number of illegal robocalls kept
20   climbing, didn't it?
21     A    Yes, it did.
22     Q    Does that indicate to you that Smartbiz was
23   one of the most prolific transmitter -- transmitters of
24   robocalls in America?
25     A    For that month maybe no.

Nathan Richtmyre          July 13, 2023

1     Q    Well, let's look at all the other months,
2  shall we?
3        I mean, you find me a month.  Like here's my point.
4  You agree, right, that the number of robocalls has
5  stayed the same or gone up on average over time?
6     A    Yes.
7     Q    Okay.  And yet the number of tracebacks
8  Smartbiz receives has gone down over time?  Except save
9  a couple months here.  We can look at those months if
10 you want.
11       But my point is, and I think you're going to have
12 to agree, as Smartbiz's tracebacks went down and as its
13 point of entry tracebacks went down, the number of
14 illegal robocalls went up, didn't it?
15    A    Yes.
16    Q    Okay.  So, did you ever compare or were you
17 asked to look at how many calls Smartbiz made in these
18 time periods?
19    A    No.
20    Q    Okay.  What per -- let's say I mean,
21 obviously, they made some percentage, some percentage of
22 robocalls transited their network out of this total,
23 right?
24    A    Yes.
25    Q    Okay.  You may not know what that is, but I

Nathan Richtmyre          July 13, 2023

1  think that'd be useful to know, don't you?

2       A    Sure.

3       Q    What percentage, in your mind would make it --

4  I believe the wording was, you know, one of the most

5  prolific.

6       So, let's look at December 2020, 3.869 billion.

7  Okay?  They have 30 tracebacks.  So, 30 calls got

8  flagged there.  What percentage of 3.8 billion would

9  they have to be making to be one of the most prolific in

10 the country?  What number?

11      A    I'm not sure.

12      Q    Okay.  Well, I mean, is it one billion?

13      A    I don't know.  I don't --

14      Q    Okay.  What if they only made like, you know,

15 a hundred thousand calls out of 3.8 billion?

16      A    And if 30 of those got flagged, that would be

17 a very high ratio for tracebacks for their call volume.

18      Q    Exactly.  Now who makes up the ITG, do you

19 know?

20      A    You said US Telecom.

21      Q    Yeah.

22      That's -- that's a consortium of the biggest

23 telecom companies, right?

24      A    Yes.

25      Q    So those companies in the ITG, they know how

Nathan Richtmyre          July 13, 2023

1    tracebacks are generated, don't they?

2         A    I think so.

3         Q    They have people in that organization that

4    know the secrets to how it goes down, right?

5         A    Sure.

6         Q    Okay.  So, you don't think that maybe the

7    reason that a company like Smartbiz has so many

8    tracebacks despite having such a small number of calls

9    is that they're not privy to the same intel that those

10   big guys are?  They don't know how to stop it.  They

11   don't know what numbers to block.  They don't know the

12   honey pots.  Is that possible?

13        A    I don't know.  I don't know if, as you're

14   saying, that ITG is corrupt.  I don't know that.

15        Q    I didn't say that at all.  The ITG --I said

16   it's made up of members.  Okay.  And if those members

17   have access to information, right?  Okay.  They have

18   access to information about how tracebacks are

19   generated, and Smartbiz does not.  Okay.

20        And you find out Smartbiz made a tiny percentage of

21   these calls.  I'm asking you to assume that.  That's a

22   small percent.  Under 10 percent? Probably under like

23   one, to be honest with you.

24        Do you see a problem with the data?  I mean, you're

25   making 98 percent, 98 percentile based on traceback

Nathan Richtmyre          July 13, 2023

1  data, right?  But tracebacks are not indicative of

2  actually necessarily what's really happening, are they?

3      A    It's indicative of what they're trafficking

4  though.  What they're -- what they're channeling through

5  the network.

6      Q    It's indicative of what they were flagged to

7  have caught trafficking, correct?

8      A    Yes.  Only what the -- what was caught.

9      Q    Okay.

10     But you used words like, most prolific, okay,  in

11 the complaint, right?  You use 98 percentile.

12     Maybe by this metric, if you want to do it that

13 way.  But isn't it true that they would not be 98

14 percentile if you took the number of calls they made and

15 divided it by the total here?

16     A    For 2020?

17     Q    Yeah, December 2020.

18     A    I don't know.

19     Q    Yeah.  I mean, did you look at that?

20     A    I did not, no.

21     Q    Were you asked to look at that?

22     A    I was not asked, no.

23     Q    Do you know if anybody was asked to

24 investigate that?

25     A    I don't know.

1      Q      So just because they have a bunch of

2  tracebacks that get caught, that makes them in a higher

3  percentile.  But you do admit that it's possible that

4  they have a very small portion of all the robocalls in

5  the country, right?

6      A      Because not all robocalls are illegal?

7      Q      Well, these are illegal robocalls?

8      A      I understand that, but not all robocalls are

9  illegal.

10      Q      Even Smartbiz -- are all Smartbiz's robocalls

11  illegal?

12      A      I don't know.

13      Q      I mean, you think they are, right?

14      A      I don't think all of them are.

15      Q      Okay.  So, Smartbiz dropping with the number

16  of point of entry tracebacks had no discernible effect

17  on the number of illegal robocalls, did it?

18      A      Not that I can see.

19      Q      Okay.  Their decision to only do business with

20  499 holders had no discernible effect on the number of

21  robocalls, correct?

22      A      Not that I can see.

23      Q      And you've admitted or at least acknowledged

24  that Smartbiz has lost business because of the

25  allegations in this lawsuit, right?

Nathan Richtmyre          July 13, 2023

1       A     I think they have.

2       Q     Okay.  And if I represented to you they're

3   doing basically like no US traffic right now, you'd

4   probably accept that, right?  You could believe that?

5       A     I possibly could believe that.

6       Q     Okay.  So, I mean, yet there's still billions

7   of robocalls happening, right?

8       A     Yes.

9       Q     So, if we were to show that Smartbiz's US

10  traffic is zero, you admit that the robocalls keep

11  coming, right?

12      A     Potentially.

13      Q     So that -- how does that make them one of the

14  most prolific transmitters, if the numbers go up without

15  them around?

16      A     I don't know.

17      Q     It doesn't, does it?

18      A     I don't know.

19      Q     All right.  I have the next article is a Tampa

20  Bay Times article I would like to present.  I think

21  that's going to be 12 -- 13.

22            MR. CROTTY:  I believe, yeah.

23            MR. GELLIS:  Yeah.

24            THE WITNESS:  13.

25  BY MR. GELLIS:

Nathan Richtmyre          July 13, 2023

1   Q    Of course, there's some ad that got printed on
2   some of it, but what you going to do.  I'm going to take
3   a minute and read that over.  Want to talk about the
4   Attorney General's robocalls.

5   A    Do you want me to have the Exhibit 1?

6   Q    I did it again. That's okay.

7   Take a look, and let me know when you're ready.
8   So, I mean, we can -- I may have to print off or pull up
9   on the phone if some words that are covered by an ad
10  become relevant.  I didn't see that on the front page,
11  but the rest of it appears to be okay.

12  Tampa Bay Times really gets its advertisements in,
13  what can I say?

14  A    Okay.

15  Q    Cool.  And so you've reviewed this.  You're
16  not familiar with this article, are you?

17  A    I'm not familiar with this article.

18  Q    You're familiar with the events surrounding
19  January 6th, right?

20  You know, we all don't know what that means.

21  A    Yes.

22  Q    Okay.  And so, this is an article talking
23  about  -- well, let me let me point you to the section.
24  You read it.  So, this -- this talks about General
25  Moody's potential involvement in some calls that went

Nathan Richtmyre          July 13, 2023

```
 1  out.  So if you turn to page 2 and look at the top
 2  paragraph, you'll see what it says, right?  Can you read
 3  that?
 4       A    Paragraph two?
 5       Q    The top of page 2.
 6       A    "At 1 p.m., we will March to the Capital
 7  Building and call on Congress to stop the steal, said
 8  one message obtained by the Associated Press.  We're
 9  hoping patriots like you will join us to continue to
10  fight to protect the integrity of our elections."
11       Q    Okay.  And so, scrutiny -- and then keep
12  reading, you'll see scrutiny of those messages
13  intensified following January 6th insurrection, right?
14       And then General Moody scrubbed references to the
15  Rule of Law Defense Fund from her biography.  Do you see
16  that?
17       A    Yes.
18       Q    Okay.  So those robocalls were sent urging
19  patriots to go to the Capital and fight.
20            MR. CROTTY  Object to the form to the extent
21       he understands your question.
22  BY MR. GELLIS:
23       Q    What you just read at the top there, that
24  quote?
25       A    Yes.
```

1    Q    Right.  "We're hoping patriots like you will

2  join us to continue to fight to protect the integrity of

3  our elections."  You see that?

4    A    Yes.

5    Q    Okay.  And if you need to pull the article up,

6  we can.  But the robocall part is, like I said is

7  covered –

8            MR. CROTTY:  Is it robocalls or texts?

9            MR. GELLIS:  No, they are robocalls.  You can

10        feel free to Google it right now.  We can take a

11        break if you want to go pull the article.

12            MR. CROTTY:  You can represent that it is

13        robocalls --

14            MR. GELLIS:  It is.

15            MR. CROTTY:  -- for  purposes of the

16        deposition.

17            MR. GELLIS:  Sure.  Okay.

18  BY MR. GELLIS:

19    Q    So you see here that it says General Moody

20  swiftly condemned that, right?  But her website still

21  promoted her appointment on the board of directors of

22  that organization?

23    A    Yes.

24    Q    Okay.  Of course, General Moody said that she

25  left the board last year.  She had no prior knowledge,

Nathan Richtmyre          July 13, 2023

1  et cetera, right?  And she ultimately -- if you go to

2  the third page at the top -- you see, I think it's a

3  tweet where she condemned the violence on January 6th,

4  right?

5      Okay.  Now, my question to you is have you been

6  asked to investigate these robocalls?

7      A    I personally have not been asked to

8  investigate.

9      Q    Have you heard of anybody looking into these

10  robocalls?

11      A    Not that I'm aware of.

12      Q    Yesterday we talked about the integrity of the

13  electoral process, didn't we?  There was an email on

14  November 3rd.

15      A    Yes.

16      Q    There were questions about that.

17      A    Yes.

18      Q    So don't you think the integrity of the

19  democratic process is important too?

20      A    Yes.

21      Q    Okay.  And the Attorney General is tasked with

22  upholding laws, right?

23      A    Yes.

24      Q    And she even said it, "We are a nation founded

25  on a rule of law," right?

```
 1        A     Yes.

 2        Q     Okay.  And so, do you know whether all those

 3   robocalls -- that there was consent to send those

 4   political messages to those people?

 5        A     I have no idea about any of these robocalls.

 6        Q     You don't know anything about that?

 7        A     I don't know anything about these.

 8        Q     Of course not.

 9        And are you aware, according to the article, at

10   least, that the Rule of Law Defense Fund is -- if you go

11   right under the top of the third page, if you see it

12   says, "It's unclear how the Rule of Law Defense Fund, a

13   nonprofit arm of the Republican Attorney General's

14   Association, became a key contributor to the

15   insurrection."

16        So, if we now turn to the following page.  The

17   first full paragraph at the top of page 5 of eight on

18   the bottom -- sorry, the last page.

19        A     The last page.

20        Q     You see that see where it says the Republican

21   Attorney General's Association donated more than one

22   million to her political committee, 20 percent of her

23   total fundraising haul.  Do you see that?

24        A     Yes.

25        Q     So the Republican Attorney General Association
```

Nathan Richtmyre          July 13, 2023

1  **sends robocalls urging patriots to storm the Capital**

2  **basically in January of 2021, correct?**

3          MR. CROTTY:  Object to the form to the extent

4      it mischaracterizes the Exhibit where it says the

5      Rule of Law Defense Fund for -- not the public, an

6      attorney general.

7          MR. GELLIS:  It's an arm of them.  It's their

8      assoc -- it's an affiliated body.

9          Okay.  Fine.

10 BY MR. GELLIS:

11     **Q    The Rule of Law Defense Fund, an affiliate of**

12 **the Republican Attorney Generals' Association.  Okay.**

13 **So, you see that they donated a million dollars to her**

14 **campaign.**

15     A    I see that they donated, according to this

16 article, yes.

17     **Q    Okay.  And so those robocalls went out in**

18 **January of 2021, right?**

19     A    I believe so.

20     **Q    Yes.**

21     **Q    Okay.  And that was the same month that the**

22 **ITG was praising Smartbiz for its proactive efforts,**

23 **correct?**

24     A    By praise, if you mean acknowledged in a -- a

25 single email that they were being proactive, yes.

Nathan Richtmyre          July 13, 2023

1      Q    Well, I mean, before that we looked at other

2  emails where he said, thanks for being helpful.

3          Maybe not the word, proactive, but I mean –

4      A    I mean --

5      Q    Okay.  The same month that David Frankel tells

6  him -- the same month David Frankel tells him, thank you

7  for being proactive, the Attorney General is -- a

8  organization she was a board of directors of sends out

9  robocalls urging patriots to go to the Capital, right?

10 She condemns it, yes?

11     A    I believe so, yes.

12     Q    Okay.  And it's potentially against the rule

13 of law, right?  I mean, that's what she said.  "Violence

14 against law enforcement attempting to keep the peace is

15 unacceptable".  Yes?

16     A    Where did where she say – where did she say

17 that?

18     Q    In her tweet.  Top of page – third page.

19     A    Yes, she did say that.

20     Q    Okay.  Cool  And so, if there's robocalls

21 encouraging insurrection, do you think that an attorney

22 general would care about that?

23     A    The word insurrection was never used.

24     Q    Really.

25     A    At least in this quote right here.

Nathan Richtmyre          July 13, 2023

1      **Q      Turned on the news lately?**

2      A      I understand how it is phrased in the news, in

3  the media.

4      **Q      Okay.**

5      A      But this doesn't say insurrection.

6      **Q      So you never –**

7      A      It says, "March to the Capital Building."

8      A      Okay.  So, you've never reviewed those CDRs?

9      A      No, I have not.

10     **Q      And you don't know what telecom company sent**

11  **those robocalls?**

12     A      I do not.  And you don't know of any person

13  who's been tasked in your office with reviewing that

14  issue, do you?

15     A      No, I don't.

16     **Q      So, in January '21 when Smartbiz was being**

17  **praised, the AG sent -- an organization associated with**

18  **her sends out these robocalls, and yet you're going to**

19  **sue Smartbiz, and you have no knowledge about these**

20  **robocalls, yes?**

21         MR. CROTTY:  Object to the form to the extent

22      it characterizes the attorney -- Nathan as the

23      Attorney General's Office.

24         THE WITNESS:  I don't know.

25  BY MR. GELLIS:

Nathan Richtmyre          July 13, 2023

```
 1      Q    Okay.  Is it possible that a million-dollar
 2  donation had something to do with that?
 3      A    I don't know.
 4      Q    Well, you're a financial investigator.  Don't
 5  people do things because of money?
 6      A    I can't comment on this?  I don't know.
 7      Q    You have accused Smartbiz of engaging in
 8  fraudulent conduct for personal gain?  Pecuniary gain,
 9  yes?  You said the more calls that they transit their
10  network that are illegal, the more money they make.
11      So, you're going to tell me as a financial
12  investigator, pecuniary gain is not an incentive to
13  commit fraud?  That people don't do things because of
14  the money?
15      A    I can't say that the Attorney General –
16      Q    No, I'm asking generally.  Generally.
17      A    That people commit fraud for pecuniary gains?
18      Q    Yeah, that people will do things –
19      A    I believe that is some motivating factor for
20  fraud, yes.
21      Q    Yes.  And losing money is a motivating factor
22  for fraud, too, right?
23      A    I believe so.
24      Q    Okay.  'Cause you don't want to bite the hand
25  that feeds you, right?
```

Nathan Richtmyre          July 13, 2023

1     A    I can't comment on that, no.

2     **Q    Okay.  All right.  Do you think if Smartbiz**

3  **donated a million dollars to the campaign, that they'd**

4  **be sued right now?**

5     A    I don't know.

6     **Q    Have you investigated that?**

7     A    Have I investigated my own office in terms of

8  if they --

9     **Q    They won't let you do that, will they?**

10    A    No, I have not.

11    **Q    Yeah.  Okay.  And that entity was one of the**

12 **largest donors to General Moody's campaign, according to**

13 **the article, right?**

14    A    It says that 20 percent of her committee's

15 total fundraising haul.

16    **Q    And so she decided to sue two Venezuelan guys**

17 **instead?  Yeah?  Two dudes who didn't even receive a**

18 **single point of entry traceback in 2022?  Yeah?**

19    A    She -- we did file a lawsuit in that time

20 period, yes.

21    **Q    And they were ranked 133rd in the nation for**

22 **tracebacks the month you filed the lawsuit, right?**

23    A    For that month, they were ranked 138th.

24    **Q    Let me also ask you, then, about the ITG and**

25 **US Telecom.**

Nathan Richtmyre          July 13, 2023

```
 1      A    Correct.

 2      Q    Do you know whether any members of the ITG

 3  donated to General Moody's campaign?

 4      A    I do not know.

 5      Q    Okay.  Do you think the fact that the ITG

 6  controls the traceback process that there, you know,

 7  there might be a reason why the companies in the ITG

 8  don't have a lot of tracebacks?

 9           MR. CROTTY:  Object to the form.

10           Assumes facts not in evidence.

11           THE WITNESS:  I don't know.

12  BY MR. GELLIS:

13      Q    Okay.  So, you have no idea.

14      A    I have no idea why their numbers would be

15  lower?

16      Q    Okay.  So, you admit, though, that those

17  companies in the ITG, they have special access

18  information about how the process works?

19           MR. CROTTY:  Object to the form.  Presumes

20       facts not in evidence.

21           THE WITNESS:  I believe they have access to

22       special knowledge.  I don't know if they misuse

23       that knowledge.

24  BY MR. GELLIS:

25      Q    Okay.  So what would be misusing that
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1  knowledge to you?

2      A    That could be a very wide definition.

3      Q    Well, that's what I'm asking you.  You said

4  misuse, not me.  So?

5      A    You characterized them as using that

6  information to avoid honey pots, to avoid tracebacks?

7  That would be misusing the information.

8      Q    Okay. Is there some law or rule that you can

9  point to about that?

10     A    No.

11          MR. CROTTY:  I'm going to object to the form

12     to the extent it calls for a legal conclusion.

13 BY MR. GELLIS:

14     Q    That's the last number I gave you?  I think

15 13.

16     A    Yeah, I think the 14, right?

17     (Thereupon Exhibit No. 14 was marked for

18 identification.)

19 BY MR. GELLIS:

20     Q    Right?  Cool.  Okay.  I'm going to hand you an

21 email on the FCC or the ITG portal.  It's about -- take

22 a look at it.  It's not too long.

23     A    Okay.

24     Q    Okay.  So, this is -- this appears to be the

25 industry traceback group sending a notice alerting

Nathan Richtmyre          July 13, 2023

1  companies of the FCC authorizing blocking of calls,

2  correct?

3      A    Yes.

4      Q    From Urth Access, right?

5      A    Yes.

6      Q    So is this what it looks like when the FCC

7  decides to tell somebody to stop doing business with

8  another provider?

9      A    The FCC --

10     Q    The FCC's Enforcement Bureau.

11     A    I don't know.  This -- is this from the FCC or

12 from the ITG?

13     Q    Well, you can read the bottom, I mean, it says

14 it right there on November 10th.

15     A    Okay.

16     Q    Do you see that?  So, it says on November

17 10th, the FCC's Enforcement Bureau issued a notice

18 alerting providers about substantial amounts of

19 apparently unlawful robocalls, right?

20     A    Yes.

21     Q    From Urth Access LLC.  Yes?

22     A    Yes.

23     Q    So my question was is this what it looks like

24 when the FCC orders somebody to stop accepting traffic?

25     A    I don't know.  I've never seen where they

Nathan Richtmyre          July 13, 2023

1  ordered someone to stop.

2      Q    Okay.  Well, certainly not Smartbiz, right?

3      A    Yes.

4      Q    Okay.  Do you know if Urth Access is an

5  American company or not?

6      A    This is the first time I've heard of them.

7      Q    Okay.  Well, why don't we take a look at Mr.

8  Borrero's – or the Knox -- pardon me, the Knox response.

9      A    Okay.

10     Q    On the top there.  Why don't you read that out

11  loud to me.

12     A    "Thanks for the information.  We want to

13  inform -- Dear Traceback group, thanks for the

14  information.  We want to inform you that Smartbiz

15  Telecom is not connected with the customer, Urth Access.

16  If we detect any customer sending us traffic from Urth

17  Access, we will proceed to close those clients

18  immediately following the the specifications of the FCC

19  and the ITG".

20     Q    Okay.  So, would it be fair to say the ITG

21  notified Smartbiz that Urth is allegedly -- apparently

22  originating unlawful calls, and Smartbiz responded the

23  same day informing them that they're not connected with

24  Urth Access?  Urth, U-R_T_H.  My apologies for the

25  transcript.  U-R-T-H.

Nathan Richtmyre          July 13, 2023

1      A    Yes.  They -- they responded -

2      Q    **Okay.**

3      A    -- the same day.

4      Q    **So, is this like not compliance to you?**

5      A    It depends on what the word close means.

6      Q    **Or it's closed.**

7      A    It says, "If we detect any customer sending us

8  traffic from Urth Access, we will proceed to close these

9  clients immediately.

10     Q    **Okay.  But, I mean, do you -- do you doubt**

11 **that they don't have any connection with Urth?  I mean,**

12 **they've said, we do not have them as a connection.  Do**

13 **you see that?**

14     A    It says, "We are not connected."  Perhaps it

15 means not directly connected.

16     Q    **Okay.  Connect.  Do you understand that**

17 **connected could be a telecommunications term being**

18 **connected with another provider?**

19     A    Yes.

20     Q    **What do you think it means?**

21     A    I don't know what this means here.  It could

22 mean that, or it could mean just partnership.

23     Q    **But, I mean, they responded to the ITG**

24 **immediately, right?**

25     A    Yes.

Nathan Richtmyre          July 13, 2023

```
 1      Q     Same day.  Same day.
 2      A     Very quickly, yes.
 3      Q     Answered the question and told them we don't
 4   do business with this company.
 5      A     Yes.
 6      Q     Okay.  So now we're going -- they said they
 7   have no relationship.  Right?  Or not connected --
 8      A     It says it's not connected with the consumer -
 9   - customer.
10      Q     Correct.  Okay.  So, let's go back to that ITG
11   graph that you have.  Remember that spike that we've
12   been looking at?  We've been talking about in the summer
13   of 2022?
14      A     Yes.
15      Q     So, have you or anyone that you know in the
16   office been tasked with looking at that and saying, you
17   know where those came from?
18      Do you know who the -
19      A     2022 to October -
20      Q     June, July, August 2022.
21      A     No.
22      Q     So you don't know what -- how those came to
23   be?
24      A     I don't.
25      Q     So all you just did is look and you say big
```

Nathan Richtmyre          July 13, 2023

```
 1   number is bad, right?
 2        A    Big number is interesting.
 3        Q    Interesting?
 4        A    Yes, not bad anymore.
 5        Q    Okay.  Big number is interesting.  Okay.  So,
 6   I agree that you're an investigator.  Shouldn't you
 7   like, you know, take a look and dig into the data and
 8   see what it says.
 9        A    If I saw this, yes.
10        Q    Okay.  And well, you are in possession of the
11   tracebacks, right?  Your office is in possession of all
12   the tracebacks?
13        A    Yes.
14        Q    So you would have access to these files for a
15   long time now?  For the tracebacks itself, yes?
16        A    Total tracebacks, yes.
17        Q    Okay.  So, did you investigate?  So, you don't
18   know what company or companies routed traffic to
19   Smartbiz?
20        A    During this time period, no.
21        Q    Okay.  Do you know if Smartbiz even had a
22   contract with that company?
23        A    With Urth?
24        A    No, no.  With whatever company routed them.  I
25   mean, you assume they did, right?  To get the
```

Nathan Richtmyre          July 13, 2023

1   tracebacks, you're assuming there was a contract in

2   place with an upstream?

3         A    I assume so.

4         Q    **Okay.  What if I told you that those**

5   **tracebacks that Smartbiz got in those months were**

6   **because they were inappropriately labeled as being tied**

7   **to Urth when they weren't.  Would that matter to you if**

8   **that was true?**

9         A    Potentially.

10        Q    **If Smartbiz only got flagged because of its**

11  **connection to Whisl, and Urth was responsible for those,**

12  **and Whisl was the one who was the customer with Urth,**

13  **not Smartbiz, would that matter to you?**

14        A    It would depend.

15        Q    **Okay.**

16        A    There was talk yesterday about how customers

17  didn't even know if they were doing business with Whisl

18  or with Smartbiz.

19        Q    **Sure.  Of course, I agree with that, but I'm**

20  **saying if there's no contract, that doesn't matter to**

21  **you?**

22        A    I don't know.

23        Q    **Okay.  So, I mean, it's possible that there's**

24  **some explanation for that spike in tracebacks, right?**

25        A    Could be an explanation, but the tracebacks

Nathan Richtmyre          July 13, 2023

 1 never got to zero.

 2      Q    You know, like when -- you've heard of, like,

 3 pawn shops inadvertently buying stolen property, right?

 4      And they're kind of like the innocent party in it?

 5      A    I don't know if they're innocent, but –

 6      Q    Okay.  Well, do they get arrested or does the

 7 guy who stole -- who pawned the stolen thing get

 8 arrested?

 9      A    If they know it was illegal, I'm sure that

10 they would have some liability in it.

11      Q    Okay.  So, if Smartbiz had no contract with

12 the company that was sending the robocalls in June, July

13 and August of 2022, and they had no relationship with

14 that company at all, and they were improperly tagged,

15 does that matter to you?

16      A    It depends if they're intertwined with Whisl,

17 and Whisl is combined with these, then I'm not sure.

18      Q    But you wouldn't know because you haven't been

19 trained on what to look for in contract terms and

20 conditions, right, for fraudulent conduct?

21      A    I'm not an attorney, no.

22      Q    Well, I didn't ask that.  I said you haven't

23 been trained on interpreting contract provisions, right?

24 The contract managers aren't attorneys.  They interpret

25 contracts.

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1       A     No, I haven't been trained on contracts.

2       Q     Okay. I want to also talk at the very bottom

3  of this email.  It's very important.  They quote the FCC

4  Chairwoman.  Can you read the FCC Chairwoman's quote to

5  me?

6       A     Yes.

7              "We're slamming the door on these pernicious

8          calls, cutting them off to protect the millions of

9          Americans who may be targeted simply because they

10         have student school loans.  This is a new and more

11         nimble FCC tool that we are putting to quick use

12         here and won't hesitate to use again in order to

13         prevent these scam calls from getting through and

14         reaching consumers."

15      Q     And when was this?  November of 2022?

16      A     November 10th or --

17      Q     Yeah, November of 2022.

18      A     Oh, yes.  Yes.

19      Q     Okay.  So, I mean, the FCC certainly knows how

20  to slam the door on a illegal calls when he wants to.

21  Right?

22      A     Depending on what they mean by slamming the

23  door?  Yes.

24      Q     I mean, they said it.

25      A     I know, but I didn't write it.  So, I don't

Nathan Richtmyre          July 13, 2023

 1  know what they meant by that.

 2       Q    Well, okay.  So, they certainly know how to

 3  issue an order when there's apparently unlawful traffic,

 4  yes?

 5       A    Yes.

 6       Q    And they did it here in November of 2022,

 7  right?

 8       A    Yes.

 9       Q    And that's over a year after there's -- they

10  were talking to the industry traceback group about

11  Smartbiz, right?

12       A    I believe so.

13       Q    And yet there's still no order from the FCC,

14  no notice, right?

15       A    That I'm aware of, no.

16       Q    And I don't know if we finished up on that.  I

17  mean, just to close one last time, I guess.  Do you

18  think they should send a notice to Smartbiz, the FCC?

19       A    I don't know how their internal processes work

20  and what their standard operating procedure --

21       Q    Let's assume you're in control of the world

22  right now, would you tell them to send a notice to

23  Smartbiz and cut off their traffic?

24       A    I'm not in control of the world right now, and

25  I don't know what their investigative processes are.

Nathan Richtmyre          July 13, 2023

1    Q    It's a hypothetical.  I can ask that.  Okay.
2  So, if you were able to make the decision yourself,
3  would you have the FCC send a notice to Smartbiz, yes or
4  no?
5    A    That depends on if they're investigating them
6  or not.
7    Q    I think you're avoiding the question, man.  Do
8  they deserve to have notice from the FCC, like Urth or
9  not?  You've investigated, yes?
10    A    Yes.  They deserve to be -to be told by the
11  FCC.
12    Q    The FCC -- they deserve to get a notice by the
13  FCC?
14    A    Yes.
15    Q    So the burden of protecting Floridians has
16  fallen on the Attorney General because the FCC has
17  failed to do its job?
18    A    I'm sorry.  Can you repeat that?
19    Q    The burden to protect the Florida citizens
20  falls on the Attorney General because the FCC has failed
21  to do its job?
22          MR. CROTTY:  Object to the form.  Assumes
23      facts not in evidence.  He can answer.
24          THE WITNESS:  I don't believe the FCC has
25      failed to do its job, but I do believe burden does

Nathan Richtmyre          July 13, 2023

```
 1        fall on the Attorney General's Office to protect --

 2        Florida Attorney General's Office to protect

 3        Florida consumers from Florida businesses.

 4   BY MR. GELLIS:

 5        Q    So you got a partnership with the FCC? Yeah?

 6        A    I believe so, yes.  That's what I've read in -

 7   -

 8        Q    And they've been put on notice about Smartbiz,

 9   yeah?

10        A    I'm sorry.

11        Q    They've been put on notice about Smartbiz,

12   yes?.

13        A    Who's been put on notice?

14        Q    The FCC.

15        A    I think so.

16        Q    Yeah, I'll represent to you your counsel sent

17   them a copy of the lawsuit as required by law.  So, they

18   have a copy of the complaint.

19        A    Okay.

20        Q    Okay.  Since the complaint was filed, have

21   they sent a notice?

22        A    I don't know.

23        Q    Okay.  I mean -- I mean, it gets back to the

24   same problem.  If you show them a bunch of evidence that

25   illegal con-  -- illegal conduct is occurring, according
```

Nathan Richtmyre          July 13, 2023

1  to your expert, all this scam, fraud stuff is happening

2  and the FCC hasn't done anything about it, right?   So,

3  I mean, what does that say to you?

4       A    They're our regulatory body, whereas, we are

5  an enforcement body.  So, we were more likely to enforce

6  things.  Whereas, they're probably more likely to create

7  rules.

8       Q    You know it's called the enforcement bureau.

9       A    Yes.

10      Q    Okay.  So you don't think they're supposed to

11 do this?

12      A    I don't know.

13      Q    They could -- I mean, it gets back to the 48

14 hours.  They could do it in 48 hours.  They could have

15 ended this months ago, right?

16      A    They call it enforcement bureau.  I'm not

17 sure.

18      Q    No, but they could have sent a notice.

19      A    I never worked there.

20      Q    They could've sent a notice and ended this in

21 48 hours.

22      A    Potentially.

23      Q    They could have done at Smartbiz, what they

24 did to Urth.  Yeah?

25           MR. CROTTY:  Object to the form to the extent

Nathan Richtmyre          July 13, 2023

1    it calls for a legal conclusion.

2          THE WITNESS:  I don't know.  I don't know Urth

3    Access LLC's business.  I don't know their

4    tracebacks.  I don't know anything about them.

5  BY MR. GELLIS:

6    Q    Okay.  Do you believe Urth is one of the most

7  -- I forgot the exact wording from the lawsuit.  Do you

8  believe Urth is one of the most significant  -- prolific

9  transmitters of robocalls in America?

10   A    I don't know.

11   Q    Do you think that'd be important to, like,

12 know about?  I mean, don't you think it's important to

13 analyze the tracebacks relative to the entire industry.

14   A    I don't think relative badness makes anything

15 good.

16   Q    Really?

17   A    Just because they're not as bad as someone

18 else.

19   Q    Okay.  But I'm saying when you're looking at

20 the metrics, you gotta look at the industry, right?  You

21 can't -- you can't -- are you trying to compare Smartbiz

22 in a vacuum?

23   If you're going to determine whether Smartbiz  is

24 engaging in conduct that is acceptable or unacceptable

25 on an industry level or under the regulations, wouldn't

Nathan Richtmyre          July 13, 2023

1   it be helpful to look and know what everyone else is

2   doing too?

3        A    I don't know.

4        Q    I'm going to hand you what I think is going to

5   be 14?

6        A    Fifteen.

7             MR. CROTTY:  Fifteen.

8        (Thereupon Exhibit No. 15 was marked for

9   identification.)

10  BY MR. GELLIS:

11       Q    Take a look.  Please let me know when you've

12  had a moment to review this.

13       A    Okay.

14       Q    And you do you see this email here?

15       A    Yes.

16       Q    All right.  And so, I'd like you to show you

17  on the first, Eduardo is responding to an email, but

18  he's responding to traceback notice, and he's copied

19  some other emails with tracebacks.org as well as his

20  Knox.  Do you see that?

21       A    Yes.

22       Q    So what did Eduardo tell the Traceback Group?

23       A    Would you like me to read it?

24       Q    Well, yeah, you can read it.

25       A    "Dear Traceback Group.  Today we received two

Nathan Richtmyre          July 13, 2023

```
1         tracebacks TB number 9820 and TB number 9823.
2         After carefully reviewing your CDRs, we concluded:
3         One, these calls never touched our network.  Two,
4         Smartbiz does not have a business relation with DID
5         Central LLC.
6              However, in the TB portal there is not an
7         option to answer the TB explaining the calls were
8         not received by Smartbiz.  We need you to follow up
9         on this inaccurate information reported by DID
10        Central.  Please let us know how to proceed, as we
11        are one hundred percent following industry
12        traceback group guidelines.  Waiting for your
13        prompt reply."
14    Q    Okay.
15    A    "Regards."
16    Q    All right.  So, it appears they got a
17 traceback, and they had to respond that it wasn't
18 actually them, right?
19    A    Yes.
20    Q    So the ITG got it wrong?
21    A    Potentially.
22    Q    Is that because if you look  -- is that
23 because DID improperly listed them?
24    A    I don't know.
25    Q    You see that Mr. Borrero said, "However, in
```

1  the portal, there's not an option to answer.  The calls
2  were not received by Smartbiz"
3      And they -- they told the ITG it was inaccurate
4  information reported by DID.  Do you see that?
5      A    Yes.
6      Q    But the ITG they just kinda went with it.
7  Right?  They just listen to what people tell them.  DID
8  said it was Smartbiz.  So, they sent the traceback to
9  Smartbiz.  Right?
10     A    I don't know.
11     Q    Okay.  Well, this one was wrong, right?
12 They're tracebacks that Smartbiz was not actually a part
13 of.  They didn't touch their network?  Yes?
14     A    This email alleges that, yes.
15     Q    Okay.  Do you know how many other tracebacks
16 are out there like that?
17     A    I don't know.
18     Q    Do you think that information would be
19 relevant to know as part of your investigation?
20     A    I believe there would probably be more emails
21 like just saying --
22         THE COURT REPORTER:  One moment.  Can we go
23     off record for a moment?
24         MR. GELLIS:  Yes.
25     (Thereupon, a break was held at 3:01 p.m.; after

Nathan Richtmyre          July 13, 2023

1   which the following was heard at 3:09 p.m.)

2          THE COURT REPORTER:  And we are back on the

3      record.

4   BY MR. GELLIS:

5      Q    Okay.  So just to finish out with this July

6   23rd email, you know, basically Smartbiz immediately

7   responded to the traceback group and told them that they

8   don't do business with this entity, yeah?

9      A    Yes.

10     Q    Okay.

11          It was ultimately solved, but they got a

12  traceback for somebody that they didn't do business

13  with?

14     A    Yes.

15     Q    All right.  Fifteen, 17, 18, 16.  Sixteen.

16  I'm just -- it's late.

17     (Thereupon Exhibit No. 16 was marked for

18  identification.)

19  BY MR. GELLIS:

20     Q    Okay.  It's another email.  Take a look at it.

21  Let me know when you're ready.

22     A    All right.

23     Q    Cool.  You see on the bottom of page 2, the

24  traceback notice in industry traceback group and goes to

25  the top of page 3.  It says, we're notifying you that

Nathan Richtmyre          July 13, 2023

```
 1   Lata 1 Communications, Inc. was marked nonresponsive.
 2   Do you see that?
 3        A    Yes.
 4        Q    And they said, we encourage you to follow up
 5   with them to participate in the traceback process,
 6   right?
 7        A    Yes.
 8        Q    Okay.  So, they sent that notice July 7th at 9
 9   a.m.?
10        A    Yes.
11        Q    So why don't you go to the first page and tell
12   me what time Mr. Borrero responded.
13        A    10:55 a.m.
14        Q    So how long is that?
15        A    About an hour and 55 minutes.
16        Q    Have we looked at a single email today where
17   Smartbiz delayed their response to the ITG?
18        A    For the emails that you showed me, no.
19        Q    Okay.  Have you seen anywhere they have that
20   you can think of?
21        A    Not that I've seen, no.
22        Q    So, what did Mr. Borrero say to the ITG?
23        A    Said, "Dear Traceback Group, we just received
24   an email regarding a nonresponsive upstream provider
25   Lata 1 Communications, Inc. for traceback number 9543.
```

Nathan Richtmyre          July 13, 2023

1  Our NOC sent an email to Lata 1, the customer -"

**2**      Q    **"We would like -"**

3      A    "We would like to inform you about the

4  immediate actions we have taken.  ARNOC sent an email to

5  Lata 1, the customer, requesting an immediate action for

6  them to respond to the traceback 9543.  We called the

7  customer Lata 1 and left a voice message -- voicemail

8  message.

9          'The customer called us back to let us know he

10 will answer today.  Then the customer called us right

11 before sending his emails to let us know that traceback

12 portal didn't let him put the -- input the information

13 as it showed that the traceback was tagged ad NR.  We

14 told the customer to reach out to you directly in order

15 to solve this and get the information into the portal.

16 We updated our actions on the US Telecom portal.  In

17 case you would like to contact our customer directly,

18 below is his contact information, name Lata 1, email

19 knock@lata1.com.  Email IDS -"

**20**     Q    **LDS.**

21     A    "LDS at Lata 1 at dot com."

**22**     Q    **You don't have to read the cell phone into the**

**23** **record.**

24     A    Okay.  "Smartbiz is here to help in any

25 request in reference to any traceback.  We are very

Nathan Richtmyre          July 13, 2023

1  serious about this matter, and we are one hundred

2  percent following industry traceback group guidelines.

3  If you have any questions or need and information --

4  additional information do not hesitate to contact me.

5  Regards."

6      Q    So they did all this within two hours, right?

7  They said they did.  Because I know you don't believe

8  anything they say, right?

9      A    Part of being an investigator.

10     Q    Well -- okay.  So let's -- let's take a look

11 at the bullet point list here that you just read.  So,

12 within two hours, they they're NOC email Lata 1, yes?

13     The custom --

14     A    Yes.

15     Q    Okay.  So, doesn't that seem to be an attempt

16 to comply with the ITG's request?

17     A    It is a quick response time, yes.

18     Q    Okay.  But the ITG told them, "We encourage

19 you to follow up with Lata 1 to participate in the

20 traceback process," right?

21     A    Yes.

22     Q    Okay.  So, would calling or emailing them be

23 consistent with encouraging them -- encour -- would that

24 be consistent with following up?

25     A    It would be consistent with following up, yes.

Nathan Richtmyre          July 13, 2023

```
 1      Q    Calling the customer and leaving a voicemail
 2   message?  Is that consistent with following up?
 3      A    Yes.
 4      Q    Okay.  Having the customer say that he will
 5   answer today.  Is that consistent?
 6      A    Yes.
 7      Q    Smartbiz then said the customer called them
 8   back and said he couldn't get into the traceback portal,
 9   right?
10      A    Yes.
11      Q    Smartbiz chose to relay that information to
12   the ITG, right?
13      A    Yes.
14      Q    Okay.  They also told the customer to reach
15   out to the ITG directly, right?
16      A    Yes.
17      Q    So they referred Lata 1 to the ITG?
18      A    Yes.
19      Q    And they updated the US Telecom portal.
20      A    Yes.
21      Q    And they gave out all the contact information
22   for the upstream?
23      A    Yes.
24      Q    Okay.  Is this not meaningful?  Were these
25   actions meaningful or not?
```

Nathan Richtmyre          July 13, 2023

1      A      It appears meaningful.

2      Q      Okay.  To do all of this within two hours.

3  Did -- were they told to do anything other than follow

4  up and encourage them to participate in the process?  Is

5  that it?  Is that what the ITG told them to do, right?

6      A      Yes.

7      Q      Encourage you to follow up with Lata 1 to

8  participate in the process, yes?

9      A      Yes.

10     Q      Did Smartbiz do more than that?

11     A      They did do more than that.  I have seen

12  fraudulent businesses over comply though.

13     Q      So, this is another example of Smartbiz's over

14  compliance to hide the fraud.

15     A      I'm not saying it is.  I'm just saying I've

16  seen this before where there was over compliance.

17     Q      So if Smartbiz just ignored this, wouldn't

18  they stand to make more money?

19     A      Not necessarily.

20     Q      Okay.  I mean, so if they're calling Lata 1

21  and saying cut off the bad traffic, that means less

22  money for Smartbiz, right?

23     A      In the short term.

24     Q      Okay.  So how does it make more money in the

25  long term?

Nathan Richtmyre          July 13, 2023

1      A     Find another customer, reroute the calls,

2    redesignate the trunks.

3      Q     Do you have -- do you have an opinion as to

4    where Smartbiz is going to find all these fraudulent

5    scammers to contract with?

6      A     I'm sorry.  Can you say that again?

7      Q     Do you have an opinion where they're finding

8    all these fraudulent scammers to contract with?

9      A     No.

10     Q     Do you believe any customer of Smartbiz is not

11   fraudulent?

12     A     I don't know.

13     Q     So, you can't sitting here after investigating

14   everything, when you've investigated whatever you've

15   done, you can't say whether Smartbiz has any legitimate

16   customer?

17     A     It appears they have legitimate customers, but

18   I don't know.

19     Q     Okay.  What about legitimate trunks?

20     A     I would assume that the trunks that are still

21   active should be legitimate, but I'm not sure.

22     Q     What more should Smartbiz have done than what

23   they've written on these bullet points here.

24     A     I don't know.

25     Q     I mean, should they have waited longer to

Nathan Richtmyre          July 13, 2023

1  respond?

2        A    No.

3        Q    Okay.  Should they have responded faster?

4        A    No.

5        Q    So this was an acceptable response to you?

6        A    I believe it's an acceptable response time.

7        Q    Is this evidence of compliance or attempted

8  compliance?

9        A    It looks like attempted compliance, yes, on

10 face value.

11       Q    And if they did all this stuff, would that be

12 actual compliance?

13       A    If they did all this stuff, potentially, yes,

14 it would be.  It would be compliance.

15       Q    Okay.  Now, let me ask you for all the other

16 emails we've looked at today, would the kind of same

17 mantra apply if Smartbiz actually did what it said it

18 was doing, would that be compliance?

19       A    Potentially.

20       Q    Potentially.  Okay.  What standard are you

21 using for potentially?

22       A    It depends.

23       Q    Oh.  What are the options of the standards we

24 have in front of us?  What -- like what does it depend

25 on?

Nathan Richtmyre          July 13, 2023

1      A    It depends on information that I don't have.

**2      Q    You're the investigator for this case?**

3      A    Yes.

**4      Q    You're assigned to it, yeah?**

5      A    Yes.

**6      Q    You're the witness, yeah?**

7      A    Yes.

**8      Q    You don't have the information?  I'm just**
**9  making sure.**

10     A    I don't have --  I don't have all the internal
11  information of their business, no.

**12     Q    No, I'm asking you if everything that you've**
**13  seen them today say they did, if they did it, is that**
**14  meaningful?**

15     A    That depends.  These are -- you've shown me --

**16     Q    Okay.  So, this one would be meaningful then?**
**17  Can we agree on this one, at least?  What they did here**
**18  was a meaningful response to the traceback?**

19     A    If they did this with the best of intentions,
20  it could be meaningful, yes.

**21     Q    So the intentions matter now too?**

22     A    They have personal relationships with these
23  businesses.  So I'm not sure about conversations that
24  they have on the phone, but I see the conversations here
25  that are on the email or the conversations they have in

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1  person.  So based on this, going off what this says, it

2  would be compliance.  It would be a meaningful effort.

3  But, again, this is just an email.  I've seen emails say

4  things where I've been sent emails by businesses I've

5  investigated who did not comply with what they said.

6      **Q    Of course I understand that concept.**

7      A    So naturally I'm hesitant to say that this is

8  a meaningful representation of their actions.

9      **Q    That's why I asked you to assume that**

10 **everything they said, that they did it all.  That's why**

11 **I asked you assuming they did all this.**

12     A    I can't assume they did all this.  I have to

13 see them do this or some way that they did all this.

14     **Q    So I'm allowed to ask you hypotheticals, okay?**

15 **We've done a lot today,**

16     A    Yes.

17     **Q    I'm asking you hypothetically if this is all**

18     **true, is that meaningful?**

19     A    It depends.

20     **Q    What more information do you need --**

21     A    I don't --

22     **Q    -- make that decision?**

23     A    I don't know.

24     **Q    What other information would you need to**

25 **review to decide whether this was meaningful?**

Nathan Richtmyre          July 13, 2023

```
 1      A     I don't know.
 2      Q     And is there anything that can be meaningful
 3  to you?    Besides zero tracebacks, is there anything
 4  that can be meaningful to you?
 5      A     In terms of an investigation of a business
 6  that has high tracebacks, not necessarily.
 7      Q     Have you calculated or investigated how much
 8  time you think Mr. Olivar and Mr. Borrero dedicated to
 9  conversing with the ITG?
10      A     No.
11      Q     Okay.  I mean, so if they spent a considerable
12  amount of time responding to the ITG, that doesn't
13  matter to you either?
14      A     That is an assumption, but --
15      Q     If, if, if they spent a considerable amount of
16  time of their day regularly, across three years, dealing
17  with ITG stuff, that's doesn't mean anything to you?
18  That's the same as if they ignored the ITG.  It's the
19  same to you?
20      A     Not necessarily.
21      Q     Is there a difference between ignoring the ITG
22  and promptly responding?
23      A     If you're promptly responding with the intent
24  to deceive and to make it look -- put the front up that
25  you're looking like you're complying, then that could
```

Nathan Richtmyre          July 13, 2023

1  still be considered illegal.

2      Q    But if you found out that -- if you actually

3  did -- you went and you did the investigation and the

4  work that would be needed to figure out if Smartbiz was

5  telling the truth or not, which, quite frankly, I think

6  should've been done already.  But if you were doing that

7  in that investigation, don't you think it would be

8  important to know if they complied or not?

9      A    Yeah, I would expect to see no more tracebacks

10 listing Lata 1.

11     Q    Okay.  And where does it say on here -- what

12 leads you to believe here that you would see no more

13 traceback from Lata 1?

14     A    Just through the course of business.  I

15 wouldn't expect to see tracebacks from Lata 1, if they -

16 - if they reached out and they stopped receiving the --

17 the bad traffic from them.

18     Q    Where does it say they did that?

19     It doesn't, does it?

20     A    No, it does not.

21     Q    So you're trying to hold them accountable for

22 not doing stuff that they never said they were going to

23 do, right?

24     You're saying, oh, well, if there's more tracebacks

25 from Lata, they didn't do anything.  They weren't asked

Nathan Richtmyre          July 13, 2023

1  to, were they?  And they didn't say they were going to

2  either, did they?

3       A    I don't know if you have to be asked to comply

4  with the law.

5       Q    Where does the law say, well, we did.  We

6  looked at the law, you shall terminate upon notice from

7  the FCC.  Right?  Okay.  Not the ITG, right?

8       A    Yeah.

9       Q    The ITG only asked them.  They encouraged

10 them.  They didn't even tell them.  They encouraged them

11 to follow up.  See that?

12      A    Yeah.

13      Q    Did the ITG say we're telling you to -- did

14 they tell you -- did they encourage them?  Did they say

15 terminate Lata 1?

16      A    No.

17      Q    Did they say cut them off?

18      A    I'm sorry.  Sorry.  Please, please.

19      Q    Did they say cut them off?

20      A    No.

21      Q    Okay.  Did they say anything about terminating

22 that contractual relationship?

23      A    Not in this email, no.

24      Q    What did they tell them to do?  Follow up,

25 right?

Nathan Richtmyre          July 13, 2023

```
 1        A    Follow up, yes.

 2        Q    And Smartbiz did, yes?

 3        A    They did follow up with that request.

 4        Q    So did the ITG say give us the contact

 5   information for Lata 1?

 6        A    No.

 7        Q    So Smartbiz gave that anyway, though, didn't

 8   they?

 9        A    Yes.

10        Q    They went above and beyond?

11        A    They gave them the information, contact

12   information, yes.

13        Q    Okay.  And they actually seemed to be in the

14   middle.  They were almost kind of acting as an

15   intermediary, right?  I mean, they were relaying

16   information from Lata 1 that they received and telling

17   the traceback group, "Hey, Lata 1, can't get in the

18   portal.  We told them to call you".  Do you see that?

19        A    Yes.

20        Q    That's more than just encouraging to follow

21   up, right?

22        A    Yes.

23        Q    And we've already talked about this.  There's

24   no FCC notice, right?  But there was also no ITG notice

25   to cut off any customers, right?
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

```
 1        A    Not that I'm aware of.
 2        Q    In your records in your review of the
 3   tracebacks at issue in this case, have you seen a single
 4   traceback that told Smartbiz to cut off a customer?
 5        A    I don't know.  I have not seen something like
 6   that, no.
 7        Q    Are you familiar with any instances of the ITG
 8   telling a telecom provider to block a customer?
 9        A    I don't think so, no.
10        Q    Okay.  So, Smartbiz was never told to block
11   anybody by the ITG.  Is that to your knowledge, correct?
12        A    To my knowledge, no.
13        Q    They were never told to block anybody by the
14   FCC, to your knowledge, correct?
15        A    To my knowledge.
16        Q    And yet we looked at a graph showing all the
17   blocking that they did, correct?
18        A    Yes.
19        Q    That's not meaningful either.
20        A    Depends on why they blocked it.
21        Q    I mean, what -- how does that -- okay.  I
22   don't -- I guess I don't understand that.  So it depends
23   why they blocked it.
24        A    Businesses will make actions for the short
25   term so that they can still stay in business for the
```

Nathan Richtmyre          July 13, 2023

1  long term.

2      Q    Okay.  And so are you suggesting they reopened

3  these trunks with people.

4      A    Possibly.  I don't know.  I don't know the

5  full extent of how that works.

6      Q    Okay.  You're the witness for the case for the

7  AG.  You don't know the full extent of how this works.

8      A    Of how the trunks and the network on all the

9  internal operations of the business.

10     Q    And that's another thing that would be helpful

11 to you perhaps in your investigation, right?

12     A    Perhaps.

13     Q    That if you knew that information, it might

14 perhaps lead to a different conclusion?

15     A    It could.

16     Q    But you didn't do that, right?

17     A    I did not.

18     Q    You weren't asked to do that either, were you?

19     A    No.

20     Q    You just picked up the case from a guy who

21 retired, right?

22     A    I believe he retired, yes.

23     Q    Okay.  And did you communicate with him about

24 the case?

25     A    No, I did not.

Nathan Richtmyre          July 13, 2023

1      Q    So, you didn't even talk to him.

2      A    No.

3      Q    You didn't ask him, hey, man, what's this

4   about?

5      A    He's no longer employed with the AG's Office.

6      Q    I understand that, but I mean, you know, you -

7   - have you ever when you've taken on a new matter, had

8   communications with the prior investigator.

9      A    If they're still with the office, yes.

10     Q    But never when they're not.

11     A    It seemed improper to contact him.

12     Q    Okay.  All right.  That's good to know.

13     So, I think this is the last one I'm going to have

14   for the exhibits.  We'll take probably a brief recess

15   and then come back.  What number was that?

16     A    Sixteen.

17     Q    Thank you, sir.

18     (Thereupon Exhibit No. 17 was marked for

19   identification.)

20   BY MR. GELLIS:

21     Q    Please take a look.  Again, I blacked out

22   where Mr. Olivar forwarded it to me.  I think all he

23   said is below, but -

24     A    Yeah, that's fine.

25     Q    Yeah.

Nathan Richtmyre          July 13, 2023

```
 1      A    Okay.

 2      Q    Okay.  So, you see this is another ITG notice

 3  back in June of 2020 --

 4      A    Yes.

 5      Q    -- to Whisl?

 6      A    Yes.

 7      Q    Okay.  And you see -- you see the second

 8  paragraph of the ITG's letter there to whom it may

 9  concern?  The second paragraph beginning with a member

10  of?

11      A    Yes.

12      Q    "US Telecom's ITG recently received traffic

13  from your network, and they're seeking assistance to

14  identify the origin," right?

15      A    Yes.

16      Q    And so they're only being asked to help

17  identify the source of this potentially fraudulent

18  traffic?  Yes?

19      A    Yes.

20      Q    Okay.

21           So, this seems to come from someone in the ITG

22  receiving traffic from Smartbiz's network?  That's the

23  purported beginning of this, yes?

24      A    Yes.

25      Q    Okay.  And so, isn't it kind of funny that the
```

Nathan Richtmyre          July 13, 2023

```
 1  ITG can decide and its members kinda get a pass for
 2  tracebacks, right?  'Cause if they receive traffic on
 3  their network, they just get to point the finger up the
 4  chain, right?
 5      A    I don't know.
 6      Q    Okay.  I mean, well, the ITG member received
 7  the traffic. yes?
 8      A    Yes.
 9      Q    And it was deemed suspicious, yes?
10      A    According to this, yes.
11      Q    Okay.  And that ITG member, they're not being
12  investigated by the ITG, are they?
13      A    I'm not sure.
14      Q    Okay.  No, but this is going to Smartbiz,
15  right?
16      A    Whisl.
17      Q    Whisl. I think this is going to be -- this was
18  produced by -- it was a Smartbiz traceback, but it
19  identified Chock.
20      Okay.  So, let's go ahead and take a look at what -
21  - how Mr. Olivar responded, shall we?  So first of all,
22  let's see the time.  June 26, 12:04 p.m. he receives it,
23  correct?
24      A    Yes.
25      Q    When did Mr. Olivar respond?
```

Nathan Richtmyre          July 13, 2023

```
 1       A    12:05.
 2       Q    Pretty quick, huh?
 3       A    It's very quick.
 4       Q    Is that consistent with fraudulent intent?
 5       A    I guess they -- they are just sitting by their
 6  phones or their computers watching this to get the
 7  crazies --
 8       Q    I guess it could also be -- it could
 9  potentially be a time zone change as well due to Texas
10  to --
11            MR. OLIVAR:   I got the traceback.  So,
12       whenever I get the traceback I give the priority to
13       it.
14            MR. GELLIS:   Okay.
15  BY MR. GELLIS:
16       Q    Okay.  All right.  So, Mr. Olivar responds,
17  yes?
18       A    Yes, he responds.
19       Q    Like immediately.
20       A    Immediately.
21       Q    All right.  There are companies that don't
22  respond to tracebacks, right?
23       A    I think so, yes.
24       Q    I mean, didn't we just look at one where Lata
25  1 didn't respond, and Smartbiz had to step in to
```

Nathan Richtmyre          July 13, 2023

1  facilitate it?

2       A    Yes.

3       Q    So who is more to blame in this process would

4  be a person who does not respond to the ITG at all or

5  somebody who responds?

6       A    I don't know.

7       Q    Is there a difference to you from an

8  investigative standpoint between a person who completely

9  ignores the ITG and one who engages with the ITG

10 regularly?

11      A    No.  They could both be engaging in illegal

12 activities.

13      Q    Okay.  So, you hold Smartbiz on the same level

14 footing with somebody who doesn't respond at all.

15      A    Not the same level footing, but they could

16 still be engaging in illegal activity.

17      Q    Okay.  But I'm trying to get at, you know,

18 what is more suspicious to you and indicative of illegal

19 activity?  Not responding to the ITG or responding to

20 the ITG?

21      A    It could depend.

22      Q    So if Smartbiz had just chosen to blow off the

23 ITG and ignore them completely, you'd think the same

24 that you think about them right now?

25      A    Responding one minute after they get the ITG.

Nathan Richtmyre          July 13, 2023

1   That could be that they were just waiting for any of
2   those call -- any of those responses so that they could
3   immediately respond to it.
4       Q    Okay.  I'm saying if they just ignored the ITG
5   for all 255 tracebacks.
6       A    If they ignored all of them?
7       Q    Let's assume they just -- they ignore every
8   one of them.  That's the same thing to you as what they
9   did here?
10      A    I mean, the trace -- they still got the
11  tracebacks.
12      Q    They don't control that.  Do you understand
13  that?
14      A    Yes.
15           MR. CROTTY:  Object to the form.  Assumes
16      facts not in evidence.
17           MR. GELLIS:  There's nothing wrong with it.
18           MR. OLIVAR:  If you stopped taking traffic,
19      then you wouldn't get any tracebacks.  We are not
20      in the business --
21           MR. GELLIS:  Don't talk on the record. Okay?
22           We'll get to it, all right?
23  BY MR. GELLIS:
24      Q    Okay.  So, Mr. Olivar had to tell the ITG that
25  they had wrong information, didn't they?  Do you see on

Nathan Richtmyre          July 13, 2023

1   page 2 here at the top, your website indicates Trixcom
2   is not a 499 filer?  Do you see that?
3          A    Yes.
4          Q    But they were, right?
5          A    I believe so.
6          Q    Because what Mr. Olivar said they do have
7   their license up to date, otherwise he'd have shut them
8   down at Whisl.  Do you see that?
9          A    Yes.
10         Q    Okay.  So, the ITG was wrong, weren't they?
11         A    I guess. I don't know.
12         Q    Well, if the ITG indicated Trixcom is not a
13  499 filer, but Mr. Olivar says, "No, it's up to date,"
14  and attached it, right?  "I have attached the 499 file
15  we have from them".  You see that?
16         A    Yes.
17         Q    So the ITG is not always right, are they?
18         A    It doesn't mean they're wrong all the time.
19         Q    I didn't say that.  I said, they're not always
20  right, are they?  They don't always have correct data,
21  do they?
22         A    This is one example of them not having correct
23  data, potentially.
24         Q    Okay.  It's also an example of Smartbiz
25  helping them, right, by responding and correcting them?

Nathan Richtmyre          July 13, 2023

```
 1        A     They are responding to them, yes.

 2        Q     And also giving them contact information,

 3   correct?

 4        A     Yes.

 5        Q     You can reach out to them.  Do you see that?

 6        A     Yes.

 7        Q     Yeah.  And he even told them it all points to

 8   Trixcom as the upstream carrier.  You see that?

 9        A     Yes.

10        Q     Okay.  So is this a meaningful response?

11        A     It is a response to them to the --

12        Q     It's not meaningful though.

13        A     It's a response.

14        Q     What extra steps would be required to make

15   this meaningful?

16        A     I don't know.

17        Q     Okay.  Now, can we go back to the first page

18   here?

19        A     Yes.

20        Q     So who responds to Mr. Olivar's email?

21        A     I believe David Frankel.

22        Q     The ITG, right?  And what does he say?

23        A     "Thanks much for bringing that to our

24   attention.  We've updated the information in the

25   portal."  Hope to get a chance --  "Hope you get a
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

1  chance to enjoy the weekend."

2      Q     So this was June 2020, yes?

3      A     Yes.

4      Q     So, I mean, this is like, way before what

5  we've been talking about, right?

6      A     I believe so.

7      Q     And this is before the December 2020 FCC

8  order, correct?

9      A     Yes.  Okay.

10     Q     And Mr. Olivar is responding to the ITG in

11 June of 2020, isn't he?

12     A     Yes.

13     Q     And he's giving them information and

14 correcting their mistakes, isn't he?

15     A     Yes.

16     Q     And that is still not indicative to you of

17 somebody trying to comply?

18     A     They are responding to the email.

19     Q     They were asked to respond to the email?

20     A     Yes.

21     Q     That is compliance, is it not?

22     A     That's compliance to the email, yes.

23     Q     That is compliance to the request from the

24 ITG?

25     A     Yes, it's compliant to their request.

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

```
 1        Q     So they did comply with the request.  They
 2   gave the information, and, in fact, they went above and
 3   beyond again and gave information on who the person was
 4   in the email, right?
 5        A     Yes.
 6        Q     Yeah.  Okay.
 7        I only have one of these, and I'm not going to mark
 8   it.  We're just going to hand it and let you look at it.
 9   It's fine because it's marked already in the record.
10   You see the Bates?  What number is that?
11        A     Five.
12        Q     Bates 5.  And that's the -- basically the
13   list, heavily redacted list of purported traceback
14   accounts, right?
15        A     Yes.
16        Q     Okay.  And trace -- and Smartbiz is listed on
17   that, right?
18        A     Yes.
19        Q     Okay.  Do you know when this list is from?
20   What date it reflects, any information along those
21   lines?
22        A     I don't know what date it reflects.
23        Q     Okay.  Well, you saw the ITG's email earlier
24   that they do not rank information.  They don't maintain
25   ranking information, yes?
```

Nathan Richtmyre          July 13, 2023

1      A     Yes.

2      Q     So, somebody else compiled this?

3      A     Yes.

4      Q     Okay.  But it's not -- it doesn't appear to

5    tell Smartbiz any information about when it was dated or

6    what time period this was prevalent or anything like

7    that.

8      A     This does not look like it was going to be

9    used for those purposes, no.

10     Q     Okay.  And so, you know, that is an aggregate

11   account of tracebacks, correct?

12     A     Yes.

13     Q     I mean that -- that's all that is?

14     A     Yes.

15     Q     That does not consider what rank they were per

16   -- on a certain month.

17     A     Not per month, no.

18     Q     So that doesn't factor in, you know, a year

19   and a half of no point of entry tracebacks.  That's just

20   a straight traceback number.

21     A     But it does factor in the relative companies

22   around them moving up, and they did not.  They still

23   stayed in the top 2 percent.

24     Q     Explain that.

25     A     You're saying that because they had a whole

Nathan Richtmyre          July 13, 2023

1  bunch of tracebacks at the very beginning and that they

2  didn't add a whole bunch?  If the other companies were

3  getting tracebacks, Smartbiz would have moved down the

4  list as the other companies' numbers moved up, but they

5  did not.

6     Q   Sure.

7     A   They stayed at the top.  Meaning that the

8  other companies did not receive as many tracebacks as

9  Smartbiz did.

10    Q   They did move down the list, though, we looked

11 at the graph, right?

12    A   Not on this.

13    Q   Of course, because you can't get rid of a

14 traceback once you have it, can't you?

15    A   But other companies can accrue tracebacks –

16    Q   And they have.

17    A   -- move themselves up, but not past this.

18    Q   Well, how do we know what date that is?  We

19 don't.  That's my point.  You have no idea what date

20 that is.  We don't know what date that is.  We don't

21 know where it came from.  The ITG didn't put it

22 together.  Okay?  And you're using that evidence that

23 came from elsewhere besides the ITG to form the

24 conclusion that Smartbiz is in the 98 percentile, yes?

25    A   I believe this came from the AG's office.

Nathan Richtmyre          July 13, 2023

1      Q    I didn't say the ITG. I said, yeah.  I mean,
2   you're using a document that's not from the ITG.
3      A    Not from the ITG.
4      Q    **To make these conclusions.**
5      A    To Make -- to make our -- our conclusions,
6   yes.
7      Q    **Yeah.**
8           Okay.  And that does not consider the number
9   of minutes or calls that Smartbiz made relative to all
10  the robocalls in America for that month, right?
11     A    Not that I know of.
12     Q    **It only looks at tracebacks, right?**
13     A    Yes.
14     Q    Okay.  And so, we saw that email that said a
15  member of the ITG received traffic, and so they started
16  a traceback, yeah?
17     A    Yes.
18     Q    Okay.  So, the members of the ITG don't get
19  tracebacks, do they?  Do you know?
20     A    I don't know.
21     Q    Okay.  And if they're in the ITG and they know
22  where the honey pots are, wouldn't that be a good reason
23  why maybe they don't get a lot of tracebacks?  You ever
24  think about that?
25     A    I don't know.  That would be corruption.

Nathan Richtmyre          July 13, 2023

1    Q    How would that be corruption?

2    A    If they are using information that they have

3 to get around things and to skirt, stuff like that.

4    Q    Who do you think owns the honey pots?

5    A    I don't know.

6    Q    They do.

7         MR. CROTTY:  Object to the form.  Assumes

8    facts not in evidence.  It's not a question.

9 BY MR. GELLIS:

10   Q    If they own them --  that's the first one

11 today that wasn't.

12   If they own those numbers and they set this whole

13 thing up, it's corrupt for them to use their own

14 information and their own data?

15   A    The way you were phrasing it to avoid the

16 honey pots.

17   Q    They set up -- if they set up the honey pots

18 and then they choose to block those numbers, they would

19 have low tracebacks, wouldn't they?

20   A    I don't know.

21   Q    You don't know?

22   A    I don't know who controls the honey pots or

23 how that information is shared.

24   Q    Okay.  But you certainly agree that the ITG is

25 made up of big telecom companies?

Nathan Richtmyre          July 13, 2023

1      A     I believe so, yes.

2      Q     Okay.  And the smaller companies could be

3  viewed as their competitors.

4      A     Potentially.

5      Q     So a group of big companies gets to send

6  tracebacks out to go after smaller companies?

7      A     Yes.  The ITG sends out tracebacks, yes.

8      Q     Right.  And so, we talked about the do not

9  call list earlier, right?

10     A     Yes.

11     Q     So, on the do not call list, you have alleged

12  -- you have -- the AG has alleged that numerous

13  robocalls transited Smartbiz's network that were sent to

14  members on the do not call list and they connected,

15  right?  And that that is a violation, correct?

16     A     I believe so, yes.

17     Q     Okay.  So how is Smartbiz supposed to stop

18  that?

19     A     I imagine, by knowing who its customers are

20  and who's sending it traffic.

21     Q     Okay.  And so what do you do from there?

22  Let's assume it knows its customers and it knows the

23  traffic.  What do you do from there?

24     A     Stop accepting traffic from those trunks, I

25  assume.

Nathan Richtmyre          July 13, 2023

1        Q     To any number that goes to the DNC.

2        A     A large portion.  I believe there are 680

3    million calls to the DNC.  That's a very large number.

4        Q     Of course.  And we talked about it.  Every

5    call that I get to my phone is to the DNC, too.  But

6    it's not illegal, right?  Just because a call goes to

7    the DNC, does that make it illegal in your opinion?

8        A     Potentially.  I'm not sure.

9        Q     Yeah.  So, you -- you don't know?

10       A     I don't know.

11       Q     So, is it possible that not every call to a

12   DNC number that Smartbiz had on its network was illegal?

13       A     I'm sorry.  Ask the question again.

14       Q     Sure.  Is it possible that every call that

15   Smartbiz had on its -- every call to a DNC number on its

16   network, that not -- is it possible that they weren't

17   all illegal?

18       A     It is possible that they weren't all illegal.

19       Q     Did you investigate that?

20       A     I did not review all 682 million calls, no, I

21   did not.

22       Q     Okay.  Did you investigate at all whether or

23   not the alleged victims who were on the DNC list may

24   have somehow granted permission for somebody to call

25   them?

Nathan Richtmyre          July 13, 2023

```
1        A    No.
2        Q    Okay.  So, you're expecting Smartbiz to do
3   stuff that the major telecom don't.  Every one of those
4   calls connected, yes?   All the connected calls, that
5   means they connected, yes?
6        A    Yes.
7        Q    So that means Verizon didn't stop it?  Yeah?
8   Sprint, AT&T, they didn't stop it, right?
9        A    I don't know.
10       Q    What do you mean you don't know?  If it
11  connected, was it stopped?
12       A    I don't know if it went through Verizon.  I
13  don't know if it went through Sprint.
14       Q    Okay, a terminating provider?
15       A    Yes. I don't know who the terminating provider
16  is.
17       Q    Okay.  Well, if it connected, it means the
18  terminating provider did not stop it?
19       A    Yes.
20       Q    Fair?
21       A    Yes.
22       Q    And that would include the cell phone
23  companies?
24       A    Yes.
25       Q    Again, so you're expecting a company with two
```

Nathan Richtmyre          July 13, 2023

1  guys to do better than all the terminating providers in

2  America?

3       A    I think we're just expecting they're not to

4  monitor the traffic that goes through their lines.

5       Q    In what way?

6       A    In any way that they can using the innovations

7  that they have.

8       Q    We talked about that.  Do you know what

9  innovations they use?

10      A    No.  But they advertise that they have

11 innovations and technology to be able to meet their

12 customer's needs.  I imagine making those claims, they

13 have very intelligent people working for them who can

14 creatively find ways to monitor their traffic.  Saying

15 that it's too hard to monitor the traffic I don't know,

16 is a great response.

17      Q    Well, I'm saying -- I'm not saying it's too

18 hard to monitor.  I'm saying expecting them to monitor

19 traffic in a way that multi-billion-dollar national

20 corporations cannot seems a little excessive, right?

21      A    I don't know if they're not.

22      Q    Okay.  Well, if a call connected from the DNC

23 list and the the terminating provider connected the

24 call, it connected, yeah?

25      A    Yes.

1     Q    That means that that terminating provider

2  allowed it through, yeah?

3     A    Potentially, yes.

4     Q    The same DNC list that you're accusing

5  Smartbiz of violating, yeah?

6     A    Yes.

7     Q    And Verizon has more resources than Smartbiz,

8  you think, yeah?

9     A    I assume so.

10    Q    Have you not seen the financial information or

11 any data that's been provided about Smartbiz's calling

12 its minutes to get revenue?

13    A    I've seen limited information, yes.

14    Q    Okay.  And so, I'm getting back to that

15 Smartbiz going to be held liable for passing DNC call

16 numbers when every one of those calls was connected by

17 major telecom providers?

18    A    They're being held responsible for the calls

19 that went through their network that they didn't stop.

20    Q    Exactly.  And I'm asking you how they're

21 supposed to stop them.  And you don't know?

22    A    I don't know.  I'm not an expert in that --

23    Q    So your answer is just stop it, right?  Just

24 traceback equals zero happy face, right?

25    A    Potentially.

Nathan Richtmyre          July 13, 2023

1      Q    And that's the answer.

2      A    Potentially.

3      Q    So, if they get a traceback, they did

4  something wrong.

5      A    They allowed something wrong to go through the

6  network.

7      Q    They allowed.

8      A    Yes.

9      Q    I've already talked about.  I think you may

10  have said you don't know if they can monitor in real

11  time.  They only get notice after the fact, right?

12     A    I believe so.

13     Q    So if they get a traceback, they only know

14  after the call transited their network, yes?

15     A    But then they know going forward that coming

16  from whatever business that that came from is

17  potentially spam-related calls.  So, then they would --

18  should be looking at that specific trunk or that

19  specific business sending the calls through after the

20  traceback.

21     Q    Okay.  And isn't that what their 45 percent

22  ACD rule is?  Are you familiar with that?  Do you even

23  know what that is?

24     A    I saw that yesterday.

25     Q    You saw it yesterday for the first time?

Nathan Richtmyre          July 13, 2023

1      A     Yes.

2      Q     Okay.  And so that's not good enough?

3      A     That was for one email that I saw.

4      Q     No. that's their policy.

5      A     Okay.

6      Q     Do you have any reason to believe they don't

7  follow their policy?

8      A     I don't know.

9      Q     Okay.  You don't know.  I mean, what do you

10  know?  I mean -

11     A     I know that calls have come through their

12  network and just  --

13     Q     Just like everybody else, right?

14     A     Uh-huh.

15     Q     Every other provider in that chain touched the

16  same call?  Yeah?

17     A     Yes.

18     Q     But the big guys who donate to the campaign,

19  they don't get dinged, right?

20     A     I don't know.

21     Q     You could find that information out, couldn't

22  you?

23     A     I don't know.

24     Q     You have access to it, right?  It's public

25  information.

Nathan Richtmyre          July 13, 2023

1      A    To the larger companies' donations?

2      **Q    Yeah.  Political donations are public record,**

3 **right?**

4      A    I assume I could look for that.

5      **Q    Okay.  And so, I mean, that's -- I'm saying**

6 **that you didn't factor that into any of your analysis**

7 **when deciding to hold Smartbiz accountable?**

8      A    But I don't know if that would factor into our

9 agency's decision to hold them accountable.

10     **Q    We got two companies that are both connecting**

11 **a call on the DNC list.  Right?**

12     A    Yes.

13     **Q    One donates and the other doesn't.  Right?**

14 **And one gets sued and the other doesn't?  Right?**

15     A    Potentially.

16     **Q    Okay.  One sits on the group responsible for**

17 **generating tracebacks and the other doesn't, right?**

18          MR. CROTTY:  Objection to the form.  Assumes

19     facts not in evidence.  If this is happening --

20          MR. GELLIS:  He can answer if he knows.

21          MR. CROTTY:  -- provide evidence of it.

22          MR. GELLIS:  I don't have -- I can ask him if

23     he knows.  He can say, I don't know.  He's been

24     saying I don't know all day.

25          MR. CROTTY:  Well, you've asked him a lot.

Nathan Richtmyre        July 13, 2023

```
 1            THE WITNESS:  I don't know.
 2            MR. GELLIS:  I know.  Okay.
 3            MR. CROTTY:  Do you want to take a break?  You
 4     said you wanted a break after that?
 5            THE GELLIS:  No.
 6            MR. CROTTY:  Okay.
 7   BY MR. GELLIS:
 8       Q     I'm going to hand you what was yesterday
 9   marked as Exhibit 28.  You saw it yesterday.  It's an
10   email.  Do you see that?
11       A     Yes.
12       Q     What's the date on that?
13       A     July 7, 2020.
14       Q     Okay. And so that's about AlkaIP, right?  They
15   were giving up -- Smartbiz was giving information on
16   AlkaIP back in July 2020?
17       A     I'm sorry.  Can you ask the question? Can I
18   see that?
19       Q     Smartbiz was emailing AlkaIP about a complaint
20   they received, right?
21       A     Yes.
22       Q     So, Smartbiz received a complaint about
23   potentially illegal traffic, and they did something
24   about it, right?
25       A     They emailed them, yes.
```

Nathan Richtmyre          July 13, 2023

1    Q    Yeah.  They reached out and tried to find --

2  and they said they blocked the number, I think.  I don't

3  have my copy in front of me because I don't have one.

4  Sorry.

5    A    Potentially blocking --

6    Q    "We believe the originating ANI is being

7  spoofed.  Any assistance in researching and blocking the

8  number will be greatly appreciated."

9         Do you see that?

10   A    Yes.

11   Potentially blocking the call number, yes.

12   Q    So is anybody else copied on that, like from

13 the ITG or anything that you can tell?

14   A    Not that I can tell, no.

15   Q    So Smartbiz did this internally, right?

16 Outside the purview of the regulators' eyes, yeah?

17   A    Yes.

18   Q    And they were telling their upstream to cut it

19 out, right?  Expect you to block this?

20   A    Yes.

21   Q    And this was before December 2020 when that

22 law went into effect requiring them to mitigate?

23   A    Yes.

24   Q    And they did it voluntarily?

25   A    It appears so.

Nathan Richtmyre          July 13, 2023

1     Q     **In secret, outside the eyes of the regulators?**

2     A     It appears so.

3     Q     **So is voluntary compliance outside the eyes of**

4  **regulators consistent with fraudulent intent?**

5     A     Again, this is just an email letting them know

6  that they received a growing number of call -- volume of

7  calls from that number, and they received numerous

8  complaints.  That could be a heads up.

9     Q     **They're asking him to block it.**

10    A     Right.

11    Q     **Will they make money on that blocked number?**

12 **So, this decision would hurt their financial interest,**

13 **would it?**

14    A     For this one decision -- line, yes.

15    Q     **Okay.  Thank you.  Guess we'll have to make**

16 **that an exhibit now, actually.  So just leave it.  I'll**

17 **keep it as what was 28.**

18          THE COURT REPORTER:  So, do you want to mark

19    it?

20          MR. GELLIS:  We are not going to get that

21    high. I'll leave it as marked as 28.  It can be out

22    of order.  It doesn't matter.

23          Have you ever seen a deposition objection

24    ruled on in court?  Anyway.  Maybe you have.  I

25    have not.

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

```
 1              MR. CROTTY:  I mean, it depends on how you're
 2         trying to use it later on.  You've got to preserve
 3         it.
 4              MR. GELLIS:  No, I know.
 5              MR. CROTTY:  I mean, I don't care if you mark
 6         it or not.  It's your deposition.  It makes it
 7         easier to reference it back.
 8              MR. GELLIS:  Okay.
 9    BY MR. GELLIS:
10         Q    Do you know of any law requiring providers to
11    suspend customers upon a traceback?
12         A    I don't know.
13         Q    Okay. Don't you think if that law existed,
14    y'all would have accused Smartbiz of violating it?
15         A    I don't know.
16         Q    Okay.
17         In reviewing your tracebacks, the files here, did
18    you see any traceback that originated with a person?
19         A    An individual person?
20         Q    Yeah.
21         A    No.
22         Q    Like a real victim?
23         A    Well, no -- originating with a real person
24    when?
25         Q    Like, yeah, did you find any single traceback
```

Nathan Richtmyre          July 13, 2023

1  that originated with a human being?

2      A    As in the person starting the traceback?

3      Q    Yeah.

4           MR. OLIVAR: Like if I receive a call.

5           MR. GELLIS:  Let him answer the question.

6           THE WITNESS:  I haven't seen it, no.

7  BY MR. GELLIS:

8      Q    You haven't seen any from a real person?  So

9  where do you think these are coming from?

10     A    They're being caught, I believe, by Youmail or

11  by the ITG.  I'm not sure.

12     Q    The group of large telecom providers in

13  America, right?

14     A    That are federally sanctioned to oversee and

15  traceback those calls?  Yes.

16     Q    Okay.  Yes.  So the answer is yes.

17     How many complaints did you say the AG -- well, you

18  didn't, but you -- you're familiar that the AG produced

19  a complaint spreadsheet, right?

20     A    Yes.

21     Q    Okay.  How many of Smartbiz's tracebacks came

22  from people on that list?

23     A    I believe there were 2700 calls that were --

24  that were at -- there were 4200 complaints and 47 of

25  them that were shown to have received 47,000 calls

Nathan Richtmyre          July 13, 2023

1  through the -- through Smartbiz's line.

2      Q    Okay.  So, to ask the question again, how many

3  tracebacks were generated from those -- those -- that

4  spreadsheet?

5      A    I believe five.  I think.

6      Q    So you believe five of the people on that

7  spreadsheet generated a traceback?

8      A    I think so.  I'm not sure.

9      Q    Okay.  Do you think that information would be

10 relevant?

11     A    Potentially.

12     Q    Did you ask to acquire that information by any

13 chance?

14     A    I did.  I reviewed the complaints.

15     Q    Okay.  But I mean, did you -- did you match,

16 hey, this person, this traceback?  Is there some

17 document you've created that can point me to a list of

18 the tracebacks and a list of the victims or something

19 like that?

20     A    I don't believe specifically to the traceback.

21     Q    Okay.  And I think you had testified earlier

22 today that somebody got like eight calls in two hours or

23 something along those lines.  Right?

24     A    Yes.

25     Q    Okay.  And you believe that every single one

Nathan Richtmyre          July 13, 2023

1  of those calls was through Smartbiz's network,

2  potentially.

3       A    Potentially.

4       Q    Okay.

5       But it's possible it wasn't either, right?

6       A    Possible.

7       Q    Could it have just been one?  I mean, if

8  you're a bad actor and you want to make sure your

9  traffic gets to where it's going, you might use multiple

10  routes, right?

11       A    Maybe.

12       Q    I mean, that gives you a greater chance of

13  success, right?

14       A    Maybe unless you have an established

15  relationship with the business that you're sending your

16  traffic through.

17       Q    Okay.  I mean but -- okay.

18       I'm looking for -- we looked at a bunch of emails

19  yesterday about trouble tickets, too, didn't we?

20       A    I think so, yes.

21       Q    And those were all, again, outside the eyes of

22  regulators?

23       A    I believe so, yes.

24       Q    And so do you think Smartbiz had secret

25  fraudulent intent when they were sending emails outside

Nathan Richtmyre          July 13, 2023

```
 1  the eyes of regulators?
 2       A    I don't know.
 3       Q    Were they setting this up three years ago?
 4  Hey, guys, you know, when we get sued, we're going to
 5  make sure that our emails are clean internally.  Is that
 6  what they did?
 7       A    I don't know.
 8       Q    Have you seen any smoking guns?
 9       A    I don't know.
10       Q    What you consider a smoking gun in this case?
11       A    I don't know.
12       Q    Okay.
13            Here's another email we didn't talk about. Exhibit
14  53 from yesterday.  Just take a look.  It's Mr. Frankel
15  and Mr. Borrero.  You see that?
16       A    Yes.
17       Q    And I just want to point out, I think it's
18  this is November 3rd.  Right?
19       A    Yes.
20       Q    The same email.  And Mr. Borrero is giving up
21  information again, isn't he?
22       A    Yes.
23       Q    Voluntarily, right?
24       A    Yes.
25       Q    Without an order from the FCC.
```

Nathan Richtmyre          July 13, 2023

1      A     Without an order.

2      Q     **Without lawsuit?  Without an injunction?**

3      A     Yes.

4      Q     **And before the FCC required providers to com-**

5   **-- to mitigate  -- to take effective measures to**

6   **mitigate, yes?**

7      A     Yes.

8      Q     **Okay.  So, you still believe this was also**

9   **fraudulent?  Mr. Borrero providing information to David,**

10  **trying to help him out and give him the information he**

11  **wanted?**

12     A     I don't know if responding to emails is

13  effective measures.

14     Q     **Okay.  But if they did the thing that they say**

15  **they were going to do, we talked about that earlier, you**

16  **would need -- to you would like to know that, wouldn't**

17  **you?**

18     A     Potentially, yes.

19     Q     **And you have not researched that, have you?**

20     A     I have not, no.

21           MR. GELLIS:  We're going to take a five-minute

22     recess.  We'll come back.  Think we'll wrap up.

23     Okay.

24     (Thereupon, a break was held at 3:55 p.m.; after

25  which the following was heard at 4:07 p.m.)

Nathan Richtmyre          July 13, 2023

```
1          THE COURT REPORTER:  Back on the record.
2    BY MR. GELLIS:
3          Q    All right.  So, what do you know about US
4    Telecom?  ITG?
5          A    Not much.
6          Q    So, you don't even know – okay?
7          Do you know if they're a lobbying group?
8          A    I don't know.
9          Q    Okay, but you know they're made up of telecom
10   companies, right?
11         A    Yes.
12         Q    Do you know which ones?
13         A    No.
14         Q    Do you know if it's big, small?  Do you know
15   anything besides you just know there's telecom
16   companies?
17         A    Yes.
18         Q    And I think we were talking about some of the
19   ways to stop this traffic.  Isn't it true that if the
20   ITG, you know, shut down every company that wasn't in
21   the ITG, do you think that would stop all the robocalls?
22         A    I don't know.
23         Q    Do you think maybe the ITG is trying to put
24   its competitors out of business.
25         A    I mean, I don't know.
```

Nathan Richtmyre          July 13, 2023

1      Q     I mean, so if -- if everyone in the ITG is

2   exempt from prosecution for tracebacks because they're

3   part of the solution, right?   And the only people who

4   can get tracebacks are the ones outside the ITG,

5   wouldn't that necessarily mean eventually the people

6   outside of the ITG are going to kind of get put out of

7   business?

8      A     Maybe.   I don't know.

9      Q     I mean, that would just leave nothing but the

10   telecom companies and the ITG left, isn't that correct?

11      A     Potentially.

12      Q     What duty do companies have to its

13   shareholders?

14      A     I believe it is to make a profit.

15      Q     Maximize profits, right?

16      A     Yes.

17      Q     Would eliminating competitors in the industry

18   increase your profits?

19      A     I don't know.

20      Q     Okay.   All right.   So, if you believe Smartbiz

21   is the problem for these calls, do you believe all the

22   other providers share equal blame?

23      A     I don't know.

24      Q     So if you shut down Smartbiz, do you think it

25   would stop the problem?

Nathan Richtmyre          July 13, 2023

1      A    Potentially.

2      Q    If you had nobody left but the ITG, would that

3  solve the problem?

4      A    I don't know.

5           MR. GELLIS:  No further questions.

6           MR. CROTTY:  No cross examination.  And we'll

7      read.

8           MR. GELLIS:  All right.  Okay.  And I don't

9      know if we're ordering at this time, so I can't

10     tell you if we are ordering it yet.

11          MR. CROTTY:  I'll go ahead and order just.

12     (Thereupon, the deposition was concluded 4:09 P.M.

13  with reading and signing having not been waived.)

14

15

16

17

18

19

20

21

22

23

24

25

Nathan Richtmyre          July 13, 2023

```
 1                    CERTIFICATE OF OATH

 2

 3   THE STATE OF FLORIDA

 4   COUNTY OF MIAMI-DADE:

 5

 6       I, KENNETH VELASQUEZ, the undersigned authority,

 7   NATHAN RICHTMYRE hereby certify that appeared before me

 8   via Zoom on July 13, 2023 and was duly sworn.

 9       WITNESS my hand and official seal on this October

10   2, 2023.

11
                              Kenneth Velasquez
12                           _____

13                           KENNETH VELASQUEZ,

14                           Notary Public-State of Florida

15                           My commission # HH 146944

16                           Expires 06/28/25

17

18

19

20

21

22

23

24

25
```

Nathan Richtmyre          July 13, 2023

```
 1                    REPORTER'S CERTIFICATE

 2

 3   THE STATE OF FLORIDA

 4   COUNTY OF MIAMI-DADE:

 5

 6        I, KENNETH VELASQUEZ, Court Reporter and Notary

 7   Public, certify that I was authorized to and did report

 8   the deposition of NATHAN RICHTMYRE; the transcript is a

 9   true and complete record of my notes.

10        I further certify that I am not a relative,

11   employee, attorney, or counsel of any of the parties,

12   nor am I a relative or employee of any of the parties'

13   attorney or counsel with the action, nor am I

14   financially in the action.

15        DATED on this 7th day of July 2023.

16                              Kenneth Velasquez

17        _____

18                    KENNETH VELASQUEZ,

19                    Notary Public-State of Florida

20                    My commission # HH 146944

21                    Expires 06/28/25.

22

23

24

25
```

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

```
 1                    ERRATA SHEET

 2   RE:
         Case Name: Office of The Attorney General, et. al. v Smartbiz LLC
 3       Case No.: 22-23945-CIV-MARTINEZ/BECERRA
         Deposition of: NATHAN RICHTMYRE
 4       Date Taken: July 13, 2023

 5

 6

 7   PAGE NO.      LINE NO.       CORRECTIONS OR CHANGES

 8   _____       _____         _____

 9   _____       _____         _____

10   _____       _____         _____

11   _____       _____         _____

12   _____       _____         _____

13   _____       _____         _____

14   _____       _____         _____

15   _____       _____         _____

16   _____       _____         _____

17   _____       _____         _____

18   _____       _____         _____

19   _____       _____         _____

20   _____       _____         _____

21   _____       _____         _____

22   _____       _____         _____

23

24                               _____
                                 NATHAN RICHTMYRE
25                               DATE:
```

Nathan Richtmyre          July 13, 2023

```
1                    ERRATA SHEET

2   RE:
        Case Name: Office of The Attorney General, et. al. v Smartbiz LLC
3       Case No.: 22-23945-CIV-MARTINEZ/BECERRA
        Deposition of: NATHAN RICHTMYRE
4       Date Taken: July 13, 2023

5

6

7   PAGE NO.      LINE NO.      CORRECTIONS OR CHANGES

8   _____        _____       _____

9   _____        _____       _____

10  _____        _____       _____

11  _____        _____       _____

12  _____        _____       _____

13  _____        _____       _____

14  _____        _____       _____

15  _____        _____       _____

16  _____        _____       _____

17  _____        _____       _____

18  _____        _____       _____

19  _____        _____       _____

20  _____        _____       _____

21  _____        _____       _____

22  _____        _____       _____

23

24                             _____
                               NATHAN RICHTMYRE

25                             DATE:
```

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre            July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre            July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre           July 13, 2023

Nathan Richtmyre          July 13, 2023

Exhibit D - Richtmyre Depo

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023

Nathan Richtmyre          July 13, 2023