## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS,

    Plaintiff,

    v.                         CASE NO.: 1:22-cv-23945-JEM

SMARTBIZ TELECOM LLC,
A Florida limited liability company,

    Defendant.

_____/

## EXPERT REPORT OF MIKE RUDOLPH

### I.    SCOPE OF WORK

1.    YouMail, Inc. ("YouMail") was retained by the Office of the Attorney General, State of Florida, Department of Legal Affairs ("Attorney General") in connection with the above captioned litigation. I am the Chief Technology Officer with YouMail and oversaw or participated in, or both, all of the analysis described in this Report and the attached Summary of Findings. YouMail was asked to: 1) analyze Call Detail Records ("CDRs") provided by Smartbiz Telecom LLC ("Defendant") and identify indicia of fraudulent or otherwise illegal calls transmitted by the Defendant, 2) cross reference Defendant's CDRs with YouMail data to further identify examples of fraudulent or otherwise illegal call traffic that Defendant transmitted, and 3) cross reference Defendant's CDRs with consumer

1

complaint data from the Attorney General and traceback information to identify individuals who received calls transmitted by Defendant and note instances where Defendant had notice that specific illegal call traffic was transiting it's network prior to transmitting those calls to consumers.

2.      The materials received from the Attorney General are listed in the first appendix of the attached Summary of Findings report.

## II.    QUALIFICATIONS

3.      YouMail, and myself as the company's Chief Technology Officer, have been analyzing lawful and unlawful communications since 2007 by providing call answering, labeling and protection services to over 13 million registered US consumers across all US mobile network operators (AT&T, Verizon, T-Mobile/Sprint as well as many others).

4.      As the CTO and Chief Architect at YouMail, I was the primary author to a number of US and international patents related to the analysis, classification and treatment of unwanted and unlawful communications utilizing methods of behavior and content evidence-based analytics, including but not limited to:

- ·    *"System and Method for Identifying Unwanted Communications Using Communication Fingerprinting"* - US Patents #10051121 granted 8/14/2018 #10694033 granted 6/23/2020 and #11115527 granted 9/7/2021

- *"System and Method for Determining Unwanted Call Origination in Communication Networks"* - US Patents #10798241 granted 10/6/2020 and #11252278 granted 2/15/2022

- *"Identifying, Screening and Blocking of Calls From Problematic Telecommunications Carriers and Number Blocks"* - US Patent #10757252 granted 8/25/2020 and #11363139 granted 6/14/2022

- *"System and Method for Identifying and Handling Unwanted Callers Using A Call Answering System"* - US Patents #10110739 granted 10/28/2018, #10498887 granted 12/3/2019 and #10992803 granted 4/27/2021

- *"System and Method for Identifying Unwanted Callers and Rejecting Or Otherwise Disposing Of Calls From Same"* - US Patent ##9591131 granted 3/7/2017

- *"System and Method For Using Public Registry To Enhance Caller Infirmation and Determine Call Handling for Called Parties"* - US Patent #10757250 granted 8/25/2020 and #11140259 granted 10/5/2021

- *"Dynamically Providing Safe Phone Numbers for Responding to Inbound Communications"* - US Patent #10848618 granted 11/24/2020

5.      As the CTO and an executive leader of the YouMail Investigative Services team, in the past several years YouMail has processed CDR data from several hundred subpoenas supporting the investigative efforts into unlawful voice

3

communications, particularly supporting legal efforts performed by private industry members afflicted by unlawful communications such as Marriott as well law enforcement agencies. Additionally, YouMail regularly collaborates by way of analysis and investigative services with federal agencies including but not limited to the FCC, FTC, SSA and IRS on the matters related to unlawful robocalls and robotexts. YouMail has performed similar analysis and investigations into unlawful voice and SMS communications for a number of private equity firms and enterprises, particularly those in financial services and banking that are regularly impersonated in illegal communications.

6. In the past four years (June 2019 to June 2023), while I have been identified as an expert or witness for trials and depositions in cases involving unlawful robocalling, none of these matters have reached the stage where this service was ultimately tendered beyond the analysis and report provided to the relevant parties.

## III. INDEPENDENCE AND REMUNERATION

7. Neither I, YouMail, or any YouMail employee working on this matter has any affiliation with any of the parties to this matter or their attorneys or has any interest in the outcome of this litigation.

8. The opinions I have expressed represent my professional opinions on the matters to which they refer. They are based upon information and documents

available to me at this time. If I later learn of evidence, facts, or other information not currently available to me, I reserve the right to supplement or revise my report and my conclusions, if warranted. I also reserve the right to supplement this report to address testimony or opinions offered by other experts in this case.

9.      YouMail is being compensated for my time on this matter at an hourly rate of $900.

10.      Neither my compensation or YouMail's compensation is contingent on the opinions that I render or the outcome of this litigation.

## IV.   SUMMARY OF OPINIONS

11.      Full details of the analysis performed by YouMail and myself can be found in the attached Summary of Findings document, which also includes information in each section of findings that provide educational background intended to guide any reader into understanding of those findings.   Additionally, the Summary of Findings document includes a number of appendices with additional details available on the data as well as further elaborations on the techniques and analyses performed.

Dated: June 12, 2023.

DocuSigned by:

*Michael Rudolph*

CE95327DB2F248D...

Mike Rudolph