

# Unlawful Call Campaign Analysis - Summary of Findings
## YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

**Requestor:**
**Office of the Attorney General**
**State of Florida**
**Department of Legal Affairs**

**Subject:**
**SmartBiz Telecom LLC**

**Reference ID:**
**Case No. 1:22-cv-23945-JEM**

## YouMail / YPS Background

YouMail and its YouMail Protective Services (YPS) division are recognized industry leaders of analytics and data related to robocalls, bulk calls, vishing (voice phishing) and smishing (SMS phishing) that affect consumers in North America.

YPS data is directly sourced from communication solutions that YouMail provides that provide answering services that protect nearly 12 million registered U.S. consumer accounts against unlawful and unwanted communications using voice channels and/or SMS/MMS content delivery.  These consumers represent a significant sample of the North American population across all major communication providers (AT&T, Verizon, T-Mobile, US Cellular, Cricket, Consumer Cellular, etc.) and all major metropolitan regions.

YouMail and YPS publish a subset of this data to the public domain via online properties such as the Robocall Index (robocallindex.com) as well as its own yellow pages and white pages number directories (directory.youmail.com).  In this online published format, this subset of data is organized by volume data such as reach and frequency as well as geography (state and area code).

YouMail is the predominant supplier of unlawful communication evidence in the U.S. and provides a significant quantity of unlawful calls to the Federal Communications Commission (FCC) appointed traceback entity (presently the Industry Traceback Consortium) whereby the complete call record (source, destination, time, recording and transcript) serve as irrefutable evidence when determining the origination of unlawful calls.

## YOUMAIL / YPS INVESTIGATIONS TEAM OVERVIEW

The YouMail Protective Services' Investigations Team (YPSIT) provides services that investigate the origination and operations of unlawful communication threat actors as well as provides audit services to communication service providers (CSPs) regarding the evidence of lawful and unlawful communications that originated or transited their networks.

The efforts of YPSIT have resulted in a dramatic reduction of certain robocall and bulk call threat actors ranging from impersonators of financial services entities, hospitality providers, government agencies as well as recent success in mitigating billions of unwanted and deceptive telemarketing communications regarding automobile warranties.

Through the YPS Scan offering, YPSIT can audit call detail records (CDRs) of a communication service provider and compare those records with the evidence it has collected on behalf of real, individual consumers to whom those calls were made, complete with the individual audio recording of that call (left with consent by the caller as a voicemail) and an audio-to-text transcription of that recording. By classifying and organizing millions of such recordings, all effectively identical, YPSIT audits of CDRs provide visibility into the content and intent of originated or transit communications at a Communications Service Provider (CSP).

## Analysis of SMARTBIZ LLC Records provided by STATE OF FLORIDA

The State of Florida Office of the Attorney General (hereafter "Requestor") engaged YPSIT on 5/22/2023  to: 1) analyze Call Detail Records ("CDRs") provided by Smartbiz Telecom LLC ("Defendant") and identify indicia of fraudulent or otherwise illegal calls transmitted by the Defendant, 2) cross reference Defendant's CDRs with YouMail data to further identify examples of fraudulent or otherwise illegal call traffic that Defendant transmitted, and 3) cross reference Defendant's CDRs with consumer complaint data from the Attorney General and traceback information to identify individuals who received calls transmitted by Defendant and note instances where Defendant had notice that specific illegal call traffic was transiting it's network prior to transmitting those calls to consumers.

YPSIT's findings are detailed below.

## Call Detail Record (CDR) Import

Requestor provided the following information to YPSIT to complete the above stated work: 1) 2,354 CDR files with dates ranging from 11/06/2020 to 5/3/2023 comprising approximately 2.5 billion records; 2) A spreadsheet with information on 4,242 consumer complaints received by the Attorney General regarding scams and unwanted calls; 3) a spreadsheet showing information on each traceback Defendant received from the Industry Traceback Group; 4) An additional set of 1947 CDR files were provided on 6/12/2023 encompassing 1.1 billion records for call attempts occurring from 07/17/2022 to 06/01/2023 inclusive. YPSIT also utilized its own data on illegal or unwanted calls, as further described below.

A behavioral call analysis was performed on 3.4 billion deduplicated call detail records. While some records go back to 2020, most records cover the period starting January 2022. Behavioral analysis of call logs does not require any specialized expertise or unique access to terminating call evidence such as that available to YPS.  A voice service provider can execute simple commands against their log files to determine counts or averages of the data for a given time period to determine if the calls within those logs exhibit any behavior that would be considered abnormal or problematic.

## Analysis of "Snowshoeing" Calling Tactics

Snowshoeing is the term for rotating through many originating numbers to evade behavioral analytics detection, or to bypass blocking based on the origination number.

Generally, legitimate callers wish to establish themselves as the known entity using a specific number so that recipients of their calls can add a contact record and recognize their inbound calls, especially over repeated attempts to interact.  Snowshoeing indicates the originator does not wish to establish a known number to link to their communications and instead wants to move, typically aggressively, to new numbers that do not have any relationship to their operations.

Recognizing snowshoeing techniques requires a reasonable size set of call records, typically tens of millions to observe how many times a number originates multiple calls.  Additionally, if such a large volume of numbers is used for originating beyond the reasonable quantity of numbers that the voice provider would have access to, it is definitive proof that number spoofing occurred as it would be otherwise impossible to originate from more numbers that are possible to obtain access to.   Bad actors seeking to use snowshoeing tactics will ultimately resort to number spoofing.

Findings:

1. Significant snow-shoeing tactics were observed within the data.   Over 817 million originating numbers were used, with 62% having been used for a single call (over 508 million originating numbers) and 93% were used for 5 or fewer calls.   It is highly unlikely a VOIP provider would transmit only a single call for 508 million numbers in the NANP (North America Numbering Plan) that have been validly licensed to individuals or businesses. It is highly likely that most or all 508 million numbers that were only used for a single call are not assigned to the entity initiating the call or are only temporarily assigned to the caller allowing it to rotate through a pool of phone numbers to avoid associating the phone number with the fraudulent or otherwise illegal content of the calls.
2. The quantity of originating numbers utilized (817 million) approaches the total number of connected calls (821 million). This is indicative of snow-shoeing because callers placing calls from validly assigned phone numbers are likely to re-try calls that do not connect instead of switching to a new phone number and attempting to place another call.
3. Providers typically either service personal-use customers who would make multiple outbound calls from their number or businesses who make multiple outbound calls from a known number that their customers can easily identify and/or save as a contact.   It is highly unlikely that these 508 million numbers are representative of personal use or businesses seeking recipients to recognize originating numbers for repeated contact.
4. Many of the data sets provided included call detail records for 1-342 days of calls and either indicated very high quantities (millions of phone numbers) of originating numbers making one and only one outbound call during that time period, or extremely high percentages of the total numbers used that originate one and only one outbound call.

| Provider | Calls | Days | First Call | Last Call | Orig TNs | Seen Once TNs | Seen Once Rate |
|---|---|---|---|---|---|---|---|
| RED-LOWSDP | 892,906,874 | 342 | 1/27/2022 | 3/7/2023 | 230,138,254 | 174,053,765 | 75.6% |
| LATA1-MEX | 595,183,201 | 123 | 1/27/2022 | 7/15/2022 | 277,421,072 | 149,348,100 | 53.8% |
| RED-CONVO | 535,390,581 | 336 | 1/27/2022 | 3/7/2023 | 92,318,577 | 57,128,231 | 61.9% |
| WHISL-AAT_CC | 356,479,897 | 60 | 10/1/2022 | 6/1/2023 | 33,840,900 | 29,507,915 | 87.2% |
| WHISL-RED_Dialer | 342,494,117 | 243 | 7/17/2022 | 3/16/2023 | 99,424,152 | 84,005,954 | 84.5% |
| KWK-CONVO | 181,463,447 | 316 | 4/18/2022 | 3/7/2023 | 51,123,358 | 32,229,693 | 63.0% |
| WHISL-Inteliquent | 168,270,149 | 263 | 7/17/2022 | 4/5/2023 | 35,061,659 | 32,258,821 | 92.0% |
| RED-FLAT002 | 118,560,040 | 265 | 6/8/2022 | 3/7/2023 | 27,036,049 | 17,168,831 | 63.5% |
| WHISL-Impact_SCD | 116,026,484 | 44 | 7/17/2022 | 8/29/2022 | 27,629,840 | 22,046,400 | 79.8% |
| WHISL-RSCOM_Convo | 53,445,524 | 318 | 7/17/2022 | 6/1/2023 | 17,628,296 | 13,886,039 | 78.8% |
| GNH-USA | 47,297,730 | 84 | 1/27/2022 | 5/4/2022 | 19,797,519 | 17,565,772 | 88.7% |
| LATA1-MEX2 | 44,862,191 | 72 | 2/23/2022 | 7/15/2022 | 39,481,305 | 35,110,520 | 88.9% |
| WHISL-RED_CONVO | 31,176,612 | 102 | 2/7/2023 | 6/1/2023 | 13,467,754 | 12,427,329 | 92.3% |
| SMART-NETWORK-CONVO | 27,877,159 | 72 | 11/22/2022 | 2/1/2023 | 6,216,792 | 4,397,931 | 70.7% |
| WHISL-LastMile95 | 26,529,393 | 320 | 7/17/2022 | 6/1/2023 | 7,371,636 | 5,242,223 | 71.1% |
| ETELIX-USA | 26,049,924 | 49 | 2/11/2022 | 6/24/2022 | 22,372,585 | 21,183,546 | 94.7% |
| AXKAN | 23,174,481 | 47 | 2/4/2022 | 3/31/2022 | 6,748,909 | 6,429,468 | 95.3% |
| RAZA_USACC003 | 18,635,577 | 63 | 3/2/2023 | 5/3/2023 | 17,676,976 | 17,191,292 | 97.3% |
| ETELIX-CC0012 | 10,922,727 | 57 | 2/25/2022 | 6/24/2022 | 6,971,475 | 6,341,249 | 91.0% |
| ALKA | 10,483,993 | 4 | 11/6/2020 | 2/2/2021 | 5,808,299 | 5,210,975 | 89.7% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LATA1 | 9,273,737 | 2 | 1/10/2022 | 2/8/2022 | 8,798,646 | 8,358,919 | 95.0% |
| WHISL-RSCOM_CanadaCC | 8,684,329 | 206 | 11/8/2022 | 6/1/2023 | 3,310,262 | 3,060,508 | 92.5% |
| OPEXTEL | 5,524,506 | 11 | 1/28/2022 | 2/10/2022 | 5,320,719 | 5,245,947 | 98.6% |
| WHISL-AAT_CONVO | 4,755,415 | 21 | 5/3/2023 | 5/23/2023 | 238,704 | 150,431 | 63.0% |
| SMART-NETWORK-CC | 4,338,482 | 109 | 11/2/2022 | 3/7/2023 | 3,205,914 | 2,943,262 | 91.8% |
| WHISL-LastMile85 | 4,125,851 | 310 | 7/26/2022 | 6/1/2023 | 1,352,939 | 860,375 | 63.6% |
| LATINO-CONVO | 3,892,295 | 233 | 7/18/2022 | 3/7/2023 | 1,849,715 | 1,222,203 | 66.1% |
| RED-TMOB0009 | 3,886,781 | 42 | 6/8/2022 | 7/27/2022 | 1,149,752 | 878,131 | 76.4% |
| RED TELECOM | 3,220,367 | 2 | 1/10/2022 | 2/8/2022 | 957,074 | 591,927 | 61.8% |
| LATA1-PHILIPPINES | 3,067,103 | 35 | 1/27/2022 | 3/11/2022 | 820,374 | 328,542 | 40.0% |
| WHISL-Impact_Tmob_INTL_Originated | 3,038,805 | 43 | 7/18/2022 | 8/29/2022 | 394,442 | 291,569 | 73.9% |
| OPEXTEL | 2,069,901 | 1 | 2/8/2022 | 2/8/2022 | 2,041,121 | 2,027,535 | 99.3% |
| INTERMAX | 1,186,363 | 2 | 1/10/2022 | 2/8/2022 | 5,488 | 560 | 10.2% |
| WHISL | 877,594 | 1 | 1/10/2022 | 1/10/2022 | 694,627 | 679,734 | 97.9% |
| PERUCALLS | 470,985 | 2 | 1/10/2022 | 2/8/2022 | 826 | 109 | 13.2% |
| LATINO-FLAT | 443,756 | 25 | 1/27/2022 | 5/20/2022 | 255,177 | 196,012 | 76.8% |
| RSCOM | 382,819 | 2 | 1/10/2022 | 2/8/2022 | 237,505 | 209,772 | 88.3% |
| TELINTEL | 248,297 | 2 | 1/10/2022 | 2/8/2022 | 175,217 | 118,821 | 67.8% |
| AXKAN | 171,237 | 1 | 2/8/2022 | 2/8/2022 | 31,580 | 10,047 | 31.8% |
| IN_TFT | 45,370 | 2 | 1/10/2022 | 2/8/2022 | 44,198 | 43,043 | 97.4% |
| ETELIX | 44,290 | 1 | 1/10/2022 | 1/10/2022 | 41,894 | 40,646 | 97.0% |
| LATINO | 25,732 | 2 | 1/10/2022 | 2/8/2022 | 5,095 | 3,522 | 69.1% |

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WHISL-Directo_Vzon | 22,299 | 17 | 8/24/2022 | 9/9/2022 | 5,026 | 4,515 | 89.8% |
| LATA1 | 12,321 | 1 | 2/8/2022 | 2/8/2022 | 12,320 | 12,319 | 100.0% |
| TELEFONICA | 11,781 | 2 | 1/10/2022 | 2/8/2022 | 2,621 | 2,320 | 88.5% |
| TELECOM USA | 10,528 | 2 | 1/10/2022 | 2/8/2022 | 3,768 | 791 | 21.0% |
| LEXICO | 8,812 | 1 | 1/10/2022 | 1/10/2022 | 8,785 | 8,766 | 99.8% |
| ETELIX-CONV0012 | 4,948 | 18 | 5/12/2022 | 6/24/2022 | 3,852 | 3,369 | 87.5% |
| ALCASAGAR | 3,011 | 1 | 2/8/2022 | 2/8/2022 | 1,633 | 1,046 | 64.1% |
| CCS_GOLD | 889 | 1 | 2/8/2022 | 2/8/2022 | 616 | 344 | 55.8% |
| Florida-SSC | 7 | 1 | 2/8/2022 | 2/8/2022 | 1 | - | 0.0% |
| EZLLAMA | 4 | 1 | 1/10/2022 | 1/10/2022 | 2 | 1 | 50.0% |

## Analysis of Low Answer Rates and Short Duration Calls

Average Call Duration (ACD) provides an indication of engagement between originating and receiving parties. Call originators who truly seek to inform the recipient of why they are calling will traditionally at the very least leave a voicemail message about why they called (such as an appointment reminder, confirmation, etc). Call originators who are seeking to only find a live recipient while balancing the cost of making calls will typically result in extremely short duration calls. While some people engage with an unrecognized call, unwanted calls face challenges in keeping a significant number of consumers on for longer duration and many calls upon being answered are immediately hung up as the consumer hears an automated voice on the line.

Answer Seizure Rate (ASR) describes the proportion of calls that are answered by a human or their voicemail system. ASR naturally varies between callers and their content. A low ASR could be indicative of the caller not being recognized by the recipient, such as is the case with highly variable origination numbers, or the call being unwanted. It could also indicate call blocking in the phone network or on the recipient's device.

ACDs ranging from near-zero seconds to over 1 minute can be indicative of robocalling activity – this is dependent on the consistency of the robocalls in terms of their configured behavior and their proportional representation within a set of traffic. If a robocaller configures their behavior to generate millions of calls at 30s in duration, such a bias towards those durations can be observed within CDR data. A robocall could also configure their robocalls to be 65 seconds long in order to move the average call duration up over 1 minute. Further, robocall operators can optimize their answer rates (ASRs) by configuring how often they leave a voicemail message for the recipient. As such, there is no obvious value that indicates robocalls – lawful or unlawful, as these values can be pre-determined by robocall operators and a deeper analysis of specific

traffic is necessary to correlate ACD and ASR values to robocalling/dialer behavior different than conversational behavior.   Nonetheless, any data set where the average call duration is below 20 seconds, or the answer rate is below 30-40% can be a fast indicator of calls generally unwanted by their recipients or delivery issues where providers would take an active role in working with their customers to understand their use cases and try to improve their answer rates and call deliverability.

*Findings:*

5. The ASR across the full deduplicated dataset is 23.3%.
6. The ACD across the full dataset was 21.8 seconds, where 29.6% of calls lasted more than 20 seconds, 4.0% remained connected for more than 60 seconds, and 1.0% remained connected for over 2 minutes.
7. The following data sets averaged call durations under 20 seconds.

| Provider | Calls | Days | First Call | Last Call | Answer Seizure (ASR) | Avg Call Dur (ACD) |
|---|---|---|---|---|---|---|
| RED-LOWSDP | 892,906,874 | 342 | 1/27/2022 | 3/7/2023 | 8% | 11 |
| WHISL-AAT_CC | 356,479,897 | 60 | 10/1/2022 | 6/1/2023 | 40% | 12 |
| WHISL-RED_Dialer | 342,494,117 | 243 | 7/17/2022 | 3/16/2023 | 46% | 10 |
| WHISL-Impact_SCD | 116,026,484 | 44 | 7/17/2022 | 8/29/2022 | 35% | 10 |
| GNH-USA | 47,297,730 | 84 | 1/27/2022 | 5/4/2022 | 4% | 14 |
| ETELIX-USA | 26,049,924 | 49 | 2/11/2022 | 6/24/2022 | 33% | 18 |
| AXKAN | 23,174,481 | 47 | 2/4/2022 | 3/31/2022 | 39% | 18 |
| ALKA | 10,483,993 | 4 | 11/6/2020 | 2/2/2021 | 20% | 16 |
| LATA1 | 9,273,737 | 2 | 1/10/2022 | 2/8/2022 | 35% | 19 |
| WHISL-RSCOM_CanadaCC | 8,684,329 | 206 | 11/8/2022 | 6/1/2023 | 21% | 14 |
| OPEXTEL | 5,524,506 | 11 | 1/28/2022 | 2/10/2022 | 66% | 9 |
| RED-TMOB0009 | 3,886,781 | 42 | 6/8/2022 | 7/27/2022 | 0% | 0 |
| OPEXTEL | 2,069,901 | 1 | 2/8/2022 | 2/8/2022 | 64% | 8 |
| INTERMAX | 1,186,363 | 2 | 1/10/2022 | 2/8/2022 | 50% | 9 |
| WHISL | 877,594 | 1 | 1/10/2022 | 1/10/2022 | 45% | 12 |
| PERUCALLS | 470,985 | 2 | 1/10/2022 | 2/8/2022 | 30% | 15 |
| RSCOM | 382,819 | 2 | 1/10/2022 | 2/8/2022 | 3% | 18 |
| TELINTEL | 248,297 | 2 | 1/10/2022 | 2/8/2022 | 2% | 17 |
| LATA1 | 12,321 | 1 | 2/8/2022 | 2/8/2022 | 38% | 19 |
| LEXICO | 8,812 | 1 | 1/10/2022 | 1/10/2022 | 9% | 5 |
| SSC | 7 | 1 | 2/8/2022 | 2/8/2022 | 57% | 19 |

Note: The RED-TMOB0009 dataset showing 0% ASR and 0 ACD calls is correct as the provided CDRs had a duration value of 0s for all lines.

8.  Overall, across all the datasets, the average call durations over time have shifted significantly. Appendix III includes the breakdown of the average call duration over time for all datasets.

Call Duration Cohorts



9.  The LATINO-CONVO (responsible for 3.8 million calls over 233 days) dataset exhibits average call duration behavior expected for lawful, healthy calls where the originator and the recipient would interact or the originator would leave a voicemail message of an even distribution of lengths.  Note there is a good volume of 6-12s and 12-18s duration calls as a lawful, real originator may be dialing and reach a voicemail prompt but choose to not leave a voicemail.  Then there is a fair distribution of durations in 6 second intervals all the way up to 1 minute in duration.  Finally, there is a strong presence of calls with durations over 1 minute with an even stronger concentration at calls lasting 15 or more minutes.  These distributions are ones that would be seen in voice communications where the voice call is desired by the recipient because these durations suggest the originator is leaving a message (rather than hanging up at voicemail) or the recipient has engaged the originator a significant percentage of the time.



10. The LATA1-MEX (responsible for 296 times as many calls as LATINO-CONVO at 595 million calls over 123 days) average call duration indicate a high concentration of robocalls of 24-30s and 30-36s durations.  For example, such duration voice calls make up over 57% of calls in this dataset for several months.



11. The KWK-CONVO dataset (responsible for 181 million calls over 316 days), despite having "CONVO" in the naming convention, typically an abbreviation for "conversational", shows a high presence of robocalls prior to 2023 as evidenced by 30-36s duration robocalls (21% of traffic) and 60-90s duration robocalls (19.5% of traffic).



12. In 2023, the KWK-CONVO dataset changes where the 60-90s duration calls drop as a representative sample and a high volume of 15min+ duration calls begin indicating the shift to "conversational traffic" is a 2023 change within this dataset, which brings up the average call duration of the blended traffic.



13. Examining the largest data set (RED-LOWSDP with 892 million calls over 342 days) and third largest data set (RED-CONVO with 535 million calls over 336 days) shows an extreme presence of robocalls configured to avoid leaving any audio evidence (voicemail) as they reach recipients.



14. Over a multiple month stretch from July 2022 to March 2023, the distribution of call durations shifted from 20% 0-6s, 47.7% 6-12s, 23% 12-18s to increase their average length to 1.7% 0-6s, 12% 6-12s, 78% 12-18s which would indicate the presence of an intentional behavioral change to increase the durations of the voice traffic.

13

| Month of Date | 2022-07 |
| --- | --- |
| Provider Dataset | RED-LOWSDP |

| Duration | Perc |
| --- | --- |
| 0-6 sec | 20.64% |
| 6-12 sec | 47.75% |
| 12-18 sec | 23.09% |
| 18-24 sec | 2.31% |
| 24-30 sec | 2.33% |
| 30-36 sec | 1.57% |
| 36-42 sec | 0.83% |
| 42-48 sec | 0.53% |
| 48-54 sec | 0.32% |
| 54-60 sec | 0.14% |
| 60-90 sec | 0.28% |
| 120-150 sec | 0.10% |
| 180-210 sec | 0.03% |
| 240-270 sec | 0.02% |
| 5-10 min | 0.04% |
| 10-15 min | 0.01% |
| 15+min | 0.01% |

| Month of Date | 2023-02 |
| --- | --- |
| Provider Dataset | RED-LOWSDP |

| Duration | Perc |
| --- | --- |
| 0-6 sec | 1.69% |
| 6-12 sec | 12.37% |
| 12-18 sec | 78.38% |
| 18-24 sec | 2.43% |
| 24-30 sec | 1.30% |
| 30-36 sec | 1.35% |
| 36-42 sec | 0.80% |
| 42-48 sec | 0.45% |
| 48-54 sec | 0.26% |
| 54-60 sec | 0.19% |
| 60-90 sec | 0.55% |
| 120-150 sec | 0.11% |
| 180-210 sec | 0.03% |
| 240-270 sec | 0.03% |
| 5-10 min | 0.04% |
| 10-15 min | 0.01% |
| 15+min | 0.01% |

In further sections, the top audio evidence captured for these datasets is disclosed, which can further lend insight into the specific types of robocalls that bias average call durations within those datasets.

## Analysis of Phone Number Spoofing

Number spoofing is a tactic whereby call originators intentionally place calls from a number which does not belong to them. They may use:

**Invalid numbers:** invalid numbers are not valid in the numbering plan (such as a number in area code 100). This can further be expanded to numbers that are unallocated or unassigned at the time the call is placed.

**Neighborhood numbers:** a number that is intentionally 'within the neighborhood' of the recipient of the call (i.e. they may choose to spoof a number in area code 310 when calling an individual with a 310 area code number, in an attempt to increase the odds of a call being answered because it is perceived by the recipient as local).   This is specifically known as neighborhood spoofing where the call originator may use any number of leading digits, generally from 3 to 9, matching the number of the call recipient.

A phone number can be written as +1 NPA-NXX-XXXX where NPA is the area code, NXX is referred to as the exchange or central office, and the XXXX is the line or station number.

Examples of Neighborhood spoofing are discussed later in this document.

**DNO (do-not-originate) numbers:** these are numbers that belong to organizations or enterprises that have indicated that they *never make outbound calls* from these numbers – that is, those numbers are only called but never make outbound calls.   When these are present in call detail records, they would indicate a party has either intentionally or unintentionally spoofed their originating number since they have used a number that is known to never make originating calls.

Findings:

15. About 86.6 million calls (3.7%) used 39.3 million (6.5%) distinct invalid origination numbers.
16. Phone number utilization can also be compared to the total number of available phone numbers within an area code or state. A network that utilizes large quantities of numbers may warrant further review. For example, Florida has approximately 50 million assignable phone numbers. This dataset contains 45.7 million unique origination numbers and 30.0 million unique destination numbers with a Florida area code. In Texas more unique origination numbers were used than there are assignable numbers in that State.
17. For 1119 connected call records, primarily on WHISL, RED and KWK, the origination and destination number matched. Some phone providers use such a 'self-call' as a means to access the subscriber's voicemail system. 98 of such calls show a duration greater than 30 minutes.
18. Number spoofing can also target specific phone numbers, for example when the caller wishes to impersonate the entity the phone number is associated with.  Each of the following figures can be viewed in comparison to the overall average of number utilization of 4.2 calls per origination number across the datasets.
19. The CDRs show that ten thousand calls were transmitted from phone numbers that matched phone numbers that Apple indicated were DNO numbers.
20. 23 thousand calls were made with one or more phone numbers associated with Wells Fargo, 12 thousand with Citi, 30 thousand from Chase, almost three thousand Bank of America, and hundreds using numbers from Mastercard and Discover.
21. 64,707 calls were made from phone number belonging to the Fairbanks Police Department – Alaska State Police.  18,389 calls showed as coming from hundreds of phone numbers associated with the Social Security Administration. 1,852 calls used a phone number of the Polk County Sheriff's Office Northeast Substation - Florida State Law Enforcement.

22. The CDRs indicate that well-known corporations may also have been targeted: CVS (21 thousand), FedEx (30 thousand calls), Best Buy (13 thousand), Amazon (7 thousand), Microsoft (3 thousant), Walmart (3 thousand) and Comcast (4 thousand).

23. Medicare, FEMA and various Law enforcement phone numbers were routed hundreds or thousands of times, including 70 phone numbers of the NYPD and over a thousand calls from U.S. Marshals Service phone numbers.

24. In all, over 294 thousand calls impersonated law enforcement, financial institutions, or other well-known brands using Do-Not-Originate numbers, at one point exceeding 63 thousand calls a week.

## Analysis Of Recipient Geographic Location

YouMail Protective Services is often engaged to determine the subset of calls within a set of CDRs that terminated at consumers within a given geographic jurisdiction.

The CDR dataset provided encompassed calls to destinations across North America (USA and Canada).

Findings:

25. Geographically, most call attempts were made to Texas, California, and Florida, in that order.



26. Of those, 30.4 million phone numbers with a Florida area code received 86.9 million connected calls lasting on average 17.5 seconds when answered.

## Analysis of Telemarketing Hours and Do-Not-Call-Registry (DNC) Data

YPS analyzed call records to understand which calls to recipients who are registered on the Federal Trade Commission (FTC) Do-Not-Call (DNC) Registry. We also reviewed the FTC Telecommunications Sales Rule (TSR) restrictions around Telemarketing hours, as well as State-level calling restrictions around specific dates or times of day.

For further analysis on intent and content samples of these calls to determine applicability of telemarketing rules and laws, refer to the "Analysis of Campaigns calling outside of Telemarketing Hours" that follows.

Findings:

27. 1,094 million, out of the 3.4 billion deduplicated call attempts were made to 120.9 million phone numbers on the Federal Do Not Call list.

28. The FTC TSR defines Calling Time Restrictions. A telemarketer requires prior consent to call a person's home outside the hours of 8 a.m. and 9 p.m.  YouMail observed 87.0 million (1.2%) call records were outside these hours based on the time zone associated with State of the area code called.

29. Various States, including Florida, have their own further calling hours restrictions. Call records to phone numbers in the eighteen States for which we analyzed State-level calling restrictions, show an additional 43.6 million (1.2%) of calls were attempted during hours restricted by the State beyond those already covered by the FTC TSR Calling Time Restrictions.



## Analysis Using YouMail Consumer Voice Call Evidence

YouMail, as a provider of answering services for North American consumers, records messages left by callers to its end-user subscribers, which can be analyzed for known matches to unlawful recordings.

Call records that match between the data provided by Requestor and YouMail consumer call records were stored in a new database table for further analysis.

A match required the call to have the same originating number, same destination number as the number that YouMail serves as the answering service for that number and were required to occur within a tolerance of 300 seconds between the two record sets. This time window allows for calls to ring on the customers (mobile) phone before being redirected to YouMail as missed calls as well as any discrepancy between the time setting on the logging platforms used for the data. Note that when YouMail is engaged as the answering service for a mobile phone number, when that configuration is active, YouMail is answering all calls (100%) for that consumer – thus YouMail has a record of all call evidence for that consumer when it is in use by a given consumer.

Calls that did not connect (typically due to network rejection based on an originating providers' behavior or reputation) or had a duration of zero seconds were removed.

### Findings

30. Approximately 167.1 thousand call records from the CDR datasets were mapped to YouMail consumer call records for this analysis with both audio recordings and transcription data available for the purpose of analyzing unlawful voice calls.

## Analysis of Recorded & Transcribed Calls Matched To CDRs

YouMail provides the ability for consumers to transcribe their voicemail recordings into readable text for convenience and additionally for protection from recordings that would transcribe into known content that matches threats positively linked to fraud, identity theft and unlawful, deceptive telemarketing.

Robocalls and bulk calls are organized and classified as Campaigns and often linked to Subjects of Interest or Threat Actors that operate those Campaigns as they target consumers. Much like an advertiser may utilize many different advertising campaigns to reach consumers in a given time period in order to incite a transaction, threat actors employ similar techniques and tactics through their campaigns to victimize consumers.

Not all voice calls that YPS linked with the provided records with a recording have a readily available, usable transcription for analysis. The reasons for this vary – in some cases consumers may opt to not have their voicemail transcribed out of privacy concerns and such consumers were excluded from this analysis. Additionally, short duration calls with a transcript shorter than 20 characters of text were excluded.

YouMail and YPS score campaigns in three different dimensions for the purposes of content analysis – Unwanted, Fraud and Unlawful Telemarketing. For more details on this analysis, see the Appendix II on scoring of calls.

### Findings

31. Significant quantities of fraudulent and unwanted robocalls and scams were found within many of the analyzed data sets. Of the 217 thousand call records that were mapped to YouMail records, over 166.0 thousand calls **(53%)** had recording and transcription evidence linked to known tracked unwanted robocalls.  Only 1624 calls **(less than 1%)** were identified as wanted robocalls (such as appointment reminders or school notices).   This is not an indication that all of 46% not included above were wanted calls and may be indicative that as of the present date, the YouMail Team has yet to confirm evidence of these calls as wanted, unwanted, unlawful or fraudulent.
32. Of the calls deemed unwanted, 113.8 thousand **(68% of the unwanted)** were triaged by our curation team as almost certainly unlawful and of those, 79.6 thousand **(48.0% of the unwanted)** were triaged as almost certainly fraudulent.
33. For example, the following scams were found within the dataset indicated below: AT&T Rewards Scam, Account Deactivation Scam, Apple iCloud Scam, Arrest Warrant Scam, Automatic Charge Scam, Bill Reduction Scam, Canada Social Insurance Scam, Chinese Language Scam, Compromised IP Scam, Computer Security Scam, Contest Winner Scam, Credit Card Issues Scam, Debt Reduction Scam, Disability Benefits Scam + 41 other scam campaigns.

Datasets that carried Campaigns with Almost Certainly Fraudulent Themes



34. When analyzing the provided datasets representing upstream providers/customers for fraudulent robocalls, the upstream responsible for the majority of the fraudulent traffic appears to shift over time from initially ALKA to LATA1 to RED and WHISL.   However, the provided data for each of these three parties (ALKA, LATA1 and RED) spans each of those time periods:
ALKA : 4 days, with gaps, 11/6/2020 to 2/2/2021
LATA1 : 2 days, with gaps, 1/10/22 and 2/8/22
RED : 5 data sets, 1/27/22 to 3/7/23
WHISL : 13 data sets, primarily 7/17/22 to 6/1/23

35. To provide a better understanding of this traffic, it would be helpful to have insight into factors that may have changed the relationships with ALKA, LATA1 and RED during these times.

36. Campaigns do not originate from a single source dataset. Some campaigns are observed to transition from one source to another over time.

Fraudulent Campaign Categories (may consist of one or more Campaigns) and the Datasets that carried them



37. There are greater nuances within the data than shown above. Campaign categories don't cut over between sources, but rather campaign volumes migrate across the sources, fluctuating over time.

Campaigns moving between datasets



38. The next chart shows same data with Campaign and Dataset dimensions switched, showing the themes of content carried by each dataset.

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

Campaigns moving between datasets



39. The data doesn't explain the motivation for Campaign traffic moving around like this.

40. Below are the most common Campaigns observed within the YouMail audio captures. For each, the number of calls to recipients on the March 2023 FTC DNC is provided.

| Campaign | Transcript sample | Datasets | YouMail Audio Captures |
|---|---|---|---|
| Centro De Cobertura | Esta es una llamada es muy importante del centro de cobertura médica para tratar hablar | ETELIX, LATA1, RED,WHISL | 16,917 (FTC DNC: 10,158) |

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

24

| Médica | con un agente oprima uno. Para ser eliminado de la lista oprima 2 | | |
|---|---|---|---|
| Employee Retention Credits | Yes this is Jerry today is MMM DD. I still need to speak with you regarding your employee retention credits. I believe your business could be entitled for up to $26,000 per employee but I do just need to confirm the eligibility so could you please return my call at your earliest convenience and as a reminder this program is limited and such expire. You can reach me at 866-***-****. Thank you so much and talk to you soon. | KWK,RED,WHISL | 14,125 (FTC DNC: 9,805 |
| Announcement / Telephone Pre-Selected | Hi this is an exclusive announcement from Marriott Hotel. Your telephone number has been pre-selected to receive a complementary stay and one of our five-star hotels for further details press one now to be placed on the do not call list press two now. | ETELIX, KWK, LATA1, RED,WHISL | 14,123 (FTC DNC: 9,097) |
| Cero Primas / Cero Copagos | Hola. Soy ahora del departamento de seguros médicos. Usted podría calificar para recibir seguro gratis. Cero primas cero copados. Oprima el uno ahora para información sin compromiso. Oprima el dos ahora para ser eliminado de la lista. | ETELIX, LATA1 | 10,920 (FTC DNC: 6,970 |
| Financial Hardship Loan | Hi this is *** ***. Our records indicate that you qualify for a financial hardship loan that can eliminate credit card collections and personal loan debts over $10,000. Your approval code is 210722. Your approval will remain open in my system for only one more day. If you could call me as soon as possible at 202-***-**** again that's 202-***-****. Thank you. | KWK,RED,WHISL | 12,248 (FTC DNC: 6,396) |
| Our Advantage Program | Yes this is Barbara with advantage approval department. My phone number is 866-***-****. I left you a message last week I'm not sure if you spoken to an assigned agent regarding our advantage program but I do see that your pre-approvals for up to $61,000 so what I'm gonna do is just go ahead and keep this in pending status for you and if you have about 10 minutes today just go ahead and give me a call back we can go over the details with you as well as the benefits. So again my phone number is 866-***-****. Thank you. | KWK, RED, SMART NETWORK, WHISL | 11,539 (FTC DNC: 5,856) |
| Choosing / Membership | Thank you for choosing Marriott hotel, we would like to inform you that think to the | ETELIX, KWK, LATA1, | 7,373 (FTC DNC: 4,904) |

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

| | | | |
|---|---|---|---|
| Drawn | friends and family rewards program. Your membership was drawn to receive a complimentary stay. For further details, press one now. To be placed on the do not call list, press two. | RED,WHISL | |
| Employee Refund Department | This is *** ****. I'm calling from the employee refund department. Today is MMM DD and I've been assigned your case because your business is eligible under the Cares Act to receive up to $26,000 for every employee that you retained during the pandemic. Give me a call at your earliest convenience. | KWK, RED, WHISL | 3,840 (FTC DNC: 2,722) |
| Booking Number / Do Not Call | (…) hotels. We would like to inform you that your booking number was selected for a complimentary stay. For further details press one now. To be placed on the do not call list press two now. | ETELIX, KWK, LATA1, RED, WHISL | 3,789 (FTC DNC: 2,612) |
| Extending or Reinstating | Reinstate your cars warranty or press two to be placed on the do not call list. Once again press one now or press two to be placed on the do not call list. You can also call [toll-free number]. | ETELIX, KWK, LATA1, RED, WHISL | 2,368  (FTC DNC: 1,888) |
| Kept On Payroll | It still looks like your business and will likely receive a refund of up to $26,000 for every employee kept on payroll during the year 2020 and or 2021. You do not have to pay this money back so it's not a loan. Just call me back at 866-***-**** that's 866-***-****. Thanks and I look forward to answering any questions you have bye. | WHISL | 2,230 (FTC DNC: 1,678) |
| Free Grant Funding | (…) They can provide funding of up to $26,000 per employee for your business. Don't miss out on this opportunity to secure a free Grant funding. Please press zero now to be transferred to a specialist that can enroll your company. If we have reached you in error press eight to be removed. You can reach our corporate office at 725-***-****. | WHISL | 2,036 (FTC DNC: 1,399) |
| Medicare Or Medicaid | (…) to reach you to qualify for free health coverage this open enrollment period. It is urgent that you press one now, if you don't have Medicare or Medicaid. Open enrollment is closing soon so press one now or press two to be placed on a do not call list. | WHISL | 2,733 (FTC DNC: 1,339) |
| Amazon / For Your Recent Order | This is Amazon. This call is to authorize the payment of $1,499 for the recent order of Apple Mac book pro on your Amazon account. | AXKAN, ETELIX, GNH, RED, KWK, WHISL | 2,028 (FTC DNC: 1,299) |

| | | | |
|---|---|---|---|
| | If you do not authorize this payment, please press one to speak to our customer support representative. | | |
| Petition Will Be Filed | Hello this is to inform you that the Student Loan payment suspension has been extended to December 31 of this year. Also everyone is now going to get $10,000 dismissed upon income verification. If you do not verify your income on January 1 your payments will start back up automatically. To receive the full dismissal not just the $10,000 dismissal a petition will be filed in your behalf so that your loan payments do not begin on January 1. If you're being serviced by Nell net Navient loans or Great Lakes. Please press five on your phone now. If your service or was not listed. You can also receive a dismissal by pressing five. If you have verified your income and receive your partial or full dismissal all ready, please press nine to stop your notifications. Thank you. | KWK, RED, WHISL | 2,278 (FTC DNC: 1,218) |
| Employee Refund Credits | Hey there this is *** **** with *** approval department. It's MMM the DDth and I'm not sure if you've spoken to an assigned agent yet regarding your company's employee refund credit but I do see here your company's refund is prequalified for up to $26,000 per employee. So if you could please be sure to give me a call back my number is 844-***-**** and then I'm going to give you a reference number if you could have that handy when you call back that would make things easier for us. Your reference number is 010103. Thank you and I'll talk to you soon. | WHISL | 1,905 (FTC DNC: 1,085) |
| Employee Retention Refund Department | Yes, this is *** ***. I am calling from the employee retention refund department today is MMM the DDth I've been assigned your case because your business is eligible to receive up to $26,000 for every employee you retained during the pandemic can give me a call at your earliest convenience. So we can go over your refund application. I can be reached at 855-***-****. Thank you. | RED, WHISL | 1,302 (FTC DNC: 955) |
| Promotional Family Price | To receive free all-inclusive vacations for promotional family price of only $999. For further details press one now. To be placed on the do not call list press two now. | ETELIX, KWK, LATA1, RED | 1,317 (FTC DNC: 937) |

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

| | | | |
|---|---|---|---|
| Flagged For Forgiveness | This is ***. Hi this is *** *** on behalf of the Student Loan Debt Relief Department. Your case number is ****. Your loans has been flagged for forgiveness under the new guidelines. Your file will remain open in my system for only one more day. If you could please call me as soon as possible at 202-***-****. | RED,WHISL | 1,475 (FTC DNC: 763) |
| Tax Debt / Walk You Through Reducing | (…) You recently asked for assistance on your IRS tax debt. This call will connect you to a tax professional who can walk you through reducing or eliminating what you owe to the IRS. To have a tax professional join us on the line now press two. If you no longer require our system press nine. Thank you and have a wonderful day. | KWK, RED, WHISL | 2,135 (FTC DNC: 747) |
| *Used For Any Purpose* | (…) dollar loan that can be use for any purpose including paying off debt or unexpected bills. To finalize your application press one to be removed from our list press nine. | KWK, RED , WHISL | 1,137 (FTC DNC: 737) |
| *Finalize The Dismissal* | Hello All Student Loan payments have been paused for the past two years. This is to inform you that the student loan payment suspension ends this month on August 31. On September 1 your payments will start back up automatically. Most people have received and finalize the dismissal on the balance of their loans. If you've not received your dismissal, a petition will be filed on your behalf so that your loan payments do not begin in September. If you're being serviced by Nell.net, Navient pad loans Great Lakes. Please press five on your phone now. If your service or was not listed. You can also file your petition by pressing five now and we will locate your current servicer. | KWK, RED, WHISL | 1,144 (FTC DNC: 734) |
| Economic Security Act | Yes this is Julie Michaels and I'm calling in reference to your unclaimed benefit from the Economic Security. I need to discuss some new changes that I've recently taken a fact so if you could please be sure to give me a call back. My number is 866-***-**** and then I'm going to give you a reference number if you could have that handy and call back. | WHISL | 950 (FTC DNC: 687) |
| Company's Available | hi it's *** *** with the anti approval department it's MMM the DDrd i still need to speak with you regarding your company's | WHISL | 664 (FTC DNC: 589) |

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

| Refund | available refund credits. I believe your business could be entitled for up to twenty thousand dollars per employee this is not alone there is no upfront payment to apply so could you please or turn my call when you get this message you can reach me at 833-***-**** thinks and i will talk too soon | | |
|---|---|---|---|
| Regarding Back Taxes | This may be our final attempt to reach you regarding back taxes that can be resolved. Please press zero now to be transferred. Please press eight to decline this offer. | KWK, RED, WHISL | 800 (FTC DNC: 579) |
| Government Issued The Reopening | Hello this is our final attempt to reach you to be qualify for assistance. That helps pay for your health insurance through the market place. The government issued emergency order reopening the health insurance market place and in most cases your monthly premium will be from one dollars to $20 per month. Please press zero now to be transferred to a license agent. If we have reached you in error please press nine now to be removed. | KWK, RED, WHISL | 731 (FTC DNC: 564) |
| Tax Compromise Program | Hello this is Sam from the Tax Resolution Center. We are trying to reach you regarding the new tax compromise program that is now open for enrollment. If you still have some open tax debt the new tax compromise program will allow you to eliminate this debt even it will be deemed temporarily non-collectible. However you must select during the current open enrollment. If you have no tax debt or simply not interested please press nine to be removed from our list. If you have tax debt and would like to enroll in the program. Please press two to speak with a representative now. | RED, WHISL | 815 (FTC DNC: 552) |
| W-2 Employee / Care's Act | Please listen to this important announcement. This is a final notice and the message will be marked as delivered. Your business still remains prequalified to receive up to $26,000 per W2 employee under the cares act. Due to the pandemic, there is no prepayment necessary. In order to complete your application, press one now to speak with a live representative. If you wish to decline the employer retention credit program or would like your phone number to be reached press | RED, WHISL | 712 (FTC DNC: 549) |

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

| | two. | | |
|---|---|---|---|
| Outstanding Federal | Hi this is *** *** with Student Services Department. I'm following up in regards to your outstanding federal student loan balance. We have been trying to reach you because you are eligible for the Federal Student Loan forgiveness program due to changes made as of June 2022. If you are eligible, the borrowers may qualify for up to 85% reduction of their current repayment application. Interested borrowers must take the following action to determine eligibility under these new guidelines. It's imperative that we speak to you as soon as possible since the (…) payment is about to come to an end. Please reference number *** and you can reach us directly at 833-***-*** again that is 833-***-****. | RED, WHISL | 1040 (FTC DNC: 543) |
| Avoid Any Legal Proceedings | Hello this call in reference to an important legal matter. We've tried to reach you via mail but you failed to respond within 48 hours. Stay connected to speak with a concerned officer to avoid any legal proceedings. Press one to continue. I repeat press one to continue. | AXKAN, LATA1, GNH, RED, OPEXTEL | 870 (FTC DNC: 541) |
| Our Best Resort | Thank you for staying at Hilton hotel, you were randomly selected amongst thousands of Travelers to receive a complimentary all inclusive day and our best Resort to accept press one. Now if you do not wish to receive any further offers press two now. | KWK, LATA1, WHISL | 795 (FTC DNC: 541) |
| Under The Care's Act | Yes, this is *** ***. I'm calling from the employee refund department. I've been assigned to your case because your business is eligible under the Care's Act receive up to $26,000 for every employee retain during the pandemic. Give me a call at your earliest convenience. So we can go over your refund options. I can be reached at 833-***-****. So I do hope to hear from you soon and have a great day. | KWK, RED, WHISL | 742 (FTC DNC: 539) |
| Service Agent / Go Over Options Renew Or Extend | This is *** with an important message about your automobile service contract. Seems like the time to renew or extend your service contract has expired or will be expiring shortly. If you would like to keep coverage for extended press eight to speak to a customer service agent and go over options. Press the | KWK, RED, WHISL | 547 (FTC DNC: 537, 91%) |

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

| | | | |
|---|---|---|---|
| | number nine, if you're declining coverage or wish not to be reminded again. | | |
| Clean Energy Upgrades | This message is provided by the administration of energy savings. The state has not set aside $1.3 billion. Your home is eligible for up to $10,000 to use for clean energy upgrades for exterior paint new windows HVAC drought tolerant landscaping cool roof and solar to find out how much your home is qualified for. Press one if you're home has already been qualified. Press nine. | KWK, RED, WHISL | 733 (FTC DNC: 517) |
| Loan Forgiveness Program | Hi this is Lance Mitchell with education support Center. I'm following up in regards to your outstanding school loan balance. We've been trying to reach you because you were eligible for loan forgiveness program. Due to the changes made as of September 20 2022. Although the school loan payment extension has been extended to December 31 of this borrowers are eligible to receive more than just a 10. | RED, WHISL | 904 (FTC DNC: 513) |
| Zero Tax Debt Relief | Hello I'm a virtual assistant for *** *** with US Tax expert and A+ BBB rated company. We were trying to reach you regarding on the use of your debt relief program that is now open for enrollment. Our record shows you may still have some open past that and the new zero tax release program will allow you to eliminate this debt giving it will be deemed temporarily non-collectible. However you must elect during the current open enrollment. If you have tax debt and would like to enroll in the program. Please press one if you have no type that or simply not interested please press two to be removed on our list. Thanks and have a good day. | RED, WHISL | 1055 (FTC DNC: 505) |
| The Forbearance Period | Hello please listen to this important message. Our records indicate that you were contacted by the student loan forgiveness Center. The forbearance period expires soon payments will begin to resume due to rising costs and inflation. You are eligible for a student loan forgiveness program that will removal reduce your monthly payments once the forbearance period is over. If you would like to proceed with your application. Press one if you would | KWK, RED, WHISL | 824 (FTC DNC: 435) |

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

| | | | |
|---|---|---|---|
| | like to be removed from our list press nine. | | |
| Carnival Cruises | Congratulations you have been selected by Carnival Cruise to receive an eight day seven night complimentary all inclusive cruise. For further details, press zero now. To be placed on the do not call list, press two now. | ETELIX, KWK, LATA1, WHISL | 618 (FTC DNC:417) |
| Tax Debt Compromise Program | Hi this is Beth Campbell on behalf of the tax debt resolution Department. Your case eligibility number is **** according to our records you qualify for the fresh start fax that compromise program. This will allow you to eliminate any outstanding tax for as much as 90%. | RED, WHISL | 770 (FTC NDC: 397) |
| Amazon / Fake Bad Transaction | Mobile number followed by the pound key to confirm a pre, authorized purchase of an Apple Mac book pro in an Apple Ipod is being ordered from your Amazon account for an amount of $1,537.35 to cancel your order or to connect with one of our customer support representative please press one. | AKAN, ETELIX, GNH, KWK, RAZA, RED, SMART NETWORK, WHISL | 485 (FTC DNC: 374) |
| COVID Test Kit Coming | Hey, this is Ashley from the national health center. I just want to let you know that you have a covid test kit coming in the mail. It's part of your Medicare benefits and it's absolutely free for you and your family press by. | RED, WHISL | 423 (FTC DNC: 373) |
| 2022 Open Enrollment Rates | Hello there this is a call from your local Health Insurance Agency. Our records indicate that you qualify for our 2022 open enrollment rates starting as low as two dollars per day. Our major medical plans provide coverage 100% deductibles and benefits such as doctor and specialist visits hospitalization dental maternity prescriptions and more. To learn more about applying and receive instant approval please press one to be connected. Or nine to be placed on the do not call list. | KWK, RED, WHISL | 1,186 (FTC DNC: 356) |
| Fresh Start Program / Decrease Or Eliminate | Tax debt with the first start program you can have flexible for payment terms or initiatives to decrease or eliminate your tax debt without penalties. So I'm back taxes may be forgiven entirely under certain circumstances. We are connecting you to a senior settlement officer. Please confirm that you are still on the line by pushing five now to be connected to a senior enrollment specialist for press six to be | WHISL | 473 (FTC DNC: 334) |

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

32

| | removed. | | |
|---|---|---|---|
| Back Taxes Compromise Program | Is now open for enrollment. If you have tax debt and would like to enroll in the program. Please press three now to speak with an enrollment agent. If you have no tax debt or simply not interested please press eight to be removed. Thanks and have a good day. | RED, WHISL | 459 (FTC DNC: 321) |
| Order Has Been Placed | Hello this call is to inform you that a pre-authorize order has been placed on your name. So to authorize the order or to talk to our representative please press one or stay on the line. Thank you. | ETELIX, KWK, RED, GNH, WHISL | 511 (FTC DNC: 302) |
| Renew Or Extend | Hi this is Mark with an important message about your automobile service contract things like the time to renew or extend your service contract has expired or will be expiring shortly. If you would like to coverage for extended press three. To speak to a customer service agent and go over options press the number nine. If you're declining coverage or wish not to be reminded again. Hi this is Mark with an important message about your automobile service contract. Seems like the time to renew or extend your service contract has expired or will be expiring shortly. If you would like 60s coverage for extended press eight to speak to a customer service agent and go over options press nine if you're declining coverage for week. | KWK, RED, WHISL | 329 (FTC DNC: 302) |
| Rewards Program | Things Hilton Hotel for a few different rewards program. Your messages football today. For further details press one now to be placed on the do not call list press two now. | ETELIX, LATA | 433 (FTC DNC: 302) |

41. Out of 845 campaigns that called FTC DNC numbers, the above 49 have YouMail evidence of more than 300 calls to FTC DNC numbers. A full list of Campaigns with the number of times they were observed within the datasets and the number of FTC DNC matches is included as Appendix V.

42. The in Appendix V captured Campaigns encompass 165,979 audio recordings, of which 98,392 were on calls to phone numbers on the FTC DNC list.

43. As shown above, many campaigns are similarly themed and close variants of one another. For example, there exist many variants of campaigns impersonating Amazon and/or Apple beyond those listed above. In all, 72 campaigns impersonated or mentioned Amazon for a combined 6,070 recordings (FTC DNC: 3,771). Of those, 4,338 (FTC DNC: 2,689) recordings also mentioned Apple. Sixteen campaigns, 497 (FTC DNC: 316) mentioned Apple without Amazon.

44. Sixteen Campaigns with 1,579 recordings (FTC DNC: 936), predominantly in the ALKA and WHISL datasets, involved Social Security Administration impersonation or "the suspension of your social".

45. The "No Income Documentation" campaign was observed in the YouMail data as having made fourteen calls over a period of from Apr 24th, 2022, to August 3rd, 2022. These calls were made using four origination numbers (925-558-89xx, 714-395-54xx , 949-649-76xx and 714-797-36xx) and originated exclusively from the KWK dataset, which shows 83,694 call records (FTC DNC: 33,776) from these numbers between these two dates to 50,991 recipients, resulting in 16,828 connected calls. The calls all say: *"Hi, this is \*\*\* calling about a possible refinance. Just to let you know, we just started a new loan program called "no income documentation required", meaning you do not have to prove income for a first or the second mortgage. We have lots of clients taking advantage of this program for purchasing new properties, take some cash out for home improvements, debt consolidation or just to have cash in hand. We also offer construction loans. If you or any of your family or friends may be interested in this loan program, please feel free to call me back 949-910-70xx. Again, my phone number is 949-910-70xx. Thank you. And have a great day."*

46. An additional 9,812 call records (FTC DNC: 4,017) exist within the KWK dataset outside the dates for which YouMail was able to confirm the call content on these numbers. These routed to 9,774 recipients and resulted in 964 connected calls.

47. The above analysis leveraged the persistent utilization of just a few origination numbers by a campaign. Among the campaigns in these datasets that is uncommon. Effectively all campaigns exhibit minimal or no origination number reuse. For example, the "Centro De Cobertura Médica" campaign was observed as having used at least 17,474 origination numbers.

48. Various indicators of origination number manipulation were observed:

   The "Package Delivery Scam - Package Has Been Seized" campaign made over 93% of its calls using an originating phone number where the area code matched that of the recipient and over 83% matched the first 6 digits. Both are indicators of neighborhood spoofing.

   The "Health Insurance Scam - Qualify For Free Insurance Coverage" campaign made 100% of calls from numbers within the same area code as the recipient.

   The "Disability Benefits Scam - Senior Aid Helper Regarding Insurance" campaign made over 91% of calls from within the same area code but 0.00% were made with the same first six digits, perhaps as an attempt to avoid being perceived as making neighborhood spoofing calls.

## Analysis of Campaigns calling outside of Telemarketing Hours

Earlier in this document, a high-level analysis was provided of Federal Trade Commission (FTC) Telemarketing Sales Rule (TSR) and State legislated Telemarketing Calling Time Restrictions. A telemarketer requires prior consent to call a person's home outside of these hours.

### Findings

49. Within the provided datasets, YouMail observed 155 Scam, Telemarketing, or Payment Reminder Campaigns that made 1,289 calls outside of the FTC TSR calling hours, based on the time zone associated with the area code of the recipient. An additional 76 Campaigns made calls during State restricted hours, based on the State associated with the area code of the recipient. In all 1,633 campaign calls fell within FTC TSR hours but outside State permitted hours.

50. Several campaigns consistently made calls outside of stated hours. Each campaign is indicated by the name YouMail assigned it, the number of calls outside of TSR and State hours and their relative proportion, and a sample transcription:

   **"Amazon / For Your Recent Order", TSR: 120 (5.5%), TSR+State: 136 (6.2%)**
   *$1,499 for the recent order of Apple Mac book pro on your Amazon account if you do not authorize this*

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

34

*payment. Please press one to speak to our customer support representative.*

**"Amazon / Pre-authorized Purchase", TSR: 32 (6.9%), TSR+State: 36 (7.8%)**
*Pre-authorized process and happily upon receiving(?) orders from your account for an amount of $1537 and 35. To cancel your order or to connect with one of our customer support representative please press one.*

**"Amazon / Electronic Voice Confirmation", TSR: 20 (11.9%), TSR+State: 29 (17.2%)**
*Hard for $866, which was charged on amazon .com. If you have any issue regarding this transaction immediately please press one. I repeat please press one.*

**"An Order Placed", TSR: 24 (11.6%), TSR+State: 28 (13.5%)**
*You to inform you that there has been an order placed for an Apple iPhone 11 pro using your Amazon account if you do not authorize this order press one to speak to our representative or press two to authorize.*

An additional 10 Campaigns impersonating Amazon cumulatively were responsible for 76 calls outside of TSR hours and 96 calls outside of TSR + State hours.

**Renew Or Extend, TSR: 23 (6.8%), no calls in State restricted hours**
*Hi this is Mark with an important message about your automobile service contract things like the time to renew or extend your service contract has expired or will be expiring shortly. If you would like to coverage for extended press three. To speak to a customer service agent and go over options press the number nine. If you're declining coverage or wish not to be reminded again. Hi this is Mark with an important message about your automobile service contract. Seems like the time to renew or extend your service contract has expired or will be expiring shortly. If you would like 60s coverage for extended press eight to speak to a customer service agent and go over options press nine if you're declining coverage for week.*

**Reduce Or Eliminate, TSR: 33 (10.5%), TSR+State: 37 (11.7%)**
*My name is \*\*\* giving you a notification call from our department of tax debt and Financial settlement Services. There are new programs that can help you reduce or eliminate your debt completely. It's possible that your tax debt can now be considered temporarily non-collectible. You can call me back at my personal desk 1-833-\*\*\*-\*\*\*\*.*

**Package Has Been Seized, TSR: 15 (9.7%), TSR+State: 17 (11.0%)**
*(…) your name by US customs and border protection due to criminal activity a legal course of action has been issued under your name so to avoid legal consequences and to know more about the investigation please press one and speak with the available representative.*

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

35

## Analysis of Call Traceback Data

YouMail was provided with traceback information by Requestor.   Tracebacks are performed by the FCC designated traceback consortium which typically begin at the terminating provider (often a consumer network operator such as Verizon, AT&T or T-Mobile) and identify the path that voice calls took through the public switched telephone network, up to the originating domestic provider, gateway provider (who imported the calls from outside of the US) or in some cases, even further into foreign countries.

During the traceback process, a provider is given instructions on how to complete its part of the investigative effort.  Among these steps, providers indicate if they are an Intermediate (INT) Provider or, for example, a Point-of-Entry (POE) Provider or Originator (ORG)for the call record.

### Findings

51. When analyzing the tracebacks over time, SmartBiz responses to traceback shifted in 2021 from indicating a role as a Point of Entry (POE) or near-Point of Entry (POE-1) (to that of an Intermediate (INT) or Originator (ORG) provider.
52. 165 of the 262 tracebacks occurred with SmartBiz as the upstream/POE and "Telconus / Telcon US / Telcon Voice / Whisl" downstream as the intermediate/INT provider.
53. 83 of the 262 tracebacks occurred with " Telconus / Telcon US / Telcon Voice / Whisl" as the upstream/POE and SmartBiz downstream as the intermediate/INT.



FIGURE TB-1: PROVIDER ROLE 7/2020 THROUGH 1/2022  BY CAMPAIGN RESPONDING TO TRACEBACKS



FIGURE TB-2: PROVIDER ROLE 1/2022 TO 4/2023 BY CAMPAIGN RESPONDING TO TRACEBACKS

54. Further, when filtering the data when tracebacks indicated that either SmartBiz routed the call to "Telconus / Telcon US / Telcon Voice / Whisl" or "Telconus / Telcon US / Telcon Voice / Whisl" routed a call to SmartBiz, it can be observed that these two providers appear to have reversed their roles in identifying as POE/POE-1 and INT providers.

55. Within the CDR data sets analyzed in prior sections, only a single day of CDRs related to "Telconus / Telcon US / Telcon Voice / Whisl" (identified as WHISL) were provided which could have otherwise been analyzed.  Further analysis of CDR data would be helpful to understand the broader calls that these tracebacks indicate was being exchanged between these two providers.

Figures TB-3 and TB-4 below graphically represent the shift between POE/POE-1 and INT responses to tracebacks.



FIGURE TB-3: TRACEBACKS FOR CALLS WHEN SMARTBIZ WAS POE/POE-1 AND WHISL WAS INT.



FIGURE TB-4: TRACEBACKS FOR CALLS WHEN SMARTBIZ WAS INT AND WHISL WAS POE/POE-1.

56. YPS was also provided with the response data provided by the Subject's NOC (Network Operations Center) when responding to tracebacks.   The comments relevant to the robocall campaign traffic routes related to are included below in the chronological order in which they were provided related to the Amazon imposter, Apple imposter, Government Agency imposter and Utility imposter robocall campaigns.

57. For about 1 year, starting around 2/8/2021 and lasting through 2/10/2022, 15 tracebacks were responded to by SmartBiz where Opextel, LLC was identified as the upstream provider by SmartBiz for Apple imposter, Amazon imposter, Government imposter and Utility imposter robocalls.

---

**2/8/2021 (TB #4261) indicated Opextel LLC as the upstream and Telconus / Telcon US / Telcon Voice / Whisl as the downstream.**

*By: NOC,  on: Feb 08, 2021 19:35 UTC*

*In addition to notified immediately our customers, they are identified as the account sending us FRAUD calls into the US territory (as we are currently doing). We will required them to take immediate action and stop these calls while giving information regarding the upstream carrier originating those calls. If we dont receive a formal response and actions taken as requested within 24hrs, Their account will be blocked temporarily until they comply with our requirements.*

**2/23/2021 (TB #4344) indicated Opextel LLC as the upstream and Telconus / Telcon US / Telcon Voice / Whisl as the downstream.**

*By: NOC,  on: Feb 23, 2021 00:31 UTC*

*We have reached to the company and advise about sending fraudulent calls to the US is a crime. We have provided all call details and asked for their support in order to block any of these traffic from its origin before entering into the US. As a result we have taken deeper monitoring measures and have advise that the NPA/NXX has been blocked until we receive confirmation that they have submitted traceback response and taken measures to assure they will block this traffic. I attach call details regarding called number with Ip's and all call information for 02/21/2021*

**3/5/2021 (TB #4456) indicated Opextel LLC as the upstream and Telconus / Telcon US / Telcon Voice / Whisl as the downstream.**

*By: NOC,  on: Mar 05, 2021 16:49 UTC*

*In addition to notified immediately our customers, they are identified as the account sending us FRAUD calls into the US territory (as we are currently doing). We will required them to take immediate action and stop these calls while giving information regarding the upstream carrier originating those calls. If we dont receive a formal response and actions taken as requested within 24hrs, Their account will be blocked temporarily until they comply with our requirements.*

**6/8/2021 (TB #5143) indicated Opextel LLC as the upstream and Telconus / Telcon US / Telcon Voice / Whisl as the downstream.**

*By: NOC,  on: Jun 08, 2021 13:38 UTC*

*In addition to notified immediately our customers, they are identified as the account sending us FRAUD calls into the US territory (as we are currently doing). We will required them to take immediate action and stop*

*these calls while giving information regarding the upstream carrier originating those calls. If we don?t receive a formal response and actions taken as requested within 24hrs, Their account will be blocked temporarily until they comply with our requirements.*

### 7/26/2021 (TB #5526) indicated Opextel LLC as the upstream and Telconus / Telcon US / Telcon Voice / Whisl as the downstream.

*By: NOC,  on: Jul 26, 2021 19:21 UTC*
*In addition to notified immediately our customers, they are identified as the account sending us FRAUD calls into the US territory (as we are currently doing). We will required them to take immediate action and stop these calls while giving information regarding the upstream carrier originating those calls. If we don?t receive a formal response and actions taken as requested within 24hrs, Their account will be blocked temporarily until they comply with our requirements.*

### 8/5/2021 (TB #5693) indicated Opextel LLC as the upstream and Telconus / Telcon US / Telcon Voice / Whisl as the downstream.

*By: NOC,  on: Aug 05, 2021 23:13 UTC*
*In addition to notified immediately our customers, they are identified as the account sending us FRAUD calls into the US territory (as we are currently doing). We will required them to take immediate action and stop these calls while giving information regarding the upstream carrier originating those calls. If we don?t receive a formal response and actions taken as requested within 24hrs, Their account will be blocked temporarily until they comply with our requirements.*

### 10/29/2021 (TB #6738) indicated Opextel LLC as the upstream and Telconus / Telcon US / Telcon Voice / Whisl as the downstream.

*By: NOC,  on: Oct 29, 2021 21:05 UTC*
*In addition to notified immediately our customers, they are identified as the account sending us FRAUD calls into the US territory (as we are currently doing). We will required them to take immediate action and stop these calls while giving information regarding the upstream carrier originating those calls. If we don?t receive a formal response and actions taken as requested within 24hrs, Their account will be blocked temporarily until they comply with our requirements.*

### 11/1/2021 (TB #6736) indicated Opextel LLC as the upstream and Telconus / Telcon US / Telcon Voice / Whisl as the downstream.

*By: NOC,  on: Nov 01, 2021 15:29 UTC*
*In addition to notified immediately our customers, they are identified as the account sending us FRAUD calls into the US territory (as we are currently doing). We will required them to take immediate action and stop these calls while giving information regarding the upstream carrier originating those calls. If we don?t receive a formal response and actions taken as requested within 24hrs, Their account will be blocked temporarily until they comply with our requirements.*

### 2/10/2022 (TB #8047) indicated Opextel LLC as the upstream and Telconus / Telcon US / Telcon Voice / Whisl as the downstream.

*By: NOC,  on: Feb 10, 2022 21:55 UTC*
*OPEXTEL; [noc@alodiga.com](mailto:noc@alodiga.com); [billing@alodiga.com](mailto:billing@alodiga.com); [wjaspe@alodiga.com](mailto:wjaspe@alodiga.com); [mdambrosio@alodiga.com](mailto:mdambrosio@alodiga.com);*

*bsiroki@alodiga.com; wflorez@alodiga.com; 175 SW 7th ST, Suite#1712, MIAMI, FLORIDA, USA.*
*In addition to notify immediately our customers, they are identified as the account sending us FRAUD calls into the US territory (as we are currently doing). We will required them to take immediate action and stop these calls while giving information regarding the upstream carrier originating those calls.*
*If we dont receive a formal response and actions taken as requested  within 24hrs, Their account will be blocked temporarily until they comply with our requirements.*

*By: NOC,  on: Feb 10, 2022 21:57 UTC*
*OPEXTEL; 175 SW 7th ST, Suite#1712, Miami, Florida; noc@alodiga.com.*
*In addition to notify immediately our customers, they are identified as the account sending us FRAUD calls into the US territory  (as we are currently doing). We will required them to take immediate action and stop these calls while giving information regarding the upstream carrier originating those calls.*
*If we dont receive a formal response and actions taken as requested within 24hrs, Their account will be blocked temporarily until they comply with our requirements.*

*By: NOC,  on: Feb 10, 2022 23:13 UTC*
*We let you know that we have zero tolerance with robocalls, so the customer was closed. Sorry for inconveniences caused*

---

58. The comments provided in the last traceback indicated calls routing from OpexTel to SmartBiz and then Telconus / Telcon US / Telcon Voice / Whisl would stop as "the customer was closed". However, one month prior to this traceback and its reply comments, separate tracebacks and comments suggested a new route for these same robocall campaigns has emerged where the calls were routing from Telconus / Telcon US / Telcon Voice / Whisl to SmartBiz and then on to other non-Telconus/Telcon US/Telcon Voice/Whisl providers.

   This new route, identifiable through traceback appears to have begun near or around 1/15/2022 an lasted through the end of the provided traceback data around 11/10/2022 with available comments stopping at or around 3/30/2022.

---

**1/15/2022 (TB #7655) indicated Telconus / Telcon US / Telcon Voice / Whisl as the upstream:**
*By: NOC,  on: Jan 15, 2022 01:44 UTC*
*WHISL; carlostactuk@whisl.com; support@whisl.com; 5435 N. Garland Ave STE 140-507, Garland, Texas.*
*In addition to notified immediately our customers,*
*they are identified as the account sending us FRAUD calls into the US territory (as we are currently doing).*
*We will require them to take immediate action and stop these calls while giving information regarding the upstream carrier originating those calls.*
*If we dont receive a formal response and actions taken as requested within 24hrs, Their account will be blocked temporarily until they comply with our requirements.*

**3/8/2022 (TB#8311) indicated Telconus / Telcon US / Telcon Voice / Whisl as the upstream:**

*By: NOC,  on: Mar 08, 2022 13:04 UTC*

*Whisl Telecom LLC; support@whisl.com; carlostactuk@whisl.com; 5435 N. Garland Ave STE 140-507, Garland, Texas, 75040, US.*

*In addition to notified immediately our customers,*

*they are identified as the account sending us FRAUD calls into the US territory (as we are currently doing).*

*We will require them to take immediate action and stop these calls while giving information regarding the upstream carrier originating those calls.*

*If we dont receive a formal response and actions taken as requested within 24hrs, Their account will be blocked temporarily until they comply with our requirements.*

**3/30/2022 (TB #8606) indicated Telconus / Telcon US / Telcon Voice / Whisl as the upstream.**
*(No comments provided)*

**6/30/2022 (TB #8338) indicated Telconus / Telcon US / Telcon Voice / Whisl as the upstream.**
*(No comments provided)*

**9/12/2022 (TB#10480) indicated Telconus / Telcon US / Telcon Voice / Whisl as the upstream.**
*(No comments provided)*

**10/3/2022 (TB#10737) indicated Telconus / Telcon US / Telcon Voice / Whisl as the upstream.**
*(No comments provided)*

**10/6/2022 (TB #10767) indicated Telconus / Telcon US / Telcon Voice / Whisl as the upstream.**
*(No comments provided)*

**10/15/2022 (TB#10862) indicated Telconus / Telcon US / Telcon Voice / Whisl as the upstream.**
*(No comments provided)*

**11/10/2022 (TB #11232) indicated Telconus / Telcon US / Telcon Voice / Whisl as the upstream**.
*(No comments provided)*

## Analysis of Florida Consumer Complaint Data

The Requestor provided a file containing 4,242 records representing consumer complaints and reports of incidents potentially related to robocalls and damages potentially incurred by those robocalls.   The data included the date of the reported information (which would indicate the incident occurred at some time prior to the report) along with consumer personal information (name, status as a 60+ senior or veteran), contact information (address and telephone number), financial losses and a free-form text report typically containing 1 to many sentences describing the incident.

With limited available time to parse the free-form text representing the individual reports YPS performed a limited scan of CDRs and audio recording evidence mapping easily identifiable scams (such as Amazon imposter robocalls, Apple imposter robocalls, United Healthcare imposter robocalls, Financial Hardship robocalls).   If YPS consumer evidence contained audio recordings on the date or encompassing the date of the consumer's individual report for the type of scam that was reported and/or identified the number in that consumer's report was actively carrying that audio recording to consumers at that time, that dataset could be determined to have been actively enabling that type of consumer harm at the time of the consumer's report.

Due to the effort required for this analysis and the limited availability of multiple days of CDRs in the datasets carrying the highest volume of these types of calls for matching, YPS analysis was limited to provide just a limited number of positive matches to active traffic content to the provided consumer complaints and reports.

### Findings

59. The CDRs have evidence of 52,785 call records to 2,833 phone numbers extracted from the 4,242 consumer complaint records.
     YPS reviewed a subset of the available data.
60. "Apple Support Advisor"
    The ALKA dataset contains four days (2020-11-06, 2020-12-11, 2021-01-14 and 2021-02-02). YouMail has matched audio evidence aligning to the "Apple Support Advisor" campaign with a "toll free" [sic] callback number of 315-232-8257 on each of those dates except for 2021-01-14.  No two calls used the same origination number.



YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

43

Florida Complaints data has reports from February and April 2021 from two seniors who received this campaign:

*"I have received 8 phone calls within 2 hours with the same message:  Your I (Apple) account has suspicious activity. Please call back at: Toll free-315-232-8257. These are all the different numbers with the same message:  727-862-8851, 727-862-9286, 727-862-2763, 727-862-6176, 727-862-6660, 727-862-4302, 727-862-4300. I don't have an Apple account."*

*"Robo spoof calls every fifteen minutes suggesting an Apple cloud breach. All calls CID showing local businesses or private numbers mostly in 941-627-xxx calling theater. These calls were auto generated on 15 minute cycles harassing us over several hours. Call trace activated 3 times around 4:31 PM 1/27 /21 at number above 941 627* [protected]. *Phone records will show multiple calls. General msg was Icloud breach dial 1. dial 2 to discuss, or call  toll free ?? 315 232 8257, Since these were set on cycled numbers blocking without stopping all incoming service was impossible. The deceptive 'Toll free' wording was just icing on this scam. We completed the trace but at a cost of $10  each the three traces ill incur a direct cost. (...)"*

YouMail data shows the "Apple Support Advisor" campaign was active in 2019 as well as consistently from Jul 31st, 2020 till Mar 30th, 2021, with a brief hiatus around Christmas 2020. This includes the periods of the above stated complaints.



Apple Support Advisor (Audio captures)

61. "Reduce Or Eliminate"
    The "Reduce Or Eliminate" campaign, carried by KWK and RED, have matching audio evidence from May 25th 2022 to Sept 26th 2022 inclusive. Transcript: *"My name is Greg Cook. This is a notification call from our department of tax debt and financial settlement Services. There are new programs that can help you reduce or eliminate your debt completely. It is possible that your tax that can now be considered temporarily non-collectible. You can call me back at my personal desk 833-577-2563."*

    Florida Complaints data has reports from August 7th 2022 from a senior who received this campaign:
    *"Robocall messages left that are attempts at identity theft: A caller left a message on my phone from the "department of tax debt and financial settlement" offering to help me. I have no tax problems but I'd like to see scammers like this punished. The phone call came from (341) 206-9196, was supposedly left by "Greg Cook", and asked me to call (833) 577-2563. Hope someone call do something about these people."*

62. Amazon Imposter

A complaint from a senior on May 10th 2022 reads:

*Phone call stating bogus charges on my account at Amazon. Jacob (Security Breach - Security Mgr). Someone had set up my account for $9700.00. Had load Any Desk app. Had me set up bogus account on Wells Fargo through Zelle for Rosalind for $490.00. He bank stopped. Had me buy Google Play cards at CVS and Walgreens and give him the numbers on the back $800.00. Had me withdraw $5000 at Wells Fargo an had me buy Target, Aldi gift cards at several stores for $5000.00 ttl. His phone 2062992428, 2069220880, 2069286165 353949021117.*

The following audio capture from a July 11th, 2022 call record from the RED dataset indicates that 206-922-0880 was possibly still being used for Amazon scams two months later: "*You help to confirm I'm speaking with the right person. I'd like to send you a request which might be sent in a text message email or in the Amazon app can I send you this request to verify your account. Let's verify your account so I can get you help.*"

63. United Health Care

A complaint from a senior on Jan 31st, 2022 reads:

*Phishing call for medicare: received a call from 612-260-8396. Person claimed to be Letica, from United Healthcare. Asked what my date of birth was. I asked if I could call her back. This stopped her cold and she said she would have to search for the number. I told her I was hanging up. I called the actual UHC and they could find no outbound calls for either mine or my Wife's policy. So, turning it over to you to prevent scams on others who may be more gullible.*

YouMail has audio evidence matching a single call in the RED dataset suggesting that an entity claiming to be United Health Care used 612-260-8396 on Oct 21st, 2022: *Hello this is [***] with United Health Care calling in for Ms. [*** ***]. Ms. [***] I am sorry we could not reach you we just wanted to check in and make sure that you are taking advantage of all the benefits that your plan has to offer. You can reach us at 866-.*

## Appendix I:Procedures For Record De-Duplication

When processing records for investigation or audit, YouMail Protective Services regularly experiences situations where the provided records were obtained from different organizations that support the investigated or audited party's operations.

For example, it is not uncommon that a voice services provider that transacts in high volume robocalls may elect to route their calls out to the public through the use of multiple downstream providers or multiple hosted softswitch providers.  In order to ensure records are not counted multiple times, YouMail Protective Services employs a "de-duplication" process where a single individual call that is represented by two records (such as one record in the logs provided by the hosted softswitch and a second, duplicate record in the logs of the downstream provider) is not counted twice.

CDRs can vary in format between providers and/or the network component that generated them. There is no uniform identifier that ties a single call with records from across multiple networks. To determine the unique set of CDRs, YouMail Protective Services utilizes the following process:

- For each pair of originating and terminating numbers, CDRs were ordered chronologically (Universal Time Zone).
- The chronological first CDR was used as the unique record. Subsequent records for that number pair were discarded if they followed within 10 seconds of the prior record. If more than 10 seconds passed, it was deemed a new unique record.

## Appendix II. Procedures For Communication Classification

When processing bulk voice call data to identify the unlawful communication campaigns present, YouMail utilizes a variety of proprietary systems and techniques.

For the purposes of this report, a brief disclosure is provided on how campaigns are scored on a spectrum of certainty within their respective dimensions.

YouMail maintains three "scores" for a campaign based on its understanding of that campaign which is based on the audio recording for calls linked to that campaign. For the purposes of the findings in this report, only campaigns carrying recorded audio misrepresenting the caller's identity, with an apparent intent to defraud the called person, or unlawful or deceptive telemarketing are considered.

For example, scoring based on the certainty that the provided recording content would commit fraud can score a campaign based on the following spectrum:

DEFINITELY [+100%]
ALMOST_CERTAINLY [+80% TO +100%)
PROBABLY [+60% TO +80%)
MAYBE [+40% TO +60%)
UNKNOWN (-40% TO +40%)
MAYBE_NOT (-60% TO -40%]
PROBABLY_NOT (-80% TO -60%]
ALMOST_CERTAINLY_NOT (-100% TO -80%]
DEFINITELY_NOT [-100%]

It is rare in trained data sets that the data ever reaches absolute certainty (-100% or 100%). For example, if a major bank had repeated conversations with the YouMail team that a call that says a given thing is not their bank and is an imposter of that agency, bank would still only represent recordings that match that agreed-upon recording at most at a level of 99% certainty (not 100% certainty) as there is always the possibility of human error.  Thus, at a certainty of ALMOST_CERTAINLY (80%+) we are dealing within the realm of certainty sufficient for a scientific understanding of data, and any campaigns that are ALMOST_CERTAINLY fraud have approached a general human understanding of near absolute certainty that is the case.

When presenting its finding, YouMail typically only considers data that is ALMOST_CERTAINLY fraud or unlawful telemarketing.  Also of note is that YouMail analysis can further calculate how "wanted" calls are generally speaking by consumers (school emergency alerts, prescription reminders, etc.) by representing in a spam dimension that a given transcription is ALMOST_CERTAINLY_NOT spam. While it is possible for YouMail to score the balance of a set of recordings to gauge whether a voice provider is trafficking in wanted calls versus unwanted calls from the perspective of consumers receiving these calls, analysis is typically constrained to just the call content that YouMail is almost certain are illegal (which typically requires collaboration with the agency or business impersonated by those calls, or exposure to evidence of harm by those calls to victims).

## Appendix III. Call Counts & Volumes By Dataset

| Provider | Calls | Days | First Call Time | Last Call Time | Calls/Day | Origination Numbers | Numbers Seen Once |
|---|---|---|---|---|---|---|---|
| 2-RED-LOWSDP | 892906874 | 342 | 2022-01-27 | 2023-03-07 | 2610839 | 230138254 | 174053765 |
| 2-LATA1-MEX | 595183201 | 123 | 2022-01-27 | 2022-07-15 | 4838888 | 277421072 | 149348100 |
| 2-RED-CONVO | 535390581 | 336 | 2022-01-27 | 2023-03-07 | 1593424 | 92318577 | 57128231 |
| WHISL-AAT_CC | 356479897 | 60 | 2022-10-01 | 2023-06-01 | 5941332 | 33840900 | 29507915 |
| WHISL-RED_Dialer | 342494117 | 243 | 2022-07-17 | 2023-03-16 | 1409441 | 99424152 | 84005954 |
| 2-KWK-CONVO | 181463447 | 316 | 2022-04-18 | 2023-03-07 | 574251 | 51123358 | 32229693 |
| WHISL-Inteliquent | 168270149 | 263 | 2022-07-17 | 2023-04-05 | 639810 | 35061659 | 32258821 |
| 2-RED-FLAT002 | 118560040 | 265 | 2022-06-08 | 2023-03-07 | 447396 | 27036049 | 17168831 |
| WHISL-Impact_SCD | 116026484 | 44 | 2022-07-17 | 2022-08-29 | 2636966 | 27629840 | 22046400 |
| WHISL-RSCOM_Convo | 53445524 | 318 | 2022-07-17 | 2023-06-01 | 168068 | 17628296 | 13886039 |
| 2-GNH-USA | 47297730 | 84 | 2022-01-27 | 2022-05-04 | 563068 | 19797519 | 17565772 |
| 2-LATA1-MEX2 | 44862191 | 72 | 2022-02-23 | 2022-07-15 | 623086 | 39481305 | 35110520 |
| WHISL-RED_CONVO | 31176612 | 102 | 2023-02-07 | 2023-06-01 | 305653 | 13467754 | 12427329 |
| 2-SMART-NETWORK-CONVO | 27877159 | 72 | 2022-11-22 | 2023-02-01 | 387183 | 6216792 | 4397931 |
| WHISL-LastMile95 | 26529393 | 320 | 2022-07-17 | 2023-06-01 | 82904 | 7371636 | 5242223 |
| 2-ETELIX-USA | 26049924 | 49 | 2022-02-11 | 2022-06-24 | 531631 | 22372585 | 21183546 |
| 2-AXKAN | 23174481 | 47 | 2022-02-04 | 2022-03-31 | 493074 | 6748909 | 6429468 |
| 2-RAZA_USACC003 | 18635577 | 63 | 2023-03-02 | 2023-05-03 | 295803 | 17676976 | 17191292 |
| 2-ETELIX-CC0012 | 10922727 | 57 | 2022-02-25 | 2022-06-24 | 191627 | 6971475 | 6341249 |
| ALKA | 10483993 | 4 | 2020-11-06 | 2021-02-02 | 2620998 | 5808299 | 5210975 |
| LATA1 | 9273737 | 2 | 2022-01-10 | 2022-02-08 | 4636869 | 8798646 | 8358919 |
| WHISL-RSCOM_CanadaCC | 8684329 | 206 | 2022-11-08 | 2023-06-01 | 42157 | 3310262 | 3060508 |
| 2-OPEXTEL | 5524506 | 11 | 2022-01-28 | 2022-02-10 | 502228 | 5320719 | 5245947 |
| WHISL-AAT_CONVO | 4755415 | 21 | 2023-05-03 | 2023-05-23 | 226448 | 238704 | 150431 |
| 2-SMART-NETWORK-CC | 4338482 | 109 | 2022-11-02 | 2023-03-07 | 39803 | 3205914 | 2943262 |
| WHISL-LastMile85 | 4125851 | 310 | 2022-07-26 | 2023-06-01 | 13309 | 1352939 | 860375 |
| 2-LATINO-CONVO | 3892295 | 233 | 2022-07-18 | 2023-03-07 | 16705 | 1849715 | 1222203 |
| 2-RED-TMOB0009 | 3886781 | 42 | 2022-06-08 | 2022-07-27 | 92542 | 1149752 | 878131 |
| RED TELECOM | 3220367 | 2 | 2022-01-10 | 2022-02-08 | 1610184 | 957074 | 591927 |
| 2-LATA1-PHILIPPINES | 3067103 | 35 | 2022-01-27 | 2022-03-11 | 87632 | 820374 | 328542 |
| WHISL-Impact_Tmob_INTL_Orig | 3038805 | 43 | 2022-07-18 | 2022-08-29 | 70670 | 394442 | 291569 |
| OPEXTEL | 2069901 | 1 | 2022-02-08 | 2022-02-08 | 2069901 | 2041121 | 2027535 |
| INTERMAX | 1186363 | 2 | 2022-01-10 | 2022-02-08 | 593182 | 5488 | 560 |
| WHISL | 877594 | 1 | 2022-01-10 | 2022-01-10 | 877594 | 694627 | 679734 |
| PERUCALLS | 470985 | 2 | 2022-01-10 | 2022-02-08 | 235493 | 826 | 109 |
| 2-LATINO-FLAT | 443756 | 25 | 2022-01-27 | 2022-05-20 | 17750 | 255177 | 196012 |
| RSCOM | 382819 | 2 | 2022-01-10 | 2022-02-08 | 191410 | 237505 | 209772 |
| TELINTEL | 248297 | 2 | 2022-01-10 | 2022-02-08 | 124149 | 175217 | 118821 |
| AXKAN | 171237 | 1 | 2022-02-08 | 2022-02-08 | 171237 | 31580 | 10047 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IN_TFT | 45370 | 2 | 2022-01-10 | 2022-02-08 | 22685 | 44198 | 43043 |
| ETELIX | 44290 | 1 | 2022-01-10 | 2022-01-10 | 44290 | 41894 | 40646 |
| LATINO | 25732 | 2 | 2022-01-10 | 2022-02-08 | 12866 | 5095 | 3522 |
| WHISL-Directo_Vzon | 22299 | 17 | 2022-08-24 | 2022-09-09 | 1312 | 5026 | 4515 |
| 2-LATA1 | 12321 | 1 | 2022-02-08 | 2022-02-08 | 12321 | 12320 | 12319 |
| TELEFONICA | 11781 | 2 | 2022-01-10 | 2022-02-08 | 5891 | 2621 | 2320 |
| TELECOM USA | 10528 | 2 | 2022-01-10 | 2022-02-08 | 5264 | 3768 | 791 |
| LEXICO | 8812 | 1 | 2022-01-10 | 2022-01-10 | 8812 | 8785 | 8766 |
| 2-ETELIX-CONV0012 | 4948 | 18 | 2022-05-12 | 2022-06-24 | 275 | 3852 | 3369 |
| ALCASAGAR | 3011 | 1 | 2022-02-08 | 2022-02-08 | 3011 | 1633 | 1046 |
| CCS_GOLD | 889 | 1 | 2022-02-08 | 2022-02-08 | 889 | 616 | 344 |
| SSC | 7 | 1 | 2022-02-08 | 2022-02-08 | 7 | 1 | 0 |
| EZLLAMA | 4 | 1 | 2022-01-10 | 2022-01-10 | 4 | 2 | 1 |

## Appendix IV : Average Call Duration Over Time By Dataset





Call Duration Cohorts

# Appendix V : Audio + Transcription Evidence From CDRs Matching Known Robocall Templates

YPS analyzed the CDRs provided by Requestor for call matches to YouMail CDRs for real consumers using YouMail's services where the voice call was recorded, transcribed to text and matched a known robocall template.

165,979 matches with distinct audio recordings and transcriptions that were captured by individual consumers were readily available for this analysis.  The 165,979 matches spanned 1,141 known robocall campaigns as detailed below.

Following this list in Appendix VI are hyperlinks to the Top 50 robocall campaign template matches including multiple fragment variants of those robocall campaign templates for upstream providers other than Whisl. The full details breaking down evidence by state, dataset, robocall template and links to recordings was made available to Requestor in an Excel file named: **FL_SOF_SmartBiz_RecordedEvidenceCount_20230804.XLS.**

| Campaign | Consumer Audio Evidence | FTC DNC |
|---|---|---|
| Centro De Cobertura M??dica | 16,917 | 10,158 |
| Employee Retention Credits | 14,125 | 9,805 |
| Announcement / Telephone Pre-Selected | 14,123 | 9,097 |
| Financial Hardship Loan | 12,248 | 6,396 |
| Our Advantage Program | 11,539 | 5,856 |
| Cero Primas / Cero Copagos | 10,920 | 6,970 |
| Choosing / Membership Drawn | 7,373 | 4,904 |
| Receive A Payout | 4,275 | 47 |
| Employee Refund Department | 3,840 | 2,722 |
| Booking Number / Do Not Call | 3,789 | 2,612 |
| Medicare Or Medicaid | 2,733 | 1,339 |
| Extending or Reinstating | 2,368 | 1,888 |
| Petition Will Be Filed | 2,278 | 1,218 |
| Consulta Sin Compromiso | 2,257 | 1,409 |
| Kept On Payroll | 2,230 | 1,678 |
| Tax Debt / Walk You Through Reducing | 2,135 | 747 |
| Your Grant Application | 2,036 | 1,399 |
| Amazon / For Your Recent Order | 2,028 | 1,299 |
| Employee Refund Credits | 1,905 | 1,085 |
| Flagged For Forgiveness | 1,475 | 763 |
| Medical / Dental Insurance Plans | 1,397 | 76 |
| Promotional Family Price | 1,317 | 937 |

Employee Retention Refund Department ............................................. 1,302.............................. 955

2022 Open Enrollment Rates................................................................ 1,186.............................. 356

Finalize The Dismissal ........................................................................ 1,144.............................. 734

Used For Any Purpose.......................................................................... 1,137.............................. 737

Zero Tax Debt Relief............................................................................. 1,055.............................. 505

Outstanding Federal ........................................................................... 1,040.............................. 543

Economic Security Act ......................................................................... 950.............................. 687

Loan Forgiveness Program.................................................................. 904.............................. 513

Avoid Any Legal Proceedings .............................................................. 870.............................. 541

www.macularprogram.com ................................................................. 845.............................. 406

The Forbearance Period....................................................................... 824.............................. 435

Tax Compromise Program ................................................................... 815.............................. 552

Regarding Back Taxes.......................................................................... 800.............................. 579

Our Best Resort.................................................................................... 795.............................. 541

Tax Debt Compromise Program........................................................... 770.............................. 397

Under The Care's Act .......................................................................... 742.............................. 539

Clean Energy Upgrades ....................................................................... 733.............................. 517

Government Issued The Reopening....................................................... 731.............................. 564

W-2 Employee / Care's Act .................................................................. 712.............................. 549

Company's Available Refund ............................................................... 664.............................. 589

Carnival Cruises................................................................................... 618.............................. 417

Major Medical Insurance ..................................................................... 579.............................. 208

Service Agent / Go Over Options.......................................................... 547.............................. 534

Order Has Been Placed ........................................................................ 511.............................. 302

Amazon / Fake Bad Transaction .......................................................... 485.............................. 374

Fresh Start Program / Decrease Or Eliminate....................................... 473.............................. 334

Back Taxes Compromise Program ....................................................... 459.............................. 321

Health Marketplace / Free Health Coverage ........................................ 448.............................. 156

Amazon / Pre-authorized Purchase ..................................................... 443.............................. 293

Rewards Program................................................................................. 433.............................. 302

COVID Test Kit Coming......................................................................... 423.............................. 373

Recent Reported Income ..................................................................... 410.............................. 272

Amazon / Service Will Be Renewed...................................................... 369.............................. 249

Eliminate Your Debt Burden ................................................................ 367.............................. 256

Eligible For A $10,000 ......................................................................... 350.............................. 215

Amazon / Debited From Account ......................................................... 340.............................. 205

Marriot / Choosing / Number Qualified ............................................... 336.............................. 202

$500 Travel Voucher............................................................................ 333.............................. 227

Renew Or Extend ................................................................................. 329.............................. 302

Qualify For Free Insurance Coverage.................................................... 328.............................. 158

All Inclusive Vacation .......................................................................... 318.............................. 266

Pretty Big Changes .............................................................................. 314.............................. 193

Every Employee Employed / Two Years................................................. 309.............................. 235

Reduce Or Eliminate ............................................................................ 304.............................. 74

New Zero Tax Owed ........................................................ 302 ............................. 186
Newest PPO Plan ........................................................... 284 ............................. 155
Go Up To 85% ............................................................... 257 ............................... 72
Hardship Loan Debt Relief Program ............................. 251 ............................. 119
Inscripcion O Renovacion .............................................. 246 ............................. 164
FedEx / Delivered Twice ................................................ 226 ............................... 99
Hilton / Complimentary Stay ........................................ 226 ............................. 146
Amazon / Your Today Purchase .................................... 214 ............................. 131
Personal Debt Dismissal ............................................... 211 ............................. 124
VIP Program to Receive ................................................. 203 ............................. 138
An Order Placed ............................................................ 201 ............................. 142
Dunn And Bradstreet Score .......................................... 195 ............................. 104
Amazon / Daniel Customer Service .............................. 184 ............................. 129
National Financial / Approve Application ..................... 182 ............................... 54
Amazon / Fake Suspicious Activity ............................... 175 ............................. 113
Employee Maintained On Payroll .................................. 173 ............................. 144
Amazon / Authorize A Payment ................................... 170 ............................. 106
Chase / Cancel This Promotion ..................................... 164 ............................. 110
Senior Aid Helper Regarding Insurance ........................ 159 ............................. 114
Package Has Been Seized .............................................. 150 ............................... 88
Amazon / Multiple Orders Placed ................................. 148 ............................... 95
Amazon / Electronic Voice Confirmation ...................... 147 ............................. 104
Not Happy With Bills ..................................................... 147 ............................... 93
Dedham / Your Hardship Account ................................ 142 ............................... 10
Financial Hardship Program .......................................... 137 ............................... 60
Existing Account Is Qualified ........................................ 129 ............................... 79
A Bunch Of Equity ......................................................... 126 ............................... 61
Student Loan / Walk You Through Reducing ................ 124 ............................... 27
Cash App / Suspicious Activity ..................................... 122 ............................... 84
Protects Your Automobile ............................................. 110 ............................... 84
Pre-Recorded Message / Suspend ................................ 110 ............................... 61
Amazon / iPhone 64Gb ................................................ 108 ............................... 70
Pre-authorized Order ................................................... 106 ............................... 65
Connect Federal Agent ................................................. 100 ............................... 75
Health Enrollment Center / Not Signed Up .................. 97 ............................... 62
Tax / A.I. Automation .................................................... 92 ................................. 2
Phone, Internet / Cable Services .................................. 92 ............................... 63
Apple Support Advisor .................................................. 91 ............................... 68
Emergency Hardship Loan ............................................ 89 ............................... 38
Back Taxes / Be Resolved .............................................. 87 ............................... 46
Tax Debt Will Be Dismissed .......................................... 84 ............................... 55
Warranties Are Time Sensitive ...................................... 83 ............................... 83
Break Free / Timeshare Commitments .......................... 78 ................................. 2
Up To $350,000 ............................................................. 76 ............................... 52

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

Comcast / Existing Account Is Qualified ........................................................ 75.............................. 29

Medicare Rewards Regarding Insurance ....................................................... 74.............................. 66

Health Insurance Marketplace........................................................................ 73.............................. 57

Eligible To Cancel ............................................................................................ 73.............................. 11

Unclaimed Cash Benefits ................................................................................ 73.............................. 47

To Avail The Discount ..................................................................................... 72.............................. 44

Eligible For A Significantly Discounted........................................................... 66.............................. 52

Automobile Might Be Out................................................................................ 65.............................. 51

Consumer Council / Health Insurance ........................................................... 64.............................. 34

Recently Inquired / Eligibility.......................................................................... 64.............................. 46

Potentially Eliminates Or Reduces ................................................................. 63................................ 2

Free Medical Dental / Vision Coverage.......................................................... 63................................ 5

Health Care Enrollment Center / Have An HMO ........................................... 63.............................. 32

Excellent Payment History / Get The Reduction............................................ 61.............................. 48

PayPal / Google Play ....................................................................................... 57.............................. 31

Advantage Tax Forgiveness Program............................................................. 57.............................. 34

Legal Financial Advisers ................................................................................. 57.............................. 25

Senior Aid Helper ............................................................................................ 56.............................. 40

Losing Coverage / 833-304-1447 .................................................................. 56.............................. 37

Qualify For Free Health Insurance ................................................................. 55.............................. 32

Try The Chair / Provide Feedback .................................................................. 55.............................. 21

New Debt Compromise.................................................................................... 53.............................. 43

Free Cruise ...................................................................................................... 52.............................. 34

Capital Refund Credit....................................................................................... 49.............................. 20

National Tax Help Center / Elimination Options............................................. 49.............................. 28

First American Home Warranty / Unable To Process ..................................... 48.............................. 34

Amazon / Four Different Locations.................................................................. 48.............................. 28

Dedham / Back Income Tax Debt.................................................................... 47.............................. 32

Amazon / Confirmation For Order ................................................................... 47.............................. 34

Suspend Your ID............................................................................................... 47.............................. 28

Unexpected Bills / Other Debt ........................................................................ 46.............................. 23

National Disability Regarding Insurance ........................................................ 46.............................. 38

Amazon / Cancel Prime................................................................................... 45.............................. 31

Stated Income Stated Asset............................................................................ 45.............................. 22

Dedham / Our Advantage Program ................................................................ 45.............................. 27

Pre-Approvals Ready........................................................................................ 45................................ 0

Amazon / Regarding Your Purchase .............................................................. 44.............................. 29

Mary Fletcher / State List................................................................................ 43.............................. 11

Dedham / Additional Tax Refund.................................................................... 42.............................. 34

Apple Support Representative......................................................................... 42.............................. 25

Amazon / Dayton $700+ Charge .................................................................... 42.............................. 32

Camp Lejeune ................................................................................................. 42.............................. 22

Need For A Personal Loan............................................................................... 41.............................. 17

More Than Your Consumption......................................................................... 41.............................. 30

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

State of Texas / Grand Jury .................................................................. 41 .............................. 24

Earliest Possible / Before Legal Proceedings .................................................... 41 .............................. 29

Loan Forgiveness Options .................................................................. 41 .............................. 20

SSA / Filing Lawsuit .................................................................. 40 .............................. 24

Medicare Health Center .................................................................. 40 .............................. 0

Consulate Gen. / United States .................................................................. 39 .............................. 10

Qualify For 0% Interest Rate .................................................................. 39 .............................. 18

New Relief Program .................................................................. 39 .............................. 24

For Full Forgiveness .................................................................. 38 .............................. 20

Healthcare / Discount Insurance Quotes .................................................................. 37 .............................. 32

Friend Family Traveled / Recommended .................................................................. 37 .............................. 22

Regarding Our Hardship Program .................................................................. 36 .............................. 14

Officially a Final Notice .................................................................. 36 .............................. 23

Amazon / Baltimore Maryland .................................................................. 36 .............................. 23

Division Of Economic Impact .................................................................. 35 .............................. 1

Debt Relief / You Have A Preapproval .................................................................. 35 .............................. 17

SSN / Want to Know About Case .................................................................. 35 .............................. 22

Health Insurance Enrollment Center .................................................................. 34 .............................. 22

Camp Lejeune / New River .................................................................. 34 .............................. 27

Suspicious Trails Arrest Warrant .................................................................. 34 .............................. 12

Timeshare Administrator / Financial Matter .................................................................. 33 .............................. 23

Warranty To Protect You .................................................................. 33 .............................. 33

Spectrum / Qualified For 40% .................................................................. 33 .............................. 14

Compensated By $50 .................................................................. 33 .............................. 25

iCloud Security Breached .................................................................. 32 .............................. 23

SSA / South Border of Texas .................................................................. 32 .............................. 14

Walmart / Recent Order .................................................................. 32 .............................. 21

More Than $10,000 .................................................................. 32 .............................. 7

Per Standing Instruction .................................................................. 31 .............................. 23

Forced To Take Legal .................................................................. 29 .............................. 20

GBC Business Group .................................................................. 29 .............................. 16

E-Commerce / Authorize A Payment .................................................................. 29 .............................. 12

State of Texas / Getting a Call .................................................................. 29 .............................. 27

Your Family Safety .................................................................. 28 .............................. 22

Will Remain Open .................................................................. 28 .............................. 10

One Last Opportunity .................................................................. 28 .............................. 19

Advocacy Center / Financial Compensation .................................................................. 28 .............................. 14

Department Of Economic Impact .................................................................. 27 .............................. 1

Amazon Prime Account Compromised .................................................................. 27 .............................. 18

Amazon / Purchase of Apple iPhone / Mac Book .................................................................. 27 .............................. 19

Absolutely No Deductible .................................................................. 26 .............................. 8

Government Offered Forbearance .................................................................. 26 .............................. 19

Genesis FS / Important Business Matter .................................................................. 26 .............................. 12

Spectrum / Qualified For 50% .................................................................. 26 .............................. 22

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

Medicare Advisor / Recorded Line..............................................26.................................1

Amazon / Albany / Unknown IP Address ...........................25.................................16

About Your Insurance Options..................................................25.................................1

Continued Support Services........................................................25.................................16

Funding Department / Quick Fund Capital ....................25.................................19

Confirmation Call / The Order Placed..................................25.................................13

Call the SSA ............................................................................................25.................................17

UPS Express / Last Voice Notification ...................................24.................................15

Amazon Fraud Detector.................................................................24.................................17

Amazon / Authorize This Transaction.................................23.................................17

Qualify For Forgiveness...................................................................23...................................2

Small Business Association / Health Plan Packages....22.................................13

Pay Off Or Eliminate.........................................................................22.................................20

Amazon / Payment Confirmation Call ..............................22.................................20

Verizon Wireless / Delinquent Status ..................................21.................................18

Spectrum / Get Up To 60% ..........................................................21.................................14

Amazon / Suspicious Order........................................................21.................................18

Notifications In The Mail................................................................21...................................9

Unsecured Debt Consolidation ..............................................21...................................9

Invoice Is Generated .......................................................................21.................................19

Department of Visa and Mastercard ...................................21.................................11

Excellent Payment History / 0% Up To 24 .......................21.................................18

Officer On Duty....................................................................................21.................................13

Meet The Requisites ........................................................................20...................................1

BofA / Interest Rate Scam.............................................................20.................................11

O'Neal Technologies / Website SCO Services.................20.................................14

Unpaid Tax Debt / Unfiled Tax Returns .............................20...................................6

A Legal Notice / Name ....................................................................20.................................13

Dedham / Hardship Benefit Program ................................19...................................0

From Medicare Rewards.................................................................19.................................14

Verizon Wireless / Suspended For Verification ..............19.................................16

Not Verified Or Missing...................................................................19...................................1

Billing and Disconnection Department...............................19.................................12

Toxic Water From Camp Lejeune..............................................19...................................1

US Tax Solutions...................................................................................19...................................1

$5,000 In  Unsecured Debt ..........................................................19...................................9

Possible Loan Discharge................................................................19...................................0

Comcast / Xfinity Canceling 50% ...........................................19.................................14

Health Plans Of America / Compare Your Results .........19...................................9

In Order To Prevent ...........................................................................19.................................11

Temporarily As Non-collectible.................................................18...................................4

Reference ID Number ......................................................................18.................................12

Some Financial Help.........................................................................18...................................7

Your Driving Record..........................................................................18.................................17

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

Telephone Town Hall ................................................................ 18.............................. 12

Home Is Qualified For .............................................................. 18.............................. 13

Access To The Economic Impact ............................................. 18................................ 1

Amazon / Ontario California ................................................... 18.............................. 13

Kindly Press One ...................................................................... 17................................ 9

Amazon / Fraud Prevention Department ................................ 17................................ 9

Settlement Department / Financial Uncertainty .................... 17.............................. 13

Our Business / Get The Refund ............................................... 17.............................. 12

Plaintiff Advocate / Potential Compensation ......................... 17................................ 7

Tax Compromise Program / Owe $5,000 ................................ 17................................ 6

Preapproved For Eliminating .................................................. 17.............................. 11

Discover / Qualified To Get Reduction ................................... 17................................ 8

Stay Safe Stay Home ................................................................ 17.............................. 12

Your Norton Account ............................................................... 17................................ 7

Evaluation To Reduce .............................................................. 17.............................. 14

State of Texas / Suspended ...................................................... 16.............................. 10

iTunes / Suspicious Activity ..................................................... 16.............................. 16

Your Electric Company / 30 Min Disconnect .......................... 16.............................. 11

Consumer Council / Local Electric ........................................... 16.............................. 11

Federal Economic Recovery ..................................................... 16.............................. 15

Soon As Possible Before ........................................................... 16.............................. 11

Any Sort Of Financial Hardship ............................................... 16................................ 5

Amazon / Pre-Authorized Order ............................................. 16................................ 6

Do Not Call Registry ................................................................. 15................................ 7

Eliminating What You Owe ...................................................... 15................................ 4

Comcast / Xfinity Exclusive 50% discount ............................... 15................................ 5

Auto Renewed Your Subscription ............................................ 15.............................. 11

Reduce The Amount You .......................................................... 15................................ 4

Dental Vision Hearing .............................................................. 15................................ 5

Loan Service Center / Meet Your Needs .................................. 15................................ 6

Fireside Chat / Vaccine And More ........................................... 15................................ 8

Amazon / Dayton $100+ Charge .............................................. 15................................ 6

About Your Property / You Still Owe ........................................ 15................................ 6

Loan Depot / Critical Information ............................................ 14................................ 4

Google / Amazon Alexa Listing ................................................ 14................................ 0

Political / Telephone Town Hall ............................................... 14.............................. 10

Pre-Enrollment For All Forgiveness ......................................... 14................................ 0

Coronavirus / Union ................................................................. 14................................ 6

Suspended Due to Illegal Activities ......................................... 14................................ 9

For Shopping Purposes ............................................................. 14................................ 8

Direct Funding / Update ........................................................... 14................................ 8

Student Loan / A.I. Automation ............................................... 14................................ 0

Film and Television Education Team / Important Documents ................... 14................................ 7

Cash Advance America / Loan Application .............................. 13................................ 9

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

Amazon / Memphis Tennessee................................................................. 13.................................9

Comcast / Qualified To Get 50%............................................................. 13.................................0

Suspicious And Criminal Activity............................................................. 13.................................8

Walmart Account / Suspicious Activity.................................................... 13.................................10

No Out Of Pocket Cost ........................................................................... 13.................................9

Compromised And Hacked ..................................................................... 13.................................8

The Consulate General / Multiple Contacts............................................ 12.................................6

Three Different Types .............................................................................. 12.................................5

Business Opportunity Minded Person ..................................................... 12.................................10

Magistrate Judge .................................................................................... 12.................................9

Amazon / Dayton $1000+ Charge............................................................ 12.................................7

Amazon / Order Successfully Placed....................................................... 12.................................6

These Friendly Reminders....................................................................... 12.................................12

No Income Documentation...................................................................... 12.................................6

Geek Squad / Annual Online Support ..................................................... 12.................................9

Royal Caribbean / Complimentary Cruise............................................... 12.................................6

Owe The IRS ........................................................................................... 12.................................3

Prevent Liens And Garnishments............................................................ 12.................................0

Found An Error........................................................................................ 11.................................8

Contraband And Illegal Cash .................................................................. 11.................................9

Remove Debt / Economy Crisis............................................................... 11.................................5

Captured And Confiscated ...................................................................... 11.................................6

Updated Forgiveness Program ............................................................... 11.................................2

Owe $5,000 Or More ............................................................................... 11.................................7

Preapproved Up To 250,000 ................................................................... 11.................................6

Amazon / Debited From Your Account .................................................... 11.................................7

Spectrum / BOGO Free Line.................................................................... 11.................................6

Flagged For Review ................................................................................ 11.................................5

Claimed or Verified ................................................................................. 11.................................6

Amazon / Shipment Details ..................................................................... 11.................................9

$10,000 In Credit Card Debt ................................................................... 10.................................9

Consumer Council / Vehicle Protection Plan ........................................... 10.................................6

Manasseh - Numerical Button ................................................................. 10.................................4

Insurance Adjustment Program ............................................................... 10.................................0

Issued Suspension Notice ....................................................................... 10.................................3

SIN / Want To Know About Case ............................................................. 10.................................8

Medicare Department .............................................................................. 10.................................3

Cost You a Penny .................................................................................... 10.................................10

Reimbursed by $50 ................................................................................. 10.................................7

Notify / SSN Has Been Compromised ..................................................... 10.................................8

Amazon / A Different Shipping Address ................................................... 10.................................1

You Wanna Speak Up............................................................................... 10.................................6

Notice On Your Name .............................................................................. 10.................................2

AT&T / Two Mobile Devices..................................................................... 10.................................9

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

Prevent The Disconnection Order.................................................................10.................................8

National Home Project...............................................................................10.................................7

Investigation Division / Unusual Activity On Your SSN .............................10.................................6

Forfeiting Your Right .................................................................................10.................................6

USCIS Of The United States.......................................................................10.................................4

Opening A Business Account  ....................................................................10.................................10

Our Company For Up To $10,000 .............................................................10.................................3

Our PPO Plans ...........................................................................................10.................................7

Rate Reduction...........................................................................................9.................................3

Cash App / Suspicious Charge....................................................................9.................................6

Health Care Enrollment Center / A Lot Of Confusion ...............................9.................................7

Benefits At A Fraction ...............................................................................9.................................3

Health Plan / Deny Coverage .....................................................................9.................................3

Mega Million / Congratulate You Once More............................................9.................................4

Recorded And Managed .............................................................................9.................................6

Healthcare For Real Estate Professionals / Health Plan Packages.............9.................................8

Wish To Avoid Disruption ..........................................................................9.................................7

Contraband of Drugs / Cash.......................................................................9.................................3

Computer Services / Two Years ..................................................................9.................................6

Expert Licensed Agent ...............................................................................9.................................0

Dramatically Reduce / Up To 55% .............................................................9.................................3

Vehicle Service Department / Please Verify ..............................................9.................................4

Amazon Fraud Protection Department ......................................................9.................................6

Funding Department / U.S. Capital Funding..............................................9.................................2

Generic 30 Minute Disconnect ..................................................................9.................................8

Tragic Impact ............................................................................................8.................................5

Loan Depot Helps Thousands ....................................................................8.................................4

Set To Lapse ..............................................................................................8.................................2

Business Listing at Risk..............................................................................8.................................3

Complete Forgiveness.................................................................................8.................................2

Including Debt Cancellation .......................................................................8.................................7

Complete Debt Elimination........................................................................8.................................7

PayPal / Been Charged...............................................................................8.................................7

Best Health Benefits ..................................................................................8.................................4

Tax File Just Flagged...................................................................................8.................................2

Amazon / Albuquerque New Mexico..........................................................8.................................6

USPS Express / Delivery Exception.............................................................8.................................5

Consumer Council / Financial Matter ........................................................8.................................2

Tax Relief Group / Tax Situation ................................................................8.................................2

Homeowner's Associate / Making Improvements.......................................8.................................3

Negative Items / Credit Report..................................................................8.................................0

Employee Retention Tax Credit .................................................................8.................................6

Irregularity In Your Bank Account .............................................................8.................................5

Multiple Overseas Locations......................................................................8.................................5

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

Amazon / Your Last Purchase ............................................8...............................8
Approved Over Eight Billion...............................................8...............................4
Officer From Law Enforcement..........................................8...............................7
Disjoint Of Service.............................................................8...............................6
Forced to Settle.................................................................8...............................5
Verizon Wireless / Payment Verification ...........................8...............................5
Incorrect Information ........................................................8...............................5
Benefits will be Canceled ..................................................7...............................5
Border Protection / Legal Case ..........................................7...............................3
Restructure Your Debt .......................................................7...............................3
The-Solar-Project.com .......................................................7...............................5
Get An Appraisal Waiver ....................................................7...............................0
Customer Service Line / Disconnection ..............................7...............................5
Post University / Online Degree Programs ..........................7...............................0
Biden Recent Announcement .............................................7...............................4
Renewed Successfully / Direct Debit ..................................7...............................5
Education Group Of Yunshi City..........................................7...............................3
Owe $5000 In Back Taxes ...................................................7...............................2
Imagine Having An Insurance Plan......................................7...............................5
Marketplace Agency / Final Attempt...................................7...............................4
UPS International Express / About To Return.......................7...............................3
Don't Be A Statistic ............................................................7...............................3
Carnival Cruises / Complimentary Stay...............................7...............................5
Amazon / Authorize This Payment .....................................7...............................5
Plan Mas Economico ..........................................................7...............................2
Eligible For A Discounted Rate ...........................................7...............................4
Senior Aid Helper / Financial Matter ..................................7...............................5
Additional Medicare Benefits .............................................7...............................0
USA Travel / Vacation Giveaway..........................................7...............................2
Reduce Or Even Eliminate...................................................7...............................0
Eligible Forgiveness Program ..............................................6...............................2
Savings And Benefits...........................................................6...............................6
Hardship Loan Program ......................................................6...............................2
Discuss Potential Compensation.........................................6...............................2
ERP Services .......................................................................6...............................3
Save Up To $100 .................................................................6...............................6
Invitarte A Un Cafecito........................................................6...............................3
Glucose Monitoring System ................................................6...............................1
New Debt Resolution Options .............................................6...............................4
UPS International Express / International Package ...............6...............................5
Federally Subsidized Health Plans ......................................6...............................5
Health Insurer Quote Regarding.........................................6...............................3
Affordable Care Act.............................................................6...............................3
Temporary Hardship Forbearance ......................................6...............................0

Possibly Extending or Reinstating ................................................6 ...............................4

PCH / Sweepstakes Winner ............................................................6 ...............................3

DHL International Express /  International Courier .....................6 ...............................2

Vehicle Care Department / Regarding Insurance ......................6 ...............................3

Beneficial Loan Options ...............................................................6 ...............................1

Home Support Group .....................................................................6 ...............................6

Purchase On Apple .........................................................................6 ...............................3

Pending Status For Now .................................................................6 ...............................1

Disconnected / No Longer In Service ...........................................6 ...............................2

PayPal / Suspicious Activity ..........................................................6 ...............................5

Your Pending Application ...............................................................6 ...............................4

Wells Fargo / Unusual Activity  .....................................................6 ...............................1

Health Care Enrollment Center / Health Insurance Assistance .....................6 ...............................3

Target / Debited From ....................................................................6 ...............................4

Amazon / Suspicious Purchase ......................................................6 ...............................3

T-Mobile / Urgent Business Notice ...............................................6 ...............................2

Consumer Council / Home Improvement .....................................6 ...............................4

Amazon / Some Products ...............................................................6 ...............................3

Eligible For The Debt Elimination .................................................6 ...............................1

$5000 In Back Taxes .......................................................................6 ...............................2

eBay and Western Union ...............................................................6 ...............................4

Federal Protection Laws ................................................................6 ...............................5

Amazon / There Is A Charge .........................................................5 ...............................2

Consumer Council / Home Warranty ............................................5 ...............................3

Your Recent Purchase ....................................................................5 ...............................1

Any Condition Running Or Not .....................................................5 ...............................3

Economic Impact / Alternative Loan ............................................5 ...............................3

Humana / Customer Listening Program .......................................5 ...............................2

IRS Business Tax Credits .................................................................5 ...............................3

2022 Hardship Program .................................................................5 ...............................4

PCH / First Place Winner ................................................................5 ...............................3

Capital Group / Single Digit Rates ................................................5 ...............................3

Health Care Benefits / Health Benefits ........................................5 ...............................0

Preapproved For A Business Line / 4.9% ......................................5 ...............................3

Amazon Account Compromised ....................................................5 ...............................5

Paying Your Utility / Electricity And Gas .....................................5 ...............................4

Amazon / Purchase Request ..........................................................5 ...............................4

DMS / A Debt Collector ..................................................................5 ...............................2

Medicare Health Plan Advisor ......................................................5 ...............................0

Federal Care's Act ..........................................................................5 ...............................3

Windows Firewall Security .............................................................5 ...............................5

Internet Crime Complaint Center .................................................5 ...............................5

Valuable Service / Membership .....................................................5 ...............................3

Hardship Tax Account .....................................................................5 ...............................3

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

Lisa From Spectrum ............................................................5.................................4

Health Enrollment Center / Nationwide Coverage.............5................................4

Get Rid Of Your Debt ..........................................................5................................4

Comcast / 50% Discount Offer..........................................5................................2

Sky High Rates....................................................................5................................4

Plus Rated Carriers.............................................................5................................1

Aprovecha Y Reclama .........................................................5................................1

Discover Credit Card / Debt Settlement ............................5................................0

Amazon / Received A Shipment..........................................5................................3

Parcel Distribution Center / Final Notification..................5................................0

Income From Home .............................................................4................................2

Delinquent Account Status .................................................4................................2

Thinking About Selling ........................................................4................................2

UPS International Express / Delivered Twice......................4................................3

Suspicious Trails / Department Number.............................4................................1

Verizon / Avoid Disconnection............................................4................................2

Any Online Activities...........................................................4................................3

Trajector Disability / Would Like Assistance......................4................................2

UHC / Independent Agency .................................................4................................0

Proper Service And Delivery ...............................................4................................1

Partial Or Full Dismissal .....................................................4................................0

30% / Paying for Auto Insurance .......................................4................................2

AT&T / Regarding An Order .................................................4................................3

Consumer's Network / You Are Approved...........................4................................3

Temporary COVID Forbearance ..........................................4................................0

Brown / Forced To Suspend.................................................4................................2

New State Regulated ...........................................................4................................0

Significantly Lower..............................................................4................................3

$29.99 When Bundled .........................................................4................................4

Requires Immediate Attention ...........................................4................................0

Federal Reserve System......................................................4................................2

Walmart / Your Recent Purchase .......................................4................................3

Using Your Account..............................................................4................................4

Monthly Disability Money....................................................4................................1

Free Health Care Plan .........................................................4................................2

Account Will Be Auto Debited .............................................4................................4

Capital Group / Immediate Funding ...................................4................................4

Past The Compliance Period ...............................................4................................3

Federal And State Law ........................................................4................................4

Verify Your Business ...........................................................4................................3

BofA / Fraud Specialist For Dispute ...................................4................................3

Tax Relief Group / Tax Issues .............................................4................................0

Spectrum / Avoid Any Interruptions...................................4................................1

Sent Out Mailers..................................................................4................................1

Obama / Obligatorio Para Escribir O Renovar ....................................................4................................3

Recent Application / On Hold Due.......................................................................4................................2

Grand Jury / 888-895-9409 ..................................................................................4................................4

Health Insurance Relief Program .........................................................................4................................4

Norton / Auto Renewal Activated........................................................................4................................3

95% Of The Cost ...................................................................................................4................................3

Going To Be Charged ...........................................................................................4................................2

State of Washington .............................................................................................4................................3

MCM / Contact Me Or Any ..................................................................................4................................3

Spectrum / Paying High Bills ...............................................................................4................................3

PCH / Monthly Senior Citizen..............................................................................4................................3

Support First / Subsidized Health Insurance.......................................................4................................3

Running A Promotion............................................................................................4................................4

Behind On Your Mortgage ...................................................................................4................................1

Automatically Been Granted................................................................................4................................3

Computer Security Subscription ..........................................................................4................................4

Tax Relief Center / IRS Fresh Start Program .......................................................4................................1

Homeowner's Associate / Consumer Council......................................................4................................3

Amazon / From A Different Location ...................................................................4................................3

Self Employed Administration / Health Plan Packages........................................4................................3

Texas / Last Awareness Call .................................................................................4................................1

Apple / Multiple Locations...................................................................................4................................3

Exposed To Round Up...........................................................................................4................................4

A Hardship Program.............................................................................................3................................2

Republican Primary Election ................................................................................3................................0

Order Reference / Hash Tag .................................................................................3................................3

Amazon / Orlando Florida....................................................................................3................................0

Apple / Gift Card On Hold ....................................................................................3................................1

Financial Life Line.................................................................................................3................................2

Get Yourself Enrolled ..........................................................................................3................................2

Discuss This In Detail............................................................................................3................................1

Health Care Enrollment Center / Special Promo .................................................3................................1

$999 Credit ..........................................................................................................3................................1

From Your Checking Account................................................................................3................................2

Dental Vision Food Benefits ................................................................................3................................1

Amazon / Kindly Confirm .....................................................................................3................................3

Medicare Discount Card ......................................................................................3................................3

Personal Information / Unlock Your Accounts .....................................................3................................3

China Exit-Entry Administration / New Message.................................................3................................2

Disconnecting Your License .................................................................................3................................3

Jerusalem Prayer Team........................................................................................3................................3

Legal Enforcement Action....................................................................................3................................2

Home Warranty Program ....................................................................................3................................0

USPS Express / Package Will Be Returned ...........................................................3................................2

Zero Tax Debt Forgiveness..................................................................3.................................1
Consulate General Of China................................................................3.................................1
Service Experts / Your Prepaid Maintenance ....................................3.................................3
DHL International Express / Express Delivery.....................................3.................................3
Health Care Enrollment Center / Discounted Health ........................3.................................3
Student Loan Support Department .....................................................3.................................0
Best Egg / Recent Application.............................................................3.................................3
Promotion On Existing Debt ...............................................................3.................................0
Advantage Of Relief Options...............................................................3.................................1
Number of Great Solutions .................................................................3.................................0
Ambetter / Important Health Care .....................................................3.................................0
Direct TV / Free Channels And Equipment ........................................3.................................2
Contact / Investigation Officer / More Info........................................3.................................0
Fix Your Payday Loan ..........................................................................3.................................1
Eligible For Funding.............................................................................3.................................3
Senior Executive / Automotive Department.......................................3.................................3
Struggling To Make Ends Meet ..........................................................3.................................0
FedEx / Courier Notification ...............................................................3.................................2
Discover / Been Trying To Reach You .................................................3.................................1
Agents Are Currently Assisting............................................................3.................................0
American Rescue Plans Town Hall ......................................................3.................................3
Suspicious Hacking Activities .............................................................3.................................1
Federal / State Tax Problems..............................................................3.................................3
AT&T / Internet IP Address Compromised .........................................3.................................2
Month Lucky Winner ...........................................................................3.................................2
Complete The Final Task .....................................................................3.................................1
Discover Bank Offering 0%..................................................................3.................................2
Liberty University / 100% Online Programs........................................3.................................0
Facilitate A Civil Complaint .................................................................3.................................1
Loan Depot / A Great Option ..............................................................3.................................1
Intentional Crime ................................................................................3.................................3
Loan Forgiveness Programs ................................................................3.................................0
Preapproved as a Valued Customer ...................................................3.................................3
Discounted Health Coverage ..............................................................3.................................2
Wells Fargo Support Center / Maximum Log In .................................3.................................3
HRRG / Return Our Call.......................................................................3.................................2
Debt Hardship Elimination Program ..................................................3.................................0
Apologize For Calling You....................................................................3.................................0
Attempted For Delivery .......................................................................3.................................1
Prior to Being Served ..........................................................................3.................................2
Avoid Legal Consequences..................................................................3.................................2
Federal Tax Negotiations ....................................................................3.................................1
Amazon / Customer Care Executive ...................................................3.................................3
Student / Flagged For Full....................................................................3.................................2

Open Enrollment PPO plan .................................................................3.................................2
Reviewing Your File...........................................................................2.................................1
Monthly Social Security Disability Benefits......................................2.................................1
McAfee / Next One Year ...................................................................2.................................1
Affidavit Red Flag .............................................................................2.................................1
A Final Notification ...........................................................................2.................................1
ERTC Employment Retention Credits ...............................................2.................................2
Prior To Petitioning ..........................................................................2.................................0
Rebate Card To Be Used ...................................................................2.................................2
Remodeling Loans / Financial Assistance .........................................2.................................1
200,000 In Over 10 Years .................................................................2.................................2
Apple / Authorizing The Purchase ....................................................2.................................1
Factory Warranty Is Expired ............................................................2.................................1
DHL International Express / Delivered Twice.....................................2.................................1
Endurance Vehicle Protection / VSCs Cover 100% ...........................2.................................2
Responding To An Application..........................................................2.................................2
Countless Others...............................................................................2.................................1
Found One Package ..........................................................................2.................................1
Your Order Number ..........................................................................2.................................1
Consumer Council ............................................................................2.................................2
Interrupted / A Past Due...................................................................2.................................1
Urgent Legal Matter.........................................................................2.................................2
Single Digit Rate / No Closing...........................................................2.................................2
Avail The Limited Time Offer ...........................................................2.................................1
Nationwide PPO Benefit ..................................................................2.................................0
Government / Federal Recovery Policy .............................................2.................................2
A Formal Complaint .........................................................................2.................................1
AT&T / Unusual Activity ...................................................................2.................................1
Conservatives Only ..........................................................................2.................................1
Qualified to Drop Down ...................................................................2.................................0
$2000 Travel Voucher.......................................................................2.................................2
Local Air Duct Cleaning Service........................................................2.................................1
Eligible To Lower The Payments .......................................................2.................................0
Income Driven Forgiveness...............................................................2.................................0
The Economy Crisis ..........................................................................2.................................0
Excellent Payment History / Qualify For Reduction..........................2.................................0
Advantage Debt Relief Program .......................................................2.................................2
Current HMO Plan.............................................................................2.................................1
ADT / Interest In Our Security System ..............................................2.................................0
Health Insurance Assistance .............................................................2.................................2
Notice Of Intent ...............................................................................2.................................1
Financially Responsible For All..........................................................2.................................1
Upgrade / Return My Call .................................................................2.................................1
ASG Recovers / Extra 10% Savings....................................................2.................................2

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

Corona / Unable to Provide ........................................................................2.................................1
EDU First ....................................................................................................2.................................1
Tax / American Rescue Plan.......................................................................2.................................1
Best 2023 Health Insurance.......................................................................2.................................1
Substantial Government Payout.................................................................2.................................0
PCH / Annual Power Ball............................................................................2.................................1
Humana / Savings Information ..................................................................2.................................1
Viagra Pills Package....................................................................................2.................................1
Preapproved Up To $9000.........................................................................2.................................2
Afternoon / Important Business Matter....................................................2.................................2
Point Of Contact.........................................................................................2.................................2
Regarding A Tax Matter .............................................................................2.................................0
Online Support / Suspicious Charge .........................................................2.................................1
Calling On Behalf Of Aetna .......................................................................2.................................2
Twoourassistant.com.................................................................................2.................................1
PCH / Regards To A Delivery .....................................................................2.................................1
Pending Today Due To Non-Payment........................................................2.................................1
Behind On Their Mortgage ........................................................................2.................................2
Past Due Tax Returns..................................................................................2.................................1
Internet Network / Facing Issues ..............................................................2.................................1
Employee Retention Refund ......................................................................2.................................1
Credit Pros / Improve Their Credit............................................................2.................................0
Humana / Health Care Experience............................................................2.................................1
American Home Shield / Online Request ..................................................2.................................2
Discount Insurance Quotes / Regarding Insurance ..................................2.................................0
Press One ...................................................................................................2.................................1
Regarding Sales And Marketing.................................................................2.................................2
$29.99 / Each Service.................................................................................2.................................0
Out Of Pocket Expense ..............................................................................2.................................1
A Member Of Our Team ............................................................................2.................................2
Call Concerning Documents.......................................................................2.................................0
PCH / Congratulate You Once More ..........................................................2.................................0
Heritage Action / Strategy Call..................................................................2.................................0
Confirmation Number................................................................................2.................................1
American Auto Transport / The Email .......................................................2.................................2
Tax Rebate Program...................................................................................2.................................2
Genesis Health Agency / Enrollment Period.............................................2.................................0
DHL Express / Chinese Voice Department.................................................2.................................0
In Your Neighborhood ...............................................................................2.................................2
I'm With / Regarding Insurance ................................................................2.................................2
Garnishment Or Civil Judgment................................................................2.................................1
Benefits / With A PPO Program ................................................................2.................................0
Walmart Gift Card / Suspicious Activity....................................................2.................................1
Kindly Press One Before.............................................................................2.................................1

Our Company For $15,000.................................................................2.................................0
Up To $15,000.................................................................................2.................................0
New State Approved........................................................................2.................................0
Funding Department / Credit Approval...........................................2.................................0
Health Care Enrollment Center / Save Money...............................2.................................0
Details Has Been Sent .....................................................................2.................................2
El N??mero Correcto.......................................................................2.................................0
Amazon / Dayton $900+ Charge....................................................2.................................2
Available Agent / Important Business Matter ................................2.................................1
Medicare / Federal Recovery Policy ...............................................2.................................0
$10,000 Has Been Approved ..........................................................2.................................0
Education Section Of The Consulate General / Important Notices .............2.................................1
Preparing Documentation To File ..................................................2.................................1
Your Credit Score Up.......................................................................2.................................0
Inspections In Your Area .................................................................2.................................1
McAfee / Successfully Renewed .....................................................2.................................2
Windows Cancellation Department................................................2.................................2
Longest Terms In The Industry........................................................2.................................1
Make Your Own Electricity..............................................................2.................................1
Resolve Voluntarily .........................................................................2.................................2
Town Hall With Team.......................................................................2.................................0
Sanders And Associates / Past Due Debt........................................2.................................1
Corona Virus Testing.......................................................................2.................................1
Talk To The Concerned Officer........................................................2.................................2
Plans To Sell ....................................................................................2.................................1
Debt Validation Programs...............................................................2.................................1
Lock You In ......................................................................................2.................................1
Dealer Service Center / 833-304-1447 ..........................................2.................................1
Dropping Down................................................................................2.................................1
The Chinese Consulate....................................................................2.................................2
National Vehicle Service Center......................................................2.................................1
Contraband Of Drugs / Illegal Firearms .........................................2.................................2
Qualified For Complete Debt Elimination.......................................2.................................0
Retail Rebate Card ..........................................................................2.................................1
Has Been Signed Out.......................................................................2.................................1
Identity / Multiple Locations...........................................................2.................................1
Associated Changes ........................................................................2.................................0
Round Up and Diagnosed ...............................................................2.................................1
Under Your Bank Account................................................................2.................................2
For Telemarketing Purposes ...........................................................2.................................1
Citi / Suspicious Activity .................................................................2.................................1
ALB Insurance / True Premium Bonus ............................................2.................................0
Dealing With Tax Issues ..................................................................2.................................1
Degree Search Regarding Job .........................................................2.................................0

| | | |
|---|---|---|
| Consumer Council / Regarding Insurance | 2 | 0 |
| Air Duct / Dryer Vent Cleaning Services | 2 | 2 |
| Fresh Start Program / Tax Issues | 2 | 2 |
| Costco Travel / All Inclusive Stay | 2 | 1 |
| Enforced Against You | 2 | 2 |
| Your After Call Survey | 2 | 0 |
| Without Having to Pay | 2 | 1 |
| Automatic Voice Message | 2 | 1 |
| PayPal / Using eBay | 2 | 0 |
| Suspend and Freeze | 2 | 1 |
| Front Sight / Simple Yes Or No | 1 | 0 |
| Phone Calls From Home | 1 | 0 |
| Recently Inquired / Legal Matter | 1 | 1 |
| Regal Capital / Line Of Credit | 1 | 1 |
| Need To Chat Later | 1 | 1 |
| Right To Resolve | 1 | 1 |
| Help You Get In Compliance | 1 | 0 |
| CashNetUSA .com / Important Matter | 1 | 1 |
| Contains Confidential Information | 1 | 0 |
| Hardship Unsecured Funding | 1 | 0 |
| Regarding A Serious Issue | 1 | 0 |
| Brief Health Care Survey | 1 | 1 |
| Review Medicare Options | 1 | 0 |
| Florida Blue / Several Health Options | 1 | 0 |
| Computer Services / Billing Department | 1 | 0 |
| Direct TV / Location Of Satellite | 1 | 0 |
| Recent Activity / Bank Account | 1 | 1 |
| Verizon Wireless / Suspended For Security | 1 | 1 |
| Regards To A Civil Complaint | 1 | 1 |
| PCH / Monthly Grand Prize | 1 | 0 |
| Medicare Part A And B | 1 | 0 |
| Billings And Collection Department | 1 | 0 |
| Degree Search / Job Educational Opportunity | 1 | 1 |
| Qualified Medicare / Online Application | 1 | 1 |
| Knowledge Panel / Unique Nationwide Study | 1 | 0 |
| Annual No Cost Benefit | 1 | 1 |
| Business Line Of Credit | 1 | 0 |
| Qualified For 50% | 1 | 1 |
| Amazon / Dayton / Multiple IP | 1 | 1 |
| Amy On A Recorded Line | 1 | 0 |
| Hear What Your Options Are | 1 | 1 |
| Help Business Owners Secure | 1 | 1 |
| Password Is Trying To Be Reset | 1 | 0 |
| Weigh In On Important | 1 | 1 |

| | | |
|---|---|---|
| Back Tax Debt | 1 | 0 |
| CIgna / Your Premium Payment | 1 | 1 |
| Health Insurer Quote / Financial Department | 1 | 1 |
| Chances For FSA Approval | 1 | 0 |
| Optima / Seven Digit | 1 | 1 |
| Eligible For Reduced Interest | 1 | 0 |
| All Cash As Is Offer | 1 | 1 |
| Agent / Forgiveness and Relief Legislation | 1 | 1 |
| This Is Susan | 1 | 1 |
| Pressing Issues Facing | 1 | 1 |
| Our Grand Promotion | 1 | 1 |
| Amazon / Unknown IP Address | 1 | 0 |
| Was Unsuccessful Again | 1 | 0 |
| Amazon / Western Union | 1 | 1 |
| Katie / You Reached Out About | 1 | 1 |
| QCS / Please Contact me | 1 | 1 |
| Google / Take A Moment | 1 | 0 |
| Fingerhut / WebBank | 1 | 0 |
| Your Results Are In | 1 | 1 |
| Urgent Call Regarding | 1 | 0 |
| Access To All Major Carriers | 1 | 1 |
| You Have Been Preapproved | 1 | 1 |
| The Temporary Forbearance | 1 | 0 |
| Interest In Your Home | 1 | 1 |
| RCA / Preliminary Paperwork | 1 | 1 |
| Mettel / POTS Line | 1 | 1 |
| Been Finally Qualified | 1 | 1 |
| Listed As A Reference | 1 | 1 |
| Comcast / Time Sensitive | 1 | 0 |
| As Is Condition | 1 | 1 |
| Our Company For Up To $15,000 | 1 | 1 |
| Regal Capital / Regarding Your Preapproval | 1 | 0 |
| DirecTV Provider For Satellite TV | 1 | 0 |
| Stop What You're Doing | 1 | 0 |
| Forfeit And Decline | 1 | 0 |
| Freedom Debt Relief / Life Circumstances | 1 | 0 |
| Synergy Capital / Business Capital | 1 | 1 |
| DHL Voice Notification / Contacted Several Times | 1 | 0 |
| PCH / Our Newest Winners | 1 | 0 |
| UPS International Express / Twice Unsigned | 1 | 0 |
| Compliancy Stages | 1 | 1 |
| As Little As 6% | 1 | 0 |
| Deactivated Your Account | 1 | 0 |
| New Tax Debt Abatement Program | 1 | 1 |

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

| | | |
|---|---|---|
| Friends / Family Rewards Program | 1 | 1 |
| Recent Tax Matter | 1 | 0 |
| Federal Crime Investigation Department | 1 | 1 |
| Immediate Attention | 1 | 0 |
| Confirm Or Correct Location | 1 | 1 |
| Microsoft Windows Defender | 1 | 0 |
| Med Alert Pros / Health And Wellness | 1 | 0 |
| Exclusive And Affordable Packages | 1 | 0 |
| V Tech Solution | 1 | 0 |
| International Fellowship Of Christians / Jews | 1 | 1 |
| Patient Experience Of Care | 1 | 1 |
| Lending Home Improvement / Interest in Replacing | 1 | 0 |
| Prime Business Line Of Credit | 1 | 0 |
| Emergency Call / Technical Support | 1 | 0 |
| Free Alzheimer's Screening | 1 | 0 |
| Telesales Call From HBW Leads | 1 | 1 |
| Congressional District About Ukraine | 1 | 1 |
| Misuse Of Checking Information | 1 | 1 |
| Benefit From Your Medicines | 1 | 1 |
| Regarding / Electric And Gas Bills | 1 | 0 |
| Your Statement Of Intent | 1 | 0 |
| Forgiveness And Discharge Programs | 1 | 1 |
| Regarding The ERC Program | 1 | 1 |
| Hurricane Ida Strom Damage | 1 | 1 |
| Scheduled To Proceed | 1 | 1 |
| Risk Of Foreclosure | 1 | 0 |
| Nationwide Provider Of Health Services | 1 | 0 |
| Alternative Hardship Program | 1 | 1 |
| James Moore / SSA | 1 | 1 |
| National Debt Relief / Our Program | 1 | 0 |
| USPS International Express / Returned Soon | 1 | 0 |
| Fresh Start Initiative Support Group | 1 | 0 |
| Full Debt Forgiveness | 1 | 0 |
| Funding Department / Regal Capital Group | 1 | 0 |
| Dear Verizon Customer | 1 | 1 |
| Amazon / Unauthorized Purchase | 1 | 0 |
| Avoid / Disconnected By Mistake | 1 | 0 |
| $75,000 Personal Line Of Credit | 1 | 0 |
| Debt Partner | 1 | 0 |
| Dealer Processing Center | 1 | 0 |
| Hope Foundation / Save Your Home | 1 | 0 |
| Discover Card / 0% Interest | 1 | 0 |
| American Express / Not a Telemarketing Sales Call | 1 | 0 |
| Shutting Down / Internet and Communications Services | 1 | 1 |

| | | |
|---|---|---|
| eBay / Suspicious Activity | 1 | 1 |
| COVID Test In The Mail | 1 | 0 |
| Alternative Government PPP | 1 | 1 |
| Eliminate Your Debt / Final Courtesy | 1 | 1 |
| Defense Tax Group / Back Tax Issue | 1 | 0 |
| Dedham's Hardship Elimination Program | 1 | 0 |
| The Proper Documentation | 1 | 0 |
| Front Point Security System / Inquiry | 1 | 1 |
| Resolve This Issue Immediately | 1 | 1 |
| Custom Tailored Programs | 1 | 1 |
| Please Get Insured | 1 | 0 |
| American Publishers / Our Grand Prize | 1 | 1 |
| Monthly Grand Prize Draw | 1 | 1 |
| Your Free Consultation | 1 | 0 |
| Financial Inflation Adjustment | 1 | 1 |
| Exclusively Through Loan Depot | 1 | 0 |
| Direct Funding / Business Line Of Credit | 1 | 1 |
| Choice Home Mortgage / Inquiry To Refinance | 1 | 0 |
| UHC / Reward You For Completing | 1 | 0 |
| Payment In Your Electric | 1 | 0 |
| 72Sold / Home Selling Program | 1 | 1 |
| Avoid Any Legal Filing | 1 | 1 |
| Reducing Your Overall Debt | 1 | 0 |
| Authorize This Order | 1 | 1 |
| Take Necessary Action | 1 | 1 |
| Suspended The Tax Collection Act | 1 | 0 |
| Auto Insurer Quote / Regarding Insurance | 1 | 1 |
| New Issues We All Face | 1 | 1 |
| Banking Head Office | 1 | 0 |
| Fresh Start / What You Owe | 1 | 0 |
| DMV Score / Minimum Requirements | 1 | 0 |
| Illegal Willful Evasion | 1 | 0 |
| Judgment Complaint Being Filed | 1 | 1 |
| 40% Of Your Debt Reduced | 1 | 1 |
| Timeshare Relief Program | 1 | 1 |
| Enfamil And Similac / Necrotizing Enterocolitis | 1 | 1 |
| Liberty University / Complete Financial Check In | 1 | 0 |
| Living Senior / Bathroom Remodeling | 1 | 1 |
| Medicare Coverage Quote / Insurealife | 1 | 1 |
| Final Notice / Case Has Been Filed | 1 | 0 |
| BofA / Suspicious Activity | 1 | 0 |
| Student Loan Borrowers | 1 | 0 |
| Homeowner / Up To $5000 | 1 | 0 |
| Desconectara En Los Proximos | 1 | 1 |

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

PCH / Super Prize Winner .................................................................1...............................0
Final Expense Life Insurance ...........................................................1...............................0
Any Interest In Selling ......................................................................1...............................1
Non-collectible Status.......................................................................1...............................0
PCH / FTC One Percent ...................................................................1...............................1
Career Coach / Employment.............................................................1...............................0
Identity Card / Compromised ...........................................................1...............................1
Selling By Any Chance .....................................................................1...............................0
ERC Payroll Refund...........................................................................1...............................0
No Contact / No Compliance .............................................................1...............................0
Eligible For Debt Reduction ..............................................................1...............................1
Your Auto Information.........................................................................1...............................0
Working Capital Funding....................................................................1...............................1
Health Enrollment Center / Zero Dollar Deductible ..........................1...............................0
Free Consultations / Home Improvement ..........................................1...............................0
Fraud Protection Department ............................................................1...............................0
Local Real Estate Investor ................................................................1...............................1
Complimentary Stay In Mexico..........................................................1...............................1
Lending Club / Approved ...................................................................1...............................1
The Funds Run Out ...........................................................................1...............................1
Fresh Start Initiative..........................................................................1...............................0
Your Solar Consultation ....................................................................1...............................0
www.Automatedmoneypro.com.........................................................1...............................1
Silver Script / Eligible For Services ..................................................1...............................0
Autoaccident team.com / Recent Auto Accident ...............................1...............................0
God Given Rights Of All Georgians...................................................1...............................1
AT&T / Suspended for Verification ....................................................1...............................1
Debt Eliminated Up To.......................................................................1...............................0
Touching Base Again ........................................................................1...............................1
Red Flagged / Over Usage................................................................1...............................1
Medicare Plus Card / How Are You...................................................1...............................1
UHC / Community Plan ......................................................................1...............................1
Confident We Can Assist...................................................................1...............................1
Application Is Incomplete ..................................................................1...............................1
Traffic To Your Door...........................................................................1...............................0
USserviceanimals.org / No Fees Or Pet Deposits .............................1...............................1
Cuidadodesalud.gov / El Costo Mensual ..........................................1...............................0
Financial Hardship Debt Reduction...................................................1...............................0
Treasury Filed Lawsuit ......................................................................1...............................0
American Debt Consulting .................................................................1...............................0
MBS Highway .....................................................................................1...............................1
IRS Forgiveness Program..................................................................1...............................1
Kohls Department Store ....................................................................1...............................0
Renovate Or Expand .........................................................................1...............................1

Custom Debt Relief ..........................................................................1.................................0
UPS International Express / International Courier..................................1.................................0
Current Financial Hardship ...............................................................1.................................0
Monthly Spectrum Bill ......................................................................1.................................0
Ticket To Work Program ...................................................................1.................................1
Self Employed Health Plan / Cigna....................................................1.................................1
Federal Tax and Audit Division .........................................................1.................................1
Fight To Get Help .............................................................................1.................................0
Greetings From US Bank ...................................................................1.................................0
Tried To Call You ..............................................................................1.................................0
United Loans ....................................................................................1.................................0
Amazon / Prepaid Order ...................................................................1.................................0
IRS Design Relief Program.................................................................1.................................1
Rent To Own Process ........................................................................1.................................0
Imperial Power / Few Major Changes................................................1.................................0
IDR Account Adjustment...................................................................1.................................1
Fresh Start Mortgage Initiative .........................................................1.................................1
Lexington Law / Free Credit Consultation ..........................................1.................................1
May Reduce Or Remove ...................................................................1.................................1
Optum / Important Information ........................................................1.................................1
Amazon / Order Confirmation ..........................................................1.................................1
Your Electric Account........................................................................1.................................0
Comcast / Avail Up To 50%...............................................................1.................................1
Important Underwriting Update........................................................1.................................1
Suspicious Trails / Freeze Permanently .............................................1.................................1
US Energy / Existing Electricity Connection ........................................1.................................1
Capital One / Linda ..........................................................................1.................................0
Medicare Advantage / Membership..................................................1.................................0
We Would Be Happy.........................................................................1.................................0
Hi My Name Is..................................................................................1.................................1
UPS International Express / Delivery Two Times..................................1.................................0
Synergy / Business Financial Loan .....................................................1.................................0
Payment Plan Before Delinquency ....................................................1.................................1
Consumer Council / Insurance Warranty............................................1.................................1
Penalized On Your Taxes...................................................................1.................................0
Choice Home Warranty / Unexpected Breakdowns.............................1.................................1
Scheduled For Disconnection ...........................................................1.................................1
Wells Fargo / Withdrawal Request....................................................1.................................0
Time Sensitive Opportunity ..............................................................1.................................0
Back Taxes Wiped Out ......................................................................1.................................1
Our Community Conversation ...........................................................1.................................0
Receiving Tax Penalties.....................................................................1.................................0
Huge Financial Burden .....................................................................1.................................0
ARS / Immediate Attention...............................................................1.................................1

| | | |
|---|---|---|
| Acceptance Letter We Mailed | 1 | 0 |
| eBay Account / Placed Hold | 1 | 0 |
| Looking To Purchase | 1 | 1 |
| Considering A Cash Offer | 1 | 0 |
| Decline Coverage Opportunity | 1 | 1 |
| Figured Out And Situated | 1 | 0 |
| U. S. Gold Bureau / Precious Metals | 1 | 0 |
| Requested Online | 1 | 0 |
| Loans May Qualify | 1 | 0 |
| Option to Pay Flat Rate | 1 | 0 |
| SSN Case / Filed Under Your Name | 1 | 1 |
| Licensed Mediation Specialist | 1 | 0 |
| Business Listing Needs Attention | 1 | 1 |
| Health Insurance Services | 1 | 0 |
| Not Place The Order | 1 | 0 |
| Rob Beck | 1 | 0 |
| Lending Club / Your Personal Loan | 1 | 0 |
| Tax Debt Issue | 1 | 0 |
| Computer Services / Registered Customer | 1 | 1 |
| PCH / Your Claim Code | 1 | 1 |
| The Right Number | 1 | 1 |
| PayPal / Unrecognized Device | 1 | 0 |
| Notice That Was Mailed | 1 | 1 |
| Loan Increase Options | 1 | 1 |
| Notification By Phone | 1 | 1 |
| Important And Time Sensitive | 1 | 0 |
| Mohela / New Options | 1 | 0 |
| Funding Department / Rapid Cash Group | 1 | 1 |
| PCH / Prize Verification Number | 1 | 1 |
| Group Of Real Estate Investors | 1 | 1 |
| Full Sail University / Interest In Furthering | 1 | 0 |
| Unclassified SSN Threat | 1 | 0 |
| Homeowner Of A Single Family | 1 | 0 |
| Amazon Shopping Account | 1 | 1 |
| Contents / Impeachment Against You | 1 | 0 |
| Google / Extremely Well | 1 | 1 |
| Older Data Online | 1 | 1 |
| Suspicious Charge / Walmart Give Cards | 1 | 0 |
| Member Services Dept / Final Courtesy Call | 1 | 1 |
| Associated Press / Voters And Non-Voters | 1 | 0 |
| CCNC / Complete You Or Child Screening | 1 | 1 |
| United Health Care Calling | 1 | 1 |
| Amazon / Suspended | 1 | 0 |
| Employers Benefit Plan / Seven Digit Pin | 1 | 1 |

Border Protection / Suspicious Activity .................................................................1.....................................1

Attempts To Deliver Documents.........................................................................1.....................................0

No Upfront Fee .....................................................................................................1.....................................0

Person Of Interest................................................................................................1.....................................0

LRP / Limited Availability ....................................................................................1.....................................0

Say Take Message ...............................................................................................1.....................................0

Walmart / Accepted Your Order..........................................................................1.....................................1

Not Verified / Google Voice Search .....................................................................1.....................................0

China Exit-Entry Administration / Important Document......................................1.....................................1

Our Most Affordable Plan....................................................................................1.....................................0

Enforcement Action / Speak to an Officer...........................................................1.....................................1

Call is Important / Card Services..........................................................................1.....................................1

Point Break Financial / Half Way There ...............................................................1.....................................1

Local County Processor........................................................................................1.....................................0

The Inflation Reduction Act / Energy Savings......................................................1.....................................1

Complete Debt Settlement ..................................................................................1.....................................1

Protect My Car / Your Recent Payment...............................................................1.....................................0

Amazon / Multiple Orders From..........................................................................1.....................................0

HealthCare.gov / Cost May Go Up........................................................................1.....................................1

Their Line Of Credit..............................................................................................1.....................................1

Amazon / Pre-Order Successfully Placed.............................................................1.....................................0

Coronavirus Testing Kits ......................................................................................1.....................................1

TCB / An Investor Kit............................................................................................1.....................................1

No Substitute For Blood.......................................................................................1.....................................1

Vehicle Protection / Senior Aid ...........................................................................1.....................................0

Verizon Wireless / Suspended Due To Suspicious ...............................................1.....................................1

Making Some Extra Cash......................................................................................1.....................................0

Amazon / Dayton iPhone.....................................................................................1.....................................1

Lexington Law / Identify And Challenge ..............................................................1.....................................0

We Are Calling For ...............................................................................................1.....................................0

Boosting Your Credit............................................................................................1.....................................1

Reducing / Eliminating Tax Liabilities..................................................................1.....................................1

Interest Rate Reduction.......................................................................................1.....................................0

Health Marketplace / Qualify For Free ................................................................1.....................................0

Documents Which Require Signatures.................................................................1.....................................0

USBC America / Information Obtained.................................................................1.....................................1

Your Coverage Is Voided......................................................................................1.....................................0

Humana / Happy Birthday ...................................................................................1.....................................1

Middle Of Last Year.............................................................................................1.....................................1

Phone Number / Violated Regulations ................................................................1.....................................0

Martimus / Seeking Affordable Money ...............................................................1.....................................0

Reference To A Complaint ...................................................................................1.....................................1

Wells Fargo / Business Application ......................................................................1.....................................1

Unify Funding / Payment Options........................................................................1.....................................1

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

| | | |
|---|---|---|
| Eliminate Electric Bill | 1 | 0 |
| SSA / Officer Suspended | 1 | 1 |
| Right To Mediation / Speak To A Mediator | 1 | 0 |
| Label You Ineligible | 1 | 1 |
| For Things Like Dental | 1 | 0 |
| Debt Helpers Of America | 1 | 0 |
| In Regards To A Property | 1 | 1 |
| www.dollarlender.net / Approval Code | 1 | 0 |
| UHC / Health Insurance Coverage | 1 | 1 |
| Private Carrier / County | 1 | 0 |
| In Charge / Proceedings Case | 1 | 1 |
| Crystal / Auto Insurance Quotes | 1 | 0 |
| Forgiveness Initiative | 1 | 0 |
| Lexington Law / Help Your Finances | 1 | 0 |
| PSG / Preliminary Paperwork | 1 | 0 |
| Numerous Attempts To Contact | 1 | 1 |
| Senior Aid Helper / Timershare | 1 | 1 |
| BofA / One Time Password | 1 | 1 |
| Difficult And Frustrating | 1 | 0 |
| Clever Agent Solutions | 1 | 1 |
| COVID-19 Student Loan Relief Program | 1 | 0 |
| Credit One Bank Debt Collector | 1 | 0 |
| AmOne / Personal Loan Request | 1 | 0 |
| McAfee / Successfully Charged | 1 | 1 |
| Loan Up To $30,000 | 1 | 0 |
| Free Google Business Listing | 1 | 0 |
| Your Assigned Representative | 1 | 0 |
| Katie / Insurance Plan Information | 1 | 0 |
| National ERC Program | 1 | 1 |
| Lenders / Personal Loan Request | 1 | 1 |
| Med Alert Pros / Regarding Wellness | 1 | 1 |
| Lending Group / Eligible For A Loan | 1 | 0 |
| Vice President Sent Out | 1 | 1 |
| For Several Different Matters | 1 | 0 |
| The Consulate General / Important Notice | 1 | 1 |
| Department of Treasury / 915-268-0203 | 1 | 0 |
| Our Triple Match | 1 | 1 |
| Ovation Credit Services / Your Recent Inquiry | 1 | 1 |
| Coinbase / Recent Change | 1 | 0 |
| Lifequotes.com / All Time Lows | 1 | 0 |
| Amazon / Restricted Financial Activity | 1 | 1 |
| Fresh Start Program / New Opportunities | 1 | 0 |
| Plans For Citizens | 1 | 0 |
| GLN / Returning Your Call | 1 | 0 |

GlobalTranz / Outstanding Balance ........................................................................1................................0
Costco / Complimentary Six Day..........................................................................1................................0
RigQuote / Quote Instantly...................................................................................1................................0
UHC / Health Calls Program .................................................................................1................................1
Medicare Finder / Annual Enrollment Period.......................................................1................................0
Give Me A Call Back ..............................................................................................0................................0
Zantac / Full Financial Settlement .......................................................................0................................0
Connect With Coinbase ........................................................................................0................................0
Lady / Man Of The House ......................................................................................0................................0
www.nestegg22.com .............................................................................................0................................0
RCI / Interval Exchange .........................................................................................0................................0
Alzheimer's Prevention Study..............................................................................0................................0
Aetna Medicare / Seven Digit Pin ........................................................................0................................0
Amazon Express Notice / Delivered Twice ..........................................................0................................0
Still Looking For The Loan .....................................................................................0................................0
The Warranty Division ..........................................................................................0................................0
Drivers License Terminated ..................................................................................0................................0
T-Mobile / Number Will Be Terminated ..............................................................0................................0
Solar Services / Home Has Been Selected ...........................................................0................................0
**TOTAL................................................................................. 165,979 ..................... 98,368**

# Appendix VI : Audio Transcription & Media Link For Top 50 Campaigns Present in Call Traffic from Upstream Providers Other than Whisl

As voicemail deposit audio recordings may capture different fragments of the robocall audio, depending on when the robocall dialer begins playing its recording, or due to variations in the robocall script linked to a template further linked to a campaign, multiple transcripts or multiple links to recordings may be presented.

This is not an indication of each distinct, individual recording for each recipient, but rather distinct transcripts and links to each variant.

**Centro De Cobertura Medica**
Esta es una llamada es muy importante del centro de cobertura m?dica para tratar hablar con un agente oprima uno. Para ser eliminado de la lista oprima
Esta es una llamada importante. El centro de coberturas m?dicas. Para hablar con un agente. Oprima el uno. Para ser eliminado de la lista. Oprima dos.
https://media.youmail.com/mcs/glb/audio/s3diZGlyX3J3d2RmYTp0b21jYXQ2NDUzOjE2MTQ2NDE3ODQzMTB5mqY0fE.gen.wav
https://media.youmail.com/mcs/glb/audio/s3diZGlyX3R0bmRmYTp0b21jYXQ0MzU0OjE2MTQyOTYwMDQyMTFSAfGq2M.gen.wav

**Announcement / Telephone Pre-Selected**

From hot hotels. Your telephone number has been pre selected to receive a complimentary stay in one of our five star hotels for further details, press 1 now to be placed on the Do Not Call List, press 2 now.

Hi it's sorry I held the telephone ... every-day(?) one of our five star hotels for further details press one now to be placed on the do not call list press two now.

Hi this is an exclusive announcement from Marriott Hotel. Your telephone number has been pre-selected to receive a complementary day and one of our five star hotels for further details press one now to be placed on the do not call list press two now.

Hi this is an exclusive announcement from Marriott hotels. Your telephone number has been pre-selected to receive a complimentary stay in one of our five star hotels for further details press one now to be placed on the do not call list press two now.

.. selected(?) to receive a complimentary stay in one of our five star hotel for further details press one now to be placed on the do not call list press two now.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwNWRpcjpodWI5NTM0Mzk1OjE1NTEyODg2NzQxNjJ6teOOSn.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzdzc2RmYTp0b21jYXQ3MzY2OjE1Nzg2MDg1NDY0NTdvbEoYI8.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzdzc2RmYTp0b21jYXQ3MzY2OjE1Nzk3MTkwNDc0OTRh5H2lsz.gen.wav

https://media.youmail.com/mcs/glb/audio/s3huaHViX3QwMmRpcjpodWI4MTY2NDY1OjE1MjY1MTU4MTY1OTBDvXGwJQ.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2sydGRmYTp0b21jYXQxMzMxOjE2NTEyNzA4Mzg3NTd5ImcYkQ.gen.wav

**Cero Primas / Cero Copagos**

Hola. Soy ahora del departamento de seguros m?dicos. Usted podr?a calificar para recibir seguro gratis. Cero primas cero copados. Oprima el uno ahora para informaci?n sin compromiso. Oprima el dos ahora para ser eliminado de la lista.

Hola. Usted tiene que alistar para atr?s. Pero oprima cero(?) ... oprima el uno ahora para informaci?n sin compromiso. Oprima el dos ahora para ser eliminado de la lista.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2JiNmRmYTp0b21jYXQ4NzIwOjE2NDc5OTc4NDMyOTNWVPe288.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2Jxd2RmYTp0b21jYXQ4NDE1OjE2NDUyMjI4MTUwMzV4epow61.gen.wav

**Choosing / Membership Drawn**

Marriott hotels. We would like to inform you that thanks to the friends and family rewards program. Your membership is drawn it to receive a complimentary stay for further details press one now to be placed on the do not call list press two now.

Thank you for choosing Hilton Hotel. We would like for you. Thanks for the Spring Sports Program your efforts(?) Donna said to receive a complimentary stay for further details press one now to be placed on the do not call list press two now.

Thank you for choosing Marriott hotel, we would like to inform you that think to the friends and family rewards program. Your membership was drawn to receive a complimentary today for further details press one now to be placed on the do not call list. You are currently color or 13 waiting to speak with present. It is thank you.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwNWRpcjpodWIyNjQ0Nzg1OjE1Njc2MjMxMzM2NzkwUnqyul.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzJiZGRmYTp0b21jYXQzNTQ5OjE1ODI3NDMzNzY0NjBRSWXGhZ.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzZzNGRmYTp0b21jYXQ5MDg0OjE2MTE5NDQ5NjI4NDhvzmyeHF.gen.wav

### Booking Number / Do Not Call

Hotels response to six or something number for complimentary day for further details press one now to be placed on the do not call list press two now.

Thank you for choosing hotels(?) would like to offer you assistance-on(?) it to receive a complimentary stay for further details press one now to be placed on the do not call list press two now.

Thank you for putting(?) in hotels the number wait for supplementary(?) today for further details press one now to be placed on the do not call list press two now.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3puMmRmYTp0b21jYXQ2MDIzOjE1OTcyNzA2ODIzMTRhnbQiw8.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2w2ZmRmYTp0b21jYXQzNDA4OjE2MzkwMTQ3MzUzNTczDNxQTC.gen.wav

### Extending or Reinstating

Reinstate your cars warranty or press two to be placed on the do not call list. Once again press one now or press two to be placed on the do not call list. You can also call 833-304-1447.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2Q5aGRpcjp0b21jYXQ0ODQ0OjE2MjI3NTIzODIyNTI4cCrxuD.gen.wav

### Consulta Sin Compromiso

tengas(?) un seguro de salud o suplementario sin costo alguno. Presione el uno. Para una consulta sin compromiso. Si desea retirarse de la lista. Presione dos.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3pobmRmYTp0b21jYXQ2OTM5OjE2MDc0NjAxMDg3MzV0ocbZND.gen.wav

### Amazon / For Your Recent Order

$1,499 for the recent order of Apple Mac book pro on your Amazon account if you do not authorize this payment. Please press one to speak to our customer support representative.

Pre-off of the Apple MacBook from-nap(?) in your plan(?) $37.35. To cancel your order or to connect with one of our customer support representative please press one to.

This is Amazon. This call is to authorize the payment of $1499 for the recent order of the Apple MacBook Pro on your Amazon account. If you do not authorize this payment. Please press one to speak to our customer support representative.

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2JjNWRmYTp0b21jYXQxNTIzOjE2Mzg0NjY4MzQ0NjdvVyKcS0.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2dkOGRpcjp0b21jYXQyODc0OjE2Mjc1OTEzMDY2OTJMCwDkLO.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3NsNmRmYTp0b21jYXQ1NzgxOjE2NTE2MTczNTk5NDNCjth4Y8.gen.wav

**Promotional Family Price**

All inclusive vacations for promotional family price of only $999. For further details press one now to be placed on the do not call list press two now.

To receive free all inclusive vacation for a promotional family price of only $999. For further details press zero now. If you don't wish to receive any additional offers. Press two now.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwNWRpcjpodWI4NzEzMjM5OjE1NjQ3ODg2MTU4MjRitRaTUR.gen.wav

**Avoid Any Legal Proceedings**

Reach you via the mail but you failed to respond within 48 hours. Stay connected to speak with the concerned officer to avoid any legal proceedings. Press one to continue. I repeat press one and you will be connected to the concerned apartment.

This call in reference to an important legal matter we tried to receive your mail, but you failed to respond within 48 hours. They elected to speak with the concern the office but to avoid any legal proceedings press one to continue. I received press one and you will be connected to the concern department.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2dmd2Rpcjp0b21jYXQ2NTU1OjE2NDMwNTY0NzkwNzd1kz1hBR.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3JsZ2RmYTp0b21jYXQ2NzMzOjE2MzkxNjMyMDA2Mjhmt3jiDh.gen.wav

Our Best Resort

In hotels. You are randomly selected amongst thousands of travelers to receive a complementary all inclusive stay in our best resort. To accept press one now. If you do not wish to receive any further offers press two now.

Thank you for staying at Hilton hotel, you were pretty urgently selected amongst thousands of Travelers to receive a complimentary all inclusive day and our best Resort to accept press one. Now if you do not wish to receive any further offers press two now.

Travelers to receive a complimentary all-inclusive day in our best resort. For further details press zero now. If you don't wish to receive any additional offers. Press two now.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwOGRpcjpodWI3MjQ3Nzk2OjE1NTA1MzUzNDU4MzJUMsaP8o.gen.wav

https://media.youmail.com/mcs/glb/audio/s3huaHViXzAzNmRpcjpodWIyOTUzMjczOjE1MDE1OTE5NDA3OTZksxKvmb.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzJibmRmYTp0b21jYXQ0MzI2OjE2Mjc2ODQ2NDc1NTZUTpVixI.gen.wav

**Service Agent / Go Over Options**

Expired for will be expiring shortly. If you would like to keep coverage or extend it press eight to speak to a customer service agent and go over options press the number at nine. If you are declining coverage for wish not to be reminded again.

Expired or will be expiring shortly. If you would like to keep coverage or extend it press eight to speak to a customer service agent and go over options press the number nine, if you are declining coverage for wish not to be reminded again.

Expires shortly. If you would like to keep coverage or ask to speak to a customer service agent or options press the number. If you're declining coverage or wish not to be reminded again.

If you would like to keep coverage extended. Press eight to speak to a customer service agent and go over options. Press the number one if you're declining(?) coverage or wish to remind you that.

Press eight to speak to a customer service agent and go over options press the number nine. If you're declining coverage or wish not to be reminded again.

Rex has expired for will be. Customer service agent and go over press the number nine, if you are declining coverage for wish not to be reminded again.

This is Mark with an important message about your automobile service contract. Seems like the time to renew or extend your service contract has expired or will be expiring shortly. If you would like to keep coverage for extended press eight to speak to a customer service agent and go over options press the number nine. If you're declining coverage or wish not to be reminded again.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2JjOWRmYTp0b21jYXQ0NDYyOjE2NDA4MTc1MTU1OTloePGuh6.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2dua2Rpcjp0b21jYXQxMjM2OjE2NDYwNjQxNDc2OTR5Qdx4yE.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3F2N2Rpcjp0b21jYXQ1MzgyOjE2NDI1NDcxMjU3MjdQvjsvcR.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3JzeGRpcjp0b21jYXQ3MDU0OjE2NDczMDMyMDQ0MjVs26vRXq.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzJweGRpcjp0b21jYXQyNTQzOjE2NTE2MTY4MDg3OTVKdwjR1s.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzV4cmRpcjp0b21jYXQzMjM3OjE2NDA4MjAyODAxNDIzRlDfGS.gen.wav

**Clean Energy Upgrades**

This message is provided by the administration of energy savings. The state has not set aside $1.3 billion. Your home is eligible for up to $10,000 to use for clean energy upgrades for exterior paint new windows HVAC drought tolerant landscaping cool roof and solar to find out how much your home is qualified for. Press one if you're home has already been qualified. Press nine.

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzJkcWRmYTp0b21jYXQ1OTEzOjE1Nzk1NjIyNjU0NjJuv8p2AI.gen.wav

**Carnival Cruises**

Carnival cruises to receive an eight day seven night complimentary all inclusive cruise. For further details press zero now to be placed on the do not call list press two now.

Congratulation article Thursday receive(?) that complimentary all through the details press zero now to be placed on the do not call list press two now.

Congratulations but selected by Carnival to receive a state-complimentary(?) cruise for further details press zero now to be placed on the do not call list press two now.

Congratulations you have been selected by Carnival Cruise 368 that's night complimentary all inclusive cruise for further details press zero now to be placed on the do not call list press two now.

In graduations you have been selected by Carnival purposes to receive an eight day seven night complimentary phone with Bruce Bruce for further details press zero now to be placed on the do not call list press two now.

In graduations you have finished selected by Carnival Cruises three Steven eight day seven night complimentary Paul exclusive cruise for further details press zero now to be placed on the do not call list press two now.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2hsemRmYTp0b21jYXQ4OTIxOjE1NzkyNzA1NjI0MzViKnuYrm.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2tydmRmYTp0b21jYXQ0NzY2OjE1OTU4OTU4OTA3MDZaielPsW.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3Q2ZmRmYTp0b21jYXQ5OTcyOjE2MTQ4MTIwOTI4OTR68COIYw.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwNWRpcjpodWI5NTM0Mzk1OjE1NTA5OTQxNzc5NzJCDCTTlj.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3duamRmYTp0b21jYXQzMjI3OjE1NzkwMzI2MTQ3Mjdj cRARzS.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzJkcWRmYTp0b21jYXQ1OTEzOjE1NzkzMTk0MjcxMTgxRnxNOC.gen.wav


Renew Or Extend

Hi this is Mark with an important message about your automobile service contract things like the time to renew or extend your service contract has expired or will be expiring shortly. If you would like to coverage for extended press three. To speak to a customer service agent and go over options press the number nine. If you're declining coverage or wish not to be reminded again. Hi this is Mark with an important message about your automobile service contract. Seems like the time to renew or extend your service contract has expired or will be expiring shortly. If you would like 60s coverage for extended press eight to speak to a customer service agent and go over options press nine if you're declining coverage for week.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3NsNmRmYTp0b21jYXQ1NzgxOjE2NTE2MTU2NzUwODN4AcedUu.gen.wav


**Rewards Program**

Things Hilton Hotel for a few different rewards program. Your messages football today. For further details press one now to be placed on the do not call list press two now.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3Znd2RmYTp0b21jYXQ3ODU2OjE1ODI3OTY4NTU0MzE3jWKZYS.gen.wav

**Order Has Been Placed**

Hello this call is to inform you that a pre-authorize order has been placed on your name. So to authorize the order or to talk to our representative please press one or stay on the line. Thank you.

parts(?) we would like to inform you that this order has been placed from your account if you don't authorize this order then press one to speak to a representative.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3ZseGRpcjp0b21jYXQ4MjEzOjE2NTAwMzU3NTI1MDdK9X6GaT.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzV2cWRmYTp0b21jYXQ5MTE0OjE2NTMwNjE5NDAyMDZZwptgYq4.gen.wav

**All Inclusive Vacation**

To receive a complementary all inclusive vacation. For more detailed information press zero now. If you wish to be placed on the do not call list press two now.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwNWRpcjpodWI0NDg5NDU5OjE1NTE0NTYwODgwMTlYMlzRUM.gen.wav

**Amazon / Service Will Be Renewed**

Did from your card attached to the Amazon account if you authorized the payment simply hang up and your order will be delivered soon. If you do not authorize the payment. Please press one to talk to our representative right now. Please press one now.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2RiMmRpcjp0b21jYXQ1NDIyOjE2MzcyNTg0NTU1NDBnE97hM9.gen.wav

**Amazon / Pre-authorized Purchase**

... is being ordered from your Amazon account. To cancel your order in order to connect with a representative press one or stay on the line. Thank you.

A pre, authorized purchase of an Apple Malibu Crow and an Apple air box is being ordered from your Amazon account for an amount of $1,537.35 to cancel your order or to connect with one of our customers the board representative please press one. Good bye.

Curt, Matt Bowen and Eric deposit being ordered from your end was on account to cancel your order or to connect with the representative press one or stay on the line. Thank you.

Hello this is jessica(?) from Amazon prime pre-authorize purchases at(?) ... from your Amazon account. To cancel your order or to get connected with the Amazon department(?). Please press one to.

Hi the authorized MacBook Pro is being ordered from your e-commerce account if you did not place this order then press one to talk to our customer representative or press two to confirm this order. Thank you.

Hi the authorized MacBook Pro is being ordered from your e-commerce account. If you did not place this order then press one to talk to our customer representative or press two to confirm this order. You.

Pre, authorized purchase of an apple mac book pro in and Eric pause is being ordered from your end was an account to cancel your order or to connect with representative press one or stay on the line. Thank you bye.

Pre-authorized for Apple mac-air(?) ... grandma's-and(?) your order in order to connect with a representative press one or stay on the line. Thank you.

Pre-authorized process and happily upon receiving(?) orders from your account for an amount of $1537 and 35. To cancel your order or to connect with one of our customer support representative please press one.

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

84

There is one pre, authorized order placed for apple mac book pro and air park pro for a total amount of $1,499 it will be deducted from your account soon your reference. I D number is 27369 was this you. If you have not authorized this transaction then press one to speak to one of our customer care executives. Thank you.

This account if you did not place this order then press one to talk to our customer representative or press two to confirm this order. Thank you your amazon order for apple mac book pro for an amount of 1499 will be delivered today for any changes or cancellation. Please press one to speak with cancellation team or contact on this number 219-206-9426. Thank you.

Your amazon account if you did not place this order then press one to talk to our customer representative, otherwise press two to confirm the sorter take you.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX205a2Rpcjp0b21jYXQzMTQ2OjE2NzA0MzE4Mzc5NTZMRqohK2.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX214dmRmYTp0b21jYXQ3OTM2OjE2NDMyMDU2NTc0OThjhVOMUj.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX25oYmRmYTp0b21jYXQ4MzU1OjE2NTE2MTYxODM0Mjk0MBTh1r.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2t2ZmRmYTp0b21jYXQxMTIzOjE2NDQ1ODc4NTUzNDVIbYhFhJ.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2x6MmRpcjp0b21jYXQyMjc4OjE2NDk4MTIwODY2MzhmetTXu1.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3JzeGRmYTp0b21jYXQ3MDU0OjE2NDYyNTE1MjcxNTBRYIBATz.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3ZjcWRpcjp0b21jYXQ5ODI0OjE2NzQ2NzYxOTMwMTVFyn96KW.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3huNGRmYTp0b21jYXQxNTE0OjE2NDUwMzk3NDE3NzdSfseMAr.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzI5YmRmYTp0b21jYXQ0NDkzOjE2NTQyMDA5OTQ2NjJukCdXdR.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzZtdGRmYTp0b21jYXQ4OTY0OjE2NTA2Mzc5NzAyMjNTd4Qzo2.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzdqY2Rpcjp0b21jYXQzNzMzOjE2NTA1NzE0OTkyNTFUUNojJy.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzdwZGRmYTp0b21jYXQ4MTI3OjE2NDQ1Nzk2MDQ4NDFMEfPCvp.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzdwZGRmYTp0b21jYXQ4MTI3OjE2NDUwNDcyOTIzMDVKiwfLnO.gen.wav

**$500 Travel Voucher**

You have been selected to receive a $500 travel voucher for more detailed information press zero now. If you wish to be placed on the do not call list press two now.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwN2RpcjpodWIzMjcxNDM1OjE1NTQ5OTczNzM2MzRrq1lPMQ.gen.wav

**Amazon / Fake Bad Transaction**

$0.35 from Amazon .com I repeat there was a purchase made Novato Airport and Apple Mac book pro by you amounting to $1,537.35 from Amazon .com. If you have not made this transaction press one to speak to Amazon customer care representative. I repeat press one to speak to Amazon customer care representative.

An order placed for Apple iPhone 11 pro using your Amazon account. If you do not authorize this order press one or press two to authorize the starter.

Hello, this is Hannah this call is to authorize the payment of $1,199, we would like to inform you that there is an order order number **** place for Apple iPhone 12 bro using your Amazon account. If you do not authorize this order and refund your account press one for our Express choose the authorized this order.

If you want to stop and cancel this order please press one for more information press two or call us at 1-810-212-9901. We repeat 818102129901. Thank you.

Mobile number followed by the pound key to confirm a pre, authorized purchase of an Apple Mac book pro in an Apple Ipod is being ordered from your Amazon account for an amount of $1,537.35 to cancel your order or to connect with one of our customer support representative please press one.

Nine dollars on your card for Amazon gift card which will be dispatched in the next 24 hours. If you have not made any such purchases or transactions then kindly press one to speak Amazon customer service. Thank you.

Thanks for choosing cling your purchase of my-nine(?). If you not approve this transaction please press one if you approve this transaction please goodbye.

Times is being ordered from your Amazon account for an amount of $1537.35. To cancel your order or to connect with one of our customer support representative please press one.

Using your Amazon account if you do not authorize this order please press one to talk with Amazon specialist to report fraud or else press two to authorize.

You that there is an order order number **** placed for Apple iPhone 12 pro using your Amazon account if you do not authorize this order into to refund your amount press one or press two to authorize this order.

hatched(?) in the next 24 hours. If you have not made any such purchases or transactions then kindly press one to speak Amazon customer service. Thank you.

to have one thousand five hundred and thirty dollars and thirty cents to cancel your order or to connect with one of our customer support representative please press one

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2Z0d2Rpcjp0b21jYXQ4NTU3OjE1OTE4ODk0MDkwMjJMbReOSr.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3BrOWRpcjp0b21jYXQ1MTg0OjE2MDEwNjk4MDk2Mjc3yym129.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2Q3a2RmYTp0b21jYXQ1NjQ2OjE2NDIxNzY5MTEzOTFKlvf1E0.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2Z2ZGRmYTp0b21jYXQ4MzYzOjE2MTk1NDM3Mzk0NTFiOsGlVB.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2Z3YmRpcjp0b21jYXQzOTQ0OjE2MjU1MDcxNjk4NTgyEvSoMB.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2dkOGRpcjp0b21jYXQzMDkwOjE2Mjg2OTMxNzQxMjl4dvRZBN.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3BiNWRpcjp0b21jYXQ0NzY3OjE2MTkyMTY5MTczMThx2nrlCi.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3NjcWRpcjp0b21jYXQ0MjQ4OjE2Mjc0MTIwOTAzMzVEzeoLP0.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3ZrOWRpcjp0b21jYXQyOTU2OjE2MzIxNjQzMDM4MDVsq2v4zT.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3ZwMmRpcjp0b21jYXQ5NjAyOjE2MjgyOTI3OTg4MThX0eCDJE.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzdnZGRmYTp0b21jYXQxMDkxOjE2NDQzMzU5NDE1Mjh31aiJHI.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzh3cGRpcjp0b21jYXQzODk5OjE2NjM2OTE4NjcwMjFuNMzPJ1.gen.wav

### Marriot / Choosing / Number Qualified

Hotels. We would like to inform you that because you have stated one of our properties. Your telephone number was qualified by our booking system to receive an all inclusive complimentary stay. For further details press one now to be placed on the do not call list press two now.

Our friends and family program. Your telephone number was qualified by our booking system to receive an all inclusive complimentary stay. For further details press one now to be placed on the do not call list press two now.

Thank you for choosing Marriott Hotel. We would like to inform you that your telephone number with qualify fire booking system to receive an all inclusive complimentary stay. For further details press one now. Placed on the do not call list press two now.

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzdzc2RmYTp0b21jYXQ3Njg4OjE1Nzg1MjE4NTkxNThptaDYS5.gen.wav

https://media.youmail.com/mcs/glb/audio/s3huaHViXzA0NGRpcjpodWIyMjkzNjUzOjE1MDEyNDQ2NjQ0NjZ2T5ixV3.gen.wav

https://media.youmail.com/mcs/glb/audio/s3huaHViXzAxN2RpcjpodWI2Nzg2NjUxOjE1MDIyMTAwODM5MjkzLea2H6.gen.wav

### Amazon / Debited From Account

And $1099 has been debited from your Amazon account with you authorize this charge then no action required. If you do not authorize this charge press one to speak to Amazon customer care executive. Thank you.

Chester Apple MacBook Pro and apple air parts will be delivered by tomorrow evening and $1537.35 has been debited from your account for the purchase. If you authorized this charge and no action required. If you do not authorize this charge then press one to get connected to Amazon customer support.

Dear customer. Thank you for shopping with amazon your purchase of villanova gaining computer will be delivered tomorrow at total amount of $1,975 will be debited from your bank account for the purchase. If you authorize this transaction and no action is required, but if you have a dispute press one and speak with one of our customer support. I repeat if you have.

The customer. Thank you for shopping with Amazon your purchase with Mac book pro in Atlanta positive be delivered tomorrow in the evening head total amount of $1,537.35 will be debited from your bank account for the purchases. If you authorize this transaction and no action is required, but if you have a dispute with the purchases please press one and your call will be connected with Amazon support. I repeat if you have a dispute press one. Thank you bye.

Will be delivered by tomorrow evening and $1537.35 has been debited from your account for the purchase. If you authorized this charge then no action required and if you did not authorize this charge then press one to connect to Amazon customer representative for cancellation of this charge.

Will be delivered shortly and the amount of $1539 will be debited from your account for this purchase. If you authorize these charges no action required and if you do not authorize this charge press one to speak to an Amazon customer support.

Your customer thing for your purchase from Amazon shopping this policy was for me that you're focused for Apple Mac book pro will delivered by tomorrow evening and $1099 has been debited from your Amazon account you authorize this charge and no action required not authorize this charge press one to speak to Amazon customer or executive thank you.

Your customer. Thank you for your purchase from Amazon shopping this call is to inform you that your purchase for Apple Mac book pro in Apple air parts will be delivered by tomorrow evening. And $1537.35 has been debited from your account for the purchase. If you authorize this charge them no action required. If you do not health arises Charleston press one to get connected to Amazon customer support.

Your customer. Thank you for your purchase from Amazon stopping this call is to inform you that your perfect for Apple Mac book pro with Apple air cost will be delivered by tomorrow evening. And $1,537.35 has been debited from your account this purchase. If you authorized it starts been no action required and if you did not authorize this charge send press one to connect amazon's customer representative for tessie this charge.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2RiOWRmYTp0b21jYXQ0MzA4OjE1OTk3NDYxMTE4MTB2bSysOC.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2o0bGRpcjp0b21jYXQ1NDU3OjE2MTI5OTc5OTU0NzNKP06gsL.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2o0bGRpcjp0b21jYXQ1NDU3OjE2MTMwMTYzOTQ5ODRtWQRXUA.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3A0cmRpcjp0b21jYXQ0MzAxOjE1OTY2NTc4MzI3NTRau5t2KU.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3F3YmRpcjp0b21jYXQ0MzQ0OjE1OTk2MDE3NzI2OTddNFGtFM0.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2puNmRmYTp0b21jYXQzMjA5OjE2MzQ4NDM4OTYzMjA22lh1h9.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2s3a2RmYTp0b21jYXQ4MzQ0OjE2NTQ3MTAzNzYwNDJxMddOlO.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2syMmRpcjp0b21jYXQ5OTQxOjE2MTg4NDQyMTU2NzdSbZXEAc.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2xnbmRmYTp0b21jYXQ4NzA0OjE2MjQwNDM3NDMyMjVBIl3pn2.gen.wav

**Inscripcion O Renovacion**

Esta es una llamada muy importante para asistirlo con una orientaci?n(?) de su seguro. Oprima el uno ahora para ser transferido a un especialista. U oprima el dos ahora para ser eliminado.

No con la nueva direcci?n o renovaci?n de su seguro. Oprima el uno ahora para ser transferido a un especialista. U oprima el dos ahora para ser eliminado.

Una llamada muy importante que la transacci?n nos pidieron oprima el uno. Ahora para ser transferido a un especialista u oprima el 2 ahora para ser eliminado.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX21mN2RmYTp0b21jYXQxNDQzOjE1ODEwMTkzMTkzMDhH5Nhepb.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwNGRpcjpodWI2Nzk5OTg2OjE1NjM0MTM5NjE1NjZH3aRkI2.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzU5ZmRmYTp0b21jYXQ4NjgwOjE2MTIyMjExNjA4NjQxeiKKim.gen.wav

### Hilton / Complimentary Stay

Hi, Dave announcement from Marietta health complimentary stay with our five Star hotels for further details press one now to be placed on a do not call list press two now.

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzdycmRmYTp0b21jYXQ5MDMyOjE1OTk3ODA0NDMwMzJxTCo3qg.gen.wav

### VIP Program to Receive

Because you were selected by our VIP program to receive a complementary weekend. To accept press one now to be placed on the do not call list press two now.

Thank you for staying(?) at Sheraton hotels. You are receiving this message because you were selected by our VIP program to receive a complementary weekend. To accept press one now to be placed on the do not call list.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX25jN2RmYTp0b21jYXQ3Mzc3OjE1ODM5NDU3ODM3NjZYq6iLZg.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwNmRpcjpodWI3Mjk5NzA5OjE1NTQ3NjQxMjc3NzFmQP8Z3L.gen.wav

### Amazon / Daniel Customer Service

Callers waiting to speak with a representative. Hi, this is Daniel from Amazon customer service. We have seen a recent order number a M G zero nine, eight seven of iPhone 11 pro on your account, which is billed on your card attached to your Amazon account the amount charged and $1,499 we noticed some suspicious activity on your account. So we have put on hold to this transaction please press one now and to report.

Hi this is Daniel from Amazon Customer Service. We has been a recent order number AMD 0987 live on the 11th Row on your account which is billed on your card attached to your Amazon account. The amount charged is $1499. We noticed some suspicious activity on your account. So we have put in hold to this transaction. Please press one now and to report. Please press two. Thank you.

On account the amount charged in $1499. We noticed some suspicious activity on your account. So we have put on hold to this transaction. Please press one now and to report please press two. Thank you.

This is Daniel from Amazon customer service. We have seen a recent order number **** iphone 11 pro on your account, which is billed on your card attached to your Amazon account the amount charged and $1499 we noticed some suspicious activity on your account. So we have put on hold to this transaction to verify this transaction please call us on our toll free number 1-888-423-0806, I repeat 1-888-423-0806. Thank you.

YOUMAIL PROTECTIVE SERVICES – YPS-UCCA-SOF-SMARTBIZ-2023AUG-V2

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2N3cGRmYTp0b21jYXQ2MTUzOjE1OTA1MzE0NTY3NjFpToPnxo.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3B3cmRpcjp0b21jYXQ2NzU4OjE2MDE0Mjc0MDQ4MjlqS711JD.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzZzNGRmYTp0b21jYXQ5MDg0OjE2MTE3ODg5NDUwODhqrLUNCK.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX205ZGRpcjp0b21jYXQ2MDcwOjE2NjMxMTM1NTUzMzNBjfR3Pz.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzl2bWRmYTp0b21jYXQ1MTE5OjE2MTkxOTUxMTc0NTlyNQWJ5Q.gen.wav

**Amazon / Your Today Purchase**

And recognize it then simply disconnect and your order will be delivered to you. However if you have not made any such transaction you can simply press one on your phone now and get connected to our customer support. Thank you.

Dear customer this call is from Amazon Customer Support. This is to notify you regarding your today's purchase on amazon.com. You have been charged $499.99 on your Visa card. If you have made this purchase on Amazon account and recognize it and simply hang up and your order will be delivered to you. However if you have not made any such transaction and want to cancel please press one and simply stay on the line to connect to our Amazon customer representative. Thank you.

Hello this is an important call from Amazon Customer Support. This is to notify you regarding the date purchased on Amazon.com. You've been charged $1279.99 on your default card stated(?) on Amazon.com. If you have not made a transaction. Then please press one to cancel your order. Else if you have made a purchase on amazon.com and recognizes. Please press two to confirm your order or to talk to our customer care please press three. To repeat this message please press four. Thank you. Hello this is an important call from Amazon Customer Support. This is to notify you regarding your purchase on amazon.com using charge $1279.99 and this is Bob part-faith(?) on amazon.com. If you have not made a test transaction then please press one to cancel your order. If you have made this purchase on amazon.com and recognize then please press two to confirm your order or to talk to our customer care press three. To repeat this message please press four. Thank you.

Nine cents. If you have made this purchase on Amazon account and recognize it then simply hang up and your order will be delivered to you. However if you have not made any such transaction then please press one and simply stay on the line. To cancel.

PHI regarding your today purchase on Apple .com you have been charged $1,299.99 on your Apple account. If you have made this purchase on Apple .com and recognize this charge then simply hang up and your order will be delivered to you. However, if you have not made such transaction kindly press one to talk to.

This is Alice from Amazon Customer Support. This call is to notify you regarding your purchase on amazon.com. You have been charged $77.97 on your Visa card.

Your Amazon customer. This call is from Amazon customer support to notify you regarding your purchase on Amazon account. You have been charged $1599.99 on your card. If you have made this purchase on Amazon account and recognize it then simply disconnect and your order will be delivered to you. However if you have not made any such transaction check with you press one on your phone now. Thank you. Connected to our customer support. Thank you.

Your customer this call is from Amazon Customer Support. This is to notify you regarding your today's purchase on amazon.com. You have been charged $279.99 on your Visa card. If you have made this purchase on amazon.com and recognize it then simply hang up and your order will be delivered to you. However if you have not made any such transaction then press one to get in touch with our support team or press two for more information. Thank you.

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzdqZ2RmYTp0b21jYXQzMTg4OjE1ODI3MzYwMzU3MDRkHuAxhr.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzlrOGRmYTp0b21jYXQ0NTQ3OjE1ODMxNzc3NjI0NTVreCT85j.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2N0OWRmYTp0b21jYXQzNzk2OjE2NTEyNzE4NzgxNTd1I54UFz.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2NxOWRpcjp0b21jYXQ0NzkxOjE2NDIxMTk1ODk0MzlOKkHqYa.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3hmbWRpcjp0b21jYXQ4NzU4OjE2NDQwNzQ5NjM1NDZOeeAFOI.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzJqcWRpcjp0b21jYXQ4NzE3OjE2MTg5OTE1ODcxNzMzhxPPjH.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzZnZGRmYTp0b21jYXQ2Njk0OjE2Mzc0Mjc3NDAyNzY1wFrNkL.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzhjcWRmYTp0b21jYXQ2MjEyOjE2NDU5MTU1NzIyMzI2XJwE62.gen.wav

**An Order Placed**

Apple charger and apple your pods using your bank account if you do not authorize this order to cancel press one or press two. To accept this order. Thank you. Please press now.

Hello this call is to author of 900. We would like to inform you that there is an order placed for Apple iPhone 11 pro. Using your Amazon account if you do not authorize this order press one or press two to authorize this order.

Hello this is Amazon. This call is to authorize a payment of $999. We would like to inform you that there is an order placed for Apple iPhone 11 Pro. Using your Amazon account if you do not authorize this order press one or press two to authorize this order.

You to inform you that there has been an order placed for an Apple iPhone 11 pro using your Amazon account if you do not authorize this order press one to speak to our representative or press two to authorize. ally(?) phone 11 pro using your Amazon account if you do not authorize this order press one to speak to our representatives or press two to authorize.

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzhjYmRmYTp0b21jYXQzNDkyOjE1OTg2Mzk4MTM3NzVMJ8azVY.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2diamRmYTp0b21jYXQ5MTg5OjE2NTE2MTY0NDgxMjF5ncDd7R.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2dmZmRpcjp0b21jYXQzMDI0OjE2Mzk2NjYxMTE3NDJhqYWowf.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2s3a2Rpcjp0b21jYXQ4MzQ0OjE2NTQ2MDUyNzMxMTBCt8GWDW.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3ZseGRpcjp0b21jYXQ4MjEzOjE2NTA4OTkwNTE1ODdX7WsdNa.gen.wav

**Amazon / Electronic Voice Confirmation**

Hard for $866, which was charged on amazon .com. If you have any issue regarding this transaction immediately please press one. I repeat please press one.

This is an electronic voice confirmation call regarding your recent purchase on your credit card for $866 which was charged on amazon .com. If you have any issue regarding this transaction immediately please press one. I repeat please press one.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2dua2Rpcjp0b21jYXQxMjM2OjE2NDU4MDg4MjgxMjg3zCcwOR.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3R2emRmYTp0b21jYXQzMzk1OjE2NDU2NDYyNDU2NDEyTT5jkm.gen.wav

**Senior Aid Helper Regarding Insurance**

Hello this is Christine with senior eight helper. I'm a Medicare advisor Hon. I'm with the senior eight helper regarding insurance and my call back number is 833-213-9482.

Hello, my name is Charlotte and I'm with budget security disability. I'm with senior eight helper regarding insurance my callback number is 833-213-4724.

Hi my name is Charlotte from Gary Solberg calling on a recorded line press one to be rebuilt. I'm with senior aid helper regarding insurance. My call back number is 833-213-4724.

Hi my name is Claire from senior aid helper calling on a recorded line and I'm a senior aid helper regarding insurance and my call back number is 844-204-6688.

Hi there this is Christy and I'm with Senior and need(?) help with Robert. I'm with senior aid helper regarding Insurance and my callback number is 833-213-3718.

Hi this is Julie I'm with senior aid helper with our office. I'm with senior aid Health Care regarding insurance and my call back number is 833-213-3718.

I'm with senior aid helper regarding insurance and my call back. I'm with senior aid helper regarding insurance and my callback number is 833-213-3718.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2R2aGRmYTp0b21jYXQxODE3OjE2NTcwMzg2NTc1ODdSG5Nx3M.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2d4MmRpcjp0b21jYXQ5NzEzOjE2NDQ3MTUwNDg1MTNpo9Gz4t.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2hrc2RmYTp0b21jYXQ3NDczOjE2NjczNDg3OTM2MDd1g6oica.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3B4eGRmYTp0b21jYXQyNjY0OjE2NjY2MjA0MzE4MDBlQmgww0.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3E2amRmYTp0b21jYXQ3MDYwOjE2NjQ4NDE3NDI2ODNIm7Yy4v.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3I5dmRmYTp0b21jYXQ5NTc5OjE2Njc5MjIyNDA3OTQ2J0htyn.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3NncGRmYTp0b21jYXQyMjA3OjE2NjQzODE4MDczNTd
HM46Fbt.gen.wav

**Qualify For Free Insurance Coverage**

Hello, there how are you. My name is Anna I'm calling from the Worcester enrollment center and the reason I'm calling today is that there are millions of Americans who are qualified health insurance assistance and some qualify for free insurance coverage so which Lacey speaking qualify for one of these players. Oh, I am so sorry. I just didn't hear you that last time. I just wanted to know if he would like to qualify for one of these insurance plans. Would you like to see the qualify for one of these plans. Thank you for your time have a nice day.

you're(?) in Roman Center and the reason I'm calling today is that there are millions of Americans who are qualified for health insurance assistance and some even qualify for free insurance coverage. So would you like to see if you qualify for one of these plans. Oh I'm so sorry I just didn't hear you that last time. I just wanted to know if you would like to see if you qualify for one of these insurance plans. Would you like to see if you qualify for one of these plans. Thank you for your time and have a nice day.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwMWRpcjpodWI3MzgwMDE1OjE1NDA1MDI5MjYz
MTV04qMbZk.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3NncGRmYTp0b21jYXQxMDc0OjE2MzgyMDY5NjkyODh
qRPEgFW.gen.wav

**Amazon / Fake Suspicious Activity**

Dollars, we noticed some suspicious activity on your account to report the fraud department please press zero now or kindly call us back on the number 1-617-861-2005 DOB. Thank you. Simply hang up the call to approve this transaction. Thank you.

Hi this is a call from Amazon Customer Service. We please seeing your recent order number AMC 0987 of Apple iPhone 7+ on your account which is billed on your card attached to your Amazon account. The amount charged is $149. We noticed some suspicious activity on your account. We had put on hold the transaction. Please press one now to speak to our Amazon customer executive or press three to allow the transaction. Thank you.

Phone 13 pro and your account which is billed on your card attached to your amazon account the amount charged and $899, we know that some suspicious activity on your account. So we have put in hold to this transaction please press one now and to report please thank you bye.

This is Amazon billing(?) report. We have noticed suspicious activity on your Amazon account if there's an order for an iPhone 11 pro worth(?) $999 scheduled to be delivered in Ontario California and action is required for delivery of the product. If you did not place this order please press one to speak to an Amazon fire(?) protection Department representative immediately. Thank you.

This is Kelly from Amazon customer service we have to be the recent order ****. I don't 12 problem your account which is built on your card attached to your Amazon account the amount charged and $1299 we needed some suspicious activity on your account that we have put on hold to the transaction please press one now your recording please press two to cancel the order. Thank you bye.

Your amazon account for amount of $1537.35. To cancel your order or to connect with one of our customer support representative please press one.

Your amazon account or email at 1535th hour to $0.35 to cancel your order or to connect with one of our customer support representative please press one.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2dnOGRpcjp0b21jYXQxNDM4OjE1OTEyMTAxMzQ3MTVPw4BPRa.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2dzZGRmYTp0b21jYXQzNzI3OjE2MTYyNjIwMTUzMjBQDrOpbW.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3F3YmRpcjp0b21jYXQ0MzQ0OjE1OTk2ODI0MTQ1MDZ6UVTDlO.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3NyNGRmYTp0b21jYXQ2Mzg5OjE1OTYzMDg3Nzk3NDRDBhFGM3.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzdqZ2RmYTp0b21jYXQzMTg4OjE1ODE0NTk0MzE2ODJyoPQ0zv.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX200cWRmYTp0b21jYXQ5NTY1OjE2NTU1OTA1MDg3MDB26VRsrC.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2Q3a2Rpcjp0b21jYXQ1NjQ2OjE2NDIwMjIxOTE5NjVImD2Wq2.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2xjN2Rpcjp0b21jYXQ4ODQxOjE2NDQ2MTA0NDYyOTFTyaOqXI.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3J6bGRmYTp0b21jYXQ0Nzg5OjE2NDM2NjYxODM4NjZM1nFRda.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzRrd2Rpcjp0b21jYXQzNzgxOjE2NDMzMTk3Mzg4NTJXpjt20H.gen.wav

**Amazon / Authorize A Payment**

Hello this is Amazon. This call is to authorize the payment of $13,000. We would like to inform you there is an order placed for white gold engagement diamond ring using your Amazon account if you did not authorized the purchase campus press one and hold for next available representative. Thank you.

This call is authorized the payment of 1000 99 cents on account if you do not authorize this payment. Please press one to speak to our customer support.

This is Anna. This call is authorized payment of $1500. We would like to inform you that there's an order placed for a MacBook Pro and iPhone 11 using your Amazon account if you do not wish to authorize that order to cancel the order. Please press one and hold the line.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX24ydGRpcjp0b21jYXQ3MDkyOjE2NDM4MjM2MDkzMTNkyC4L3G.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2J2cmRmYTp0b21jYXQ2MTU0OjE2NDczNDY2MjU4MzFDwAJu4L.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3ZmcmRmYTp0b21jYXQ3NTMzOjE2NTcxMjg2NTM5MzFjucf7XQ.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzRuc2RmYTp0b21jYXQ1MjA3OjE2NDM3NTE0NTY1NzFrCp2xjM.gen.wav

**Warranties Are Time Sensitive**

Final notice email to you. Warranties are time sensitive. Press two to reinstate this important coverage that protects you from expensive repair bills. Again press two or to discontinue these reminders press five.

That was mailed to your residence and warranties are time sensitive and they must be extended before your automobile reaches the certain mileage. Don't make a coffee(?) mistake in driving your automobile without it. Press two now to speak to a warranty specialist press three to close your warranty coverage and stop this because this is a notification that your vehicle warranty coverage your vehicle warranty may have expired or is about to expire. We still have not received the response to the notice that was mailed to your residence. Warranties are time sensitive and they must be extended before your automobile reaches a certain mileage. Don't make the coffee mistake of driving your automobile.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2Z6NmRmYTp0b21jYXQ5ODAzOjE2NjAxNDIzNjEyOTc0b xH3FW.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2dobmRmYTp0b21jYXQ3NjA3OjE2NjAzMzA1MDAzMjA 4eGBQRO.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzduemRpcjp0b21jYXQxNjMzOjE2NjAxNDEwNzE3NTFyR nLqvf.gen.wav

**Amazon / Multiple Orders Placed**

An account has been used for shopping purpose this week and see it has multiple order placed from your Amazon account. To confirm your order. Press one or press two to talk to our representative.

Hello this call is from Amazon. We have gone through your account and we found that your Amazon account has been used for shopping purpose as we can see multiple orders placed from your Amazon account now to confirm your order press two or press one to talk to our representative.

Used for shopping purpose as we can see multiple orders placed from your Amazon account now to confirm your order press two or press one to talk to our representative.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2N0OWRpcjp0b21jYXQzNzk2OjE2NTEyNzI1NzY1NDk0V cBzPn.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2doN2RmYTp0b21jYXQxNjU2OjE2NDg0ODl0Mjc0NzRxZ AEElO.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzVmeGRpcjp0b21jYXQ3MTA4OjE2NTQ4ODI2MTg3MDU 3WgMQ7J.gen.wav

**Package Has Been Seized**

Hi, this is an important call from legal department. The reason behind the call is to inform you that your package has been see which is under your name by legal department do the criminal activity a legal course of action has been issued under your name. So to avoid legal consequences and to know more about the investigation please press one and speak with the available officer.

Hi, this us customs and border protection. The reason behind the call is to inform you that a package has been seized which is under your name by us customs and border protection do for criminal activity. A legal course of action has been issued under your name to avoid legal consequences and to know more about the investigation please press one with the available officer.

Lynn from us customs and border protection on the surveillance and M's through the reason behind this call would you inform you that your package has been seized and confiscated a legal course of action and red flag issued under your name. So to avoid legal consequences and to know more about the investigation please press one and speak with the available officer.

Your name by US customs and border protection due to criminal activity a legal course of action has been issued under your name so to avoid legal consequences and to know more about the investigation please press one and speak with the available representative.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2J2cmRmYTp0b21jYXQ2MTU0OjE2NDY3NzMzMTYzNTJnAWaAcC.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2J2cmRmYTp0b21jYXQ2MTU0OjE2NDYxNDU2OTkxMDNruFWpCw.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2p3NWRmYTp0b21jYXQxNjYyOjE2MzcwOTI2NTQ3MTBtoV7RCe.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3N4cmRpcjp0b21jYXQ3MjgwOjE2MzAxMTUwMTA3NzVjTkOe93.gen.wav


**Protects Your Automobile**

Base on your most recent automobile oil change. We notice you might be driving without a service contract that protects your automobile against repair bills. Don't be caught driving without this important coverage. Press two to speak to a customer agent and get your free quote today. If you wish to decline coverage and to stop these friendly reminders. Press four. Based on your most recent automobile oil change. We noticed you might be driving without a service contract that protects your automobile against repair bills. Don't be caught driving without this important coverage. Press two to speak to a customer agent and get your free quote today. If you wish to decline coverage and to stop these friendly reminders press four.

Based on your most recent automobile. We notice you might be driving without a certified-fax(?) with the ... and-deal(?) with your bills. Don't be caught without important coverage. Press two to speak with a customer agent. If you wish to decline coverage press four. Based on your most recent automobile. We noticed you might be driving without a service contract to protect your automobile against with your account. Don't be caught(?) ... this important coverage. Press two. To speak to a customer agent. If you wish to decline coverage press four. Based on your most recent automobile. We noticed you might be driving without a service contract that protects your automobile against repair bills. Don't be caught driving without this important coverage. Press two to speak to a customer agent. If you wish to decline coverage press four. Driving without this important coverage. Press two to speak to a customer agent or press nine to discontinue coverage and discontinue receiving these reminders.

yes(?) repair bills. Don't be caught driving without this important coverage. Press two to speak to a customer agent and get your free quote today. If you wish to decline coverage and to stop these friendly reminders press four.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2I4bGRpcjp0b21jYXQyNDc3OjE2NTM2NjM3ODE1MDhYjrYMew.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2h2cGRmYTp0b21jYXQ0OTEyOjE2NDM2NDcwMjc2NjJ634Z8jD.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2h2cGRpcjp0b21jYXQ0OTEyOjE2NDM2NDc4MjMyMTZQSnEhaM.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzlwdGRmYTp0b21jYXQ2MjkxOjE2NTk2Mjc1MTlxMDQ0gX4WrL.gen.wav

**Connect Federal Agent**

And you will be connected to the concerned department. If we don't hear from you your social will be blocked permanently. Press one and you will be connected to the concerned apartment.

Hi, this is Officer Sarah Schultz calling you from the legal department the very second you receive this message you need to leave your work aside, so that we can discuss about your case and take necessary action on this matter in order to connect federal agent press one and you will be connected to the concern department. If we don't hear from you then we will be forced to take legal action against you press one and you will be connected to the concern department.

The reason you received this prerecorded message from our department is to inform you that there is a legal enforcement actions files on your social security number for a legal and frankland activity in order to connect a federal agent press one and you will be connected to the concern department. If we don't hear from you your social will be blocked permanently. So once you receive this message press one and talked to the officer from social security administration. Thank you.

Your work aside so that we can discuss about your case and take necessary action on this matter. In order to connect Federal agent press one and you will be connected to the.

turn(?) department. If we don't hear from you then we will be forced to take legal action against you. Press one and you will be connected to the concerned apartment.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2RsaGRpcjp0b21jYXQzMjEyOjE2MTE3NjMxMDQ0NzZtJBt0JE.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2Y0cGRpcjp0b21jYXQ3NTAxOjE2MTM3Njc3MTk0ODI1C5DLR7.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3ZycGRmYTp0b21jYXQ4MzQ4OjE2MTM0OTE1NjIxNzlBPET596.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzlzOGRpcjp0b21jYXQ4NzkxOjE2MTY2OTA0NzI4NzZFdjl4xm.gen.wav

**Go Up To 85%**

Assets up to $3,000,000 with the 685 go score. So if you're still trying to buy a home I can make it happen for you with this product here and we can go up to 85% so only 15% down and you can own a home. So, I know the rates you probably seen him. It's crazy right now, but we can still get really aggressive and I can explain it just give me a call back at your earliest convenience. I'm at 949-385-0753 again, it's 949-385-0753. I hope you've been doing well and I'll look forward to catching up. Okay. Talk to you soon have a good one bye bye.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2RudGRpcjp0b21jYXQzMTkxOjE2NTM1MjQxNTQyNTkzwTa9UD.gen.wav

**Reduce Or Eliminate**

Hi it's tamara(?) has been disconnected or is no longer in service. If you feel you have reached this recording in error and try your call again. My name is Martin Oliver giving you a notification call from our department of

tax that and Financial settlement Services. There are new programs that can help you reduce or eliminate your debt completely. It's possible that your tax debt can now be considered temporarily non-collectible. You can call me back at my personal desk 1-833-312-3245.

Hi you have reached a number disconnected on my cell service. If you feel you have reached this recording in error please try your call again. My name is Raymond Markson. This is an association call from our department of tax debts and financial settlement Services. There are new programs that can help you reduce or eliminate your debt completely. It is possible that your tax debt can now be considered temporarily non-collectible. You can call me back at my personal desk 833-312-3186.

My name is Martin Oliver giving you a notification call from our department of tax debt and Financial Settlement Services. There are new programs that can help you reduce or eliminate your debt completely. It's possible that your tax debt can now be considered temporarily non-collectible. You can call me back at my personal desk 1-833-312-3245.

My name is Tina Paulman. This is a notification call from our department of tax debt and Financial Settlement Services. There are new programs that can help you reduce or eliminate your debt completely. It is possible that your tax debt can now be considered temporarily non-collectible. You can call me back at my personal desk 833-577-2598.

My name is Tina Polo see giving you a notification call from over the Department off tax debt and financial Settlement Services. There are new programs that can help you reduce or eliminate the debt completely. If is possible that your text that cannot be considered(?) a temporary non-collectible. You can call me back at my personal desk 1-833-312-3155.

Unavailable please leave a message. My name is Kelly Lane. This is a call from a Department of tax debt and Financial Settlement Services. There are new programs that can help you reduce or eliminate your debt completely. It is possible that your tax debt to now be considered temporarily non-collectible. You can call me back on my personal desk. 833-312-3157.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2N0OWRpcjp0b21jYXQzNzk2OjE2NTEyNzA1MzU0ODEz5cWnyN.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2h2cWRmYTp0b21jYXQ4MTYxOjE2NTAwNDQxNDg5NDBvltCJxn.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2hwaGRmYTp0b21jYXQ5MDY2OjE2NDc4NzY0ODE5MDFlp3kpEI.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2s4N2RmYTp0b21jYXQyNjQ5OjE2NTAzOTEwOTE3MDFwvzmzJb.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2sydGRpcjp0b21jYXQxMzMxOjE2NTEyNzI4MzMzMDFZ2U1hVQ.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3J6bGRmYTp0b21jYXQ0Nzg5OjE2NDMzMDY1ODA1MzBhgGtfk4.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3dibGRmYTp0b21jYXQyNTY5OjE2NTI4MDA0NTg0ODI2skeho4.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzhjcWRpcjp0b21jYXQ3MjA1OjE2NDY3NTc2MDk5MTFtLxwJee.gen.wav

**Apple Support Advisor**

Apple support. We have found some suspicious activities in your I cloud account that your I cloud account has been breached before using any Apple device please contact Apple support adviser. Press one to connect with Apple support advisor press two.

Card account but your I cloud account has been breached before using any Apple device please contact Apple support advisor. Press one to connect with Apple support advisor. Press two to listen to this message again or if you wish to contact us later please call us on our toll free number 979-216-1648. Thank you.

Customer this is Molly from Apple support. We have found some suspicious activity in your I cloud account. Your I cloud account has been breached or using any Apple device please contact capital advisors. Press one to connect with Apple support advisor press three to listen to this message again or if you wish to contact us later please call us back on 737-256-7788. Thank you.

Device, please contact Apple Support advisor. Press 1 to contact with Apple Support advisor. Press 2 to listen to this message again, or if you wish to contact us later please call us on our toll free number 3602059659. Thank you.

The Apple device please contact our Apple support advisor. Press one to connect with an Apple support advisor or press two to listen to this message again.

To your customer this is Olivia from Apple before we had done some service that is activities and your I cloud account that you arrive cloud account has been breached before using it in the Apple device, please contact the address the court adviser press one to connect to that will support adviser press two to listen to this message again or if you wish to contact us later please call us on our toll free number 315-232-8257, thank you.

Using your I cloud account that your iCloud account has been breached for using any Apple device please contact Apple support advisor. Press one to connect with Apple support(?) advisor. Press two to listen to this message again.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2ZuOGRmYTp0b21jYXQzMjk3OjE1ODI5OTU0MTA4NzJlRFHwKx.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2w3cWRmYTp0b21jYXQ4OTIxOjE2MDUxMDkwNzAzNzBBpy6PZV.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwMmRpcjpodWI5NDM5NjQ4OjE1NDk3MjIyMTQxNzM2M2yhCVpx.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwN2RpcjpodWI4MjI3MzY3OjE1NTg4MzU2MjQ3NDlEqMPRsz.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3Y2OGRmYTp0b21jYXQ5NjUxOjE1OTQ0MDk4OTU2MzZmBzwFtl.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3Znd2RmYTp0b21jYXQ5NjYwOjE1ODI4MjgxNzg4NjVhVhVhYrd1.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3hqeGRmYTp0b21jYXQ0NTY3OjE1OTg4ODQ1MDg2MTdT1Lwl84.gen.wav

https://media.youmail.com/mcs/glb/audio/s3huaHViX3QwM2RpcjpodWI5NzQ1MDg4OjE1MjM2NTQ4ODIxMTFVligEKZ.gen.wav

https://media.youmail.com/mcs/glb/audio/s3huaHViXzA0NWRpcjpodWIyNTI3NzU0OjE1MDUyMzcxOTQxMDFW5jTzCk.gen.wav

**A Bunch Of Equity**

Great, but times are different now look at the equity position. It's really strong and if you still have a bunch of equity in your house, that's definitely a problem. If you're real estates working for you great. If it's not then it's working against you and that's what these banks are doing they're using your equity for their advantage and that's how they make their billions. So give me a call, I'll explain how it works or the bank. We'd give you the no point no cost loan for you to get your equity out and for you to be able to use strategic investments for it. We're just the bank to make it happen for you. So my number is 949-228-9243 again 949-228-9243.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2txamRpcjp0b21jYXQ3MDE2OjE2NTM1MjM2NDE4MTQzVfQg6f.gen.wav

Pre-Recorded Message / Suspend110      "Hi this call from social security administration department. The reason you are receiving this pre-recorded messages to notify you that we have thought(?) an order to suspend your social on immediate basis because your social has been found suspicious or illegal activity. It's very time sensitive and urgent that I do hear back from you before we proceed further with suspension of your social aspect please press one to speak to the office or either to press one to speak to her(?) right away. Thank you.

Hi this call is from the Social Security Administration Department. The reason you are receiving this pre-recorded messages to notify you that we have got an order to suspend your social on immediate basis because your social has been found suspicious for some illegal activities in your state. Very time sensitive and urgent that I do hear back from you before we proceed further with the suspension(?) of birth social and ask that we speak to the officer. Please press the office there right away. Thank you.

Hi, this call is from social security administration department. The reason you are receiving at three recorded messages to notify you that we have got an order to send your social an immediate space at of your social has been found sister worked on illegal activity is very time, sensitive and thirteenth's that I do hear back from you before we proceed further with the attention of your social and ask please press one to speak to officer. I repeat press one to speak to the office for right away. Thank you.

You are receiving this pre-recorded message is to notify you that we have got an order to suspend your social on immediate basis because your social has been found suspicious for some illegal activities in your state. It's very time sensitive and urgent that I do hear back from you before we proceed further with the suspension of your social and assets. Please press one to speak to the officer. I repeat please press one to speak to the officer right away. Thank you.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX2JzOWRmYTp0b21jYXQ0NjE5OjE1ODI3NTIyNzM0NTV3fqjJLp.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyX3QwMWRpcjpodWI4NDY0NDAzOjE1NDIzMDkzMTU5NjddKqdRej5.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzU4Y2RmYTp0b21jYXQzODg4OjE1OTQ3NjM5NjU0NDJEYMZyMv.gen.wav

https://media.youmail.com/mcs/glb/audio/s3diZGlyXzlwbGRmYTp0b21jYXQzODc4OjE2MDEwNzIxNTk0MDJE4Y3sws.gen.wav

**Pre-authorized Order**

Hello call me before you gonna be authorized order to authorize the order need to talk to our representative please press one and stay on the line. Thank you.

Hello this call is to inform you that the authorized order has been placed in your name to authorize the order of the top of our representatives please press one and stay on the line. Thank you. Goodbye.

Hi this call is to inform you that a pre-authorized(?) order has been placed on your needs. Once the order was delivered to you. You will be charged for it. Press one to cancel or to speak to be present to two. Goodbye. Jens and devices. There is one pre-authorized order placed for Apple MacBook Pro and air pod pro for a total amount of $1499. It will be deducted from your account soon. Your reference ID number is 20.

Placed on your name to authorize the order or to talk to our representative please press one and stay on the line. Thank you. This inform you that a pre-authorized order has been placed on your name to authorize the order or to talk to our representative please play on the line. Thank you.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX205ZGRmYTp0b21jYXQ2MDcwOjE2NjM2MDE3ODA3NDlsMoK4Tx.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2R0YmRmYTp0b21jYXQ1NzQ2OjE2NjI2NTY4MDA2ODFUYpEy40.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2dobmRmYTp0b21jYXQ3NjA3OjE2NjIxMzYwMDU3NjN5VWc5Hk.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3ZmcmRpcjp0b21jYXQ3NTMzOjE2NTgyNDcxNTczMTRvnaicIa.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzh3cGRmYTp0b21jYXQzODk5OjE2NjA3NTczOTkxMTE0fr5wwx.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzh3cGRpcjp0b21jYXQzODk5OjE2NjE5MDcyNjkxNjJr0cn06e.gen.wav

**Employee Retention Credits**

Hello this is an automated message regarding your business's qualification for retention credit. We have not heard from you and your file is set to expire in the next 24 hours. Please call our retention servicing department at 855-482-1911. Again that's 855-482-1911. To avoid this.

Hi this is Mary Stevens at 888-338-0188. I need to speak with you regarding your outstanding employee retention credits under the care zach(?) you have been prequalified to receive up to 26,000 in cash her W-2 employee due to the pandemic is no repayment.

Internal records indicate you have not redeem their employee retention credit. As a small business owners where you qualify for a credit up to $26,000 per employee. Press one to move forward on redeeming your credit or nine to decline(?).

Is in 2021. So could you please yes this is Julie today is Thursday the 29th. I need to speak with you regarding your pending employee retention credits. It looks like the business could be entitled for up to $26,000 per employee but I do need to confirm your business had suffered losses in 2021. So could you please return my call at your earliest convenience and as a reminder this program is limited and set to expire. You can reach me at 877-364-0990. Thank you so much and talk to you soon.

Yes this is Jerry today is November 4. I still need to speak with you regarding your employee retention credits. I believe your business could be entitled for up to $26,000 per employee but I do just need to confirm the eligibility so could you please return my call at your earliest convenience and as a reminder this program is limited and such expire. You can reach me at 866-779-0699. Thank you so much and talk to you soon.

Yes this is Julie today is Wednesday the 16th. I still need to speak with you regarding your employee retention credits I believe your business could be entitled for up to $20,000 per employee but I do just need to come to woody's(?) could you please return my call at your earliest convenience for a member of this program.

Yes this is Julie. Today is Thursday October 6. I need to speak with you regarding your pending employee retention credit. I believe your business could be entitled for up to $26,000 per employee but I just need to confirm the eligibility so could you please return my call at your earliest convenience and as reminder(?) the program is limited and it is set to expire. You can reach me at 87.

Yes this is Kelly Richards at 888-304-3064. Could you give me a call back when you receive this. I'm not sure if you spoken with an assigned agent regarding your available employee retention credits under the Care Zach but I do see your pre-qualification is up to $26,000 per employee with no repayment necessary due to the pandemic. So I'm just gonna go ahead and keep this in pending status. If you have five minutes I'd like to go over this in a little more details explain the benefits. Again the phone number is 888-304-3064. So we do hope to.

Yes this is Kelly Williams at 888-850-0292 and I'm not sure if you spoken to an assigned agent regarding your employee retention credit under the care of fact but I do see your pre-qualification is up to $26,000 per employee with no repayment necessary due to the pandemic. So I'm just gonna go ahead and keep this in pending status for you. If you have about five minutes for me today give me a call back and I can go over the details with you as well as the benefits. I'm just in case my phone number is 888-850-0292. So I do hope to hear from you soon and have a great day.

Yes this is Lisa Wilson. Today is Tuesday the 19th and I'm not sure if you spoken to an assigned agent yet regarding your available employee retention credit care(?) back on but I do see your pre-qualification seven $26,000 year with no repayment necessary due to the pandemic. So I'm just gonna go ahead and keep this in pending status for you. If you have about five minutes for me today. Give me a call back and I can go over the details with you as well as the benefit. They can be reached at 855-8111. Again that's 55278111. So I do hope from you soon and have a great day.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX21qOGRpcjp0b21jYXQ5OTYzOjE2Njc2ODQ4ODIzMzI4HSQBYP.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2N4ZmRmYTp0b21jYXQ5NjM5OjE2NjUwODI0ODA1NjNJAKhPxi.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3B3OWRpcjp0b21jYXQ2NjQwOjE2NTUzOTEyNDQ0ODZIx6Lxbp.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3FtcmRmYTp0b21jYXQ0ODc3OjE2NzYzMjI0MjE2MDlQ08sVi3.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3JqdmRpcjp0b21jYXQ5NDIyOjE2NjQ0ODI1OTMyODdTK83bHJ.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3ZmcmRpcjp0b21jYXQ3NTMzOjE2NTcyMTc1NDA4NTV6cnU3Gx.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3d6OWRmYTp0b21jYXQyNzQzOjE2Njg2Mzc5ODA0ODl5xvKit3.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzJwdGRmYTp0b21jYXQyNjM0OjE2NTc1NTYxMDY2MzQ4jhwUdh.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzJwdGRmYTp0b21jYXQyNjM0OjE2NTgyNDkxMTc5OThC68jfyY.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzV2cWRmYTp0b21jYXQ5MTE0OjE2NTM1MjE0MDk1ODQyE5IgeM.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzhmOWRmYTp0b21jYXQyOTgzOjE2NzYzMTA4ODQxODNiygyVnV.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzk5bWRpcjp0b21jYXQxODk4OjE2NzYzMTczNTIyMjlTUO WRoG.gen.wav


**FedEx / Delivered Twice**

FedEx International Express will inform you for the last time that you have a parcel that has been delivered twice and no one has sign for it. For English inquiries please press one and Chinese please press two. FedEx with the creditor(?) who is supposed to be a legal quite(?) in the past(?) and we're also willing to show who she has-to-do-lunch(?).

FedEx International Express will inform you for the last time that you have a parcel that has been delivered twice and no one has sign for it. For English inquiries please press one and Chinese please press two. FedEx with the lady who is ... the legal Pay Dave has a ... willing to show who he has a-new(?) to I need to ...

Has sign for it. For English inquiries please press one and Chinese please press two. FedEx with the creditor who is supposed to be a legal payday(?) has a warrant(?) for william(?) ... this(?) is has-to-do-lunch(?).

No one has signed for it. For English inquiries please press one and Chinese please press two. FedEx which required(?) you to hold on to the legal payday(?) has a-warrants(?) are willing to show who-to(?).

No one has signed for it. For English inquiries please press one and Chinese please press two. FedEx which required(?) you to hold supposed to have one-solicitation(?) this is ...

One has sign for it. For English inquiries please press one and Chinese please press two. FedEx with the ... who(?) ... to-legal-payday(?) ... for(?) ... to(?) show who she-has(?).

Sign for it. For English inquiries please press one and Chinese please press two. FedEx with the choir teacher who is supposed to be a legal payday or title(?) ... are willing to show who she-has-to-i-need(?) to let-you(?).

That you have a parcel that has been delivered twice and no one has sign for it. For English inquiries please press one and Chinese please press two. FedEx with the choir teacher who is supposed to be legal ... has a warm(?) so we're international(?). This is Tasha ... and(?) I need to(?) ...

That you have a parcel that has been delivered twice and no one has sign for it. For English inquiries please press one and Chinese please press two. FedEx would be quite agent(?) who supposed to be legal quite-in-has(?) ... so-willing(?) to show(?) who she-has-21-i-need-to-two(?).

Twice and no one has signed for it. For English inquiries please press one and Chinese please press two. FedEx with the choir teacher who supposed to be a legal by-date(?) has alonso-with(?) ... lunch(?).

https://media.youmail.com/mcs/glb/audio/s6diZGlyX242ZmRpcjp0b21jYXQ0NzI4OjE2NjMyMDEwMTM1ODV YGL5MDJ.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2I4bGRpcjp0b21jYXQyNDc3OjE2NTM0NTcyNTc2MDlBX nneIC.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2M1NGRpcjp0b21jYXQ0MDU5OjE2NTIwMzYxMjYxMjZa uu8lBS.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2N0OWRmYTp0b21jYXQzNzk2OjE2NTE0MTk4MTgwNj NPtbA9x4.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2NzbWRpcjp0b21jYXQ5NDMyOjE2NTM1MjU4NDY1MD YxnSNTxk.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2R0YmRpcjp0b21jYXQ1NzQ2OjE2NjIxNTEzMDQyMTJlzv tZ7R.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2g1aGRpcjp0b21jYXQ1MTgxOjE2NTg4Njc1NTA4MTFM n0omaS.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2s2NmRpcjp0b21jYXQxNjUzOjE2NTE0MjkwMDA4NDRTN84QHB.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3NsNmRpcjp0b21jYXQ1NzgxOjE2NTIyOTAzMDMxMjVnkGzAdU.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzI5YmRmYTp0b21jYXQ0NDkzOjE2NTQyOTE4MDgxNTk4QQwcyv.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzI5YmRpcjp0b21jYXQ0NDkzOjE2NTMwOTA3MTgyNzN3hcVWkk.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzh3cGRpcjp0b21jYXQzODk5OjE2NjE2NDIyMTMxMDZGpWoY2J.gen.wav

**Amazon / iPhone 64Gb**

Access 64 GB is in ordered from your Amazon account. To cancel your order or to connect with one of our customer support representative. Please press one or simply stay on the line. Please press one to connect with our customer support team.

https://media.youmail.com/mcs/glb/audio/s3diZGlyX240emRpcjp0b21jYXQ2OTY5OjE1NzQ0NTUyMDYzOTdJNQhRcj.gen.wav

**Tax / A.I. Automation**

And will settle all old tax debts that US residence may have. This means you are not going to need to pay back your past due taxes since they are non-collectible and ready to be settled using our automated approval technology. You are now able to obtain enrollment information based on your current.

Suspended the tax collection act and we'll settle all old tax debts that US residence may have. This means you are not going to need to pay back your past due taxes since they are non-collectible and ready to be settled using our automated approval technology. You are now able to obtain enrollment information based on your current situation to use our AI automation and find the program you are approved for. You will need to write down the website. I will also deliver a text message that will provide a link with the program benefits. Would you like to hear the website and receive a text message great and to confirm you would like to find out more about the IRS settlement program and you think you do owe more than $10,000 in back taxes. Is this correct. I'm sorry my responses are limited. I just need to know the answer to the previous question. Please state yes or no I'm sorry my responses are limited. I just need to know the answer to the previous question. Please state yes or no.

Thank you for connecting. I'm the virtual assistant for Margaret Smith with Central Processing Center for federal back tax negotiation. The purpose of our call was to make you aware that the government suspended the tax collection act and will settle all old tax debt that US residence may have. This means you are not going to need to pay back your past due taxes since they are non-collectible and ready to be settled using our automated approval technology. You are now able to obtain enrollment information based on your current situation to use the re eye automation and find the program you are approved for. You will need to write down the website. I will also deliver a text message that will provide a link with the program benefits. Would you like to hear the website and receive a text message.

https://media.youmail.com/mcs/glb/audio/s6diZGlyX2w2ZmRmYTp0b21jYXQzNDA4OjE2Mzk1OTU4MzU0NTN1DbCyta.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyX3doNGRpcjp0b21jYXQ0ODE3OjE2NDI2ODc3ODAzMTFhRR8NF8.gen.wav

https://media.youmail.com/mcs/glb/audio/s6diZGlyXzJucWRpcjp0b21jYXQ1MTQyOjE2NDAxMjQ0NjgwNjh4Q1THRf.gen.wav