UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION


OFFICE OF THE ATTORNEY GENERAL,

STATE OF FLORIDA,

DEPARTMENT OF LEGAL AFFAIRS,

      Plaintiff,

vs.                          1:22-cv-23945-JEM

SMARTBIZ TELECOM LLC,

A Florida limited liability company,

      Defendants.

**CERTIFIED COPY**

_____/

OFFICE OF THE ATTORNEY GENERAL,

STATE OF FLORIDA,

DEPARTMENT OF LEGAL AFFAIRS,

      Plaintiff,

and                          22-23945-CIV-MARTINEZ/BECERA

SMARTBIZ TELECOM LLC,

      Counter-Defendants.

_____/


VIDEOCONFERENCE DEPOSITION OF JOSHUA BERCU


      DATE & TIME TAKEN:   August 9, 2023, at 9:05 a.m.

```
 1   APPEARANCES:

 2

 3        PATRICK CROTTY, ESQUIRE

 4        3507 EAST FRONTAGE ROAD, SUITE 325

 5        OFFICE OF THE ATTORNEY GENERAL

 6        TAMPA, FLORIDA 33607

 7        ATTORNEY ON BEHALF OF THE PLAINTIFF

 8

 9        SEAN GELLIS, ESQUIRE

10        EDUARDO MALDONADO, ESQUIRE

11        GELLIS LAW, PLLC

12        300 WEST PENSACOLA STREET

13        TALLAHASSEE, FLORIDA 32301

14        ATTORNEY ON BEHALF OF THE DEFENDANT

15

16        JACOB SOMMER, ESQUIRE

17        ZWILLGEN

18        1900 M STREET NW, SUITE 250

19        WASHINGTON, DC 20036

20        ATTORNEY ON BEHALF OF THE WITNESS

21

22   ALSO PRESENT:

23

24        JOSE OLIVAR, CORPORATE REPRESENTATIVE

25        EDUARDO BORRERO, CORPORATE REPRESENTATIVE
```

Joshua Bercu                August 09, 2023                    Page 3

```
 1                    I N D E X

 2   WITNESS                                    PAGE

 3   JOSHUA BERCU

 4   Direct Examination, by Mr. Crotty              8

 5   Cross Examination, by Mr. Gellis              40

 6   Redirect Examination, by Mr. Crotty         161

 7   Recross Examination by Mr. Gellis           176

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Joshua Bercu          August 09, 2023          Page 4

```
 1              E X H I B I T S

 2    EXHIBIT NO.    DESCRIPTION                    PAGE

 3    Exhibit 1      Subpoena                         9

 4    Exhibit 2      Investigative Subpoena          10

 5    Exhibit 3      Traceback Notice                12

 6    Exhibit 4      Investigative Subpoena          15

 7    Exhibit 5      Letter from Telecom             36

 8    Exhibit 8      Traceback Subpoena              16

 9    Exhibit 9      Spreadsheet                     16

10    Exhibit 10     Spreadsheet                     28

11    Exhibit 14     Traceback Notice                30

12    Exhibit 15     11/03/2020 Traceback Notice     33

13    Exhibit 19     Duke Energy Email               35

14    Exhibit 20     Letter from NGM Latem           36

15    Exhibit 21     ITG Policies & Procedures      172

16

17

18      PLAINTIFF'S EXHIBITS 6-7, 11-13, 17-18, AND 22-24 PER

19     AGREEMENT OF COUNSEL, ARE ATTACHED TO THIS DEPOSTION

20

21    DEFENDANT'S EXHIBITS 1-6, PER AGREEMENT OF COUNSEL, ARE

22              ATTACHED TO THIS DEPOSTION

23

24

25
```

```
 1                P R O C E E D I N G S
 2        (Thereupon, the following proceedings were held at
 3    9:05 a.m.)
 4            MR. GELLIS:  I think we're ready to begin.
 5            THE COURT REPORTER:  All right.  Give me one
 6        moment.  Okay.  We are now on the record.  The time
 7        is 9:05 AM.  Today is Wednesday, August 9th, 2023.
 8        We are here today for the video conference
 9        deposition of Industry Traceback Group LLC in the
10        matter of Office of the Attorney General, State of
11        Florida, Department of Legal Affairs versus
12        SmartBiz Telecom, LLC, a Florida Limited Liability
13        Company, case number 1:22-CV-23945-JEM.  My name is
14        Miriam Brighton.  I'm the court reporter present.
15        Will all parties and their counsel please announce
16        your appearance by stating your name and the party
17        you represent?
18            MR. CROTTY:  My name is Patrick Crotty.  I'm a
19        Senior Assistant Attorney General with the Florida
20        Attorney General's Office representing the Florida
21        Attorney General's Office.
22            MR. GELLIS:  My name's Sean Gellis.  I'm an
23        attorney representing the defendant, SmartBiz
24        Telecom LLC, and I'm joined by Eduardo Borrero, who
25        is the CFO and corporate representative of
```

Joshua Bercu                  August 09, 2023                  Page 6

```
 1    SmartBiz.
 2         MR. SOMMER:  I'm Jacob Sommer.  I'm from
 3    ZwillGen, Z-W-I-L-L-G-E-N, and I'm representing the
 4    witness today.
 5         THE COURT REPORTER:  Thank you.  Does the
 6    witness consent to my administering the oath
 7    remotely?
 8         THE WITNESS:  I consent.
 9         THE COURT REPORTER:  Please raise your right
10    hand.  I will now administer the oath remotely.  Do
11    you solemnly swear or affirm that the testimony
12    you're about to give will be the truth, the whole
13    truth, and nothing but the truth?
14         THE WITNESS:  I do.
15         THE COURT REPORTER:  Please state and spell
16    your full name for the record.
17         THE WITNESS:  It's Joshua Minkinbercu, J-O-S-
18    H-U-A M-I-N-K-I-N-B-E-R-C-U.
19         THE COURT REPORTER:  Thank you.  You may put
20    your hand down.  Before we went on the record, I
21    asked you to provide a form of identification.
22    What form of identification did you provide to me?
23         THE WITNESS:  My driver's license.
24         THE COURT REPORTER:  And that was a Washington
25    DC driver's license?
```

```
1            THE WITNESS:  Yes, Washington DC.
2            THE COURT REPORTER:  Okay.  And can you read
3      the license number into the record please?
4            THE WITNESS:  Absolutely.  ████████.
5            THE COURT REPORTER:  Thank you.  You may
6      proceed.
7            MR. CROTTY:  Okay.  The Florida Attorney
8      General's Office will do direct exam first.  Prior
9      to the start of the deposition, Mr. Gellis
10     indicated that he was willing to stipulate to the
11     admissibility as business records of the 20
12     Exhibits that I had previously provided.  Mr.
13     Gellis, would you state on the record that you
14     stipulate so?
15           MR. GELLIS:  I -- Yes, we confirm to avoid
16     time and expense that the 20 Exhibits -- I think
17     it's 20.  The Exhibits listed for today are
18     admissible as business records.
19           MR. CROTTY:  Okay.  Exhibits 14 through 18
20     were examples of Traceback notices that are part of
21     a much larger group of Traceback notices provided
22     by the Industry Traceback Group.  Do you stipulate
23     to the admissibility of all such Traceback notices?
24           MR. GELLIS:  Not sure we're going to go that
25     far at -- on the -- on the spot, but we can have a
```

Joshua Bercu          August 09, 2023          Page 8

```
 1          conversation about that after the depo, Patrick.
 2          MR. CROTTY:  Okay.
 3          THE COURT REPORTER:  Sorry, one moment.
 4     Someone just came into the waiting room.  JR,
 5     iPhone 13 Pro.  Would you like me to let them in?
 6          MR. GELLIS:  Patrick, it's Marcus.
 7          MR. CROTTY:  Mr. Olivar?
 8          MR. BORRERO:  Yeah, that's the CEO of the
 9     SmartBiz Corporation.
10          THE COURT REPORTER:  Okay.  Thank you.
11     Whoever just came on, could I please have you state
12     your name for the record?
13          MR. OLIVAR:  Jose Olivar.
14          THE COURT REPORTER:  Thank you.  You may
15     proceed.
16                    DIRECT EXAMINATION
17     BY MR. CROTTY:
18     Q    Okay.  Thank you for your time this morning,
19     Mr. Bercu.  Have you ever been deposed before?
20     A    Nope.
21     Q    Have you ever conducted depositions?
22     A    Nope.
23     Q    Okay.  And I'd like to start with just a few
24     items that will make the questioning go more smoothly.
25     Obviously, everything that we're saying is being taken
```

1  down so if we speak over one another it makes it very

2  difficult to get an accurate record.  So, I'll try my

3  best not to speak over you if -- I ask you to do the

4  same.  Also, you may hear your counsel say, "Object to

5  the form," or Mr. Gellis -- or when I'm no longer

6  questioning, I may say, "Object to the form."  We have

7  agreed to limit all objections to simply stating,

8  "Object to the form" for purposes of this procedure, but

9  please give your counsel or any other parties here time

10  to raise any objections before you answer.  So, please

11  try and delay your answer by just a second or two.  Is

12  there any reason why you may be unable to testify

13  accurately and honestly today?

14       A    No.

15            MR. CROTTY:  Okay.  So, I would like to share

16       my screen and introduce the -- what I've marked as

17       Exhibit 1.  Are you able to see what I've intro --

18       or what I've marked as Exhibit 1?  No.  Nope,

19       because I haven't hit share.  Never mind.  Okay.

20       (Thereupon Plaintiff's Exhibit 1 was marked for

21  identification.)

22  BY MR. CROTTY:

23       Q    Now, are you able to see what I've marked as

24  Exhibit 1?

25       A    Yes.

Joshua Bercu              August 09, 2023                Page 10

1      Q    Okay.  Do you recognize this as a subpoena

2  directed at Industry Trace -- Traceback Group LLC?

3      A    Yes.

4      Q    Did you review this subpoena and the attached

5  notice?

6      A    Yes.

7      Q    Are you appearing today pursuant to this

8  subpoena?

9      A    Yes.

10     Q    Are you prepared to testify on all of the

11 topics noticed in the subpoena?

12     A    Yes.

13          Q    Okay.  Great.  I'm going to stop sharing

14     that.  Okay.  Next Exhibit I would like to

15     introduce is -- I've marked as Exhibit 2.  Let me

16     share my screen.

17     (Thereupon Plaintiff's Exhibit 2 was marked for

18  identification.)

19 BY MR. CROTTY:

20     Q    Are you able to see what I've marked as

21 Exhibit 2?

22     A    Yes.

23     Q    Okay.  Do you recognize this as an

24 investigative subpoena duces tecum directed to US

25 Telecom, the Broadband Association dated March 26th,

1  2021?

2      A     Yes.

3      Q     Do you recall my office issuing US Telecom the

4  subpoena?

5      A     Yes.

6      Q     Can you describe the relationship between US

7  Telecom, the Broadband Association and Industry

8  Traceback Group LLC?

9      A     Yes.   The Industry Traceback Group LLC is a

10 wholly owned subsidiary of US Telecom.   The -- at the

11 time -- at this time I think it -- it may have predated

12 when Industry Traceback Group LLC was created, but --

13 but in any event, US Telecom employees support the

14 industry Traceback Group LLC, through an intercompany

15 agreement.

16     Q     At this time -- at the time of the subpoena,

17 was US Telecom acting as the single consortium that

18 conducts private led efforts to traceback the origin of

19 suspected unlawful robocalls appointed by the FCC

20 pursuant to 47-CFR-64.1203?

21     A     Yes.

22     Q     Okay.  Has Industry Traceback Group LLC

23 subsequently taken over that role?

24     A     It -- Yes, it -- it -- it's sort of combined

25 in the -- the way the FCC's designated it.  It's US

Joshua Bercu          August 09, 2023                    Page 12

1   Telecom's Industry Traceback Group.

2        Q    Okay.  Is there any reason to distinguish

3   between US Telecom and Industry Traceback Group LLC for

4   purposes of discussing the documents produced either by

5   US Telecom or Industry Traceback Group in the subpoenas

6   that have been issued in this case that you're aware of?

7        A    Not that I'm aware of.

8        Q    Okay.  Did Industry -- or did US Telecom

9   respond to this subpoena and produce documents?

10       A    Yes.

11            MR. CROTTY:  Okay.  Give me one second because

12       I just want to review the questions that I was

13       going to ask about the next Exhibit given the

14       stipulation.  Okay.  Yeah.  I'd like to introduce a

15       third Exhibit I've marked as number 3.  Sharing my

16       screen.  Okay.

17       (Thereupon Plaintiff's Exhibit 3 was marked for

18   identification.)

19   BY MR. CROTTY:

20       Q    Are you able to see my screen and the Exhibit

21   that I've marked as Exhibit 3?

22       A    Yes.

23       Q    Okay.  Do you recognize this as a document

24   produced pursuant to the subpoena that I marked as

25   Exhibit 2?

Joshua Bercu                 August 09, 2023                 Page 13

```
 1        A    Yes.
 2        Q    Okay.  Directing your attention to the first
 3   tab, HOPS -- you see at the bottom here, it says HOPS?
 4   Is each line -- each row on this tab reflective of a
 5   Traceback notice sent to the HOP provider?
 6        A    Yes.
 7        Q    Okay.  And does this tab reflect information
 8   obtained from conducting tracebacks?
 9        A    Yes.
10        Q    And backing up, can you describe what you
11   would understand me to mean when I say a trace back?
12        A    Yes, a traceback is a process that we rerun,
13   where we identify the source of an illegal -- a
14   suspected illegal call by going provider -- by provider
15   to provider to find out exactly all the different
16   providers that carried the call and who originated it
17   and who the caller is.
18        Q    Okay.  And you number these trace backs under
19   the numbers assigned to each traceback present in Column
20   A?
21        A    Yes.
22        Q    Okay.  Directing your attention to the second
23   tab of the spreadsheet, Provider call records.  Can you
24   describe what information is present in the second tab
25   of Exhibit 3?
```

 1     A     These are -- are notes that we documented in

 2   our portal about conversations we had with the provider.

 3     Q     Okay.  The Spoke with Column, does that note

 4   who at this provider, SmartBiz Telecom LLC, you spoke

 5   with on the calls recorded here?

 6     A     Yes.

 7     Q     And the Created by Column, does that reflect

 8   who wrote these notes?

 9     A     Yes.

10     Q     The DF in row two, Column F, does that refer

11   to David Frankel?

12     A     Yes.

13     Q     Who was Mr. Frankel?

14     A     Mr. Frankel was our -- our former contractor

15   as part of the Industry Traceback Group process.

16     Q     Okay.  In row three, Column F, the JB, does

17   that refer to you?

18     A     Yes.

19     Q     Okay.  Do you recall either or both of the

20   calls reflected in this spreadsheet?

21     A     I -- I do recall the -- the -- the one in row

22   three.

23     Q     Okay.  And to the best of your knowledge, that

24   call actually occurred?

25     A     Yes.

Joshua Bercu                 August 09, 2023                 Page 15

```
 1      Q    Okay.  I'll stop sharing my screen for now and
 2  move on to another Exhibit.  Given the stipulation, I am
 3  going to skip over the Exhibits -- several Exhibits,
 4  however, I would still like to have them attached to the
 5  deposition transcript to make the numbering make sense
 6  and to be able to use them.  Is there any objection to
 7  attaching the 20 Exhibits that I previously provided?
 8            MR. GELLIS:  No objection.
 9            MR. SOMMER:  No objection here.
10            Q    Okay.  I'm sorry.  Give me a minute to go
11        through my notes to decide what I want me to ask
12        about.  I just established the second subpoena that
13        we sent.  Okay.  Sharing my screen for what's been
14        marked as Exhibit 4.
15        (Thereupon Plaintiff's Exhibit 4 was marked for
16  identification.)
17  BY MR. CROTTY:
18        Q    Are you able to see what I've marked as
19  Exhibit 4?
20        A    Yes.
21        Q    Do you recognize this as another investigative
22  subpoena duces tecum served on US Telecom, the Broadband
23  Association dated March 15th, 2022?
24        A    Yes.
25        Q    And did the ITG produce -- or did US Telecom
```

Joshua Bercu          August 09, 2023          Page 16

1  produce documents pursuant to the subpoena?

2      A    Yes.

3           MR. CROTTY:  Okay.  Let me go to -- are you

4      able to see what I've marked as Exhibit 8?

5           THE WITNESS:  Yes.

6      (Thereupon Plaintiff's Exhibit 8 was marked for

7  identification.)

8  BY MR. CROTTY:

9      Q    Do you recognize this as a subpoena issued in

10  the instant litigation directed to Industry Traceback

11  Group LLC and dated February 9th, 2023?

12     A    Yes.

13     Q    Do you recall receiving the subpoena?

14     A    Yes.

15     Q    Did Industry Traceback Group respond and

16  produce documents?

17     A    Yes.

18          MR. CROTTY:  Okay.  Okay.  I'm moving on to

19     Exhibit 9.  Sharing my screen.

20     (Thereupon Plaintiff's Exhibit 9 was marked for

21  identification.)

22  BY MR. CROTTY:

23     Q    Okay.  Do you -- let me get to the top.  Do

24  you recognize this as a spreadsheet produced in response

25  to the subpoena that I had marked as Exhibit 8?

Joshua Bercu                 August 09, 2023                 Page 17

```
 1      A    Yes.
 2      Q    Okay.  I'd like to cover the meaning of the
 3 Column headings in the spreadsheet.  So, traceback
 4 notice in Column A, does that have the same meaning as
 5 the previous spreadsheet -- that Exhibit?  Is it a
 6 numbering of tracebacks performed by the ITG?
 7      A    Yeah.  Yeha, it's a -- it's a unique number
 8 for each traceback.
 9      Q    Okay.  And you see that this spreadsheet has
10 four tabs and that I'm on the first tab marked "HOPS"?
11      A    Yes.
12      Q    In Column B, it's labeled as, Notes.  Does the
13 information reflected in Column B indicate when a voice
14 service provider was labeled with respect to its
15 position in the traceback, each point of entry or down
16 from a non-responsive provider?
17      A    Yes.
18      Q    Okay.  Where FPD appears in this Column, does
19 that stand for foreign point of departure?
20      A    Yes.
21      Q    Can you describe what that means?
22      A    That is our terminology for the voice service
23 provider that is a non-US provider in our system
24 identified as the one that sent the call to a provider
25 that's identified as US-based in our system.
```

Joshua Bercu                August 09, 2023                Page 18

1      Q    Okay.  And NR, does that stand for non-
2  responsive?

3      A    Yes.

4      Q    And does that mean that they failed to respond
5  to a traceback notice?

6      A    Yes.

7      Q    If I say, traceback notice, what would you
8  understand that to mean?

9      A    I -- I would understand to mean the email
10  notification that a provider would get asking them to
11  sign into our portal and respond to the -- the traceback
12  request.

13      Q    Where POE appears, does that stand for point
14  of entry?

15      A    Yes.

16      Q    Can you describe what that means?

17      A    That is for a suspected illegal call that we
18  traceback that originates outside the US.  It is the
19  first provider that is US-based in our system that
20  receives the call and brings it into the United States.

21      Q    Okay.  Can you describe what down NR means in
22  these notes?

23      A    That means it is the provider immediately down
24  from a non-responsive provider.  So, the provider that
25  accepted a call from a provider that did not cooperate

1    with the traceback request.

2        Q    And I believe you mentioned this previously,

3    but just to clarify, is it fair to say that when you

4    conduct a traceback, you start with the company that

5    delivered the call to the -- that is being traced back

6    to the recipient of the call and then you work up the

7    call path by asking the first provider to identify who

8    sent them the call and going in turn until you find who

9    originated or dialed the phone call being traced?  Is

10   that a fair description?

11       A    Yes, that's -- that's right.

12       Q    Okay.  So, when you say downstream, it means

13   that's the provider who received a call from an upstream

14   provider?

15       A    Yes.

16       Q    What does down ORG mean in these notes?

17       A    So, that means downstream from the originating

18   provider.  So, the provider that identified it -- the

19   originating provider is the provider that identified

20   itself as putting the -- the call on the phone network

21   and having the relationship with the end user that made

22   the call.  So, down of that is the immediately down --

23   downstream provider.

24       Q    Okay.  And what does IOR mean in these notes?

25       A    That means the same thing.  The -- the

```
 1   originator, but one that is not US-based, so
 2   international originator.
 3        Q    Okay.  I believe that's all of the codes.  Oh.
 4   And so, ORG means originator, is that correct?
 5        A    Yes.
 6        Q    Is originator generally synonymous with the
 7   person that actually dialed the phone number to initiate
 8   the call?
 9        A    It's the -- it's their voice service provider.
10   So, the platform that they used -- that the caller used
11   to make the call.
12        Q    Okay.  The HOP number field in Column C, does
13   that track the -- the voice service provider's position
14   in the traceback starting with the terminating carrier?
15        A    Yes.
16        Q    Okay.  Column D and E, does that capture the
17   calling phone number and the called phone number for the
18   call that's being traced back respectively?
19        A    Yes.
20        Q    Column F, HOP provider, does that refer to the
21   company that received the trace back notice associated
22   with a particular HOP?
23        A    Yes.
24        Q    And we've already discussed upstream provider
25   and downstream provider, but do these Columns have the
```

1    same meaning as we had previously identified?

2         A    Yes.

3         Q    Call date in Column I, does that refer to the

4    date and time of the call that's being traced back?

5         A    Yes.

6         Q    Notified date in Column J, does that refer to

7    the date and time that a provider is sent a trace back

8    notice?

9         A    Yes.

10        Q    Completion date, does that refer to the date

11   and time that a provider responds to a traceback notice?

12        A    Yes.

13        Q    Is elapsed time the difference between the

14   notified date and time and the completed date and time?

15        A    Yes.

16        Q    Column M, Caller end user/ -- or caller/end

17   user or no response/not found reason, does that capture

18   whether a HOP provider failed to respond to the trace

19   back notice or whether the HOP provider supplied

20   information about the entity that originated the call or

21   provides a reason why the HOP provider could not locate

22   the call in its call detail records?

23        A    Yes.

24        Q    When I say, call detail records, what would

25   you understand that to mean?

Joshua Bercu                 August 09, 2023                 Page 22

1      A    The record the provider maintains about the --
2  the call at issue.  So -- so, the -- the date and time
3  of the call, the call number, calling number, duration
4  of the call, etcetera.
5      Q    Does Column N note whether the traceback was
6  completed, hit an unresponsive provider or hit a
7  provider who could not find the call in its CDR's?
8      A    Yes.
9      Q    Does Column O note whether the trace -- the
10 called number was registered on the national do not call
11 registry?
12     A    Yes.
13     Q    How is this determined?
14     A    We -- we rely on a vendor plugin that -- that
15 checks the FTC's database.
16     Q    So, to clarify, you have a vendor who
17 subscribes to all area codes of the FTC's do not call
18 registry and queries the called number to see if it
19 appears on the do not call registry?  Is that correct?
20     A    So, slight clarification.  We subscribe to all
21 the area codes and then we -- through our subscription,
22 the vendor has the automation that allows us to pull
23 from it.
24     Q    Okay.  Column Q, does this state whether the
25 call number is wireless or is a VOIP phone line?

Joshua Bercu                August 09, 2023                Page 23

1      A    Yeah, wireless or -- or landline phone.  Yeah.

2      Q    Row 137, I believe, is what I'm looking for.

3  Sorry.  There's not very many non-wireless in here.

4      A    Mm-hmm, or VOIP, yeah.

5      Q    Yeah.  So, where it says, Class 1_ NClass --

6  or _2_VOIP_with_numb_abbreviation of assignment, that

7  means VOIP telephone line?

8      A    Yes.

9      Q    And is that what you refer to as a landline?

10     A    There could also be -- maybe not in this, a --

11  a traditional copper landline that might -- would have a

12  different designation.  I believe residential, but

13  that's less frequent.

14     Q    Okay.  How is this field determined?

15     A    It is based on the service that the -- the

16  person who received the call, it's their service.  The

17  term -- So, on the terminating side.

18     Q    Okay.  So, the terminating provider discloses

19  whether it's a wireless or a VOIP line or a traditional

20  copper wire landline?

21     A    Yeah, it's automatically deter -- determined

22  based on the -- the carrier ID that -- the proceeding

23  Column, because that -- that carrier is associated with

24  wireless -- the numbers are associated with wireless,

25  but yes.

Joshua Bercu                August 09, 2023                Page 24

1        Q       So, where it says wireless, does that mean

2   that the number is assigned to a cellular telephone

3   service?

4        A       Yes.

5        Q       Column R, does that capture the state that the

6   call recipient's phone number is associated with?

7        A       Yes.

8        Q       How is that information derived?

9        A       From the area code in the phone number.

10       Q       Okay.  Does Column S, Campaign refer to the

11  label assigned to the type of content that is being

12  delivered by the traced call?

13       A       Yes.

14       Q       How is it determined that different calls

15  might be part of the same campaign?

16       A       It is typically done based on the data source

17  supplying the same or substantially the same examples in

18  the campaign, or our team determining that it matches in

19  other cases like referrals.

20       Q       Does Source in Column T refer to the entity

21  that provided information sufficient to initiate the

22  traceback?

23       A       It's -- it's the -- It's the data source that

24  we relied on for the -- the calls, but they -- we -- our

25  -- our team still initiates the traceback.

Joshua Bercu                 August 09, 2023                 Page 25

1      Q    Okay.  Does low volume in Column U state

2  whether the campaign that the trace call is associated

3  with consists of many similar calls or just a small

4  number of calls?

5      A    So, it -- low volume represents -- is -- is it

6  a robocall campaign versus we sometimes trace back

7  targeted phishing attacks, swatting calls, etcetera,

8  where they don't have the same quantity.  So, those

9  would be as low volume.

10     Q    Okay.  So, the threshold for deciding what's

11  the low volume and what's a high volume has more to do

12  with the type of call that it is?

13     If it's a prerecorded message call that you suspect

14  is being blasted out to a lot of people, you would label

15  it as high volume?  If it's a live voice, more targeted

16  type of call, then you would label it as low volume?  Is

17  that fair to say?

18          MR. SOMMER:  Object to the form.

19          THE WITNESS:  Yes.

20  BY MR. CROTTY:

21     Q    Okay.  Does audio link in Column V contain a

22  link, if available, that would allow a traceback notice

23  recipient to listen to the traced call or a call with

24  substantially similar content?

25     A    Yes.  And -- and the traceback recipient also

Joshua Bercu          August 09, 2023          Page 26

1  can listen in -- in the portal itself while responding

2  to the traceback.

3      Q    Okay.  Can you describe what you mean when you

4  say, the portal?

5      A    So, the -- any --  any provider that receives

6  a traceback request must ex -- exclusively reply in the

7  -- the ITG's -- the Industry Traceback Group's web

8  application and that's where they log in with their

9  credentials and are able to respond in -- within the --

10 the web application, which we call the portal.

11     Q    Okay.  Do the comments appearing in Column W -

12 - are they entered by the person whose name appears

13 after the word by with a colon?

14     A    I'm looking -- yes.

15     Q    Okay.  Does this Column include information

16 that the HOP provider supplied in response to the

17 traceback?

18     A    Yes.

19     Q    Is this information generally accurate?

20     A    To the best of our knowledge.

21     Q    Okay.  Directing your attention to the next

22 tab, number of HOPS.  Are you able to see that?

23     A    Yes.

24     Q    Is this a list of tracebacks labeled by

25 traceback number where the defendant in this case has

1  appeared in the call path?

2      A    I -- I believe that's right.

3      Q    Okay.  Is Column B the total number of HOPS

4  for each traceback?

5      A    Yes.

6      Q    And Column A is the traceback number that

7  we've discussed previously?

8      A    Yes.

9      Q    Is it accurate to say that as of the date that

10  Exhibit 9 was produced to the Attorney General,

11  defendant had received at least 262 traceback notices?

12      A    Yes, assuming that Row 1 was a heading.

13      Q    You would agree Row 1 is a heading?

14      A    Yes.

15      Q    Directing your attention to the tab labeled

16  Providers.  Is Column C a list of each time the ITG

17  corresponded with SmartBiz or resp -- or recorded

18  information about SmartBiz?

19      A    Yes.

20      Q    Directing your attention to the tab Provider

21  call records.  Is this the same information that was

22  provided in response to the earlier subpoena that we

23  reviewed previously?

24      A    Yes.

25          MR. CROTTY:  Okay.  Do you see the Exhibit

Joshua Bercu                August 09, 2023                Page 28

1    that I've marked as Exhibit 10?

2           THE WITNESS:  Yes.

3       (Thereupon Plaintiff's Exhibit 10 was marked for

4    identification.)

5    BY MR. CROTTY:

6       Q    Was this spreadsheet produced in response to

7    the subpoena sheet by my office?

8       A    Yes.

9       Q    Directing your attention to the first tab.

10   Does this show the user ID that SmartBiz and Eduardo

11   Borrero can use to log into the traceback portal and

12   respond to tracebacks?

13      A    Yes.  The -- the -- Row 2 specifically being

14   the -- the NOC -- associated with the NOC user -- that

15   email address.

16      Q    When you say NOC, do you mean that to be

17   network operation center?

18      A    Yes.  Yes, but just clarifying that that --

19   that is a specific user ID to an email address, not --

20   not to the SmartBiz as a whole.

21      Q    Okay.  Directing your attention to the second

22   tab labeled User access details.  Does this show each IP

23   address that logged into the traceback portal and each

24   login date?

25      A    Yes.

1     Q    And so, the IP address is associated with the

2 user ID's that appeared in the first tab, is that

3 correct?

4     A    Yes.

5     Q    Directing your attention to the third tab,

6 Common user details.  Does this show that the same IP

7 address logged into SmartBiz -- or the Network Operation

8 Center for SmartBiz's account -- at least the account

9 associated with NOC@SmartBiztill.com and to the email

10 associated with Whisl's account?  I'm sorry.  Let me

11 repeat the question.  I got unclear.  Does the

12 information on this tab show that the same IP address

13 logged in to SmartBiz's Network Operation Center's

14 account on the portal and Whisl's account on the portal

15 over a period from April, 2022 to August, 2022?

16     A    Yes.  Yes, it shows that those three email

17 logins logged in with that same IP and in -- in Column

18 B, that -- that those are associated with SmartBiz, two

19 of them, and then one of them with Whisl.

20     Q    Okay.  So, this IP address in Column A logged

21 in to the three -- to the portal accounts associated

22 with the three email addresses that are shown in Column

23 C, is that correct?

24     A    Yeah, so those three email addresses all

25 logged in using that same IP.

1    Q    Okay.  And then, in Row 2, does it reflect

2  that the same IP address logged into the portal accounts

3  associated with the two emails shown in Column C, Row 3?

4    A    Yes.  Yes.  Those -- those two email address

5  logins utilize that same IP address.

6    Q    And -- And that was in December of 2022, is

7  that correct?

8    A    Correct.

9        MR. CROTTY:  Okay.  I believe I can skip a few

10        more Exhibits.  Give me a second to find where I

11        want to go.

12      (Thereupon Plaintiff's Exhibit 14 was marked for

13  identification.)

14  BY MR. CROTYY:

15    Q    Are you able to see the document that I've

16  marked as Exhibit 14 on my screen?

17    A    Yes.

18    Q    Okay.  Does this appear to be a traceback

19  notice email sent to SmartBiz?

20    A    Yes.

21    Q    Is the date at the top of this email

22  reflective of when that was sent?

23    A    Yes.

24    Q    And was the notice sent to the email addresses

25  in the 2 line?

1       A      Yes.

2       Q      Are bounce backs oth -- other evidence that

3    the email failed to be delivered recorded?

4       A      Not to my knowledge.

5       Q      Is there any reason to believe that traceback

6    notices sent to this defendant were not delivered?

7       A      No.

8       Q      Bottom of this email, does date and time refer

9    to the time and date of the traced call?

10      A      Yes.

11      Q      And do the to and from lines refer to the

12   called number and the calling number respectively for

13   the traced call?

14      A      Yes.

15      Q      Does campaign have the same meaning as we

16   discussed previously?

17      A      Yes.

18      Q      And would a provider be able to access an

19   audio recording associated with the traced call through

20   the link that appears here?

21      A      Most typically.

22      Q      Okay.  When an audio recording is not

23   available, is there a description of the call provided -

24   -

25      A      Yes.

Joshua Bercu                August 09, 2023                Page 32

1       Q     -- the call content provided?

2       A     Yes.

3       Q     I'm sorry.  I asked the question poorly and I

4   spoke over you.  Let me repeat it.  If an audio

5   recording is not available, would a provider typically

6   be given a description of the content of the traced

7   call?

8       A     Yes.  And -- and that description is available

9   whether or not there's an audio recording.  There's

10  always a description.

11      Q     Okay.  And the text at the bottom -- well,

12  that's everything.  Is this a statement about the

13  content of the traced call and why ITG suspects that the

14  call is illegal?

15      A     Yes.

16      Q     And how is this information derived?

17      A     It is derived when we have a recording.  It is

18  based on our listening to the recording of the calls in

19  the campaign.  If we don't have a recording, it is

20  derived based on the referral that we received from that

21  -- that gave us the basis for the call -- for the

22  traceback.

23          MR. CROTTY:  Okay.  Are you able to see what

24      I've marked as Exhibit 15?

25          THE WITNESS:  Yes.

1      (Thereupon Plaintiff's Exhibit 15 was marked for

2  identification.)

3  BY MR. CROTTY:

4      Q    Does the date and time of this traceback

5  appear to be -- or this traceback notice appear to be

6  November 3rd, 2020?

7      A    Yes.

8      Q    Do you recall whether November 3rd, 2020 was

9  the date of the US presidential election?

10     A    I -- I -- I -- It was election season, I

11  suppose, but yeah, I don't remember the exact election

12  date.  I guess so.

13     Q    Okay.  Was this call selected for traceback in

14  part because it suggests that recipients should stay

15  home on election day?

16     A    So, I -- I think that was part of it.  It was

17  also extremely prolific at the time, and -- but it was

18  concerning because of that reason as well.  And -- and

19  it -- I think it started to pick up, if I recall, in --

20  in -- around the October timeframe, maybe a little

21  earlier.

22      So, there -- there was some thought it might have

23  related to election.

24     Q    Okay.  Are the traceback notices that I've

25  shown and marked typical of all traceback notices that

1   **have been sent to this Defendant?**

2        A     Yes, you know, from time to time we -- we

3   update the language based on changing regulations,

4   etcetera, but they are -- you know -- roughly the same.

5        Q     Okay.  I haven't marked these as an Exhibit.

6   I can certainly add them if necessary, but these three

7   traceback notices that I have in the first three tabs on

8   my screen don't seem to appear in the list in Exhibit 9

9   on --

10       A     Mm-hmm.

11       Q      -- number of HOPS.  Do you know why that --

12  assuming that what I've stated is true, do you know why

13  that might be the case?

14       A     Can I look at that again?

15       Q     This is the first one.  And specifically

16  traceback number 2644 doesn't seem to appear.  It seems

17  to be doubled up with 2659.  So, if that's a reason then

18  --

19       A     I don't think that's -- that would be the

20  reason, but I -- I -- I don't -- I'd had have to dig in

21  deeper to know why it didn't appear and look at what

22  happened with that traceback.

23       Q     Okay.  And then I didn't see 9820 and I didn't

24  see 9823.

25       A     Yeah, I'd have to -- I'd have to look into

```
 1  that.
 2          MR. CROTTY:  Okay.  Can you see the document
 3      that I've marked as Exhibit 19?
 4          THE WITNESS:  Yes.
 5      (Thereupon Plaintiff's Exhibit 19 was marked for
 6  identification.)
 7  BY MR. CROTTY:
 8      Q    Do you recognize this document?
 9      A    Yes.
10      Q    Can you describe what it is?
11      A    It is an email that I sent to Duke Energy in
12  October 2020.
13      Q    And do you see that it has other emails in the
14  chain?
15      A    Yes.
16      Q    Is Mr. Halley's title at the bottom of page 2
17  of this Exhibit accurate at the time the email was
18  written?
19      A    Yes.
20      Q    Were you both regularly involved in ITG's
21  investigations of scam calls?
22      A    Yes, Patrick was, and then he hired me in part
23  to take over that work, so he became less involved over
24  time.
25      Q    And did you and Mr. Halley have personal
```

1   knowledge of the facts presented in your emails?

2       A    Yes.

3            MR. CROTTY:   Okay.  Are you able to see the

4       Exhibit that I've marked as Exhibit 20?

5            THE WITNESS:  Yes.

6       (Thereupon Plaintiff's Exhibit 20 was marked for

7   identification.)

8   BY MR. CROTTY:

9       Q    Do you recognize this document?

10      A    Yes.

11      Q    Is this a letter sent to you by NGM Latam

12  Corp, a subsidiary of Datora after the ITG sent the

13  company a letter about the extent to which it had been

14  identified as an international point of entry for

15  robocalls into the US Fund network?

16      A    Yes.

17      Q    Had Mr. -- Did the call referred to at the --

18  in the first line of this email, did that actually

19  occur?

20      A    Yes.

21      Q    Did Mr. Kelly represent himself to you as

22  counsel for NGM Latam on that call?

23      A    Yes.

24      Q    Is Mr. Kelly relating information that he

25  would've received from his client, NGM Latam?

Joshua Bercu              August 09, 2023              Page 37

```
1        A    To the best of my knowledge.

2        Q    Do you have any reason to believe that the

3   information in Mr. Kelly's letter is false?

4        A    No.

5             MR. CROTTY:  I think there's just one more

6        thing I wanted to circle back to.  Are you able to

7        see the document that I've marked as Exhibit 5?

8             THE WITNESS:  Yes.

9        (Thereupon Plaintiff's Exhibit 5 was marked for

10  identification.)

11  BY MR. CROTTY:

12       Q    And this is a letter sent by US Telecom as the

13  Industry Traceback Group appointed by the FCC to

14  SmartBiz.  Is that correct?

15       A    Yes.

16       Q    This was labeled -- was produced to us labeled

17  as an escalation letter.  Was it so labeled because the

18  ITG had concerns about the frequency with which SmartBiz

19  appeared in the call path of traced suspected illegal

20  robocalls?

21       A    Yes, specifically as the point of entry.

22       Q    The letter contains a statement, You are one

23  of the larger contributors to the illegal robocalling

24  problem based on information available to the ITG.  Was

25  this an accurate statement at the time it was made?
```

1      A     Yes.

2      Q     **The information referred to knowledge that was**

3  **gained from conducting trace backs of suspected illegal**

4  **robocalls?**

5      A     Yes.

6      Q     **Is there anything else that that was based on?**

7      A     It was based on -- that at that time they were

8  one of the larg -- the highest identified as point of

9  entry.

10     So, it was based on the tracebacks we ran, yes.

11  And specifically, which providers were most frequently

12  showing up as the point of entry.

13     Q     **Okay.  How did you determine whether a company**

14  **was a point of entry at that time?**

15     A     So, it's -- it's automated in our system and

16  it's -- it's pretty simple and it's whatever provider is

17  the -- is in our traceback is the US based provider in

18  our system that accepted a call from a foreign provider.

19  It's automatically labeled as a point of entry in that

20  case.

21     Q     **Okay.  How did you determine whether a**

22  **provider was US-based?**

23     A     So, at the time, we -- we largely depended on

24  the representations that the provider made to us.  There

25  are -- were times that the information we -- we reviewed

```
 1  that information and it may have had other information.
 2  Today, we -- we rely on the FCC's robocall mitigation
 3  database and the -- the certifications providers may
 4  make in that database.
 5       Q    Okay.  I believe that's all the questions I
 6  have, but if you could just give me a few minutes to
 7  review.
 8       And we've been going for about an hour, so should
 9  we take a five minute break and I'll review my notes and
10  then if there's anything else I'll ask and if not, we'll
11  move on?
12            MR. SOMMER:  That sounds good to me.
13            MR. GELLIS:  Perfect.  Want to -- may just
14       want to reconvene at 10:05 and make it easy?
15            MR. CROTTY:  That sounds good.
16            THE COURT REPORTER:  Okay.  The time is 9:57
17       AM.  We're off the record.
18            MR. CROTTY:  Thank you.
19       (Thereupon, a break was held at 9:57 a.m.; after
20  which the following was heard at 10:05 a.m.)
21            THE COURT REPORTER:  All right.  One moment.
22       Okay.  The time is 10:05 AM.  We're back on the
23       record.
24            MR. CROTTY:  Okay.  I have no further
25       questions, although -- would you like me to send
```

```
 1        you -- email you the Exhibits that I'd attached to
 2        the transcript or --
 3             THE COURT REPORTER:  Yeah, that would be
 4        great.
 5             MR. CROTTY:  -- Okay.
 6             THE COURT REPORTER:  Thank you.
 7             MR. GELLIS:  And I'm going to have to email
 8        you after the deposition as well.  I was not so
 9        organized as Patrick to do it all in advance, but I
10        am going to write them down this time so there's no
11        confusion about Exhibit numbers as we go.  But
12        Patrick, you've largely seen all of them.  So,
13        shouldn't be any surprises.  All right.  Are we
14        ready?  Okay.  All right.
15                           CROSS EXAMINATION
16   BY MR. GELLIS:
17        Q    Good morning, Mr. Bercu.  Did I say that
18   right?  Bercu?
19        A    Bercu.
20        Q    Bercu.  Okay.  I'm going to go over a couple
21   things that were kind of glanced over earlier, just
22   basic background stuff that you hear in a deposition.  I
23   remember Mr. Crotty kind of gave you his explanation.
24   Let's please not talk over each other.  Say yes or no.
25   Don't -- uh-huh, or uh-uh, or head shakes can't be taken
```

1  down obviously.  I believe you said this is your first

2  deposition?

3      A    Yes.

4      Q    Okay.  Why don't you walk me through your

5  education background?  Let's start there.

6      A    So, I -- I did go to law school.  I am an

7  attorney, so -- but I have never been a litigator, so

8  that's why I have not done a lot of taking depositions

9  either.  Do you want more than that or is that

10 sufficient?

11     Q    Yeah, like -- So, where'd you go to law

12 school?  What did you -- what bars are you admitted to?

13     A    Sure.  So, I went to Georgetown University Law

14 Center.  I graduated in 2010.  I'm -- I was admitted to

15 the Virginia Bar and then waived into DC.  I did go

16 inactive in Virginia, but I am still a member of the DC

17 bar.

18     Q    Any special certifications, credentials,

19 anything like that?

20     A    Sure.  I -- I -- For the Inter -- the IAPP,

21 the International Association Privacy Professionals.

22 I've got the -- the SIP-US and the --this -- the DIPM,

23 the privacy management because that was a big part of my

24 practice when I was at a law firm.

25     Q    Congratulations.  On a side note, I just got

Joshua Bercu                 August 09, 2023                    Page 42

```
 1  board certified in state and federal government admin
 2  law and I have decided to pursue that area and I'm
 3  studying for the SIP-US exam as we speak.  So --
 4      A    Oh.
 5      Q     -- It -- it is not --
 6      A    Good.
 7      Q     -- it's not easy, so congratulations on that.
 8      A    Oh, thank you.
 9      Q    I hope to follow somewhat in your footsteps.
10  It's an interesting area with data privacy and all that,
11  so I can appreciate that.  Let me ask you this then.
12  So, what was your undergrad in?
13      A    Economics.
14      Q    And employment history?
15      A    So, I went straight from undergrad to law
16  school and then when I graduated law school, I worked at
17  Wilkinson Barker now, where I was for nine and a half
18  years, which is a health communications boutique.  First
19  as an associate, then as a partner.
20      Q    Oh, cool.  Where'd you graduate for the BA?
21      A    Harvard.
22      Q    Excellent.  Okay.  And I guess then that comes
23  into your time here.  You're employed by US Telecom,
24  right?  You're -- Where are you currently employed?
25      A    Yes, US Telecom.
```

Joshua Bercu                August 09, 2023                Page 43

```
 1        Q    And what's your position there?
 2        A    So, I -- I have two titles.  I'm Vice
 3   President of Policy and Advocacy, but I'm also the
 4   Executive Director of the Industry Traceback Group.
 5        Q    Okay.  And tell me when you first started
 6   working for US Telecom and if your roles have changed
 7   along the -- the way and when.
 8        A    So, I started working in August 2020.  So,
 9   we're -- we're right on the third anniversary.  The --
10   the role hasn't really changed.
11        The Executive Director title for the Industry
12   Traceback Group came at some point as we stood up the
13   Industry Traceback Group LLC, around that time, give or
14   take a few months.
15        Q    All right.  And if I say ITG or US Telecom, we
16   can use them interchangeably for purposes of today
17   unless otherwise noted by you?
18        A    Yeah, I -- I -- I think for purposes of today,
19   I don't -- I don't see an issue.
20        Q    Okay.  Just let me know if for some reason
21   there's a nuance that --
22        A    Sure.
23        Q    -- because I -- I may say ITG and you may say
24   US Telecom and I'm -- I'm not trying to have some term
25   of art and confuse you, I just -- it seems they're the
```

1  same based on what I heard your testimony earlier to be.

2      A    Yeah.

3      Q    They function the same.  It's a wholly owned

4  subsidiary?

5      A    I -- So, I mean, yes, but we -- there's no

6  policy advocacy done in -- in our ITG -- in our ITG

7  role.  So, that -- that is the distinction.

8      Q    What was your title again?  VP of --

9      A    Policy and Advocacy.

10     Q    Of the ITG or of US Telecom?

11     A    That's -- that's why I have two titles so that

12  I -- we're -- so, in -- in -- you know, I use a

13  different email address when I --

14     Q    Okay.

15     A     -- am acting on behalf of the ITG.

16     Q    So, for the ITG, what is your title?

17  Executive Director?

18     A    Yes.

19     Q    And for US telecom, you are the VP of Policy

20  and Advocacy?

21     A    Yes.

22     Q    But ITG does not do policy and advocacy?

23     A    No.

24     Q    Okay.  Interesting.  Okay.  Let's go ahead and

25  get into a little bit more about the ITG then.  We went

Joshua Bercu                August 09, 2023                Page 45

1   over the difference between them.  Does one -- well I

2   guess let me ask this.  How do you get into the ITG?

3   How do you become a member of the ITG?

4        A    So, some of that's based on the history.

5   Early on, it was a coalition of the willing that my

6   predecessors got entities to agree to cooperate and

7   support the effort.  Now, we -- we -- we do have a

8   membership that's on our policy -- our public policies

9   and procedures and providers do ask from time to time to

10  become members and we go through a process to determine

11  if they can be.

12       Q    Do you have to be a member of US Telecom in

13  order to be a member of the ITG?

14       A    No.

15       Q    Would you say most members of the ITG are

16  members of US Telecom?

17       A    No.

18       Q    If you had to guess what percentage,

19  approximately?

20       A    Just guessing, probably less than a third.

21       Q    So, less than a third are US telecom members.

22  So, about two thirds would be non-US telecom members

23  that have joined the ITG?

24       A    Off the -- off the top of my head, something

25  like that roughly.

Joshua Bercu                August 09, 2023                Page 46

 1      Q    Okay.  I want to talk about this process real
 2 quick.  So, I mean is there a process promulgated
 3 somewhere?  Is it published --
 4      A    It's --
 5      Q    -- the process to join the ITG?
 6      A    -- I'm sorry.  Yeah, we do have -- we do talk
 7 about membership in our public policies and procedures.
 8      Q    So, all the criteria that would be required
 9 and all the -- what you're going to be evaluated against
10 would be in those documents?
11      A    Yes.
12      Q    Okay.  Why don't you tell me a little bit
13 about the ITG's role, like via the -- the FCC?  So, the
14 ITG is contracted with the FCC, correct?
15      A    No.
16      Q    Okay.  Well -- yeah, explain that to me.
17      A    So, the -- the ITG was stood up as a voluntary
18 industry effort about seven or eight years ago.
19 Subsequent to that, congress passed the Traced Act which
20 created a formal role for a private Industry traceback
21 consortium.  And the FCC stood up a process to designate
22 a -- the consortium formally -- annually and we are
23 designated as that, but there is no contract.
24      Q    So, what governs the F -- the ITG's conduct?
25      A    The -- the policies and procedures -- the

Joshua Bercu                    August 09, 2023                    Page 47

 1   public policies and procedures.

 2       Q     So, there's no like regulations or anything --

 3       A     There's --

 4       Q      -- or anything that the FCC has put out?

 5       A      -- There's oversight in that -- that there's

 6   an annual designation.

 7       Q     So, where would I go look to find what this

 8   designation encompasses

 9       A     In the FCC's documents.  It's -- it's all

10   public record.  So, their -- their designation order.

11       Q     Do members of the ITG receive information

12   that's not available to the public?

13       A     So, not -- not about tracebacks other than

14   some information about just what we're focused on.  They

15   guide our effort, especially our executive committee.

16   But no, they don't receive more information about

17   providers or anything like that.

18       Q     What about like best practices?

19       A     No.

20       Q     So, you don't like send email updates out to

21   the ITG membership -- you know -- warning them or

22   advising them about certain things or -- you know --

23   telling them, Hey, we suggest you do these things,

24   something like that?

25       A     No.

Joshua Bercu                August 09, 2023                Page 48

```
 1        Q    Does the ITG have the authority to recommend
 2  different things to carriers?
 3        A    What do you mean by authority?
 4        Q    Well, under -- pursuant to its -- you know --
 5  its designation from the FCC, which is done through
 6  Congress, right?  And Congress passed a law that gave
 7  FCC this designation.  So, when the ITG acts in that
 8  capacity -- let's start there.  You're acting according
 9  to that congressional authority that's been given to you
10  through the FCC.  Do you agree with that?
11             MR. CROTTY:  Object to the form.
12             THE WITNESS:  No.
13  BY MR. GELLIS:
14        Q    Okay.  So, what does the designation mean?
15        A    The -- the designation makes it a requirement
16  to cooperate, but it's specific in contract that it's
17  still private industry effort.  We don't have -- what we
18  do is we run tracebacks and per the designation, it's a
19  regulatory obligation to cooperate with those
20  tracebacks.
21        Q    So, on the part of who?  It's an obligation on
22  the part of who to cooperate?
23        A    Providers -- voice service providers.
24        Q    So, you're no different than any other private
25  company?
```

Joshua Bercu                 August 09, 2023                 Page 49

```
 1       A    The difference -- I -- I'm not following what
 2  you mean by that.
 3       Q    I mean, I asked -- you know -- you're acting
 4  pursuant to some power by Congress you say, No, we're
 5  just a private company.  But I mean, there's this FCC
 6  designation out there.  I -- I'm just trying to
 7  understand the relationship between the federal law, the
 8  federal agency, the federal agency's designation of you,
 9  the ITG, and then the ITG's function in roles.
10  Somewhere in there it feels like there's some federal
11  power -- there's some power being vested, given,
12  transferred to the ITG and I just want to get what your
13  thought is on that.
14            MR. SOMMER:  Object to the form.
15            THE WITNESS:  So, I -- I think as I said
16       before, the ITG was created before there was even a
17       Trace Act and was running tracebacks before there
18       was even a Trace Act.  The designation ties in
19       because the FCC requires cooperation with the --
20       with the -- with the designated registered
21       traceback consortium.
22            So, that's -- but it -- it -- so, that -- I
23       would not say that confers any authority to the
24       ITG.  What that does is create an issue of non-
25       compliance with FCC rules if providers don't
```

```
 1        cooperate, but there's no authority.
 2   BY MR. GELLIS:
 3        Q    Well they must cooperate with you under the --
 4   under the law, right?
 5        A    Yes.
 6        Q    That's what you're telling me?
 7        A    Yes.
 8             MR. SOMMER:  Object to the form.
 9   BY MR. GELLIS:
10        Q    Okay.  I mean, so -- and that's different than
11   any other private corporation, right?
12        A    I don't -- I'm not an expert on the -- I know
13   there's a variety of quasi-private public entities out
14   there.  I'm not an expert on any of them.
15        Q    Well, what about the ITG?  You know about
16   them, right?
17        A    Yes.
18        Q    Or do you consider the ITG a quasi-public
19   private entity as you said?
20        A    No.  Oops, sorry.  No.
21        Q    So, it's purely private but it has the ability
22   -- but -- but Telecom providers have to respond to it
23   pursuant to law based on the designation?
24             MR. SOMMER:  Object to the form.
25             THE WITNESS:  Yes.
```

Joshua Bercu                August 09, 2023                Page 51

```
 1   BY MR. GELLIS:
 2       Q    Is the ITG authorized by Congress to give
 3   notice of violation on behalf of the FCC?
 4       A    No.
 5       Q    Does the ITG make a distinction in tracebacks
 6   between unlawful, fraudulent and illegal calls?  Do they
 7   have different categories?  Do you know what I mean by
 8   that?
 9       A    Yeah, please explain.  What -- what do you
10   mean by that?
11       Q    Do you make a -- Does the ITG make a
12   distinction between an unlawful call and an illegal
13   call?
14       A    No, I am not follow --
15       Q    The ITG --
16       A     -- yeah, I'm not following what the
17   distinction would be there.
18       Q    What about unlawful and fraudulent, any
19   distinction there in the ITG's mind?
20       A    So, what we do is we explain in our
21   descriptions why we believe a call is illegal and that
22   can be for several reasons, that it violates
23   telemarketing laws or that we believe it's fraud.  So, I
24   -- I -- so, we don't really use that categorization you
25   said, per se, but that's -- that's how we would describe
```

Joshua Bercu                August 09, 2023                    Page 52

 1   that to the providers that receive it -- the traceback

 2   notices.

 3       Q     Okay.  Do -- does the ITG have any contracts

 4   with governmental entities that are not the FCC?

 5       A     No.

 6       Q     Okay.  The ITG has no contracts with any

 7   governmental entity of any kind?

 8       A     No.

 9       Q     Let's talk about the -- the traceback process.

10       A     Oh.

11       Q     Oh.  Sorry.

12       A     Just the one -- the one thing is government

13   entities do log into our portal and there's terms of

14   service that govern their use of the portal.  That's it.

15       Q     But it's not like an MOU or something like

16   that?

17       A     No.

18       Q     Let's talk about the -- the traceback process.

19   Just walk me through sort of -- you know -- your -- the

20   ITG's understanding of how a traceback begins and kind

21   of just give me the description to the end and then

22   we'll break it apart and talk about it.

23       Q     Sure.  So, the -- the vast majority of the

24   tracebacks we run are based on data our team sources

25   from YouMail.  For example, other partners like that,

Joshua Bercu                   August 09, 2023                   Page 53

1   where we're getting a lot of examples and we're -- out -

2   - our team is initiating trace backs based on the call

3   examples we have.

4        And basically, once our team in our system hits go,

5   it automatically goes out to the -- the first provider

6   and continues along as providers respond to the

7   traceback until we complete the traceback.

8        Q    Okay.  You said that it's sourced from ITG

9   staff including YouMail.  So, I mean how do you choose

10  which calls get a traceback or don't?

11            MR. SOMMER:  Object to the form.  Go ahead.

12            THE WITNESS:  So, it's not sourced from ITG

13        staff.  It's from data sources we have and we -- we

14        get examples.  How do we choose is we have

15        examples.  We -- Our relationship with YouMail, we

16        only are able to get -- they -- we get a -- we get

17        a snapshot of what are the biggest campaigns going

18        on in the country hitting consumers.  We are able

19        to select a certain amount of that where we get

20        call examples of those and we run trace backs on

21        those.

22  BY MR. GELLIS:

23        Q    It sounds -- okay.  Aside from YouMail --

24  let's put that aside.  I understand that.  What other

25  sources of information do you get that result in the

Joshua Bercu          August 09, 2023                    Page 54

1   **initiation of tracebacks?**

2       A    So, we also get -- another major source is we

3   get examples from a honeypot that Verizon has stood up

4   and automatically feeds us examples of prolific robocall

5   campaigns.  We get referrals from AG's, the FCC, and

6   others as well.  And occasionally -- but this is a

7   really small percentage -- from ITG members and all --

8   all this is in our public --

9       Q    **Which honey --**

10      A    -- oh, sorry.  All -- all this is in our po -

11  - in our policies and procedures as well, not -- not the

12  specific entities, but the -- the categories of sources.

13      Q    **-- We're going to do a little jumping around**

14  **because you mentioned the word honeypot.**

15      A    Mm-hmm.

16      Q    **So, before I ask you what a honeypot is, can**

17  **an individual, like a consumer, report a suspected**

18  **robocall to the ITG?**

19      A    There's -- An individual can always send us

20  examples.  It -- Typically, it's been our experience

21  that the quality of referrals is -- is not as good.  The

22  providers -- all providers in the -- in the chain

23  strongly prefer having voicemails so that we have that

24  record of what is actually the call and not just an

25  allegation.

Joshua Bercu                August 09, 2023                Page 55

```
 1        So, that -- and we're very cognizant of the fact
 2   that every time we run a trace back, even though it's
 3   automated on our end, providers like SmartBiz have
 4   humans responding to it.  So, we do need to prioritize
 5   what is hitting the most consumers and want to do it in
 6   as -- as an effective way we can.
 7        Q    So, you're getting the -- it sounds like
 8   you're primarily relying on the Youmail recordings,
 9   right?  I mean, is that accurate?
10        A    It's a major source.
11             MR. SOMMER:  Object to the form.
12             MR. GELLIS:  Okay.
13   BY MR. GELLIS:
14        Q    Okay.  So, let's talk about those recordings
15   then.  What is the ITG's knowledge about how Youmail
16   sources these recordings?
17        A    To the best of my knowledge, You -- YouMail is
18   an over the top app that many people have put on their
19   phone and as part of that, the consumer authorizes that
20   YouMail can use the voicemails that YouMail receives on
21   behalf of the consumer and -- to analyze for among other
22   things, fraud and -- and robocalls.
23        Q    Okay.  It's your understanding that it's
24   voicemails only or -- I mean, what's your understanding
25   as -- is it voicemails only is your understanding?
```

Joshua Bercu                 August 09, 2023                 Page 56

```
 1        A    From YouMail, to -- to the best of my
 2   knowledge, yes.
 3        Q    So, you don't know whether YouMail will
 4   intercept, block, pick up or record a call prior to a
 5   voicemail?
 6        A    To the best of my knowledge, YouMail does not
 7   live answer the calls for its customers, but I -- that'd
 8   be a question for them.  I -- I don't know if they have
 9   some service, but the examples we're getting are YouMail
10   -- are -- excuse me -- are voicemails.
11        Q    And you're sure of that?
12        A    Yes, they're recorded -- they're recordings.
13        Q    I mean -- Well, if it's not -- the data's not
14   coming from you, I want to know how you're sure that
15   they're voicemails.
16        A    To the best of my knowledge -- sorry.  To the
17   best of my knowledge, they are voicemails.
18        Q    Okay.  How -- in what way is it to the best of
19   your knowledge?  What do you know?
20        A    We have the recording.  It is not a back and
21   forth conversation.  It is not a live caller.  It's a
22   recording and we usually have scores -- many, many
23   examples of the same recording to many different call
24   entities.
25        Q    Do you know whether what you are listening to
```

```
 1   is a transcription that was done by YouMail or whether
 2   that's the actual recording that was left on the
 3   voicemail?
 4        A    You mean on a -- can you clarify what do you
 5   mean by that?
 6        Q    Sure.  You have -- you have links to
 7   recordings.  Okay?  So, you're hearing this recording.
 8   So, it's your understanding that this YouMail recording
 9   that you're listening to was the same -- is essentially
10   what an end user would hear on their phone when they
11   went to access their voicemail?  That's your
12   understanding, right?
13        A    I believe that is the case with YouMail.
14        Q    Okay.  So, you don't know whether YouMail is
15   just transcribing someone else's voice into a robo-
16   automated voice and packaging it up for you?
17             MR. SOMMER:  Object to the form.
18             THE WITNESS:  I -- I know they're not
19        transcribing.  I -- but yeah, they're not a
20        transcript.
21   BY MR. GELLIS:
22        Q    How do you know that?
23        A    Well, a transcription is a text, so I -- I'm
24   not really following the question of how a transcription
25   would be a recorded message.
```

```
 1      Q    Well, that's what I'm trying to understand and
 2   get at.  We haven't taken YouMail's deposition yet, so
 3   we haven't had the chance to quite examine how that
 4   works, but I'm asking what the ITG knows about the
 5   recordings that it uses to initiate tracebacks because
 6   obviously, you -- you seem to take these recordings
 7   pretty seriously.
 8      A    Mm-hmm.
 9      Q    You begin tracebacks based on them.  So, I
10   just want to understand what you know about where they
11   come from, the source of them, and -- and it sounds like
12   what you're telling me is you believe that they're just
13   straight recordings from voicemails?
14      A    Yes.
15           MR. SOMMER:  Object to the form.
16   BY MR. GELLIS:
17      Q    So, you don't know for sure whether YouMail is
18   transcribing potentially live voices?
19           MR. SOMMER:  Object to the form.
20           THE WITNESS:  I know the recordings we
21        received are not live voices, but very different
22        recordings that differ campaign to campaign and we
23        have multiple examples of the same recording.
24   BY MR. GELLIS:
25      Q    Sure.  And if I were to copy/paste text from
```

```
 1   this transcript into an automated AI voice, it would
 2   spit out what sounds like a recorded message, right?
 3           MR. SOMMER:  Object to the form.
 4           THE WITNESS:  I -- I suppose
 5   BY MR. GELLIS:
 6       Q    My question is do you know if that's what
 7   YouMail is doing?
 8       A    I have no reason to believe that YouMail is
 9   doing that.
10       Q    Okay.  So, you think they're just taking
11   voicemail recordings that are left on people's
12   voicemails and handing them over to you?
13           MR. SOMMER:  Object to the form.
14           THE WITNESS:  I -- I believe they are taking
15       voicemails that are left on people's phones that
16       have the YouMail app.  They're analyzing and
17       categorizing those to see the broader picture of a
18       campaign and then, they're providing examples of
19       that to us.
20   BY MR. GELLIS:
21       Q    Okay.  And that -- and then, These -- these
22   recordings, wherever they may -- however they may have
23   gen -- been generated or came from, these recordings are
24   what you use then as evidence to begin a trace back?
25       A    Yes.
```

1      Q     Okay.  So, it sounds -- I mean, do you have a

2  contract with YouMail?

3      A     Yes.

4      Q     All right.  What does the contract say?

5  Paraphrase.  I mean, I understand that's a very broad

6  question.  What is the contract related to?  Let me --

7  let me say that.  What's it related to?

8      A     So -- So, it's -- it's our acquisition of data

9  from them.

10     Q     So, you pay them for these recordings?

11     A     Yes.

12     Q     Okay.  And then, you're able to use then those

13 recordings to initiate tracebacks?

14     A     Correct.

15     Q     When you pay for the recordings, do you get

16 them in bulk or do you kind of get to pick?  Do you have

17 like categories?  You -- you buy certain calls or

18 certain other recordings or do you buy them all?

19     A     Our arrangement with them is that we -- they

20 send us a snapshot on a monthly basis of what are the --

21 according to their analysis, the biggest campaigns --

22 the top, I believe, 30 campaigns going on -- or 40.  I -

23 - I forget the exact number.  And of those, we can

24 select a certain number that we get call examples

25 automatically through an API into our portal that we

1  then -- our team then reviews and trace -- and initiates

2  tracebacks on.

3      **Q     Are there data sharing -- other data sharing**

4  **provisions in that contract?**

5      A     What do -- what do you mean by that?

6      **Q     I mean, aside from just recordings, are you**

7  **sharing honeypot numbers with them or are they sharing**

8  **other information with you?**

9      A     We get certain information about the calls,

10  you know?  So, we need the -- the call detail records

11  that they have in order to initiate the traceback.  So,

12  we get that from them.

13      **Q     Youmail has a CDR?**

14      A     Yes.

15      **Q     And that -- I guess that must be generated**

16  **through their proprietary software?**

17      A     As -- as --

18      **Q     No?**

19      A      -- they've described themselves to me,

20  they're America's voicemail.  So, they sort of take over

21  as the app on your phone if you download -- for your

22  voicemail app.

23      **Q     Do you know if YouMail like pre-flags**

24  **potential fraudulent numbers?**

25      A     To the best of my knowledge, for their

Joshua Bercu                 August 09, 2023                    Page 62

```
 1  customers, they do have -- you know -- blocking type
 2  services based on their analysis.  I believe that's how
 3  they got into this -- is because they started as a
 4  voicemail transcription and there were too many
 5  robocalls that they had to start diverting them for
 6  their customer base because there were too many unwanted
 7  robocalls.
 8      Q    Did you just say your understanding was they
 9  started as a voicemail transcription service?
10      A    Well, a voice -- a premium voicemail service
11  is how I believe the origin of the company -- but I
12  think those are -- that's the best of my knowledge, but
13  you have to ask them.
14      Q    Like why'd you say transcription?
15      A    I -- I think that was one of the features they
16  had where a voicemail -- they would transcribe for their
17  user so you can read it, but I -- again, I'm
18  speculating.  That's just as I understood them, but I
19  know that they got into illegal robocalls because of
20  their voicemail service.  They were finding that
21  everyone's voicemail was just getting overloaded with
22  unwanted and illegal robocalls.
23      Q    So, that -- that kind of gets back to what I
24  was saying.  You -- you said they have the blocking
25  service now, right?  So, that's what they do now?
```

Joshua Bercu                August 09, 2023                Page 63

```
 1        A    I -- I don't know exactly what their services
 2   are for their customers.
 3        Q    Okay.  I thought you said they started in
 4   voicemail recording, it got to be too much for them,
 5   there were too many robocalls and now they do blocking.
 6   Was -- is that -- did I mischaracterize your testimony?
 7        A    I --
 8             MR. SOMMER:  Object to the form.
 9             THE WITNESS:  -- to -- to the best of my
10        knowledge, they started with a premium voicemail
11        app for people who didn't want to use their native
12        app and they felt they had to advance like everyone
13        else in the industry has because of the rise of
14        unwanted illegal robocalls a way that it wasn't
15        just -- that -- that they could divert or treat
16        those differently.  That is to the best of my
17        knowledge, but I -- I -- just -- you know -- some
18        speculation in there and some -- based on some --
19        some information, but I don't know that firsthand.
20   BY MR. GELLIS:
21        Q    Okay.  So, it's possible some of these
22   recordings are not actually purely from voicemail
23   inboxes, right?
24             MR. SOMMER:  Object to the form.
25             THE WITNESS:  No, that's not to my knowledge.
```

Joshua Bercu              August 09, 2023                Page 64

```
 1        I believe it may be that for their customers they
 2        diverted them from the customer receiving them.  I
 3        don't know that.  That'd be for them, but it's
 4        calls that were made to that customer to the best
 5        of my knowledge.
 6  BY MR. GELLIS:
 7        Q    Okay.  I'm -- I'm just trying to unravel --
 8  and this will be for YouMail I guess -- to unravel
 9  whether or not the recordings you're receiving are the
10  actual pre -- prerecorded calls that are being sent or
11  whether a live person is being recorded and/or
12  transcribed into a message that then is packaged to you
13  that you hear in a voice other than the person who
14  actually was making the call.  Do you follow?
15             MR. SOMMER:  Object -- Object to that form.
16             THE WITNESS:  To the best of my knowledge and
17        consistent with information we get from -- have
18        gotten from other sources with the exact same
19        robocalls, they -- YouMail does not transcribe the
20        examples they get to us.
21             They are actual recorded voicemails sent to
22        consumers that they then sent to us.  And again,
23        we've seen the same exact examples.  Everything
24        where you get from YouMail, you can go on to
25        Nomorobo and hear the identical voice and message.
```

Joshua Bercu                    August 09, 2023                    Page 65

1         You can go on Nomorobo's public site.

2    BY MR. GELLIS:

3         **Q      What was that exactly?**

4         A      What do you mean

5         **Q      The website?  I'm sorry, I -- I --**

6         A      Nomorobo is another similar service out there

7    like YouMail.  So, the examples we get from YouMail, you

8    can -- Nomorobo has a lot of them publicly available and

9    you can press play.  If you listen to our example that

10   we got from YouMail and that, it will be the exact same

11   voice, exact same message, etcetera, matching entirely.

12            MR. SOMMER:  Josh -- Josh, can you spell

13        Nomorobo?

14            THE WITNESS:  Yeah, sure.  N-O-M-O-R-O-B-O.

15   BY MR. GELLIS:

16        **Q      All right.  Great.  Thank you very much.  So,**

17   **we'll go now to the honeypots we were going to get to.**

18   **What's a honeypot?**

19        A      So, we -- we refer to it as a honeypot.  A

20   honeypot, in this case, is a bit of a misnomer, but

21   honeypots -- again, not the total expert on the origin

22   of the phrase, but my understanding is it's a term that

23   arose out of the cybersecurity world where you had

24   hackers, etcetera, and you tried to attract them to an

25   area so you can learn more about their hacking and --

Joshua Bercu               August 09, 2023                Page 66

1    and use that to protect your network analysis.

2        In our case, it's really a misnomer.  When we use

3    honeypot, we still use it because there's nothing to do

4    to attract.  What it means in this case is there's

5    numbers set up to just listen for robo-callers that just

6    dial those numbers and then take voicemails of -- of the

7    calls hitting those numbers.

8        Q    **What is the ITG -- strike that.  It sounds**

9    **like the ITG has access to the list of these honeypot**

10   **numbers through Verizon.  Is that accurate?**

11       A    So -- so, Verizon has its honeypot and they

12   are collecting and analyzing examples and they will --

13   when they identify a campaign, they will -- we can get

14   those examples of a campaign through our API.  So, we

15   get that automatically in our portal.

16       Q    **Does the ITG have any other kind of contracts**

17   **or agreements with other telecommunications companies?**

18       A    Not with telecommunications.

19            MR. SOMMER:  Object to the form.

20   BY MR GELLIS:

21       Q    **I'm sorry?**

22       A    Yeah, not -- not with any telecommunications

23   companies.  Well, I get -- we do have -- I -- I don't --

24   I was trying to decide if there's a telecommunications

25   company.  We -- we do get call examples from ZipDX as

Joshua Bercu                 August 09, 2023                 Page 67

1  well -- from their --

2      Q    Yeah.  We'll get into that.  Yeah, yeah.  Do

3  you have a contract with US Telecom?

4      A    There's an intercompany agreement between

5  Industry Traceback Group, LLC and United States Telecom

6  Association, which is the -- the official name --

7  corporate name of -- of US Telecom.

8      Q    And US Telecom is made up of telecom

9  companies, right?

10     A    No, it's the 501C6 nonprofit trade

11  association.

12     Q    Okay.  It has members that are

13  telecommunications companies?

14     A    Yes.

15     Q    Including Verizon?

16     A    Yes.

17     Q    Okay.  So, US Telecom doesn't do any political

18  advocacy?

19     A    US Telecom does political advocacy.

20     Q    Yeah, they're lobbyists, right?  It's a

21  lobbying association?

22     A    Lobbying regulatory trade association.

23     Q    Okay.  And so, the lobbying association has a

24  contract with the entity responsible for doing trace

25  backs?

Joshua Bercu                    August 09, 2023                    Page 68

```
 1        A    The --
 2        Q    They own them, in fact, right?
 3        A     -- so, I -- I --
 4             MR. SOMMER:  Object to the form.
 5             THE WITNESS:  -- it's a trade association.
 6        So, political advocacy is one thing that a trade
 7        association does.  Trade associations also do
 8        various other things routinely.
 9   BY MR. GELLIS:
10        Q    And the biggest sponsors or the high -- what's
11   the term sponsor mean in the ITG world?
12        A    We don't use that term.
13        Q    Members -- What about -- aren't there
14   different levels of membership in the ITG?
15        A    So, we have supporting members.  Is that what
16   you're referring to?
17        Q    Yes, that must be what I mean.
18        A    So, those are -- those are entities that help
19   support the effort including financially and through
20   guidance.
21        Q    That's my point.  So, does -- does a different
22   donation -- what -- what do you call the financial
23   support?  Let's start -- What do you call the financial
24   support that they provide to you?
25        A    Contribution.
```

Joshua Bercu                August 09, 2023                Page 69

1       Q    Okay.  Does the amount of contribution
2  determine the sort of status and your -- your membership
3  level, if you will?
4       A    There -- so, there -- there is an executive
5  committee that is -- is a higher contribution level,
6  yes.
7       Q    Do they have any more power in the ITG because
8  of that?
9       A    They do not have more power in the day-to-day
10 operation of the ITG.  They help direct the -- the --
11 the overall effort through guidance almost like a board
12 of directors would.  So, setting -- you know -- future
13 investments, things like that.
14      Q    Does the ITG create honeypots?
15      A    No, no.
16      Q    Does the ITG authorize honeypots?
17      A    No.
18      Q    Does the ITG inform any carriers about the
19 phone numbers associated with these honeypots?
20      A    No.
21      Q    I'm sorry?
22      A    No.
23      Q    Are honeypots that are included in the do not
24 originate list sold or given to ITG members?
25      A    Are you referring to the do not call list?

1    **Q    No, the DNO list.**

2    A    The ITG's DNO list?

3    **Q    No, the -- let me -- let me take that part out**

4    **and say, are honeypots numbers sold or given to ITG**

5    **members?**

6    A    I -- I'm not following the question.

7    **Q    The -- Are the list of honeypot numbers sold**

8    **or given to any ITG members?**

9    A    No way.  We don't -- we don't even know that.

10   So, Verizon would never tell us the full list of

11   honeypots nor anyone else.

12   **Q    Well, you say the full list so you have some**

13   **knowledge as to some of the list?**

14   A    Well, we get call examples that we know hit a

15   Verizon number, but that's the extent of it and I

16   believe that there's some rotation too that they -- to -

17   - that they continue to change in and change out their

18   numbers, so -- but no, we don't.  I have absolutely no

19   knowledge -- We have no knowledge of the full scope of

20   the honeypot numbers.

21   **Q    Does Verizon refer potential tracebacks to you**

22   **directly?**

23   A    From time to time.  Predominantly, we -- the

24   examples we get, we -- we look at and we decide based on

25   the campaigns we are focused on that we want to trace

1  it.  Occasionally, we also go to Verizon and say, "We're

2  hearing from a State AG.  They're very concerned about

3  this campaign.  Have you seen any hits on the honeypot

4  about that?," and we might get examples if they have.

5  **Q    Will the ITG conduct trace backs for private**

6  **industry if they're paid to do it?**

7  A    We -- Consistent with our public policies and

8  procedures, we do have -- we do work with enterprises

9  from time to time.

10  **Q    I mean, so you'll sell your traceback services**

11  **to private industries?**

12  A    If the -- if the call examples meet the

13  criteria we've set, which is a suspected illegal call,

14  we -- our team reviews all of them, but that's part of

15  helping fund the effort.

16  **Q    That would include Marriott, right?  Has**

17  **Marriott paid you for tracebacks?**

18  A    Yes.

19  **Q    Do you remember how much they paid you?**

20  A    I don't know off the -- I don't recall off the

21  top of my head.

22  **Q    Does you -- does the ITG sell information to**

23  **anybody?**

24  A    I --

25  **Q    I guess so.  I mean aside from the tracebacks**

```
 1  we just mentioned?
 2           MR. SOMMER:  Object to the form.
 3           THE WITNESS:  So, I would not call that
 4       selling information.  That's -- that's it -- So
 5       it's all laid out in our -- it's all very
 6       specifically called out in our public policies and
 7       procedures.  Essentially, they bring us call
 8       examples of things harming their customers or
 9       harming consumers at large and we're able to trace
10       those back and report to them very consistent with
11       our public policies and procedures certain
12       information about that and not the full
13       information.
14  BY MR. GELLIS:
15       Q    But certain -- I mean, they get information,
16  right?
17       A    Yes, and -- and they get it -- and -- and
18  they're limited in contract about what they can do with
19  that information.
20       They can use it exclusively to try to mitigate the
21  unlawful calls -- calls and protect their customers.
22  So, we actually restrict them by contract, how they can
23  use the information.
24       Q    Okay.  Would anyone have the ability to
25  control or exempt themselves from a traceback?
```

Joshua Bercu                    August 09, 2023                    Page 73

```
 1        A    No.
 2        Q    Does the ITG do any independent verification
 3   of information that's referred to them?
 4             MR. SOMMER:  Object to form.
 5             THE WITNESS:  What -- What category of
 6        information are you referring to, the examples we
 7        get or the information we get from providers?
 8   BY MR. GELLIS:
 9        Q    Let's go through each one.  Let's start with
10   recordings.
11        A    So, recordings -- I mean, our team reviews
12   things when we get referrals from -- even from State
13   AG's, for example, we have them certified to the
14   information to the best of their knowledge as well.  We
15   do -- but we do take a look, we get referrals even --
16   and sometimes from AGs, where we look at it and we say,
17   we're not sure this call is illegal, and we'll -- we'll
18   push back and say, we -- we don't think we can run this
19   traceback, and -- and from providers as well --
20        Q    You talked about --
21        A    -- by the way.
22        Q    -- And we discussed YouMail a little bit
23   earlier in your knowledge about it.  Is there anyone at
24   the ITG that could tell me exactly how YouMail captures
25   these recordings?
```

```
 1        A    I think that's a question for YouMail because
 2   no one on our team works at YouMail.
 3        Q    Well, I guess that's my point.  No one at the
 4   ITG -- like the -- you've been the -- you've been
 5   designated as the rep for -- and we'll go through the
 6   topics later.  I mean, I -- I know you're here, but one
 7   of the topics was YouMail, right?  And so, you're here
 8   to talk about the relationship between ITG and YouMail
 9   and I asked what you know about the recordings that are
10   sent, how they're generated, where they come from, and
11   you gave me your answer.  My point is anybody, is
12   anybody -- is there any other person that I would talk
13   to at the ITG who would have more knowledge about that
14   than you?
15             MR. SOMMER:  Object to the form.
16             THE WITNESS:  No.
17   BY MR. GELLIS:
18        Q    No?  And just -- Okay.  Do you have any
19   contracts with state entities?
20        A    No, other than the terms of service that I had
21   mentioned earlier.
22        Q    So, the authority to require providers to
23   respond to tracebacks is pursuant to the designation by
24   the FCC, correct?
25             MR. SOMMER:  Object to the form.
```

Joshua Bercu          August 09, 2023          Page 75

```
 1          THE WITNESS:  The FCC's authority to bring
 2      enforcement against providers that do not cooperate
 3      is pursuant to the FCC's rules.
 4  BY MR. GELLIS:
 5      Q    Is a traceback an inquiry or proof that a call
 6  is fraudulent?
 7      A    I think that's a question for prosecutors and
 8  lawyers.  That's not our role.
 9      Q    I mean, do you consider a traceback to be an
10  inquiry?
11      A    I -- I consider a traceback to be our effort
12  to identify where illegal calls are coming from.
13      Q    Potentially illegal calls, right?
14      A    Sus -- Suspected illegal calls.
15      Q    Okay.  Suspected.  Do you know if you received
16  reused recordings from YouMail?
17      A    To the best of my knowledge, no.
18      Q    Does the ITG advise companies on how to comply
19  with the law?
20      A    No, we go out of our way to tell them we're
21  not their legal counsel.  It would be inappropriate, as
22  you know, under ethical rules for us to be providing
23  legal guidance to any of the providers.  We do at times
24  put -- you know -- as we did with SmartBiz, say some
25  things that we've seen work and not work to stop the
```

Joshua Bercu                August 09, 2023                Page 76

```
 1  legal robocalls.
 2      Q    What do you mean by as you did with SmartBiz?
 3      A    I -- I think Patrick -- Mr. Crotty pulled up
 4  the information before, but we went through and it
 5  referenced the call where I -- I think that email talked
 6  about some of the things we had discussed at that time
 7  with SmartBiz.
 8      Q    Yeah, we're going to look at all that in a --
 9  in a little bit.  I'm just doing this preliminary stuff
10  and then we'll get into the Exhibits.  Do you have --
11  does the ITG have standards for when companies should
12  terminate upstream providers?
13      A    No, we -- we do not.  We -- One of the shifts
14  we've done as this became a legal requirement in early -
15  - before my time, there was more explicit pressure to --
16  to terminate our role.
17      We believe now and we've shifted this way as it
18  became a legal requirement -- We do our job, we get
19  illegal call examples and we -- and we develop
20  information.  Whether a prosecutor decides that -- you
21  know -- whatever the response was sufficient, that's
22  between the prosecutor -- that's -- that's not our role.
23      Q    What role did David Frankel play in the ITG?
24      A    So, he was our contractor.  He built the --
25  the first portal.  We did move on to one that we -- we
```

 1  had built on our half -- on our behalf, but he -- he

 2  built the first version of the portal and he also --

 3      **Q    Got it.**

 4      A    -- I think a lot of the traceback idea, he --

 5  he was one of the early thinkers about doing traceback

 6  as well.

 7      **Q    So, you say he's just a contractor?  So, built**

 8  **the portal.  That sounds like an IT contract or was it**

 9  **an IT project?  What do you -- what do you mean by built**

10  **the portal?**

11      A    So, he built his own portal that we did not

12  own that portal.  This was well before the traceback,

13  before the designation, the very early days of this

14  effort.  He built a portal to do traceback and -- and

15  technology to do traceback.

16      **Q    Okay.  Did he have some other specialized**

17  **knowledge that made him suitable for that position?  I**

18  **mean --**

19      A    He's been an executive and developer in the

20  technology industry, I believe, his whole career.  He --

21  I mentioned Nomorobo earlier.  He had -- as the robocall

22  problem started getting out of hand -- out of hand, the

23  FCC did a competition of ideas to -- to -- to stop

24  robocall.  Nomorobo won that.  David did -- did submit

25  his idea, which was a sort of preliminary version of

1  traceback at that time too.

2     **Q    Do you know when he became a contractor of the**

3  **ITG?**

4     A    I -- I'd have to go back, but he -- he worked

5  as a consultant for us in that -- in that role helping

6  us run tracebacks at the time.

7     **Q    All right.  Do you know what year**

8  **approximately he contracted with the ITG?**

9     A    Probably six years ago-ish.  So, something in

10  the 2018 timeframe.  He was -- when I started in 2020,

11  he was still consultant for us and I believe he no

12  longer was in probably about 2021 -- sometime in 2021.

13     **Q    Well, let's talk about that.  I remember you**

14  **said he was.  I heard that earlier when you were talking**

15  **to Mr. Crotty.  So, he's no longer a consultant.  Is**

16  **that accurate?**

17     A    Yes.

18     **Q    He's no longer a contractor of any kind with**

19  **the ITG?**

20     A    No, our only relation with him is we get call

21  examples with him that he gets at ZipDX.

22     **Q    So, we didn't talk about that before.  We**

23  **talked about primarily Youmail and carriers.  So, you**

24  **also receive recordings from ZipDX?**

25     A    Yes, a small set.

1    Q    And why is he no longer a contractor?  Do you

2   know why that relationship terminated?

3    A    Yes, because it was a mutual decision at the

4   time.

5    Q    Okay.  So, I don't -- I don't know how to ask

6   what the real reason was.  I mean, you know what I'm

7   getting at.

8    A    Yeah.

9    Q    What was the real reason?

10        MR. SOMMER:  Objection to the form.

11        THE WITNESS:  There -- there's no specific

12        event, you know?  When I took over the ITG and got

13        deeper and deeper with it, I took over more

14        management and changed a little bit how we did

15        things and it -- it was a mutual decision that we

16        wanted to go in different directions, but it was --

17        and then, he built what he's working on now,

18        Raptor, and -- and I think we've had a good

19        partnership with him in that.

20   BY MR. GELLIS:

21    Q    Did the ITG ever receive complaints about

22   David Frankel's conduct toward carriers?

23    A    Yes.

24    Q    How many approximately?

25    A    A few.  And -- and to the best of my

1 knowledge, not formal complaints, more informal.

2     **Q**   **Did those contribute to this mutual decision**

3 **to terminate?**

4     A   To the -- the extent there that -- you know --

5 there wasn't legal advice I was providing, you know?  He

6 has a style that not everyone likes and we want to

7 change how we operate, so that his style was something

8 that -- you know -- we -- it was a different direction.

9 That didn't lead directly to it because we did have --

10 you know -- discussions with him for a while about --

11 you know -- working together where this -- in sort of

12 more of the way we wanted to work going forward and we -

13 - you know -- mutually decided that wasn't what he

14 wanted or what we wanted.  So, there wasn't -- that

15 they're there.

16     **Q**   **The informal complaints you just referenced,**

17 **what kind of companies -- did they kind of come from the**

18 **gamut, big and small.  Was it primarily intermediate**

19 **providers?  Were there a certain sort of category of**

20 **complainers if you would?**

21     A   Big and small.

22     **Q**   **Can you remember any names that come to mind?**

23     A   The one that comes first to mind is -- is

24 XCAST.

25     **Q**   **Any others?**

Joshua Bercu                    August 09, 2023                    Page 81

```
 1      A    I believe at the time, that -- that's the one
 2  that comes to mind.
 3      Q    In his role as a contractor, did David Frankel
 4  have access to trace back information independently?
 5  Meaning, did he have the ability to log in and see the
 6  information?
 7      A    He did.  He was restricted by contract of what
 8  he could do with the information.
 9      Q    But there was no physical controls on that, it
10  was contractual controls?
11      A    I mean, he was helping us run tracebacks on a
12  day-to-day basis.  So, the role he was playing for the
13  ITG, seeing the information was a necessary part of it.
14      Q    Was information shared with him to sell his
15  products and services?
16      A    His current products or services?  Is that
17  what you're referring to?
18      Q    Yeah, we'll start with those.  Yeah, current.
19      A    So, we no longer have a rela -- you know, we
20  don't have that relationship with him.  So, the services
21  he's rolled out since he was -- since he was part of --
22  you know -- our consultant.
23      Q    Okay.  But what about when he was your
24  consultant?
25      A    To the best of my knowledge, no.  I mean, his
```

1  product and service then was a conferencing service, so

2  I -- I'm not sure how it would be relevant, but I don't

3  know.

4      Q    I think you briefly had mentioned earlier that

5  -- you know -- you changed your traceback -- that the

6  notices -- we looked at a couple notices Mr. Crotty

7  pulled up and you made a comment that those notices

8  could change over time with the regulations.  Is that a

9  fair characterization of your testimony?

10     A    Change over time, or the regulations, or if --

11 you know -- we -- we think it -- we could be more clear

12 or succinct or -- you know, we adapt them as -- as time

13 is needed.

14     They don't change on a traceback by traceback

15 basis.  This is more of a -- you know -- routine review.

16 Is the notice still right?  Do we need to make updates

17 to the notice?

18     Q    Okay.  And -- and that happens because since

19 2020 in the passing of the Trace Act, would you say the

20 regulatory landscape has changed a bit?

21     A    Yes.

22     Q    And would you say it's changed a lot?

23     A    Yes.

24     Q    Okay.  So, can you -- if -- to your knowledge,

25 can you walk me through the changes over time that were

1  made to that notice and what they were made because of

2  or do you not have knowledge of that?

3      A    I -- I have knowledge of several of the

4  changes.  One major --

5      Q    Let's go through those.  Yeah.

6           MR. SOMMER:  Hold on, let me just make my

7           objection.  You can answer to the extent it doesn't

8           call for privileged information.

9           THE WITNESS:  So, you know, a lot of the

10          changes goes with the evolution of how traceback

11          worked.  It was voluntary at first, so some of it

12          was really a lot more of an explanation of who we

13          are, why you should cooperate, in earlier versions.

14          As it got -- as the effort became more known

15          in the industry, obviously, that was an obvious

16          change where we didn't need to do as much

17          explaining of why they were getting the notices

18          because people understood what the ITG is.  That's

19          one.

20          The Trace Act, the formal designation, that's

21          -- that's -- that's -- that's another.  And then,

22          just other changes were -- you know -- taking a

23          fresh look at it and saying, Hey, there's too much

24          text up front before it gets to the meat of the

25          CDR.  We're getting confusion from providers about

1     this, just -- just changes like that, for clarity.

2   BY MR. GELLIS:

3        **Q     Do you know approximately what year the ending**

4   **of -- you said it was voluntary at first.  What year did**

5   **that end?**

6        A    I believe the FCC adopted its traceback

7   consortium -- traceback consortium cooperation mandate

8   in 2020.  I think there -- if I recall correctly, there

9   might -- I think there were two phases of it, but I'd

10  have to go back where it applied in certain

11  circumstances at one period and then it applied in all

12  subsequent to that.

13       **Q     Okay.  And we're talking -- Okay.  So, it was**

14  **voluntary to respond and at some point it sounds like**

15  **there was a phase in approach and it became no longer**

16  **voluntary.  Is that fair?**

17       A    When the FCC's regulation took effect, it was

18  no longer voluntary.

19       **Q     And do you know when that regulation took**

20  **effect?**

21       A    As I said, I -- I believe 2020 is when it took

22  effect.  And I -- and if I recall correctly, there was

23  two phases, but I'd have to go back, where I think it

24  only applied to a subset of providers or -- or upon --

25  conditional in one case.  I think it was part of stir

Joshua Bercu                August 09, 2023                Page 85

```
 1  shaken, the requirements was an alternative and then it
 2  applied more generally later in the year.
 3       Q    Okay.  Well, let's talk about after this
 4  voluntary period ended and now it's -- you know --
 5  mandated, so to speak.  What is the ITG's understanding
 6  as to carrier's obligations when receiving a traceback
 7  notice from you guys?
 8       A    So, I -- I don't have the language of the
 9  regulation from me, but if I can sort of paraphrase it,
10  I believe it's respond completely and accurately to the
11  traceback request, not at the time subject to the -- the
12  information that -- that was produced for -- in this
13  case, but the FCC has more recently adopted a
14  requirement to respond within 24 hours.
15       Q    Okay.  So, what is respond?  Like what -- what
16  is -- let me just stop there.  The ITG obviously looks
17  at these responses and determines whether the response
18  is sufficient or not, right?
19       A    No.
20       Q    Okay.  So, if a provider responds and doesn't
21  give you the information for their upstream, you don't
22  write back and say you didn't give us what we need?
23       A    Well, in that -- in that case -- you know --
24  in terms of whether someone complied with the FCC's
25  obligation or not, that would be something we would --
```

Joshua Bercu                August 09, 2023                Page 86

```
 1    what -- what is sufficient under the FCC's rule, we
 2    would not make a determination on that.  That would be
 3    the FCC.
 4         What -- For our purposes, what we're looking for is
 5    to keep the traceback going into the end user.  So, to
 6    your -- to your immediate question, if someone said,
 7    yes, I got it, and didn't go into our form and the
 8    traceback stopped, yes, we would say, hey, we didn't get
 9    the information we needed to continue the traceback.
10         Q    Okay.  So -- so, you obviously then have some
11    understanding of what information you -- you should be
12    receiving from carriers in a traceback?
13         A    We have our -- yeah, we have our perspective
14    of what we should be receiving, but I -- you know --
15    whether that complies with the FCC's rule or not is a
16    question for the FCC.
17         Q    Okay.  Well, at a certain point though, you --
18    you choose to refer companies to the FCC, correct?
19         A    We at times do referrals.  We have moved away
20    mostly from doing referrals.
21         Q    Okay.  That's kind of a broad statement.  Can
22    you give me more specific than that?
23         A    So, especially for when this was voluntary,
24    that was a big part of it.  It's -- before my time was
25    referring to the FCC or other enforcement agencies --
```

1  you know, we're seeing provider X show up a lot as the

2  point of entry or whatever it is.  We have -- as it

3  became -- as it became a mandate, as it -- the process

4  got more known in the industry, we did move away from

5  that where law enforcement agencies basically wanted to

6  choose their own targets based on their -- on our data.

7      And so, they subpoena us for the information and

8  then they analyze it and decide who -- who they want to

9  hold accountable, rather than referrals.  We may

10  occasionally make referrals where we see something

11  that's particularly an issue.  For instance, we may make

12  a referral if we see what appears to be a bunch of shell

13  companies operating as -- as a -- as different entities

14  related.  So, cases like that, but it's pretty rare when

15  we're making referrals these days.

16      Q    When you say, these days, approximately when

17  would you say this change occurred?

18      A    Probably throughout most of my time, so

19  probably three years.

20      Q    Okay.  And so when you're doing -- strike

21  that.  Do you know if the ITG ever referred SmartBiz to

22  the FCC?

23      A    To the best of my knowledge, no.

24      Q    I don't need names.  I'm not trying to dig

25  into your invest -- investigative stuff, but from 2020

1  to present, you obviously have referred a number of

2  companies to the FCC, correct?

3       A    Not really, very -- very rarely.  So,

4  typically what happens -- so, what -- what we have done

5  is we have regular reporting of just who -- what are the

6  providers that are most active right now.  So, I -- I

7  wouldn't consider that a referral.  But then, they --

8  then, the FCC or another State AG -- we routinely get

9  subpoenas based on providers that they -- come on their

10 radar somehow or about campaigns they're interested in,

11 and then they get information about providers that way.

12      Q    And this report goes to the FCC?

13      A    It did.  We -- we've also moved away from that

14 report, but yes, it did.

15      Q    When did you stop sending that report?

16      A    I have to go back for specifics, but I -- I

17 think it -- you know -- sometime this year.

18      Q    Do you know if SmartBiz was ever on one of

19 those reports?

20      I believe SmartBiz had been on what we had called

21 the 60 Day Scorecard, as well as campaign reports that

22 we had done.

23      Q    So, it's accurate to say that Smart --

24 SmartBiz's name appeared on documents that were sent to

25 the FCC?

```
1       A    Yes.
2       Q    To your knowledge, has the FCC sent any sort
3    of notice to SmartBiz?
4       A    Not to my knowledge.
5       Q    One minute and then we'll get into all the fun
6    Exhibits.  I figure we'll break for lunch at 12, come
7    back at 1, and try to wrap up.
8            MR. SOMMER:  Would now be a good time for a
9       five-minute break?
10           MR. GELLIS:  Yeah, I'm good with that.  Let --
11      let's take a  -- let's make it 10 guys.  We'll --
12      we'll make it 10.  We'll come back -- or 9 -- 11 --
13      come back at 11:15.
14           MR. SOMMER:  That works for me.
15           THE COURT REPORTER:  Okay.  The time is 11:06
16      AM.  We're off the record.
17           MR. SOMMER:  Thank you.
18      (Thereupon, a break was held at 11:06 a.m.; after
19   which the following was heard at 11:16 a.m.)
20           THE COURT REPORTER:  Okay.  Are we ready to go
21      back on the record?  Okay.
22           MR. GELLIS:  Yes, yes.
23           THE COURT REPORTER:  All right.  One moment.
24      Okay.  The time is 11:16 AM.  We're back on the
25      record.
```

```
 1            MR. GELLIS:  All right.  Thank you.  I think
 2       we have an appearance announcement first, so I'll
 3       let Mr. Maldonado announce himself.
 4            MR. MALDONADO:  All right.  I thought I
 5       already did it, but good morning all.  Edward
 6       Maldonado on behalf of Smart Business Telecom, co-
 7       counsel with Sean Gellis.
 8            THE COURT REPORTER:  Thank you.
 9            MR. MALDONADO:  Okay.  Thank you.  All right.
10       I'm going to attempt to share my screen here.
11       Let's make sure I can -- let's get this right.
12  BY MR. GELLIS:
13       Q    All right.  Mr. Bercu, tell me if you can see
14  this.
15       A    Yes.
16       Q    Okay.  So, do you recognize it -- this
17  document?  It's the subpoena and the notice of
18  deposition for this matter.
19       A    Yes.
20       Q    Okay.  And there were some topics attached on
21  Exhibit A.  Your counsel had sent some general
22  objections, but notwithstanding those objections, you
23  are the person who's been designated to testify as to
24  topics one to nine, correct?
25       A    Yes.
```

1      Q    Okay.  And that will -- we're going to mark

2   that as Exhibit 1 for the Defendant.  I believe also

3   part of the -- your role here is to talk about the

4   allegations in the lawsuit that was filed against

5   SmartBiz, correct?

6      A    To the -- to the extent it -- you know --

7   relates to the data we produced, yes.

8      Q    Okay.  And have you reviewed the complaint in

9   this case?

10     A    Yes.

11     Q    Okay.  And I'm going to go ahead and share my

12  screen.  We're going to make this Exhibit 2.  It's just

13  a copy of the complaint.  And so, you have reviewed this

14  document, you're familiar with it, you know what it is?

15     A    Mm-hmm.  Yes.

16     Q    All right.  Great.  All right.  And there's

17  also a document that was created by, I believe, the ITG

18  and provided to us through your counsel.  It's marked as

19  confidential.  For that reason, I don't necessarily

20  intend to attach it to the deposition transcript, but I

21  want to share my screen and talk about it.  It's okay

22  with you?

23     A    Yes.

24     Q    All right.  So, let me just go ahead and make

25  sure we're all on the same page about that document

```
 1  because we're going to be bouncing kind of around a
 2  little bit.  I want to make sure we're all on the same
 3  page.  So, this is not in a numbered Exhibit, we're just
 4  going to talk about it, but I don't know if you can see.
 5  I don't know if you see this?
 6       A    Yes.
 7       Q    Are you're familiar with this document?
 8       A    Yes.
 9       Q    Okay.  And this is the document you produced?
10       A    Yes.
11       Q    Okay.  So, when we're on it, let's go ahead
12  and talk about it really quick.  So, if I understand
13  this correctly, the left Column here, Column A, is the
14  month and the year?
15       A    Yes.
16       Q    Total TB's, that's total tracebacks received
17  in that month, correct?
18       A    Yes.
19       Q    Total traceback rank, this Column, that is the
20  rank in that month only, correct?
21       A    Yes.
22       Q    Okay.  POE, Column D, that means point of
23  entry.  We talked about that earlier -- that term,
24  right?
25       A    Yes.
```

1      Q    And so, these are the number of tracebacks
2  received by SmartBiz as -- where it was identified as
3  the of entry, correct?
4      A    Yes.
5      Q    Okay.  And POE rank, this is the rank among
6  all point of entry tracebacks, correct -- all companies?
7      A    Yes.
8      Q    Okay.  So, for example, December 20, here --
9  December of 2020, it reflects SmartBiz has 15 tracebacks
10 as a POE and its rank was 1.  So, that would signify
11 that in that month SmartBiz was the number one point of
12 entry -- ranked number one, correct?
13     A    Of -- of the -- of our tracebacks, yes.
14     Q    Of your tracebacks.  Okay.  Very good.  Is
15 there anything else that I need to know about this chart
16 or any -- any nuance that we haven't covered?
17     A    The -- the only thing I'd say is -- you know,
18 this is not something we -- we normally would have in
19 any sort of our normal routine course.  We were just
20 trying to be responsive to the requests you made.  So, I
21 just wanted to make sure you understood that.
22     Q    So, let's bounce back then to the complaint.
23 Some -- I'd have to find in the complaint -- one minute.
24 I think the 28th or 29th.  I can't -- was it 28th or
25 29th, Patrick?  Let me find it.  Trying to find the

1  paragraph where they were -- Strike that.  Let's just

2  ask this then.  So, if the complaint --

3          MR. CROTTY:  So, the percentile is what you

4      had searched for.  Sorry.

5          MR. GELLIS:  A percentile?  Yeah.  Thanks,

6      man.  I appreciate it.  No, you're -- you're great.

7      98 percentile.  Here we go.  It was 20 hyphenate.

8  BY MR. GELLIS:

9      Q    Okay.  So, you see paragraph 4 here of the

10 complaint?

11     A    Yes.

12     Q    Okay.  So, it says 28 companies have received

13 more tracebacks than SmartBiz.  See that first sentence?

14     A    Yes.

15     Q    Okay.  So, that is not a statistic that the

16 ITG would've provided?

17     A    The -- No.

18     Q    Neither is this 98th percentile language here,

19 correct?

20     A    That's correct.

21     Q    Okay.  So, the -- the AG -- Attorney General's

22 Office must have gotten that from somewhere else?

23     A    Yes, or -- or derived based on data they got

24 from us, but we -- we didn't make that calculation.

25     Q    Okay.  Well, I'd like you to just kind of take

1   a good look at these numbers and remember them because

2   I'm going to ask you when we pull the chart up if you

3   think these numbers hold up in light of your analysis.

4       A    Okay.

5       Q    All right.  So, now we're going to bounce back

6   to this chart here and talk about history of SmartBiz

7   tracebacks and what started all this.  I believe you

8   testified earlier that the point of entry part and the

9   high number of point of entry tracebacks is what kind of

10  caused you to send that escalation letter.  Is that

11  correct?

12      A    That -- that's correct, as well as in the

13  past, SmartBiz also had taken traffic from providers

14  that didn't cooperate with traceback.

15      Q    Okay.  Yeah, we're going to look at some of

16  those -- those emails.  This is why I think the year was

17  important.  You said SmartBiz was taking traffic from

18  companies that would not cooperate with tracebacks,

19  right?

20      A    From foreign companies.

21      Q    Do you know whether any of that traffic was in

22  this -- the voluntary cooperation period?

23      A    So, the -- the FCC's authority doesn't extend

24  to foreign providers anyway, so it's -- it's always

25  voluntary from foreigners.

Joshua Bercu                August 09, 2023                Page 96

```
 1        Q    Understood.  Okay.  So, certainly here,
 2   there's -- if you look at the data, in December of '20,
 3   we looked at SmartBiz was number one point of entry
 4   rank, and I think that's consistent with the same month
 5   you sent the escalation letter --
 6        A    Mm-hmm.
 7        Q     -- right?
 8        A    Yes.
 9        Q    So, what happens in the months following that
10   escalation letter with regard to SmartBiz's point of
11   entry tracebacks?
12        A    So, you know, according to this data, SmartBiz
13   was still high up there in -- in January, but then
14   declined.
15        Q    You say they declined.  I mean, for what --
16   over what period did they decline?
17        A    So, from February, 2021 and on.
18        Q    Would you say it was a meaningful decline?
19             MR. SOMMER:  Object to the form.
20             THE WITNESS:  It's -- it's -- Yeah, it's --
21        it's less than before.
22   BY MR. GELLIS:
23        Q    A little bit less or a lot less?
24        A    It -- I mean, it --  I think the ranks speaks
25   for itself in number.  It's -- They're not one at the
```

Joshua Bercu                August 09, 2023                    Page 97

```
 1   top anymore, they're much lower down the list according
 2   to the ranking.
 3        Q     So -- So, they were number one in December of
 4   '20 and six months later, in May of 21 they have zero.
 5   Is that accurate?
 6        A     Yes.
 7        Q     Is that significant to you?
 8        A     Yes.
 9        Q     Does that -- I mean, is that consistent with
10   an entity that took that escalation notice seriously?
11              MR. SOMMER:  Object to the form.
12              THE WITNESS:  To best of my knowledge, yes.
13   BY MR. GELLIS
14        Q     It appears, right, based on the data that
15   SmartBiz was told by the ITG, hey, you got a serious
16   problem here, and in the months following, they
17   seemingly completely eradicated the point of entry
18   traceback problem save one or two months in '21,
19   correct?
20              MR. SOMMER:  Object to the form.
21              THE WITNESS:  Yes.
22   BY MR. GELLIS:
23        Q     Would you say that's consistent with
24   cooperating with the ITG?
25              MR. SOMMER:  Object to the form.
```

Joshua Bercu                August 09, 2023                    Page 98

```
 1           THE WITNESS:  Yes.
 2   BY MR. GELLIS:
 3        Q    Based on your experiences dealing with
 4   SmartBiz, would you say they were cooperative
 5        A    SmartBiz through the whole time always
 6   responded tracebacks, which -- which I think is the --
 7   the key point on cooperative as they cooperated with
 8   tracebacks.
 9        Q    Well, did they do more than that?
10        A    What do you mean by that?
11        Q    Well, I mean, the -- for example, I mean they
12   had telephone conferences with I believe you and Mr.
13   Frankel, right?
14        A    So, yes, they -- they were -- So, they did
15   more than respond.  Yes, they -- they were engaged with
16   us.  Yes.
17        Q    Okay.  And in many instances, we've reviewed
18   many emails.  I can drag them all out.  But to your
19   recollection, they would respond pretty quickly to you
20   guys, right, sometimes within an hour?
21        A    To my recollection, yes.
22        Q    Okay.  Do you ever recall them not responding
23   to you?
24        A    I -- I don't recall any non-responsive
25   traceback.  Certainly, I don't know if there were some
```

Joshua Bercu                August 09, 2023                Page 99

1   early ones on or not, but -- but I -- I don't recall

2   any.

3       Q     Do -- do you ever feel that SmartBiz was lying

4   to you?

5       A     I -- I don't really have much basis one way or

6   another to say they were lying or not.  Yeah.

7       Q     Did you have any reason to suspect that they

8   were lying to you?

9       A     No.

10      Q     Can you think of any instances where they told

11  you they were going to do something and then later you

12  found out they had not?

13      A     I -- I'm not sure where that scenario would --

14  would come up, but no.

15      Q     Were you familiar with the family

16  communication issue that SmartBiz had in approximately

17  2020?

18      A     I -- I believe so, but I -- you know, I don't

19  know if you have specific documents --

20      Q     I -- I --

21      A        -- to reference, but yeah.

22      Q        -- I do, I do.  And we're going to get to

23  that.  And I think this is going to be -- let me find it

24  here in my documents.  I think this is -- I'm going to

25  end up marking this as number 3.  Give me one moment.

1    Okay.  Can you see this?

2        A    Yes.

3        Q    You are on the email.  So, why don't take a

4    minute and review it and proceed -- perhaps see if it

5    refresh -- refreshes your recollection and let me know

6    when I need to scroll down.

7        A    Okay.  I'm just move in our faces.  Give me

8    one sec.  You can scroll down.  Okay.

9        Q    Thank you.  Does that refresh your

10   recollection at all about the situation?

11       A    Yes.

12       Q    Okay.  And you know this is December, 2020,

13   that month that we saw they were the highest point of

14   entries -- tracebacks?

15       A    Yes.

16       Q    And so, this letter is family communication

17   apologizing essentially for its traffic, right?

18       A    Yes.

19       Q    Okay.  And -- and it's apologizing because it

20   made SmartBiz Telecom look bad?

21       A    Yes, presumably.

22       Q    Right.

23       A    Yup.

24       Q    And you see here where he said, I had a

25   detailed talk with our partners?  See that?

Joshua Bercu          August 09, 2023          Page 101

1      A    Yes.

2      Q    Okay.  So, assuming -- I want you to assume

3  that was SmartBiz.  So, if SmartBiz reached out to

4  family and encouraged them to cooperate with the ITG and

5  to work with Mr. Frankel, I mean that's a sign of

6  cooperating with the ITG, right?

7            MR. SOMMER:  Object to the form.

8            THE WITNESS:  Yes.

9  BY MR. GELLIS:

10     Q    If I told you the Attorney General testified -

11  - one of the employees testified that SmartBiz's

12  cooperation with the ITG was just a smokescreen to

13  continue committing fraud, would you say that that's a

14  fair statement based on your experience with SmartBiz?

15            MR. SOMMER:  Object to the form.

16            THE WITNESS:  Not -- not specific to SmartBiz,

17      but more generally we see all the time where

18      there's different affiliated entities that get put

19      in the chain to avoid being the POE.  So, I -- I

20      don't have anything specific with SmartBiz, but

21      that -- we see a fact pattern that appears to be

22      that case all the time.

23  BY MR. GELLIS:

24     Q    Okay.  So -- so, that -- that is a fact

25  pattern that you run into, but you have no knowledge of

Joshua Bercu          August 09, 2023          Page 102

1  any reason -- or any reason to believe that that -- that

2  would apply to SmartBiz?

3       A    I don't.

4       Q    Did SmartBiz ever do anything that would lead

5  you to believe that they were fitting in that fact

6  pattern?

7       A    No.

8       Q    Okay.  When SmartBiz says it terminated it

9  upstream, did you have any reason to think they were

10  lying?

11       A    No.

12       Q    Do you agree that anytime SmartBiz terminated

13  an upstream following a traceback, that its termination

14  was voluntary?

15       A    You mean --

16            MR. SOMMER:  Object to the form.

17            THE WITNESS:  -- So, not required by us?  Is

18       that --

19  BY MR. GELLIS:

20       Q    Correct.  Yeah.

21       A    Yes.

22       Q    Okay.  And you would also agree then, that if

23  they terminated without notice from the FCC to mitigate,

24  that that would also be voluntary, wouldn't it?

25       A    I suppose.

1    Q    When you run into sort of bad act or carriers,

2   do they give a lot of voluntary compliance?

3    A    Yes.

4    Q    Okay.  What else do they do then that

5   differentiates them from SmartBiz?

6    A    So, I -- I mean, what do you mean by

7   differentiates them?

8    Q    Well, you said that that fact pattern is

9   common, but SmartBiz never gave you any indication or

10  any reason to believe that they fell in that fact

11  pattern.  So, my question is, what do these other bad

12  guys do that lead you to believe they fall in the fact

13  pattern?

14   A    So, there's only so much we see.  So, you

15  know, we may not always see it in all cases, but -- you

16  know -- there -- there are some things, common IP's

17  where the traffic goes to a new one -- new one.  A lot

18  of resurgence where -- you know -- the traffic stops,

19  but then it comes back, things like that.

20   Q    Okay.  I'm going to go to Exhibit 4 -- what

21  we'll mark as Exhibit 4, which is an email between Mr.

22  Frankel and JR.  Now, Josh, you are -- excuse me.  Mr.

23  Bercu, you are not on there.  So, take a minute and read

24  it please and tell me if you've seen it.

25   A    Yes, I've seen this.

Joshua Bercu                 August 09, 2023                 Page 104

1      Q     Okay.  So, you're familiar with the contents
2  of this email chain?
3      A     Yes.
4      Q     I mean, I can scroll through the whole thing,
5  but I'm going to represent to you it's the -- the email
6  chain.  Okay?
7      A     Yes.
8      Q     I just want to go up here and talk about Mr.
9  Frankel's statement.
10     A     Mm-hmm.
11     Q     Mr. Olivar, thanks for being proactive with
12  call sources that are repeatedly delivering legal calls.
13  So, the ITG's contractor at this time felt that Mr.
14  Olivar was being proactive, yes?
15     A     Yes.  And I -- I think he was referring to the
16  fact that there were terminated customers -- accounts
17  closed.
18     Q     Without any requirement to do so by the ITG,
19  right?
20     A     Right.  Because we would -- we would not have
21  authority to require that.
22     Q     Would -- Is terminating an upstream following
23  a traceback consistent with an effort to stop illegal
24  robocalls?
25     A     Yes.

1    Q    Now, if a company were to engage in that

2 practice regularly and begin terminating any upstreams

3 that got tracebacks, I mean that would evidence that

4 they were attempting to stop illegal robocalls as well,

5 correct?

6    A    To an extent.  I -- I think one of the issues

7 is also what were they doing before that to prevent them

8 from being on the network in the first instance, but --

9 but it's -- it's an aspect of it, but to -- to -- your

10 back --

11   Q    Well, that's an interesting point.

12   A     -- Oh, sorry.  Yeah.

13   Q    No, that's an interesting point because wasn't

14 that a requirement that the FCC implemented somewhere

15 along the way?

16   A    What specifically?

17   Q    Well, I believe there is an email chain that

18 you may have been on between the FCC -- find it -- where

19 the FCC is discussing their new authority they just gave

20 themselves in December of 2020.  Let me reshare my

21 screen and we're going to make this -- I think number 5.

22 This is the -- Okay -- due process email.  Sharing my

23 screen.  All right.  Let me see if you are -- you are

24 not on here either, Josh.  So, why don't you take a

25 minute?  But it is -- there's some US Telecom people on

Joshua Bercu                August 09, 2023                Page 106

1 | there.

2 |     A    Yup.

3 |     Q    So, just start -- tell me when to scroll down.

4 |     A    You can scroll down.  Tou can keep going.

5 |     Q    That sentence?

6 |     A    Yes.

7 |     Q    Okay.  So, it appears the FCC in March of 21

8 | is referencing a December, 2020 order that gave it

9 | authority to pursue enforcement for non-compliance,

10 | right?

11 |    A    Yes.

12 |    Q    And they think that the date the ITG notified

13 | -- I don't -- this sentence, I think, is a little off.

14 | we think the date of -- think the date of that -- the

15 | ITG notified -- I'm trying to figure out what they're

16 | trying to say.  I think they're trying to say the date

17 | the ITG notified the potential bad actor provider is

18 | important for due process.  You see that?

19 |    A    Yes.

20 |    Q    But you agree the syntax is a little off,

21 | right?

22 |    A    Yes.

23 |    Q    Okay.  They're -- I think they're referencing

24 | this 2020 December order, right?

25 |    A    Yes.

Joshua Bercu                August 09, 2023                Page 107

1     Q    Okay.  Now, to your knowledge then, prior to

2  December, the FCC said they couldn't pursue any

3  enforcement for non-compliance?

4     A    I -- I think the -- I -- I -- I don't know if

5  I would agree with that.  I think the -- again, I --

6  it's not -- I didn't write this, but I think the FCC has

7  added to its rules over time, but it has a long history

8  of actions against calling platforms and this goes from

9  my time in private practice, when I was very familiar

10  with some of the actions the FCC had brought against

11  providers in this space.

12     Q    So, you disagree with the FCC about this?

13     A    I think that's the sentence out of context

14  where I -- I don't think the full context is clear in

15  that sense, but in December, they adopted a bunch of new

16  tools.  One is that they can do a notice where they say,

17  we believe this actor's a bad actor and authorize all

18  providers to seize taking traffic from that provider,

19  and they can basically kick them out of the network.

20  Some of those are new tools they're talking about there,

21  but -- but I don't think it was nothing before.  It's

22  just changed.

23     Q    Okay.  But those were new tools in December,

24  2020, correct?

25     A    Yes.

Joshua Bercu              August 09, 2023              Page 108

```
 1      Q      The same month that SmartBiz was the highest
 2  point of entry traceback?
 3      A      Yes.
 4      Q      And following this new authority, we go back
 5  to the chart, what happens to Smart Biz's -- not just
 6  point of entry tracebacks, but what happens generally to
 7  Smart Biz's tracebacks following December, 2020?
 8      A      They -- they did decrease till they resurged
 9  later in 2022.
10      Q      Yeah, for the three-month little spike here.
11      A      Yup.  Yup.
12           MR. SOMMER:  Object to the form.
13  BY MR. GELLIS:
14      Q      Okay.  So, for some of these months with these
15  ranks -- I know we saw in the complaint that trace --
16  that SmartBiz is number 28, right?  Based on these ranks
17  though -- I mean, there are months when SmartBiz's is
18  140-something -- tied for 142.  That's certainly not
19  28th or 29th, is it?
20           MR. SOMMER:  Object to the form.
21           THE WITNESS:  Yeha, it's not --
22           MR. GELLIS:  I'm sorry?
23           THE WITNESS:  -- 142 is not 28th or 29th.
24  BY MR. GELLIS:
25      Q      Yeah.  In fact, for many of these months
```

1    they're nowhere even near 28 or 29, are they?

2         MR. SOMMER:  Object to the form.

3         THE WITNESS:  That's right.

4    BY MR. GELLIS:

5         Q    Okay.  And I think one of the topics we looked

6    at on that notice was there -- SmartBiz was ranked

7    relative to other entities.  Now, this is a breakdown by

8    month.  Do you happen to have any knowledge about -- you

9    know --  as it stands today in aggregate where SmartBiz

10   would fall in rank on the list?

11        A    For point of entry or for --

12        Q    Total.

13        A    Oh.

14        Q    Either -- Either -- any knowledge you do have?

15        A    I -- I don't -- I don't have the specific

16   knowledge right now.

17        Q    Okay.  Do you know approximately how many

18   tracebacks the number one highest traceback entity would

19   have in aggregate?

20        A    So, I think one clarification really important

21   -- all -- all tracebacks start with terminating

22   providers.

23        Q    Mm-hmm.

24        A    So, they are by far the most, followed by

25   intermediate large transit providers.  So, you know,

1  it's sort of very heavily stacked for those -- those

2  type of providers first.

3      **Q      How -- How many providers are we talking**

4  **about, which would be heavily stacked as terminating**

5  **providers?  It can't be that many.**

6      A    I guess it's probably -- what is it? It's 7,

7  8, something like that -- 6, 7, 8 -- maybe up to 10.

8      **Q     Okay.  Now, I -- I understand your nuance and**

9  **why their numbers are going to be higher, but even given**

10 **that approximately, do you know the number for like the**

11 **highest?**

12     A    I don't know off the top of my head, but --

13 you know -- at this -- at this point in time, we've run

14 12-something -- thousand tracebacks and -- you know --

15 you know -- roughly a third -- a third each come from

16 the major terminating carrier.  So, it's got to be --

17 it'd be in the thousands for those.

18     **Q     Okay.  Do you know SmartBiz -- well, we know**

19 **SmartBiz's total is approximately 200-something -- 260 I**

20 **think -- ish.  We talked about it earlier.  Can you sit**

21 **here today and tell me where SmartBiz falls relative to**

22 **anybody else or relative to intermediate providers?**

23     A    I'd have to look it up.

24     **Q     Okay.  During testimony at the Attorney**

25 **General's Office, we talked about some months where**

Joshua Bercu          August 09, 2023          Page 111

1  SmartBiz had one traceback, for example, or two -- One

2  or two.  And I think -- you know -- the testimony was

3  essentially, "Well, you know that's -- it's still one."

4  Is it common to have one traceback in a month perhaps?

5      A    So, in terms of -- you know -- further away

6  from the terminating side -- but you know --

7      Q    Yeah.

8      A     -- what -- what do you -- what do you mean?

9  Just like what -- what category of provider?

10      Q    I mean, I just -- is it -- are there a lot of

11  companies that have one traceback in a month -- only

12  one?

13      A    There's some.  There's some we see and then

14  never see again too.  We -- we see a variety of things.

15      Q    So, receiving a traceback is not necessarily

16  notice of liability, right?

17      A    I -- I think that --that's s a question more

18  from -- from the -- for a prosecutor's side.

19      Q    Well, the ITG can't impose any penalties,

20  right?

21      A    We -- we are not the regulator.  We -- we

22  don't find liability.  We don't impose penalties.

23      Q    Okay.  So, we've talked about intermediate

24  carriers too and intermediate providers.  So, a

25  traceback starts at the terminating provider, obviously,

Joshua Bercu              August 09, 2023              Page 112

1  which is probably -- you know -- the guy -- the company

2  that connects the cell phone call?

3      A    Correct.

4      Q    Generally, right?

5      A    Yes.

6      Q    Okay.  And we saw that chart earlier, Mr.

7  Crotty showed with a number of HOPS as well for

8  tracebacks.  It's -- How many -- how -- I mean, is it

9  standard, you say, for trace backs to have like 6 to 10

10  HOPS?  I mean, it appeared most of those HOPS were in

11  the 6 to 10 range.

12      A    Yeah, that -- that's -- that's roughly

13  standard.  Sometimes more, sometimes less, but yeah.

14      Q    So, for every traceback where -- for every

15  traceback recording you receive or whatever, the call

16  had to connect through the terminating provider,

17  correct?

18      A    Yes, every -- every last one has to have a

19  terminating provider.

20      Q    So, doesn't that mean then that the

21  terminating provider made the phone ring on the other

22  end for the consumer to pick up the phone, yes.

23          MR. SOMMER:  Object to the form.

24          THE WITNESS:  There's -- It may ring.  There -

25          - there's also -- you know -- some ringless

1      voicemail, other examples like that.

2  BY MR. GELLIS:

3      Q    Well, if the call connected, it means that the

4  terminating provider connected the call, yes?

5      A    I -- I suppose so.

6      Q    Okay.  That means they didn't block it, right?

7      A    If -- If it came to us from YouMail, it means

8  the call was not blocked.

9      Q    Okay.  Which again, means that the terminating

10  provider connected the call?

11      A    To the best of my knowledge, yes, or it was a

12  ringless voicemail.

13      Q    Okay.  And so, the terminating providers --

14  we're just starting there through the chain.  They are

15  certainly connecting the potentially illegal robocalls,

16  right?

17      A    I suppose.

18      Q    And they're not blocking them since it

19  connected, right?

20      A    In -- in those cases, they wouldn't have

21  blocked those.  Yeah.

22      Q    Yeah.  So, they connected the calls, even

23  calls that are on the DNC list, right?

24          MR. SOMMER:  Object to the form.

25          THE WITNESS:  Yeah, and they could have been

1        labeled too as spam.

2    BY MR. GELLIS:

3        Q     Well, I -- I guess I'm saying the records we

4    looked at show whether or not some of these calls were

5    to numbers on the DNC list, correct?

6        A     Yes.

7        Q     Okay.  And if it connected and you have a

8    recording, then that means that the terminating provider

9    connected the call to a number on the DNC list, correct?

10       A     Yes.

11       Q     Okay.  And then, that also means that their

12   immediate upstream -- so one HOP up, same thing, right?

13   They passed the call through.  They obviously didn't

14   block it either --

15       A     Right.

16       Q        -- and it got to the terminating provider and

17   it connected, yes?

18       A     Yes.

19       Q     Okay.  And so, the terminating provider, they

20   didn't make the call, did they?

21       A     No.

22       Q     They didn't initiate the call, did they?

23       A     Not -- not in my own interpretation.

24       Q     And what about their upstream?  It -- it --

25   Let's assume there's six HOPS.  If there's six HOPS,

Joshua Bercu               August 09, 2023               Page 115

1  then they're upstream certainly didn't either, did they?

2        MR. SOMMER:  Object to the form.

3        THE WITNESS:  That -- that's not my phrase.  I

4  -- I wouldn't phrase it that way.

5  BY MR. GELLIS:

6     Q    What would you say

7     A    When we talk about it, we usually talk about

8  who they received the call from and sent the call to --

9  transmitted the call to.

10    Q    And who's they, each -- each individual

11 carrier?

12    A    Yes, each individual carrier.

13    Q    Okay.  So, those terminating providers

14 transmitted the calls to the consumers then?

15    A    That's -- that's more intermediate, where I

16 would say transmitted -- that --

17    Q    Okay.  Well --

18    A     -- that would be terminated would be the

19 term.  I believe the correct term of art -- terminated

20 the call.

21    Q    Okay.  And at the very, very beginning of this

22 chain, when you get to the end of this traceback

23 process, somebody somewhere picked up a phone or

24 initiated this process somehow to put a call through to

25 somebody, right?

Joshua Bercu          August 09, 2023          Page 116

1      A     Yes.

2      Q     And you call that an originating provider?  Is

3  that the term of art used in your world?

4      A     Yeah, we would -- we would call the -- the

5  platform -- the -- the voice service provider, VOIP

6  provider, whatever it may be -- other type of provider,

7  the originating provider.

8      Q     And so, the call then goes down the stream

9  through multiple HOPS and ends up presumably in

10  YouMail's system somewhere and then gets sent to you,

11  right?

12      A     In -- in the case of one way based traceback

13  off YouMail, yeah -- YouMail data, yes.

14      Q     Okay.  So, from the ITG's perspective, what

15  are you trying to detect by going through this trace --

16  traceback process?

17      Q     So, our ultimate mission is to stop illegal

18  robocalls.  So, what we're trying to detect is the

19  source of the calls and other relevant information along

20  the way, including if there are providers that more

21  prolifically show up in our tracebacks and key spots.

22      Q     And so, if a provider keeps showing up, what

23  does that tell you about that provider?

24      A     It -- it -- it could mean -- I'd -- I'd have

25  to speculate, but it's just useful information that then

Joshua Bercu                August 09, 2023                Page 117

1   can be something that an enforcer can make a

2   determination based off.

3        Q    You're speculating as to what it means when

4   you get a lot of tracebacks for one company?

5        A    I would have to speculate because -- you know

6   --  all we see is the calls we traceback.  We don't --

7   we don't traceback legal calls.  We only traceback sus -

8   - suspected unlawful calls.  So, I don't know.  We never

9   -- we never --- I mean, I'd have to speculate, but we

10  never know whether it's 2 percent of a provider's

11  traffic or 98 percent.

12        Q    Okay.

13        A    It would be purely speculative to determine

14  which.

15        MR. GELLIS:  I'm going to go ahead and open --

16     Patrick, I don't know how we would do this.  Your

17     Exhibit 9 -- Do I make that, I guess, my Exhibit 6

18     or -- I guess so, right?

19        MR. CROTTY:  It's probably going to be

20     confusing to have the same Exhibit with multiple

21     numbers.  If you just want to say, I'm referencing

22     Plaintiff's Exhibit 9 --

23        MR. GELLIS:  Plaintiff's 9.

24        MR. CROTTY:  -- I think it's probably the

25     clearest.

Joshua Bercu          August 09, 2023          Page 118

```
 1            MR. GELLIS:  Okay.  I'll do that.
 2    BY MR. GELLIS:
 3         Q    So, I'm going to reference Plaintiff's Exhibit
 4    9.  It's a spreadsheet when it went over and I think
 5    this is the one -- Okay.  Let me know if you can see.
 6         A    Yup.
 7         Q    I know we talked about the note here from you,
 8    but I'd like to talk about Mr. Frankel's note.
 9         A    Mm-hmm.
10         Q    Are you fam -- Do you need to read this real
11    quick or are you familiar with it?
12         A    Let me read it again, first thing.  Okay.
13         Q    All right.  I want to look at this sentence
14    here that begins with, told him that it's their problem.
15    US Telecom cannot be the go-between.  Lengthy friendly
16    conversation where I told him he has to take
17    responsibility for the calls and for his upstreams, none
18    of which are responsive.  Do you see that?  Do you --
19    based on what you've said today, I'm not sure you're
20    going to agree with that sentence.  Do you agree with
21    what Mr. Frankel said there?
22         A    What do you -- what do you mean?  What
23    specifically about it?
24         Q    That it's a carrier's -- it's a provider's
25    responsibility.  They're responsible for the calls their
```

Joshua Bercu          August 09, 2023          Page 119

1  upstream send them.

2      A    I -- I think we believe that all providers

3  have a responsibility to stop illegal robocalls,

4  including by accepting traffic from trusted partners.

5  And if there's a reason not to trust the partner, take

6  action, that's -- that's what we believe.

7      Q    And you would also apply those standards to

8  terminating providers?

9      A    I -- I think we feel the closer you are to the

10  originator is more relevant because if you apply those

11  standards to terminating providers, there'd be no phone

12  calls.  Because if they don't take traffic from

13  intermediate providers, there's no phone network.

14      Q    Okay.  But don't the terminating providers --

15  aren't they extremely large multinational corporations

16  with deep pockets?

17          MR. SOMMER:  Object to the form.

18          THE WITNESS:  I -- I think some of them are US

19      focused, but generally they're big -- they're

20      bigger entities.  Yeah.

21  BY MR. GELLIS:

22      Q    Okay.  And so, you don't put any

23  responsibility on them perhaps to implement some kind of

24  protection mechanisms that would not connect the calls

25  to their customers?

Joshua Bercu              August 09, 2023              Page 120

```
 1              MR. SOMMER:  Object to the form.
 2              THE WITNESS:  they do.  They do blocking, they
 3         do labeling, they help develop stir shaken.  But
 4         generally speaking, if we're talking about taking
 5         traffic from providers, if they cut off large
 6         intermediate providers, which is the --
 7         predominantly who they get illegal robocalls from,
 8         we wouldn't have a phone network.  There would be
 9         no legal calls that get through.
10    BY MR. GELLIS:
11         Q    Explain that to me.  It sounds like you're
12    saying intermediate providers have to have rob --
13    fraudulent robocalls.  I -- I don't follow.
14         A    I think the best analogy is if you think of
15    like a package delivery and if you have a -- you know --
16    illegal counterfeit goods coming from one end to the
17    other, at -- at some point it's a truck full of illegal
18    counterfeit goods.  It gets laundered in through the
19    process with legal goods.  And when the FedEx person
20    delivers it to my house -- if FedEx said, I can't take
21    any more packages at all, you'd have a lot of -- no
22    packages at all.  That'd be the closest analogy I can
23    come up with.  But -- but that -- that's kind of the
24    notion is it gets laundered in with legal traffic as
25    well.
```

1      Q    Well, I'm glad you used the trucking analogy

2  because that's actually something that we -- we used in

3  the somewhat similar analogy in the AG's deposition,

4  right?  I said -- you know, I treated -- I said, aren't

5  intermediate providers kind of like a trucking company?

6  I mean, when there's food outbreaks and food spoilage

7  and E. Coli outbreaks -- you know -- you don't shut down

8  the trucks.  You go to the source of the outbreak and

9  the factory that caused it.  You don't punish the

10 Walmart that it was shipped to and you don't punish the

11 truckers who delivered it.  You usually try to stop it

12 at the source, right?

13     A    I'm not familiar with how the E. Coli -- you

14 know -- how they do that in -- in that context.

15     Q    Okay.  So, you stop the truck.  So, if there's

16 a food outbreak, stop the truckers?

17          MR. SOMMER:  Object to the form.

18          THE WITNESS:  I -- So, you know, I -- I think

19     you're getting into some things that are really, I

20     think more policy and prosecutorial discretion

21     questions than mine.  But you know, I -- I think

22     there's a question in your analogy, if 100 percent

23     of the truck had contaminated food and that truck

24     routinely had 100 percent contaminated food, I

25     think that'd be a different assessment than -- you

Joshua Bercu                    August 09, 2023                    Page 122

```
 1       know -- one box out of a thousand being

 2       contaminated.

 3  BY MR. GELLIS:

 4       Q     Do you have any reason to believe that

 5  SmartBiz was carrying 100 percent contaminated calls, if

 6  you will?

 7            MR. SOMMER:  Object to the form.

 8            THE WITNESS:  As I mentioned before, we don't

 9       have insight one way or another into that.

10  BY MR. GELLIS:

11       Q     Well, you know where they -- I mean, you were

12  asked to come testify about their standing relative to

13  other entities in number of tracebacks.  So, where do

14  they fall relative to everyone else?

15            MR. SOMMER:  Objection, form.

16            THE WITNESS:  But I -- But I don't see what

17       their full call path flow looks like.  But what I

18       see is that they were one of our most prolific

19       point of entries for -- for a period, and then less

20       so on that -- that other chart we had.

21  BY MR. GELLIS:

22       Q     Well, do you believe that getting a traceback

23  is indicative of more robocalls?

24       A     I can say --

25            MR. SOMMER:  Object to the form.
```

Joshua Bercu                 August 09, 2023                 Page 123

```
 1              THE WITNESS:  -- I can say definitively it is
 2        because we just run a sampling of examples we have
 3        that are meant to be a represented sample of a much
 4        larger quantity.  So, yes.
 5   BY MR. GELLIS:
 6        Q    Okay.  So, if you get -- you getting a
 7   traceback is indicative of more robocalls?
 8        A    For a period and then less so on that -- that
 9   other chart we had.
10        Q    Well, do you believe that getting a traceback
11   is indicative of more robocalls?
12        A    I can say --
13              MR. SOMMER:  Object to the form.
14              THE WITNESS:  -- I can say definitively it is
15        because we just run a -- the sampling of examples
16        we have that are meant to be a represented sample
17        of a much larger quantity.  So, yes.
18        Q      Okay.  So, if you get --
19        (Thereupon, the deposition went off record at 11:57
20   a.m. due to technical difficulties; after which the
21   following was heard at 12:03 p.m.)
22              THE COURT REPORTER:  Sorry about that.  Thank
23        you.
24              MR. GELLIS:  Would you mind telling us what
25        the last thing you caught was?
```

```
 1           THE COURT REPORTER:  Yeah, so the last
 2      question was, well do you believe getting a
 3      traceback is indicative of more Robocalls?  Mr.
 4      Sommers, objection to the form.  Answer, I can say
 5      definitively it is because we just ran a sampling
 6      of examples we have that are meant to be a
 7      represent sample of a much larger quantity.  So,
 8      yes.  Question, okay.  So, if you get -- and that's
 9      where I cut off.
10           MR. GELLIS:  We'll just scrap that question,
11      break for lunch and come back, if everyone's good
12      with that.
13           MR. CROTTY:  Sounds good.  Works for me.
14           MR. SOMMER:  And Ms. Brighton, may I get your
15      email address quickly?
16           THE COURT REPORTER:  Yes.  And do you want to
17      go off the record or do you want to stay on the
18      record?
19           MR. GELLIS:  Oh man.
20           MR. CROTTY:  We'll take that as off the
21      record.
22           THE COURT REPORTER:  Okay.  All right.  The
23      time --
24           MR. CROTTY:  And we'll go eat and we'll see
25      you back at about 12:35, 12:40.
```

```
 1              MR. GELLIS:  Yeah.
 2              THE COURT REPORTER:  Okay.  We are off the
 3         record.
 4         (Thereupon, a break was held at 12:05 p.m.; after
 5    which the following was heard at 12:38 p.m.)
 6              THE COURT REPORTER:  Okay.  One moment.  Okay,
 7         the time is 1:38 PM.  We're back on the -- 12:38
 8         PM, I'm sorry.  We're back on the record.
 9    BY MR. GELLIS:
10         Q    All right.  Good afternoon.
11         A    Hey.
12         Q    I'm going to go ahead and jump in and share
13    another Exhibit that you reviewed this morning.
14         A    Yup.
15         Q    So, this is going to be Plaintiff's 19.  It
16    was the Duke Energy email.  You -- you remember that?
17         A    Yes.
18         Q    Okay.  Let me share it.  Sorry, guys.  Give me
19    a minute.  All right.  So, familiar here, right?
20         A    Yes.
21         Q    It is your email in 2020?
22         A    Yes.
23         Q    We were talking about the ITG's role and
24    giving advice and telling people what to do or not to
25    do.  I just want to ask you about this paragraph here.
```

1     A    Yes.

2     Q    If you take a minute -- okay.  You see this,

3   And therefore Chock and SmartBiz have not done enough --

4     A    Yup.

5     Q    -- or at least have not done enough quickly

6   enough.  Okay.  What do you mean by that?

7     A    So, you know, I think it -- that sometimes

8   where -- when we're -- we are trying to get the phone

9   calls off the network, right?  That's the baseline of

10  what we're trying to do.  And we sometimes get responses

11  from -- especially back then from providers that they

12  blocked the number.  Well, if you block the number and

13  it's a spoofed number, it's literally not taking any

14  mitigation action whatsoever because the spoofer just

15  changes to a different number, right?  So -- so, what

16  our goal here -- was that there was a really pernicious

17  campaign going on at the time that was using not just

18  Duke, but utilities, and we -- we -- we -- I believe the

19  introduction was from the North Carolina AG Office to

20  Duke Energy to try to work together on this.  But we

21  were just trying to get the calls to stop and Chock was

22  not responding to tracebacks, I believe at that time.

23    Q    Do you know, did Duke Energy pay you for this

24  too, or is this unpaid?

25    A    We had a very small pilot project with Duke.

Joshua Bercu              August 09, 2023              Page 127

```
 1  I don't recall if this was specifically with that or was
 2  separate to that.
 3      Q    Okay.  But at some point, you -- when you say
 4  a pilot project, what does that mean?
 5      A    Yeah, they -- we had -- Duke paid us a very
 6  nominal amount as we sort of tried to get examples and -
 7  - and work with them on that and --
 8      Q    So, when a company approaches you -- how does
 9  that work if a company approaches you and says, I want
10  to pay you to do tracebacks?  What do they bring with
11  them?
12      A    So, first of all, we've got to hear what --
13  what it is they're trying to achieve.  It's all part of
14  us trying to make sure this is a sustainable and growing
15  effort and increase our impact, right?  Because you
16  know, I mentioned we pay for a lot of our data.  This is
17  one way we can continue to raise resources to -- and get
18  other data.  So -- so, it depends what their -- we -- we
19  -- they -- they are some times where it's phishing
20  attacks where they've got customers actually defrauded
21  and we are able to -- you know -- trace those actual
22  fraud -- known fraud calls back and work with them to
23  get -- find out who the illegal actors are on the other
24  side of things and dedicate the resources we need to
25  that.  Other times it's where -- like this case, you
```

```
 1  mentioned Marriott earlier, where the -- the brand name
 2  is being used without permission in the -- in the
 3  robocalls.  So, yeah, I don't know if that answered the
 4  question or not, but --
 5       Q    It -- it -- it does.  It's sufficient.
 6       A    Okay.
 7       Q    What -- Approximately, like how often do
 8  companies pay you for robocalls -- for traceback
 9  services?  I'll call them trace back services, I guess.
10       A    Sure.
11       Q    Is that fair?  Yeah.
12       A    Yeah.  We -- we -- we have had about a half a
13  dozen partnerships like that.
14       Q    And you referenced the data that you -- the
15  recordings I think we talked about earlier that you
16  acquire through YouMail or other sources.  So, we read -
17  - we talked about YouMail.  I believe you said ZipDX
18  also?
19       A    Yup.
20       Q    Okay.  Do -- When you have these payment
21  models, are they flat fee?  Are they based on per
22  recording?  What's the payment mechanism?
23       A    So, we don't usually acquire the data.  So, it
24  -- you know, if it -- so, they might -- one of these
25  entities might work with YouMail too and -- and get
```

1  examples that YouMail feeds to us.  But we usually --

2  it's varied a little bit over time, but the -- the model

3  we have is sort of an event basis where we do back --

4  basically a certain number per month of -- of -- of

5  batches of trace packs that we'll run for them.

6       **Q     Okay.  Now, let's go -- putting the private**

7  **sector purchasing aside -- just I'm talking about the --**

8  **the contract between YouMail and the ITG or the --**

9  **however you acquire the recordings that were referenced.**

10      A     Okay.  Got it.

11      **Q     When you pay YouMail for those, how do you pay**

12 **them?  Is it by recording?  Is it flat fee?  What's the**

13 **mechanism?**

14      A     It's -- It's a flat fee, a subscription

15 basically.

16      **Q     And is there some minimum number guaranteed in**

17 **that?**

18      A     So, to -- to -- to run for -- So, we -- we

19 just get the data.  What we do with it isn't theirs.  We

20 run them on our own initiative, but it's -- we get a set

21 number of campaigns and they feed us examples on those

22 campaigns.

23      **Q     You say a set number -- I mean, that's what**

24 **I'm asking.  So, you pay a flat fee.  Are they required**

25 **to give you a minimum number of recordings per month or**

1  per week or whatever?

2       A    So, yeah, it's done on a campaign basis.  So,

3  the structure has generally been for each month and we

4  can make some changes through the month, but we -- we

5  tell them, Of the data you're seeing as the top 30 or 40

6  campaigns in the country.  These 10, we'd like to get

7  examples from you, and -- and then the examples just --

8  they sort of turn on towards us.

9       Q    Okay.  So, they kind of send you information

10  or some reference -- or information of some kind of list

11  where you look at it and then you decide what you want

12  to buy if you will?

13       A    Yeah, more or less.

14       Q    It's like a shopping list?

15       A    Yeah, more -- more or less.  I guess that --

16  yeah, I guess that -- that tracks closer now.

17       Q    And what -- You get the recording from them,

18  but you also -- I think you said you get a CDR from them

19  as well?

20       A    So -- so, if we get -- so, if we say, you

21  know, this campaign -- this illegal telemarketing scam,

22  whatever it is, we want this campaign.  They all -- it -

23  - they turn it on, it flows directly into our portal and

24  we get -- we can go into our portal -- what we call

25  incidents, and we might have -- you know 100, 200, 300,

1   1,000 different incidents in a day under that campaign.

2   And our team -- for each of those incidents, we have a

3   recording, we have the -- the -- you know -- the calling

4   number, the called number, the day and time of the call,

5   and then our system's designed where we can go -- you

6   know -- our team goes in.  The recordings aren't always

7   the same quality, so sometimes they're cutoff middle.

8   So, our team will go in and check and make sure we've

9   got some high quality ones and then they'll select those

10  to run tracebacks on --

11       **Q       Okay.**

12       A       -- some subset of that.

13       **Q       Getting back to your language here about not**

14  **doing enough, I just thought there was testimony earlier**

15  **where you said the ITG was not supposed to be telling**

16  **providers what to do?**

17       A       So, I -- I --  I said we've evolved a lot over

18  time, right?  This -- you know, I think October, 2020

19  was my second month there.  And one of the things,

20  especially as the -- as -- as I -- as we sort of saw how

21  things were and -- and how things have evolved, we more

22  and more went away from that.  But that's sort of the

23  earlier model where there was a little more

24  encouragement, I -- direct encouragement, I guess I

25  would say.

 1     Q    Do you know if this email was sent during what
 2  we to as that voluntary period or was that after the FCC
 3  made it mandatory to respond to tracebacks and cooperate
 4  with the ITG?
 5     A    I'd have to double check.  Yeah, I don't -- I
 6  don't recall the exact date.  I -- I -- I think that the
 7  first half of the requirement might have been March,
 8  2020, but I believe December, 2020 was when it applied
 9  in all -- all contexts, but --
10     Q    Okay.  And -- But this email's not just some
11  internal email, right?  This is to an external company,
12  Duke?
13     A    Yes.
14     Q    I mean, so -- so, you're kind of opining -- is
15  this -- was this email sent in -- in your capacity of
16  ITG Executive Director or some other ITG capacity?
17     A    Yes.  That was before we created the LLC and
18  gave the -- the full title.  Part of the reason we did
19  is we thought it would benefit all stakeholders to have
20  more -- more clarity about what -- what hat we were
21  wearing at what time.  So --
22     Q    Okay.  But I mean, you -- you were telling
23  Duke Energy, a private company -- advising them that
24  SmartBiz was not doing enough, right?
25          MR. SOMMER:  Object to the form.

1            THE WITNESS:  I -- I don't think that's what

2        it says.  I think it says if the calls kept

3        happening and SmartBiz showed up, then it could

4        mean that.  So, it's a little more conditional than

5        that.

6   BY MR. GELLIS:

7        Q    Okay.  Okay.  Do you know if Smart ended up

8   terminating Chock?

9        A    I -- I had have to -- I -- I'd have to go back

10  to the records on that, but --

11       Q    Do you agree that if they did terminate Chock,

12  it was a voluntary action?

13       A    Yes, it was their own -- their own risk man --

14  mitigation management.

15       Q    Okay.  And at the end here, you also

16  referenced, or if the scammers have found a new way onto

17  the US network, you see that?

18       A    Yup.

19       Q    So, that was like a big concern.  I think you

20  had testified earlier about that escalation letter was

21  sent out because SmartBiz was the number one point of

22  entry, right?

23       A    Yup.

24       Q    So, the con -- one of the big concerns of the

25  ITG was foreign robocalls being brought into the

Joshua Bercu          August 09, 2023          Page 134

1   country, yes?

2       A    That it -- Yes.  It's a big part of the effort

3   -- a big -- big part of the problem, and therefore a big

4   part of the ITG's focus.  Yes.

5       Q    Okay.  And we looked at that spreadsheet and

6   we saw that after December, SmartBiz's point of entry,

7   tracebacks basically dropped off, correct?

8       A    Mm-hmm.

9       Q    Okay.  So that means, that they were no --

10          THE COURT REPORTER:  I'm sorry.  Is that a

11      yes?

12          THE WITNESS:  Yeah, sorry.  Yes.

13          THE COURT REPORTER:  Thank you.

14  BY MR. GELLIS:

15      Q    So, that means they were no longer bringing

16  that traffic into the country, were they?

17          MR. SOMMER:  Object to the form.

18          THE WITNESS:  I suppose.  I mean, one thing,

19      that email was specifically about one campaign,

20      right?  And there -- there could be other campaigns

21      that were involved, but to -- to your direct

22      question, yes, if we weren't seeing them as point

23      of entry for the tracebacks we were running, they

24      were not bringing those in.

25      Q    Well, we also talked about how you believe one

Joshua Bercu                August 09, 2023              Page 135

```
 1   trace back is indicative of many more potentially
 2   illegal calls, correct?
 3        A    Typically, yes.
 4        Q    What is zero trace backs indicative of?
 5        A    It indicates that of the campaigns we're
 6   tracing back, none showed that provider --
 7        Q    Okay.
 8        A     -- as the point of entry here.
 9        Q    And -- and you choose the -- and so, of the
10   campaigns you've selected, they had none?
11        A    Correct, that -- You're right.  Of what we're
12   currently tracing back, which is based on what we
13   selected, referrals we're getting or not getting,
14   etcetera.
15        Q    Does the ITG consider zero point of entry
16   tracebacks to be a good thing?
17        A    You know, typically, I do think when we see a
18   provider active in tracebacks and less active, that is
19   certainly better than the alternative.
20        Q    Okay.  And SmartBiz here in that six month
21   window we looked at going from number one to zero, is
22   that a good change that they made?
23        A    Presumably, yes.
24        Q    And they seem to have kept it up, right?  Save
25   these two in '21 and '22 -- line 21, line 22.
```

Joshua Bercu                August 09, 2023                Page 136

```
 1              MR. SOMMER:  Object to the form.

 2              THE WITNESS:  I -- I suppose.  Yeah, they were

 3       not -- they were not showing up as a point of entry

 4       in as many tracebacks.

 5  BY MR. GELLIS:

 6       Q    So, in December of '22, which I believe this

 7  is supposed to be December of '22.  on the chart, it was

 8  marked as 1-December.

 9       A    Yes.

10       Q    Yeah, I think it was a scribner's error.  So,

11  in December '22, when the lawsuit was filed and the

12  allegations that SmartBiz is flooding the country with

13  millions of illegal robo -- foreign robocalls was made

14  in '22, did the ITG's records for the month of December

15  '22, did they support that statement?

16              MR. SOMMER:  Object to the form.

17              THE WITNESS:  I -- I -- In December we did not

18       see SmartBiz in -- in very many tracebacks.

19  BY MR. GELLIS:

20       Q    What about all of 2022?  How many point of

21  entries did they have in '22?

22       A    Zero.

23       Q    So, that whole year, not a single traceback

24  evidencing they had brought a single call -- foreign

25  call into the country, right?
```

1    A     That -- that's right.  At least according to

2  our records, Sir.

3    Q     Okay.  In fact, in those months, let's look at

4  the overall tracebacks -- two in 22.  There is a bit of

5  a spike here in the summer months, June, July, August.

6  Do you see that?

7    A     Yes.

8    Q     So, in July they were actually ranked 28th?

9    A     Yes.

10    Q     August 12th.  Okay.  But aside from that,

11  these other months, they have very few tracebacks.  3,

12  2, none, right?

13    A     Mm-hmm.

14    Q     What -- Where's the line for what's a lot or

15  not a lot of tracebacks in a month?

16    A     So -- so, I -- I don't believe we have enough

17  information to sort of weigh in on what is and isn't

18  enough or a lot because of limitations in our dataset.

19    Q     Well, you decide who to send to the -- well,

20  scratch that.  You don't send to the FCC anymore, do

21  you?

22    A     Very atypically and only in unique fact

23  patterns where there's some clear obvious illegality --

24  apparent illegality.

25    Q     You -- You report information to the FCC

1  though, right?

2      A    So, basically at this stage, the law

3  enforcement community has access to aggregate data on

4  all providers, and then that lets them take a deeper

5  dive into what they believe may be a legal violation.

6      Q    Okay.  And I'm going to show you Plaintiff's

7  20.  We looked at this as well.

8      A    Mm-hmm.

9      Q    It's the US -- letter to US Telecom on behalf

10 of Latam -- NGM Latam Corp.

11     A    Mm-hmm.

12     Q    You familiar with this?

13     A    Yes.

14     Q    It's directed to you.  I'm -- I'm just trying

15 to figure out what's the significance of this letter to

16 you?

17     A    It -- What do you mean by that?

18     Q    Well, I'm not -- quite frankly, I'm not sure

19 what it's attempting to be used to show.  So, I mean,

20 why don't you just -- you know, it's obviously an

21 Exhibit for a reason.  I'm guessing the plaintiff used

22 it for a reason.  So, what -- what is -- you know, what

23 is this about?  I mean, what was significant about this

24 letter?

25         MR. SOMMER:  Object to the form.

```
 1              THE WITNESS:  I mean, I -- I think that you --
 2         you have to ask the Plaintiff what -- what the
 3         reasoning behind the letter is.  I -- I think it --
 4         what I -- what I can say is it's just an example of
 5         a response that we did get to an escalation and
 6         explains what they did -- what they did and how --
 7         what actions they took -- this particular provider.
 8    BY MR. GELLIS:
 9         Q    Do you know any knowledge -- do you have any
10    knowledge about this provider's like subsequent activity
11    after 2021?
12         A    I -- I'd have to double check, but I believe
13    it basically went to -- to zero, but I'd have to double
14    check that.
15         Q    Okay.  One minute.  Okay.  Just got a couple
16    more questions, should be getting near the end.  When
17    you reach the end destination of a traceback, do you
18    find that it was a legal call?
19         A    So, very atypically, but what we do -- so --
20    and this has evolved somewhat too.  We do get providers
21    pushback sometimes and say it's a legal call.  They may
22    on different grounds -- they -- you know, sometimes they
23    say it's not a robocall.  It was a live call.  More
24    often than not, the pushback we get, they ignore a lot
25    of the things we -- we've flagged, including FCC rules
```

1  about identifying the responsible entity, things like
2  that.  You know, a lot of the calls we traceback are
3  pure fraud.  So, they're fraud on their face.  The
4  utility disconnection department -- there's no such
5  thing as a disconnection department in the United
6  States, right?  Those are fraud calls from overseas.
7  Illegal telemarking.  We -- we see a lot of calls that
8  are made with purported consent.  We get pushed back on
9  -- pushed back on those.  Usually, when we're tracing
10 those back, we're seeing them hit.  You know, there was
11 one example of a campaign that was hitting, I believe
12 millions and millions and millions people per month for
13 auto warranties calls.  So, it was also hitting
14 honeypots, things like that.  So, we had pretty good
15 evidence that the purported campaign consent was -- was
16 likely not valid.  What we do in those cases, especially
17 as we've evolved, because I think we've taken very
18 seriously and evolved over time about what's the proper
19 role of the ITG, we let providers document it.  All that
20 documentation gets in the system.  If an AG or the FCC
21 or FTC wants to go after a provider and the provider
22 says, hey, we -- we thought these calls were legal, it's
23 all in the record.  Their arguments are in the record,
24 our view is in the record, and they can -- you know --
25 litigate that out with the enforcer.  We have more --

Joshua Bercu              August 09, 2023              Page 141

1   more recently formalized this into a -- but not at the

2   time of these tracebacks -- into a formal dispute

3   mechanism that has more of a normalized flow for -- for

4   that type of question.

5       Q    So, you just talked about telemarketing calls

6   that didn't have consent, for example.  You know, I know

7   that's a common issue.  I think in this case there's

8   allegations of that as well.  And when you test -- you

9   testified earlier about the terminating providers, how

10  they have high traceback numbers because they're the

11  terminating providers and you didn't really seem to put

12  too much -- I felt they didn't put too much emphasis on

13  their -- their responsibility.  You're tracing back,

14  right?  So, I guess my question is -- is this, I'm kind

15  of setting it up.  In the number of call HOPS, how many

16  HOPS do you have to go from the originator before it's

17  kind of -- the ITG doesn't really consider you at fault

18  anymore?

19       MR. SOMMER:  Object to the form.

20       THE WITNESS:  So, I don't know.  You know, we

21       don't really have a formal at fault evaluation like

22       that, you know?  I can tell you my own personal

23       view is the closer you are to the origination point

24       or bringing in the country, there's some more

25       responsibility there because that is probably where

Joshua Bercu          August 09, 2023          Page 142

1          it has not gotten as watered down, mixed in with

2          other traffic by that point.  So, that's -- that's

3          my personal opinion.  We don't have a formal

4          mechanism that -- that weighs in on fault like

5          that.

6     BY MR. GELLIS:

7          Q     Okay.  But I do -- the term -- we used the

8     example I gave of terminating a provider earlier where a

9     call may connect, the number was on the DNC, YouMail

10    generates a recording, whatever and sends it to you.

11    And we talked about how the terminating provider

12    connected that call, even though it was on the DNC.  But

13    the ITG seems to take the position that it's not really

14    the terminating provider's fault, right?

15         A     So, I -- I think we've taken our lead from the

16    FCC and -- and enforcement community on that.  What I

17    can say is -- you know -- one, there's -- the way the

18    telecom network works is there's -- they can't actually

19    just block all the calls.  They -- they have legal

20    obligations to complete the calls, particularly at the

21    terminating side, where carriers have more flexibility

22    as their wholesale relationships where they can -- you

23    know -- cease to have a wholesale relationship.  So, the

24    FCC has in the last decade authorized some blocking.

25    You couldn't block all calls on the do not call list

Joshua Bercu               August 09, 2023               Page 143

1   because by the nature of just going to the do not call,

2   that doesn't inherently make it illegal.  It just

3   requires that it not be a telemarketing call -- an

4   unsolicited telemarketing call.  So, you know, that --

5   so, I -- I think all of that is -- is relevant.  I will

6   say the terminating carriers have spent millions and

7   millions and millions of dollars trying to solve this

8   issue.  They've all -- virtually all rolled out

9   blocking, labeling.  They blocked billions of calls per

10  month.  So, all that's in the public record -- block or

11  label.

12      Q     You don't --

13      A     Yeah.

14      Q       -- You also testified earlier about how -- I

15  think you said the big intermediates like -- you know --

16  Peerless and I think you cited another one, you couldn't

17  -- you couldn't shut them down because then the system

18  wouldn't work, I think is what you said, right?

19          MR. SOMMER:  Object to the form.

20          THE WITNESS:  Yeah.  I -- I think it's fair to

21      assume if the large terminating providers shut down

22      all the large intermediate providers, there'd be no

23      -- no calls -- very few calls getting to get

24      through whatsoever.

25  BY MR. GELLIS:

Joshua Bercu            August 09, 2023            Page 144

1        Q     So, you see a distinction between a large

2   intermediate and a smaller intermediate?

3        A     No, not necessarily.  Again, I -- I -- to me,

4   the distinction is just how much legal traffic's on the

5   network and that's not something I have insight into in

6   any context.  I can only make -- yeah, so I don't have

7   insights there.

8        Q     Okay.  Well, you seem to be in the opinion,

9   you can't shut down the big intermediates, but you -- do

10  you believe that you could shut down someone like

11  SmartBiz and everything would be okay?

12            MR. SOMMER:  Object to the form.

13            THE WITNESS:  I -- I -- I don't know.  I think

14        that's a question of what -- what legal traffic

15        there is on the network.  I think we do know that

16        there's a lot of illegal traffic that's on the

17        phone network.  That we know very clearly.

18  BY MR. GELLIS:

19        Q     Do you hold companies to different standards

20  based on the size or their net worth?

21            MR. SOMMER:  Object to the form.

22            THE WITNESS:  No.

23            MR. GELLIS:  What's wrong with the question,

24        Jake?

25            MR. SOMMER:  Your -- your -- you -- you're

Joshua Bercu                August 09, 2023                Page 145

```
1        assuming facts.  You're assuming that he -- that he
2        said over and over and over and over again they
3        don't have the authority to prosecute.  So, I -- I
4        -- he's just answered this question a hundred
5        different times, but I -- I didn't tell him not to
6        answer.
7             MR. GELLIS:  Well, I just asked if they
8        treated different size companies differently in
9        their traceback process.
10            MR. SOMMER:  No, that is not the question I
11       heard.
12  BY MR. GELLIS:
13       Q    Okay.  Do you treat different companies --
14  different sized companies differently in the traceback
15  process?
16       A    No.
17       Q    Do you have knowledge -- So, in December of
18  2020 we looked at the tracebacks list.  We saw SmartBiz
19  was number one point of entry.  Do you have knowledge
20  about how many calls SmartBiz made in that time period
21  relative to say CenturyLink?
22       A    I -- I don't.  All -- all I have knowledge of
23  was that in our tracebacks SmartBiz -- you know -- was
24  showing up as one of the top point of entries in that
25  time period.
```

1    Q    Do you guys ever analyze like the publicly

2  available YouMail data -- like the monthly number of

3  robocalls detected or anything like that?

4    A    Yeah, I -- I look at it.  I -- I don't know if

5  we like analyze or incorporate it, but I tend to read it

6  and think about it myself.

7    Q    So, what would cause a company to be denied

8  access to the ITG?

9    A    Nothing.  You mean, as a member -- I mean, I

10 think an important point is everyone and anyone can

11 cooperate and participate in the process, right?  We've

12 got -- what's the -- I think over 15 -- 1500 providers

13 that have cooperated -- something like that -- foreign

14 and domestic.  So, there's nothing that denies anyone

15 from being a participant in the ITG process.

16   Q    What about -- I forgot the term of art we

17 discussed earlier -- for a sponsor, or member, something

18 like -- what was the proper term that we used?

19   A    A membership?

20   Q    Now, let's talk -- not about cooperation --

21 membership.  I mean, isn't it true SBT and Whisl have

22 been denied membership in the ITG?

23   A    So, we -- we have been going through a --

24 slower than I'd like, but just as other priorities

25 popped up -- a process to reform how we do membership

1  generally.  But I -- I think the context of where we

2  came from is really important here.  Which membership

3  was really, really key and important when the ITG

4  process was stood up because that was the way to get

5  people to commit to cooperate is -- you know -- come

6  join the ITG, work together and -- you know -- we can --

7  we can all work together.  It is less relevant these

8  days including in terms of what you asked before about

9  information sharing.  We go out of our way.  If we ever

10 did best practices, we feel -- feel it's incredibly

11 important that goes to every participant, not just ITG

12 members if we ever did anything like that.  So, we are

13 in a -- we are in a -- again, longer than I'd like

14 process to reform how we've done that.  We haven't

15 really let any -- any new members in, if I recall

16 correctly, as we've started the process to reform how we

17 do membership because we never sort of had it catch up

18 to our current operation.  That -- that's something

19 still in the works.  I'm hoping we roll out later this

20 year.

21     **Q    So, you -- they were denied membership because**

22 **nobody's getting membership?  That's your testimony.**

23     A    I -- I had have to go back specifically on

24 them.  We -- we -- you know, this -- we've denied

25 membership of various providers for various reasons.

1  Sometimes it's them showing up in tracebacks as point of

2  entry, as originator, all things like that too

3  frequently.  But as a general matter, yes, we have not

4  been actively trying to grow membership as we've been

5  working to change how we do membership.

6      **Q    Do you view it as a bad thing that a company**

7  **with a lot of tracebacks wants to be a member of the**

8  **ITG?**

9      A    What do you mean by that?

10     **Q    Well, I mean you said tracebacks are a reason**

11 **you would deny membership.  It just personally to me,**

12 **seems like the companies that are getting tracebacks are**

13 **the ones who would want to join the ITG to figure out**

14 **how to stop it and what to do to make it right.  So --**

15         MR. SOMMER:  Object to the form.

16         THE WITNESS:  I -- I think there's a variety

17     of players in our space that you can look at

18     various enforcement actions to see -- you know -- a

19     lot of providers that popped up as new shell

20     companies, etcetera.  Once enforcement started,

21     every single provider in the ecosystem, even ones

22     that had shell companies, wanted to become a member

23     of the ITG because they wanted it as -- I -- I

24     presume -- as a layer of defense for if they get

25     enforcement.  So, look, I -- I think for us, it's -

```
 1          - it's -- membership's a challenging thing.  I
 2          don't think it means that much one way or the
 3          other.  Right now, we require contributions to fund
 4          the effort.  So, that's part of membership is -- is
 5          that, but we don't do any sort of discriminatory
 6          views towards that.  And again, you can look at the
 7          FCC's designation, but year after year they've
 8          found our effort to be neutral.
 9   BY MR. GELLIS:
10        Q    Are you aware of any enforcement actions that
11   are currently being taken against ITG members?
12        A    I -- I am aware of prior actions that were
13   public that were taken against ITG members, yes.
14        Q    Prior -- What does that mean?
15        A    So, like the -- the FTC, for example, had a
16   cease and desist against an ITG member that they
17   announced.  They -- they announced about, I believe two
18   years after they sent the cease and desist.  The FCC had
19   a cease and desist against an ITG member as well.  The
20   FTC does have a case against a former ITG member and I
21   believe North Carolina had an -- an action against an
22   ITG member.
23        Q    But none are active right now to your
24   knowledge?
25        A    No.  One of the things -- we did update our
```

1  policies and procedures is that during the pendency of

2  any enforcement action, we suspend the member from all -

3  - all business.  So, that was part -- again, we --we're

4  -- we keep evolving as this -- as this whole -- you know

5  -- as -- as everything evolves here.  And that was

6  something -- you know -- we realized made a lot of sense

7  for -- for everyone's optics so that -- and honestly,

8  one of the reasons we implemented that was because it's

9  a challenging issue.  If one of the ITG members gets an

10  enforcement action, what -- what does the ITG do?  Do we

11  kick them out or not?  And we decided the automatic

12  suspension was the fairest way where when the member is

13  then suspended, they can honestly say to the enforcer,

14  yes, that -- look at the policies and procedure that's

15  automatic.  It's not the ITG making a judgment call.

16      **Q     If membership has no real benefit, like you**

17  **were alluding to, why would you need to suspend**

18  **somebody?**

19      A    Why would we need to suspend someone?  So --

20  and I -- I didn't say it had no benefit.  I mean, I -- I

21  think there are -- you know, I just think it's -- it's

22  not a critical input into being a responsible entity in

23  the space.  Why would we need to suspend someone?

24  Because I think it's -- it's just frankly an optics

25  challenge and -- and it's cleaner for all parties I

Joshua Bercu                August 09, 2023                Page 151

```
 1  think if they're not part of ITG business during the
 2  pendency of enforcement action against them.
 3      Q    Does the FCC pay the ITG?
 4      A    I wish.
 5      Q    Does -- does ITG pay US Telecom?
 6      A    No.
 7      Q    To your knowledge, have you ever opened a
 8  traceback on a call that did not complete?
 9      A    What do you -- what do you mean by not
10  complete?
11      Q    Like non answered?
12      A    We have traced back ringless voicemail in
13  pass.  We have also traced back T-DOS attacks, which is
14  a telephone denial of service attack where -- so, in
15  that case, some of the calls completed and not all of
16  them may have because -- you know -- some of this --
17  what the term main provider -- some of the crafty ones
18  know way to divert the attack traffic so that they can
19  continue operation.  So, those would be the scenarios.
20      Q    And just to confirm, the ITG doesn't have an
21  opinion one way or the other on whether SmartBiz or any
22  Telecom company broke the law?
23      A    So, where we -- we have opinions where it's
24  black and white, right?  So, not responding to
25  tracebacks when you're a US entity, we -- not assigning
```

1  calls that are supposed to be signed under FCC rules.

2  We do have alerts related to that where it's a clear,

3  here's the rule.  Someone's out.  Our feeling is as

4  things have evolved, that for those who cooperate with -

5  - with traceback, but nonetheless should be held

6  accountable is inherently a prosecutorial discretionary

7  thing and it's not our role to decide who deserves that

8  when they're cooperating with our trace back request.

9      **Q    What do you do when you get these notices**

10  **about those violations you just referenced?  Do you**

11  **refer those to the FCC?**

12      A    So, that -- so, we -- for non-responsive

13  providers under the Trace Act, we have to report every

14  year, every provider that did not cooperate with

15  traceback requests.  We have more recently also made

16  that information available in our portal to the provider

17  community because one of the things we've heard a lot

18  from the provider community is what information tools

19  can you feed back to us so we know not -- you know -- if

20  we want to be on the right side of this issue, we know

21  who not to work with, etcetera.  So, we have done that.

22  We also implemented about a year ago an alert to -- an

23  automatic alerts to the downstream provider if their

24  upstream is nonresponsive.

25      **Q    Was David Frankel paid to create the portal or**

Joshua Bercu                    August 09, 2023                    Page 153

```
 1   did he sell the portal to you?
 2        A    No, he -- he created his own portal.  We did
 3   compensate him for his time on working with us, but --
 4   but yeah, then we built our own portal ourselves.
 5        Q    Oh, okay.  So, you're not using his portal
 6   anymore?
 7        A    No, we have -- we have our own proprietary
 8   portal that we -- we built with a development partner --
 9   software development team.
10        Q    In your interactions with SmartBiz, do you
11   have any reason to believe any information they provided
12   you was untruthful?
13        A    I wouldn't have reason to -- to believe that,
14   no, not that I'm aware of.
15        Q    Do -- does US Telecom also reject potential
16   members?
17        A    The -- the trade association -- Not ITG?
18        Q    Yeah.
19        A    Yes.
20        Q    Do you know if SmartBiz or Whisl was rejected
21   from US Telecom?
22        A    I do not know.  As a general matter, there's
23   long -- long standing bylaws about who can be a full
24   member of US Telecom and believe it or not, because
25   we're -- we're cutting edge into broadband these days,
```

Joshua Bercu               August 09, 2023               Page 154

```
 1  but US Telecom's one of the oldest trade associations in

 2  the country.  And so, only facilities based telecom

 3  providers can be full members.  Although we've added

 4  sort of other -- I'm forgetting the exact term, but we

 5  have others sort of non-carrier members as well, but

 6  they're -- they're not the full members.

 7      Q    Do you know any people or persons who might

 8  have common ownership in Youmail and ZipDX?

 9      A    To clarify that -- that there's common

10  ownership between the two company or other people that

11  have common ownership in one of those?

12      Q    They're like a person who may -- yeah, not --

13  not between the two companies.  Do you of any person who

14  may have -- do you know of any person who may have

15  ownership of both?

16      A    No.

17      Q    Do you see ZipDX as a competitor to the ITG?

18      A    No, except that a year ago -- not this year --

19  a year ago, ZipDX did apply to be the registered

20  traceback consortium.  So, in that regard, they competed

21  for that official designation role, but they aren't this

22  year.

23      Q    And you still were under contract with them

24  that whole time period and paying them for recordings?

25      A    No, and by the way, we don't pay ZipDX for
```

 1 | recordings.

 2 |       Q    Oh, okay.

 3 |       A    No, we weren't -- after -- after the

 4 | designation process is where -- when we -- we decided we

 5 | had a partnership that we -- where we had mutually

 6 | beneficial things because one of the thing -- one of the

 7 | things we rely on ZipDX for is their system does answer

 8 | the calls live.  And so, we've been able to sort of

 9 | expand the campaigns we are tracing with data from ZipDX

10 | and their Raptor surveillance system, including some

11 | live fraud calls that they're able to capture.

12 |       Q    Okay.  I'm going to go ahead and share my

13 | screen.  This should be my Exhibit 6.  This is a

14 | document that was produced in discovery by the Attorney

15 | General's Office.

16 |       A    Mm-hmm.

17 |       Q    Patrick, I'm sure you see this.  This is the -

18 | - this is what was produced to us.  It's a purported

19 | list with the total aggregate count of tracebacks.

20 | SmartBiz is shown.  Obviously, no other ones are.  Have

21 | you seen this document?

22 |       A    No.

23 |       Q    Okay.  So, you don't compile anything like

24 | this?

25 |       A    I mean, I -- no.  I -- I have access to --

Joshua Bercu              August 09, 2023                Page 156

```
 1  directly to data, so -- you know -- I could, but we
 2  don't compile it and send anything like that to anyone.
 3      Q    Do you view total trace backs as any kind of
 4  metric that you measure anything against?
 5      A    No, not -- not just the raw number itself, I -
 6  - I wouldn't.
 7      Q    So, the ITG does not ascribe any value to the
 8  total number of tracebacks?
 9           MR. SOMMER:  Object to the form.
10           THE WITNESS:  That -- that number alone, I --
11           We have no formal mechanism ascribing value to
12           that.
13  BY MR. GELLIS:
14      Q    Okay.  Do you believe that like -- All right.
15  When a company gets a traceback and they're in this call
16  path, the fact that they had a traceback doesn't
17  necessarily mean they did anything wrong, right?
18      A    That they're in the call path for a traceback?
19  It doesn't -- in -- in my personal view, it doesn't
20  inherently mean anything wrong.  It can mean that -- you
21  know -- they have failures of robocall mitigation, know
22  your customer things.  It depends on the context.
23      Q    Well, we talked about the six HOPS earlier.
24  Some were 10.  I mean, let's use 10 as an example.  If
25  there were 10 HOPS in the call chain and you're
```

Joshua Bercu          August 09, 2023          Page 157

1   somewhere in the middle, I mean that means you're four

2   or five layers contractually removed from the

3   originating provider, right?

4        A    It does.  However, one of the things we have

5   seen over time is the number of HOPS has increased.

6   Some of that is that we complete more tracebacks where

7   we used to -- you know -- die in the mill.  But a big

8   part of it is more shell companies, more affiliations,

9   more different entities being put into this stream.  So,

10  again, I think it depends on the context.

11       Q    Okay.  But there is a difference between the

12  originating provider who picks up the phone and makes a

13  fraudulent call and perhaps an intermediate provider

14  somewhere in America, six HOPS down the chain who just

15  pushed it along, yes?

16       A    Yes.  In my view, most important is what steps

17  each provider is doing to make sure they work with

18  trusted partners.  That's my own personal view.

19       Q    If I were to tell you there was testimony that

20  following that December 2020 escalation letter, that

21  SmartBiz undertook an affirmative effort to only

22  contract with other intermediate providers who held 4-

23  99's, would that be the kind of effort you're talking

24  about?

25       A    Yeah, I think that's part of it.  I -- The

Joshua Bercu                August 09, 2023                Page 158

 1   form 4-99 is -- you know -- not -- not -- not that hard

 2   to get a form 4-99, you know?  So -- But yeah, it -- I

 3   think -- you know -- all -- all prove -- I think we have

 4   a belief at the ITG that all providers have

 5   responsibility to work with trusted partners and make

 6   sure they vet their partners and then take action when

 7   tracebacks or other information suggest that they

 8   shouldn't be trusting their partners.

 9        Q    Well, that -- that big drop off in the point

10   of entry trace backs we saw following December 2020,

11   that would be consistent with somebody who changed their

12   model to only do business with American companies,

13   right?

14        A    Seems so.

15        Q    Okay.  And considering the trace -- the ITG's

16   attention seemed to be on foreign providers and foreign

17   traffic, would you consider American partners more

18   trusted perhaps than foreign partners?

19        A    We have -- I do think we see a lot of

20   providers that claim they're in the US and probably have

21   no US presence.  They -- they register in Delaware or

22   Wyoming precisely because a lot of providers in response

23   to traceback and in response to how the enforcement

24   environment has changed, have taken that step where they

25   say, if you're not in the US, we don't want you.  So,

1  what happens is there's more entities put in the -- in

2  the middle that are from a legal perspective in the US

3  but they're -- they don't -- they -- they have no

4  presence in the US, right?  So -- so, I -- I -- I don't

5  know if that answers it, but that is -- that is

6  something we -- we've seen too.

7      Q    I think it -- it almost sounds like you're

8  saying they may have a 4-99, but then they would still

9  be routing international traffic into the US?

10     A    Yeah, they -- they would basically be there to

11 enable some of the international traffic to still get in

12 the US.  I -- I think that's one way to put it.  The

13 form -- form 4-99 and a -- you know -- a domestic LLC

14 registration.

15     Q    And the ITG would encourage -- well, scratch

16 that.  You guys don't encourage.  Cutting down on the

17 number of trace backs you receive is a good thing,

18 right?

19     A    I -- I think it's better than the alternative

20 for sure.

21     Q    I'm going to take one final five-minute break

22 and I think after that, I'll be wrapping up and Patrick

23 can take over.  Okay?  So, we'll come back in -- we'll

24 make it seven minutes -- 1:30.

25          MR. CROTTY:  Sounds good.

Joshua Bercu                     August 09, 2023                     Page 160

```
 1              MR. GELLIS:  Thanks.
 2              THE COURT REPORTER:  Okay.  The time is 1:23
 3     PM.  We're off the record.
 4      (Thereupon, a break was held at 1:23 p.m.; after
 5   which the following was heard at 1:32 p.m.)
 6              THE COURT REPORTER:  Back on the record.
 7              MR. GELLIS:  Yeah, I'm --
 8              THE COURT REPORTER:  Okay.  The time is 1:32
 9     PM.  We're back on the record.
10              MR. GELLIS:  Thanks.
11   BY MR. GELLIS:
12       Q    You had referenced a list of companies that
13   you -- or a document that you sent to the FCC every
14   year.  Is that public?
15       A    Yes.  So, the -- the -- the FCC publishes it.
16   We don't publish it, but the FCC does publish a Trace
17   Act report every year, including a couple Excel files
18   that are based -- that came from us.
19       Q    And just to wrap up and confirm your prior
20   testimony, being a member of the ITG does not get you
21   access to any information or data that non-members don't
22   get?
23       A    No, I mean some -- in -- in a ITG call it
24   might share, hey, we're seeing this -- this thing going
25   on, or something like that.  But yeah, it wouldn't be
```

Joshua Bercu          August 09, 2023          Page 161

 1   any data -- it wouldn't be anything like that.

 2        Mostly it's, hey, we're building X, Y, Z for the

 3   future.  So, these are some capabilities we want your

 4   feedback on -- that we're going to roll out on, much

 5   more about that.

 6        Q    Okay.  And just to confirm, a call to a number

 7   on the DNC is not necessarily an illegal call, right?

 8        A    An unsolicited telemarketing call to the DNC

 9   is illegal, but a call -- you know -- I'm on the DNC and

10   you can call me legally.

11             MR. GELLIS:  All right.  That's all I have.

12        Thank you.

13             MR. CROTTY:  Okay.  I have a couple of

14        questions on cross-exam.

15                      REDIRECT EXAMINATION

16   BY MR. CROTTY:

17        Q    Josh, you mentioned that prior to becoming the

18   FCC appointed neutral consortium, the US Telecom was

19   involved in doing tracebacks.  Is that correct?

20        A    Yes.

21        Q    Do you know approximately when they first

22   started doing tracebacks?

23        A    I believe it was 2016 or 2017.  I think 2017.

24        Q    Okay.  Do you know whether SmartBiz received a

25   traceback on April 7th, 2020.  And was that prior to --

1  or was that part of the informal tracebacks?

2      A    I'd have to double check that -- that chart

3  again, but -- and -- and both when the regulatory

4  obligation came in.

5      Q    Okay.  Is it possible?

6      A    Yes, I -- I -- I -- I believe they did, but

7  yes, it's definitely possible.

8      Q    Okay.  You mentioned that Marriott paid for

9  some tracebacks pursuant to an investigation that they

10  were conducting.  Is that an accurate statement?

11      A    Yeah, we -- we had a partnership with them and

12  there was compensation, so it was sort of more

13  standardized throughout, but yeah.  Sort of a monthly

14  payment, yes.

15      Q    Do you recall the timeframe that that was

16  occurring?

17      A    Not -- I believe in 2021, but I -- I am not

18  positive.

19      Q    Okay.

20      A    I'd have to go back.

21      Q    Did that partnership impact the way the

22  tracebacks were carried out -- the mechanics of it at

23  all?

24      A    No.  All it did was -- you know, we -- we used

25  those partnerships to add to what we're doing so it

Joshua Bercu            August 09, 2023            Page 163

```
 1  doesn't subtract and it allows us to -- you know --
 2  bring in more resources and add.  So, it was additive to
 3  our effort.  But it -- generally, the -- the way the
 4  trace back mechanism works is the same thing.  It just -
 5  - you know, we would report consistent with our policies
 6  and procedures, a subset of information to them for
 7  those referrals.
 8        Q    Okay.  Does the number of backs performed
 9  every month fluctuate over time?
10        A    A little bit, but we try to be pretty
11  consistent, but it -- you know -- fluctuates, including
12  based on -- you know, December tends to be a little
13  slower with our team's vacation schedules for instance.
14        Q    You mentioned that you switched the online
15  portal for responding to trace backs to go from one that
16  David Frankel had created to one that you created with a
17  partner.  Is that correct?
18        A    Yeah.
19        Q    Did that transition result in a reduction in
20  the number of tracebacks over a period?
21        A    Yeah, there -- there was in the transition
22  period where we just onboarded -- I believe there was
23  some reduction as we went down for a little bit in the
24  transition, but then back to business as usual.
25        Q    Okay.  Do you remember when that transition
```

Joshua Bercu                August 09, 2023                Page 164

1   period was?

2        A    I believe -- well, excuse me, I -- I misspoke.

3   So, let me -- let me go back.  I don't believe there was

4   -- I think that transition was smooth.  We did change a

5   development partner at one point and switched our

6   software developer where we did have about a month where

7   we had -- had to go -- I -- I think two or three weeks

8   where we went down before we came back up.  That was

9   later.  That happened I believe, in 2021 or 2022.  The

10  transition from David's portal to the new portal, I

11  don't -- I don't think there was much of a reduction,

12  but I'd have to double check.

13       Q    Okay.  So, it's a fair statement to say that

14  for approximately a month in 2021 or in 2022, the number

15  of tracebacks that ITG was performing was markedly less?

16       A    Yes.

17       Q    And that is the only disruption in the

18  tracebacks -- number of tracebacks that you're aware of?

19       A    Yeah, that -- that's the only significant

20  disruption.

21       Q    Okay.  Does ITG investigate the

22  representations that people responding to tracebacks

23  make to it?

24       A    So, we have no surefire way to validate

25  responses.  Traceback is dependent on user and -- and

1  users here being voice service provider responses to us.

2  There's some sort of self-validation, right, where if

3  you -- if you're intermediate and you name your upstream

4  provider and they come back and say, that call's not on

5  my network, there's sort of an automatic validation of

6  that.  But -- but if we see something that just clearly

7  is off and doesn't look accurate, we might investigate

8  it.  But as a general matter, there's no sort of way we

9  can actively validate all the information.

10     Q    So, the ITG did not actively validate the

11  representations that SmartBiz made to it?

12     A    In terms of action taken after?  No.  No, we

13  wouldn't have a mechanism to validate that other than --

14  you know -- if -- so, the other thing we have done in

15  times is the opposite where -- you know -- someone said

16  they fired that provider or that customer and we might

17  see that then keep popping up.  So, that was the case.

18  But yeah, we wouldn't have a way to validate that

19  information -- what SmartBiz said to us.

20     Q    Okay.  So, you have no reason one way or

21  another to believe that SmartBiz was telling you the

22  truth or was lying to you about customers that they may

23  have represented that they turned off or actions that

24  they took in response to traceback?

25     A    The -- the only information we have is -- is

1  the traceback themselves and what we saw in traceback.

2  But yeah, no other information to validate one way or

3  the other.

4  **Q    I believe your testimony was that there are a**

5  **number of providers that only receive one traceback and**

6  **then you never see them again.  Is that the case?**

7  A    Yeah.  There's -- there's -- we -- we've seen

8  scenarios where one or -- you know -- has a hot month

9  and sometimes it's they brought on a new customer or

10  start a new business and then they decide -- they saw

11  what happened and -- and quickly -- they represented to

12  us, hey, we're no longer sending traffic to the US, or

13  something like that and we don't see them again.

14  **Q    Other than terminating providers and larger**

15  **transit providers, is it common for a company to receive**

16  **at least one traceback every month over a three-year**

17  **period?**

18  A    I'd have -- I'd have to go to that -- go back

19  to that, but I -- I think there's a handful of providers

20  that that might be the case for, but I -- I don't think

21  it's -- you know -- that frequent.

22  **Q    So, is it fair to say that the vast majority**

23  **of providers who have received at least one traceback do**

24  **not receive them month after month for extended periods**

25  **of time?**

Joshua Bercu                August 09, 2023                Page 167

```
 1      A    I -- I believe so, but I'd have to confirm
 2  actually digging in a little deeper, but I -- I -- it
 3  feels consistent with -- with what we've seen.
 4      Q    Okay.  You mentioned, I believe, that the
 5  point of entry designation is based off of information
 6  that's provided in the robocall mitigation database.  Is
 7  that correct?
 8      A    Yes.  Since -- once that was stood up and
 9  operational, that became our source of truth for if
10  someone's in the US or not.
11      Q    Do you recall around when that robocall
12  mitigation database was stood up?
13      A    I want to say April 2020, but I -- I'd have to
14  double check.  I -- I -- it might have been -- it might
15  have been later than that, so I'd have to double check.
16      Q    But it's fair to say that as soon as the
17  robocall mitigation database was stood up, you relied on
18  it to determine whether a company was in -- was a
19  domestic provider?
20      A    Yeah, first manually, but we -- we did have to
21  do some time to build an automation to pull directly
22  from the database.  But yes, we -- we would.  If there
23  was any question, we would go to the database and look
24  at what the database had.
25      Q    Okay.  Is the information in the robocall
```

 1  mitigation database self-reported by providers?

 2      A    Yes.

 3      Q    Does the ITG confirm the accuracy of that

 4  information in any way?

 5      A    No.

 6      Q    So, is it fair to say that being labeled as a

 7  point of entry provider means that you accepted a call

 8  from someone who had self-reported as a domestic voice

 9  service provider?

10      A    Yeah.  Will -- will you say it again?  I want

11  to make sure I -- I understand the question exactly.

12      Q    When a voice service provider is designated as

13  a point of entry in a traceback, is it fair to say that

14  the significance of that is that they accepted a call

15  from someone who had self-reported as a domestic

16  provider in the robocall mitigation database?

17      A    So, if -- if they're identified as the point

18  of entry, then it means they accepted a call from a

19  provider that is either in the robocall mitigation

20  database as foreign or one that we have as foreign in

21  our system and isn't in the robocall mitigation database

22  at all.

23      And we -- we have had that scenario come up where

24  we've gotten folks disputes and say, hey, we weren't the

25  point of entry.  They're a US entity.  And we say, well,

1  they're not in the robocall mitigation database, so

2  either they're out of compliance with the FCC's rules or

3  their foreign.  So, we've had that.

4      Q    And is it possible that somebody who is in

5  fact based outside of the United States reports

6  themselves as a domestic provider in the robocall

7  mitigation database?

8      A    Unfortunately, I think it's quite prolific.

9      Q    Okay.  So, you don't see any reason to

10 inherently trust the representation that a company is a

11 domestic provider made in the robocall mitigation

12 database?

13     A    So, personally, if I were doing compliance

14 advice for someone this -- I think it'd be one factor

15 among many, many others that I would recommend looking

16 at.

17     Q    Okay.  So, it's possible for a voice service

18 provider to not be labeled as the point of entry in a

19 traceback, but have in fact been the first domestic --

20 like factually domestic provider to accept the call on

21 the call path?

22     A    Yes.

23     Q    Just to confirm, being a member of the

24 Industry Traceback Group does not get you any

25 information that would assist in circumventing the

1  traceback process, is that correct?

2      A    No.  To your, is that correct?  Yes, that's

3  correct.  No, to the first part of the question, just --

4  just to be explicit there.

5      Q    Sorry.  Sometimes go on a deposition mode --

6      A    Yeah.

7      Q    -- verbal ticks make things a little

8  inconsistent and unclear.  It's my own bad habits.

9  During the time that David Frankel was an Industry

10 Traceback Group contractor, are you aware of him making

11 inaccurate statements or inaccurate representations?

12     A    Not -- not on facts.  You know, I -- I --

13 Sometimes I think his interpretation of law didn't

14 always agree with mine, and I sometimes had to go

15 clarify that because he -- he is not a lawyer and also -

16 - you know, he has strong opinions.

17     Q    If, for example, he were to suggest a way that

18 someone could reduce the presence of illegal traffic on

19 their network, do you think that it's likely that those

20 suggestions would be unfounded or would be inaccurate?

21     A    No, I -- I think he's quite knowledgeable in

22 that regard and -- and his ideas would probably have

23 merit there.

24     Q    Are you aware of any motivation that guided

25 David Frankel's actions while he was an ITG contractor,

1  other than the desire to reduce the number of illegal

2  robocalls entering the United States phone networks?

3          MR. GELLIS:  Object to form.

4          THE WITNESS:  I think he is driven by how much

5      he hates robocalls and that -- and I think he's

6      also sort of intellectually interested in how to

7      stop them.  I think those are the two things that

8      drive him.

9  BY MR. CROTTY:

10     Q    Do you think that David Frankel was motivated

11 by a desire to increase the profits of ZipDX through his

12 actions with the ITG?

13     A    No, we -- I mean, he didn't receive much

14 compensation from us, and as far as I know, he -- he's

15 done well enough with his company and he is not that --

16 he -- he volunteers a lot of his time to this effort

17 because of his passion for it.

18     Q    You referenced public procedures that guide

19 the ITG's actions.  Am I correct in that?

20     A    Yes.

21         MR. CROTTY:  I would like to mark Exhibit 21.

22     Well, first before I mark it as Exhibit 21, let me

23     share my screen and show you a document that I

24     downloaded from Industry Traceback Group's website

25     marked, Policies and Procedures revised April 2022.

Joshua Bercu              August 09, 2023              Page 172

```
 1      (Thereupon Plaintiff's Exhibit 21 was marked for
 2  identification.)
 3  BY MR. CROTTY:
 4      Q    Do you know, is that the most recent set of
 5  policies and procedures?
 6      A    I believe --
 7      Q    Let me share my screen to show you.
 8      A    -- And that -- that was the one you just
 9  downloaded at tracebacks.org, right?
10      Q    Stupid chrome extensions.  Tracebacks.org, ITG
11  policies, procedures.  Can you see my screen with the
12  website?
13      A    No, I can see just the PDF.
14      Q    Let me show you the website.
15      A    I believe that is, but just --
16      Q    Okay.
17      A    Yes.
18      Q    Are you able to see the website?
19      A    Yes, that's -- that's the most recent.
20      Q    This is what you were referring to?
21      A    Yes.
22      Q    Okay.  Let me stop my share.  Let me share the
23  actual document.  Let me introduce it as Exhibit 21.
24  Okay.  Does this document, that I will label as Exhibit
25  21 and include with the other Exhibits for this
```

1  deposition, reflect the ITG's policies and procedures

2  that you were referring to earlier in your testimony?

3      A    Yes.

4      Q    Okay.  Do you think that this document speaks

5  for itself or is there anything that you'd like to

6  direct our attention to as in interpreting the policies

7  and procedures as written?

8      A    Not -- not that comes to mind.  I think it

9  speaks for itself and we take very seriously that we --

10 you know -- act in concert what we're permitted to do

11 under our -- our public policies and procedures.

12     Q    So, is there any part of this document that's

13 inaccurate?

14     A    Nothing inaccurate.  There's some sort of more

15 -- you know -- permissive -- we may do this, which might

16 be things we don't actually do, but -- but there's

17 nothing -- you know -- any of the shell language,

18 there's nothing there that we don't follow to the best

19 of my knowledge.

20     Q    Okay.  Did you generate -- did the ITG

21 generate these policies and procedures as a part of its

22 regularly conducted activity in being the Industry

23 Traceback Group appointed by the FCC?

24     A    So, they -- they predated -- I believe they --

25 they predated them so we had public policies and

 1   procedures that were available to everyone and we

 2   operate transparently.

 3        But yes, as part of the -- the traceback requires

 4   that the registered traceback consortium have published

 5   policies and procedures that are submitted as part of

 6   the -- a letter of intent to be the registered traceback

 7   consortium.  So yes, it's -- it's incorporated into that

 8   process.

 9        Q    Okay.  The link that I downloaded it from, was

10   that made active at or around the time that these

11   policies and procedures were written?

12        A    Yes.  We -- when we updated the April version,

13   yes, it should of -- it was made active around then.

14   The one thing is we shifted it to a landing page so that

15   we did pull off old versions so that people always had

16   access to our new -- newest version.  So, we -- we did

17   change the link -- how the link worked a little bit when

18   we made this update.

19        Q    Okay.  Is there anything about the way that I

20   downloaded it or the way that this document was stored

21   that would indicate a lack of trustworthiness?

22        A    Not -- not to my knowledge.

23        Q    Okay.  Previously -- So, previously in my

24   testimony, I -- or in my questioning, I had asked you

25   about three tracebacks that didn't seem to appear in the

1  list in Plaintiff's Exhibit 9.  Do you recall that?

2      A    Yes.

3      Q    Is there any reason why those three traceback

4  notices would not have been sent to SmartBiz?

5      A    So -- and -- and just to make -- why they

6  weren't sent?  So, they -- what you showed me before was

7  data submitted to you and produced to you, right?  But

8  you're asking if --

9      Q    Are you -- yeah.

10     A    -- Yeah.  I -- if -- if there's no reason a

11 traceback that went to SmartBiz -- so, again, I'm not

12 sure why it didn't get to that production and would have

13 to investigate that, but if SmartBiz was identified, I

14 have no reason to believe it didn't get to SmartBiz.

15 And then, certainly if they -- you know -- responded to

16 it, then we would know that they did receive it and

17 responded to it.

18     Q    Okay.  Is there any objection if I mark these

19 as Exhibits 22, 23 and 24?  Hearing none?

20          MR. GELLIS:  None.

21          MR. CROTTY:  I'll go ahead and label these as

22     Exhibits 22, 23 and 24.

23 BY MR. CROTTY:

24     Q    And just ask you one more time, is there any

25 reason why Exhibits 22, 23 and 24 would not have been

Joshua Bercu              August 09, 2023              Page 176

 1  sent to SmartBiz same as any other traceback notice

 2  generated by the ITG?

 3      A    No.

 4      Q    Okay.  Give me about 20 seconds to look over

 5  my notes and see if there's anything else I want to ask

 6  about and then I think we'll be done.  Okay.  One last

 7  question.  Does -- Is receiving a traceback notice

 8  suggestive that the upstream provider may not be worthy

 9  of being trusted in your opinion?

10      A    I -- I think it's a worthy reflection after

11  receiving a traceback notice in most cases --

12      Q    Okay.

13      A     -- or many cases.

14      Q    I have no further questions on cross-examine

15  at this time.

16          MR. GELLIS:  Very briefly.

17                   RECROSS EXAMINATION

18  BY MR. GELLIS:

19      Q    We saw the policies and procedures just now.

20  Mr. Bercu, I'm assuming there were prior publicly

21  available procedures as well posted on the internet?

22      A    Yes.  The -- the prior versions, yes, would've

23  been posted previously as well.

24      Q    Would you be willing to either link us -- link

25  me to them or have your counsel just provide me copies

 1 | from say, 2020 to present of whatever was publicly
 2 | available?
 3 |     A    Yeah, we -- we could pull the prior versions
 4 | that were publicly available and -- and get that to you.
 5 |         MR. GELLIS:  I appreciate that.  Thank you.
 6 |     Let me look over my notes and I -- I'm pretty sure
 7 |     that'll -- one sec.  Let me just make sure.  No
 8 |     further questions.
 9 |         MR. CROTTY:  Okay.  Then, I think we can
10 |     conclude this deposition.  Is that correct?
11 |         MR. SOMMER:  I just -- I think I just need to
12 |     go on the record and officially request the Rule 50
13 |     to review the transcript and provide --
14 |         MR. CROTTY:  Read or waive, of course.
15 |         MR. SOMMER:  -- corrections.  And I think I
16 |     have to put it on the record.  So, I do.  And I
17 |     have no questions for the witness.
18 |         THE COURT REPORTER:  Okay.
19 |         MR. CROTTY:  Would you like to explain read or
20 |     waive to your client and get that on the record?
21 |         MR. SOMMER:  We'll just -- I'll talk to him
22 |     afterwards, but we'll -- we'll -- we want to be
23 |     able to read and correct the transcript.
24 |         THE COURT REPORTER:  Okay.
25 |         MR. SOMMER:  People use these terms

```
 1    differently, although we're only going to correct
 2    it for transcription errors of course.
 3         THE COURT REPORTER:  And --
 4         MR. CROTTY:  Sorry, it wasn't clear to me, but
 5    yeah.  So, you're requesting to read the
 6    transcript?
 7         THE COURT REPORTER:  And Mr. Sommer, what
 8    email should I send that to if the transcript is
 9    ordered?
10         MR. SOMMER:  Yes.  And we will take it a copy
11    of the transcript and I put my email in the chat.
12         THE COURT REPORTER:  Thank you.  Mr. Gellis,
13    did you want to order the transcript?  You're on
14    mute.
15         MR. GELLIS:  Not at this time.  Yeah, we'll --
16    we'll probably -- we may get a quote soon, but not
17    at this moment.  And I will email you the six
18    Exhibits from today's deposition.  I'll copy Mr.
19    Crotty on there so he can see him as well.
20         THE COURT REPORTER:  Okay.  And Mr. Crotty,
21    did you want to order the transcript at this time?
22         MR. CROTTY:  Florida Attorney General will
23    order, yes.
24         THE COURT REPORTER:  You said you would like
25    to order?
```

Joshua Bercu                    August 09, 2023                    Page 179

```
 1              MR. CROTTY:  We will order.
 2              THE COURT REPORTER:  Standard delivery?
 3              MR. CROTTY:  Standard delivery is fine.
 4              THE COURT REPORTER:  Okay.  And Mr. Sommer --
 5              MR. SOMMER:  Standard is good for us too.
 6              THE COURT REPORTER:  -- a copy --
 7              MR. SOMMER:  Standard for us.  Yeah.
 8              THE COURT REPORTER:  -- Okay.  And Mr. Gellis,
 9         would you like a copy?
10              MR. GELLIS:  I think we're -- like I said,
11         we're going to -- we're going to wait on that.  I
12         may get a -- We may order subsequently from you.
13              THE COURT REPORTER:  Okay.
14              MR. GELLIS:  We have some other transcripts
15         we're going to have to buy eventually anyway from
16         Laws.  So --
17              THE COURT REPORTER:  Okay.  All right.  And
18         the time is 2:00 PM.  We're now off the record.
19         Let me see.  Okay.  I'm going to put in a different
20         email to send the Exhibits to.  Okay.
21              MR. GELLIS:  The way this is being -- Please
22         sign off right now.  Josh, you can -- you can go if
23         you want.  You're done.
24         (Thereupon, the proceedings were concluded at 2:00
25         p.m.)
```

```
 1                    CERTIFICATE OF OATH

 2

 3   THE STATE OF FLORIDA

 4   COUNTY OF MIAMI-DADE:

 5

 6        I, the undersigned authority, hereby certify that

 7   Joshua Bercu appeared before me via Zoom on August 9,

 8   2023; and was duly sworn.

 9        WITNESS my hand and official seal on this August

10   16, 2023.

11                        Miriam Brighton-Meneely

12                        _____

13                        Miriam Brighton-Meneely,

14                        Notary Public-State of Florida

15                        My commission # HH 387107

16                        Expires August 14, 2027

17

18

19

20

21

22

23

24

25
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3   THE STATE OF FLORIDA

 4   COUNTY OF MIAMI-DADE:

 5

 6        I, Miriam Brighton-Meneely, Court Reporter and

 7   Notary Public, certify that this transcript is a true

 8   and complete record of my notes.

 9

10        I further certify that I am not a relative,

11   employee, attorney, or counsel of any of the parties,

12   nor am I a relative or employee of any of the parties'

13   attorney or counsel with the action, nor am I

14   financially in the action.

15

16        DATED on this 9th day of August 2023.

17

18                        _Miriam Brighton-Meneely_

19                        Miriam Brighton-Meneely,

20                        Notary Public-State of Florida

21                        My commission # HH 387107

22                        Expires August 14, 2027

23

24

25
```

Joshua Bercu                    August 09, 2023

## Exhibits

**233675 - Plaintiff's Exhibit 1**
4:3 9:17,18, 20,24 91:2

**233675 - Plaintiff's Exhibit 2**
4:4 10:15,17, 21 12:25 91:12

**233675 - Plaintiff's Exhibit 3**
4:5 12:17,21 13:25

**233675 - Plaintiff's Exhibit 4**
4:6 15:14,15, 19 103:20,21

**233675 - Plaintiff's Exhibit 5**
4:7 37:7,9

**233675 - Plaintiff's Exhibit 8**
4:8 16:4,6,25

**233675 - Plaintiff's Exhibit 9**
4:9 16:19,20 27:10 34:8 117:17,22

118:3,4 175:1

**233675 - Plaintiff's Exhibit 10**
4:10 28:1,3

**233675 - Plaintiff's Exhibit 14**
4:11 30:12,16

**233675 - Plaintiff's Exhibit 15**
4:12 32:24 33:1

**233675 - Plaintiff's Exhibit 19**
4:13 35:3,5

**233675 - Plaintiff's Exhibit 20**
4:14 36:4,6

**233675 - Plaintiff's Exhibit 21**
4:15 171:21, 22 172:1,23, 24,25

---

**-**

**--that's**
111:17

**--this**
41:22

**--we're**
150:3

## 1

**1**
9:17,18,20,24 23:5 27:12,13 89:7 91:2 93:10

**1,000**
131:1

**1-december**
136:8

**10**
28:1,3 89:11, 12 110:7 112:9,11 130:6 156:24, 25

**100**
121:22,24 122:5 130:25

**10:05**
39:14,20,22

**11**
89:12

**11:06**
89:15,18

**11:15**
89:13

**11:16**
89:19,24

**11:57**
123:19

**12**
89:6

**12-something**
110:14

**12:03**
123:21

**12:05**
125:4

**12:35**
124:25

**12:38**
125:5,7

**12:40**
124:25

**12th**
137:10

**13**
8:5

**137**
23:2

**14**
7:19 30:12,16

**140-something**
108:18

**142**
108:18,23

**15**
32:24 33:1 93:9 146:12

**1500**
146:12

**15th**
15:23

**18**
7:19

**19**
35:3,5 125:15

**1:22-CV-23945-JEM**
5:13

**1:23**
160:2,4

**1:30**
159:24

**1:32**
160:5,8

**1:38**
125:7

## 2

**2**
10:15,17,21 12:25 28:13 30:1,25 35:16 91:12 117:10 137:12

**20**
7:11,16,17 15:7 36:4,6 93:8 94:7 96:2 97:4 138:7 176:4

**200**
130:25

**200-something**
110:19

**2010**
41:14

**2016**

Joshua Bercu                    August 09, 2023

161:23

**2017**
161:23

**2018**
78:10

**2020**
33:6,8 35:12
43:8 78:10
82:19 84:8,21
87:25 93:9
99:17 100:12
105:20 106:8,
24 107:24
108:7 125:21
131:18 132:8
145:18
157:20
158:10
161:25
167:13 177:1

**2021**
11:1 78:12
96:17 139:11
162:17 164:9,
14

**2022**
15:23 29:15
30:6 108:9
136:20 164:9,
14 171:25

**2023**
5:7 16:11

**21**
97:4,18 106:7
135:25
171:21,22
172:1,23,25

**22**
135:25 136:6,
7,11,14,15,21
137:4 175:19,
22,25

**23**
175:19,22,25

**24**
85:14 175:19,
22,25

**260**
110:19

**262**
27:11

**2644**
34:16

**2659**
34:17

**26th**
10:25

**28**
94:12 108:16
109:1

**28th**
93:24 108:19,
23 137:8

**29**
109:1

**2949858**
7:4

**29th**
93:24,25
108:19,23

**2:00**
179:18,24

**2_voip_with_
numb_
abbreviation**
23:6

---

**3**

**3**
12:15,17,21
13:25 30:3
99:25 137:11

**30**
60:22 130:5

**300**
130:25

**3rd**
33:6,8

---

**4**

**4**
15:14,15,19
94:9 103:20,
21

**4-**
157:22

**4-99**
158:1,2
159:8,13

**40**
60:22 130:5

**47-CFR-64.
1203**
11:20

---

**5**

**5**
37:7,9 105:21

**50**
177:12

**501C6**
67:10

---

**6**

**6**
110:7 112:9,
11 117:17
155:13

**60**
88:21

---

**7**

**7**
110:6,7

**7th**
161:25

---

**8**

**8**
16:4,6,25
110:7

---

**9**

**9**
16:19,20
27:10 34:8
89:12 117:17,

22,23 118:4
175:1

**98**
94:7 117:11

**9820**
34:23

**9823**
34:24

**98th**
94:18

**99's**
157:23

**9:05**
5:3,7

**9:57**
39:16,19

**9th**
5:7 16:11

---

**A**

**a.m.**
5:3 39:19,20
89:18,19
123:20

**ability**
50:21 72:24
81:5

**absolutely**
7:4 70:18

**accept**
169:20

**accepted**
18:25 38:18
168:7,14,18

Joshua Bercu                    August 09, 2023

**accepting**
119:4

**access**
28:22 31:18
57:11 66:9
81:4 138:3
146:8 155:25
160:21
174:16

**account**
29:8,10,14

**accountable**
87:9 152:6

**accounts**
29:21 30:2
104:16

**accuracy**
168:3

**accurate**
9:2 26:19
27:9 35:17
37:25 55:9
66:10 78:16
88:23 97:5
162:10 165:7

**accurately**
9:13 85:10

**achieve**
127:13

**acquire**
128:16,23
129:9

**acquisition**
60:8

**act**
46:19 49:17,

18 82:19
83:20 103:1
152:13
160:17
173:10

**acting**
11:17 44:15
48:8 49:3

**action**
119:6 126:14
133:12
149:21 150:2,
10 151:2
158:6 165:12

**actions**
107:8,10
139:7 148:18
149:10,12
165:23
170:25
171:12,19

**active**
88:6 135:18
149:23
174:10,13

**actively**
148:4 165:9,
10

**activity**
139:10
173:22

**actor**
106:17
107:17

**actor's**
107:17

**actors**
127:23

**acts**
48:7

**actual**
57:2 64:10,21
127:21
172:23

**adapt**
82:12

**add**
34:6 162:25
163:2

**added**
107:7 154:3

**additive**
163:2

**address**
28:15,19,23
29:1,7,12,20
30:2,4,5
44:13 124:15

**addresses**
29:22,24
30:24

**admin**
42:1

**administer**
6:10

**administering**
6:6

**admissibility**
7:11,23

**admissible**
7:18

**admitted**
41:12,14

**adopted**
84:6 85:13
107:15

**advance**
40:9 63:12

**advice**
80:5 125:24
169:14

**advise**
75:18

**advising**
47:22 132:23

**advocacy**
43:3 44:6,9,
20,22 67:18,
19 68:6

**Affairs**
5:11

**affiliated**
101:18

**affiliations**
157:8

**affirm**
6:11

**affirmative**
157:21

**afternoon**
125:10

**AG**
71:2 88:8
94:21 126:19
140:20

**agencies**
86:25 87:5

**agency**
49:8

**agency's**
49:8

**aggregate**
109:9,19
138:3 155:19

**ago-ish**
78:9

**agree**
27:13 45:6
48:10 102:12,
22 106:20
107:5 118:20
133:11
170:14

**agreed**
9:7

**agreement**
11:15 67:4

**agreements**
66:17

**AGS**
73:16

**AG'S**
54:5 73:13
121:3

**ahead**
44:24 53:11
91:11,24
92:11 117:15
125:12
155:12
175:21

Joshua Bercu                     August 09, 2023

| | | | | |
|---|---|---|---|---|
| **AI**<br>59:1 | **analyzing**<br>59:16 66:12 | **appearance**<br>5:16 90:2 | 128:7 161:21<br>164:14 | 169:25 |
| **alert**<br>152:22 | **and/or**<br>64:11 | **appeared**<br>27:1 29:2 | **April**<br>29:15 161:25 | **Assistant**<br>5:19 |

**AI**
59:1

**alert**
152:22

**alerts**
152:2,23

**allegation**
54:25

**allegations**
91:4 136:12
141:8

**alluding**
150:17

**alternative**
85:1 135:19
159:19

**America**
157:14

**America's**
61:20

**American**
158:12,17

**amount**
53:19 69:1
127:6

**analogy**
120:14,22
121:1,3,22

**analysis**
60:21 62:2
66:1 95:3

**analyze**
55:21 87:8
146:1,5

**analyzing**
59:16 66:12

**and/or**
64:11

**anniversary**
43:9

**announce**
5:15 90:3

**announced**
149:17

**announcement**
90:2

**annual**
47:6

**annually**
46:22

**answers**
159:5

**anymore**
97:1 137:20
141:18 153:6

**anytime**
102:12

**API**
60:25 66:14

**apologizing**
100:17,19

**app**
55:18 59:16
61:21,22
63:11,12

**apparent**
137:24

**appearance**
5:16 90:2

**appeared**
27:1 29:2
37:19 88:24
112:10

**appearing**
10:7 26:11

**appears**
17:18 18:13
22:19 26:12
31:20 87:12
97:14 101:21
106:7

**application**
26:8,10

**applied**
84:10,11,24
85:2 132:8

**apply**
102:2 119:7,
10 154:19

**appointed**
11:19 37:13
161:18
173:23

**approach**
84:15

**approaches**
127:8,9

**approximately**
45:19 78:8
79:24 84:3
87:16 99:16
109:17
110:10,19

128:7 161:21
164:14

**April**
29:15 161:25
167:13
171:25
174:12

**area**
22:17,21 24:9
42:2,10 65:25

**arguments**
140:23

**arose**
65:23

**arrangement**
60:19

**art**
43:25 115:19
116:3 146:16

**ascribe**
156:7

**ascribing**
156:11

**aspect**
105:9

**assessment**
121:25

**assigned**
13:19 24:2,11

**assigning**
151:25

**assignment**
23:6

**assist**

169:25

**Assistant**
5:19

**associate**
42:19

**association**
10:25 11:7
15:23 41:21
67:6,11,21,
22,23 68:5,7
153:17

**associations**
68:7 154:1

**assume**
101:2 114:25
143:21

**assuming**
27:12 34:12
101:2 145:1
176:20

**attach**
91:20

**attached**
10:4 15:4
40:1 90:20

**attaching**
15:7

**attack**
151:14,18

**attacks**
25:7 127:20
151:13

**attempt**
90:10

**attempting**

Joshua Bercu                    August 09, 2023

105:4 138:19

**attention**
13:2,22 26:21
27:15,20
28:9,21 29:5
158:16 173:6

**attorney**
5:10,19,20,
21,23 7:7
27:10 41:7
94:21 101:10
110:24
155:14
178:22

**attract**
65:24 66:4

**atypically**
137:22
139:19

**audio**
25:21 31:19,
22 32:4,9

**August**
5:7 29:15
43:8 137:5,10

**authority**
48:1,3,9
49:23 50:1
74:22 75:1
95:23 104:21
105:19 106:9
108:4 145:3

**authorize**
69:16 107:17

**authorized**
51:2 142:24

**authorizes**
55:19

**auto**
140:13

**automated**
38:15 55:3
57:16 59:1

**automatic**
150:11,15
152:23 165:5

**automatically**
23:21 38:19
53:5 54:4
60:25 66:15

**automation**
22:22 167:21

**avoid**
7:15 101:19

**aware**
12:6,7
149:10,12
153:14
164:18
170:10,24

---

**B**

**BA**
42:20

**back**
13:11 19:5
20:18,21
21:4,7,19
25:6 37:6
39:22 55:2
56:20 59:24
62:23 72:10

73:18 78:4
81:4 84:10,23
85:22 88:16
89:7,12,13,
21,24 93:22
95:5 103:19
105:10 108:4
124:11,25
125:7,8
126:11
127:22 128:9
129:3 131:13
133:9 135:1,
6,12 140:8,9,
10 141:13
147:23
151:12,13
152:8,19
159:23 160:6,
9 162:20
163:4,24
164:3,8 165:4
166:18

**background**
40:22 41:5

**backing**
13:10

**backs**
13:18 31:2
38:3 53:2,20
67:25 71:5
112:9 135:4
156:3 158:10
159:17 163:8,
15

**bad**
100:20 103:1,
11 106:17
107:17 148:6

170:8

**bar**
41:15,17

**Barker**
42:17

**bars**
41:12

**base**
62:6

**based**
23:15,22
24:16 32:18,
20 34:3 37:24
38:6,7,10,17
44:1 45:4
50:23 52:24
53:2 58:9
62:2 63:18
70:24 87:6
88:9 94:23
97:14 98:3
101:14
108:16
116:12 117:2
118:19
128:21
135:12
144:20 154:2
160:18
163:12 167:5
169:5

**baseline**
126:9

**basic**
40:22

**basically**
53:4 87:5

107:19 129:4,
15 134:7
138:2 139:13
159:10

**basis**
32:21 60:20
81:12 82:15
99:5 129:3
130:2

**batches**
129:5

**begin**
5:4 58:9
59:24 105:2

**beginning**
115:21

**begins**
52:20 118:14

**behalf**
44:15 51:3
55:21 77:1
90:6 138:9

**belief**
158:4

**beneficial**
155:6

**benefit**
132:19
150:16,20

**Bercu**
8:19 40:17,
18,19,20
90:13 103:23
176:20

**big**
41:23 80:18,

Joshua Bercu                    August 09, 2023

21 86:24
119:19
133:19,24
134:2,3
143:15 144:9
157:7 158:9

**bigger**
119:20

**biggest**
53:17 60:21
68:10

**billions**
143:9

**bit**
44:25 46:12
65:20 73:22
76:9 79:14
82:20 92:2
96:23 129:2
137:4 163:10,
23 174:17

**Biz's**
108:5,7

**black**
151:24

**blasted**
25:14

**block**
56:4 113:6
114:14
126:12
142:19,25
143:10

**blocked**
113:8,21
126:12 143:9

**blocking**
62:1,24 63:5
113:18 120:2
142:24 143:9

**board**
42:1 69:11

**Borrero**
5:24 8:8
28:11

**bottom**
13:3 31:8
32:11 35:16

**bounce**
31:2 93:22
95:5

**bouncing**
92:1

**boutique**
42:18

**box**
122:1

**brand**
128:1

**break**
39:9,19 52:22
89:6,9,18
124:11 125:4
159:21 160:4

**breakdown**
109:7

**briefly**
82:4 176:16

**Brighton**
5:14 124:14

**bring**

72:7 75:1
127:10 163:2

**bringing**
134:15,24
141:24

**brings**
18:20

**broad**
60:5 86:21

**broadband**
10:25 11:7
15:22 153:25

**broader**
59:17

**broke**
151:22

**brought**
107:10
133:25
136:24 166:9

**build**
167:21

**building**
161:2

**built**
76:24 77:1,2,
7,9,11,14
79:17 153:4,8

**bulk**
60:16

**bunch**
87:12 107:15

**business**
7:11,18 90:6
150:3 151:1

158:12
163:24
166:10

**buy**
60:17,18
130:12
179:15

**bylaws**
153:23

**C**

**calculation**
94:24

**call**
13:14,16,23
14:24 17:24
18:17,20,25
19:5,6,7,8,9,
13,20,22
20:8,11,18
21:3,4,20,22,
24 22:2,3,4,7,
10,17,19,25
23:16 24:6,12
25:2,12,13,
16,23 26:10
27:1,21 31:9,
13,19,23
32:1,7,13,14,
21 33:13
36:17,22
37:19 38:18
51:12,13,21
53:2,20 54:24
56:4,23 60:24
61:10 64:14
66:25 68:22,
23 69:25

70:14 71:12,
13 72:3,7
73:17 75:5
76:5,19 78:20
83:8 104:12
112:2,15
113:3,4,8,10
114:9,13,20,
22 115:8,9,
20,24 116:2,
4,8 122:17
128:9 130:24
131:4 136:24,
25 139:18,21,
23 141:15
142:9,12,25
143:1,3,4
150:15 151:8
156:15,18,25
157:13
160:23 161:6,
7,8,9,10
168:7,14,18
169:20,21

**call's**
165:4

**called**
20:17 22:10,
18 31:12 72:6
88:20 131:4

**caller**
13:17 20:10
21:16 56:21

**caller/end**
21:16

**calling**
20:17 22:3
31:12 107:8
131:3

Joshua Bercu                    August 09, 2023

**calls**
14:5,20
24:14,24
25:3,4,7
32:18 35:21
51:6 53:10
56:7 60:17
61:9 64:4,10
66:7 72:21
75:12,13,14
104:12
113:22,23
114:4 115:14
116:19 117:6,
7,8 118:17,25
119:12,24
120:9 122:5
126:9,21
127:22 133:2
135:2 140:2,
6,7,13,22
141:5 142:19,
20,25 143:9,
23 145:20
151:15 152:1
155:8,11

**campaign**
24:10,15,18
25:2,6 31:15
32:19 58:22
59:18 66:13,
14 71:3 88:21
126:17 130:2,
21,22 131:1
134:19
140:11,15

**campaigns**
53:17 54:5
60:21,22
70:25 88:10

129:21,22
130:6 134:20
135:5,10
155:9

**capabilities**
161:3

**capacity**
48:8 132:15,
16

**capture**
20:16 21:17
24:5 155:11

**captures**
73:24

**career**
77:20

**Carolina**
126:19
149:21

**carried**
13:16 162:22

**carrier**
20:14 23:22,
23 110:16
115:11,12

**carrier's**
85:6

**carriers**
48:2 69:18
78:23 79:22
86:12 103:1
111:24
142:21 143:6

**carrier's**
118:24

**carrying**
122:5

**case**
5:13 12:6
26:25 34:13
38:20 57:13
65:20 66:2,4
84:25 85:13,
23 91:9
101:22
116:12
127:25 141:7
149:20
151:15
165:17 166:6,
20

**cases**
24:19 87:14
103:15
113:20
140:16
176:11,13

**catch**
147:17

**categories**
51:7 54:12
60:17

**categorization**
51:24

**categorizing**
59:17

**category**
73:5 80:19
111:9

**caught**
123:25

**caused**
95:10 121:9

**CDR**
61:13 83:25
130:18

**CDR'S**
22:7

**cease**
142:23
149:16,18,19

**cell**
112:2

**cellular**
24:2

**center**
28:17 29:8
41:14

**Center's**
29:13

**Centurylink**
145:21

**CEO**
8:8

**certifications**
39:3 41:18

**certified**
42:1 73:13

**CFO**
5:25

**chain**
35:14 54:22
101:19 104:2,
6 105:17
113:14
115:22

156:25
157:14

**challenge**
150:25

**challenging**
149:1 150:9

**chance**
58:3

**change**
70:17 80:7
82:8,10,14
83:16 87:17
135:22 148:5
164:4 174:17

**changed**
43:6,10 79:14
82:5,20,22
107:22
158:11,24

**changing**
34:3

**characterization**
82:9

**chart**
93:15 95:2,6
108:5 112:6
122:20 123:9
136:7 162:2

**chat**
178:11

**check**
131:8 132:5
139:12,14
162:2 164:12
167:14,15

Joshua Bercu                          August 09, 2023

**checks**
22:15

**Chock**
126:3,21
133:8,11

**choose**
53:9,14 86:18
87:6 135:9

**chrome**
172:10

**circle**
37:6

**circumstances**
84:11

**circumventing**
169:25

**cited**
143:16

**claim**
158:20

**clarification**
22:20 109:20

**clarify**
19:3 22:16
57:4 154:9
170:15

**clarifying**
28:18

**clarity**
84:1 132:20

**Class**
23:5

**cleaner**

150:25

**clear**
82:11 107:14
137:23 152:2
178:4

**clearest**
117:25

**client**
36:25 177:20

**closed**
104:17

**closer**
119:9 130:16
141:23

**closest**
120:22

**co-**
90:6

**coalition**
45:5

**code**
24:9

**codes**
20:3 22:17,21

**cognizant**
55:1

**Coli**
121:7,13

**collecting**
66:12

**colon**
26:13

**Column**
13:19 14:3,7,

10,16 17:3,4,
12,13,18
20:12,16,20
21:3,6,16
22:5,9,24
23:23 24:5,
10,20 25:1,21
26:11,15
27:3,6,16
29:17,20,22
30:3 92:13,
19,22

**Columns**
20:25

**combined**
11:24

**comment**
82:7

**comments**
26:11

**commit**
147:5

**committee**
47:15 69:5

**committing**
101:13

**common**
29:6 103:9,16
111:4 141:7
154:8,9,11
166:15

**communication**
99:16 100:16

**communications**

42:18

**community**
138:3 142:16
152:17,18

**companies**
66:17,23
67:9,13 75:18
76:11 80:17
86:18 87:13
88:2 93:6
94:12 95:18,
20 111:11
128:8 144:19
145:8,13,14
148:12,20,22
154:13 157:8
158:12
160:12

**company**
5:13 19:4
20:21 36:13
38:13 48:25
49:5 62:11
66:25 105:1
112:1 117:4
121:5 127:8,9
132:11,23
146:7 148:6
151:22
154:10
156:15
166:15
167:18
169:10
171:15

**compensate**
153:3

**compensation**
162:12

171:14

**competed**
154:20

**competition**
77:23

**competitor**
154:17

**compile**
155:23 156:2

**complainers**
80:20

**complaint**
91:8,13
93:22,23
94:2,10
108:15

**complaints**
79:21 80:1,16

**complete**
53:7 142:20
151:8,10
157:6

**completed**
21:14 22:6
151:15

**completely**
85:10 97:17

**Completion**
21:10

**compliance**
49:25 103:2
169:2,13

**complied**
85:24

Joshua Bercu                    August 09, 2023

complies
86:15

comply
75:18

con
133:24

concern
133:19

concerned
71:2

concerns
37:18 133:24

concert
173:10

conclude
177:10

concluded
179:24

conditional
84:25 133:4

conduct
19:4 46:24
71:5 79:22

conducted
8:21 173:22

conducting
13:8 38:3
162:10

conducts
11:18

conference
5:8

conferences
98:12

conferencing
82:1

confers
49:23

confidential
91:19

confirm
7:15 151:20
160:19 161:6
167:1 168:3
169:23

confuse
43:25

confusing
117:20

confusion
40:11 83:25

congratulatio
ns
41:25 42:7

congress
46:19 48:6
49:4 51:2

congressional
48:9

connect
112:16
119:24 142:9

connected
113:3,4,10,
19,22 114:7,
9,17 142:12

connecting
113:15

connects

112:2

consent
6:6,8 140:8,
15 141:6

consistent
64:17 71:7
72:10 96:4
97:9,23
104:23
158:11 163:5,
11 167:3

consists
25:3

consortium
11:17 46:21,
22 49:21 84:7
154:20
161:18 174:4,
7

consultant
78:5,11,15
81:22,24

consumer
54:17 55:19,
21 112:22

consumers
53:18 55:5
64:22 72:9
115:14

contaminated
121:23,24
122:2,5

content
24:11 25:24
32:1,6,13

contents

104:1

context
107:13,14
121:14 144:6
147:1 156:22
157:10

contexts
132:9

continue
70:17 86:9
101:13
127:17
151:19

continues
53:6

contract
46:23 48:16
60:2,4,6 61:4
67:3,24
72:18,22 77:8
81:7 129:8
154:23
157:22

contracted
46:14 78:8

contractor
14:14 76:24
77:7 78:2,18
79:1 81:3
104:13
170:10,25

contracts
52:3,6 66:16
74:19

contractual
81:10

contractually
157:2

contribute
80:2

contribution
68:25 69:1,5

contributions
149:3

contributors
37:23

control
72:25

controls
81:9,10

conversation
8:1 56:21
118:16

conversations
14:2

cool
42:20

cooperate
18:25 45:6
48:16,19,22
50:1,3 75:2
83:13 95:14,
18 101:4
132:3 146:11
147:5 152:4,
14

cooperated
98:7 146:13

cooperating
97:24 101:6
152:8

Joshua Bercu                    August 09, 2023

cooperation
49:19 84:7
95:22 101:12
146:20

cooperative
98:4,7

copies
176:25

copper
23:11,20

copy
91:13 178:10,
18 179:6,9

copy/paste
58:25

Corp
36:12 138:10

corporate
5:25 67:7

corporation
8:9 50:11

corporations
119:15

correct
20:4 22:19
29:3,23 30:7,
8 37:14 46:14
60:14 74:24
86:18 88:2
90:24 91:5
92:17,20
93:3,6,12
94:19,20
95:11,12
97:19 102:20
105:5 107:24

112:3,17
114:5,9
115:19 134:7
135:2,11
161:19
163:17 167:7
170:1,2,3
171:19
177:10,23
178:1

corrections
177:15

correctly
84:8,22 92:13
147:16

corresponded
27:17

couldn't
143:17

counsel
5:15 9:4,9
36:22 75:21
90:7,21 91:18
176:25

count
155:19

counterfeit
120:16,18

country
53:18 130:6
134:1,16
136:12,25
141:24 154:2

couple
40:20 82:6
139:15
160:17

161:13

court
5:5,14 6:5,9,
15,19,24 7:2,
5 8:3,10,14
39:16,21
40:3,6 89:15,
20,23 90:8
123:22 124:1,
16,22 125:2,6
134:10,13
160:2,6,8
177:18,24
178:3,7,12,
20,24 179:2,
4,6,8,13,17

cover
17:2

covered
93:16

crafty
151:17

create
49:24 69:14
152:25

created
11:12 14:7
46:20 49:16
91:17 132:17
153:2 163:16

credentials
26:9 41:18

criteria
46:8 71:13

critical
150:22

CROSS
40:15

cross-exam
161:14

cross-
examine
176:14

Crotty
5:18 7:7,19
8:2,7,17 9:15,
22 10:19
12:11,19
15:17 16:3,8,
18,22 25:20
27:25 28:5
30:9 32:23
33:3 35:2,7
36:3,8 37:5,
11 39:15,18,
24 40:5,23
48:11 76:3
78:15 82:6
94:3 112:7
117:19,24
124:13,20,24
159:25
161:13,16
171:9,21
172:3 175:21,
23 177:9,14,
19 178:4,19,
20,22 179:1,3

CROTYY
30:14

current
81:16,18
147:18

customer

62:6 64:2,4
156:22
165:16 166:9

customers
56:7 62:1
63:2 64:1
72:8,21
104:16
119:25
127:20
165:22

cut
120:5 124:9

cutoff
131:7

cutting
153:25
159:16

cybersecurity
65:23

_____

D

data
24:16,23
42:10 52:24
53:13 60:8
61:3 87:6
91:7 94:23
96:2,12 97:14
116:13
127:16,18
128:14,23
129:19 130:5
138:3 146:2
155:9 156:1
160:21 161:1
175:7

Joshua Bercu                    August 09, 2023

**data's**
56:13

**database**
22:15 39:3,4
167:6,12,17,
22,23,24
168:1,16,20,
21 169:1,7,12

**dataset**
137:18

**date**
21:3,4,6,7,10,
14 22:2 27:9
28:24 30:21
31:8,9 33:4,9,
12 106:12,14,
16 132:6

**dated**
10:25 15:23
16:11

**Datora**
36:12

**David**
14:11 76:23
77:24 79:22
81:3 152:25
163:16 170:9,
25 171:10

**David's**
164:10

**day**
33:15 88:21
131:1,4

**day-to-day**
69:9 81:12

**days**

77:13 87:15,
16 147:8
153:25

**DC**
6:25 7:1
41:15,16

**dealing**
98:3

**decade**
142:24

**December**
30:6 93:8,9
96:2 97:3
100:12
105:20 106:8,
24 107:2,15,
23 108:7
132:8 134:6
136:6,7,11,
14,17 145:17
157:20
158:10
163:12

**decide**
15:11 66:24
70:24 87:8
130:11
137:19 152:7
166:10

**decided**
42:2 80:13
150:11 155:4

**decides**
76:20

**deciding**
25:10

**decision**
79:3,15 80:2

**decline**
96:16,18

**declined**
96:14,15

**decrease**
108:8

**dedicate**
127:24

**deep**
119:16

**deeper**
34:21 79:13
138:4 167:2

**defendant**
5:23 26:25
27:11 31:6
34:1 91:2

**defense**
148:24

**definitively**
123:1,14
124:5

**defrauded**
127:20

**Delaware**
158:21

**delay**
9:11

**delivered**
19:5 24:12
31:3,6 121:11

**delivering**

104:12

**delivers**
120:20

**delivery**
120:15 179:2,
3

**denial**
151:14

**denied**
146:7,22
147:21,24

**denies**
146:14

**deny**
148:11

**department**
5:11 140:4,5

**departure**
17:19

**depended**
38:23

**dependent**
164:25

**depends**
127:18
156:22
157:10

**depo**
8:1

**deposed**
8:19

**deposition**
5:9 7:9 15:5
40:8,22 41:2

58:2 90:18
91:20 121:3
123:19 170:5
173:1 177:10
178:18

**depositions**
8:21 41:8

**derived**
24:8 32:16,
17,20 94:23

**describe**
11:6 13:10,24
17:21 18:16,
21 26:3 35:10
51:25

**description**
19:10 31:23
32:6,8,10
52:21

**descriptions**
51:21

**deserves**
152:7

**designate**
46:21

**designated**
11:25 46:23
49:20 74:5
90:23 168:12

**designation**
23:12 47:6,8,
10 48:5,7,14,
15,18 49:6,8,
18 50:23
74:23 77:13
83:20 149:7
154:21 155:4

Joshua Bercu                  August 09, 2023

167:5

**designed**
131:5

**desire**
171:1,11

**desist**
149:16,18,19

**destination**
139:17

**detail**
21:22,24
61:10

**detailed**
100:25

**details**
28:22 29:6

**detect**
116:15,18

**detected**
146:3

**deter**
23:21

**determination**
86:2 117:2

**determine**
38:13,21
45:10 69:2
117:13
167:18

**determined**
22:13 23:14,
21 24:14

**determines**
85:17

**determining**
24:18

**develop**
76:19 120:3

**developer**
77:19 164:6

**development**
153:8,9 164:5

**DF**
14:10

**dial**
66:6

**dialed**
19:9 20:7

**die**
157:7

**differ**
58:22

**difference**
21:13 45:1
49:1 157:11

**differentiates**
103:5,7

**differently**
63:16 145:8,
14 178:1

**difficult**
9:2

**difficulties**
123:20

**dig**
34:20 87:24

**digging**
167:2

**DIPM**
41:22

**direct**
7:8 8:16
69:10 131:24
134:21 173:6

**directed**
10:2,24 16:10
138:14

**Directing**
13:2,22 26:21
27:15,20
28:9,21 29:5

**direction**
80:8

**directions**
79:16

**directly**
70:22 80:9
130:23 156:1
167:21

**Director**
43:4,11 44:17
132:16

**directors**
69:12

**disagree**
107:12

**discloses**
23:18

**disconnection**
140:4,5

**discovery**
155:14

**discretion**

121:20

**discretionary**
152:6

**discriminatory**
149:5

**discussed**
20:24 27:7
31:16 73:22
76:6 146:17

**discussing**
12:4 105:19

**discussions**
80:10

**dispute**
141:2

**disputes**
168:24

**disruption**
164:17,20

**distinction**
44:7 51:5,12,
17,19 144:1,4

**distinguish**
12:2

**dive**
138:5

**divert**
63:15 151:18

**diverted**
64:2

**diverting**
62:5

**DNC**

113:23 114:5,
9 142:9,12
161:7,8,9

**DNO**
70:1,2

**document**
12:23 30:15
35:2,8 36:9
37:7 90:17
91:14,17,25
92:7,9 140:19
155:14,21
160:13
171:23
172:23,24
173:4,12
174:20

**documentation**
140:20

**documented**
14:1

**documents**
12:4,9 16:1,
16 46:10 47:9
88:24 99:19,
24

**doesn't**
156:19

**dollars**
143:7

**domestic**
146:14
159:13
167:19 168:8,
15 169:6,11,
19,20

Joshua Bercu                August 09, 2023

donation
68:22

don't
34:19,20
43:19 50:12
66:23 70:9
71:20 79:5
92:4,5 106:13
109:15 117:7,
16 132:6
143:12 159:3
164:11

double
132:5 139:12,
13 162:2
164:12
167:14,15

doubled
34:17

download
61:21

downloaded
171:24 172:9
174:9,20

downstream
19:12,17,23
20:25 152:23

dozen
128:13

drag
98:18

drive
171:8

driven
171:4

driver's
6:23,25

drop
158:9

dropped
134:7

duces
10:24 15:22

due
105:22
106:18
123:20

Duke
35:11 125:16
126:18,20,23,
25 127:5
132:12,23

duration
22:3

—————

E

earlier
27:22 33:21
40:21 44:1
73:23 74:21
77:21 78:14
82:4 83:13
92:23 95:8
110:20 112:6
128:1,15
131:14,23
133:20 141:9
142:8 143:14
146:17
156:23 173:2

early

45:5 76:14
77:5,13 99:1

easy
39:14 42:7

eat
124:24

Economics
42:13

ecosystem
148:21

edge
153:25

Eduardo
5:24 28:10

education
41:5

Edward
90:5

effect
84:17,20,22

effective
55:6

effort
45:7 46:18
47:15 48:17
68:19 69:11
71:15 75:11
77:14 83:14
104:23
127:15 134:2
149:4,8
157:21,23
163:3 171:16

efforts
11:18

elapsed
21:13

election
33:9,10,11,
15,23

else's
57:15

email
18:9 28:15,19
29:9,16,22,24
30:4,19,21,24
31:3,8 35:11,
17 36:18
40:1,7 44:13
47:20 76:5
100:3 103:21
104:2,5
105:17,22
124:15
125:16,21
132:1,11,15
134:19 178:8,
11,17 179:20

email's
132:10

emails
30:3 35:13
36:1 95:16
98:18

emphasis
141:12

employed
42:23,24

employees
11:13 101:11

employment
42:14

enable
159:11

encompasses
47:8

encourage
159:15,16

encouraged
101:4

encouragement
131:24

end
19:21 21:16
52:21 55:3
57:10 84:5
86:5 99:25
112:22
115:22
120:16
133:15
139:16,17

ended
85:4 133:7

ending
84:3

ends
116:9

Energy
35:11 125:16
126:20,23
132:23

enforcement
75:2 86:25
87:5 106:9
107:3 138:3
142:16

Joshua Bercu                    August 09, 2023

148:18,20,25
149:10 150:2,
10 151:2
158:23

enforcer
117:1 140:25
150:13

engage
105:1

engaged
98:15

entered
26:12

entering
171:2

enterprises
71:8

entities
45:6 50:13
52:4,13 54:12
56:24 68:18
74:19 87:13
101:18 109:7
119:20
122:13
128:25 157:9
159:1

entity
21:20 24:20
50:19 52:7
67:24 97:10
109:18 140:1
150:22
151:25
168:25

entries
100:14

122:19
136:21
145:24

entry
17:15 18:14
36:14 37:21
38:9,12,14,19
87:2 92:23
93:3,6,12
95:8,9 96:3,
11 97:17
108:2,6
109:11
133:22 134:6,
23 135:8,15
136:3 145:19
148:2 158:10
167:5 168:7,
13,18,25
169:18

environment
158:24

eradicated
97:17

error
136:10

errors
178:2

escalation
37:17 95:10
96:5,10 97:10
133:20 139:5
157:20

essentially
57:9 72:7
100:17 111:3

established

15:12

etcetera
22:4 25:7
34:4 65:11,24
135:14
148:20
152:21

ethical
75:22

evaluated
46:9

evaluation
141:21

event
11:13 79:12
129:3

eventually
179:15

everyone's
62:21 124:11
150:7

evidence
31:2 59:24
105:3 140:15

evidencing
136:24

evolution
83:10

evolved
131:17,21
139:20
140:17,18
152:4

evolves
150:5

evolving
150:4

exact
33:11 60:23
64:18,23
65:10,11
132:6 154:4

exam
7:8 42:3

EXAMINATIO
N
8:16 40:15
161:15
176:17

examine
58:3

examples
7:20 24:17
53:1,3,14,15,
20 54:3,4,20
56:9,23 58:23
59:18 60:24
64:20,23 65:7
66:12,14,25
70:14,24
71:4,12 72:8
73:6 76:19
78:21 113:1
123:2,15
124:6 127:6
129:1,21
130:7

Excel
160:17

Excellent
42:22

exclusively

26:6 72:20

excuse
56:10 103:22
164:2

executive
43:4,11 44:17
47:15 69:4
77:19 132:16

exempt
72:25

Exhibit
9:17,18,20,24
10:14,15,17,
21 12:13,15,
17,20,21,25
13:25 15:2,
14,15,19
16:4,6,19,20,
25 17:5
27:10,25
28:1,3 30:12,
16 32:24 33:1
34:5,8 35:3,5,
17 36:4,6
37:7,9 40:11
90:21 91:2,12
92:3 103:20,
21 117:17,20,
22 118:3
125:13
138:21
155:13
171:21,22
172:1,23,24
175:1

Exhibits
7:12,16,17,19
15:3,7 30:10
40:1 76:10

Joshua Bercu                    August 09, 2023

89:6 172:25
175:19,22,25
178:18
179:20

expand
155:9

expense
7:16

experience
54:20 101:14

experiences
98:3

expert
50:12,14
65:21

explain
46:16 51:9,20
120:11
177:19

explaining
83:17

explains
139:6

explanation
40:23 83:12

explicit
76:15 170:4

extend
95:23

extended
166:24

extensions
172:10

extent

36:13 70:15
80:4 83:7
91:6 105:6

external
132:11

extremely
33:17 119:15

_____

**F**

face
140:3

faces
100:7

facilities
154:2

fact
55:1 68:2
101:21,24
102:5 103:8,
10,12 104:16
108:25 137:3,
22 156:16
169:5,19

factor
169:14

factory
121:9

facts
36:1 145:1
170:12

factually
169:20

failed
18:4 21:18
31:3

failures
156:21

fair
19:3,10 25:17
82:9 84:16
101:14
128:11
143:20
164:13
166:22
167:16 168:6,
13

fairest
150:12

fall
103:12
109:10
122:14

falls
110:21

false
37:3

fam
118:10

familiar
91:14 92:7
99:15 104:1
107:9 118:11
121:13
125:19
138:12

family
99:15 100:16
101:4

fault
141:17,21
142:4,14

FCC
11:19 37:13
46:13,14,21
47:4 48:5,7,
10 49:5,19,25
51:3 52:4
54:5 74:24
77:23 84:6
85:13 86:3,
16,18,25
87:22 88:2,8,
12,25 89:2
102:23
105:14,18,19
106:7 107:2,
6,10,12 132:2
137:20,25
139:25
140:20
142:16,24
149:18 151:3
152:1,11
160:13,15,16
161:18
173:23

FCC'S
11:25 39:2
47:9 75:1,3
84:17 85:24
86:1,15 95:23
149:7 169:2

features
62:15

February
16:11 96:17

federal
42:1 49:7,8,
10

Fedex
120:19,20

fee
128:21
129:12,14,24

feed
129:21
152:19

feedback
161:4

feeds
54:4 129:1

feel
99:3 119:9
147:10

feeling
152:3

feels
49:10 167:3

fell
103:10

felt
63:12 104:13
141:12

field
20:12 23:14

figure
89:6 106:15
138:15
148:13

filed
91:4 136:11

files
160:17

Joshua Bercu                    August 09, 2023

final
  159:21

financial
  68:22,23

financially
  68:19

find
  13:15 19:8
  22:7 30:10
  47:7 93:23,25
  99:23 105:18
  111:22
  127:23
  139:18

finding
  62:20

fine
  179:3

fired
  165:16

firm
  41:24

firsthand
  63:19

fitting
  102:5

five-minute
  89:9 159:21

flagged
  139:25

flat
  128:21
  129:12,14,24

flexibility
  142:21

flooding
  136:12

Florida
  5:11,12,19,20
  7:7 178:22

flow
  122:17 141:3

flows
  130:23

fluctuate
  163:9

fluctuates
  163:11

focus
  134:4

focused
  47:14 70:25
  119:19

folks
  168:24

follow
  42:9 51:14
  64:14 120:13
  173:18

food
  121:6,16,23,
  24

footsteps
  42:9

foreign
  17:19 38:18
  95:20,24
  133:25
  136:13,24
  146:13

158:16,18
168:20 169:3

foreigners
  95:25

forget
  60:23

forgetting
  154:4

forgot
  146:16

form
  6:21,22 9:5,6,
  8 25:18 48:11
  49:14 50:8,24
  53:11 55:11
  57:17 58:15,
  19 59:3,13
  63:8,24 64:15
  66:19 68:4
  72:2 73:4
  74:15,25
  79:10 86:7
  96:19 97:11,
  20,25 101:7,
  15 102:16
  108:12,20
  109:2 112:23
  113:24 115:2
  119:17 120:1
  121:17 122:7,
  15,25 123:13
  124:4 132:25
  134:17 136:1,
  16 138:25
  141:19
  143:19
  144:12,21
  148:15 156:9
  158:1,2

159:13 171:3

formal
  46:20 80:1
  83:20 141:2,
  21 142:3
  156:11

formalized
  141:1

formally
  46:22

forward
  80:12

found
  21:17 99:12
  133:16 149:8

FPD
  17:18

Frankel
  14:11,13,14
  76:23 81:3
  98:13 101:5
  103:22
  118:21
  152:25
  163:16 170:9
  171:10

Frankel's
  79:22 104:9
  118:8 170:25

frankly
  138:18
  150:24

fraud
  51:23 55:22
  101:13
  127:22 140:3,

6 155:11

fraudulent
  51:6,18 61:24
  75:6 120:13
  157:13

frequency
  37:18

frequent
  23:13 166:21

frequently
  38:11 148:3

fresh
  83:23

friendly
  118:15

front
  83:24

FTC
  140:21
  149:15,20

FTC'S
  22:15,17

full
  6:16 70:10,
  12,19 72:12
  107:14
  120:17
  122:17
  132:18
  153:23 154:3,
  6

fun
  89:5

function
  44:3 49:9

Joshua Bercu                    August 09, 2023

**fund**
  36:15 71:15
  149:3

**future**
  69:12 161:3

___

          G
___

**gained**
  38:3

**gamut**
  80:18

**gave**
  32:21 40:23
  48:6 74:11
  103:9 105:19
  106:8 132:18
  142:8

**Gellis**
  5:4,22 7:9,13,
  15,24 8:6 9:5
  15:8 39:13
  40:7,16 48:13
  50:2,9 51:1
  53:22 55:12,
  13 57:21
  58:16,24
  59:5,20 63:20
  64:6 65:2,15
  66:20 68:9
  72:14 73:8
  74:17 75:4
  79:20 84:2
  89:10,22
  90:1,7,12
  94:5,8 96:22
  97:13,22 98:2
  101:9,23
  102:19

108:13,22,24
109:4 113:2
114:2 115:5
117:15,23
118:1,2
119:21
120:10 122:3,
10,21 123:5,
24 124:10,19
125:1,9 133:6
134:14 136:5,
19 139:8
142:6 143:25
144:18,23
145:7,12
149:9 156:13
160:1,7,10,11
161:11 171:3
175:20
176:16,18
177:5 178:12,
15 179:8,10,
14,21

**gen**
  59:23

**general**
  5:10,19 27:10
  90:21 101:10
  148:3 153:22
  165:8 178:22

**General's**
  5:20,21 7:8
  94:21 110:25
  155:15

**generally**
  20:6 26:19
  85:2 101:17
  108:6 112:4
  119:19 120:4

130:3 147:1
163:3

**generate**
  173:20,21

**generated**
  59:23 61:15
  74:10 176:2

**generates**
  142:10

**Georgetown**
  41:13

**give**
  5:5 6:12 9:9
  12:11 15:10
  30:10 39:6
  43:13 51:2
  52:21 85:21,
  22 86:22
  99:25 100:7
  103:2 125:18
  129:25 176:4

**giving**
  125:24

**glad**
  121:1

**glanced**
  40:21

**go-between**
  118:15

**goal**
  126:16

**good**
  39:12,15
  40:17 42:6
  54:21 79:18
  89:8,10 90:5

93:14 95:1
124:11,13
125:10
135:16,22
140:14
159:17,25
179:5

**goods**
  120:16,18,19

**govern**
  52:14

**government**
  42:1 52:12

**governmental**
  52:4,7

**governs**
  46:24

**graduate**
  42:20

**graduated**
  41:14 42:16

**great**
  10:13 40:4
  65:16 91:16
  94:6

**grounds**
  139:22

**group**
  5:9 7:21,22
  10:2 11:8,9,
  12,14,22
  12:1,3,5
  14:15 16:11,
  15 37:13
  43:4,12,13
  67:5 169:24

170:10
173:23

**Group's**
  171:24

**Group's**
  26:7

**grow**
  148:4

**growing**
  127:14

**guaranteed**
  129:16

**guess**
  33:12 42:22
  45:2,18 61:15
  64:8 71:25
  74:3 110:6
  114:3 117:17,
  18 128:9
  130:15,16
  131:24
  141:14

**guessing**
  45:20 138:21

**guidance**
  68:20 69:11
  75:23

**guide**
  47:15 171:18

**guided**
  170:24

**guy**
  112:1

**guys**
  85:7 89:11

Joshua Bercu                    August 09, 2023

98:20 103:12
125:18 146:1
159:16

**H**

**H-U-A**
6:18

**habits**
170:8

**hackers**
65:24

**hacking**
65:25

**half**
42:17 77:1
128:12 132:7

**Halley**
35:25

**Halley's**
35:16

**hand**
6:10,20 77:22

**handful**
166:19

**handing**
59:12

**happen**
109:8

**happened**
34:22 164:9
166:11

**happening**
133:3

**hard**
158:1

**harming**
72:8,9

**Harvard**
42:21

**hat**
132:20

**hates**
171:5

**head**
40:25 45:24
71:21 110:12

**heading**
27:12,13

**headings**
17:3

**health**
42:18

**hear**
9:4 40:22
57:10 64:13,
25 127:12

**heard**
39:20 44:1
78:14 89:19
123:21 125:5
145:11
152:17 160:5

**hearing**
57:7 71:2
175:19

**heavily**
110:1,4

**held**

5:2 39:19
89:18 125:4
152:5 157:22
160:4

**helping**
71:15 78:5
81:11

**hey**
47:23 83:23
86:8 97:15
125:11
140:22
160:24 161:2
166:12
168:24

**high**
25:11,15
68:10 95:9
96:13 131:9
141:10

**higher**
69:5 110:9

**highest**
38:8 100:13
108:1 109:18
110:11

**hired**
35:22

**history**
42:14 45:4
95:6 107:7

**hit**
9:19 22:6
70:14 140:10

**hits**
53:4 71:3

**hitting**
53:18 55:5
66:7 140:11,
13

**hold**
83:6 87:9
95:3 144:19

**home**
33:15

**honestly**
9:13 150:7,13

**honey**
54:9

**honeypot**
54:3,14,16
61:7 65:18,
19,20 66:3,9,
11 70:7,20
71:3

**honeypots**
65:17,21
69:14,16,19,
23 70:4,11
140:14

**HOP**
13:5 20:12,
20,22 21:18,
19,21 26:16
114:12

**hope**
42:9

**hoping**
147:19

**HOPS**
13:3 17:10
26:22 27:3

34:11 112:7,
10 114:25
116:9 141:15,
16 156:23,25
157:5,14

**hot**
166:8

**hour**
39:8 98:20

**hours**
85:14

**house**
120:20

**humans**
55:4

**hundred**
145:4

**hyphenate**
94:7

**I**

**IAPP**
41:20

**ID**
23:22 28:10,
19

**idea**
77:4,25

**ideas**
77:23 170:22

**identical**
64:25

**identification**
6:21,22 9:21

Joshua Bercu                    August 09, 2023

10:18 12:18
15:16 16:7,21
28:4 30:13
33:2 35:6
36:7 37:10
172:2

**identified**
17:24,25
19:18,19 21:1
36:14 38:8
93:2 168:17
175:13

**identify**
13:13 19:7
66:13 75:12

**identifying**
140:1

**ID'S**
29:2

**ignore**
139:24

**illegal**
13:13,14
18:17 32:14
37:19,23 38:3
51:6,12,21
62:19,22
63:14 71:13
73:17 75:12,
13,14 76:19
104:23 105:4
113:15
116:17 119:3
120:7,16,17
127:23
130:21 135:2
136:13 140:7
143:2 144:16

161:7,9
170:18 171:1

**illegality**
137:23,24

**immediately**
18:23 19:22

**impact**
127:15
162:21

**implement**
119:23

**implemented**
105:14 150:8
152:22

**important**
95:17 106:18
109:20
146:10 147:2,
3,11 157:16

**impose**
111:19,22

**inaccurate**
170:11,20
173:13,14

**inactive**
41:16

**inappropriate**
75:21

**inboxes**
63:23

**incidents**
130:25 131:1,
2

**include**
26:15 71:16

172:25

**included**
69:23

**including**
53:9 67:15
68:19 116:20
119:4 139:25
147:8 155:10
160:17
163:11

**inconsistent**
170:8

**incorporate**
146:5

**incorporated**
174:7

**increase**
127:15
171:11

**increased**
157:5

**incredibly**
147:10

**independent**
73:2

**independently**
81:4

**indication**
103:9

**indicative**
122:23 123:7,
11 124:3
135:1,4

**individual**
54:17,19

115:10,12

**industries**
71:11

**industry**
5:9 7:22 10:2
11:7,9,12,14,
22 12:1,3,5,8
14:15 16:10,
15 26:7 37:13
43:4,11,13
46:18,20
48:17 63:13
67:5 71:6
77:20 83:15
87:4 169:24
170:9 171:24
173:22

**inform**
69:18

**informal**
80:1,16 162:1

**information**
13:7,24 17:13
21:20 24:8,21
26:15,19
27:18,21
29:12 32:16
36:24 37:3,24
38:2,25 39:1
47:11,14,16
53:25 61:8,9
63:19 64:17
71:22 72:4,
12,13,15,19,
23 73:3,6,7,
14 76:4,20
81:4,6,8,13,
14 83:8
85:12,21

86:9,11 87:7
88:11 116:19,
25 130:9,10
137:17,25
147:9 152:16,
18 153:11
158:7 160:21
163:6 165:9,
19,25 166:2
167:5,25
168:4 169:25

**inherently**
143:2 152:6
156:20
169:10

**initiate**
20:7 24:21
58:5 60:13
61:11 114:22

**initiated**
115:24

**initiates**
24:25 61:1

**initiating**
53:2

**initiation**
54:1

**initiative**
129:20

**input**
150:22

**inquiry**
75:5,10

**insight**
122:9 144:5

Joshua Bercu                    August 09, 2023

insights
144:7

instance
87:11 105:8
163:13

instances
98:17 99:10

instant
16:10

intellectually
171:6

intend
91:20

intent
174:6

Inter
41:20

interactions
153:10

intercept
56:4

interchangeably
43:16

intercompany
11:14 67:4

interested
88:10 171:6

interesting
42:10 44:24
105:11,13

intermediate
80:18 109:25
110:22

111:23,24
115:15
119:13 120:6,
12 121:5
143:22 144:2
157:13,22
165:3

intermediates
143:15 144:9

internal
132:11

international
20:2 36:14
41:21 159:9,
11

internet
176:21

interpretation
114:23
170:13

interpreting
173:6

intro
9:17

introduce
9:16 10:15
12:14 172:23

introduction
126:19

invest
87:25

investigate
164:21 165:7
175:13

investigation

162:9

investigations
35:21

investigative
10:24 15:21
87:25

investments
69:13

involved
35:20,23
134:21
161:19

IOR
19:24

IP
28:22 29:1,6,
12,17,20,25
30:2,5

iphone
8:5

IP'S
103:16

ish
110:20

issue
22:2 43:19
49:24 87:11
99:16 141:7
143:8 150:9
152:20

issued
12:6 16:9

issues
105:6

issuing

11:3

items
8:24

ITG
15:25 17:6
27:16 32:13
36:12 37:18,
24 43:15,23
44:6,10,15,
16,22,25
45:2,3,13,15,
23 46:5,14,17
47:11,21
48:1,7 49:9,
12,16,24
50:15,18
51:2,5,11,15
52:3,6 53:8,
12 54:7,18
58:4 66:8,9,
16 68:11,14
69:7,10,14,
16,18,24
70:4,8 71:5,
22 73:2,24
74:4,8,13
75:18 76:11,
23 78:3,8,19
79:12,21
81:13 83:18
85:16 87:21
91:17 94:16
97:15,24
101:4,6,12
104:18
106:12,15,17
111:19 129:8
131:15 132:4,
16 133:25
135:15

140:19
141:17
142:13 146:8,
15,22 147:3,
6,11 148:8,
13,23 149:11,
13,16,19,20,
22 150:9,10,
15 151:1,3,5,
20 153:17
154:17 156:7
158:4 159:15
160:20,23
164:15,21
165:10 168:3
170:25
171:12
172:10
173:20 176:2

ITG'S
26:7 35:20
46:13,24 49:9
51:19 52:20
55:15 70:2
85:5 104:13
116:14
125:23 134:4
136:14
158:15
171:19 173:1

it'd
110:17

it's
8:6 11:24
17:7 20:9
24:23 38:15,
16 42:7 46:4
47:9 56:13
60:8 86:24
91:12 95:24

Joshua Bercu                    August 09, 2023

96:20,21,25
107:6 108:21
112:8 118:24
129:14,20
148:25 149:1
150:21,24

**I'd**
34:20,25
116:24 133:9
162:2 166:18

**I'm**
41:14 43:24
64:7 108:22
138:14 154:4

**I've**
9:16,18

---

**J**

---

**J-O-S-**
6:17

**Jacob**
6:2

**Jake**
144:24

**January**
96:13

**JB**
14:16

**job**
76:18

**join**
46:5 147:6
148:13

**joined**
5:24 45:23

**Jose**
8:13

**Josh**
65:12 103:22
105:24
161:17
179:22

**Joshua**
6:17

**JR**
8:4 103:22

**judgment**
150:15

**July**
137:5,8

**jump**
125:12

**jumping**
54:13

**June**
137:5

---

**K**

---

**Kelly**
36:21,24

**Kelly's**
37:3

**key**
98:7 116:21
147:3

**kick**
107:19
150:11

**kind**

40:21,23
52:7,20 60:16
62:23 66:16
78:18 80:17
86:21 92:1
94:25 95:9
119:23
120:23 121:5
130:9,10
132:14
141:14,17
156:3 157:23

**knowledge**
14:23 26:20
31:4 36:1
37:1 38:2
55:15,17
56:2,6,16,17,
19 61:25
62:12 63:10,
17,25 64:5,16
70:13,19
73:14,23
74:13 75:17
77:17 80:1
81:25 82:24
83:2,3 87:23
89:2,4 97:12
101:25 107:1
109:8,14,16
113:11 139:9,
10 145:17,19,
22 149:24
151:7 173:19
174:22

**knowledgeabl
e**
170:21

---

**L**

---

**label**
24:11 25:14,
16 143:11
172:24
175:21

**labeled**
17:12,14
26:24 27:15
28:22 37:16,
17 38:19
114:1 168:6
169:18

**labeling**
120:3 143:9

**lack**
174:21

**laid**
72:5

**landing**
174:14

**landline**
23:1,9,11,20

**landscape**
82:20

**language**
34:3 85:8
94:18 131:13
173:17

**larg**
38:8

**large**
72:9 109:25
119:15 120:5

143:21,22
144:1

**largely**
38:23 40:12

**larger**
7:21 37:23
123:4,17
124:7 166:14

**Latam**
36:11,22,25
138:10

**laundered**
120:18,24

**law**
41:6,11,13,24
42:2,15,16
48:6 49:7
50:4,23 75:19
87:5 138:2
151:22
170:13

**laws**
51:23 179:16

**lawsuit**
91:4 136:11

**lawyer**
170:15

**lawyers**
75:8

**layer**
148:24

**layers**
157:2

**lead**
80:9 102:4

Joshua Bercu                        August 09, 2023

103:12
142:15

**learn**
65:25

**led**
11:18

**left**
57:2 59:11,15
92:13

**legal**
5:11 75:21,23
76:1,14,18
80:5 104:12
117:7 120:9,
19,24 138:5
139:18,21
140:22
142:19 144:4,
14 159:2

**legally**
161:10

**Lengthy**
118:15

**lets**
138:4

**letter**
36:11,13
37:3,12,17,22
95:10 96:5,10
100:16
133:20 138:9,
15,24 139:3
157:20 174:6

**let's**
68:23 89:11

**level**

69:3,5

**levels**
68:14

**liability**
5:12 111:16,
22

**license**
6:23,25 7:3

**light**
95:3

**likes**
80:6

**limit**
9:7

**limitations**
137:18

**limited**
5:12 72:18

**lines**
31:11

**link**
25:21,22
31:20 174:9,
17 176:24

**links**
57:6

**list**
26:24 27:16
34:8 66:9
69:24,25
70:1,2,7,10,
12,13 97:1
109:10
113:23 114:5,
9 130:10,14

142:25
145:18
155:19
160:12 175:1

**listed**
7:17

**listen**
25:23 26:1
65:9 66:5

**listening**
32:18 56:25
57:9

**literally**
126:13

**litigate**
140:25

**litigation**
16:10

**litigator**
41:7

**live**
25:15 56:7,21
58:18,21
64:11 139:23
155:8,11

**LLC**
5:9,12,24
10:2 11:8,9,
12,14,22 12:3
14:4 16:11
43:13 67:5
132:17
159:13

**lobbying**
67:21,22,23

**lobbyists**
67:20

**locate**
21:21

**log**
26:8 28:11
52:13 81:5

**logged**
28:23 29:7,
13,17,20,25
30:2

**login**
28:24

**logins**
29:17 30:5

**long**
107:7 153:23

**longer**
9:5 78:12,15,
18 79:1 81:19
84:15,18
134:15
147:13
166:12

**looked**
82:6 96:3
109:5 114:4
134:5 135:21
138:7 145:18

**lot**
25:14 41:8
53:1 65:8
77:4 82:22
83:9,12 87:1
96:23 103:2,
17 111:10
117:4 120:21

127:16
131:17
137:14,15,18
139:24 140:2,
7 144:16
148:7,19
150:6 152:17
158:19,22
171:16

**low**
25:1,5,9,11,
16

**lower**
97:1

**lunch**
89:6 124:11

**lying**
99:3,6,8
102:10
165:22

---

**M**

**M-I-N-K-I-N-B-
E-R-C-U**
6:18

**made**
19:21 37:25
38:24 64:4
67:8 77:17
82:7 83:1
93:20 100:20
112:21 132:3
135:22
136:13 140:8
145:20 150:6
152:15
165:11

Joshua Bercu                              August 09, 2023

169:11
174:10,13,18

**main**
151:17

**maintains**
22:1

**major**
54:2 55:10
83:4 110:16

**majority**
52:23 166:22

**make**
8:24 15:5
20:11 39:4,14
51:5,11 82:16
83:6 86:2
87:10,11
89:11,12
90:11 91:12,
24 92:2 93:21
94:24 105:21
114:20 117:1,
17 127:14
130:4 131:8
143:2 144:6
148:14
157:17 158:5
159:24
164:23
168:11 170:7
175:5 177:7

**makes**
9:1 48:15
157:12

**making**
64:14 87:15
150:15
170:10

**Maldonado**
90:3,4,6,9

**man**
94:6 124:19
133:13

**management**
41:23 79:14
133:14

**mandate**
84:7 87:3

**mandated**
85:5

**mandatory**
132:3

**manually**
167:20

**March**
10:25 15:23
106:7 132:7

**Marcus**
8:6

**mark**
91:1 103:21
171:21,22
175:18

**marked**
9:16,18,20,23
10:15,17,20
12:15,17,21,
24 15:14,15,
18 16:4,6,20,
25 17:10
28:1,3 30:12,
16 32:24
33:1,25 34:5
35:3,5 36:4,6

37:7,9 91:18
136:8 171:25
172:1

**markedly**
164:15

**marking**
99:25

**Marriott**
71:16,17
128:1 162:8

**matches**
24:18

**matching**
65:11

**matter**
5:10 90:18
148:3 153:22
165:8

**meaning**
17:2,4 21:1
31:15 81:5

**meaningful**
96:18

**means**
17:21 18:16,
21,23 19:12,
17,25 20:4
23:7 66:4
92:22 113:3,
6,7,9 114:8,
11 117:3
134:9,15
149:2 157:1
168:7,18

**meant**
123:3,16

124:6

**measure**
156:4

**meat**
83:24

**mechanics**
162:22

**mechanism**
128:22
129:13 141:3
142:4 156:11
163:4 165:13

**mechanisms**
119:24

**meet**
71:12

**member**
41:16 45:3,
12,13 146:9,
17 148:7,22
149:16,19,20,
22 150:2,12
153:24
160:20
169:23

**members**
45:10,15,16,
21,22 47:11
54:7 67:12
68:13,15
69:24 70:5,8
147:12,15
149:11,13
150:9 153:16
154:3,5,6

**membership**
45:8 46:7

47:21 68:14
69:2 146:19,
21,22,25
147:2,17,21,
22,25 148:4,
5,11 149:4
150:16

**membership's**
149:1

**mentioned**
19:2 54:14
72:1 74:21
77:21 82:4
122:8 127:16
128:1 161:17
162:8 163:14
167:4

**merit**
170:23

**message**
25:13 57:25
59:2 64:12,25
65:11

**metric**
156:4

**middle**
131:7 157:1
159:2

**mill**
157:7

**millions**
136:13
140:12 143:6,
7

**mind**
9:19 51:19
80:22,23 81:2

Joshua Bercu                    August 09, 2023

123:24 173:8

mine
121:21
170:14

minimum
129:16,25

Minkinbercu
6:17

minute
15:10 39:9
89:5 93:23
100:4 103:23
105:25
125:19 126:2
139:15

minutes
39:6 159:24

Miriam
5:14

mischaracterize
63:6

misnomer
65:20 66:2

mission
116:17

misspoke
164:2

mitigate
72:20 102:23

mitigation
39:2 126:14
133:14
156:21 167:6,
12,17 168:1,

16,19,21
169:1,7,11

mixed
142:1

Mm-hmm
23:4 34:10
54:15 58:8
91:15 96:6
104:10
109:23 118:9
134:8 137:13
138:8,11
155:16

mode
170:5

model
129:2 131:23
158:12

models
128:21

moment
5:6 8:3 39:21
89:23 99:25
125:6 178:17

month
92:14,17,20
93:11 96:4
100:13 108:1
109:8 111:4,
11 129:4,25
130:3,4
131:19
135:20
136:14
137:15
140:12
143:10 163:9
164:6,14

166:8,16,24

monthly
60:20 146:2
162:13

months
43:14 96:9
97:4,16,18
108:14,17,25
110:25 137:3,
5,11

morning
8:18 40:17
90:5 125:13

motivated
171:10

motivation
170:24

MOU
52:15

move
15:2 39:11
76:25 87:4
100:7

moved
86:19 88:13

moving
16:18

multinational
119:15

multiple
58:23 116:9
117:20

mute
178:14

mutual

79:3,15 80:2

mutually
80:13 155:5

---

**N**

N-O-M-O-R-O-
B-O
65:14

name's
5:22

names
80:22 87:24

national
22:10

native
63:11

nature
143:1

NCLASS
23:5

necessarily
91:19 111:15
144:3 156:17
161:7

needed
82:13 86:9

net
144:20

network
19:20 28:17
29:7,13 36:15
66:1 105:8
107:19
119:13 120:8

126:9 133:17
142:18 144:5,
15,17 165:5
170:19

networks
171:2

neutral
149:8 161:18

newest
174:16

NGM
36:11,22,25
138:10

nobody's
147:22

NOC
28:14,16

NOC@
SMARTBIZTIL
L.COM
29:9

nominal
127:6

Nomorobo
64:25 65:6,8,
13 77:21,24

Nomorobo's
65:1

non-
18:1 49:24

non-carrier
154:5

non-
compliance
106:9 107:3

Joshua Bercu                          August 09, 2023

**non-members**
160:21

**non-responsive**
17:16 18:24
98:24 152:12

**non-us**
17:23 45:22

**non-wireless**
23:3

**nonetheless**
152:5

**nonprofit**
67:10

**nonresponsive**
152:24

**normal**
93:19

**normalized**
141:3

**North**
126:19
149:21

**note**
14:3 22:5,9
41:25 118:7,8

**noted**
43:17

**notes**
14:1,8 15:11
17:12 18:22
19:16,24 39:9
176:5 177:6

**notice**

10:5 13:5
17:4 18:5,7
20:21 21:8,
11,19 25:22
30:19,24 33:5
51:3 82:16,17
83:1 85:7
89:3 90:17
97:10 102:23
107:16 109:6
111:16 176:1,
7,11

**noticed**
10:11

**notices**
7:20,21,23
27:11 31:6
33:24,25 34:7
52:2 82:6,7
83:17 152:9
175:4

**notification**
18:10

**notified**
21:6,14
106:12,15,17

**notion**
120:24

**notwithstanding**
90:22

**November**
33:6,8

**NR**
18:1,21

**nuance**
43:21 93:16

110:8

**number**
5:13 7:3
12:15 13:18
17:7 20:7,12,
17 22:3,10,
18,25 24:2,6,
9 25:4 26:22,
25 27:3,6
31:12 34:11,
16 60:23,24
70:15 88:1
93:1,11,12
95:9 96:3,25
97:3 99:25
105:21
108:16
109:18
110:10 112:7
114:9 122:13
126:12,13,15
129:4,16,21,
23,25 131:4
133:21
135:21
141:15 142:9
145:19 146:2
156:5,8,10
157:5 159:17
161:6 163:8,
20 164:14,18
166:5 171:1

**numbered**
92:3

**numbering**
15:5 17:6

**numbers**
13:19 23:24
40:11 61:7,24

66:5,6,7,10
69:19 70:4,7,
18,20 95:1,3
110:9 114:5
117:21
141:10

_____

**O**

**oath**
6:6,10

**Object**
9:4,6,8 25:18
48:11 49:14
50:8,24 53:11
55:11 57:17
58:15,19
59:3,13 63:8,
24 64:15
66:19 68:4
72:2 73:4
74:15,25
96:19 97:11,
20,25 101:7,
15 102:16
108:12,20
109:2 112:23
113:24 115:2
119:17 120:1
121:17 122:7,
25 123:13
132:25
134:17 136:1,
16 138:25
141:19
143:19
144:12,21
148:15 156:9
171:3

**objection**
15:6,8,9
79:10 83:7
122:15 124:4
175:18

**objections**
9:7,10 90:22

**obligation**
48:19,21
85:25 162:4

**obligations**
85:6 142:20

**obtained**
13:8

**obvious**
83:15 137:23

**occasionally**
54:6 71:1
87:10

**occur**
36:19

**occurred**
14:24 87:17

**occurring**
162:16

**October**
33:20 35:12
131:18

**office**
5:10,20,21
7:8 11:3 28:7
94:22 110:25
126:19
155:15

**official**

Joshua Bercu                    August 09, 2023

67:6 154:21

**officially**
177:12

**oldest**
154:1

**Olivar**
8:7,13
104:11,14

**onboarded**
163:22

**online**
163:14

**Oops**
50:20

**open**
117:15

**opened**
151:7

**operate**
80:7 174:2

**operating**
87:13

**operation**
28:17 29:7,13
69:10 147:18
151:19

**operational**
167:9

**opining**
132:14

**opinion**
142:3 144:8
151:21 176:9

**opinions**

151:23
170:16

**opposite**
165:15

**optics**
150:7,24

**order**
45:13 47:10
61:11 106:8,
24 178:13,21,
23,25 179:1,
12

**ordered**
178:9

**ORG**
19:16 20:4

**organized**
40:9

**origin**
11:18 62:11
65:21

**originate**
69:24

**originated**
13:16 19:9
21:20

**originates**
18:18

**originating**
19:17,19
116:2,7
157:3,12

**origination**
141:23

**originator**

20:1,2,4,6
119:10
141:16 148:2

**oth**
31:2

**outbreak**
121:8,16

**outbreaks**
121:6,7

**overloaded**
62:21

**overseas**
140:6

**oversight**
47:5

**owned**
11:10 44:3

**ownership**
154:8,10,11,
15

_____

**P**

**p.m.**
123:21 125:4,
5 160:4,5
179:25

**package**
120:15

**packaged**
64:12

**packages**
120:21,22

**packaging**
57:16

**packs**
129:5

**paid**
71:6,17,19
127:5 152:25
162:8

**paragraph**
94:1,9 125:25

**paraphrase**
60:5 85:9

**part**
7:20 14:15
24:15 33:14,
16 35:22
41:23 48:21,
22 55:19 70:3
71:14 81:13,
21 84:25
86:24 91:3
95:8 127:13
132:18 134:2,
3,4 149:4
150:3 151:1
157:8,25
162:1 170:3
173:12,21
174:3,5

**participant**
146:15
147:11

**participate**
146:11

**parties**
5:15 9:9
150:25

**partner**
42:19 119:5

153:8 163:17
164:5

**partners**
52:25 100:25
119:4 157:18
158:5,6,8,17,
18

**partnership**
79:19 155:5
162:11,21

**partnerships**
128:13
162:25

**party**
5:16

**pass**
151:13

**passed**
46:19 48:6
114:13

**passing**
82:19

**passion**
171:17

**past**
95:13

**path**
19:7 27:1
37:19 122:17
156:16,18
169:21

**Patrick**
5:18 8:1,6
35:22 40:9,12
76:3 93:25
117:16

Joshua Bercu                August 09, 2023

155:17
159:22

**pattern**
101:21,25
102:6 103:8,
11,13

**patterns**
137:23

**pay**
60:10,15
126:23
127:10,16
128:8 129:11,
24 151:3,5
154:25

**paying**
154:24

**payment**
128:20,22
162:14

**PDF**
172:13

**Peerless**
143:16

**penalties**
111:19,22

**pendency**
150:1 151:2

**people**
25:14 55:18
63:11 83:18
105:25
125:24
140:12 147:5
154:7,10
164:22

174:15
177:25

**people's**
59:11,15

**percent**
117:10,11
121:22,24
122:5

**percentage**
45:18 54:7

**percentile**
94:3,5,7,18

**Perfect**
39:13

**performed**
17:6 163:8

**performing**
164:15

**period**
29:15 84:11
85:4 95:22
96:16 122:19
123:8 132:2
145:20,25
154:24
163:20,22
164:1 166:17

**periods**
166:24

**permission**
128:2

**permissive**
173:15

**permitted**
173:10

**pernicious**
126:16

**person**
20:7 23:16
26:12 64:11,
13 74:12
90:23 120:19
154:12,13,14

**personal**
35:25 141:22
142:3 156:19
157:18

**personally**
148:11
169:13

**persons**
154:7

**perspective**
86:13 116:14
159:2

**phase**
84:15

**phases**
84:9,23

**phishing**
25:7 127:19

**phone**
19:9,20 20:7,
17 22:25 23:1
24:6,9 55:19
57:10 61:21
69:19 112:2,
21,22 115:23
119:11,13
120:8 126:8
144:17
157:12 171:2

**phones**
59:15

**phrase**
65:22 115:3,4

**physical**
81:9

**pick**
33:19 56:4
60:16 112:22

**picked**
115:23

**picks**
157:12

**picture**
59:17

**pilot**
126:25 127:4

**plaintiff**
138:21 139:2

**Plaintiff's**
117:22 118:3
125:15 138:6
175:1

**Plaintiff's**
9:20 10:17
12:17 15:15
16:6,20 28:3
30:12 33:1
35:5 36:6
37:9 117:23
172:1

**platform**
20:10 116:5

**platforms**
107:8

**play**
65:9 76:23

**players**
148:17

**playing**
81:12

**plugin**
22:14

**PM**
125:7,8
160:3,9
179:18

**po**
54:10

**pockets**
119:16

**POE**
18:13 92:22
93:5,10
101:19

**point**
17:15,19
18:13 36:14
37:21 38:8,
12,14,19
43:12 68:21
74:3,11 84:14
86:17 87:2
92:22 93:6,11
95:8,9 96:3,
10 97:17 98:7
100:13
105:11,13
108:2,6
109:11
110:13
120:17

Joshua Bercu                    August 09, 2023

122:19 127:3
133:21 134:6,
22 135:8,15
136:3,20
141:23 142:2
145:19,24
146:10 148:1
158:9 164:5
167:5 168:7,
13,17,25
169:18

**policies**
45:8 46:7,25
47:1 54:11
71:7 72:6,11
150:1,14
163:5 171:25
172:5,11
173:1,6,11,
21,25 174:5,
11 176:19

**policy**
43:3 44:6,9,
19,22 45:8
121:20

**political**
67:17,19 68:6

**poorly**
32:3

**popped**
146:25
148:19

**popping**
165:17

**portal**
14:2 18:11
26:1,4,10
28:11,23

29:14,21 30:2
52:13,14
60:25 66:15
76:25 77:2,8,
10,11,12,14
130:23,24
152:16,25
153:1,2,4,5,8
163:15
164:10

**position**
17:15 20:13
43:1 77:17
142:13

**positive**
162:18

**posted**
176:21,23

**potential**
61:24 70:21
106:17
153:15

**potentially**
58:18 75:13
113:15 135:1

**power**
49:4,11 69:7,
9

**practice**
41:24 105:2
107:9

**practices**
47:18 147:10

**pre**
64:10

**pre-flags**

61:23

**precisely**
158:22

**predated**
11:11 173:24,
25

**predecessors**
45:6

**predominantl
y**
70:23 120:7

**prefer**
54:23

**preliminary**
76:9 77:25

**premium**
62:10 63:10

**prepared**
10:10

**prerecorded**
25:13 64:10

**presence**
158:21 159:4
170:18

**present**
5:14 13:19,24
88:1 177:1

**presented**
36:1

**President**
43:3

**presidential**
33:9

**press**

65:9

**pressure**
76:15

**presume**
148:24

**pretty**
38:16 58:7
87:14 98:19
140:14
163:10 177:6

**prevent**
105:7

**previous**
17:5

**previously**
7:12 15:7
19:2 21:1
27:7,23 31:16
174:23
176:23

**primarily**
55:8 78:23
80:18

**prior**
7:8 56:4
107:1 149:12,
14 160:19
161:17,25
176:20,22
177:3

**priorities**
146:24

**prioritize**
55:4

**privacy**
41:21,23

42:10

**private**
11:18 46:20
48:17,24 49:5
50:11,19,21
71:5,11 107:9
129:6 132:23

**privileged**
83:8

**Pro**
8:5

**proactive**
104:11,14

**problem**
37:24 77:22
97:16,18
118:14 134:3

**procedure**
9:8 150:14

**procedures**
45:9 46:7,25
47:1 54:11
71:8 72:7,11
150:1 163:6
171:18,25
172:5,11
173:1,7,11,21
174:1,5,11
176:19,21

**proceed**
7:6 8:15
100:4

**proceeding**
23:22

**proceedings**
5:2 179:24

Joshua Bercu                    August 09, 2023

process
  13:12 14:15
  45:10 46:1,2,
  5,21 52:9,18
  87:3 105:22
  106:18
  115:23,24
  116:16
  120:19 145:9,
  15 146:11,15,
  25 147:4,14,
  16 155:4
  170:1 174:8

produce
  12:9 15:25
  16:1,16

produced
  12:4,24 16:24
  27:10 28:6
  37:16 85:12
  91:7 92:9
  155:14,18
  175:7

product
  82:1

production
  175:12

products
  81:15,16

Professionals
  41:21

profits
  171:11

project
  77:9 126:25
  127:4

prolific
  33:17 54:4
  122:18 169:8

prolifically
  116:21

promulgated
  46:2

proof
  75:5

proper
  140:18
  146:18

proprietary
  61:16 153:7

prosecute
  145:3

prosecutor
  76:20,22

prosecutorial
  121:20 152:6

prosecutors
  75:7

prosecutor's
  111:18

protect
  66:1 72:21

protection
  119:24

prove
  158:3

provide
  6:21,22 68:24
  176:25
  177:13

provided
  7:12,21 15:7
  24:21 27:22
  31:23 32:1
  91:18 94:16
  153:11 167:6

provider
  13:5,14,15,23
  14:2,4 17:14,
  16,23,24
  18:10,19,23,
  24,25 19:7,
  13,14,18,19,
  23 20:9,20,
  24,25 21:7,
  11,18,19,21
  22:1,6,7
  23:18 26:5,16
  27:20 31:18
  32:5 38:16,
  17,18,22,24
  53:5 85:20
  87:1 106:17
  107:18 111:9,
  25 112:16,19,
  21 113:4,10
  114:8,16,19
  116:2,5,6,7,
  22,23 135:6,
  18 139:7
  140:21 142:8,
  11 148:21
  151:17
  152:14,16,18,
  23 157:3,12,
  13,17 165:1,
  4,16 167:19
  168:7,9,12,
  16,19 169:6,
  11,18,20
  176:8

provider's
  20:13 117:10
  118:24
  139:10
  142:14

providers
  13:16 27:16
  38:11 39:3
  45:9 47:17
  48:23 49:25
  50:22 52:1
  53:6 54:22
  55:3 73:7,19
  74:22 75:2,23
  76:12 80:19
  83:25 84:24
  88:6,9,11
  95:13,24
  107:11,18
  109:22,25
  110:2,3,5,22
  111:24
  113:13
  115:13
  116:20 119:2,
  8,11,13,14
  120:5,6,12
  121:5 126:11
  131:16 138:4
  139:20
  140:19 141:9,
  11 143:21,22
  146:12
  147:25
  148:19
  152:13 154:3
  157:22 158:4,
  16,20,22
  166:5,14,15,
  19,23 168:1

providing
  59:18 75:22
  80:5

provisions
  61:4

public
  45:8 46:7
  47:1,10,12
  50:13 54:8
  65:1 71:7
  72:6,11
  143:10
  149:13
  160:14
  171:18
  173:11,25

publicly
  65:8 146:1
  176:20 177:1,
  4

publish
  160:16

published
  46:3 174:4

publishes
  160:15

pull
  22:22 95:2
  167:21
  174:15 177:3

pulled
  76:3 82:7

punish
  121:9,10

purchasing
  129:7

Joshua Bercu                    August 09, 2023

**pure**
140:3

**purely**
50:21 63:22
117:13

**purported**
140:8,15
155:18

**purposes**
9:8 12:4
43:16,18 86:4

**pursuant**
10:7 11:20
12:24 16:1
48:4 49:4
50:23 74:23
75:3 162:9

**pursue**
42:2 106:9
107:2

**push**
73:18

**pushback**
139:21,24

**pushed**
140:8,9
157:15

**put**
6:19 47:4
53:24 55:18
75:24 101:18
115:24
119:22
141:11,12
157:9 159:1,
12 177:16
178:11

179:19

**putting**
19:20 129:6

---

**Q**

**quality**
54:21 131:7,9

**quantity**
25:8 123:4,17
124:7

**quasi-private**
50:13

**quasi-public**
50:18

**queries**
22:18

**question**
29:11 32:3
56:8 57:24
59:6 60:6
70:6 74:1
75:7 86:6,16
103:11
111:17
121:22 124:2,
8,10 128:4
134:22 141:4,
14 144:14,23
145:4,10
167:23
168:11 170:3
176:7

**questioning**
8:24 9:6
174:24

**questions**

12:12 39:5,25
121:21
139:16
161:14
176:14 177:8,
17

**quick**
46:2 92:12
118:11

**quickly**
98:19 124:15
126:5 166:11

**quote**
178:16

---

**R**

**radar**
88:10

**raise**
6:9 9:10
127:17

**ran**
38:10 124:5

**range**
112:11

**rank**
92:19,20
93:5,10 96:4
109:10

**ranked**
93:12 109:6
137:8

**ranking**
97:2

**ranks**

96:24 108:15,
16

**Raptor**
79:18 155:10

**rare**
87:14

**rarely**
88:3

**raw**
156:5

**reach**
139:17

**reached**
101:3

**read**
7:2 62:17
103:23
118:10,12
128:16 146:5
177:14,19,23
178:5

**ready**
5:4 40:14
89:20

**real**
46:1 79:6,9
118:10
150:16

**realized**
150:6

**reason**
9:12 12:2
21:17,21 31:5
33:18 34:17,
20 37:2 43:20
59:8 79:6,9

91:19 99:7
102:1,9
103:10 119:5
122:4 132:18
138:21,22
148:10
153:11,13
165:20 169:9
175:3,10,14,
25

**reasoning**
139:3

**reasons**
51:22 147:25
150:8

**recall**
11:3 14:19,21
16:13 33:8,19
71:20 84:8,22
98:22,24 99:1
127:1 132:6
147:15
162:15
167:11 175:1

**receive**
47:11,16 52:1
78:24 79:21
112:15
159:17 166:5,
15,24 171:13
175:16

**received**
19:13 20:21
23:16 27:11
32:20 36:25
58:21 75:15
92:16 93:2
94:12 115:8
161:24

Joshua Bercu                    August 09, 2023

166:23

**receives**
18:20 26:5
55:20

**receiving**
16:13 64:2,9
85:6 86:12,14
111:15 176:7,
11

**recent**
172:4,19

**recently**
85:13 141:1
152:15

**recipient**
19:6 25:23,25

**recipient's**
24:6

**recipients**
33:14

**recognize**
10:1,23 12:23
15:21 16:9,24
35:8 36:9
90:16

**recollection**
98:19,21
100:5,10

**recommend**
48:1 169:15

**reconvene**
39:14

**record**
5:6 6:16,20
7:3,13 8:12

9:2 22:1
39:17,23
47:10 54:24
56:4 89:16,
21,25 123:19
124:17,18,21
125:3,8
140:23,24
143:10 160:3,
6,9 177:12,
16,20 179:18

**recorded**
14:5 27:17
31:3 56:12
57:25 59:2
64:11,21

**recording**
31:19,22
32:5,9,17,18,
19 56:20,22,
23 57:2,7,8
58:23 63:4
112:15 114:8
128:22
129:12
130:17 131:3
142:10

**recordings**
55:8,14,16
56:12 57:7
58:5,6,13,20,
22 59:11,22,
23 60:10,13,
15,18 61:6
63:22 64:9
73:10,11,25
74:9 75:16
78:24 128:15
129:9,25
131:6 154:24

155:1

**records**
7:11,18 13:23
21:22,24
27:21 61:10
114:3 133:10
136:14 137:2

**RECROSS**
176:17

**REDIRECT**
161:15

**reduce**
170:18 171:1

**reduction**
163:19,23
164:11

**refer**
14:10,17
20:20 21:3,6,
10 23:9
24:10,20
31:8,11 65:19
70:21 86:18
152:11

**reference**
99:21 118:3
130:10

**referenced**
76:5 80:16
128:14 129:9
133:16
152:10
160:12
171:18

**referencing**
106:8,23
117:21

**referral**
32:20 87:12
88:7

**referrals**
24:19 54:5,21
73:12,15
86:19,20
87:9,10,15
135:13 163:7

**referred**
36:17 38:2
73:3 87:21
88:1

**referring**
68:16 69:25
73:6 81:17
86:25 104:15
172:20 173:2

**reflect**
13:7 14:7
30:1 173:1

**reflected**
14:20 17:13

**reflection**
176:10

**reflective**
13:4 30:22

**reflects**
93:9

**reform**
146:25
147:14,16

**refresh**
100:5,9

**refreshes**
100:5

**regard**
96:10 154:20
170:22

**register**
158:21

**registered**
22:10 49:20
154:19 174:4,
6

**registration**
159:14

**registry**
22:11,18,19

**regular**
88:5

**regularly**
35:20 105:2
173:22

**regulation**
84:17,19 85:9

**regulations**
34:3 47:2
82:8,10

**regulator**
111:21

**regulatory**
48:19 67:22
82:20 162:3

**reject**
153:15

**rejected**
153:20

**rela**
81:19

Joshua Bercu                    August 09, 2023

related
33:23 60:6,7
87:14 152:2

relates
91:7

relating
36:24

relation
78:20

relationship
11:6 19:21
49:7 53:15
74:8 79:2
81:20 142:23

relationships
142:22

relative
109:7 110:21,
22 122:12,14
145:21

relevant
82:2 116:19
119:10 143:5
147:7

relied
24:24 167:17

rely
22:14 39:2
155:7

relying
55:8

remember
33:11 40:23
71:19 78:13
80:22 95:1
125:16

163:25

remotely
6:7,10

removed
157:2

rep
74:5

repeat
29:11 32:4

repeatedly
104:12

reply
26:6

report
54:17 72:10
88:12,14,15
137:25
152:13
160:17 163:5

reporter
5:5,14 6:5,9,
15,19,24 7:2,
5 8:3,10,14
39:16,21
40:3,6 89:15,
20,23 90:8
123:22 124:1,
16,22 125:2,6
134:10,13
160:2,6,8
177:18,24
178:3,7,12,
20,24 179:2,
4,6,8,13,17

reporting
88:5

reports
88:19,21
169:5

represent
5:17 36:21
104:5 124:7

representatio
n
169:10

representatio
ns
38:24 164:22
165:11
170:11

representative
5:25

represented
123:3,16
165:23
166:11

representing
5:20,23 6:3

represents
25:5

request
18:12 19:1
26:6 85:11
152:8 177:12

requesting
178:5

requests
93:20 152:15

require
74:22 104:21
149:3

required
46:8 102:17
129:24

requirement
48:15 76:14,
18 85:14
104:18
105:14 132:7

requirements
85:1

requires
49:19 143:3
174:3

rerun
13:12

reshare
105:20

residential
23:12

resources
127:17,24
163:2

resp
27:17

respect
17:14

respond
12:9 16:15
18:4,11 21:18
26:9 28:12
50:22 53:6
74:23 84:14
85:10,14,15
98:15,19
132:3

responded
98:6 175:15,
17

responding
26:1 55:4
98:22 126:22
151:24
163:15
164:22

responds
21:11 85:20

response
16:24 26:16
27:22 28:6
76:21 85:17
139:5 158:22,
23 165:24

response/not
21:17

responses
85:17 126:10
164:25 165:1

responsibility
118:17,25
119:3,23
141:13,25
158:5

responsible
67:24 118:25
140:1 150:22

responsive
18:2 93:20
118:18

restrict
72:22

restricted

Joshua Bercu                    August 09, 2023

81:7

**result**
53:25 163:19

**resurged**
108:8

**resurgence**
103:18

**reused**
75:16

**review**
10:4 12:12
39:7,9 82:15
100:4 177:13

**reviewed**
27:23 38:25
91:8,13 98:17
125:13

**reviews**
61:1 71:14
73:11

**revised**
171:25

**ring**
112:21,24

**ringless**
112:25
113:12
151:12

**rise**
63:13

**risk**
133:13

**rob**
120:12

**robo**
136:13

**robo-**
57:15

**robo-callers**
66:5

**robocall**
25:6 39:2
54:4,18
77:21,24
139:23
156:21 167:6,
11,17,25
168:16,19,21
169:1,6,11

**robocalling**
37:23

**robocalls**
11:19 36:15
37:20 38:4
55:22 62:5,7,
19,22 63:5,14
64:19 76:1
104:24 105:4
113:15
116:18 119:3
120:7,13
122:23 123:7,
11 124:3
128:3,8
133:25
136:13 146:3
171:2,5

**role**
11:23 43:10
44:7 46:13,20
75:8 76:16,
22,23 78:5

81:3,12 91:3
125:23
140:19 152:7
154:21

**roles**
43:6 49:9

**roll**
147:19 161:4

**rolled**
81:21 143:8

**room**
8:4

**rotation**
70:16

**roughly**
34:4 45:25
110:15
112:12

**routine**
82:15 93:19

**routinely**
68:8 88:8
121:24

**routing**
159:9

**row**
13:4 14:10,
16,21 23:2
27:12,13
28:13 30:1,3

**rule**
86:1,15 152:3
177:12

**rules**
49:25 75:3,22

107:7 139:25
152:1 169:2

**run**
48:18 52:24
53:20 55:2
73:18 78:6
81:11 101:25
103:1 110:13
123:2,15
129:5,18,20
131:10

**running**
49:17 134:23

——————

**S**

——————

**sample**
123:3,16
124:7

**sampling**
123:2,15
124:5

**save**
97:18 135:24

**SBT**
146:21

**scam**
35:21 130:21

**scammers**
133:16

**scenario**
99:13 168:23

**scenarios**
151:19 166:8

**schedules**
163:13

**school**
41:6,12 42:16

**scope**
70:19

**Scorecard**
88:21

**scores**
56:22

**scrap**
124:10

**scratch**
137:20
159:15

**screen**
9:16 10:16
12:16,20
15:1,13 16:19
30:16 34:8
90:10 91:12,
21 105:21,23
155:13
171:23 172:7,
11

**scribner's**
136:10

**scroll**
100:6,8 104:4
106:3,4

**Sean**
5:22 90:7

**searched**
94:4

**season**
33:10

**sec**

Joshua Bercu                August 09, 2023

100:8 177:7

**seconds**
176:4

**sector**
129:7

**seemingly**
97:17

**seize**
107:18

**select**
53:19 60:24
131:9

**selected**
33:13 135:10,
13

**self-reported**
168:1,8,15

**self-validation**
165:2

**sell**
71:10,22
81:14 153:1

**selling**
72:4

**send**
39:25 47:20
54:19 60:20
95:10 119:1
130:9 137:19,
20 156:2
178:8 179:20

**sending**
88:15 166:12

**sends**
142:10

**Senior**
5:19

**sense**
15:5 107:15
150:6

**sentence**
94:13 106:5,
13 107:13
118:13,20

**separate**
127:2

**served**
15:22

**service**
17:14,22
20:9,13
23:15,16 24:3
48:23 52:14
56:9 62:9,10,
20,25 65:6
74:20 82:1
116:5 151:14
165:1 168:9,
12 169:17

**services**
62:2 63:1
71:10 81:15,
16,20 128:9

**set**
66:5 71:13
78:25 129:20,
23 172:4

**setting**
69:12 141:15

**shaken**
85:1 120:3

**shakes**
40:25

**share**
9:15,19 10:16
90:10 91:11,
21 125:12,18
155:12
160:24
171:23 172:7,
22

**shared**
81:14

**sharing**
10:13 12:15
15:1,13 16:19
61:3,7 105:22
147:9

**sheet**
28:7

**shell**
87:12 148:19,
22 157:8
173:17

**shifted**
76:17 174:14

**shifts**
76:13

**shipped**
121:10

**shopping**
130:14

**show**
28:10,22
29:6,12 87:1
114:4 116:21
138:6,19

171:23 172:7,
14

**showed**
112:7 133:3
135:6 175:6

**showing**
38:12 116:22
136:3 145:24
148:1

**shown**
29:22 30:3
33:25 155:20

**shows**
29:16

**shut**
121:7 143:17,
21 144:9,10

**side**
23:17 41:25
111:6,18
127:24
142:21
152:20

**sign**
18:11 101:5
179:22

**signed**
152:1

**significance**
138:15
168:14

**significant**
97:7 138:23
164:19

**signify**
93:10

**similar**
25:3,24 65:6
121:3

**simple**
38:16

**simply**
9:7

**single**
11:17 136:23,
24 148:21

**SIP-US**
41:22 42:3

**Sir**
137:2

**sit**
110:20

**site**
65:1

**situation**
100:10

**size**
144:20 145:8

**sized**
145:14

**skip**
15:3 30:9

**slight**
22:20

**slower**
146:24
163:13

**small**
25:3 54:7
78:25 80:18,

Joshua Bercu                    August 09, 2023

21 126:25

**smaller**
144:2

**Smart**
88:23 90:6
108:5,7 133:7

**Smartbiz**
5:12,23 6:1
8:9 14:4
27:17,18
28:10,20
29:7,18 30:19
37:14,18 55:3
75:24 76:2,7
87:21 88:18,
20 89:3 91:5
93:2,9,11
94:13 95:6,
13,17 96:3,12
97:15 98:4,5
99:3,16
100:20 101:3,
14,16,20
102:2,4,8,12
103:5,9
108:1,16
109:6,9
110:18,21
111:1 122:5
126:3 132:24
133:3,21
135:20
136:12,18
144:11
145:18,20,23
151:21
153:10,20
155:20
157:21
161:24

165:11,19,21
175:4,11,13,
14 176:1

**Smartbiz's**
88:24

**Smartbiz's**
29:8,13 96:10
101:11
108:17
110:19 134:6

**smokescreen**
101:12

**smooth**
164:4

**smoothly**
8:24

**snapshot**
53:17 60:20

**software**
61:16 153:9
164:6

**sold**
69:24 70:4,7

**solemnly**
6:11

**solve**
143:7

**someone's**
152:3 167:10

**Sommer**
6:2 15:9
25:18 39:12
49:14 50:8,24
53:11 55:11
57:17 58:15,

19 59:3,13
63:8,24 64:15
65:12 66:19
68:4 72:2
73:4 74:15,25
79:10 83:6
89:8,14,17
96:19 97:11,
20,25 101:7,
15 102:16
108:12,20
109:2 112:23
113:24 115:2
119:17 120:1
121:17 122:7,
15,25 123:13
124:14
132:25
134:17 136:1,
16 138:25
141:19
143:19
144:12,21,25
145:10
148:15 156:9
177:11,15,21,
25 178:7,10
179:4,5,7

**Sommers**
124:4

**sort**
11:24 52:19
61:20 69:2
77:25 80:11,
19 85:9 89:2
93:19 103:1
110:1 127:6
129:3 130:8
131:20,22
137:17

147:17 149:5
154:4,5 155:8
162:12,13
165:2,5,8
171:6 173:14

**sounds**
39:12,15
53:23 55:7
58:11 59:2
60:1 66:8
77:8 84:14
120:11
124:13 159:7,
25

**source**
13:13 24:16,
20,23 54:2
55:10 58:11
116:19 121:8,
12 167:9

**sourced**
53:8,12

**sources**
52:24 53:13,
25 54:12
55:16 64:18
104:12
128:16

**space**
107:11
148:17
150:23

**spam**
114:1

**speak**
9:1,3 42:3
85:5

**speaking**
120:4

**speaks**
96:24 173:4,9

**special**
41:18

**specialized**
77:16

**specific**
28:19 48:16
54:12 79:11
86:22 99:19
101:16,20
109:15

**specifically**
28:13 34:15
37:21 38:11
72:6 105:16
118:23 127:1
134:19
147:23

**specifics**
88:16

**speculate**
116:25 117:5,
9

**speculating**
62:18 117:3

**speculation**
63:18

**speculative**
117:13

**spell**
6:15 65:12

**spent**

Joshua Bercu                    August 09, 2023

143:6

**spike**
108:10 137:5

**spit**
59:2

**spoilage**
121:6

**spoke**
14:3,4 32:4

**sponsor**
68:11 146:17

**sponsors**
68:10

**spoofed**
126:13

**spoofer**
126:14

**spot**
7:25

**spots**
116:21

**spreadsheet**
13:23 14:20
16:24 17:3,5,
9 28:6 118:4
134:5

**stacked**
110:1,4

**staff**
53:9,13

**stage**
138:2

**stakeholders**
132:19

**stand**
17:19 18:1,13

**standard**
112:9,13
179:2,3,5,7

**standardized**
162:13

**standards**
76:11 119:7,
11 144:19

**standing**
122:12
153:23

**stands**
109:9

**start**
7:9 8:23 19:4
41:5 48:8
62:5 68:23
73:9 81:18
106:3 109:21
166:10

**started**
33:19 43:5,8
62:3,9 63:3,
10 77:22
78:10 95:7
147:16
148:20
161:22

**starting**
20:14 113:14

**starts**
111:25

**state**
5:10 6:15

7:13 8:11
22:24 24:5
25:1 42:1
71:2 73:12
74:19 88:8

**stated**
34:12

**statement**
32:12 37:22,
25 86:21
101:14 104:9
136:15
162:10
164:13

**statements**
170:11

**States**
18:20 67:5
140:6 169:5
171:2

**stating**
5:16 9:7

**statistic**
94:15

**status**
69:2

**stay**
33:14 124:17

**step**
158:24

**steps**
157:16

**stipulate**
7:10,14,22

**stipulation**

12:14 15:2

**stir**
84:25 120:3

**stood**
43:12 46:17,
21 54:3 147:4
167:8,12,17

**stop**
10:13 15:1
75:25 77:23
85:16 88:15
104:23 105:4
116:17 119:3
121:11,15,16
126:21
148:14 171:7
172:22

**stopped**
86:8

**stops**
103:18

**stored**
174:20

**straight**
42:15 58:13

**stream**
116:8 157:9

**strike**
66:8 87:20
94:1

**strong**
170:16

**strongly**
54:23

**structure**

130:3

**studying**
42:3

**stuff**
40:22 76:9
87:25

**Stupid**
172:10

**style**
80:6,7

**subject**
85:11

**submit**
77:24

**submitted**
174:5 175:7

**subpoena**
10:1,4,8,11,
24 11:4,16
12:9,24
15:12,22
16:1,9,13,25
27:22 28:7
87:7 90:17

**subpoenas**
12:5 88:9

**subscribe**
22:20

**subscribes**
22:17

**subscription**
22:21 129:14

**subsequent**
46:19 84:12
139:10

Joshua Bercu                    August 09, 2023

**subsequently**
11:23 179:12

**subset**
84:24 131:12
163:6

**subsidiary**
11:10 36:12
44:4

**substantially**
24:17 25:24

**subtract**
163:1

**succinct**
82:12

**sufficient**
24:21 41:10
76:21 85:18
86:1 128:5

**suggest**
47:23 158:7
170:17

**suggestions**
170:20

**suggestive**
176:8

**suggests**
33:14

**suitable**
77:17

**summer**
137:5

**supplied**
21:19 26:16

**supplying**

24:17

**support**
11:13 45:7
68:19,23,24
136:15

**supporting**
68:15

**suppose**
33:11 59:4
102:25 113:5,
17 134:18
136:2

**supposed**
131:15 136:7
152:1

**surefire**
164:24

**surprises**
40:13

**surveillance**
155:10

**sus**
75:14 117:7

**suspect**
25:13 99:7

**suspected**
11:19 13:14
18:17 37:19
38:3 54:17
71:13 75:14,
15 117:8

**suspects**
32:13

**suspend**
150:2,17,19,

23

**suspended**
150:13

**suspension**
150:12

**sustainable**
127:14

**swatting**
25:7

**swear**
6:11

**switched**
163:14 164:5

**synonymous**
20:6

**syntax**
106:20

**system**
17:23,25
18:19 38:15,
18 53:4
116:10
140:20
143:17 155:7,
10 168:21

**system's**
131:5

---

**T**

---

**T-DOS**
151:13

**tab**
13:3,4,7,23,
24 17:10

26:22 27:15,
20 28:9,22
29:2,5,12

**tabs**
17:10 34:7

**taking**
41:8 59:10,14
83:22 95:17
107:18 120:4
126:13

**talk**
40:24 46:1,6
52:9,18,22
55:14 74:8,12
78:13,22 85:3
91:3,21 92:4,
12 95:6
100:25 104:8
115:7 118:8
146:20
177:21

**talked**
73:20 76:5
78:23 92:23
110:20,25
111:23 118:7
128:15,17
134:25 141:5
142:11
156:23

**talking**
78:14 84:13
107:20 110:3
120:4 125:23
129:7 157:23

**targeted**
25:7,15

**targets**
87:6

**TB'S**
92:16

**team**
24:18,25
52:24 53:2,4
61:1 71:14
73:11 74:2
131:2,6,8
153:9

**team's**
163:13

**technical**
123:20

**technology**
77:15,20

**tecum**
10:24 15:22

**telecom**
5:12,24 10:25
11:3,7,10,13,
17 12:3,5,8
14:4 15:22,25
37:12 42:23,
25 43:6,15,24
44:10,19
45:12,16,21,
22 50:22
67:3,5,7,8,17,
19 90:6
100:20
105:25
118:15 138:9
142:18 151:5,
22 153:15,21,
24 154:2
161:18

Joshua Bercu                    August 09, 2023

Telecom's
  12:1 154:1

telecommunic
ations
  66:17,18,22,
  24 67:13

telemarketing
  51:23 130:21
  141:5 143:3,4
  161:8

telemarking
  140:7

telephone
  23:7 24:2
  98:12 151:14

telling
  47:23 50:6
  58:12 123:24
  125:24
  131:15
  132:22
  165:21

tend
  146:5

term
  23:17 43:24
  65:22 68:11,
  12 92:23
  115:19 116:3
  142:7 146:16,
  18 151:17
  154:4

terminate
  76:12,16 80:3
  133:11

terminated
  79:2 102:8,

12,23 104:16
115:18,19

terminating
  20:14 23:17,
  18 104:22
  105:2 109:21
  110:4,16
  111:6,25
  112:16,19,21
  113:4,9,13
  114:8,16,19
  115:13 119:8,
  11,14 133:8
  141:9,11
  142:8,11,14,
  21 143:6,21
  166:14

termination
  102:13

terminology
  17:22

terms
  52:13 74:20
  85:24 111:5
  147:8 165:12
  177:25

test
  141:8

testified
  95:8 101:10,
  11 133:20
  141:9 143:14

testify
  9:12 10:10
  90:23 122:12

testimony
  6:11 44:1

63:6 82:9
110:24 111:2
131:14
147:22
157:19
160:20 166:4
173:2 174:24

text
  32:11 57:23
  58:25 83:24

that'd
  56:7 64:3
  120:22
  121:25

that'll
  177:7

that's
  19:11 34:19
  44:11 49:22
  51:25 72:4
  76:22 83:21
  108:18 111:3
  112:12
  115:15 119:6
  142:2 172:19

there'd
  119:11
  143:22

there's
  47:3 54:19
  96:2 111:13
  112:24
  142:17,18
  166:7

they're
  106:23
  119:19 154:6
  159:3

thing
  19:25 37:6
  52:12 68:6
  93:17 104:4
  114:12
  118:12
  123:25
  134:18
  135:16 140:5
  148:6 149:1
  152:7 155:6
  159:17
  160:24 163:4
  165:14
  174:14

things
  40:21 47:22,
  23 48:2 55:22
  68:8 69:13
  72:8 73:12
  75:25 76:6
  79:15 103:16,
  19 111:14
  121:19
  127:24
  131:19,21
  139:25 140:1,
  14 148:2
  149:25 152:4,
  17 155:6,7
  156:22 157:4
  170:7 171:7
  173:16

thinkers
  77:5

thirds
  45:22

thought
  33:22 49:13

63:3 90:4
131:14
132:19
140:22

thousand
  110:14 122:1

thousands
  110:17

three-month
  108:10

three-year
  166:16

threshold
  25:10

ticks
  170:7

tied
  108:18

ties
  49:18

till
  108:8

time
  5:6 7:16 8:18
  9:9 11:11,16
  21:4,7,11,13,
  14 22:2 27:16
  31:8,9 33:4,
  17 34:2
  35:17,24
  37:25 38:7,
  14,23 39:16,
  22 40:10
  42:23 43:13
  45:9 55:2
  70:23 71:9

Joshua Bercu                    August 09, 2023

76:6,15 78:1,
6 79:4 81:1
82:8,10,12,25
85:11 86:24
87:18 89:8,
15,24 98:5
101:17,22
104:13 107:7,
9 110:13
124:23 125:7
126:17,22
129:2 131:4,
18 132:21
140:18 141:2
145:20,25
153:3 154:24
157:5 160:2,8
163:9 166:25
167:21 170:9
171:16
174:10
175:24
176:15
178:15,21
179:18

**timeframe**
33:20 78:10
162:15

**times**
38:25 75:23
86:19 127:19,
25 145:5
165:15

**title**
35:16 43:11
44:8,16
132:18

**titles**
43:2 44:11

**today**
5:7,8 6:4 7:17
9:13 10:7
39:2 43:16,18
109:9 110:21
118:19

**today's**
178:18

**told**
97:15 99:10
101:10
118:14,16

**tools**
107:16,20,23
152:18

**top**
16:23 30:21
45:24 55:18
60:22 71:21
97:1 110:12
130:5 145:24

**topics**
10:11 74:6,7
90:20,24
109:5

**total**
27:3 65:21
92:16,19
109:12
110:19
155:19 156:3,
8

**Tou**
106:4

**trace**
10:2 13:11,18
20:21 21:7,18

22:9 25:2,6
38:3 49:17,18
53:2,20 55:2
59:24 61:1
67:24 70:25
71:5 72:9
81:4 82:19
83:20 108:15
112:9 116:15
127:21 128:9
129:5 135:1,4
152:8,13
156:3 158:10,
15 159:17
160:16 163:4,
15

**traceback**
5:9 7:20,21,
22,23 10:2
11:8,9,12,14,
18,22 12:1,3,
5 13:5,12,19
14:15 16:10,
15 17:3,8,15
18:5,7,11,18
19:1,4 20:14
21:11 22:5
24:22,25
25:22,25
26:2,6,7,17,
25 27:4,6,11
28:11,23
30:18 31:5
32:22 33:4,5,
13,24,25
34:7,16,22
37:13 38:17
43:4,12,13
46:20 49:21
52:1,9,18,20
53:7,10 61:11

67:5 71:10
72:25 73:19
75:5,9,11
77:4,5,12,14,
15 78:1 82:5,
14 83:10
84:6,7 85:6,
11 86:5,8,9,
12 92:19
95:14 97:18
98:25 102:13
104:23 108:2
109:18 111:1,
4,11,15,25
112:14,15
115:22
116:12,16
117:6,7
122:22 123:7,
10 124:3
128:8 136:23
139:17 140:2
141:10 145:9,
14 151:8
152:5,15
154:20
156:15,16,18
158:23
161:25
164:25
165:24 166:1,
5,16,23
168:13
169:19,24
170:1,10
171:24
173:23 174:3,
4,6 175:3,11
176:1,7,11

**tracebacks**
13:8 17:6

26:24 28:12
38:10 47:13
48:18,20
49:17 51:5
52:24 54:1
58:5,9 60:13
61:2 70:21
71:17,25
74:23 78:6
81:11 92:16
93:1,6,9,13,
14 94:13
95:7,9,18
96:11 98:6,8
100:14 105:3
108:6,7
109:18,21
110:14 112:8
116:21 117:4
122:13
126:22
127:10
131:10 132:3
134:7,23
135:16,18
136:4,18
137:4,11,15
141:2 145:18,
23 148:1,7,
10,12 151:25
155:19 156:8
157:6 158:7
161:19,22
162:1,9,22
163:20
164:15,18,22
174:25

**tracebacks.
org**
172:9,10

Joshua Bercu                    August 09, 2023

| | | | | |
|---|---|---|---|---|
| **traced** 19:5,9 20:18 21:4 24:12 25:23 31:9, 13,19 32:6,13 37:19 46:19 151:12,13 | 62:16 64:19 **transcribed** 64:12 **transcribing** 57:15,19 58:18 | 120:17 121:15,23 **truckers** 121:11,16 **trucking** 121:1,5 | **typically** 24:16 31:21 32:5 54:20 88:4 135:3,17 | **unfounded** 170:20 **unique** 17:7 137:22 |

**tracing**
135:6,12
140:9 141:13
155:9

**track**
20:13

**tracks**
130:16

**trade**
67:10,22
68:5,6,7
153:17 154:1

**traditional**
23:11,19

**traffic**
95:13,17,21
100:17
103:17,18
107:18
117:11 119:4,
12 120:5,24
134:16 142:2
144:14,16
151:18
158:17 159:9,
11 166:12
170:18

**traffic's**
144:4

**transcribe**

**transcript**
15:5 40:2
57:20 59:1
91:20 177:13,
23 178:6,8,
11,13,21

**transcription**
57:1,23,24
62:4,9,14
178:2

**transcripts**
179:14

**transferred**
49:12

**transit**
109:25
166:15

**transition**
163:19,21,24,
25 164:4,10

**transmitted**
115:9,14,16

**transparently**
174:2

**treat**
63:15 145:13

**treated**
121:4 145:8

**truck**

**trucks**
121:8

**true**
34:12 146:21

**trust**
119:5 169:10

**trusted**
119:4 157:18
158:5,18
176:9

**trusting**
158:8

**trustworthine
ss**
174:21

**truth**
6:12,13
165:22 167:9

**turn**
19:8 130:8,23

**turned**
165:23

**type**
24:11 25:12,
16 62:1 110:2
116:6 141:4

**typical**
33:25

**U**

**uh-huh**
40:25

**uh-uh**
40:25

**ultimate**
116:17

**unable**
9:12

**unclear**
29:11 170:8

**undergrad**
42:12,15

**understand**
13:11 18:8,9
21:25 49:7
53:24 58:1,10
60:5 92:12
110:8 168:11

**understandin
g**
52:20 55:23,
24,25 57:8,12
62:8 65:22
85:5 86:11

**understood**
62:18 83:18
93:21 96:1

**undertook**
157:21

**United**
18:20 67:5
140:5 169:5
171:2

**University**
41:13

**unlawful**
11:19 51:6,
12,18 72:21
117:8

**unpaid**
126:24

**unravel**
64:7,8

**unresponsive**
22:6

**unsolicited**
143:4 161:8

**untruthful**
153:12

**unwanted**
62:6,22 63:14

**update**
34:3 149:25
174:18

**updated**
174:12

**updates**
47:20 82:16

**upstream**

Joshua Bercu                    August 09, 2023

19:13 20:24
76:12 85:21
102:9,13
104:22
114:12,24
115:1 119:1
152:24 165:3
176:8

**upstreams**
105:2 118:17

**US-BASED**
17:25 18:19
20:1 38:22

**user**
19:21 21:16,
17 28:10,14,
19,22 29:2,6
57:10 62:17
86:5 164:25

**users**
165:1

**usual**
163:24

**utilities**
126:18

**utility**
140:4

**utilize**
30:5

---

**V**

---

**vacation**
163:13

**valid**
140:16

**validate**
164:24 165:9,
10,13,18
166:2

**validation**
165:5

**varied**
129:2

**variety**
50:13 111:14
148:16

**vast**
52:23 166:22

**vendor**
22:14,16,22

**verbal**
170:7

**verification**
73:2

**Verizon**
54:3 66:10,11
67:15 70:10,
15,21 71:1

**version**
77:2,25
174:12,16

**versions**
83:13 174:15
176:22 177:3

**versus**
5:11 25:6

**vested**
49:11

**vet**
158:6

**Vice**
43:2

**video**
5:8

**view**
140:24
141:23 148:6
156:3,19
157:16,18

**views**
149:6

**violates**
51:22

**violation**
51:3 138:5

**violations**
152:10

**Virginia**
41:15,16

**virtually**
143:8

**voice**
17:13,22
20:9,13 25:15
48:23 57:15,
16 59:1 62:10
64:13,25
65:11 116:5
165:1 168:8,
12 169:17

**voicemail**
56:5 57:3,11
59:11 61:20,
22 62:4,9,10,
16,20,21
63:4,10,22

113:1,12
151:12

**voicemails**
54:23 55:20,
24,25 56:10,
15,17 58:13
59:12,15
64:21 66:6

**voices**
58:18,21

**VOIP**
22:25 23:4,7,
19 116:5

**volume**
25:1,5,9,11,
15,16

**voluntary**
46:17 83:11
84:4,14,16,18
85:4 86:23
95:22,25
102:14,24
103:2 132:2
133:12

**volunteers**
171:16

**VP**
44:8,19

---

**W**

---

**wait**
179:11

**waiting**
8:4

**waive**

177:14,20

**waived**
41:15

**walk**
41:4 52:19
82:25

**Walmart**
121:10

**wanted**
37:6 79:16
80:12,14 87:5
93:21 148:22,
23

**warning**
47:21

**warranties**
140:13

**Washington**
6:24 7:1

**watered**
142:1

**wearing**
132:21

**web**
26:7,10

**website**
65:5 171:24
172:12,14,18

**Wednesday**
5:7

**week**
130:1

**weeks**
164:7

Joshua Bercu                    August 09, 2023

**weigh**
137:17

**weighs**
142:4

**we'll**
73:17 89:11
129:5 177:21,
22 178:15,16

**we're**
5:4 43:9
44:12 53:1
126:8 153:25
179:10,11

**whatsoever**
126:14
143:24

**where'd**
41:11 42:20

**Whisl**
29:19 146:21
153:20

**Whisl's**
29:10,14

**white**
151:24

**wholesale**
142:22,23

**wholly**
11:10 44:3

**why'd**
62:14

**Wilkinson**
42:17

**window**
135:21

**wire**
23:20

**wireless**
22:25 23:1,
19,24 24:1

**won**
77:24

**word**
26:13 54:14

**work**
19:6 35:23
71:8 75:25
80:12 101:5
126:20 127:7,
9,22 128:25
143:18 147:6,
7 152:21
157:17 158:5

**worked**
42:16 78:4
83:11 174:17

**working**
43:6,8 79:17
80:11 148:5
153:3

**works**
58:4 74:2
89:14 124:13
142:18
147:19 163:4

**world**
65:23 68:11
116:3

**worth**
144:20

**worthy**

176:8,10

**would've**
36:25 94:16
176:22

**wrap**
89:7 160:19

**wrapping**
159:22

**write**
40:10 85:22
107:6

**written**
35:18 173:7
174:11

**wrong**
144:23
156:17,20

**wrote**
14:8

**Wyoming**
158:22

---

**X**

**XCAST**
80:24

---

**Y**

**year**
78:7 84:3,4
85:2 88:17
92:14 95:16
136:23
147:20 149:7
152:14,22
154:18,19,22

160:14,17

**years**
42:18 46:18
78:9 87:19
149:18

**Yeha**
17:7 108:21

**Youmail**
52:25 53:9,
15,23 55:8,
15,17,20
56:1,3,6,9
57:1,8,13,14
58:17 59:7,8,
16 60:2
61:13,23
64:8,19,24
65:7,10
73:22,24
74:1,2,7,8
75:16 78:23
113:7 116:13
128:16,17,25
129:1,8,11
142:9 146:2
154:8

**Youmail's**
58:2

**Youmail's**
116:10

**you're**
42:24 94:6

**you've**
74:4

**Yup**
100:23 106:2
108:11 118:6

125:14 126:4
128:19
133:18,23

---

**Z**

**Z-W-I-L-L-G-E-N**
6:3

**Zipdx**
66:25 78:21,
24 128:17
154:8,17,19,
25 155:7,9
171:11

**Zwillgen**
6:3